# Exhibit A

Exhbit A: Complaint
Court No.  13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|---|---|---|---|
| 1303 | 101-8208984-6 | 04/17/2009 | 03/05/2010 |
| 2704 | 101-8208998-6 | 04/27/2009 | 03/12/2010 |
| 1303 | 300-9045087-3 | 06/07/2009 | 04/16/2010 |
| 1303 | 300-9045086-5 | 06/07/2009 | 04/23/2010 |
| 2704 | 300-9045096-4 | 06/12/2009 | 04/23/2010 |
| 1303 | 300-9045090-7 | 06/14/2009 | 04/30/2010 |
| 1303 | 300-9045091-5 | 06/14/2009 | 04/30/2010 |
| 1303 | 300-9045097-2 | 06/15/2009 | 04/30/2010 |
| 1303 | 300-9045098-0 | 06/15/2009 | 04/30/2010 |
| 1303 | 300-9045102-0 | 06/15/2009 | 04/30/2010 |
| 1303 | 300-9045101-2 | 06/24/2009 | 05/07/2010 |
| 1303 | 300-9045112-9 | 06/25/2009 | 05/07/2010 |
| 1303 | 300-9045113-7 | 06/25/2009 | 05/07/2010 |
| 2704 | 300-9045094-9 | 06/26/2009 | 05/07/2010 |
| 1303 | 300-9045117-8 | 07/01/2009 | 05/14/2010 |
| 1303 | 300-9045118-6 | 07/01/2009 | 05/14/2010 |
| 1303 | 300-9045119-4 | 07/01/2009 | 05/14/2010 |
| 1303 | 300-9045124-4 | 07/08/2009 | 05/21/2010 |
| 1303 | 300-9045125-1 | 07/08/2009 | 05/21/2010 |
| 1303 | 300-9045127-7 | 07/08/2009 | 05/21/2010 |
| 1303 | 300-9045128-5 | 07/08/2009 | 05/21/2010 |
| 1303 | 300-9045129-3 | 07/08/2009 | 05/21/2010 |
| 1303 | 300-9045130-1 | 07/08/2009 | 05/21/2010 |
| 1303 | 300-9045126-9 | 07/08/2009 | 06/25/2010 |
| 2704 | 300-9045116-0 | 07/11/2009 | 05/21/2010 |
| 1303 | 300-9045136-8 | 07/17/2009 | 05/28/2010 |
| 1303 | 300-9045137-6 | 07/17/2009 | 05/28/2010 |
| 1303 | 300-9045138-4 | 07/17/2009 | 05/28/2010 |
| 1303 | 300-9045139-2 | 07/17/2009 | 05/28/2010 |
| 2704 | 300-9045132-7 | 07/24/2009 | 06/04/2010 |
| 1303 | 300-4312445-0 | 07/27/2009 | 06/11/2010 |
| 1303 | 300-4312447-6 | 07/27/2009 | 06/11/2010 |
| 1303 | 300-4312451-8 | 07/27/2009 | 06/11/2010 |
| 1303 | 300-9045153-3 | 07/27/2009 | 06/11/2010 |
| 1303 | 300-4315849-0 | 07/29/2009 | 06/11/2010 |
| 1303 | 300-4315861-5 | 07/29/2009 | 06/11/2010 |
| 1303 | 300-4315862-3 | 07/29/2009 | 06/11/2010 |
| 1303 | 300-9045161-6 | 08/03/2009 | 06/18/2010 |
| 1303 | 300-9045162-4 | 08/03/2009 | 06/18/2010 |
| 1303 | 300-9045163-2 | 08/03/2009 | 06/18/2010 |
| 1303 | 300-9045165-7 | 08/04/2009 | 06/18/2010 |
| 1303 | 300-9045166-5 | 08/04/2009 | 06/18/2010 |
| 1303 | 300-9045169-9 | 08/04/2009 | 06/18/2010 |
| 1303 | 300-9045172-3 | 08/04/2009 | 06/18/2010 |
| 1303 | 300-9045297-8 | 08/04/2009 | 06/18/2010 |
| 1303 | 300-9054703-3 | 08/04/2009 | 06/18/2010 |
| 2704 | 300-4315847-4 | 08/07/2009 | 06/18/2010 |
| 1303 | 300-4315848-2 | 08/07/2009 | 06/18/2010 |
| 1303 | 300-9045293-7 | 08/08/2009 | 06/18/2010 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|------|-----------|------------|-----------|
| 1303 | 300-9045294-5 | 08/08/2009 | 06/18/2010 |
| 1303 | 300-9045295-2 | 08/08/2009 | 06/18/2010 |
| 1303 | 300-9045296-0 | 08/08/2009 | 06/18/2010 |
| 1303 | 300-9054706-6 | 08/08/2009 | 06/18/2010 |
| 1303 | 300-9054704-1 | 08/13/2009 | 06/25/2010 |
| 1303 | 300-9045304-2 | 08/16/2009 | 07/02/2010 |
| 1303 | 300-9045426-3 | 08/16/2009 | 07/02/2010 |
| 1303 | 300-9045427-1 | 08/16/2009 | 07/02/2010 |
| 1303 | 300-9045504-7 | 08/20/2009 | 07/02/2010 |
