# UNITED STATES COURT OF INTERNATIONAL TRADE

```
----------------------------------------------------------x
                                              :
FORD MOTOR COMPANY,                           :
                                              :
                                              :
                         Plaintiff,           :      Case No.  1:13-cv-291
                                              :      Before Mark A. Barnett, Judge
                   v.                         :
                                              :
UNITED STATES,                                :
                                              :
                         Defendant.           :
                                              :
----------------------------------------------------------x
```

## INDEX OF EXHIBITS

| Exhibit A | Declaration of Gordon Todd |
|---|---|
| Exhibit 0001 | United States' Responses to Ford's Second Set of Interrogatories and Second Request for Production of Documents |
| Exhibit 0002 | United States' Response to Ford's Interrogatory Number 2 titled "Summary Reviews (Validation Activities) for Entries Created 1/1/09 to 8/19/13" |
| Exhibit 0003 | United States' Responses to Ford's First Request for Admission filed on August 4, 2015 |
| Exhibit 0004 | ACE screen prints evidencing CBP's Validation Activities produced by the United States' in Response to Ford's Request for Production Number 23 |
| Exhibit 0005 | 1988 Treasury Memo regarding "Tariff Classification of Sport – Utility Vehicles and Small Vans." |
| Exhibit 0006 | 26th Session (2000) WCO Harmonized System Committee Study regarding "Headings 87.02, 87.03, and 87.04" |
| Exhibit 0007 | May 28, 2002 Program Direction Letter Number TC7-ES-10006 |
| Exhibit 0008 | August 5, 2005 Ford Product Planning Proposal document |
| Exhibit 0009 | February 21, 2006 Ford slide deck on the Ford Connect for N.A |
| Exhibit 0010 | August 2006 Draft Ford NA Transit Connect Import Program Update |
| Exhibit 0011 | November 2, 2007 Ford 2010 MY V227N Transit Connect Program Approval document |
| Exhibit 0012 | February 2008 email chain from Brian Mansfield to Keith Carduner titled "RE: V227N Labels to be Printed in Plant Manufacturing Requirements" |
| Exhibit 0013 | April 22, 2008 Ford Program Direction Letter Number TC7-ES-10361 |

| | |
|---|---|
| Exhibit 0014 | August 19, 2008 memo from Paul Vandevert titled "Tariff Classification in the United States of Imported Transit Connect (V227 & V408) from Turkey" |
| Exhibit 0015 | August 29, 2008 *WardsAuto.com* article titled "Transit Connect May Run Afoul of 'Chicken Tax'" |
| Exhibit 0016 | September 4, 2008 *Fleet Owner* article titled "Ford trying to stop 'Chicken Tax'" |
| Exhibit 0017 | September 7, 2008 Ford Transit Connect Update Meeting Agenda and Ford North America Import Project: V227N presentation |
| Exhibit 0018 | October 2008 *Fleet Owner* article titled "Ford Squawks Over Chicken Tax" |
| Exhibit 0019 | November 3, 2008 Ford Program Direction Letter Number TC7-ES-10361R01 |
| Exhibit 0020 | February 2009 Chicago Auto Show Media Days Internal Briefing Materials |
| Exhibit 0021 | June 3, 2009 *Engineering News-Record* article titled "Killing the 'Chicken Tax' on Trucks Will Promote Innovation." |
| Exhibit 0022 | June 12, 2009 memorandum from Ford Otosan Body Engineering titled "2010 Transit Connect F/CMVSS 202, F/CMVSS 207, F/CMVSS 210, FMVSS 225/CMVSS 210.1 & 210.2 Compliance Documentation – Amendment / Supplement" |
| Exhibit 0023 | June 2009 MY 2010 Ford Transit Connect Regional Media Drive Briefing Book – Detroit |
| Exhibit 0024 | June 2009 MY 2010 Ford Transit Connect Regional Media Drive Briefing Book – Chicago |
| Exhibit 0025 | September 2009 email chain from Erlinda Byrd to Robert Swierupski, Sandra Bell, Joseph Rees, Michael Friel, Lloyd Easterling, and Myles Harmon titled "Re: Custom question for a Wall Street Journal story" |
| Exhibit 0026 | September 2009 email chain from Erlinda Byrd to Richard Laman, Robert Swierupski, Sandra Bell, Joseph Rees, Michael Friel, and Lloyd Easterling titled "Re: Customs question for a Wall Street Journal story" |
| Exhibit 0027 | 2009 Ford Transit Connect Frequently Asked Questions and Answers updated and circulated following the September 2009 Wall Street Journal article "To Outfox the Chicken Tax, Ford Strips Its Own Vans" |
| Exhibit 0028 | September 2009 email chain from Richard Laman to Thomas Russo titled "FW: Wall Street Journal 09/21/2009: To Outfox the chicken Tax, Ford Strips Its Own Vans" |
| Exhibit 0029 | September 2009 email chain from Thomas Russo to Richard Laman and Robert Swierupski titled "RE: Wall Street Journal 09/21/2009: To Outfox the chicken Tax, Ford Strips Its Own Vans" |
| Exhibit 0030 | September 23, 2009 *Wall Street Journal* article titled "To Outfox the Chicken Tax, Ford Strips Its Own Vans" |
| Exhibit 0031 | September 2009 email chain from Thomas Russo to Richard Laman titled "RE: Wall Street Journal 09/21/2009: To Outfox the chicken Tax, Ford Strips Its Own Vans" |

