# Exhibit 0021



# Killing the 'Chicken Tax' on Trucks Will Promote Innovation

06/03/2009

What do chickens have to do with trucks? Plenty, if the trucks are not built in North America and are being imported into the U.S. Pickup trucks and other small trucks are subject to a 25% "chicken tax" protectionist tariff imposed by the U.S. in 1963 after Germany tripled the duty on frozen U.S. chicken products coming into that country. Over four decades later, the world has changed and some innovative products are caught in a bind.

Vehicle manufacturing now is clearly a global enterprise, as demonstrated by the sale or pending sale of some of bankrupt Chrysler's and General Motor's assets to manufacturers abroad. Parts now are sourced all over the world, and the winners are the ones that offer the most value for the price, no matter where they are made.

The chicken tax potentially is in play over two innovative vehicles: One is Ford Motor Co.'s Transit Connect small van, which the firm builds in Turkey and wants to sell in the U.S. starting next month. The other is a compact diesel pickup truck that Indian manufacturer Mahindra and Mahindra Ltd. wants to offer U.S. buyers later this year.

The tax started in a classic trade war between nations but now is a powerful protectionist tool for U.S. interests. The hefty levy forced Honda, Nissan and Toyota to build trucks here, but Ford and Mahindra have other ideas until they can prove the market is ready for their products.

Both companies' solutions are a bit kooky and somewhat wasteful, but apparently they will work. Ford will import its vans with a second row of seats, even though it believes most will be used in a format with only front seats. After the vans arrive in the U.S., Ford will yank out the seats and another firm will recycle the steel and shred the rest for use as landfill cover. How green is that?

Mahindra, on the other hand, plans to ship complete knockdown kits of its truck to the U.S. and then assemble them at facilities of other manufacturers, possibly in Ohio.

Protectionist tariffs can be harmful in the long run, as the recent bankruptcies demonstrate. They stifle innovation and induce wasteful business practices, both among the protected and those on the outside. This tariff no longer has anything to do with chickens; it is just a bad egg. It would be nice to build these products in the U.S. but until the market rules in their favor, they should be allowed in duty-free.

# Exhibit 0022

# EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0023

EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0024

EXHIBIT CONFIDENTIAL IN
ITS ENTIRETY

# Exhibit 0025

EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0026

# EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0027

EXHIBIT CONFIDENTIAL IN
ITS ENTIRETY

# Exhibit 0028

# EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0029

EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0030

EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0031

EXHIBIT CONFIDENTIAL IN ITS ENTIRETY

# Exhibit 0032

# ConsumerReports.org®

## Ford builds Transit Connect passenger vans to avoid "chicken tax"

Consumer Reports News: September 23, 2009 11:34 AM



When my colleague Jim Travers and I had a chance to drive the new Ford Transit Connect, we kept asking ourselves the same question: Is it a commercial van or a passenger van? Ford said it was initially aiming for commercial buyers. Yet almost every time we saw a Transit Connect on the auto show circuit, it was set up with a three-passenger rear seat and side windows. (Taken a step further, we could envision it configured as a small camper.) There was a clear disconnect between presentation and reality.

We're not the only ones left wondering if this is a passenger vehicle or not. Port authorities must wonder, as well. It turns out, the vehicles are both, and poultry is to blame.

The Ford Transit Connect is converted from passenger to cargo vehicle when it arrives in the United States, thanks to the "chicken tax," according to the Wall Street Journal. The so-called chicken tax is a 25-percent levy on imported commercial trucks and vans levied by President Lyndon B. Johnson in retaliation for a tariff Germany placed on American chicken exports. At the time, the only foreign automaker selling trucks in the U.S. was Volkswagen with its Transporters.

Since then, almost all foreign carmakers have sought creative ways to circumvent the tax. At first, Volkswagen marketed its Transporters as "station wagons" complete with up to 23 windows and seating for up to nine passengers. Later, VW and other automakers built factories in the U.S. and moved production of its trucks there.

Now, according to the WSJ, Ford has found a new way around the tax for its Transit Connects. The company reportedly ships all the vans from Turkey, where they are built, to the United States with rear seats and windows installed. As passenger vans, they are subject to a much lower tariff of 2.5 percent.

When they arrive here, they are shipped to an independent company, where the rear windows and seats in most Transit Connects are removed. The windows are replaced with solid panels to turn the Transit Connects into cargo vans. The seats and glass are then shredded and recycled.

We're enthusiastic about the Transit Connect and the prospect of seeing it replace less-efficient large vans. But even if Ford found this is the cheapest way to bring them here, this seems like an enormous waste of energy and natural resources. On the other hand, it may mean a passenger version may be relatively affordable to offer, should there be demand.

— Eric Evarts

Copyright © 2006-2014 Consumer Reports. No reproduction, in whole or in part, without written permission.

# Exhibit 0033

# EXHIBIT CONFIDENTIAL IN ITS ENTIRETY