UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, *JUDGE*
-------------------------------------------------------------x

| | | |
|---|---|---|
| FORD MOTOR COMPANY, | : | |
| *Plaintiff,* | : | Court No. 13-00291 |
| v. | : | |
| UNITED STATES, | : | |
| *Defendant.* | : | |

-------------------------------------------------------------x

## ORDER

Upon reading defendant's Motion for Errata to Correct Confidentiality Designations; upon other papers and proceedings had herein; and upon due deliberation; it is hereby

ORDERED that defendant's Motion for Errata to Correct Confidentiality Designations is granted; and

IT IS FURTHER ORDERED that defendant's submissions made in connection with its Motion for Errata to Correct Confidentiality Designations are accepted.

_____
MARK A. BARNETT, *JUDGE*

Dated: New York, New York
         This         day of              , 2016.

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. MARK A. BARNETT, *JUDGE*
-------------------------------------------------------------x

| | |
|---|---|
| FORD MOTOR COMPANY, | : |
|                *Plaintiff,* | :   Court No. 13-00291 |
|                v. | : |
| UNITED STATES, | : |
|                *Defendant.* | : |

-------------------------------------------------------------x

### DEFENDANT'S MOTION FOR ERRATA
### TO CORRECT CONFIDENTIALITY DESIGNATIONS

In accordance with the Court's directive and after consultation with counsel for Ford Motor Company (Ford), defendant, United States (Government) respectfully resubmits all of our filings made in connection with our cross-motion for summary judgment or in response to Ford's motion for summary judgment.  Out of an abundance of caution, all of our filings were made under seal.  We have now had an opportunity to confer with Ford's counsel about confidentiality.  Although we may not agree with every confidential designation that Ford has asserted, out of a spirit of cooperation we have agreed to redact the information that is the subject of Ford's designations.  However, this should not be construed as acquiescence to these redactions, and we reserve our right to direct the Court's attention to those confidential designations that we believe are incorrect.

The chart below reflects the following:  (i) documents that are free from any confidential information and, therefore, are filed without any "public" or "confidential" designation; (ii) documents filed under seal without a public version because the entire

document is confidential; (iii) confidential versions of documents with the designated confidential information enclosed in rectangular outline; and (iv) public versions of documents with the designated confidential information fully redacted.

| I.  DOCUMENTS CONTAINING NO CONFIDENTIAL INFORMATION ||
| --- | --- |
| **FILING DATE** | **DOCUMENT** |
| 12/18/15 (XMSJ) | Defendant's Cross-Motion for Summary Judgment and Memorandum of Law |
| 12/18/15 (XMSJ) | Def. Ex. 1 (Declaration of Susan Thomas) |
| 12/18/15 (XMSJ) | Def. Ex. 5 (Paul Kent Deposition Ex. 7 (August 31, 2006 Email)) |
| 12/18/15 (XMSJ) | Def. Ex. 8 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 30 (2010 Transit Connect Order Guide)) |
| 12/18/15 (XMSJ) | Def. Ex. 9 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 31 (2010 Transit Connect Sourcebook)) |
| 12/18/15 (XMSJ) | Def. Ex. 10 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 32 (2011 Transit Connect Order Guide)) |
| 12/18/15 (XMSJ) | Def. Ex. 11 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 33 (2011 Transit Connect Sourcebook)) |
| 12/18/15 (XMSJ) | Def. Ex. 12 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 34 (Pages 16-26 of the 2012 Transit Connect Sourcebook)) |
| 12/18/15 (XMSJ) | Def. Ex. 13 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 35 (2012 Transit Connect Order Guide and Pages 1-15 of the 2012 Transit Connect Sourcebook)) |
| 12/18/15 (XMSJ) | Def. Ex. 14 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 36 (2013 Transit Connect Product Guide)) |
| 12/18/15 (XMSJ) | Def. Ex. 15 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 37 (2013 Transit Connect Sourcebook)) |
| 12/18/15 (XMSJ) | Def. Ex. 19 (Damoni Hurt Deposition Ex. 2) |
| 12/18/15 (XMSJ) | Def. Ex. 20 Thomas Heffernan Deposition Ex. 3 |
| 12/18/15 (XMSJ) | Def. Ex. 21 Photographs of MY2013 Transit Connect Van as it would be seen at the time of importation |
| 12/18/15 (XMSJ) | Def. Ex. 22 Photographs of a MY2013 Transit Connect Wagon |
| 12/18/15 (XMSJ) | Def. Ex. 23 Photographs of a MY2013 Transit Connect Van as it would be seen after processing at the port removes rear seat, seatbelts and widows (if called for by VIN number) |

