# DEFENDANT'S EXHIBIT 15

# Transit Connect | 2013

## Table of Contents

Transit Connect

### What's Important
| | |
|---|---|
| Key Messages | 2 |
| Key Features Overview | 2 |
| New for 2013 | 3 |

### Model Lineup
| | |
|---|---|
| XL Van | 4 |
| XLT Van | 4 |
| XLT Wagon | 5 |
| XLT Premium Wagon | 5 |
| Optional Equipment | 6 |

### Performance/Handling
| | |
|---|---|
| Brakes, Front Disc, Rear Drum | 8 |
| CNG/LPG Engine Prep Package | 7 |
| Engine, 2.0L Duratec 16-valve DOHC I-4 | 7 |
| Fuel Economy, EPA-estimated | 7 |
| Steering, Rack-and-pinion | 8 |
| Suspension | |
|   Independent MacPherson Strut Front | 8 |
|   Multi-leaf Rear | 8 |
| Towing | |
|   Flat/Neutral | 8 |
|   Trailer | 8 |
| Transmission, 4-speed automatic | 7 |

### Quality/Reliability/Durability
| | |
|---|---|
| 24-Hour Roadside Assistance | 9 |
| Durability Testing | 9 |
| Easy Maintenance | 9 |
| Fail-safe Cooling System | 9 |
| Warranties | 9 |

### Flexibility
| | |
|---|---|
| AdvanceTrac with RSC (Roll Stability Control) | 14 |
| Airbags | |
|   Driver and Front Passenger | 15 |
|   Front-seat Side | 15 |
| Anti-lock Braking System (ABS) | 14 |
| Audio Systems | |
|   AM/FM Stereo | 16 |
|   Auxiliary Audio Input Jack | 16 |
|   Single-CD Player | 16 |
| Brake Assist | 14 |
| Cargo Capacity | 12 |

### Flexibility cont'd
| | |
|---|---|
| Crew Chief | 10 |
| Doors | |
|   Dual Sliding Side | 10 |
|   Dual Swing-open Rear | 11 |
|   Rear Cargo 255-degree Opening | 11 |
| Heavy-duty Battery | 11 |
| Key Fobs | 12 |
| LATCH System | 15 |
| Locking Hood Latch | 15 |
| Modified Wiring | 13 |
| Overhead Stowage Shelf with Net | 12 |
| Packages | |
|   Fleet XL Power Group | 13 |
|   Graphics Package | 11 |
|   New York City Taxi Package | 11 |
|   Taxi Package | 11 |
| Rear View Camera | 16 |
| Reverse Sensing System | 16 |
| Right-sized Exterior | 10 |
| Seating | 12 |
| SecuriLock Passive Anti-Theft System | 15 |
| Spare Keys | 13 |
| SYNC Technology | 13 |
| Tilt/Telescoping Steering Column | 12 |
| Tire Pressure Monitoring System (TPMS) | 15 |
| Traction Control | 14 |

### Capability
| | |
|---|---|
| Capability | 17 |
| Interior Customization/Upfits | 17 |

### Wheel/Cover
| | |
|---|---|
| | 18 |

### Color and Trim
| | |
|---|---|
| | 18 |

### Seating Configurations
| | |
|---|---|
| | 19 |

### Dimensions and Capacities
| | |
|---|---|
| | 20, 21 |

### Technical Specifications
| | |
|---|---|
| | 22, 23 |

PRODUCED BY FORD

CONFIDENTIAL

0001_00021778



EXHIBIT
PENGAD 800-631-6989
FORD 37
6-29-15 AC

# 2013 | Transit Connect
## *What's Important*

| Key Messages |
|---|
| • Transit Connect is a dedicated small commercial van and is the perfect vehicle to upfit and wrap with graphics |
| • Transit Connect combines award-winning design with proven truck tough reliability in a small vehicle |
| • Serious payload and GVWR capability in an agile, city-smart package |
| • Dual-purpose functionality with Van and Wagon models |

## Key Features Overview



Right-sized
(p. 10)

2.0L Duratec 16-valve
DOHC I-4 engine
(p. 7)

Dual swing-open
rear cargo doors
(p. 11)

EPA-estimated
Fuel Economy
(p. 7)

Cargo capacity
(pp. 10, 12, 21)

AdvanceTrac
with RSC (Roll
Stability Control)
(p. 14)

1600-lb. maximum
payload (Van)
(p. 17)

**NOTE:** See the latest Dealer Ordering Guide for feature availability.

esourcebook.dealerconnection.com
RE&T: 2013 Source Book

May 2012

PRODUCED BY FORD

CONFIDENTIAL

0001_00021779

# Transit Connect
## *What's Important*

# 2013

## New for 2013

### Model Lineup

· No model lineup changes; model lineup includes:
  – XL Van
  – XLT Van
  – XLT Wagon
  – XLT Premium Wagon

### Performance/Handling

· No new features for 2013

### Quality/Reliability/Durability

· No new features for 2013

### Flexibility

· AM/FM/single-CD radio available on XL Van
· Ashcup with lid is available
· Colors added:
  – Mars Red Metallic (RY) and Tectonic Silver Metallic (HI) available on Wagon models only
  – Noisette Metallic (NS) and Winter Blue Metallic (UH) are available on the XLT Wagon
· Colors deleted:
  – Dark Micastone Metallic
  – Torch Red
· Heavy-duty battery available on all models (not available with electric heated windshield defroster or Taxi Package)
· Mobility Motoring Prep Package (86M) is deleted
· Privacy glass is standard in Taxi Package, solar tint glass is optional
· Radio delete option available with Taxi Package
· SYNC available on XL Van (requires AM/FM/Single CD ratio) and Taxi Package

### Capability

· No new features for 2013

---

**NOTE:** See the latest Dealer Ordering Guide for feature availability.

esourcebook.dealerconnection.com
RE&T: 2013 Source Book

PRODUCED BY FORD                    CONFIDENTIAL                    0001_00021780

# 2013

# Transit Connect
## Model Lineup — Van

**Transit Conn**

## Model Lineup Pages
The Model Lineup pages are based on the Dealer Ordering Guide and are designed to show key features/equipment on each model. As you move through the model lineup, each model adds to or upgrades the equipment of the preceding model, except where additions/exemptions are noted. Transit Connect is available in the following models:

- **XL Van**
  - No side-door or rear-door glass (100A/S7A)
  - Rear-door privacy glass only (200A/S7C) (no side-door glass)
  - Side-door/rear-door privacy glass (300A/S6A)
- **XLT Van**
  - No side-door or rear-door glass (110A/S7B)
  - Rear-door privacy glass (210A/S7D) (no side-door glass)
  - Side-door/rear-door privacy glass (310A/S6B)
- **XLT Wagon**
  - Side-door/rear-door privacy glass (510A/S9B)
- **XLT Premium Wagon**
  - Side-door/rear-door and rear-quarter privacy glass (520A/S9C)

## XL Van — *Standard model*



### Performance/Handling
- Brakes
  - 4-wheel Anti-lock Braking System (ABS)
  - Power, front disc/rear drum
- Engine — 2.0L Duratec DOHC I-4
- Powertrain — front-wheel drive
- Steering — rack-and-pinion
- Suspension
  - Independent MacPherson strut front with stabilizer bar
  - Multi-leaf rear with stabilizer bar
- Tires — P205/65R15 BSW (4) with full-size spare
- Transmission — 4-speed automatic overdrive with 3.96:1 final drive ratio
- Wheels — 15" steel with 6-spoke full wheel cover

### Quality/Reliability/Durability
- 97,500-mile spark plug replacement interval
- Battery — maintenance-free

### Flexibility
- AdvanceTrac with RSC (Roll Stability Control)
- Air conditioning — manual
- Airbags
  - Driver and front passenger
  - Front-seat side
- Audio — AM/FM stereo with 2 speakers
- Bumpers — gray molded-in-color, with rear step
- Center console
  - 2 storage bins
  - 3 cupholders
  - Audio input jack
  - Cigarette lighter
  - Powerpoint
- Door handles — black, molded-in-color
- Doors
  - Dual sliding side, LH/RH
  - Rear, 180-degree swing-open
- Floor covering
  - Front, carpeted
  - Rear cargo area, vinyl
- Grille — gray 3-bar, with locking hood latch integrated into the Ford Oval
- Headlamps — polycarbonate
- Hood release, exterior, locking

- Horn — single-note
- Lighting
  - 2nd-row and rear cargo domes
  - Front passenger area dome
- Mirror, interior — day/night rearview (NOT INCLUDED with 100A or 110A)
- Mirrors, exterior — integrated spotter manual LH/RH, black
- Moldings
  - Bodyside, gray molded-in-color
  - Wheellip opening, gray molded-in-color
- Overhead stowage shelf with net
- Seating — driver and front passenger cloth bucket
- Steering column — tilt/telescoping
- Sun visors
  - Driver, with note strap
  - Passenger, with non-lighted mirror
- Taillamps — wraparound, with amber turn signal and integrated fog lamps
- Tire Pressure Monitoring System (TPMS)
- Windows and door locks — manual
- Wipers
  - Front, variable speed
  - Rear, 2-speed (NOT INCLUDED with 100A or 110A)

### Capability
- Alternator — 150-amp
- Fuel tank — 15.4-gallon

## XLT Van — *Includes all XL Van content, plus:*

### Flexibility
- Audio — single-CD player
- Badging — XLT
- Bumpers — painted, body-color
- Cruise control

- Defroster Package
  - Heated, power exterior mirrors
  - Rear-door glass defroster (NOT INCLUDED with 110A)
- Map lights — dual front

- Power Group
  - Power door locks
  - Power windows
  - Power exterior mirrors with integrated spotter mirror
  - Remote Keyless Entry System with 2 key fobs
- Powerpoint — cargo area (12V)
- SecuriLock Passive Anti-Theft System

**NOTE:** The above information is an excerpt to be used with page 2 of the 3/2/12 Transit Connect Dealer Ordering Guide. For the latest Dealer Ordering Guide, go to **fmcdealer.com**.

esourcebook.dealerconnection.com
RE&T: 2013 Source Book

May 2012

PRODUCED BY FORD

CONFIDENTIAL

0001_00021781

# Transit Connect
## *Model Lineup — Wagon*

# 2013

---

**XLT Wagon —** *Standard model*

**Performance/Handling**
· Brakes
  – 4-wheel Anti-lock Braking System (ABS)
  – Power, front disc/rear drum
· Engine — 2.0L Duratec DOHC I-4
· Powertrain — front-wheel drive
· Steering — rack and pinion
· Suspension
  – Independent MacPherson strut front with stabilizer bar
  – Multi-leaf rear with stabilizer bar
· Tires — P205/65R15 BSW (4) with full-size spare
· Transmission — 4-speed automatic overdrive with 3.96:1 final drive ratio
· Wheels — 15" steel with 6-spoke full wheel cover

**Quality/Reliability/Durability**
· 97,500-mile spark plug replacement interval
· Battery — maintenance free

**Flexibility**
· AdvanceTrac with RSC (Roll Stability Control)
· Air conditioning — manual
· Airbags
  – Driver and front passenger
  – Front-seat side
· Audio — AM/FM stereo, single-CD player, 4 speakers
· Badging — XLT
· Bumpers — painted, body-color