| 1303 | 300-9045505-4 | 08/21/2009 | 07/02/2010 |
| 1303 | 300-9045506-2 | 08/21/2009 | 07/02/2010 |
| 2704 | 300-9045553-4 | 08/23/2009 | 07/02/2010 |
| 2704 | 300-9045428-9 | 08/23/2009 | 07/09/2010 |
| 2704 | 300-9055242-1 | 08/23/2009 | 07/09/2010 |
| 1303 | 300-9045412-3 | 08/28/2009 | 07/09/2010 |
| 1303 | 300-9045550-0 | 08/28/2009 | 07/09/2010 |
| 1303 | 300-9045551-8 | 08/28/2009 | 07/09/2010 |
| 1303 | 300-9045552-6 | 08/28/2009 | 07/09/2010 |
| 1303 | 300-9045554-2 | 08/28/2009 | 07/09/2010 |
| 1303 | 300-9045837-1 | 08/28/2009 | 07/09/2010 |
| 2704 | 300-9045548-4 | 09/02/2009 | 07/16/2010 |
| 2704 | 300-9045549-2 | 09/03/2009 | 07/16/2010 |
| 1303 | 300-9045928-8 | 09/06/2009 | 07/23/2010 |
| 1303 | 300-9045929-6 | 09/06/2009 | 07/23/2010 |
| 1303 | 300-9045949-4 | 09/13/2009 | 07/30/2010 |
| 1303 | 300-9055356-9 | 09/13/2009 | 07/30/2010 |
| 2704 | 300-9055671-1 | 09/17/2009 | 07/30/2010 |
| 2704 | 300-9055672-9 | 09/17/2009 | 07/30/2010 |
| 1303 | 300-9055686-9 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055687-7 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055688-5 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055787-5 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055788-3 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055789-1 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055790-9 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055791-7 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055808-9 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055809-7 | 09/22/2009 | 08/06/2010 |
| 1303 | 300-9055685-1 | 09/23/2009 | 08/06/2010 |
| 1303 | 300-9055807-1 | 09/23/2009 | 08/06/2010 |
| 2704 | 300-9074083-6 | 10/07/2009 | 08/20/2010 |
| 1303 | 300-9074150-3 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074151-1 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074152-9 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074153-7 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074729-4 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074730-2 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074732-8 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074733-6 | 10/12/2009 | 08/27/2010 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|---|---|---|---|
| 1303 | 300-9074734-4 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074735-1 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-9074736-9 | 10/12/2009 | 08/27/2010 |
| 1303 | 300-3473020-8 | 10/13/2009 | 08/27/2010 |
| 2704 | 300-3473021-6 | 10/19/2009 | 09/03/2010 |
| 1303 | 300-9074731-0 | 10/21/2009 | 09/03/2010 |
| 1303 | 300-3473371-5 | 10/28/2009 | 09/10/2010 |
| 1303 | 300-3473374-9 | 10/28/2009 | 09/10/2010 |
| 1303 | 300-3473375-6 | 10/28/2009 | 09/10/2010 |
| 1303 | 300-3473377-2 | 10/28/2009 | 09/10/2010 |
| 2704 | 300-3473784-9 | 10/30/2009 | 09/10/2010 |
| 1303 | 300-3473921-7 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3473922-5 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3473923-3 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3473924-1 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3473925-8 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3473926-6 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3473928-2 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3473932-4 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3474139-5 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3474141-1 | 11/08/2009 | 09/24/2010 |