| | |
|---|---|
| Exhibit 0032 | September 23, 2009 *ConsumerReports.org* article titled "Ford builds Transit Connect Passenger vans to avoid 'chicken tax'" |
| Exhibit 0033 | May 1, 2010, Transit Connect Import Program Main Agreement and Statement of Work |
| Exhibit 0034 | January 5, 2011 Customs Entry Number 300-3988685-6 |
| Exhibit 0035 | July 25, 2011 Modification Center Process Sheet for the MY2012 Transit Connect to USA |
| Exhibit 0036 | September 27, 2011 Customs Entry Number 300-8612225-4 |
| Exhibit 0037 | November 30, 2011 WWL Purchase Order # PO07 205184 for vehicles processed through the Port of Baltimore, Maryland |
| Exhibit 0038 | January 20, 2012 email from Jeremy Jackson to Tamiko Bates titled "Review findings for entry 300/86200183" |
| Exhibit 0039 | February 6, 2012 QUICS Message Request 26024 submitted by Jeremy Jackson and the February 13, 2012 QUICS Message Response by Patrick Dellamura |
| Exhibit 0040 | February 6, 2012 email from Eric Dausch to Gerald Stroter, Benjamin Szymanski, and Jeremy Jackson titled "RE: Ford Connect Vehicles" |
| Exhibit 0041 | February 9, 2012 email from Jeremy Jackson to Richard Laman, Gerald Stroter, and Tamiko Bates titled "QUICS 26024 – Ford Connect Vans – additional information" |
| Exhibit 0042 | Ford Transit Connect MY2012 Source Book |
| Exhibit 0043 | February 2012 email chain from Ricardo Scheller to Jennifer Kelly and Frances Garcia titled "Fw: Misclassification of Ford Connect Vans" |
| Exhibit 0044 | February 2012 email chain from Gerald Stroter to David Ng, Jeremy Jackson, Gail Douglas, Michael Maricich, and Alice Buchanan titled "FW: Misclassification of Ford Connect Vans" |
| Exhibit 0045 | February 22, 2012 email and attachment from David Ng to Ricardo Scheller, Frances Garcia, Gerald Stroter, and Jeremy Jackson titled "FW: Draft Notice to Ford" |
| Exhibit 0046 | February 23, 2012 CBP Bullets for the Assistant Commissioner Field Operations |
| Exhibit 0047 | February 23, 2012 email from Thomas Heffernan to Millie Gleason titled "Classification Issue" |
| Exhibit 0048 | February 23, 2012 email from Michael Lovejoy to Thomas Heffernan, Ricardo Scheller, David Ng, Jennifer Kelly, Frances Garcia, Gerald Stroter, Jeremy Jackson, and Terrie Mobley titled "Re: Misclassified Ford Cargo vans" |
| Exhibit 0049 | February 23, 2012 email chain from Thomas Heffernan to Millie Gleason titled "FW: Ford Motor Company – Connect Vehicles Data" |
| Exhibit 0050 | February 23, 2012 email from Dan Baldwin to Michael Lovejoy, Jeffrey Baldwin, Thomas Heffernan, Ricardo Scheller, Frances Garcia, Donna Lombardi, and Brenda Brockman Smith titled "Re: Media Interest – CBP Baltimore, MD" |