| I. DOCUMENTS CONTAINING NO CONFIDENTIAL INFORMATION ||
| FILING DATE | DOCUMENT |
|---|---|
| 12/18/15 (XMSJ) | Def. Ex. 24 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 41 (Transit Connect Monroney Label)) |
| 12/18/15 (XMSJ) | Def. Ex. 25 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 42 (Transit Connect Monroney Label)) |
| 12/18/15 (XMSJ) | Def. Ex. 26 (Transcript of the Deposition of CBP Office Benjamin Szymanski) |
| 12/18/15 (XMSJ) | Def. Ex. 27 (Transcript of the Deposition of CBP Officer Joseph Weiford) |
| 12/18/15 (XMSJ) | Def. Ex. 30 (Plaintiff's Response to the Defendant's First Set of Interrogatories) |
| 12/18/15 (XMSJ) | Def. Ex. 31 (Transcript of CBP Commercial & Trade Facilitation Division Director Myles Harmon) |
| 12/18/15 (XMSJ) | Def. Ex. 32 (Lena Thompson Deposition Ex. 7) |
| 12/18/15 (XMSJ) | Def. Ex. 33 (Transcript of the Deposition of Craig Hall) |
| 12/18/15 (XMSJ) | Def. Ex. 36 (Lena Thompson Deposition Ex. 8) |
| 12/18/15 (XMSJ) | Def. Ex. 37 (Ford Advertising/Marketing Documents) |
| 12/18/15 (XMSJ) | Def. Ex. 39 (Keith Carduner Deposition Ex. 21) |
| 12/18/15 (XMSJ) | Def. Ex. 42 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 38 (US Safety Certification Label Template)) |
| 12/18/15 (XMSJ) | Def. Ex. 54 Rule 30(b)(6) Deposition of Ford (Douglas Scott as Designated Agent) Ex. 21) |
| 12/18/15 (XMSJ) | Def. Ex. 55 (Excerpt from the Transcript of the Deposition of Thomas Heffernan) |
| 2/19/16 (Reply) | Defendant's Corrected Reply Memorandum of Law |
| 2/12/16 (Reply) | Def. Ex. 58 (Marek Zolna Deposition Ex. 11 (Email string)) |
| 2/12/16 (Reply) | Def. Ex. 59 (Jeremy Jackson Deposition Ex. 26 (Email string)) |
| II. DOCUMENTS CONFIDENTIAL IN THEIR ENTIRETY ||
| FILING DATE | DOCUMENT |
| 12/18/15 (XMSJ) | Def. Ex. 3 (Marek Zolna Deposition Ex. 5 (Draft PowerPoint Presentation)) |
| 12/18/15 (XMSJ) | Def. Ex. 4 (Marek Zolna Deposition Ex. 2 (Product Planning Proposal Document)) |
| 12/18/15 (XMSJ) | Def. Ex. 6 (Rule 30(b)(6) Deposition of Ford (Douglas Scott as Designated Agent) Ex. 15) |
| 12/18/15 (XMSJ) | Def. Ex. 7 (Rule 30(b)(6) Deposition of Ford (Douglas Scott as Designated Agent) Ex. 16) |
| 12/18/15 (XMSJ) | Def. Ex. 17 (Excerpt of Ford Program Direction Letter Approved 2010/03/30) |

| I. DOCUMENTS CONTAINING NO CONFIDENTIAL INFORMATION ||
|---|---|
| **FILING DATE** | **DOCUMENT** |
| 12/18/15 (XMSJ) | Def. Ex. 38 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 27 (Ford Contract with Port Processors)) |
| 12/18/15 (XMSJ) | Def. Ex. 40 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 24 (Ford Program Direction Letter)) |
| 12/18/15 (XMSJ) | Def. Ex. 41 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 39 and 39 Part II (Email string and "chicken tax" seat item removal spreadsheet)) |
| 12/18/15 (XMSJ) | Def. Ex. 44 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 5 (PowerPoint Slides re: Transit Connect Market Research)) |
| 12/18/15 (XMSJ) | Def. Ex. 45 (Marek Zolna Deposition Ex. 4 (Product Planning Proposal Document)) |
| 12/18/15 (XMSJ) | Def. Ex. 46 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 12 (Email string with PowerPoint Slides re: 20XX MY Transit Connect Small Commercial Van Strategy) |
| 12/18/15 (XMSJ) | Def. Ex. 47 (Marek Zolna Deposition Ex. 8 (Email attaching Draft Planning V227 Study Scoping Document, Financials, and Meeting Agenda)) |
| 12/18/15 (XMSJ) | Def. Ex. 48 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 11 (PowerPoint Slides re: 20XX N.A. Connect  NA Timing Proposal)) |
| 12/18/15 (XMSJ) | Def. Ex. 51 (Marek Zolna Deposition Ex. 9) |
| 12/18/15 (XMSJ) | Def. Ex. 52 (Rule 30(b)(6) Deposition of Ford (Douglas Scott as Designated Agent) Ex. 17) |
| 12/18/15 (XMSJ) | Def. Ex. 53 (Rule 30(b)(6) Deposition of Ford (Douglas Scott as Designated Agent) Ex. 20) |
| 12/18/15 (XMSJ) | Def. Ex. 57 (Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent) Ex. 29 (Modification Center Process Sheet)) |
| III. CONFIDENTIAL VERSION OF DOCUMENTS CONTAINING SOME CONFIDENTIAL INFORMATION ||
| **FILING DATE** | **DOCUMENT** |
| 12/18/15 (XMSJ) | Defendant's Responses to Ford's Statement of Material Facts |
| 12/18/15 (XMSJ) | Defendant's Statement of Material Facts |
| 12/18/15 (XMSJ) | Def. Ex. 2 (Transcript of the Deposition of Marek (Mark) Zolna) |
| 12/18/15 (XMSJ) | Def. Ex. 16 (Ford email string from August 18, 2010 to September 2, 2010) |
| 12/18/15 (XMSJ) | Def. Ex. 18 (Craig Hall Deposition Ex. 12) |
| 12/18/15 (XMSJ) | Def. Ex. 28 (Transcript of the Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent)) |