· Center console
  – 2 stowage bins
  – Audio input jack
  – Cigarette lighter
  – 3 cupholders (1 in stowage bin)
  – Powerpoint (1)
· Cruise control
· Defroster Package (rear defrost/heated integrated spotter mirrors)
· Door handles — body-color
· Doors
  – LH/RH sliding side
  – Rear, 180-degree swing-open
· Floor covering
  – Front, carpeted
  – Second-row area, carpet
  – Rear cargo area, vinyl
· Fog lamps — front
· Grille — Platinum
· Headlamps — polycarbonate
· Hood appliqué — chrome
· Hood release — exterior locking
· Horn — single-note
· Lighting, interior
  – Front passenger dome
  – Map, dual front
  – Rear cargo dome
· Mirror, interior — day/night rearview mirror
· Mirrors, exterior — integrated spotter LH/RH, body-color
· Moldings
  – Bodyside, gray, molded-in-color
  – Wheel opening, gray, molded-in-color
· Overhead stowage shelf with net

· Power Group
  – Power door locks
  – Power windows
  – Power exterior mirrors with integrated spotter mirrors
  – Remote Keyless Entry System with 2 key fobs
· Powerpoint, cargo area (12V)
· Privacy glass — (2nd-row and rear windows)
· Seating
  – Driver and front passenger cloth bucket seats
  – Second-row 3-passenger folding 60/40 cloth bench
· SecuriLock Passive Anti-Theft System
· Steering column — tilt/telescoping
· Sun visors
  – Driver, with note strap
  – Passenger, non-lighted with mirror
· Taillamps — wraparound, with amber turn signal and integrated fog lamps
· Tire Pressure Monitoring System (TPMS)
· Windows — 2nd-row fixed glass
· Wipers
  – Front, variable speed
  – Rear, 2-speed

**Capability**
· Alternator — 150-amp
· Fuel tank — 15.4-gallon

---

**XLT Premium Wagon —** *Includes all XLT Wagon content, plus:*

**Flexibility**
· Rear cargo door pocket stowage
· Rear wheelhouse covers and beltline trim

· Windows
  – Rear quarter, flip-open privacy glass

---

**NOTE:** The above information is an excerpt to be used with page 2 of the 3/2/12 Transit Connect Dealer Ordering Guide. For the latest Dealer Ordering Guide, go to fmcdealer.com.

May 2012

PRODUCED BY FORD                    CONFIDENTIAL                    0001_00021782

Case 1:13-cv-00291-MAB Document 91-4 Filed 03/04/16 Page 7 of 29

# 2013 Transit Connect
## *Model Lineup*

**Transit Conn**

## Optional Equipment

| | XL Van | XLT Van | XLT Wagon | XLT Premium Wagon |
|---|:---:|:---:|:---:|:---:|
| **Performance/Handling** | | | | |
| CNG/LPG Engine Prep | O | O | O | O |
| **Flexibility** | | | | |
| 2nd-row privacy glass — passenger side only (NA on 200A/210A/300A/310A) | O | O | — | — |
| All-weather floor mats: | | | | |
|   Front | O | O | — | — |
|   Front and rear (NA with Taxi Package) | — | — | O | O |
| AM/FM/single-CD radio | O | — | — | — |
| Ashcup with lid | O | O | O | O |
| Crew Chief powered by Telogis® — includes one year of Crew Chief service | O | O | O | O |
| Daytime running lamps | O | O | O | O |
| Doors — rear cargo 255-degree opening | O[(1)] | O | O | — |
| Electric heated windshield defroster (NA with Taxi Package) | — | — | O | O |
| Engine block heater | O | O | O | O |
| Front license plate bracket | O | O | O | O |
| Heavy-duty battery | O | O | O | O |
| Key fobs (2 additional) (available only with Fleet XL Power Group) NA with Taxi Package | O[(1)] | O | O | O |
| Modified wiring | — | O | O | O |
| New York City Taxi Package (restricted to NYC Taxi Fleets) | — | — | — | O |
| Premium carpeted floor mats: | | | | |
|   Front | O | O | — | — |
|   Front and rear passenger area (NA with Taxi Package) | — | — | O | O |
| Radio delete (reqs. Taxi Package) (NA with SYNC) | — | — | O | O |
| Rear View Camera (NA with Fleet XL Power Group) | O | — | O | O |
| Remote Start | — | O | O | O |
| Reverse Sensing System (non-disabling; available only with Fleet XL Power Group) | O[(1)] | O | O | O |
| Solar tinted glass (lighter than privacy glass) (reqs. Taxi package) | — | — | — | O |
| Spare keys, manual, no-key fob (2 additional) (NA with Fleet XL Power Group) | O | — | — | — |
| Splash guards | O | O | O | O |
| SYNC voice-activated communications system with USB — Does not include 911 Assist, VHR (Vehicle Health Report), TDI (Traffic, Directions and Information) or AppLink (reqs. AM/FM/single-CD radio) | — | O | O | O |
| Taxi Blower Kit (available only with Taxi Package) | — | — | — | O |
| Taxi Package | — | — | — | O |
| Fleet XL Power Group (Valid with FIN code) | O | — | — | — |

S = Standard    O = Optional    — = Not available

(1) Requires Fleet XL Power Group.



**NOTE:** The above information is an excerpt to be used with page 6 of the 3/2/12 Transit Connect Dealer Ordering Guide.
For the latest Dealer Ordering Guide, go to **fmcdealer.com.**

PRODUCED BY FORD        CONFIDENTIAL        0001_00021783

# Transit Connect
## *Performance/Handling*

# 2013

## Key Messages

- Transit Connect is a versatile compact van that offers a fuel-efficient alternative to full-size vans
- Transit Connect provides an efficient powertrain with a 2.0L Duratec 4-cylinder gasoline engine and automatic transmission delivering 2012 EPA-estimated 21 mpg city/27 mpg hwy. fuel economy (Van)
- With a tight turning diameter of 39 feet, Transit Connect maneuvers city streets, busy loading docks and cramped parking garages with ease

## Powertrain

### 2.0L Duratec 16-valve DOHC I-4 Engine

- 2012 EPA-estimated fuel economy[1] of 21 mpg city/27 mpg highway (Van); 22 mpg city/27 mpg highway (Wagon)
- 136 horsepower @ 6300 rpm, 128 lb.-ft. of torque @ 4750 rpm
- Cast aluminum engine block and cylinder head reduces overall vehicle weight
- DOHC, 16-valve cylinder head delivers excellent combustion performance for a balance of horsepower and fuel efficiency
- Uses a timing chain instead of a belt, helping to improve engine durability
- Low NVH (Noise, Vibration and Harshness) characteristics contribute to a smooth ride and quiet interior
- Paired with a 4-speed automatic transmission with overdrive
- Fail-safe cooling system
- Meets Federal Tier 2 Bin 4 standards and qualifies for California Ultra Low Emissions Vehicle II (ULEV II) standard

### 4-speed Automatic Transmission

- Electronic shift control helps provide smooth shifts and optimum performance
- Overdrive lowers engine rpm at highway speeds, helping maximize fuel economy
- 3.96:1 final drive ratio

### CNG/LPG Engine Prep Package (90G)

- Available on 2.0L Duratec DOHC I-4
- Includes hardened:
  - Engine exhaust valves
  - Engine intake valves
  - Engine valve seats

**NOTE:** This package does not include CNG/LPG fuel tanks, lines, etc. Vehicle will be equipped with the standard factory gasoline fuel system. Additional equipment combined with a certified calibration reflash is required from an external upfitter to convert the vehicle to a CNG/LPG-fueled vehicle.

It is the responsibility of the final-stage manufacturer to determine that the vehicle converted to use CNG or LPG complies with U.S. Federal, California or Canadian exhaust and evaporative emissions requirements, fuel economy standards, safety standards, labeling and/or any other requirements.



| 2012 EPA-estimated Fuel Economy[1] | | | |
|---|---|---|---|
| Engine/ Transmission/Model | City mpg | Hwy. mpg | Combined mpg |
| 2.0L I-4/4-speed automatic/Van | 21 | 27 | 23 |
| 2.0L I-4/4-speed automatic/Wagon | 22 | 27 | 24 |

(1) 2013 fuel economy estimates will be made available prior to production release. Stay tuned to eSourceBook for updates.

PRODUCED BY FORD                    CONFIDENTIAL                    0001_00021784

# 2013

## Transit Connect
### Performance/Handling

Transit Connect

## Chassis

The combination of the independent MacPherson strut front suspension, multi-leaf rear suspension, rack-and-pinion steering and Anti-lock Braking System (ABS) allows the Transit Connect to drive and ride more like a car than a working van.

### Independent MacPherson Strut Front Suspension

- Allows each front wheel to react to road irregularities with minimal effect on the opposite wheel for a smooth, controlled ride while also contributing to responsive steering
- Includes a stabilizer bar to help reduce body roll while cornering
- Transit Connect rides more like a car while working like a van

### Multi-leaf Rear Suspension

- Rugged design provides load-carrying capability along with a smooth ride
- Includes a stabilizer bar to help reduce body roll while cornering

### Rack-and-pinion Steering

- Rack-and-pinion power steering maintains linear steering effort as the driver turns the wheel resulting in responsive steering with excellent returnability and handling characteristics
- Tight 39.0-foot (curb-to-curb) turning diameter helps make Transit Connect as nimble as a small car

### Front Disc/Rear Drum Brakes

- Power front disc/rear drum system provides sure, controlled stops
- Anti-lock Braking System (ABS) is standard

### Flat/Neutral Tow

- Transit Connect **should not** be towed with all four wheels on the ground
- It is recommended to tow with the front drive wheels on a dolly with the transmission in N (Neutral) or with all four wheels off the ground on a car-hauling trailer

### Trailer Towing

- Transit Connect is not equipped to tow
- No optional tow packages are available

esourcebook.dealerconnection.com
RE&T: 2013 Source Book

May 2012

PRODUCED BY FORD          CONFIDENTIAL

0001_00021785

# Transit Connect
## *Quality/Reliability/Durability*

# 2013

| Key Messages |
|---|
| • 150,000 miles of endurance testing |
| • Easy maintenance with 97,500-mile spark plug replacement interval[1] |
| • Powertrain warranty protection for 5 years/60,000 miles |

# Key Features

## Durability Testing

- Transit Connect is certified to Ford Light Commercial Vehicle Durability standards — tested to 150,000 customer-equivalent miles
- Doors and accompanying hardware were tested for functionality and durability that equated to opening and slamming the doors 205 times a day for 2 years
- Parts vibration testing simulated the worst roads to help ensure solid, reliable performance and long parts life
- Wheels, tires, suspension knuckles, springs, shock absorbers and underbody structure were tested for taking on potholes and curbs

## Easy Maintenance

- 97,500-mile spark plug replacement interval[1] provides added convenience and reduced service requirements under normal driving conditions
- Maintenance-free battery reduces long-term maintenance costs and is standard on all Transit Connect models
- Yellow-coded service points enable technicians to readily identify key components during routine maintenance for quicker, more efficient service

## Fail-safe Cooling System

- Standard on 2.0L Duratec I-4
- Designed to help protect the engine from potential damage due to loss of coolant
- If the engine overheats, the engine will switch from normal all-cylinder operation to alternating cylinder operation. The non-powered cylinders act as air pumps to help cool the powered cylinders
- The vehicle will continue to operate, but with limited engine power. This allows the driver to travel a short distance to obtain service or reach a service facility
- Driving distance is limited by a number of factors including vehicle load, outside temperature and road conditions

## Warranties
### New Vehicle Warranty

- 3-year/36,000-mile Bumper-to-Bumper; no deductible
- 5-year/60,000-mile Powertrain Limited Warranty
- 5-year/unlimited-mileage Corrosion Perforation
- 5-year/60,000-mile Safety Restraint
- Refer to the vehicle Warranty Guide for details about what is covered and limitations of the New Vehicle Limited Warranty

### 5-year/60,000-mile Powertrain Limited Warranty

- Powertrain Limited Warranty for Ford vehicles is 5 years or 60,000 miles, whichever comes first
- That's an additional 2 years/24,000 miles of coverage beyond the Bumper-to-Bumper coverage for components such as the engine, transmission and front- or rear-wheel-drive parts

NOTE: See www.motorcraftservice.com for a link to a printable PDF of the Warranty Guide.