| 1303 | 300-3474143-7 | 11/08/2009 | 09/24/2010 |
| 2704 | 300-3474263-3 | 11/12/2009 | 09/24/2010 |
| 2704 | 300-3474264-1 | 11/13/2009 | 09/24/2010 |
| 1303 | 300-3474265-8 | 11/14/2009 | 09/24/2010 |
| 1303 | 300-3474150-2 | 11/18/2009 | 10/01/2010 |
| 1303 | 300-3474376-3 | 11/20/2009 | 10/01/2010 |
| 1303 | 300-3474377-1 | 11/20/2009 | 10/01/2010 |
| 1303 | 300-3506352-6 | 12/06/2009 | 10/22/2010 |
| 1303 | 300-3506353-4 | 12/06/2009 | 10/22/2010 |
| 1303 | 300-3506354-2 | 12/06/2009 | 10/22/2010 |
| 1303 | 300-3506356-7 | 12/06/2009 | 10/22/2010 |
| 1303 | 300-3506357-5 | 12/06/2009 | 10/22/2010 |
| 1303 | 300-3506358-3 | 12/06/2009 | 10/22/2010 |
| 1303 | 300-3506359-1 | 12/06/2009 | 10/22/2010 |
| 1303 | 300-3506360-9 | 12/06/2009 | 10/22/2010 |
| 2704 | 300-3474337-5 | 12/07/2009 | 10/22/2010 |
| 1303 | 300-3506355-9 | 12/07/2009 | 10/22/2010 |
| 1303 | 300-3506422-7 | 12/07/2009 | 10/22/2010 |
| 1303 | 300-3506443-3 | 12/09/2009 | 10/22/2010 |
| 1303 | 300-3506435-9 | 12/10/2009 | 10/22/2010 |
| 1303 | 300-3506476-3 | 12/12/2009 | 10/22/2010 |
| 1303 | 300-3506478-9 | 12/12/2009 | 10/22/2010 |
| 1303 | 300-3506479-7 | 12/12/2009 | 10/22/2010 |
| 1303 | 300-3506480-5 | 12/12/2009 | 10/22/2010 |
| 1303 | 300-3506481-3 | 12/12/2009 | 10/22/2010 |
| 2704 | 300-3506227-0 | 12/15/2009 | 10/29/2010 |
| 2704 | 300-3506434-2 | 12/15/2009 | 10/29/2010 |
| 1303 | 300-3506436-7 | 12/18/2009 | 10/29/2010 |

Exhbit A: Complaint
Court No.  13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|------|-----------|------------|-----------|
| 1303 | 300-3506437-5 | 12/18/2009 | 10/29/2010 |
| 1303 | 300-3506438-3 | 12/18/2009 | 10/29/2010 |
| 1303 | 300-3506439-1 | 12/18/2009 | 10/29/2010 |
| 1303 | 300-3506440-9 | 12/18/2009 | 10/29/2010 |
| 1303 | 300-3506441-7 | 12/18/2009 | 10/29/2010 |
| 1303 | 300-3506442-5 | 12/18/2009 | 10/29/2010 |
| 1303 | 300-3506444-1 | 12/18/2009 | 10/29/2010 |
| 1303 | 300-3506859-0 | 12/21/2009 | 11/05/2010 |
| 1303 | 300-3506860-8 | 12/21/2009 | 11/05/2010 |
| 1303 | 300-3507268-3 | 01/01/2010 | 11/12/2010 |
| 2704 | 300-3507271-7 | 01/08/2010 | 11/19/2010 |
| 2704 | 300-3507270-9 | 01/08/2010 | 08/10/2012 |
| 2704 | 300-3507273-3 | 01/08/2010 | 08/10/2012 |
| 1303 | 300-3507779-9 | 01/11/2010 | 11/26/2010 |
| 1303 | 300-3507781-5 | 01/11/2010 | 11/26/2010 |
| 1303 | 300-3507821-9 | 01/11/2010 | 11/26/2010 |
| 1303 | 300-3507823-5 | 01/11/2010 | 11/26/2010 |
| 1303 | 300-3507780-7 | 01/19/2010 | 12/03/2010 |
| 1303 | 300-3507822-7 | 01/19/2010 | 12/03/2010 |
| 1303 | 300-3640471-1 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640472-9 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640478-6 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640479-4 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640480-2 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640481-0 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640484-4 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640485-1 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640490-1 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640492-7 | 01/27/2010 | 12/10/2010 |