3

| Exhibit 0051 | February 23, 2012 email from Ricardo Scheller to Todd Horton titled "Re: Highlights of Investigation into the Proper Classification of Ford Connect Vans" |
| Exhibit 0052 | February 2012 email chain from Gerald Stroter to Jeremy Jackson titled "FW: Ford Contact for Letter – soon to be under investigation" |
| Exhibit 0053 | February 23, 2012 email from Jeremy Jackson to Ricardo Scheller and Gerald Stroter titled "RE: Bullets" produced to Ford by the Government. |
| Exhibit 0054 | February 23, 2012 email from David Ng to Jeremy Jackson and Gerald Stroter titled "Ford docs" |
| Exhibit 0055 | February 23, 2012 email and attachment from David Ng to Kandi MacDonald, Frances Garcia, and Gerald Stroter titled "CBP Investigation Notice" |
| Exhibit 0056 | February 2012 email chain from Ricardo Scheller to Millie Gleason, Lori Whitehurst, Frances Garcia, Gerald Stroter, Jeremy Jackson, Thomas Heffernan, and Michael Lovejoy titled "Re: Classification of passenger vans dutiable at 2.5% vs. cargo vans at 25%" |
| Exhibit 0057 | February 2012 email chain from Ricardo Scheller to Michael Lovejoy, Frances Garcia, and Thomas Heffernan titled "Re: Media Interest – CBP Baltimore, MD" |
| Exhibit 0058 | February 2012 email chain from Thomas Heffernan to Michael Lovejoy titled "Re: Media Interest – CBP Baltimore, MD" |
| Exhibit 0059 | February 2012 email chain from Michael Lovejoy to Ricardo Scheller, Dan Baldwin, Jeffrey Baldwin, Thomas Heffernan, Frances Garcia, Donna Lombardi, Terrie Mobley, and David Ng titled "RE: Media Interest – CBP Baltimore, MD" |
| Exhibit 0060 | February 2012 email chain from Matthew Sullivan to Thomas Russo, Richard Laman, Patrick Dellamura, Florence Frangione, and Mark Nackman titled "RE: Classification of passenger vans duitable at 2.5% vs. cargo vans at 25%" |
| Exhibit 0061 | February 27, 2012 email from David Ng to Thomas Heffernan, Terrie Mobley, Frances Garcia, Gerald Stroter, and Benjamin Szymanski titled "Update: Ford Vans" |
| Exhibit 0062 | February 2012 email chain from Thomas Heffernan to Michael Lovejoy titled "RE: Ford Connect – update" |
| Exhibit 0063 | February 2012 email chain from Thomas Heffernan to Michael Lovejoy titled "RE: Ford Connect – update" |
| Exhibit 0064 | February 2012 email chain from Jeremy Jackson to Audrey Rucker, Debrah Stafiej, and Sandra Needham titled "RE: Question regarding Ford Motor Company importations into Detroit" |
| Exhibit 0065 | February 27 2012 email chain from Frances Garcia to David Ng titled "RE: Update: Ford Vans" |
| Exhibit 0066 | February 27, 2012 email from Gerald Stroter to David Ng and Jeremy Jackson titled "RE: Please review bullets about teh [sic] Ford vans" |
| Exhibit 0067 | February 2012 email chain from Michael Lovejoy to Thomas Heffernan titled "RE: Update: Ford Vans" |