| III. CONFIDENTIAL VERSION OF DOCUMENTS CONTAINING SOME CONFIDENTIAL INFORMATION | |
|---|---|
| **FILING DATE** | **DOCUMENT** |
| 12/18/15 (XMSJ) | Def. Ex. 29 (Transcript of the Rule 30(b)(6) Deposition of Ford (Douglas Scott as Designated Agent)) |
| 12/18/15 (XMSJ) | Def. Ex. 34 (Transcript of the Deposition of Keith Carduner) |
| 12/18/15 (XMSJ) | Def. Ex. 35 (Transcript of the Deposition of Tracy Parks) |
| 12/18/15 (XMSJ) | Def. Ex. 43 (Transcript of the Deposition of Brian Mansfield) |
| 12/18/15 (XMSJ) | Def. Ex. 49 (Transcript of the Deposition of Paul Kent) |
| 12/18/15 (XMSJ) | Def. Ex. 50 (Paul Kent Deposition Ex. 10) |
| 12/18/15 (XMSJ) | Def. Ex. 56 (Tracy Parks Deposition Ex. 5) |
| 2/12/16 (Reply) | Defendant's Response to Ford's Supplemental Statement of Facts |
| **IV. PUBLIC VERSION OF DOCUMENTS CONTAINING SOME CONFIDENTIAL INFORMATION** | |
| **FILING DATE** | **DOCUMENT** |
| 12/18/15 (XMSJ) | Defendant's Responses to Ford's Statement of Material Facts |
| 12/18/15 (XMSJ) | Defendant's Statement of Material Facts |
| 12/18/15 (XMSJ) | Def. Ex. 2 (Transcript of the Deposition of Marek (Mark) Zolna) |
| 12/18/15 (XMSJ) | Def. Ex. 16 (Ford email string from August 18, 2010 to September 2, 2010) |
| 12/18/15 (XMSJ) | Def. Ex. 18 (Craig Hall Deposition Ex. 12) |
| 12/18/15 (XMSJ) | Def. Ex. 28 (Transcript of the Rule 30(b)(6) Deposition of Ford (Roger Burnett as Designated Agent)) |
| 12/18/15 (XMSJ) | Def. Ex. 29 (Transcript of the Rule 30(b)(6) Deposition of Ford (Douglas Scott as Designated Agent)) |
| 12/18/15 (XMSJ) | Def. Ex. 34 (Transcript of the Deposition of Keith Carduner) |
| 12/18/15 (XMSJ) | Def. Ex. 35 (Transcript of the Deposition of Tracy Parks) |
| 12/18/15 (XMSJ) | Def. Ex. 43 (Transcript of the Deposition of Brian Mansfield) |
| 12/18/15 (XMSJ) | Def. Ex. 49 (Transcript of the Deposition of Paul Kent) |
| 12/18/15 (XMSJ) | Def. Ex. 50 (Paul Kent Deposition Ex. 10) |
| 12/18/15 (XMSJ) | Def. Ex. 56 (Tracy Parks Deposition Ex. 5) |
| 2/12/16 (Reply) | Defendant's Response to Ford's Supplemental Statement of Facts |

Wherefore, defendant respectfully requests that this Court accept our resubmission of our documents.

>Respectfully submitted,
>
>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>/s/ Amy M. Rubin
>AMY M. RUBIN
>Assistant Director
>
>/s/Beverly A. Farrell
>JASON M. KENNER
>BEVERLY A. FARRELL
>Trial Attorney
>Department of Justice, Civil Division
>Commercial Litigation Branch
>26 Federal Plaza, Room 346
>New York, New York 10278
>(212) 264-9230 or 0483
>Attorneys for Defendant

Dated: March 4, 2016