### 24-hour Roadside Assistance

- Toll-free number (1-800-241-3673) operational 24 hours a day, every day
- Some of the services that customers can request include flat tire change, towing to the nearest Ford dealership, fuel delivery, jump starts and lock-out assistance

NOTE: See www.motorcraftservice.com for a link to a printable PDF of the Warranty Guide.

(1) Under normal driving conditions. See vehicle Owner Guide.

May 2012

PRODUCED BY FORD          CONFIDENTIAL          0001_00021786

**Transit Conn**

# 2013 | **Transit Connect**
### *Flexibility*

| Key Messages |
| --- |
| • Transit Connect is available as a Van or Wagon — ready to carry cargo, people or a combination of both |
| • Transit Connect offers a unique combination of cargo space and maneuverability — making it ideally suited for urban use |

## Crew Chief

**Crew Chief Powered by Telogis® (47C)**

- Provides vehicle location using GPS (wherever there is cell service)
- Provides vehicle performance data, fuel consumption, trouble codes, service required notifications, etc.
- Provides driver performance data, excessive speed or idling, airbag/safety belt alerts, harsh acceleration, etc.
- Provides enhanced fleet productivity through historical data analysis
- Includes one year of Crew Chief subscription service
- Optional on all models



## Exterior

**Right-sized**

- Van models provide up to 129.6 cubic feet of maximum cargo capacity
- Lower overall height than a full-size van (79.3" at curb weight) allows entry into garages with low clearance
- 39-foot (curb-to-curb) turning diameter



**Dual Sliding Side Doors**

- Left-hand and right-hand sliding side doors provide wide, easy access to the second-row seat or rear cargo area



PRODUCED BY FORD                    CONFIDENTIAL                    0001_00021787

# Transit Connect
## *Flexibility*

# 2013

## Exterior cont'd

### Dual Swing-open Rear Cargo Doors

· Double-sided steel rear doors include a lock and latch feature to help secure contents inside the vehicle
· Can be opened wide, up to 180 degrees, for easy access to the expansive cargo area to make loading easier
  – Standard on all Transit Connect models



### Doors — Rear Cargo 255-degree Opening (66B)

· Available on all XL Van (with Fleet XL Power Group only) and XLT Van and Wagon. Not available with XLT Premium Wagon
· Wide rear opening makes rear access and loading or unloading easy

### Graphics Package

· Available on all Van and Wagon models
· Custom-designed exterior graphics, including:
  – Company logos
  – 1,000 stock templates
  – Made from highest-quality vinyl manufactured and warranted by 3M™
· For more information go to: **fordcommercialgraphics.com**

### Heavy-duty Battery (51B)

· Available on all models
· Not available with electric heated windshield defroster or Taxi Package

### New York City Taxi Package (86N)

· Restricted to NYC Taxi Fleets
· Includes all content of Taxi Package, plus:
  – 2nd-row air conditioning control button
  – School Bus Yellow painted exterior and bumpers
  – Taxi Blower Kit

### Taxi Package (86T)

· The available Taxi Package enhances the capability of Transit Connect to be used in multiple shuttle or people transport over and above a simple taxi upfit
· Features like a repositioned second-row seat for added accessibility and second-row passenger controls for the climate control system add a great deal of versatility
· Taxi Package (86T), optional on XLT Premium Wagon only, includes:
  – Body-color painted bumpers with black wheel arches
  – Flip-out third-row windows with tinted glass
  – Grab handles on B-pillar
  – Heavy-duty battery
  – Rear air/heat blower with passenger controls
  – Repositioned second-row seat
  – Roof lamp access hole
  – Privacy glass (solar tint glass -- optional)
  – Radio delete optional
  – Vinyl floor covering — 1st and 2nd rows
  – Vinyl or cloth seating
  – Wiring block connector
  – School Bus Yellow exterior paint (BY) is optional with this package; if selected, unpainted black bumpers will be substituted for standard equipment

**NOTE:** Taxi Blower Kit (55B) recommended if upfitting with aftermarket bulkhead.

### Second-row Privacy Glass (55S)

· Available on Van only except 200A, 210A, 300A and 310A
· Includes second-row privacy glass on the passenger side only and allows for unique configuration of left-hand solid sliding door and right-hand sliding door with window

---

**MAKE THE POINT:** Privacy Glass or Solar Tint Glass

Privacy glass (dark tint) is now standard on XLT Premium Wagons as part of the Taxi Package. Solar glass (clear glass with light tint) is optional with this package. Before ordering the Taxi Package, check local ordinances where the vehicle will be operated to ensure the correct glass is specified.

---

May 2012

PRODUCED BY FORD CONFIDENTIAL 0001_00021788

# 2013 | Transit Connect
## *Flexibility*

## Interior

### Seating
- Driver and front passenger cloth bucket seats (all models)
- Driver seat includes 6-way manual adjustment and manual lumbar, and map pocket on rear of seat
- Passenger seat includes 4-way manual adjustment
- Front-row 2-passenger seating (XL and XLT Van)
- Second-row 3-passenger 60/40 split-fold cloth bench seat (XLT and XLT Premium Wagon)



### Key Interior Cargo Dimensions
- Low load floor height of 23.1" makes loading and unloading convenient
- Cargo length of 72.6" at the beltline and 81.0" at the load floor allows loading of items of 6' in length
- Rear cargo door opening width is 50.2", the width between wheelhouses is 48.1" and the maximum load width is 59.8" for excellent cargo-carrying versatility
- Rear cargo door opening height of 52.1" allows loading of tall items over 4' in height

### Cargo Capacity
- Van models have 129.6 cu. ft. of maximum cargo capacity
- Wagon models have 78.4 cu. ft. of maximum cargo capacity behind the second-row seat
- Wagon models have 118.7 cu. ft. of maximum cargo capacity with the second-row seat folded forward



### Electric Heated Windshield Defroster (43D)
- Optional on XLT Wagon and XLT Premium Wagon
- Helps clear windshield condensation for improved visibility
- Not available with Taxi Package

### Overhead Stowage Shelf with Net
- Helps keep the interior organized and free of clutter
- Includes a retaining net on all models



### Tilt/Telescoping Steering Column
- Helps provide a comfortable driving position
- Standard on Van and Wagon



### Key Fobs (87R)
- Available on XLT Van, XLT Wagon and XLT Premium Wagon, includes two (2) additional remote keyless entry key fobs/keys
- Not available with Taxi Package

**NOTE:** Should your customer have a situation where more than the two standard fobs/keys that accompany the vehicle are needed, it would be easiest to get the additional fobs/keys when the vehicle is ordered. Replacement fobs/keys are also available through Rotunda by calling **1-800-ROTUNDA** or go to **shoprotunda.com**.

# Transit Connect
*Flexibility*

# 2013

## Interior cont'd

### Spare Keys (87M)

· Available for XL Van models, includes two (2) spare keys

**NOTE:** All Transit Connect models use a unique design for the ignition/lock cylinder key(s). This unique design is known as a "Tibbe" key and in some cases could be difficult to locate. Should your customer have a situation where more than the two standard keys that accompany the vehicle are needed, it would be easiest to get the additional keys when the vehicle is ordered. Replacement keys are also available through Rotunda by calling **1-800-ROTUNDA** or go to **shoprotunda.com**.

### Modified Wiring (61S)

· Available on all models except XL Van
· Five-wire harness with blunt-cut ends for customized aftermarket electrical connections
  – Three wires are fused power circuits
  – Two wires are dash panel pass-through open circuits with access to engine compartment
· Not available with Taxi Package

### Fleet XL Power Group (86L)

· Available only on XL Van with valid FIN code
· Includes:
  – Cruise control
  – Power door locks
  – Power mirrors
  – Power windows

### SYNC Technology

SYNC is an available voice-activated[1], in-vehicle communications and entertainment system that allows drivers to operate certain Bluetooth®[2] wireless technology-enabled mobile phones and nearly all portable digital media players with simple voice commands.

· SYNC includes:
  – Advanced calling features such as caller ID, call waiting, conference calling and more (phone and service provider dependent)
  – Audible text messages
  – Automatic phone book transfer
  – Instant voice recognition
  – Left-stalk SYNC control
  – USB port
· Optional on all models (XL Van requires AM/FM with CD)
· **Volume** — Buttons toward the back of the stem knob can be pressed to increase or decrease volume
· **Seek** — A lever-type switch toward the back of the stem knob is pressed up or down to control a CD or select radio stations. This switch is also used in the SYNC Phone Mode to answer or end a call, or to scroll through the various SYNC menus
· **Mode** — The Mode button at the end of the stem knob may be pressed repeatedly to scroll through available audio modes



**NOTE:** This version of SYNC does not include 911 Assist, VHR (Vehicle Health Report), TDI (Traffic, Directions and Information) or AppLink.

---

(1) Driving while distracted can result in loss of vehicle control. Only use SYNC and other devices, even with voice commands, when it's safe to do so.
(2) The Bluetooth wordmark is a registered trademark of the Bluetooth SIG, Inc.

PRODUCED BY FORD                    CONFIDENTIAL                    0001_00021790

# 2013

## Transit Connect
### *Flexibility*

## Safety and Security

### AdvanceTrac with RSC (Roll Stability Control)

- Standard on all models
- An electronic stability control system that helps the driver maintain vehicle control in adverse driving situations or when making evasive maneuvers on slippery pavement
- Monitors vehicle's cornering behavior with steering angle, lateral acceleration and yaw sensors, and automatically makes braking and throttle adjustments to help maintain control whenever it detects wheelslip, understeer or roll motion using Anti-lock Braking System (ABS) and traction control components
- Onboard computer monitors the sensors and makes adjustments by applying individual brakes and/or modifying engine power to reduce the potential for lost traction or an unstable vehicle situation
- Intervenes progressively so that the driver is hardly aware that AdvanceTrac has been activated
- Greatest benefit is realized when driving on low-traction surfaces or during emergency maneuvers
- Includes brake assist

NOTE: Please remember that even sophisticated, advanced technologies cannot defy the laws of physics. Encourage safe driving habits to your customers.

NOTE: See the Safety section in the Source Book Appendices or on **eSourceBook** for more information.