| 1303 | 300-3640473-7 | 01/30/2010 | 12/10/2010 |
| 1303 | 300-3640475-2 | 01/30/2010 | 12/10/2010 |
| 1303 | 300-3640476-0 | 01/30/2010 | 12/10/2010 |
| 1303 | 300-3640477-8 | 01/30/2010 | 12/10/2010 |
| 1303 | 300-3640486-9 | 01/30/2010 | 12/10/2010 |
| 1303 | 300-3640487-7 | 01/30/2010 | 12/10/2010 |
| 1303 | 300-3640968-6 | 02/09/2010 | 12/27/2010 |
| 2704 | 300-3640493-5 | 02/12/2010 | 12/27/2010 |
| 2704 | 300-3640497-6 | 02/12/2010 | 08/10/2012 |
| 1303 | 300-3641563-4 | 02/18/2010 | 01/03/2011 |
| 1303 | 300-3641444-7 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641445-4 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641447-0 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641448-8 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641450-4 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641451-2 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641452-0 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641454-6 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641456-1 | 02/22/2010 | 01/07/2011 |
| 1303 | 300-3641560-0 | 02/22/2010 | 01/07/2011 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|------|-----------|------------|-----------|
| 1303 | 300-3641997-4 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642000-6 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642001-4 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642003-0 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642004-8 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642007-1 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642008-9 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642009-7 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642010-5 | 03/10/2010 | 01/21/2011 |
| 1303 | 300-3642148-3 | 03/10/2010 | 01/21/2011 |
| 2704 | 300-3642002-2 | 03/11/2010 | 01/21/2011 |
| 1303 | 300-3642540-1 | 03/23/2010 | 02/04/2011 |
| 1303 | 300-3642542-7 | 03/23/2010 | 02/04/2011 |
| 1303 | 300-3642543-5 | 03/23/2010 | 02/04/2011 |
| 1303 | 300-3642546-8 | 03/23/2010 | 02/04/2011 |
| 2704 | 300-3642541-9 | 03/27/2010 | 02/04/2011 |
| 2704 | 300-3642604-5 | 03/27/2010 | 02/04/2011 |
| 1303 | 300-3642548-4 | 03/30/2010 | 02/11/2011 |
| 2704 | 300-3643279-5 | 04/06/2010 | 02/18/2011 |
| 1303 | 300-3643280-3 | 04/16/2010 | 02/25/2011 |
| 1303 | 300-3643813-1 | 04/16/2010 | 02/25/2011 |
| 1303 | 300-3643815-6 | 04/16/2010 | 02/25/2011 |
| 1303 | 300-3644123-4 | 04/23/2010 | 03/04/2011 |
| 1303 | 300-3644126-7 | 04/23/2010 | 03/04/2011 |
| 1303 | 300-3644127-5 | 04/23/2010 | 03/04/2011 |
| 1303 | 300-3644128-3 | 04/23/2010 | 03/04/2011 |
| 1303 | 300-3644130-9 | 04/23/2010 | 03/04/2011 |
| 1303 | 300-3644131-7 | 04/23/2010 | 03/04/2011 |
| 2704 | 300-3644129-1 | 05/05/2010 | 03/18/2011 |
| 1303 | 300-3644133-3 | 05/10/2010 | 03/25/2011 |
| 1303 | 300-3644135-8 | 05/10/2010 | 03/25/2011 |
| 2704 | 300-3804334-3 | 05/20/2010 | 04/01/2011 |
| 1303 | 300-3804563-7 | 05/21/2010 | 04/01/2011 |