| | | |
|---|---|---|
| | Exhibit 0068 | February 2012 email chain and attachment from Jeremy Jackson to David Ng and Gerald Stroter titled "RE: Letter to Ford" |
| | Exhibit 0069 | February 29, 2012 email from Clint Lindsay of the U.S. Department of Transportation National Highway Traffic Safety Administration to Matthew Sullivan, National Import Specialist, attaching a February 29, 2012 letter from Lindsay to Sullivan |
| | Exhibit 0070 | March 2012 email chain from Ieva O'Rourke to Elizabeth Jenior titled "RE: Ford cargo vans and the Chicken tax" |
| | Exhibit 0071 | March 2012 email chain from Carrie Owens to Thomas Russo, Patrick Dellamura, Matthew Sullivan, Richard Laman, Mark Nackman, Laurence Castelli, Ieva O'Rourke, and Myles Harmon titled "RE: INFO: Misclassified Ford Cargo Vans" |
| | Exhibit 0072 | March 2012 email chain and attachment from Donna Lombardi to Susan Thomas titled "FW: Imported Ford Van Issue" |
| | Exhibit 0073 | March 2012 email chain from Susan Thomas to Susan Dalpe titled "FW: To Outfox the Chicken Tax, Ford Strips Its Own Vans – WSJ.com" |
| | Exhibit 0074 | March 2012 email chain from Susan Dalpe to Susan Thomas titled "RE: Ford Connect Vehicles" |
| | Exhibit 0075 | March 2012 email chain from Susan Dalpe to Donna Lombardi and Susan Thomas titled "RE: Ford Connect Vehicles" |
| | Exhibit 0076 | March 2012 email chain and attachment from Susan Thomas to Susan Dalpe titled "Re: Ford Connect Vehicles" |
| | Exhibit 0077 | March 2012 email chain and attachment from Thomas Heffernan to Gerald Stroter, Jeremy Jackson, and Terrie Mobley titled "FW: Ford Connect Vehicles" |
| | Exhibit 0078 | March 2012 email chain from Gerald Stroter to Danny Johnson titled "RE: Ford Connect Vehicles" |
| | Exhibit 0079 | March 20, 2012 Ford Transit Connect MY2012 Order Guide |
| | Exhibit 0080 | April 2012 email chain and attachments from Jeremy Jackson to Veronica Ryan, Gerald Stroter, and David Ng titled "Letters sent to Ford" |
| | Exhibit 0081 | April 2012 email chain from Gerald Stroter to Bernice Greene, Marcelino Mendez and Jeremy Jackson titled "FW: Contact from Ford attorney" |
| | Exhibit 0082 | April 2012 email chain from Richard Laman to Allyson Mattanah titled "RE: principally designed and use" |
| | Exhibit 0083 | June 8, 2012 email chain from Allyson Mattanah to Ieva O'Rourke and Claudia Garver titled "RE: Internal Advice Request – Ford Transit Connect Vans" |
| | Exhibit 0084 | June 8, 2012 email chain and attachment from Thomas Heffernan to Susan Thomas titled "FW: Internal Advice Request – Ford Transit Connect Vans." |
| | Exhibit 0085 | June 8, 2012 email chain from Ieva O'Rourke to Allyson Mattanah titled "FW: Internal Advice Request – Ford Transit Connect Vans" |