### Roll Stability Control (RSC)

- RSC is an additional vehicle control software module
- Builds on the ABS, traction control and yaw control systems of AdvanceTrac
- To help keep the vehicle tires on the ground by monitoring and controlling roll rate

---

**MAKE THE POINT: AdvanceTrac with RSC**

- AdvanceTrac uses advanced technology to help keep the vehicle on its intended course with all four tires on the road — it knows when to apply brakes to each individual wheel in order to correct a potentially unstable situation
- An example to help customers understand what happens when AdvanceTrac engages is to have them visualize how a bulldozer turns — "steering with brakes"
  - AdvanceTrac uses the brakes to help steer the vehicle in certain situations
  - When a bulldozer needs to turn right or left, one track moves while the other does not, turning the bulldozer to the left or right, depending on which track moves
- This is an easy way for a customer to understand the technology behind AdvanceTrac

---

**A CLOSER LOOK:**
**AdvanceTrac with RSC Components**

**Anti-lock Braking System (ABS)**
- Allows steering control to be maintained in many hard-braking situations
- Controls wheel lockup to improve stopping in many situations

**Traction Control**
- Improves traction and acceleration
- Helps tires maintain grip, which aids directional control

**Yaw Control**
- Controls skidding and fishtailing
- Reduces the chance of rollover by reducing yaw motion

**Vehicle Roll Motion Sensor**
- Monitors vehicle body roll angle and how fast the body is rolling from one side to the other at least 100 times per second
- Works to counteract excessive roll by instantly and rapidly applying brakeforce at the appropriate wheels with a high burst of pressure
- This braking action helps to absorb the roll motion and plant the wheels firmly on the ground

### Traction Control

- Uses a combination of brake and/or engine control to maximize available traction on slippery or loose driving surfaces at any speed

### Anti-lock Braking System (ABS)

- Standard 4-wheel ABS is designed to help the driver maintain steering control in emergency or other hard-braking situations
- Electronically "pumps" the brakes several times per second when the computer-controlled sensors indicate wheel lockup during hard braking

### Brake Assist

- Recognizes when the brake pedal is applied suddenly but without enough force to provide full deceleration
- With brake assist, the system engages the appropriate pressure to maximize vehicle deceleration and help reduce stopping distances
- Without the brake assist feature, the result could be a longer stopping distance than desired
- Once the driver releases the brake pedal, the vehicle returns to normal braking mode

---

**14**

May 2012

PRODUCED BY FORD

CONFIDENTIAL

0001_00021791

# Transit Connect
## *Flexibility*

## Safety and Security cont'd

### Driver and Front Passenger Airbags

· Provide additional protection in certain moderate-to-severe frontal and near-frontal collisions
· When used with properly worn safety belts, airbags represent one of the most effective occupant-protection systems available today
· 3-point front safety belts should be properly worn at all times
· All occupants should sit with their backs firmly against the seatbacks

### Front-seat Side Airbags

· Help protect front-seat occupants in certain side collisions
· Airbags deploy from the front seats to protect occupants' chest
· Placed in the front seatbacks, so they are always in the correct deployment position no matter where the seat is positioned

### LATCH (Lower Anchors and Tethers for CHildren) System

· Transit Connect Wagon models provide LATCH provisions in the second-row 3-passenger seat on XLT and XLT Premium at the center and driver's-side seating positions
· Consists of a top tether anchor point and two rigid seat bars located where the seat cushion meets the seat back
· A LATCH-compatible safety seat attaches to the lower anchor points by means of flexible tethers or rigid latch bars
· LATCH assists in providing a secure attachment and its uniform installation method helps reduce the likelihood of incorrect installation

### Locking Hood Latch



· For added security, the Transit Connect has a locking hood latch integrated into the grille behind the Ford badge
· To open the hood:
  – Lift and swivel the hood badge back
  – Insert the key and turn it to the left to release the primary latch
  – Turn the key to the right to release the secondary latch

**NOTE:** To prevent losing or damaging the key, remove the key immediately after opening the hood and swivel the badge back into its original location.

### SecuriLock Passive Anti-Theft System

· Uses a specially coded ignition key (with billions of possible codes) to start the vehicle
· Designed to help prevent the engine from being started unless a coded key programmed to the vehicle is used
· Standard on XLT Van and XLT and XLT Premium Wagon models
· Not available with Taxi Package

### Tire Pressure Monitoring System (TPMS)

· Sensor-based system alerts the driver to significant underinflation in any of the tires, excluding the spare
· Pressure sensors detect actual tire pressure and activate a warning light in the vehicle's dash when a tire is significantly underinflated

**NOTE:** Certain Transit Connect models may be equipped with tires requiring different front and rear inflation pressures and will require that the TPMS sensors be retrained when the tires are rotated. See the Safety section of the Source Book Appendices, vehicle Owner Guide or **eSourceBook** for additional information and the proper retraining procedure.

PRODUCED BY FORD

CONFIDENTIAL

0001_00021792

# 2013 | Transit Connect
## *Flexibility*

## Driver Assistance Technologies

### Rear View Camera (65C)

· Available on all models (except with Fleet XL Power Group on 100A, 200A and 300A order codes)
· Includes a license plate-mounted camera
· Helps provide added driver convenience when backing up, especially useful when parallel parking
· System automatically engages when vehicle is placed in Reverse and displays an image in the rearview mirror

### Reverse Sensing System (76R)

· Available on all Van and Wagon models (XL Van requires Fleet XL Power Group)
· Helps make parking easier
· Alerts driver to certain objects behind the vehicle with an audible tone

**NOTE:** See the Glossary and Technology section in the Source Book Appendices or on *eSourceBook* for more information.



## Audio

### AM/FM Stereo

· Electronic tuning
· Seek
· Tone control
· 4 AM/4 FM presets
· 2 speakers
· One-hour mode — will operate for up to one hour with the ignition turned off
· Auxiliary audio input jack

### Single-CD Player

*Includes or replaces features of AM/FM stereo plus:*

· 6 AM/12 FM presets
· Digital clock
· Fade/balance
· Bass/treble
· Automatic volume control
· Fast forward and rewind CD control scan track
· Auxiliary audio input jack
· 4 speakers on XLT and XLT Premium Wagon models

### Auxiliary Audio Input Jack

· Allows use of portable MP3 players
· Located in center console
· Vehicle audio system will not control the functions of the MP3 player

| For More Audio Information |
| --- |
| · Audio availability: See the latest Dealer Ordering Guide |
| · Operating information: See the vehicle Owner Guide |

PRODUCED BY FORD                    CONFIDENTIAL                    0001_00021793

# Transit Connect
## *Capability*

# 2013

| Key Messages |
| --- |
| • Transit Connect is designed for small-business owners and their specific needs |
| • Its functional design and serious payload make Transit Connect a capable vehicle for a wide variety of uses |

## Key Features

### Capability

- 1600-lb. maximum payload capacity on Vans provides the ability to haul significant cargo
- 4965-lb. maximum gross vehicle weight rating (GVWR) on Wagons is ideal for a variety of business needs
- 5005-lb. maximum gross vehicle weight rating (GVWR) on Vans provides substantial capability

### Interior Customization/Upfits

Transit Connect offers small-business owners a great foundation for customizing their vehicles to meet specific needs.

- Vertical cargo walls, long load floor and low load height offer virtually unlimited upfitter possibilities
- Three core upfit packages have been configured and are available from professional manufacturers
- Second-row sliding windows are now available as part of selected upfit packages

For additional information on vehicle customization, including a variety of exterior racks, interior racks, bins, bulkheads and other upfits, go to **transitconnectupfits.com.**



PRODUCED BY FORD                    CONFIDENTIAL                    0001_00021794

# 2013

# Transit Connect
## Wheel/Cover and Color and Trim

## Wheel/Cover

| Wheel | Van | Wagon |
|---|---|---|
| 15" steel wheel with 6-spoke full wheel cover | Standard | Standard |

NOTE: See the latest Dealer Ordering Guide for wheel availability.

## Color and Trim Availability

| Paint Name | Order Code | XL Van Cloth Dark Gray 8K | XLT Van Cloth Dark Gray 8K | XLT Wagon Cloth Dark Gray 8K | XLT Premium Wagon Cloth Dark Gray 8K | XLT Premium Wagon Vinyl Dark Gray EK |
|---|---|---|---|---|---|---|
| New Mars Red Metallic | RV | | | ▪ | ▪ | |
| New Race Red Metallic | PQ | ▪ | ▪ | ▪ | ▪ | ▪ |
| New Tectonic Silver Metallic | HI | | | ▪ | ▪ | |
| Dark Blue | UV | ▪ | ▪ | ▪ | ▪ | ▪ |
| Frozen White | Z2 | ▪ | ▪ | ▪ | ▪ | ▪ |
| Noisette Metallic | NS | | | | ▪ | |
| Panther Black Metallic | UE | ▪ | ▪ | ▪ | ▪ | ▪ |
| Silver Metallic | TY | ▪ | ▪ | ▪ | ▪ | ▪ |
| School Bus Yellow(1) | BY | | | | ▪ | |
| Winter Blue Metallic | UT | | | | ▪ | |

(1) School Bus Yellow with vinyl seats and unpainted black bumpers only available with Taxi Package.

## Interior Trim

| Model | Style/Material | Description |
|---|---|---|
| Van | Cloth | Cloth front bucket seats with driver armrest, driver manual 6-way adjustment and passenger manual 4-way adjustment and map pocket (back of seat) |
| XLT Wagon | Cloth | Cloth front bucket seats with driver armrest, driver manual 6-way adjustment and passenger manual 4-way adjustment and map pocket (back of seat); 3-passenger 60/40 split-fold second-row forward-fold bench seat |
| XLT Wagon Premium | Vinyl(1) | Vinyl front bucket seats with driver armrest, driver manual 6-way adjustment and passenger manual 4-way adjustment and map pocket (back of seat); repositioned 3-passenger 60/40 split-fold second-row forward-fold bench seat |

(1) Available with Taxi Package only.

May 2012

PRODUCED BY FORD

CONFIDENTIAL

0001_00021795

# Transit Connect
## *Seating Configurations/*
## *Instrument Cluster*

## Seating Configurations

**2-Passenger Van (XL/XLT)**

· Standard driver and front passenger cloth bucket seats

**5-Passenger Wagon (XLT/XLT Premium)**

· Standard driver and front passenger cloth bucket seats
· Standard second-row 3-passenger 60/40 split-fold cloth bench seat



## Instrument Cluster

**Please refer to the Owner Guide for Instrument cluster Information.**

PRODUCED BY FORD

CONFIDENTIAL

0001_00021796

# 2013 Transit Connect
## *Dimensions and Capacities*



## BODY DIMENSIONS

**Inches (unless otherwise noted)**

| Model | Description | Van | Wagon |
|---|---|---|---|
| A | Overall Length | 180.6 | 180.6 |
| B | Wheelbase | 114.6 | 114.6 |
| C/D | Overall Width (with/without mirrors) | 83.2/70.7 | 83.2/70.7 |
| E | Overall Height | 79.3 | 79.3 |
| F | Front Overhang | 36.5 | 36.5 |
| G | Rear Overhang | 29.5 | 29.5 |
| H | Front Track/Rear Track | 59.3/61.1 | 59.3/61.1 |
| I | Minimum Running Ground Clearance | 8.2 | 8.2 |
| | Front Axle Clearance | 7.9 | 7.9 |
| | Rear Axle Clearance | 7.2 | 7.2 |
| J | Sliding Side Door Opening Height | 46.9 | 46.9 |
| K | Rear Door Opening Height | 52.1 | 52.1 |
| | Rear Door Opening Width | 50.2 | 50.2 |
| L | Loading Height At Rear Door (curb) | 23.1 | 23.1 |
| | Turning Circle (curb-to-curb) (feet) | 39.0 | 39.0 |

esourcebook.dealerconnection.com
RE&T: 2013 Source Book

May 2012

PRODUCED BY FORD

CONFIDENTIAL

0001_00021797

# Transit Connect
## Dimensions and Capacities cont'd/ Weight Ratings

# 2013

## INTERIOR DIMENSIONS

| Model | Van | Wagon |
|---|---|---|
| **Description (in.)** | | |
| Head Room (F/R) | 51.1/— | 51.1/50.5 |
| Shoulder Room (F/R) | 54.4/— | 54.4/59.6 |
| Hip Room (F/R) | 50.8/— | 50.8/59.8 |
| Leg Room (F/R) | 40.5/— | 40.5/36.2 |
| Load Width (max. excluding wheelhousing) | 59.8 | 59.8 |
| Load Width between Wheelhouses | 48.1 | 48.1 |
| Load Length (rear door to seat backs @ floor) | 81.0 | 49.6 |
| Load Floor to Ceiling Height (cargo height maximum) | 53.7 | 53.7 |

## CARGO/PASSENGER VOLUME

| Description (cu. ft.) | | |
|---|---|---|
| Behind second row | — | 78.4 |
| With second-row seat folded flat | — | 118.7 |
| Behind first-row seat | 129.6 | — |