| 1303 | 300-3804569-4 | 05/21/2010 | 04/01/2011 |
| 1303 | 300-3804570-2 | 05/21/2010 | 04/01/2011 |
| 1803 | 300-3804561-1 | 05/27/2010 | 04/08/2011 |
| 1803 | 300-3804562-9 | 05/27/2010 | 04/08/2011 |
| 1803 | 300-3804567-8 | 05/27/2010 | 04/08/2011 |
| 2704 | 300-3804568-6 | 06/04/2010 | 04/15/2011 |
| 1303 | 300-3805286-4 | 06/04/2010 | 04/15/2011 |
| 1303 | 300-3805287-2 | 06/04/2010 | 04/15/2011 |
| 1303 | 300-3805289-8 | 06/04/2010 | 04/15/2011 |
| 1303 | 300-3805291-4 | 06/04/2010 | 04/15/2011 |
| 1803 | 300-3805281-5 | 06/08/2010 | 04/22/2011 |
| 1803 | 300-3805283-1 | 06/08/2010 | 04/22/2011 |
| 1803 | 300-3805284-9 | 06/08/2010 | 04/22/2011 |
| 1303 | 300-3806203-8 | 06/20/2010 | 05/06/2011 |
| 1303 | 300-3806205-3 | 06/20/2010 | 05/06/2011 |
| 1303 | 300-3806207-9 | 06/20/2010 | 05/06/2011 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|---|---|---|---|
| 1303 | 300-3806208-7 | 06/20/2010 | 05/06/2011 |
| 1303 | 300-3806211-1 | 06/20/2010 | 05/06/2011 |
| 2704 | 300-3806027-1 | 06/21/2010 | 05/06/2011 |
| 1803 | 300-3806387-9 | 06/25/2010 | 05/06/2011 |
| 1803 | 300-3806388-7 | 06/25/2010 | 05/06/2011 |
| 1803 | 300-3806389-5 | 06/25/2010 | 05/06/2011 |
| 1803 | 300-3806390-3 | 06/25/2010 | 05/06/2011 |
| 1803 | 300-3806391-1 | 06/25/2010 | 05/06/2011 |
| 2704 | 300-3806026-3 | 06/29/2010 | 05/13/2011 |
| 2704 | 300-3807148-4 | 07/12/2010 | 05/27/2011 |
| 1303 | 300-3808119-4 | 07/24/2010 | 06/03/2011 |
| 1303 | 300-3808120-2 | 07/24/2010 | 06/03/2011 |
| 1303 | 300-3808122-8 | 07/24/2010 | 06/03/2011 |
| 1303 | 300-3808123-6 | 07/24/2010 | 06/03/2011 |
| 1303 | 300-3808126-9 | 07/24/2010 | 06/03/2011 |
| 1303 | 300-3807147-6 | 07/29/2010 | 05/27/2011 |
| 1303 | 300-3807149-2 | 07/29/2010 | 05/27/2011 |
| 1303 | 300-3807152-6 | 07/29/2010 | 05/27/2011 |
| 1803 | 300-3808074-1 | 07/29/2010 | 06/10/2011 |
| 1803 | 300-3808075-8 | 07/29/2010 | 06/10/2011 |
| 1803 | 300-3808077-4 | 07/29/2010 | 06/10/2011 |
| 1803 | 300-3808079-0 | 07/29/2010 | 06/10/2011 |
| 1803 | 300-3808080-8 | 07/29/2010 | 06/10/2011 |
| 1803 | 300-3808081-6 | 07/29/2010 | 06/10/2011 |
| 1303 | 300-3808710-0 | 08/05/2010 | 06/17/2011 |
| 1303 | 300-3808713-4 | 08/05/2010 | 06/17/2011 |
| 1303 | 300-3808719-1 | 08/05/2010 | 06/17/2011 |
| 1303 | 300-3808730-8 | 08/05/2010 | 06/17/2011 |
| 1303 | 300-3808124-4 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808635-9 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808636-7 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808637-5 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808638-3 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808639-1 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808640-9 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808641-7 | 08/08/2010 | 06/24/2011 |
| 1803 | 300-3808709-2 | 08/08/2010 | 06/24/2011 |
| 1303 | 300-3808725-8 | 08/10/2010 | 06/24/2011 |
| 1303 | 300-3809349-6 | 08/11/2010 | 06/24/2011 |
| 2704 | 300-3808716-7 | 08/13/2010 | 06/24/2011 |
| 2704 | 300-3809628-3 | 08/24/2010 | 07/08/2011 |
| 2704 | 300-3809806-5 | 09/08/2010 | 07/22/2011 |
| 1303 | 300-3811643-8 | 09/27/2010 | 08/12/2011 |