| | |
|---|---|
| Exhibit 0086 | July 18, 2012 email from Clint Lindsay to Jeremy Jackson, Gerald Stroter, Susan Thomas, Danny Johnson, Brian Roesner, Benjamin Szymanski, Maureen Blanchard, Bradley Dauble, Matthew Sullivan, Thomas Heffernan, Coleman Sachs, and Harry Thompson titled "Ford Transit Connect Vehicles" |
| Exhibit 0087 | July 2012 email chain and attachments from Gerald Stroter to Allyson Mattanah, Claudia Garver, Ieva O'Rourke, Thomas Heffernan, and Jeremy Jackson titled "FW: Ford Connect pictures" |
| Exhibit 0088 | August 13, 2012 email chain and attachments from Thomas Heffernan to Allyson Mattanah, Claudia Garver, Ieva O'Rourke, Terrie Mobley, Susan Thomas, Jeremy Jackson, Joseph Weiford, Benjamin Szymanski, Tamiko Bates, and Gail Douglas titled "FW: Ford Transit Connect Exam on Detained Vehicles" |
| Exhibit 0089 | August 2012 email chain and attachment from Allyson Mattanah to Ieva O'Rourke to Allyson Mattanah titled "RE: FW: Ford Transit Connect Exam on Detained Vehicles" |
| Exhibit 0090 | September 2012 email chain and attachment from Susan Thomas to Gerald Stroter and Jeremy Jackson titled "FW: Ford Transit Connect Data 8704 as of 7/15/12." |
| Exhibit 0091 | September 2012 email chain from Gerald Stroter to Susan Thomas and Jeremy Jackson titled "RE: Ford Transit Connect Data 8704 as of 7/15/12" |
| Exhibit 0092 | October 2012 email chain from Renee Chovanec to Ieva O'Rourke, Carrie Owens, Allyson Mattanah, and Claudia Garver titled "RE: Propriety of Ford's import practice" |
| Exhibit 0093 | November 5, 2012 email chain from Robert Silverman to Myles Harmon, Ieva O'Rourke, and Claudia Garver titled "RE: meeting with HQ on Thursday, November 8." |
| Exhibit 0094 | November 15, 2012 email and attachment from Robert Silverman to Claudia Garver titled "Internal Advice Request - - Ford Transit Connect" |
| Exhibit 0095 | December 2012 email chain and attachment from Ieva O'Rourke to Claudia Garver, Myles Harmon and Allyson Mattanah titled "RE: Internal Advice Request – Ford Transit Connect" |
| Exhibit 0096 | February 23, 2012 email and attachments from Jeremy Jackson to Ricardo Scheller and Gerald Stroter titled "Re: Bullets" |
| Exhibit 0097 | January 31, 2013 email and attachment from Claudia Garver to Thomas Heffernan, Ieva O'Rourke, and Myles Harmon titled "RE: Internal Advice Request – Ford Transit Connect Vans" |
| Exhibit 0098 | February 2013 email chain from Ieva O'Rourke to Claudia Garver titled "RE: Ford Transit Connect – Codes 6 and 7 – 8/13/08 to 12/31/12" |
| Exhibit 0099 | February 2013 email chain from Ieva O'Rourke to Thomas Heffernan, Susan Thomas, Ricardo Scheller, Laurel Poe, Diane Loewner, and Claudia Garver titled "RE: Ford Transit Connect – Codes 6 and 7 – 8/13/08 to 12/31/12" |
| Exhibit 0100 | February 2013 email chain from Ieva O'Rourke to Sandra Bell and Myles Harmon titled "FW: Notification to Ford Motor Company of Internal Advice Request Decision by the Office of Regulations and Rulings" |

| | | |
|---|---|---|
| | Exhibit 0101 | February 11, 2013 email chain and attachment from Sandra Bell to Richard DiNucci, Frederick Smith, Karen Binder, Myles Harmon, and Ieva O'Rourke titled "FW: Revised Ford Connect decision" |
| | Exhibit 0102 | February 2013 email chain from Thomas Heffernan to David Murphy, Michael Lovejoy, Dan Baldwin, Christopher Kennally, Christopher Maston, Ricardo Scheller, Susan Thomas, Sandra Bell, Myles Harmon, Richard DiNucci, and Allen Gina titled "RE: Ford case". |
| | Exhibit 0103 | March 2013 email chain from Sandra Bell to Ieva O'Rourke and Myles Harmon titled "Re: Ford Transit Connect – Public version" |
| | Exhibit 0104 | May 2013 email chain from Joseph Weiford to Susan Thomas titled "RE: ACE Personas/Roles Project" |
| | Exhibit 0105 | Map of the Dundalk Port, Maryland, which was used as Exhibit 1 in the Jeremy Jackson Deposition. |
| Exhibit B | | Roger Burnett Deposition |
| Exhibit C | | Myles Harmon Deposition |
| Exhibit D | | Thomas Heffernan Deposition |
| Exhibit E | | Damoni Hurt Deposition |
| Exhibit F | | Jeremy Jackson Deposition |
| Exhibit G | | Richard Laman Deposition |
| Exhibit H | | Brian Mansfield Deposition |
| Exhibit I | | Allyson Mattanah Deposition |
| Exhibit J | | Ieva O'Rourke Deposition |
| Exhibit K | | Tracy Parks Deposition |
| Exhibit L | | Douglas Scott Deposition |
| Exhibit M | | Gerald Stroter Deposition |
| Exhibit N | | Matthew Sullivan Deposition |
| Exhibit O | | Benjamin Szymanski Deposition |
| Exhibit P | | Susan Thomas Deposition |
| Exhibit Q | | Joseph Weiford Deposition |
| Exhibit R | | Mark Zolna Deposition |
| Exhibit S | | Brian Mansfield Declaration |
| Exhibit T | | Douglas Scott Declaration |
| Exhibit U | | Ford Motor Company's Complaint in *Ford Motor Company v. United States* |
| Exhibit V | | United States' Answer in *Ford Motor Company v. United States* |