## PASSENGER VOLUME

| Description (cu. ft.) | | |
|---|---|---|
| First row | 65.1 | 65.1 |
| Second row | — | 67.1 |
| Total | 65.1 | 132.1 |

## GVWR/PAYLOAD/ARC/GAWR/BASE CURB WEIGHT

| Body Code | Style | Wheel-base (in.) | Engine | Max. GVWR (lbs.) | Max. Payload (lbs.)[1] | ARC Weight[2] Front | ARC Weight[2] Total | Max GAWR (lbs.) Front | Max GAWR (lbs.) Rear | Base Curb Weight (lbs.) Front | Base Curb Weight (lbs.) Rear | Base Curb Weight (lbs.) Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S6A | XL Van | 114.6 | 2.0L | 5005 | 1598 | 408 | 387 | 2491 | 2740 | 1902 | 1471 | 3373 |
| S6B | XLT Van | 114.6 | 2.0L | 5005 | 1581 | 396 | 370 | 2491 | 2740 | 1914 | 1475 | 3390 |
| S7A | XL Cargo Van | 114.6 | 2.0L | 5005 | 1600 | 415 | 400 | 2491 | 2740 | 1896 | 1464 | 3360 |
| S7B | XLT Cargo Van | 114.6 | 2.0L | 5005 | 1589 | 398 | 378 | 2491 | 2740 | 1913 | 1469 | 3382 |
| S7C | XL Van Conversion | 114.6 | 2.0L | 5005 | 1598 | 409 | 387 | 2491 | 2740 | 1902 | 1471 | 3373 |
| S7D | XLT Van Conversion | 114.6 | 2.0L | 5005 | 1581 | 396 | 370 | 2491 | 2740 | 1914 | 1475 | 3340 |
| S9B | XLT Wagon | 114.6 | 2.0L | 4965 | 1426 | 246 | 257 | 2491 | 2740 | 1937 | 1566 | 3503 |
| S9C | XLT Wagon (Premium) | 114.6 | 2.0L | 4965 | 1406 | 238 | 236 | 2491 | 2740 | 1945 | 1579 | 3524 |
| S9C | XLT Wagon (Taxi) | 114.6 | 2.0L | 4803 | 1221 | 279 | 215 | 2491 | 2615 | 1944 | 1602 | 3546 |

(1) Load rating represents maximum allowable weight of people, cargo and body equipment and is reduced by optional equipment weight.
(2) ARC aftermarket equipment Accessory Reserve Capacity for models with standard equipment.

May 2012

esourcebook.dealerconnection.com

RE&T: 2013 Source Book

PRODUCED BY FORD

CONFIDENTIAL

0001_00021798

Transit Connect

# 2013

## Transit Connect
### *Technical Specifications*

| BODY | |
|---|---|
| Construction | Steel unibody |
| Final Assembly Location | Kocaeli, Turkey |

| POWERTRAIN AND CHASSIS | |
|---|---|

| ENGINE | |
|---|---|
| Type | 2.0L Duratec DOHC I-4 |
| Manufacturing Location | Valencia, Spain |
| Configuration | Aluminum block and head |
| Intake Manifold | Nylon (PA6 GF30) |
| Exhaust Manifold | Cast iron |
| Crankshaft | Cast iron |
| Redline | 7000 rpm (intermittent) |
| Idle Speed in Drive | 650 rpm |
| Throttle Body | Electronic |
| Valvetrain | DOHC, 4 valves per cylinder |
| Cylinder Head Valve Diameter (mm) | Intake 35, Exhaust 30 |
| Pistons | Die-cast aluminum |
| Connecting Rods | Powdered metal |
| Ignition | Electronic |
| Bore (in.) x Stroke (mm) | 3.44 x 3.27/87.5 x 83.1 |
| Displacement (cu. in./cc) | 121/1999 |
| Compression Ratio | 10.0:1 |
| Horsepower | 136 @ 6300 rpm |
| Horsepower Per Liter | 68 |
| Torque | 128 lb.-ft. @ 4750 rpm |
| Recommended Fuel | 87 Octane |
| Fuel Capacity (gal.) | 15.4 |
| Fuel Injection | Sequential multiport electronic |
| Oil Capacity (quarts) | 4.5 (with filter) |
| Recommended Oil | 5W-20 |
| Emissions Control | Three-way catalyst |

| ENGINE | |
|---|---|
| Federal Standards | Yes |
| California Standards | Yes |

| DRIVETRAIN | |
|---|---|
| Layout | Front-wheel drive (FWD) |

esourcebook.dealerconnection.com
RE&T: 2013 Source Book

May 2012

PRODUCED BY FORD

CONFIDENTIAL

0001_00021799

# Transit Connect
## *Technical Specifications cont'd*

# 2013

**TRANSMISSION**

| | |
|---|---|
| Standard | 4-speed automatic transmission with overdrive |

**GEAR RATIOS**

| | |
|---|---|
| 1st | 2.82:1 |
| 2nd | 1.50:1 |
| 3rd | 1.00:1 |
| 4th | 0.73:1 |
| Reverse | 2.65:1 |
| Final Drive | 3.96:1 |

**SUSPENSION**

| | |
|---|---|
| Front | Independent MacPherson strut suspension with stabilizer bar |
| Rear | Multileaf spring suspension with stabilizer bar |

**STEERING**

| | |
|---|---|
| Type | Power rack-and-pinion |
| Steering Column | Collapsible |
| Turning Circle Curb-to-curb | 39 feet |

**BRAKES**

| | |
|---|---|
| Type | 4-wheel power front disc and rear drum Anti-lock Braking System (ABS) |
| Front | Disc |
| Rear | Drum |
| Power Assist | Yes |

**WHEELS AND TIRES**

| | |
|---|---|
| Wheels | 15" wheels with 6-spoke wheel covers |
| Tires | P205/65R15 BSW |

**FUEL ECONOMY**

| | |
|---|---|
| 2012 EPA-estimated Fuel Economy[1] | |
| – Van | 21 mpg city/27 mpg hwy./23 mpg combined |
| – Wagon | 22 mpg city/27 mpg hwy./24 mpg combined |

(1) 2013 fuel economy estimates will be made available prior to production release. Stay tuned to *eSourceBook* for updates.

PRODUCED BY FORD    CONFIDENTIAL    0001_00021800

# 2013 | Transit Connect

Transit Conn

This page left intentionally blank.

esourcebook.dealerconnection.com
RE&T: 2013 Source Book

May 2012

PRODUCED BY FORD

CONFIDENTIAL

0001_00021801

# DEFENDANT'S EXHIBIT 19

Contains no confidential information

Message

| | |
|---|---|
| **From:** | Vandevert, Paul (P.) [/O=FORD/OU=FORDNA1/CN=RECIPIENTS/CN=PVANDEV3] |
| **Sent:** | 8/20/2008 3:24:51 PM |
| **To:** | Hurt, Damoni (D.) [/O=FORD/OU=FORDNA1/CN=RECIPIENTS/CN=DHURT1] |
| **Subject:** | RE: Tariff Classification of Imported Transit Connect (V227N & V408) |

Damoni: Thanks for the correction. Window glass in the rear doors only makes the vehicle more of a passenger vehicle than without. So, I don't think I need to actually revise the memo. But, I will keep this in mind and if I revise the memo for any other reason, I'll make this correction too.

# Regards,
# Paul

Office of General Counsel
Ford Motor Company
Telephone: 313-337-5082
Fax: 313-390-5890
e-mail: pvandev3@ford.com

---

**From:** Hurt, Damoni (D.)
**Sent:** Wednesday, August 20, 2008 11:23 AM
**To:** Vandevert, Paul (P.)
**Subject:** RE: Tariff Classification of Imported Transit Connect (V227N & V408)
Paul,

Thanks for forwarding the document. One point of clarification on the note. I don't know if it necessitates a revision or more for just FYI.....

The Transit Connect will be shipped from Turkey and arrive in the United States with two rows of seats (either 2 or 3 passenger seats in the 2nd row); window glass back to 2nd row, but no window glass in rear doors; a footwell in front of the 2nd row (slight depression in the floor panel); and seatbelts with anchors welded into frame for 2nd row (as well as for front driver and passenger seats).

The above statement highlighted in red is incorrect. The vehicle will be shipped with Glass in the rear doors as well.

Just want to ensure you were/are aware.
Please let me know if you have any questions,



PRODUCED BY FORD
Contains no confidential information

CONFIDENTIAL

0001_00057462

Regards,

Damoni Hurt
E-Series/Transit Connect Marketing Manager
Commercial Truck Sales and Marketing

e. dhurt1@ford.com
o. 313-323-2091
f. 866-325-4162

---

**From:** LaPointe, Kathleen (K.M.)
**Sent:** Wednesday, August 20, 2008 11:10 AM
**To:** Deluca, Leonard (L.M.); Gutman, David (D.P.); Hurt, Damoni (D.)
**Subject:** FW: Tariff Classification of imported Transit Connect (V227N & V408)
Forwarding memo from the OGC regarding tariff classification for Transit Connect (V227 & V408). The memo confirms that the TC is being imported as a passenger vehicle and therefore avoids the chicken tax (25% tarriff levied on commercial vehicles).

*Kathy LaPointe*
Commercial Truck Sales & Marketing
313.845.0454 direct
313.322.1885 fax
klapoint@ford.com

---

**From:** Vandevert, Paul (P.)
**Sent:** Wednesday, August 20, 2008 10:52 AM
**To:** Carduner, Keith (K.R.); Parks, Tracy (T.S.); Parks, Julie (J.A.); 'ronald.g.hines@jpmchase.com'
**Cc:** LaPointe, Kathleen (K.M.); Hoffmann, Mark (M.R.); 'lauren.n.vendittelli@jpmchase.com';
'philip.j.sutter@jpmchase.com'
**Subject:** Tariff Classification of imported Transit Connect (V227N & V408)
Attached is my legal memo regarding the correct tariff classification of the Transit Connects (V227N & V408) t
be and being imported from Ford Otosan in Turkey.

I intend to send this to the relevant team or group leads. Please distribute this memo within your groups or teams as you see fit. This memo is not Privileged & Confidential, but please use your discretion in distribution as it does relate Ford business that is commercially sensitive. I also request that this memo be retained in you files and be provided to anyone that succeeds you or joins the team or group.

Please contact me with any questions or concerns.

PRODUCED BY FORD                    CONFIDENTIAL                    0001_00057

Contains no confidential information

Regards,

Paul

Office of General Counsel
Ford Motor Company
Telephone: 313-337-5082
Fax: 313-390-5890
e-mail: pvandev3@ford.com

Contains no confidential information



Inter Office
Suite 612 -WHQ
Phone: 33-75082
Fax: 39-05890

Office of the General Counsel

August 19, 2008

To:     Ford Transit Connect Teams (V227 and V408)
        Ford Export & Growth
        JPMorgan Chase Global Trade Services:  Entry Operations

Cc:     Ford Customs Group

From:   Paul Vandevert, International Trade Attorney
        Office of General Counsel

Re:     Tariff Classification in the United States of Imported Transit Connect (V227 &
        V408) from Turkey

## I.      Facts

The Ford Transit Connect (V227 & V408), which is produced by Ford Otosan in Turkey,
will be imported into North America beginning in April 2009 for the 2010MY. The Transit
Connect is a small van that can be configured in several ways, from a passenger van with
up to three rows of seats to a purely commercial van with only one row of seats at the front
and the rest of the interior dedicated to cargo.  V227 is the program code for the Transit
Connects that will be imported beginning in 2009 and V408 is the planned replacement
model for the V227.  Principal markets for the Transit Connect in North America are as
commercial van and as a taxi.