| 1303 | 300-3811646-1 | 09/27/2010 | 08/12/2011 |
| 1303 | 300-3811647-9 | 09/27/2010 | 08/12/2011 |
| 1303 | 300-3811668-5 | 09/27/2010 | 08/12/2011 |
| 1803 | 300-3811130-6 | 09/30/2010 | 08/12/2011 |
| 1803 | 300-3811137-1 | 09/30/2010 | 08/12/2011 |
| 1803 | 300-3811139-7 | 09/30/2010 | 08/12/2011 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|---|---|---|---|
| 1803 | 300-3811140-5 | 09/30/2010 | 08/12/2011 |
| 1803 | 300-3811141-3 | 09/30/2010 | 08/12/2011 |
| 1803 | 300-3811142-1 | 09/30/2010 | 08/12/2011 |
| 2704 | 300-3812244-4 | 10/07/2010 | 08/19/2011 |
| 1303 | 300-3812489-5 | 10/14/2010 | 08/26/2011 |
| 1303 | 300-3812490-3 | 10/14/2010 | 08/26/2011 |
| 2704 | 300-3812823-5 | 10/20/2010 | 09/02/2011 |
| 1303 | 300-3813032-2 | 10/25/2010 | 09/09/2011 |
| 1303 | 300-3813034-8 | 10/25/2010 | 09/09/2011 |
| 1303 | 300-3813035-5 | 10/25/2010 | 09/09/2011 |
| 1303 | 300-3813036-3 | 10/25/2010 | 09/09/2011 |
| 1803 | 300-3813030-6 | 10/28/2010 | 09/09/2011 |
| 1803 | 300-3813031-4 | 10/28/2010 | 09/09/2011 |
| 1803 | 300-3813033-0 | 10/28/2010 | 09/09/2011 |
| 2704 | 300-3985227-0 | 11/08/2010 | 09/23/2011 |
| 1303 | 300-3813595-8 | 11/09/2010 | 09/23/2011 |
| 1303 | 300-3813596-6 | 11/09/2010 | 09/23/2011 |
| 1803 | 300-3986100-8 | 11/21/2010 | 10/07/2011 |
| 1803 | 300-3986160-2 | 11/21/2010 | 10/07/2011 |
| 2704 | 300-3986030-7 | 11/23/2010 | 10/07/2011 |
| 1803 | 300-3986096-8 | 11/23/2010 | 10/07/2011 |
| 1803 | 300-3986097-6 | 11/23/2010 | 10/07/2011 |
| 1803 | 300-3986093-5 | 11/24/2010 | 10/07/2011 |
| 1803 | 300-3986094-3 | 11/24/2010 | 10/07/2011 |
| 1303 | 300-3986098-4 | 11/25/2010 | 10/07/2011 |
| 1303 | 300-3986099-2 | 11/25/2010 | 10/07/2011 |
| 1303 | 300-3986101-6 | 11/25/2010 | 10/07/2011 |
| 1303 | 300-3986102-4 | 11/25/2010 | 10/07/2011 |
| 2704 | 300-3986672-6 | 11/30/2010 | 10/14/2011 |
| 2704 | 300-3986884-7 | 12/03/2010 | 10/14/2011 |
| 1303 | 300-3986670-0 | 12/04/2010 | 10/14/2011 |
| 1303 | 300-3986673-4 | 12/04/2010 | 10/14/2011 |
| 1303 | 300-3986674-2 | 12/04/2010 | 10/14/2011 |
| 1303 | 300-3986883-9 | 12/06/2010 | 10/21/2011 |
| 1303 | 300-3986888-8 | 12/06/2010 | 10/21/2011 |
| 2704 | 300-3986885-4 | 12/10/2010 | 10/21/2011 |
| 2704 | 300-3986886-2 | 12/17/2010 | 10/28/2011 |
| 1303 | 300-3987463-9 | 12/30/2010 | 11/14/2011 |
| 2704 | 300-3987464-7 | 12/30/2010 | 11/14/2011 |
| 1303 | 300-3987465-4 | 12/30/2010 | 11/14/2011 |
| 1303 | 300-3988224-4 | 12/30/2010 | 11/14/2011 |
| 1303 | 300-3988227-7 | 12/30/2010 | 11/14/2011 |
| 1303 | 300-3988228-5 | 12/30/2010 | 11/14/2011 |
| 1803 | 300-3988220-2 | 01/02/2011 | 11/18/2011 |
| 1803 | 300-3988221-0 | 01/02/2011 | 11/18/2011 |
| 1803 | 300-3988222-8 | 01/02/2011 | 11/18/2011 |
| 1803 | 300-3988225-1 | 01/02/2011 | 11/18/2011 |
| 1803 | 300-3988229-3 | 01/02/2011 | 11/18/2011 |
| 1803 | 300-3988230-1 | 01/02/2011 | 11/18/2011 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|------|-----------|------------|-----------|
| 1803 | 300-3988226-9 | 01/04/2011 | 11/18/2011 |
| 1803 | 300-3988686-4 | 01/07/2011 | 11/18/2011 |
| 1803 | 300-3988687-2 | 01/07/2011 | 11/18/2011 |
| 1803 | 300-3988690-6 | 01/07/2011 | 11/18/2011 |