The Transit Connect will be shipped from Turkey and arrive in the United States with two
rows of seats (either 2 or 3 passenger seats in the 2nd row); window glass all around, a
footwell in front of the 2nd row (slight depression in the floor panel); and seatbelts with
anchors bolted to the frame for 2nd row (as well as for front driver and passenger seats).
Although removable, the 2nd row seats will meet all safety and technical requirements for
passenger vehicle seats.  Significantly, all units on arrival will have required safety and
other regulatory labeling for the vehicles as passenger vehicles (e.g. Tread Act labels
showing exact number of passenger seats for 2nd row).[1]

## II.     Issue

In order to avoid paying the so-called "Chicken Tax", which is a 25% Customs duty levied
on commercial vehicles (i.e. motor vehicles for the principal purpose of carrying cargo), the
question is in what configuration the Transit Connect should be imported so as to be

---

[1] While compliance with other regulatory requirements add indicia of a passenger vehicle, the US
Court of International Trade has ruled that "[t]he definitions of NHTSA, EPA and similar
organizations are not intended to control customs classification".  See *Marubeni America*, infra at p.
1529.

CONFIDENTIAL
0001_00057471

- 2 -

correctly classified and entered into the U.S. as a passenger vehicle, which will attract a 2.5% Customs duty rate?

## III. Applicable rules and principles:

All imported goods must be classified under the Harmonized Tariff System (HTS). Tariff classification determines the rate of duty (%) that will be applied to the imported good. While many tariff classifications may have the same duty rate, duty rates are specific to each tariff classification.

It is well established that tariff classification is determined by the condition of the good at the time of importation.[2] Most tariff provisions in the HTS are "essential character" provisions, meaning that the tariff classification is determined by the essential character of the good at the time of importation, rather than its principal or end use. Use provisions in the HTS always contain the word "use". The tariff headings for motor vehicles (8703 and 8704) are essential character provisions, not use provisions.

For finished vehicles, there are two primary tariff classifications: vehicles the principal purpose of which is carrying of passengers (8703) or vehicles the principal purpose of which is carrying of cargo (8704). There is no bright line, purely objective rule that determines whether a vehicle is properly classified as a passenger or cargo vehicle.

To be classified as a passenger vehicle, the following criteria must generally be met:
  ➤ Interior space dedicated to passengers exceeds space dedicated to cargo and is greater (>) than 50% of overall interior volume;
  ➤ Indicia of vehicle being primarily intended for carrying passengers, such as restraint anchors for seat belts being welded (permanently fixed) to the vehicle frame; and
  ➤ Amenities for passengers, such as window glass for seats, footwells for passengers, mats, etc.

While Customs has said that no one factor or feature is determinative, to safely classify a vehicle under the passenger provisions of the HTS, the above should be considered to basic criteria, all of which should be present in the vehicle at the time of importation.[3]

The guiding principle for correct tariff classification of motor vehicles is the condition of the vehicle at the time of importation, not its intended use or ultimate configuration after Customs release.

## IV. Application of Rules to Transit Connect:

The Transit Connect (V227 and V408) will be imported with 2 rows of passenger seats, window glass all around, footwell for 2nd row, and seatbelts bolted to the frame. The

---

[2] See *United States v Bernard Citroen*, 223 US 407, 415 (US Supreme Court 1912): "The rule is well established that 'in order to produce uniformity in the imposition of duties, the dutiable classification of articles imported must be ascertained by an examination of the imported article itself, in the condition in which it is imported." *Citations omitted.*
[3] See *Marubeni America Corp. v United States*, 821 F. Supp. 1521 (CIT 1993). aff'd., 35 F.3d 530 (Fed. Cir. 1994) (Nissan Pathfinder classified as passenger vehicle.)

PRODUCED BY FORD
Contains no confidential information

CONFIDENTIAL

0001_00057472

- 3 -

dedicated cargo space in this configuration is approximately 25% of the interior volume. In my opinion, therefore, the Transit Connect in its condition at the time of importation meets all of the criteria stated above to be correctly classified as a passenger vehicle.

After the vehicles are cleared through Customs, a number of them will be reconfigured as commercial vans: the seats will be removed, a metal plate will be put over the footwell and metal plates will cover the 2nd row window glass. This post-Customs clearance reconfiguration does not affect the tariff classification of the vehicles in their condition at the time of importation as passenger vehicles. The applicable Customs duty rate will be 2.5% ad valorem under heading 8703, as opposed to 25% ad valorem for commercial vehicles under heading 8704.

**V.  Conclusion and Instructions:**
The Transit Connect (V227 and V408) should be entered in the United States as a passenger vehicle, classified under HTS heading 8703 with a duty rate of 2.5%.

*Recipients of this memo should retain a copy for their files. New personnel assigned to the various teams should be provided with a copy of this memo.*

While this memo is not designated as Privileged & Confidential, copies should be distributed to only Ford personnel and to personnel at Ford's service providers (such as JPMorgan Chase and Customs Brokers doing entry filing for Ford), who are directly involved with the importation of Transit Connects. Before copies of this memo are provided to anyone else, please contact OGC for approval.

Contains no confidential information

| From: | Hurt, Damoni (D.) [/O=FORD/OU=FORDNA1/CN=RECIPIENTS/CN=DHURT1] |
|---|---|
| Sent: | 9/10/2008 6:43:04 PM |
| To: | Deluca, Leonard (L.M.) [/O=FORD/OU=FORDNA1/CN=RECIPIENTS/CN=LDELUCA] |
| CC: | Gutman, David (D.P.) [/O=FORD/OU=FORDNA1/CN=RECIPIENTS/CN=DGUTMAN1] |
| Subject: | FW: Tariff Classsification of imported Transit Connect (V227N & V408) |
| Attachments: | OGC Memo - Classsification advice v3 (PKV 082708).doc |

Len,

I just got of the phone with the attorney Paul Vandervert from OGC to re-confirm our stance that there are no issues with the Chicken Tax with our current distribution system or methodology (See below). Also, Attached is the revised memo that he sent out that illustrates his stance.

Regards,

Damoni Hurt
E-Series/Transit Connect Marketing Manager
Commercial Truck Sales and Marketing

e. dhurt1@ford.com
o. 313-323-2091
f. 866-325-4162

**From:** Vandevert, Paul (P.)
**Sent:** Wednesday, September 10, 2008 2:41 PM
**To:** Hurt, Damoni (D.)
**Subject:** FW: Tariff Classification of imported Transit Connect (V227N & V408)
Damoni: As discussed, please find attached my legal advice memo to all Ford personnel and others involved with the Transit Connect program that states my legal opinion that the Transit Connect on importation to the United States will only attract a 2.5% Customs duty rate, instead of the 25% tariff of the so-called "Chicken Tax".

You will also see below the distribution list of those who have already received this memo.

If you or others on your team have any questions or concerns, please let me know.

# Regards,
# Paul

Office of General Counsel
Ford Motor Company

PRODUCED BY FORD          CONFIDENTIAL          0001_00016554

Contains no confidential information

Telephone:  313-337-5082
Fax:  313-390-5890
e-mail: pvandev3@ford.com

---

**From:** Vandevert, Paul (P.)
**Sent:** Wednesday, August 27, 2008 2:56 PM
**To:** Carduner, Keith (K.R.); Parks, Tracy (T.S.); Parks, Julie (J.A.); 'ronald.g.hines@jpmchase.com'
**Cc:** LaPointe, Kathleen (K.M.); Hoffmann, Mark (M.R.); 'lauren.n.vendittelli@jpmchase.com';
'philip.j.sutter@jpmchase.com'; Zolna, Mark (M.)
**Subject:** RE: Tariff Classification of imported Transit Connect (V227N & V408)
Please see a further revised memo that corrects a factual misstatement regarding window glass in the
vehicle.  This memo supersedes both prior versions.  This version should be retained in your files and the prior
versions discarded.

# Regards,

# Paul

Office of General Counsel
Ford Motor Company
Telephone:  313-337-5082
Fax:  313-390-5890
e-mail: pvandev3@ford.com

PRODUCED BY FORD                    CONFIDENTIAL                    0001_00016555

Contains no confidential information



**Inter Office**
**Suite 612 -WHQ**
**Phone: 33-75082**
**Fax: 39-05890**

**Office of the General Counsel**

August 27, 2008

To:     Ford Transit Connect Teams (V227 and V408)
        Ford Export & Growth
        JPMorgan Chase Global Trade Services:  Entry Operations

Cc:     Ford Customs Group

From:   Paul Vandevert, International Trade Attorney
        Office of General Counsel

Re:     Tariff Classification in the United States of Imported Transit Connect (V227 &
        V408) from Turkey

**I.    Facts**

The Ford Transit Connect (V227 & V408), which is produced by Ford Otosan in Turkey,
will be imported into North America beginning in April 2009 for the 2010MY.  The Transit
Connect is a small van that can be configured in several ways, from a passenger van with
up to three rows of seats to a purely commercial van with only one row of seats at the front
and the rest of the interior dedicated to cargo.  V227 is the program code for the Transit
Connects that will be imported beginning in 2009 and V408 is the planned replacement
model for the V227.  Principal markets for the Transit Connect in North America are as
commercial van and as a taxi.

The Transit Connect will be shipped from Turkey and arrive in the United States with two
rows of seats (either 2 or 3 passenger seats in the 2nd row); window glass back to the 2nd
row of seats with optional glass in the back doors, a footwell in front of the 2nd row (slight
depression in the floor panel); and seatbelts with anchors bolted to the frame for 2nd row
(as well as for front driver and passenger seats).  Although removable, the 2nd row seats
will meet all safety and technical requirements for passenger vehicle seats.  Significantly,
all units on arrival will have required safety and other regulatory labeling for the vehicles
as passenger vehicles (e.g. Tread Act labels showing exact number of passenger seats for
2nd row).[1]

**II.   Issue**

In order to avoid paying the so-called "Chicken Tax", which is a 25% Customs duty levied
on commercial vehicles (i.e. motor vehicles for the principal purpose of carrying cargo), the

---

[1] While compliance with other regulatory requirements add indicia of a passenger vehicle, the US
Court of International Trade has ruled that "[t]he definitions of NHTSA, EPA and similar
organizations are not intended to control customs classification".  See *Marubeni America*, infra at p.
1529.

PRODUCED BY FORD
Contains no confidential information

CONFIDENTIAL

0001_00057485

- 2 -

question is in what configuration the Transit Connect should be imported so as to be correctly classified and entered into the U.S. as a passenger vehicle, which will attract a 2.5% Customs duty rate?

**III. Applicable rules and principles:**
All imported goods must be classified under the Harmonized Tariff System (HTS). Tariff classification determines the rate of duty (%) that will be applied to the imported good. While many tariff classifications may have the same duty rate, duty rates are specific to each tariff classification.

It is well established that tariff classification is determined by the condition of the good at the time of importation.[2] Most tariff provisions in the HTS are "essential character" provisions, meaning that the tariff classification is determined by the essential character of the good at the time of importation, rather than its principal or end use. Use provisions in the HTS always contain the word "use". The tariff headings for motor vehicles (8703 and 8704) are essential character provisions, not use provisions.

For finished vehicles, there are two primary tariff classifications: vehicles the principal purpose of which is carrying of passengers (8703) or vehicles the principal purpose of which is carrying of cargo (8704). There is no bright line, purely objective rule that determines whether a vehicle is properly classified as a passenger or cargo vehicle.

To be classified as a passenger vehicle, the following criteria must generally be met:
  ➢ Interior space dedicated to passengers exceeds space dedicated to cargo and is greater (>) than 50% of overall interior volume;
  ➢ Indicia of vehicle being primarily intended for carrying passengers, such as restraint anchors for seat belts being welded (permanently fixed) to the vehicle frame; and
  ➢ Amenities for passengers, such as window glass for seats, footwells for passengers, mats, etc.