| 1803 | 300-3988691-4 | 01/07/2011 | 11/18/2011 |
| 1803 | 300-3988692-2 | 01/07/2011 | 11/18/2011 |
| 1803 | 300-3988693-0 | 01/07/2011 | 11/18/2011 |
| 1303 | 300-3988688-0 | 01/10/2011 | 11/25/2011 |
| 1303 | 300-3988689-8 | 01/10/2011 | 11/25/2011 |
| 1303 | 300-3988695-5 | 01/10/2011 | 11/25/2011 |
| 1303 | 300-3988696-3 | 01/10/2011 | 11/25/2011 |
| 1303 | 300-3988697-1 | 01/10/2011 | 11/25/2011 |
| 1803 | 300-3988694-8 | 01/13/2011 | 11/25/2011 |
| 2704 | 300-3988903-3 | 01/14/2011 | 11/25/2011 |
| 1803 | 300-3989275-5 | 01/18/2011 | 12/02/2011 |
| 1303 | 300-3989276-3 | 01/19/2011 | 12/02/2011 |
| 1303 | 300-3989278-9 | 01/19/2011 | 12/02/2011 |
| 1303 | 300-3989280-5 | 01/19/2011 | 12/02/2011 |
| 1803 | 300-3989274-8 | 01/25/2011 | 12/09/2011 |
| 1803 | 300-3989277-1 | 01/26/2011 | 12/09/2011 |
| 2704 | 300-3989268-0 | 02/05/2011 | 12/16/2011 |
| 2704 | 300-8450165-7 | 02/09/2011 | 12/23/2011 |
| 2704 | 300-8450166-5 | 02/09/2011 | 12/23/2011 |
| 1303 | 300-8450164-0 | 02/21/2011 | 01/06/2012 |
| 1303 | 300-8451400-7 | 02/21/2011 | 01/06/2012 |
| 1303 | 300-8451402-3 | 02/21/2011 | 01/06/2012 |
| 1303 | 300-8451403-1 | 02/21/2011 | 01/06/2012 |
| 1303 | 300-8451404-9 | 02/21/2011 | 01/06/2012 |
| 1303 | 300-8451406-4 | 02/21/2011 | 01/06/2012 |
| 1303 | 300-8451407-2 | 02/21/2011 | 01/06/2012 |
| 1803 | 300-8451401-5 | 02/22/2011 | 01/06/2012 |
| 1803 | 300-8451762-0 | 02/22/2011 | 01/06/2012 |
| 1303 | 300-8450163-2 | 02/23/2011 | 01/06/2012 |
| 2704 | 300-8451017-9 | 02/24/2011 | 01/06/2012 |
| 2713 | 300-8451938-6 | 03/08/2011 | 01/20/2012 |
| 2713 | 300-8451704-2 | 03/09/2011 | 01/20/2012 |
| 1303 | 300-8452441-0 | 03/14/2011 | 01/27/2012 |
| 1303 | 300-8452444-4 | 03/14/2011 | 02/10/2012 |
| 1303 | 300-8453911-1 | 03/22/2011 | 02/03/2012 |
| 1303 | 300-8453912-9 | 03/22/2011 | 02/03/2012 |
| 1303 | 300-8453917-8 | 03/22/2011 | 02/03/2012 |
| 1303 | 300-8453920-2 | 03/22/2011 | 02/03/2012 |
| 2713 | 300-8453893-1 | 03/23/2011 | 02/03/2012 |
| 2713 | 300-8453895-6 | 03/23/2011 | 02/03/2012 |
| 1803 | 300-8453913-7 | 03/27/2011 | 02/10/2012 |
| 1803 | 300-8453914-5 | 03/27/2011 | 02/10/2012 |
| 1803 | 300-8453916-0 | 03/27/2011 | 02/10/2012 |
| 1803 | 300-8453915-2 | 03/29/2011 | 02/10/2012 |
| 1803 | 300-8453918-6 | 03/29/2011 | 02/10/2012 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|---|---|---|---|
| 1803 | 300-8453923-6 | 03/30/2011 | 02/10/2012 |
| 1303 | 300-8453896-4 | 04/03/2011 | 02/17/2012 |
| 1303 | 300-8453897-2 | 04/03/2011 | 02/17/2012 |
| 1803 | 300-8455417-7 | 04/05/2011 | 02/17/2012 |
| 1803 | 300-8455418-5 | 04/05/2011 | 02/17/2012 |
| 1803 | 300-8455421-9 | 04/05/2011 | 02/17/2012 |
| 1803 | 300-8455423-5 | 04/05/2011 | 02/17/2012 |
| 2713 | 300-8453894-9 | 04/06/2011 | 02/17/2012 |
| 1303 | 300-8455419-3 | 04/07/2011 | 02/17/2012 |
| 1303 | 300-8455420-1 | 04/07/2011 | 02/17/2012 |
| 1303 | 300-8455425-0 | 04/07/2011 | 02/17/2012 |
| 1303 | 300-8455429-2 | 04/07/2011 | 03/23/2012 |
| 1303 | 300-8456574-4 | 04/12/2011 | 02/24/2012 |
| 1303 | 300-8456575-1 | 04/12/2011 | 02/24/2012 |
| 1303 | 300-8456577-7 | 04/12/2011 | 02/24/2012 |
| 2713 | 300-8454686-8 | 04/14/2011 | 02/24/2012 |
| 2713 | 300-8456571-0 | 04/25/2011 | 03/09/2012 |