While Customs has said that no one factor or feature is determinative, to safely classify a vehicle under the passenger provisions of the HTS, the above should be considered to basic criteria, all of which should be present in the vehicle at the time of importation.[3]

The guiding principle for correct tariff classification of motor vehicles is the condition of the vehicle at the time of importation, not its intended use or ultimate configuration after Customs release.

---

[2] See *United States v Bernard Citroen*, 223 US 407, 415 (US Supreme Court 1912): "The rule is well established that 'in order to produce uniformity in the imposition of duties, the dutiable classification of articles imported must be ascertained by an examination of the imported article itself, in the condition in which it is imported." *Citations omitted*.
[3] See *Marubeni America Corp. v United States*, 821 F. Supp. 1521 (CIT 1993), aff'd., 35 F.3d 530 (Fed. Cir. 1994) (Nissan Pathfinder classified as passenger vehicle.)

- 3 -

**IV. Application of Rules to Transit Connect:**

The Transit Connect (V227 and V408) will be imported with 2 rows of passenger seats, window glass back to the 2nd row of seats with glass optional in the back doors, footwell for 2nd row, and seatbelts bolted to the frame. The dedicated cargo space in this configuration is approximately 25% of the interior volume. In my opinion, therefore, the Transit Connect in its condition at the time of importation meets all of the criteria stated above to be correctly classified as a passenger vehicle.

After the vehicles are cleared through Customs, a number of them will be reconfigured as commercial vans: the seats will be removed, a metal plate will be put over the footwell and metal plates will cover the 2nd row window glass. This post-Customs clearance reconfiguration does not affect the tariff classification of the vehicles in their condition at the time of importation as passenger vehicles. The applicable Customs duty rate will be 2.5% ad valorem under heading 8703, as opposed to 25% ad valorem for commercial vehicles under heading 8704.

**V. Conclusion and Instructions:**

The Transit Connect (V227 and V408) should be entered in the United States as a passenger vehicle, classified under HTS heading 8703 with a duty rate of 2.5%.

*Recipients of this memo should retain a copy for their files. New personnel assigned to the various teams should be provided with a copy of this memo. Prior versions of this memo are superseded.*

While this memo is not designated as Privileged & Confidential, copies should be distributed to only Ford personnel and to personnel at Ford's service providers (such as JPMorgan Chase and Customs Brokers doing entry filing for Ford), who are directly involved with the importation of Transit Connects. Before copies of this memo are provided to anyone else, please contact OGC for approval.

PRODUCED BY FORD
Contains no confidential information

CONFIDENTIAL

0001_00057487

Case 1:13-cv-00291-MAB   Document 91-4   Filed 03/04/16   Page 39 of 149

Contains no confidential information

# DEFENDANT'S EXHIBIT 20

Contains no confidential information

## Message

| | |
|---|---|
| **From:** | NG, DAVID [/O=CBP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BAG3PJF] |
| **Sent:** | 2/22/2012 4:06:57 PM |
| **To:** | HEFFERNAN, THOMAS P [/O=CBP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BAHIUKH]; MOBLEY, TERRIE L [/O=CBP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BBZKLBE] |
| **CC:** | SCHELLER, RICARDO [/O=CBP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EFBDEG4]; GARCIA, FRANCES B [/O=CBP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DECEG3L]; STROTER, GERALD A [/O=CBP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CIBBAB1]; JACKSON, JEREMY [/O=CBP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BBZKK7Y] |
| **Subject:** | FW: Highlights of Investigation into the Proper Classification of Ford Connect Vans |
| **Attachments:** | Connect Cargo Van Interior.doc; Connect Passenger Wagon interior.doc; Connect Passenger Wagon Interior 2.doc |

Tom,

We wanted to inform the Field Office of a possible violation of Ford's misclassification. Please see bullets below. We'll keep you posted. Attached are advertised pictures showing the difference between the 2 vans.

David Ng
Acting Assistant Port Director, Trade Operations
U.S. Customs and Border Protection
U.S. Department of Homeland Security
40 South Gay Street
Baltimore, Maryland
410-962-5668 Office
410-977-9929 BB Cell

---

**From:** JACKSON, JEREMY
**Sent:** Wednesday, February 22, 2012 10:53 AM
**To:** STROTER, GERALD A; NG, DAVID
**Subject:** Highlights of Investigation into the Proper Classification of Ford Connect Vans

<u>Highlights of Investigation into the Proper Classification of Ford Connect Vans</u>

Issue:  Classification of passenger vans dutiable at 2.5% vs. cargo vans at 25%.

- 1/17/2012  Import Specialist Bates initiated a Compliance Measurement review of several Ford entries containing Connect vans. The electronic invoices contained only VIN numbers. VIN information was requested from CBPO Spellman to verify that the IOR declaration matched with VIN data. The VIN queries identified the shipments as 2012 Ford Motor Company Ford Transit Connect vans. The Ford Connect van comes in 2 configurations:  (1) passenger wagon and (2) cargo van.

- 1/23/2012  Commodity Specialist Team 189 believed the instant merchandise to be misclassified as passenger wagons instead of cargo vans. Additional research conducted to determine the potential scope of the revenue loss. Similar importations were identified at the ports of Jacksonville, FL and Port Hueneme, CA. Entries of subject vehicles appear to stretch back to 2009 with an entered value close to $1 billion.

- 2/6/2012  A Quality and Uniformity Information Control System (QUICS) message 26024 was sent to National Import Specialist Richard Laman to verify commodity team suspicions regarding vehicle classification. QUICS is a



CONFIDENTIAL

Contains no confidential information

CBPRAR00010007

uniformity system that is accessible only to CBP personnel and provides guidance and information to and from the National Import Specialists to the field Import Specialists.

- 2/9/2012   SIS Stroter, Senior IS Jackson, and CBPO Dausch conducted examinations of offloaded Ford connect vehicles at Dundalk Marine Terminal. Connections were discovered between VIN designations and vehicle configurations. Upon examination, vehicles with VIN's containing the characters S6 or S7 in the series identifier of the VIN were consistently determined to be 2-passenger cargo vans while those with the characters S9 were identified as 5-passenger vehicles. Findings were forwarded to the NIS for consideration.

- 2/13/2012   The response to QUICS message 26024 by the NIS division confirmed classification of the passenger wagons under subheading 8703.23, HTS dutiable at 2.5% and cargo vans under subheading 8704.31, HTS dutiable at 25%.

- 2/16/2012  The current CBP National Account Manager (NAM) for Ford, Mike Hagey, was contacted and informed of the findings. NAM Hagey conferred with the former Ford NAM, Michelle Nowak and Supervisory NAM's Mike Maricich and Alice Buchanan.

- 2/22/2012  A/SPD-Trade NG, SIS Stroter, and Senior IS Jackson met with CBP Chief Council Attorney Laurel Poe.

*Jeremy Jackson*
Senior Import Specialist
U. S. Customs & Border Protection
Commodity Specialist Team 189
40 South Gay Street
Baltimore, MD 21202
Off: 410-962-3835
Fax: 410-962-7470

*This communication may contain sensitive data that must be controlled and not to be released to the public or personnel who do not have a valid "need-to-know." Such data are subject to the **For Official Use Only** provisions in DHS Management Directive 11042.1. Data containing Personally Identifiable Information (PII) must be secured in accordance with the DHS Handbook for Safeguarding Sensitive Personally Identifiable Information dated October 31, 2008. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.*

Contains no confidential information

DEFENDANT'S EXHIBIT 21

**Def. Ex. 21.1**



Def. Ex. 21.2



Def. Ex. 21.3

Def. Ex. 21.4





Def. Ex. 21.5

Def. Ex. 21.6



MFD. BY FORD MOTOR CO.

DATE: 06/13     GVWR: 2270 KG (5005 LB)

FRONT GAWR: 1130 KG          REAR GAWR: 1243 KG
(2491 LB)         WITH        (2740 LB)         WITH
P205/65R15 95T    TIRES       P205/65R15 95T    TIRES
15X6J             RIMS        15X6J             RIMS
AT 275 kPa / 40 PSI COLD      AT 340 kPa / 49 PSI COLD

THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL MOTOR VEHICLE
SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE SHOWN ABOVE

VIN: NM0LS6BN6D1-168861
TYPE: TRUCK

EXT PNT: Z2   INT TR   R  AXLE   TR   SPR
WB             BK      3    2    ETU  DDGG
2912                                 9T16-1520472-AC

F0396
T0370

Def. Ex. 21.7





Def. Ex. 21.8



FORD P1912 RUN3 NB GRD AUTOM

0680000000000

**VEHICLE DESCRIPTION**

# TRANSIT CONNECT

**DT 168861**

2013 XLT CARGO VAN
115" WHEELBASE
2.0L I4 DURA
4 SPD AUTO

**EXTERIOR**
FROZEN WHITE METALLIC
**INTERIOR**
DARK GRAY CLOTH

## NENT INCLUDED AT NO EXTRA CHARGE

OLOR
GE
NG SIDE,
, REAR
R MIRRORS
DE, GRAY

DOORS

### INTERIOR
• AIR COND, MANUAL FRONT
• BUCKET SEATS-MANUAL 6-W.
  DRIVER, 4-WAY FRONT PASS
• DOME LAMPS - FRT, MID & RR
• FLOOR COVERING - CARPETED
  FRONT, VINYL REAR
• HEADLINER - FULL CLOTH
• OVERHEAD STOWAGE SHELF

### FUNCTIONAL
• ALTERNATOR 150 AMP
• AM/FM STEREO/C... W/2 SPKRS
• FUEL TANK - 15.4 GALLON
  GRILLE - GREY 3-BAR W/LOCK
• MAINT. FREE BATTERY
  W/SAVER
• POWER GROUP
• POWERPOINTS (4)
• SPEED CONTROL
• TILT/TELESCOPE WHEEL
• TIRES - P205/65R-15 BSW

### SAFETY/SECURITY
• AIRBAGS - FRONT AND SID
• ADVANCETRAC WITH RSC
• COLLAPSIBLE STEER CO
• 4-WHEEL ABS W/ TPMS

### WARRANTY
• 3YR/36,000 BUMPER / I
• 5YR/60,000 POWERTR
• 5YR/60,000 ROADS

**Def. Ex. 21.9**



Def. Ex. 21.10



Def. Ex. 21.11



Def. Ex. 21.12



Def. Ex. 21.13



Def. Ex. 21.14



Def. Ex. 21.15



Def. Ex. 21.16



Def. Ex. 21.17

Case 1:13-cv-00291-WAB   Document 6741   Filed 12/19/15   Page 19 of 31



Def. Ex. 21.18





Def. Ex. 21.20



Def. Ex. 21.21



Def. Ex. 21.22



Def. Ex. 21.23



| TIRE AND LOADING INFORMATION / LE CHARGEMENT | | | | | |
|---|---|---|---|---|---|
| RENSEIGNEMENTS SUR LES PNEUS ET | TOTAL 4 TOTAL | | FRONT 2 AVANT | REAR 2 ARRIÈRE | |
| SEATING CAPACITY | | | | | |
| NOMBRE DE PLACES | | | :678 kg ou | | |
| The combined weight of occupants and cargo should never exceed | | | | | |
| La poids total des occupants et du chargement ne doit jamais dépasser | | | | SEE OWNER'S MANUAL POR ADDITIONAL INFORMATION | |
| TIRE PNEU | SIZE DIMENSIONS | COLD TIRE PRESSURE PRESSION DE PNEUS À FROID | | | |
| FRONT/ AVANT | P205/65R15 95T | 275KPA, 40PSI | | | |
| REAR ARRIÈRE | P205/65R15 95T | 340KPA, 49PSI | | | |
| SPARE/ DE SECOURS | P205/65R15 95T | 340KPA, 49PSI | | | |