| 2713 | 300-8457448-0 | 05/03/2011 | 03/16/2012 |
| 2713 | 300-8457449-8 | 05/03/2011 | 03/16/2012 |
| 1303 | 300-8458643-5 | 05/06/2011 | 03/16/2012 |
| 1303 | 300-8458645-0 | 05/06/2011 | 03/16/2012 |
| 1303 | 300-8458646-8 | 05/10/2011 | 03/23/2012 |
| 1303 | 300-8459356-3 | 05/18/2011 | 03/30/2012 |
| 1303 | 300-8459357-1 | 05/18/2011 | 03/30/2012 |
| 1303 | 300-8459361-3 | 05/18/2011 | 03/30/2012 |
| 1303 | 300-8459362-1 | 05/18/2011 | 03/30/2012 |
| 1303 | 300-8459364-7 | 05/18/2011 | 03/30/2012 |
| 1303 | 300-8459366-2 | 05/18/2011 | 09/28/2012 |
| 2713 | 300-8458833-2 | 05/19/2011 | 03/30/2012 |
| 2713 | 300-8458834-0 | 05/19/2011 | 03/30/2012 |
| 2713 | 300-8458836-5 | 05/19/2011 | 03/30/2012 |
| 2713 | 300-8601928-6 | 06/01/2011 | 04/13/2012 |
| 1303 | 300-8602579-6 | 06/05/2011 | 04/20/2012 |
| 1303 | 300-8602580-4 | 06/05/2011 | 04/20/2012 |
| 1303 | 300-8602581-2 | 06/05/2011 | 04/20/2012 |
| 1803 | 300-8603309-7 | 06/16/2011 | 04/27/2012 |
| 2713 | 300-8603297-4 | 06/17/2011 | 04/27/2012 |
| 2713 | 300-8603299-0 | 06/17/2011 | 04/27/2012 |
| 1303 | 300-8603304-8 | 06/20/2011 | 05/04/2012 |
| 1303 | 300-8603307-1 | 06/20/2011 | 05/04/2012 |
| 1303 | 300-8603308-9 | 06/20/2011 | 05/04/2012 |
| 1303 | 300-8603310-5 | 06/20/2011 | 05/04/2012 |
| 1303 | 300-8603312-1 | 06/20/2011 | 05/04/2012 |
| 2713 | 300-8603293-3 | 06/29/2011 | 05/11/2012 |
| 2713 | 300-8605395-4 | 07/11/2011 | 05/25/2012 |
| 1303 | 300-8605490-3 | 07/18/2011 | 06/01/2012 |
| 1303 | 300-8605491-1 | 07/18/2011 | 06/01/2012 |
| 1303 | 300-8605492-9 | 07/18/2011 | 06/22/2012 |
| 1303 | 300-8605506-6 | 07/22/2011 | 06/01/2012 |

Exhbit A: Complaint
Court No. 13-00291

| Port | Entry No. | Entry Date | Liq. Date |
|---|---|---|---|
| 1303 | 300-8605507-4 | 07/22/2011 | 06/01/2012 |
| 1303 | 300-8605508-2 | 07/22/2011 | 06/01/2012 |
| 1303 | 300-8605509-0 | 07/22/2011 | 06/01/2012 |
| 1303 | 300-8607004-0 | 08/03/2011 | 06/15/2012 |
| 1303 | 300-8607006-5 | 08/03/2011 | 06/15/2012 |
| 1303 | 300-8607009-9 | 08/03/2011 | 06/15/2012 |
| 2713 | 300-8606653-5 | 08/05/2011 | 06/15/2012 |
| 2713 | 300-8607347-3 | 08/11/2011 | 06/22/2012 |
| 1303 | 300-8608239-1 | 08/15/2011 | 06/22/2012 |
| 2713 | 300-8609220-0 | 08/26/2011 | 07/06/2012 |
| 2713 | 300-8610287-6 | 09/07/2011 | 07/20/2012 |
| 2713 | 300-8610289-2 | 09/07/2011 | 07/20/2012 |
| 2713 | 300-8610330-4 | 09/21/2011 | 08/03/2012 |
| 2713 | 300-8612351-8 | 10/04/2011 | 08/17/2012 |
| 1303 | 300-8612756-8 | 10/17/2011 | 09/28/2012 |
| 1303 | 300-8612757-6 | 10/17/2011 | 09/28/2012 |
| 2713 | 300-8613274-1 | 10/20/2011 | 08/31/2012 |
| 2713 | 300-8614576-8 | 11/01/2011 | 09/14/2012 |
| 2713 | 300-8614577-6 | 11/01/2011 | 09/14/2012 |
| 1303 | 300-8615251-7 | 11/03/2011 | 09/28/2012 |
| 1303 | 300-8615252-5 | 11/03/2011 | 09/28/2012 |
| 1303 | 300-8615254-1 | 11/03/2011 | 09/28/2012 |
| 1303 | 300-8615256-6 | 11/03/2011 | 09/28/2012 |
| 1303 | 300-8615257-4 | 11/03/2011 | 09/28/2012 |
| 2713 | 300-8617288-7 | 12/06/2011 | 10/19/2012 |
| 2713 | 300-8619302-4 | 12/15/2011 | 10/26/2012 |
| 2713 | 300-8619061-6 | 12/29/2011 | 10/26/2012 |
| 2713 | 300-8620289-0 | 01/12/2012 | 11/23/2012 |