MFD BY FORD MOTOR CO
GVWR    2270 KG (5005 LB)
FRONT GAWR            WITH
REAR GAWR   1243 KG
           WITH
TIRES     (2740 LB)
RIMS      P205/65R15 95T
          15X6J
AT        240 kPa / 43 PSI COLD
          43 PSI COLD    WITH
                         TIRES
                         RIMS

THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL MOTOR VEHICLE
SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE SHOWN ABOVE

VIN   NM0LS7BN6DT168861
TYPE  TRUCK

                                        F0396
                                        T0396

WB        INT TR    R AXLE  TR
2912      9K        3     2
          ETU

SPR
DDGG
9T16-1S20477-AC

Def. Ex. 21.24



Def. Ex. 21.25



Def. Ex. 21.26



Def. Ex. 21.27



Def. Ex. 21.28



Def. Ex. 21.29



Def. Ex. 21.30



Def. Ex. 21.31



Def. Ex. 21.32



Def. Ex. 21.33



Def. Ex. 21.34



Def. Ex. 21.35



Def. Ex. 21.36

# DEFENDANT'S EXHIBIT 22

Def. Ex. 22.1





**Def. Ex. 22.2**



Def. Ex. 22.3



**Def. Ex. 22.4**



Def. Ex. 22.5



Def. Ex. 22.6

Def. Ex. 22.7



Def. Ex. 22.8





Def. Ex. 22.9

Def. Ex. 22.10





Def. Ex. 22.11



Def. Ex. 22.12



Def. Ex. 22.13



Def. Ex. 22.14



Def. Ex. 22.15

Def. Ex. 22.16





Def. Ex. 22.17



Def. Ex. 22.18



Def. Ex. 22.19



Def. Ex. 22.20



Def. Ex. 22.21



**Def. Ex. 22.22**



Def. Ex. 22.23

Def. Ex. 22.24





Def. Ex. 22.25



Def. Ex. 22.26



Def. Ex. 22.27

Def. Ex. 22.28



Def. Ex. 22.29





Def. Ex. 22.30



Def. Ex. 22.31



Def. Ex. 22.32



Def. Ex. 22.33

Def. Ex. 22.34



Def. Ex. 22.35



Case 1:13-cv-00291-MAB Document 67-2 Filed 12/19/15 Page 37 of 44



Def. Ex. 22.36

Def. Ex. 22.37



Def. Ex. 22.38





Def. Ex. 22.39



Def. Ex. 22.40

Def. Ex. 22.41



Def. Ex. 22.42





Def. Ex. 22.43

DEFENDANT'S EXHIBIT 23

Def. Ex. 23.1



Def. Ex. 23.2





Def. Ex. 23.3



**VEHICLE DESCRIPTION**

# TRANSIT CONNECT

**2013 XLT CARGO VAN**
**115" WHEELBASE**
**2.0L I4 DURATEC GAS ENGINE**
**4 SPD AUTO TRANSAXLE W/ O/D**

**EXTERIOR**
**FROZEN WHITE METALLIC**
**INTERIOR**
**DARK GRAY CLOTH**

**DT 173881**

**EPA DOT**

**Ford**
**Go Further**
ford.com

**DARD EQUIPMENT INCLUDED AT NO EXTRA CHARGE**

**RIOR**
PERS, BODY COLOR
RS - DUAL SLIDING SIDE,
DEGREE HINGED, REAR
GRATED SPOTTER MIRRORS
INGS - BODY SIDE, GRAY
L LIP, GRAY
33. WHEELS WITH

**INTERIOR**
- AIR COND, MANUAL FRONT
- BUCKET SEATS-MANUAL 6-WAY
  DRIVER, 4-WAY FRONT PASS
- DOME LAMPS - FRT, MID & RR
- FLOOR COVERING - CARPETED
  FRONT, VINYL REAR
- HEADLINER - FULL CLOTH
- OVERHEAD STOWAGE SHELF

**FUNCTIONAL**
- ALTERNATOR 150 AMP
- AM/FM STEREO/CD, W/2 SPKRS
- FUEL TANK - 15.4 GALLON
- GRILLE - GREY 3-BAR W/LOCK
- MAINT. FREE BATTERY
  W/SAVER
- POWER GROUP
- POWERPOINTS (2)
- SPEED CONTROL
- TILT/TELESCOPE WHEEL
- TIRES - P205/65R-15 BSW
- FULL-SIZE SPARE TIRE

**SAFETY/SECURITY**
- AIRBAGS - FRONT AND SIDE
- ADVANCETRAC WITH RSC
- COLLAPSIBLE STEER COLUMN
- 4-WHEEL ABS W/ TPMS

**WARRANTY**
- 3YR/36,000 BUMPER / BUMPER
- 5YR/60,000 POWERTRAIN
- 5YR/60,000 ROADSIDE ASSIST

**Def. Ex. 23.4**

**Def. Ex. 23.5**



DATE:

FRONT GAWR: 1130 KG

(2491 LB)

P205/65R15 95T    WITH    TIRES

15X6J    RIMS

AT    275 kPa / 40 PSI COLD

REAR GAWR: 1243 KG

(2740 LB)

P205/65R15 95T    TIRES

15X6J    RIMS

AT    340 kPa / 49 PSI COLD

THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL MOTOR VEHICLE
SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE SHOWN ABOVE

VIN: NM0LS7BN7DT173881

TYPE: TRUCK

F0396
F0370

| EXT PNT: Z2 | | | R AXLE T | TR | SPR |
|---|---|---|---|---|---|
| WB 2912 | INT TR 8K | ETU | T 3 | 2 | DDGG |

9T16-1520472-AC

Def. Ex. 23.6



Def. Ex. 23.7





Def. Ex. 23.8

Def. Ex. 23.9







Def. Ex. 23.10



Def. Ex. 23.11



Def. Ex. 23.12

Def. Ex. 23.13





Def. Ex. 23.14



Def. Ex. 23.15



Def. Ex. 23.16



Def. Ex. 23.17



Def. Ex. 23.18



Def. Ex. 23.19



Def. Ex. 23.20

Case 1:13-cv-00291-MAB Document 673 Filed 12/19/15 Page 22 of 24



Def. Ex. 23.21



Def. Ex. 23.22



Def. Ex. 23.23

Case 4:13-cv-00291-MAB Document 67-4 Filed 12/10/15 Page 1 of 2

# DEFENDANT'S EXHIBIT 24

EXHIBIT
Ford D 41
6-29-15.00

PENGAD 800-631-6989

2 OTO-000763  NY   9-303RAL, NB, 300763, 2H093   9631   000000000 0763   CERT CERT CERT PRD   R   R   X   DT 173881   NB

**VEHICLE DESCRIPTION**
## TRANSIT CONNECT   DT 173881
2013 XLT CARGO VAN
113" WHEELBASE
2.0L I4 DURATEC GAS ENGINE
4 SPD AUTO TRANSAXLE W/ O/D

EXTERIOR
FROZEN WHITE METALLIC
INTERIOR
DARK GRAY CLOTH

**STANDARD EQUIPMENT INCLUDED AT NO EXTRA CHARGE**

EXTERIOR
- BUMPER, BODY COLOR
- DOORS - DUAL SLIDING SIDE
- HUB CAPS FLARED, FLARED
- INTEGRATED SPOTTER MIRRORS
- MOLDINGS - BODY SIDE, GRAY
- WHEEL LIP, GRAY
- 15" STEEL WHEELS WITH COVERS

INTERIOR
- AIR COND, MANUAL FRONT
- BUCKET SEATS-MANUAL 6-WAY DRIVER, 4-WAY FRONT PASS
- DOME LAMPS - FRT, MID & RR
- FLOOR COVERING - CARPETED
- HEADLINER - FULL CLOTH
- OVERHEAD STOWAGE SHELF

FUNCTIONAL
- ALTERNATOR 150 AMP
- AM/FM STEREO/CD, W/2 SPKRS
- FUEL TANK - 15.4 GALLON
- GRILLE - GRAY 3-BAR W/LOCK
- MAINT - FREE BATTERY
- WEAVER
- POWER GROUP
- POWER POINTS (2)
- SPEED CONTROL
- TILT/TELESCOPE WHEEL
- TIRES - P205/65R16 98H
- FULL-SIZE SPARE TIRE

SAFETY/SECURITY
- AIRBAGS - FRONT AND SIDE
- ADVANCETRAC WITH RSC
- COLLAPSIBLE STEER COLUMN
- 4-WHEEL ABS W/ TPMS

WARRANTY
- 3YR/36,000 BUMPER / BUMPER
- 5YR/60,000 POWERTRAIN
- 5YR/60,000 ROADSIDE ASSIST

**INCLUDED ON THIS VEHICLE**
(MSRP)
ORDER CODE: 110A
NO CHARGE

OPTIONAL EQUIPMENT
50 STATE EMISSIONS         NO CHARGE
RR CARGO DOOR CHECK ARMS 255   280.00
REVERSE SENSING SYSTEM     395.00
SYNC
FRONT LICENSE PLATE BRACKET   NO CHARGE

**PRICE INFORMATION**
BASE PRICE          $23,485.00
TOTAL OPTIONS           915.00

TOTAL VEHICLE & OPTIONS   24,400.00
DESTINATION & DELIVERY        995.00

(MSRP)

**TOTAL MSRP   $25,395.00**

This label is affixed pursuant to the Federal Automobile Information Disclosure Act. Gasoline, License and Title Fees, State and Local taxes are not included. Dealer installed options or accessories are not included unless listed above.

06/25/2015

RAMP ONE   CH2E
RAMP TWO
FINAL ASSEMBLY PLANT   OTOSAN
METHOD OF TRANSP.   CONVOY
ITEM #: 13-1252 OT 2
DH003 N RB22X  385  000763  08 09 13

Go Further
ford.com

---

## EPA Fuel Economy and Environment
Gasoline Vehicle

**Fuel Economy**

**23** MPG
combined city/hwy
21 city   27 highway

4.3 gallons per 100 miles

You SAVE **$100** in fuel costs over 5 years compared to the average new vehicle.

Spec Purp.Veh. range from 15 to 24 MPG. The best vehicle rate 112 MPGe.

**Annual fuel cost   $2,300**

**fueleconomy.gov**
Calculate personalized estimates and compare vehicles

**Fuel Economy & Greenhouse Gas Rating** (tailpipe only)
1 ... 6 ... 10

This vehicle emits 384 grams $CO_2$ per mile. The best emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov

**Smog Rating** (tailpipe only)
1 ... 6 ... 10

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 27 MPG and costs $12,600 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at $3.70 per gallon. MPGe is miles per gasoline-gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

Smartphone QR Code —



## GOVERNMENT 5-STAR SAFETY RATINGS

**Overall Vehicle Score**   Not Rated
Based on the combined ratings of frontal, side and rollover. Should ONLY be compared to other vehicles of similar size and weight.

Frontal Crash
Driver   Not Rated
Passenger   Not Rated
Based on the risk of injury in a frontal impact. Should ONLY be compared to other vehicles of similar size and weight.

Side Crash
Front seat   Not Rated
Rear seat   Not Rated
Based on the risk of injury in a side impact.

Rollover   Not Rated
Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest. Source: National Highway Traffic Safety Administration (NHTSA).
www.safercar.gov or 1-888-327-4236

---

N8OL57BN7D1173881

Ford   Go Further

FordCredit
Ford Extended Service Plan

Ford ESP is the only extended service plan honored at every Ford dealership in the U.S. and Canada. See your dealer for additional details or visit www.FordOwner.com for more information.

Scan this code to experience this vehicle or text N8OT173881 to 49028 or visit ford.com/windowsticker

DT173881  NB

000000000000763

00000000000763