# DEFENDANT'S EXHIBIT 28

Public Version - Confidential Information Redacted

                                                        Page 1

1    UNITED STATES COURT OF INTERNATIONAL TRADE

2    BEFORE:  HON. MARK A. BARNETT, JUDGE

3

4    FORD MOTOR COMPANY,

5                    Plaintiff,

6        v.                              Court No. 13-00291

7

8    UNITED STATES,

9                    Defendant.

10   _____ /

11   PAGE 1 TO 173

12

13        The Deposition of ROGER BURNETT

14        Taken at the Offices of U.S. Customs and Border

15        Protection, Port of Detroit Metropolitan Airport

16        2596 WorldGateway Place

17        Detroit, Michigan

18        Commencing at 9:33 a.m.

19        Monday, June 29, 2015

20        Before Anne H. Chilton, RMR, RPR, CSR-3669

21

22

23

24

25

Page 2

1   APPEARANCES:

2   MR. RICHARD BELANGER, ESQ.

3   MS. BARBARA BROUSSARD, ESQ.

4   Sidley Austin, LLP

5   1501 K Street, N.W.

6   Washington, DC  20005

7   (202) 736-8161

8   rbelanger@sidley.com

9   bbroussard@sidley.com

10        Appearing on behalf of the Plaintiff.

11

12   MS. BEVERLY A. FARRELL, ESQ.

13   MR. JASON A. KENNER, ESQ.

14   U.S. Department of Justice, Civil Division

15   International Trade Field Office

16   26 Federal Plaza

17   Room 246

18   New York, New York  10278

19   (212) 264-0483/9230

20   beverly.a.farrell@usdoj.gov

21   jason.kenner@usdoj.gov

22        Appearing on behalf of the Defendant

23

24

25

Page 3

1                    TABLE OF CONTENTS

2    Witness                                  Page

3    ROGER BURNETT

4

5    EXAMINATION BY MS. FARRELL:                8

6

7                        EXHIBITS

8    Exhibit                                  Page

9    FORD EXHIBIT 1                            10

10   Notice of Deposition

11   FORD EXHIBIT 2                            38

12   Complaint

13   FORD EXHIBIT 3                            40

14   Plaintiff's Response to Defendant

15   United States' First Set of Interrogatories

16   FORD EXHIBIT 4                            41

17   Transit Connect type Small Van for North America

18   Pre, PS> Produce Planning Proposal document

19   FORD EXHIBIT 5                            62

20   Commercial Truck Showroom

21   Global Market Research

22   FORD EXHIBIT 6                            64

23   NA Transit Connect Import Program Update

24   FORD EXHIBIT 7                            77

25   NA Transit Connect NA Import Strategy Review

Page 4

1   EXHIBITS (CONTINUED):

2   Exhibit                                    Page

3   FORD EXHIBIT 8                              78

4   2010 + MY Ford Connect V408 Commercial

5   Van Pre <PS> Cycle Plan Provision

6   PSRM Meeting 4/24/2006

7   FORD EXHIBIT 9                              80

8   2010 + MY Ford Connect V408 Commercial

9   Van Pre <PS> Cycle Plan Provision

10  PSRM Meeting 4/27/2006

11  FORD EXHIBIT 10                             84

12  2010 + MY Ford Connect V408 Commercial

13  Van Pre <PS> Cycle Plan Provision

14  Strategy Discussion - V&PSR Meeting 5/17/2006

15  FORD EXHIBIT 11                             93

16  20XX MY Transit Connect

17  Small Commercial Van Strategy

18  PPPC Meeting 6/22/2006

19  FORD EXHIBIT 12                             89

20  Emails with attachment, Transit Connect paper

21  FORD EXHIBIT 13                             97

22  Transit Connect for North America

23  Kick Off Meeting 6/23/2006

24

25

Public Version - Confidential Information Redacted

Page 5

1    EXHIBITS (CONTINUED):

2    Exhibit                                              Page

3    FORD EXHIBIT 14                                      100

4    2010MY V227N Transit Connect Import Program

5    <PS> Milestone Review - PRM Assignments Responses

6    FORD EXHIBIT 19                                      101

7    2010 MY V227N Transit Connect <PA> Approval

8    FORD EXHIBIT 22                                      108

9    2009.75MY V227N US Port Processing Overview

10   FORD EXHIBIT 23                                      123

11   Ford Motor Company Program Direction Letter

12   FORD EXHIBIT 24                                      125

13   Ford Motor Company Program Direction Letter

14   FORD EXHIBIT 25                                      137

15   Emails with attachment, Transit

16   Connect Sliding Door Glass

17   FORD EXHIBIT 26                                      139

18   Modification Center - Process Sheet

19   FORD EXHIBIT 27                                      144

20   Transit Connect Import Program Main Agreement

21   FORD EXHIBIT 28                                      146

22   Modification Center - Process Sheet

23   FORD EXHIBIT 29                                      152

24   Modification Center - Process Sheet

25

Public Version - Confidential Information Redacted

Page 6

1   EXHIBITS (CONTINUED):

2   Exhibit                                        Page

3   FORD EXHIBIT 30                                156

4   2010MY Transit Connect

5   Market Strategy and Mix Recommendations

6   FORD EXHIBIT 31                                158

7   Index of Key Features - 2010 Transit Connect

8   FORD EXHIBIT 32                                161

9   2011 Transit Connect - Major Product Features

10  FORD EXHIBIT 33                                162

11  2011 Transit Connect sourcebook

12  FORD EXHIBIT 34                                163

13  2012 Transit Connect sourcebook

14  FORD EXHIBIT 35                                163

15  2012 Transit Connect - Major Product Features

16  FORD EXHIBIT 36                                165

17  2013 Transit Connect - Major Product Features

18  FORD EXHIBIT 37                                165

19  2013 Transit Connect sourcebook

20  FORD EXHIBIT 38                                166

21  US Safety Certification Label

22  FORD EXHIBIT 39                                132

23  Emails with attachment, C12240738

24  FORD EXHIBIT 39-II                             133

25  Listing of parts

Page 7

1    EXHIBITS (CONTINUED):

2    Exhibit                                    Page

3    FORD EXHIBIT 40 - 42                       116

4    Monroney labels

5    FORD EXHIBIT 43                            168

6    Emails

7    FORD EXHIBIT 46                            171

8    List of individuals - July 1, 2015

9            (Exhibits attached to transcript)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 8
 1   Detroit, Michigan

 2   June 29, 2015

 3   About 9:33 a.m.

 4                    ROGER BURNETT,

 5       after having been first duly sworn to tell the

 6       truth, the whole truth, and nothing but the

 7       truth, was examined and testified as follows:

 8               MS. FARRELL:  This morning, before we begin

 9          the deposition, I've been handed from counsel a letter

10          that's setting forth who is covering which questions,

11          excuse me, which topics in the 30(b)(6) deposition

12          notice that was provided to Ford.  Mr. Burnett is

13          going to handle numbers 1 through 10, 12, 13, 15, 18,

14          19, 20, 22, 23, 26, 29, 30, and 31.  Mr. Scott will be

15          handling topics 11, 14, 16, and 17.  And Mr. Eikey

16          will be handling 21, 24, 25, 27, 28, and 32.

17   EXAMINATION BY MS. FARRELL:

18   Q.  Would you please state your name for the record.

19   A.  My name is Roger Burnett.

20   Q.  Mr. Burnett, have you ever been deposed before?

21   A.  Yes, I have.

22   Q.  And so you understand in a deposition that it's a

23       question and answer session and we have a court

24       reporter here.  So it's important that you not step on

25       my question and I not step on your answer.  So if you
```

Page 9

1          would wait till you see that I've completed a question
2          before you begin answering, that will help assist the
3          court reporter to take down an accurate record.  Is
4          that fair?
5      A.  Yes.
6      Q.  Okay.  And you've done this before, so you understand
7          everything needs to be verbal?
8      A.  That's right.
9      Q.  Okay.  Today you're here as a 30(b)(6) deposition
10         witness.
11             In the past have you ever been designated as
12         a 30(b)(6) witness for a deposition?
13     A.  Yes.
14     Q.  Okay.  So you understand that, in fact, you're
15         speaking on behalf of Ford Motor Company as opposed to
16         speaking on behalf of yourself?
17     A.  That's correct.
18     Q.  Okay.  And things that you say will bind the company?
19     A.  That's -- I understand that's correct.  It's more of a
20         legal issue, but yes.
21     Q.  Okay.  And today if I ask you a question and you don't
22         understand what I'm asking, please let me know and
23         I'll try to rephrase it in a way that makes sense to
24         you.  If you're unsure of what I've asked, if you've
25         not heard me fully, please let me know, because if you

Page 10

1          answer a question that I've asked, I'm going to assume

2          two things, one, that you heard it and, two, that you

3          understood it.  Is that fair?

4     A.   Yes.

5     Q.   Okay.  Finally, you have counsel here with you.

6          There's a possibility that some questions may come up

7          and counsel may object.  I just ask that you pause for

8          a second, let counsel discuss, and then we'll proceed

9          if the question is able to proceed.  Okay?

10    A.   Okay.

11                    FORD EXHIBIT NUMBER 1

12                    WAS MARKED BY THE REPORTER

13                    FOR IDENTIFICATION

14    BY MS. FARRELL:

15    Q.   All right.  I'd like to show you what's previously

16         been marked as Exhibit 1.  And do you recognize this

17         document?

18    A.   It appears to be the deposition notice.  I'm assuming

19         there's only one version of this floating around.  So

20         this would be the same as the one that I'd seen

21         before.

22    Q.   Okay.  And in connection with this deposition notice

23         have you prepared for today's deposition?

24    A.   Yes, I have.

25    Q.   And what did you do to prepare for today's deposition?

Public Version - Confidential Information Redacted

Page 11

1    A.   I have spent a -- well, beyond just preparing for this

2         deposition I've been involved in this litigation for a

3         while now, so I've done a lot of background work on

4         the Transit Connect.

5              In preparing for this deposition I talked to

6         a number of people on specific topics that are

7         addressed in here, looked at a great deal of

8         documents, examined some vehicles.

9    Q.   And you indicate that you spoke with people on topics

10        that are set forth in the notice of deposition.

11             You heard earlier that we read into the

12        record the topics that you would be answering

13        questions about.

14   A.   Right.

15   Q.   Understood?

16             And in connection with that, are these the

17        topics that you heard listed the topics that you spoke

18        with people about?

19   A.   Oh, not all of them.  Some of them were better

20        addressed by going through documents or going back and

21        looking at the actual design itself, but some of the

22        topics, yes, I talked to people about.

23   Q.   Okay.  And with whom did you speak?

24   A.   I'm not great with names.  I should probably maybe

25        during a break make a list for you.  I'm going to have

1       to talk to counsel to remember all the names I spoke

2       to preparing for this dep rather than trying to

3       remember them all.

4    Q.  Okay.  Do you remember any at all specifically?

5    A.  Chris Eikey, who is going to be deposed as well in

6       this case, I worked with him a great deal on some of

7       the Transit background work.

8    Q.  And anyone else that comes to mind easily?

9    A.  I talked to Dave Kizyma.  He's a -- works in the

10      Automotive Safety Office.  Talked to him about some of

11      the -- what I think has been called homologation in

12      this lawsuit, but what it took to bring the Transit

13      into North America, the Connect, Transit Connect.

14          When I say Transit, I think we're all talking

15      about the Transit Connect here.

16   Q.  Okay.

17   A.  I talked to him a little bit about what it took to

18      bring cars into North America from Europe, then

19      specifically a little bit about the Transit Connect,

20      what the -- the safety standards, how they apply to

21      vehicles as they're imported.

22   Q.  And you used a word earlier, homologation, you said

23      when you were talking to Dave Kizyma.

24          Is that what you mean by homologation, how

25      safety standards apply to a vehicle that's going to be

1          brought into America?

2     A.   Well, homologation is a term that's been used kind of

3          loosely.  A lot of people use it differently.  I think

4          in this litigation there's a definition out there to

5          help, but what I talked to Dave Kizyma about is what

6          it takes to bring it in, meet the federal standards as

7          well as Ford's standards.  Some people call that

8          homologation.  I don't know that that's the definition

9          that's being used in this case.

10    Q.   What do you understand the definition of homologation?

11    A.   I understand that it's loosely defined.  It depends on

12         who you're talking to what it really means, but it

13         generally talks about meeting standards, whether it's

14         meeting foreign standards or -- I think the official

15         term is the process at which you demonstrate

16         compliance to the standards of a government that

17         requires that you have a third party sign off on it,

18         but using that definition bringing a vehicle into

19         North America that doesn't apply because that's not

20         how the United States works.

21    Q.   Okay.

22    A.   But some people use it that way anyway.

23    Q.   Okay.

24    A.   And then some people use it even looser than that.  I

25         think some of the work that's done at the port has

Public Version - Confidential Information Redacted

Page 14

1    been called homologation in some of the documents and

2    that doesn't make much sense.  So it's used

3    incorrectly a lot.

4  Q.  Okay.  And other than Chris Eikey and Dave Kizyma who

5    jump out in your mind as having been people you spoke

6    with, is there anyone else?  And I know we're going to

7    get a list later, but I just didn't know if there was

8    anyone else you recall.

9  A.  I can tell you who I talked to and fill in the names

10    for you, but it's the name part that I have trouble

11    with.

12        I talked to people about the scrapage, the

13    recycling, what happens to the parts that are removed

14    at the port.  I talked to people who were working on

15    the program about the history of the program, how the

16    Transit Connect came to be in the United States versus

17    the version in Europe and other places in the world.

18        I've talked to people about the process which

19    the vehicle gets described in a number of the

20    documents, including the Monroney label, the order

21    guides, the brochure language, the FMVSS certification

22    language, the language that's on the label on the

23    vehicle, the certification label on the vehicle, what

24    the flow is within Ford of how that comes to be.

25    I've -- that would be Chris Eikey.  I've worked with

Public Version - Confidential Information Redacted

Page 15

```
 1          Chris Eikey in bill of material studies to determine
 2          the exact differences between different versions of
 3          the Transit Connect.
 4     Q.   Okay.
 5     A.   Those are the major topics that I have gone back and
 6          interviewed people for the deposition notice.  Over
 7          the past however long this litigation has been going
 8          on I've talked to more people than I could possibly
 9          list.
10     Q.   You stated earlier that you've been involved in the
11          litigation for a while.
12               When did you become involved in this
13          litigation?
14     A.   It's been at least a year.  I'm not sure how far back
15          I got involved.
16     Q.   And what caused you to become involved?
17     A.   Attorneys asking for technical assistance.  We did
18          some bill of material studies early on to determine
19          the exact differences between the different versions
20          of the vehicle.  Some of the -- because the Connect is
21          a complex vehicle in the marketplace, just helping the
22          attorneys figure out what it is that is sold is one of
23          the first -- and it's over a period of years as well,
24          so it changes over the years.  So just understanding
25          what the Transit Connect is the attorneys asked for
```

1                some technical assistance.

2        Q.    And you talked about bill of materials.  Is the

3              acronym BOM --

4        A.    That's right.

5        Q.    -- at Ford?  Is that the bill of materials?

6        A.    Yes.

7        Q.    And with respect to bill of materials, is that -- do

8              bill of materials come out as for the entire vehicle

9              or are there kind of subsets of bills of material

10             where you might have the bills of material for, say,

11             the engine or bills of material for the body or the

12             axle?  Is that how it works?

13       A.    Well, a bill of material would apply to a specific

14             vehicle, you tie it to a VIN, and it's the list of

15             parts that are used to build that vehicle.  It is

16             universal, it's the whole vehicle, but it's coded such

17             that you can break it down by major area, then sub

18             areas within the vehicle.  For example, I could

19             pull -- I could use that coding system to just pull

20             the bill of materials for wheels and tires, but what

21             it would do is just filter it from the giant list.

22       Q.    And the bill of material actually goes vehicle by

23             vehicle?

24       A.    After the fact we can pull the bill of materials

25             for -- I'm not sure how far back we can go in time,

Page 17

```
1          but for a Transit Connect we can pull -- given a VIN
2          we could pull a bill of materials.
3     Q.   When the vehicle is -- when the vehicles are being
4          manufactured and prior to the designation of a VIN for
5          a vehicle, is there a bill of materials that already
6          exists?
7     A.   A bill of materials is a tool for looking back at a
8          vehicle, it's not what's used to build the vehicle.
9          There's other plant processes that are in place while
10         it is current.
11    Q.   So when someone's building a vehicle currently, do
12         they have a document that describes all of the parts
13         that go into the vehicle like the looking back BOM
14         would do?
15    A.   At the plant level, yes.  They have to know -- they
16         have a little bit -- a more involved control of the
17         parts.  They're not doing it per vehicle.  They're
18         doing it per order.  They're making sure the parts
19         supply is going to match the vehicles they're planning
20         on building.
21    Q.   And what document would reflect the parts that are
22         necessary for a vehicle when it's actually being built
23         at the plant?
24    A.   That would be -- probably you could capture that in
25         the process sheets.
```

Public Version - Confidential Information Redacted

1   Q.   And what are process sheets?

2   A.   Process sheets are the recipe for building a vehicle.

3        Everything that's done to a vehicle in a plant there's

4        a process for it.  If it's tightening a bolt, it'll

5        tell exactly what bolt, what tool to use, what torque

6        to drive it to for every -- every place the vehicle is

7        touched in the plant.

8   Q.   So process sheets -- for example, if you had the

9        Transit Connect S6, for instance, would that have a

10       process -- a set of process sheets to build it?

11  A.   No.  The Transit Connect has a set of process sheets.

12  Q.   So the --

13  A.   So as it comes down the assembly line, if there's a

14       process that's different, the user -- the assembler

15       will have some sort of indicator as to which process

16       to follow at his station.

17  Q.   And how -- what type of documents were --

18            How is that information conveyed to that

19       assembler that there's -- as it's coming down the

20       assembly line, there's going to be a difference?

21  A.   There's a number of different ways.  Sometimes it's

22       obvious on assembly lines such as our Flat Rock plant

23       where we build Mustangs and Fusions on the same

24       assembly line.  When a Mustang comes down the line,

25       the operator doesn't have to have anything to tell him

Page 19

```
 1          not to install the rear doors, they're just not there.
 2          Sometimes it's less obvious.  Sometimes it's
 3          coordinating the trim with the vehicle, that is, when
 4          the blue car comes down the line, it gets black seats,
 5          when the white car comes down the line, it gets gray
 6          seats, but there's an automated system so that that
 7          user doesn't have to make a choice, it's just the next
 8          seat to put in is the right seat.
 9      Q.  And is that true that it's entirely automated for all
10          of the parts?
11      A.  Well, it's either automated by a process where the
12          user has to make no decision or it's the design is
13          such that he can't make the wrong decision, and the
14          extreme example is putting the Fusion doors on a
15          Mustang.  They're just not going to fit.  It's obvious
16          that they're wrong.
17              So we go to great measures on our assembly
18          lines to make sure that they're mistake proof, you
19          can't put the wrong part on the wrong car.
20      Q.  Okay.  So there isn't a manual that people on the
21          assembly line are accessing to make sure they're doing
22          things correctly; is that fair?
23      A.  Well, there's another level to that.  He had -- the
24          worker on the assembly line has to be using the right
25          tool, for example.  For -- for a -- depending on how
```

Page 20

```
 1          critical the installation is, he may require special
 2          tools.  He may require tools that feed back into a
 3          computer to confirm that he has, in fact, torqued a --
 4          if he's installing a seat, he has to torque four bolts
 5          for every car that goes by, and if the computer
 6          doesn't see feedback from the tool that it's been
 7          driven four times for every car, it can stop the line.
 8          So there's another level of processes to make sure
 9          that the right tool is at the right position on the
10          assembly line.
11     Q.   So that's all automated and computer-driven then; is
12          that fair to say?
13     A.   Much of it is in a modern plant.
14     Q.   And Otosan is the plant where the Transit Connects for
15          North America were being built; is that correct?
16     A.   That's right.
17     Q.   And so would you consider that a modern plant?
18     A.   Yes.
19     Q.   Is there any documentation at all, is there anything
20          that an assembler would be looking at in a paper
21          format while assembling Transit Connects?
22     A.   Probably not.  If any information has to be relayed to
23          him, it's usually done via some sort of display.
24     Q.   They have computer screens along the assembly line at
25          each stop along the way?
```

Page 21

1    A.   If they need to, yes.

2    Q.   So we're unlikely to see a manual explaining to an

3         assembler how to put together any of the various

4         configurations of a Transit Connect?

5    A.   Well, the process sheets still exist.  They may not be

6         a piece of paper that the guy on the assembly line has

7         to tell him what to do, but he still has -- there is

8         still, for the plant engineers, the entire process

9         from the stamping of the metal all the way to the

10        final checks on the assembly line.  Those process

11        sheets exist.  I've seen some of them for the Connect.

12        Unfortunately they're in Turkish.

13   Q.   Would not be helpful for us not knowing a single word

14        in Turkish.

15             So essentially then it's -- the process

16        sheets have been computerized, but they exist in a

17        paper format fundamentally.

18   A.   They can be printed off.

19   Q.   Okay.  You stated earlier that you spoke with some

20        people to kind of get the background on the Transit

21        Connect and kind of where it was born and, you know,

22        how it ended up being imported into the United States.

23        Is that fair?

24   A.   Yes.

25   Q.   Okay.  If you could --

Public Version - Confidential Information Redacted

```
                                                    Page 22
 1              The Transit Connect, does it have multiple
 2       names?  It's known as Transit Connect.  We've seen in
 3       the documents V227.
 4   A.  Right.
 5   Q.  And that's -- I understand that's a Ford code; is that
 6       correct?
 7   A.  That's our internal code for the vehicle line.  Yes.
 8   Q.  Is Transit Connect --
 9              We've also seen in the documents something
10       called V408.
11   A.  Right.
12   Q.  Do you know what that is?
13   A.  Yes.  That's the current Transit Connect.
14   Q.  Okay.  So that's just a new internal Ford code number
15       reflecting this program?
16   A.  The Connect was completely redesigned for the North
17       American market for the '14 model year and that's the
18       V408, and sometimes you'll see it with an N on the end
19       of it for the -- and the N -- both 227 and the 408
20       with an N on the end of it means North American
21       variant.
22   Q.  So when we see just the number, that's talking about
23       the overseas, European and some other countries?
24   A.  Without a letter on the end of it --
25   Q.  Yes.
```

Page 23

1    A.   -- it's the entire program for the world.  With the N

2         behind it, it's talking about just the variant for

3         North America.

4    Q.   Are there designations for the European version

5         similar to the ones for North America where there's a

6         letter at the back of the V227?

7    A.   Sometimes you'll see an E on the end of it.

8    Q.   So if we're talking today about Transit Connect,

9         Transit Connect N, 227, 227N, 408, 408N, it's all

10        still the Transit Connect program; is that fair?

11   A.   That's right.

12   Q.   Okay.  So you're talking about background of this

13        program.  How did it come to fruition, how did it come

14        to exist in the European market?

15   A.   Well, it was a new vehicle designed for, I think, the

16        2003 model year in Europe to replace two vehicles and

17        they were delivery vans built off of the old Escort

18        and the old Fiesta, two cars in Europe.  The European

19        versions of those cars is different than what we had

20        in the United States.

21             So the European version of the Escort and the

22        Fiesta had been sort of -- it wasn't a body redesign,

23        but it was a van back put on the car front, and they

24        sold well in Europe where streets are narrow and

25        cities are congested as small delivery vans.  The 227

```
                                                    Page 24
 1        came into Europe as a new type of vehicle to replace
 2        these two vehicles, but the 227 was more purpose
 3        built.
 4   Q.   When you say purpose built, what does that mean?
 5   A.   It had a complete body instead of just the rear body.
 6        It was the Focus, which was a new vehicle at the time,
 7        chassis and drivetrain with a -- the body we're
 8        familiar with on it.
 9   Q.   So when you say Focus, you just used the term Focus,
10        you're not talking about the Ford Focus vehicle,
11        you're talking about the vision.
12   A.   No.  The Ford Focus vehicle.
13   Q.   Oh, you're talking about the Ford Focus vehicle.
14   A.   Right.
15   Q.   I'm glad I asked.
16             So it used the chassis and drivetrain of the
17        Ford Focus vehicle?
18   A.   Right.
19   Q.   And it built upon that?
20   A.   And it built upon that into the body that eventually
21        is very similar to the body that sold in North
22        America.
23   Q.   And when you talk about the body, you're talking about
24        the silhouette of the vehicle, the upper portion of
25        the vehicle; is that fair?
```

Page 25

1    A.   The sheet metal.

2    Q.   Okay.  And when you talk about chassis and drivetrain

3         without the body/sheet metal, is that what they call

4         the base?

5              We've seen the term base being discussed

6         about vehicles, they talk about a B/C base.  Do you

7         know what the documents are referring to when they

8         talk that way?

9    A.   Oh, if you're talking about vehicle lines like the B

10        vehicle and the C vehicle, the base would be the

11        chassis.  Many of our C vehicles share the same

12        architecture, the same drivetrain, and that would be

13        the C vehicle base some people might call it, and the

14        C vehicle was led by the Focus.  The Ford Focus was

15        the first C vehicle.  So some people might just refer

16        to that as the Focus platform.

17   Q.   So when we talk about the Transit Connect program

18        either in Europe or in North America, those are

19        considered C vehicles?

20   A.   Yes.

21   Q.   Because they come off of a Focus base.

22   A.   Correct.

23   Q.   Okay.

24   A.   Well, the designation really is the size of the

25        vehicle, and it's beyond Ford, it's a universal A, B,

Page 26

1      C, D, E describes passenger cars, A being the little

2      micro vehicles.  We don't have very many in North

3      America, but it would be almost -- in North America

4      they're almost comically small.  I'm trying to think

5      of the name of the --

6  Q.  Would the Smart car be --

7  A.  Right, that's an A.

8          B is what in North America we consider a very

9      small car, but that's like the Fiestas and the -- used

10     to have Geo Metros, those little cars.  The Cs are

11     what's popular in North America.  Those are the Focus

12     size cars.  Then D is the Fusion size, the sedans.

13     And then E are the bigger vehicles, the Crown Vic.

14     Crown Victoria was a very popular one for a long time.

15     Now the Taurus has replaced it.  It's the bigger

16     sedans.

17 Q.  Okay.  Do you know the background for the Transit

18     Connect in Europe?  You said it came from the other

19     two vehicles.  Was there a process that occurred for

20     Ford to make the decision to go from the old Euro

21     version of -- I think you said it was the Escort and

22     the Fiesta with --

23 A.  Those were two separate vehicles.

24 Q.  Two separate vehicles.

25 A.  Right.

Page 27

1    Q.   With a back on them.

2    A.   Right.

3    Q.   Do you know what transpired, how Ford went from using

4         those two vehicles to moving into this concept of a

5         Transit Connect?  What did Ford have to do to get from

6         the two vehicles to the Transit Connect in the

7         European program?

8    A.   Well, those two vehicles needed to be replaced because

9         their chassis, their drivetrains was all out of date

10        and a new vehicle -- it made sense to come up with a

11        single vehicle that could meet the needs of both.  So

12        it would be a clean paper design, that is, nothing's

13        borrowed from those other -- those older vehicles

14        except their customers.  So based -- starting with the

15        Focus, their job was to design a vehicle to replace

16        both, the small and the larger older tiny vans that

17        existed in Europe, and that's what the Transit Connect

18        became.  In Europe there's two sizes of the Transit

19        Connect.  In North America they only brought in the

20        larger one.

21   Q.   And is that, the two sizes in Europe, is that what's

22        called the SWB and the LWB?

23   A.   Right.  It's short wheelbase and long wheelbase.

24   Q.   What's the difference between a short wheelbase and a

25        long wheelbase?

Page 28

1    A.   About 18 inches.

2    Q.   And that would be the length of --

3    A.   The overall size of the cargo area if it's a van.

4    Q.   If it's not a van, what would it be, what would the

5         difference be?

6    A.   Well, you have to put them next to each other to

7         really see where the extra length is, but there's

8         extra length in the sliding doors and there's extra

9         length in the panel behind the sliding doors.

10             So if it's a passenger version, that rear

11        seating area is the same in terms of legroom and

12        overall space, the door's going to be a little bit

13        smaller and there's going to be less area behind the

14        seat.

15   Q.   And in Europe --

16             MS. BROUSSARD:  Just take a quick break.

17             MS. FARRELL:  Oh, yeah.  Sure.

18             MS. BROUSSARD:  Thank you.

19             (Recess taken.)

20   BY MS. FARRELL:

21   Q.   You spoke earlier about the two predecessor vehicles

22        in Europe to the Transit Connect program.

23   A.   Right.

24   Q.   And you said one was an Escort and one was a Fiesta.

25        Did they have trade names, those vehicles?

```
                                                    Page 29
```

1   A.   I think they've just been known as the Escort van and

2        the Fiesta van.  I don't know if they'd attached a

3        separate name to them, though.

4   Q.   The European, for lack of a better word, I know it can

5        be worldwide, but just for designating between North

6        America and not.  The European version of the Transit

7        Connect, what type of configurations did it come in?

8        I know you said long and short wheelbase.

9   A.   Long and short wheelbase, vans and wagons, and a wagon

10       with a third row of seats, and it came in a number of

11       different window variations, combinations between the

12       sliding door windows and the third panel window and

13       the rear door windows.

14  Q.   How would someone purchase in Europe one of these

15       Transit Connects?  Would they select various options?

16       Is that how they get the vehicle that they want?

17  A.   Well, similar to here most are purchased off of a

18       dealer lot where a dealer has already ordered a

19       vehicle and it's selling it.  If you needed a specific

20       color or specific version, you could order it and wait

21       just like any other vehicle.

22  Q.   So the various iterations, I suppose if you did a

23       matrix, you'd have long wheelbase and then it could be

24       a van, it could be a wagon, it could be a second row

25       seat or -- a second row seat, a third row seat.  There

Page 30

```
 1        are a lot of iterations?
 2  A.    There are some things that can't happen.  Like you
 3        can't have -- in Europe there's no third row in a
 4        short because there's just not room for it.
 5        There's -- all shorts have the low roof.  All longs
 6        have the high roof.  So there's no -- that's attached
 7        to the wheelbase, you can't choose.  You can't --
 8        well, you can have the two-person rear seat, the
 9        three-person rear seat.  You can have one-door window
10        or two-door windows, the rear door windows.  You can't
11        have rear doors without windows if you have sliders
12        with windows.  There's different combinations you
13        can't make, but there's a lot of versions of --
14        there's even a version of it with a rear seat and no
15        windows, which I thought was odd, but they buy it.
16  Q.    So it's fair to say that the dealers could order a
17        variety of styles.
18  A.    Or part of a dealer's job is to anticipate its
19        customers and put stuff on its lot that people want to
20        buy.
21  Q.    Now, you said that similar to Europe that was the same
22        process in the United States, that the dealers would
23        order the Transit Connect in whatever, you know,
24        shape, vision that they had for it and put it on the
25        lot?
```

Page 31

```
1    A.   Right.  That's the main way these vehicles are sold.
2         If you're buying --
3              Say a fleet customer is buying a lot of them.
4    Q.   Um-hum.
5    A.   He may have some specific needs and order them
6         specifically directly from Ford, or for a medium-sized
7         fleet he might be ordering them through his local
8         dealer.
9    Q.   When you speak of fleet, what is the minimum number of
10        vehicles purchased that would be considered a fleet?
11   A.   Well, a fleet customer can buy one.  There's no
12        minimum there.
13   Q.   Um-hum.
14             What makes someone a fleet customer from
15        Ford's perspective?
16   A.   Well, the -- it's usually defined by a customer that's
17        buying multiple Fords, it may not be multiple Transit
18        Connects.  Many fleet customers buy enough that they
19        have their own service facility, so the vehicles don't
20        have to go back to a dealership for warranty work or
21        oil changes and the like, they have a connection into
22        the Ford service system as if they were a dealer, but
23        there are smaller fleets that we don't even know that
24        they're fleets, they're just buying cars through
25        dealerships.
```

Public Version - Confidential Information Redacted

Page 32

1    Q.   So a fleet person who wanted to, say, order 1,000
2         Transit Connects would go -- they could either reach
3         out directly to Ford or they could go through a dealer
4         if maybe they had a relationship with a dealer; is
5         that fair?
6              MR. BELANGER:   Objection.   Can we go off the
7         record?
8              (An off-the-record
9              discussion was held.)
10   BY MS. FARRELL:
11   Q.   So at some point the Transit Connect was in existence
12        in the European market and at some point someone
13        decided that it would be a good idea perhaps for the
14        North American market; is that fair?
15   A.   Yes.   That's a real simple explanation, but that's --
16        it had already existed in Europe and then was
17        considered for North American import at some point
18        after that.
19   Q.   What's the more complicated response to that?   How did
20        it come to be that the Transit Connect was considered
21        for North America?
22   A.   Well, part of that includes how the Transit Connect
23        came to be a wagon in Europe.   That was -- the
24        vehicles it was replacing were only vans, but as it
25        was being conceptualized, there was a realization that

Public Version - Confidential Information Redacted

1           they may have a new feature available that's available

2           on the big Transits in Europe that customers like, and

3           that's being able to use it as a passenger vehicle and

4           convert it into a cargo vehicle by flipping the seats

5           forward up out of the way, and that's meant for the

6           customer who perhaps is using it for a work vehicle, a

7           plumber or carpenter or something along those lines,

8           but can't afford a second vehicle for his family, so

9           he can just convert that vehicle into a passenger

10          vehicle when he needs it, and that was popular on the

11          big Transits and it's something they looked at

12          bringing into the Transit Connect as it was being

13          designed and that evolved into what is the wagon

14          versions.

15     Q.   So you talked about the big Transit.  Is that a

16          vehicle different than the Transit Connect?

17     A.   Yes.

18     Q.   And could you briefly describe what the big Transit

19          is?

20     A.   What I refer to the big Transit is the full size van.

21          In Europe it's a complex line of vehicles.  It has

22          front drive and rear drive, three different

23          wheelbases, three different roof heights.  It's

24          recently been brought into North America as a

25          replacement for the Econoline van, but only the

1    heavier duty versions of it, the rear drive bigger

2    vans that would replace an Econoline in their usage,

3    that's what I call the big Transit.  It's distinctly

4    different than the Transit Connect, and although they

5    share the name, that's mainly for marketing reasons,

6    they're very different vehicles.

7  Q.  Okay.  So you said that at some point the Transit

8    Connect program was conceptualized as a possibility

9    for North America.  Do you know how that occurred?

10 A.  During the process we were going through during the

11   sort of reorganization of the auto industry, when

12   Chrysler and General Motors had gone bankrupt, we

13   began looking at how better to run an auto company,

14   how better to share things worldwide.  In the process

15   of that we were looking at vehicles sold in other

16   markets that might be viable in North America, and in

17   that process there was a discovery that the Transit

18   Connect is a unique vehicle in the North American

19   market and there might be -- it's a very popular

20   vehicle in other parts of the world and there might be

21   a customer for it here, and that's what developed into

22   bringing in the Transit Connect for the '10 model

23   year.

24 Q.  Do you know who came up with -- initially thought that

25   this Transit Connect vehicle might be popular in North

Public Version - Confidential Information Redacted

```
 1            America, whose idea that was first?
 2   A.   I don't know that that can be traced back to an
 3            individual, but it was Program Planning.
 4   Q.   And what is Program Planning?
 5   A.   They're the organization within Ford that looks at
 6            what future vehicles we should be having to fill
 7            future market needs because development of a vehicle
 8            takes years.  There has to be some forecasting and
 9            some understanding of what customers -- trying to
10            match the vehicle to the future customer.
11   Q.   You said that this concept of bringing the Transit
12            Connect to North America began around the time that GM
13            and Chrysler went bankrupt.  Do you recall what year
14            that was because I don't know whether they've gone
15            bankrupt multiple times, but I seem to recall GM
16            having -- not going bankrupt, but being bailed out by
17            the government in 2009 because President Obama was
18            president.  Is this before that time?
19   A.   It was --
20                  Your reference to Obama is correct.  It is
21            right as Bush transitioned because Bush had been
22            working on bailing out General Motors and they went
23            bankrupt right after Obama took office.
24   Q.   So the decision to bring the Transit Connect into
25            North America occurred in 2008 to 2009?
```

                                                            Page 36

1    A.   Well, that's the time frame --
2              '7 and '8 is when the auto industry collapsed
3         and that's the time frame that we would be looking at
4         bringing European vehicles in.
5    Q.   And it wasn't -- the concept of a possible Transit
6         Connect vehicle in North America didn't occur earlier
7         than 2007?
8    A.   The concept may have, but work in doing it would start
9         around '7.
10   Q.   So when you say work in doing it, what do you mean by
11        that statement?
12   A.   Well, going from concept to a reality you have to
13        start really looking at what does it take to bring a
14        European vehicle into North America.  We have in North
15        America more stringent crash requirements.  Many times
16        requires redesigning some structure, in fact, did in
17        the Transit Connect's case.  We have different
18        customer demands.  One of the examples is you can't
19        sell a stick shift in the United States, people expect
20        an automatic.  Transit Connect sold as a stick shift
21        in Europe.  So things like that have to be dealt with
22        on an engineering level, so that's when real work has
23        to be done.
24   Q.   When Ford goes from a concept to that step of reality,
25        is there something that has to occur?  Is there

Public Version - Confidential Information Redacted

1          someone in management that has to approve this idea of

2          going from this concept to actually now, as you say,

3          considering the engineering and everything else that

4          would need to be done to make it a reality?

5     A.   Yes.  That's called program approval.

6     Q.   And we've seen documents that have been produced by

7          Ford that have sideways Vs and in the middle are

8          letters, and one of the things we see is a sideways V

9          PA and a sideways V.

10              Is that PA program approval that you're

11         talking about now?

12    A.   If you see it in a timing context, yes.

13    Q.   Who at Ford would be the person that would be involved

14         in program approval?

15    A.   That goes up through the vehicle line directors and

16         eventually gets approved at the very top.

17    Q.   And when you say the very top, who would that be?

18    A.   I don't know if it goes to the board of directors

19         level, but at least the president level.

20    Q.   And who was the president at Ford at the time the

21         concept of the Transit Connect was being approved?

22    A.   That probably would have been Bill Ford, Jr., but by

23         the time it gets to him it is presented as an approved

24         plan just to --

25    Q.   And so is it fair to say that to go from a concept to

```
                                              Page 38
1            a reality that concept has to be vetted by many, many
2            levels before it would get to the top, which
3            apparently at that time was Bill Ford, Jr.?
4       A.   By the time it gets to the very top, yes, it is an
5            approved program, it's just more informative, this is
6            what's happening type of --
7       Q.   Are there layers in there that -- kind of tipping
8            points of approval perhaps?
9       A.   More people get involved as it goes up to make sure
10           that what planning thinks can happen, engineering can
11           confirm is really possible.  Otherwise you'd have the
12           program planners approving flying cars and the
13           engineers get involved and say, no, can't do that.  So
14           manufacturing gets involved, engineering gets
15           involved, everybody -- safety gets involved.
16           Everybody has to be on board before it gets finally
17           approved.
18      Q.   Is there someone below Bill Ford, Jr. who would
19           approve it to actually be submitted to Bill Ford, Jr.?
20      A.   There's a chain of command like in any big
21           organization.  I'm not sure exactly what level the --
22                 I guess you're trying to find the guy who
23           says, okay, this is good, and I'm not sure exactly
24           what level that would be.
25                 FORD EXHIBIT NUMBER 2
```

1           WAS MARKED BY THE REPORTER

2           FOR IDENTIFICATION

3      BY MS. FARRELL:

4      Q.   I'd like to show you a document previously marked as

5           Ford Exhibit 2.

6                Mr. Burnett, if I may go back for a second

7           just to finish up.  You'd indicated the program

8           approval step --

9      A.   Right.

10     Q.   -- that it would go to the top.

11                When it goes to the top, is it provided to

12           the top in a written format?

13     A.   I don't know.

14     Q.   And do you know whether or not that approval at the

15           top is in writing or it's verbal or is it something

16           else?

17     A.   I don't know.

18     Q.   If the approval goes to the level of Bill Ford, would

19           the board of directors also be involved in making that

20           approval or would they be informed of that approval?

21     A.   My experience is the board doesn't get down to that

22           level of detail.

23     Q.   Would they be informed of a decision to bring a new

24           vehicle into a market?

25     A.   I don't know.

Public Version - Confidential Information Redacted

1    Q.   You've had an opportunity to review Exhibit 2?

2    A.   Yes.

3    Q.   And do you recognize Exhibit 2?

4    A.   I believe I've seen it before.  Yes.

5    Q.   And what do you understand it to be?

6    A.   I understand this is the actual complaint that starts

7         this lawsuit.

8    Q.   And you've seen this document before?

9    A.   I think so.

10   Q.   Do you have any reason to believe there are any

11        inaccuracies in Exhibit 2?

12   A.   I have not reviewed it to that level of detail.

13   Q.   And do you believe anything within Exhibit 2 is

14        incorrect?

15   A.   I've not reviewed it to that level of detail.  I

16        expect it was meant to be as correct as possible.

17             FORD EXHIBIT NUMBER 3

18             WAS MARKED BY THE REPORTER

19             FOR IDENTIFICATION

20   BY MS. FARRELL:

21   Q.   I'd like to show you what's been previously marked as

22        Exhibit 3.

23   A.   Okay.

24   Q.   Do you recognize Exhibit 3?

25   A.   I don't specifically recognize it, but I've seen these

Public Version - Confidential Information Redacted

```
                                              Page 41
 1          type of documents in this case.
 2    Q.    Do you have any reason to believe anything in
 3          Exhibit 3 is inaccurate, any of the responses?
 4    A.    Well, similarly, I have not reviewed it for accuracy,
 5          but it's my assumption that these are meant to be as
 6          accurate as they can be.
 7    Q.    And are you aware of anything incorrect in Exhibit 3?
 8    A.    No, no, not having reviewed it in detail, though, but,
 9          no, I don't know of any incorrect material.
10    Q.    In either Exhibit 2 or Exhibit 3, were you consulted
11          in either drafting the complaint or providing
12          responses to Exhibit 3?
13    A.    Not specifically.  It may have been the genesis of
14          some questions I fielded from the attorneys, but I was
15          not involved in the drafting of the documents
16          themselves or really had any understanding of why they
17          were asking technical questions that looks like some
18          of it is reflected in here.
19                    DEPOSITION EXHIBIT NUMBER 4
20                    WAS MARKED BY THE REPORTER
21                    FOR IDENTIFICATION
22    BY MS. FARRELL:
23    Q.    I'd like to show you a document previously marked as
24          Ford Exhibit 4.
25    A.    All right.
```

Page 42

1    Q.   And do you recognize Exhibit 4?

2    A.   I don't recall seeing this before.

3    Q.   If you could look on the first page, there's a date at

4         the bottom.

5    A.   Right.

6    Q.   Does that help refresh your memory about the inception

7         of the Ford program in North America?

8    A.   Well, this is not -- at this point in time the Transit

9         Connect has not become the plan, they're just looking

10        at what they could do with a small van.

11             We had been -- since the Freestar had been

12        discontinued, there had been no minivan in North

13        America, so there was a number of concepts trying to

14        fill that void.

15   Q.   When was the Freestar discontinued?

16   A.   '4, I think.  I'd have to go back and check that, but

17        my memory -- I'm working off of memory here for the --

18        I thought '4 was the last -- '4 or '5 was the last

19        model year for the Freestar.

20   Q.   And that would be 2004, 2005?

21   A.   Right, right, but Ford would know ahead of time that

22        that was the end of the line because that -- the Flex

23        replaced -- replaces it in our manufacturing system.

24        So the first year for the Flex, that would be -- it

25        would replace the Freestar.

Public Version - Confidential Information Redacted

Page 43

1   Q.   Do you know what the first year of the Flex was?

2   A.   Well, that would be the year after the Freestar

3        disappears, so '5 time frame.

4   Q.   So is it fair to say that Ford tries to keep a

5        continuity that if it's going to end one vehicle and

6        feels that there's still a desire for a similar type

7        of vehicle, it would have another one kind of in the

8        lineup ready to go; is that fair?

9   A.   Well, there are restraints such as the physical

10       assembly plants, and the Freestar being replaced by

11       the Flex, that was a limitation.  We couldn't continue

12       with a minivan and build the Flex.  So that

13       necessitated the end of the minivan on that assembly

14       line.  So then at that point we're without a minivan

15       for North America at Ford.  So even before then people

16       are looking at should it be replaced and how can it be

17       replaced.

18  Q.   So when you say the Flex replaced it in manufacturing,

19       it took over capacity in the plant?

20  A.   That's right.

21  Q.   Is that what you mean?

22  A.   That's right.

23  Q.   But you're not saying that the Flex was a replacement

24       for the Freestar.

25  A.   It was a marketing replacement for the passenger

Page 44

```
 1          vehicle, a three-row seat, eight-passenger vehicle,
 2          but it was not a minivan, it was not a sliding door
 3          removable seat type of vehicle.  So there was going to
 4          be some customers that would not make that leap.  Then
 5          there was going to be the customers that were using it
 6          as a -- more as a van than a wagon were not going to
 7          be happy with the replacement.
 8     Q.   With respect to Exhibit 4, Mark Zolna is described in
 9          this document as Product Marketing, Planning and
10          Strategy.
11               Is that what you were referring to earlier in
12          the deposition that Ford has a group of people who are
13          constantly looking to the future to see what future
14          vehicles should be designed for various markets?
15     A.   Yes.  That's what I sort of abbreviated into Product
16          Planning.
17     Q.   And this document, the title of it, it says Transit
18          Connect type Small Van for North America, Pre <PS>
19          Product Planning Proposal Document.
20               The PS, what is that?
21     A.   I don't know what PS stands for.  It is an early
22          milestone even before program approval.
23     Q.   Would Mr. Zolna have been given this as an assignment
24          by Ford?
25     A.   I don't know how he was involved.  That's that
```

```
                                                      Page 45
 1           organization's job is to do this sort of analysis.  So
 2           --
 3    Q.     You spoke of milestones.
 4    A.     Right.
 5    Q.     Do all Ford vehicles that are new to a market or a new
 6           vehicle entirely, do they undergo this concept of
 7           milestones?
 8    A.     Yes.
 9    Q.     And what are milestones?
10    A.     Milestones are points in time where certain things
11           have to be done in order to ultimately come to the
12           target timing for building a production vehicle.
13                  Job 1 is a milestone that has found its way
14           into TV commercials and the like.  So some people are
15           familiar with the term Job 1, but that's the last
16           mile -- it's the target milestone.
17                  Job 1 is the milestone in the timing plan
18           where production vehicles are being built on the
19           assembly line and there's many things that have to be
20           done.
21                  There are literally hundreds of milestones
22           during the development process of a vehicle and it
23           stretches over years.
24    Q.     When you say production vehicle, you mean a vehicle
25           that can actually be sold to someone in the general
```

```
                                              Page 46
 1           public to drive and use.
 2      A.   Right.  That's a sellable vehicle for whatever market
 3           it's intended, and by market I mean geographic market,
 4           the United States or Europe or somewhere else.
 5      Q.   Do you know what the Job 1 milestone was for the
 6           Transit Connect North America?
 7      A.   I don't know the exact date, it was during 2009,
 8           though.
 9      Q.   You said that there were hundreds of milestones that
10           occur and they occur over the years.  Could you tell
11           me what the major milestones are from the beginning
12           until Job 1?
13      A.   There are from a -- there are things that go on before
14           the program approval, but that's a major milestone
15           itself, that's when engineering work starts.  Then
16           there are two major prototyping milestones where all
17           the engineering comes together into building a group
18           of prototype vehicles for testing.
19      Q.   And what are those milestones called?
20      A.   They have changed names over the years, but it's --
21           just descriptively what -- the first one is a
22           mechanical prototype.  That is a prototype that
23           represents the vehicle.  It may not look pretty, it
24           may not look like the final vehicle, but it represents
25           the vehicle in terms of function.  Those are used for
```

Public Version - Confidential Information Redacted

Page 47

1          crash testing, durability testing, everything from the
2          axles to the steering wheel.  It is a full vehicle
3          that's being tested.
4               Lessons learned from those prototypes go back
5          into the engineering process.  Near the end of the
6          engineering process is another set of prototypes that
7          are meant to represent the production vehicle.  Those
8          are the prototypes that are used for crash testing to
9          determine that it meets federal standards, for
10         example.
11              Those two descriptively are the major
12         prototyping targets.  There are -- depending on the
13         commodity you're looking at, there may be different
14         targets along the way.  I think, for example,
15         powertrain might have its own specific targets for
16         prototypes along the way because they have such a long
17         lead time in manufacturing, but for a complete vehicle
18         there's those two types of targets.
19              And then there's a group of final.  They're
20         not really prototypes, they're hand-built production
21         vehicles before the assembly line is up and running
22         for a final check on a number of things.  They're
23         meant to represent exactly what's going to be built.
24    Q.   And that final set of hand-built prototype vehicles,
25         would they be every type of configuration of the

Public Version - Confidential Information Redacted

1           vehicle?

2      A.   Well, sometimes that is not practical to do.  So some

3           engineering work will go into determining the best

4           representative group depending on what you're testing.

5           If you're testing airbag sensors, you might want the

6           lightest possible vehicle.  If you're testing the

7           front end structure for crash, you'd want the heaviest

8           possible vehicle.  So there's some logic put together

9           to determine a group of vehicles that are the best set

10          for your group of tests depending on what you're

11          testing.

12     Q.   Are these milestones in these prototypical vehicles,

13          are they reflected in documents at the stage of that

14          milestone?  Is there a document tied to the actual

15          prototype that gets built?

16     A.   I don't think it gets tied down to individual

17          prototypes, it's more of a planning level, this is

18          when we're going to build prototypes type of document.

19     Q.   And would the planning level document that says when

20          they're going to build the prototype discuss what type

21          of prototype is going to be built?

22     A.   No.  That -- it has to be broken down further by each

23          area of engineering that is trying to demonstrate

24          meeting their targets.  The planning documents will

25          just lay out here's when we're doing the mechanical

Public Version - Confidential Information Redacted

1     prototypes, they have to be signed off on this date,

2     bang, here's the date.  Now, every engineer involved

3     has to figure out how to get his commodity, his part

4     of the vehicle ready for that and how it interacts

5     with everyone else's part of the vehicle and he has to

6     develop a plan to get there for every single part.

7     That's what engineering does.  That's the engineer

8     function.

9            There's documents such as -- what we call a

10    DVP&R, which is a design verification plan, which is

11    the layout.  Every engineer on every part has got his

12    piece of it laid out so that he can support these

13    milestones and how he's going to demonstrate he meets

14    his requirements, both Ford requirements and federal

15    requirements for wherever the vehicle is being sold in

16    those type of documents.

17 Q. You stated that before the PA or the program approval

18    milestone that there's work that occurs.

19            What work occurs prior to the program

20    approval milestone?

21 A. Planning work, understanding what it is, defining the

22    vehicle, defining the market.  The type of work you

23    see described in this document, Exhibit 4 we were just

24    looking at.

25            THE WITNESS:  Could we take a restroom break

1           here?

2                    MS. FARRELL:  You bet.  Off the record.

3                    (Recess taken.)

4      BY MS. FARRELL:

5      Q.  Mr. Burnett, earlier today I neglected to ask you what

6           your position is at Ford.  Could you tell me that,

7           please?

8      A.  I am a -- my title is technical leader.  I work within

9           a department called Design Analysis.

10     Q.  And what does Design Analysis do?

11     A.  Design Analysis is an engineering group at Ford who is

12          focused on the performance of vehicles that are in the

13          field, that is, we're the group that looks backwards

14          in time.  Most of Ford is focused on future vehicles.

15          So we're sort of the group that's looking the other

16          way.

17     Q.  And did you work -- did you do design analysis work

18          with respect to the Transit Connect program in North

19          America?

20     A.  Well, it's not -- we're not organized per vehicle

21          line, but we're the group that can provide technical

22          assistance to whoever needs it whether it's inside

23          Ford or outside Ford.

24                    In my area is what we call body engineering,

25          which is the interior of the car and the sheet metal

```
                                                          Page 51
 1            itself.  So I became involved in this litigation
 2            because the focus of the vehicle was in that area, the
 3            focus of the questions from the attorneys was in that
 4            area.
 5       Q.   Other than becoming involved in the litigation because
 6            people were asking you questions, had you done any
 7            analysis -- design analysis with respect to the
 8            Transit Connect?
 9       A.   I knew about the Transit Connect, I've seen the design
10            documents for it, but this was the first time I'd been
11            asked for technical assistance on that vehicle line.
12       Q.   Earlier you talked about a design verification plan.
13       A.   Right.
14       Q.   And you talked about the engineers would have to have
15            their component of the overall picture figured out by
16            each milestone deadline; is that fair?
17       A.   That's right.
18       Q.   And you talked about they have to have their component
19            resolved with respect to Ford and federal.  What did
20            you mean by that, Ford and federal?
21       A.   Well, there are -- for any --
22                 Let's just narrow it down and use a component
23            like seats.  There are a great deal of internal
24            requirements that Ford puts upon themselves in order
25            for it to be called a Ford.  Part of that is meeting
```

```
 1        the federal requirements, so they are intertwined.
 2        Ford has specific methods for meeting those federal
 3        requirements addressed requirement by requirement
 4        based on our accumulated knowledge, I suppose, but,
 5        for example, there's a seat -- one of the seat tests
 6        is a pull where they test the structure of the seat
 7        with a static load and the requirement from the
 8        government has a big window of how it can be run.  So
 9        the Ford requirement of how it's run is narrowed
10        within that window.
11    Q.  And what is that pull test that you were talking about
12        for a seat?
13    A.  That would be related to FMVSS number 207.
14    Q.  And what is -- what is that because I don't know?
15    A.  207 is the federal standard that addresses the seat
16        strength and its attachment to the vehicle.  It has a
17        number of static strength requirements as well as a
18        dynamic impact requirement for inertia of latches.
19    Q.  And so what exactly is the 207 requiring when Ford is
20        testing it for purposes of the federal regulation?
21    A.  The seat back is pulled rearward.  It's required to
22        withstand a torque of 3300 inch pounds.  The seat base
23        is pulled both forward and rearward.  It's required to
24        withstand a force of 20 times the weight of the seat
25        being tested.  If the belts are attached to the seat
```

Page 53

1      such as they are in the rear seat of the Transit

2      Connect, some of the belts are, any belts that are

3      attached to the seat have to be tested to FMVSS 210

4      simultaneously with FMVSS 207.  So that becomes what's

5      known as a 207/210 test where the seat belts and the

6      seat are tested pulling -- both of them pulling

7      forward at the same time.

8   Q.  And so when you talk about the federal and Ford, does

9       Ford go beyond what the fed regulations require?

10  A.  Well, the federal regulations have some vagueness to

11      them and require some interpretations.  So our years

12      of experience, we've been able to define exactly how

13      we expect our seats to be tested in terms of pull

14      angles, rates of the load applied so we're consistent

15      within the company, and our experience tells us that

16      that is a valid test of that standard so that if

17      someone goes and checks it later, we will comply.

18          We also have some overage that is -- the rear

19      -- for example, the rear pull -- seatback pull goes to

20      3300 inch pounds of torque.  We add ████ ████████ to that

21      to establish our internal target to be able to account

22      for laboratory variations, variations in

23      interpretation of the standard so that if we achieve

24      our target, we absolutely know we're achieving the

25      federal target.

Page 54

1    Q.   And is that true with respect to all of the parts that

2         Ford puts into a vehicle?

3    A.   Every federal standard has to be understood in those

4         terms.  Some standards you can't.  Such as there's a

5         standard that requires the shift pattern be

6         illuminated.  There's nothing you can do there except

7         do it.  You don't --

8    Q.   Um-hum.

9    A.   There's no interpretation there.  Other standards are

10        the crash testing, which are very complicated in terms

11        of what you measure within a crash test dummy during

12        that crash test, which requires a great deal of

13        understanding of the variation on the crash test

14        dummy, testing procedures, laboratories, et cetera, so

15        you can establish targets that will ensure all your

16        vehicles meet the federal standards.

17   Q.   And the Transit Connect vehicles, did they undergo

18        similar testing?

19   A.   The Transit Connects meet all the federal standards

20        and they meet all the Ford-related standards.

21   Q.   Does Ford have standards other than federal safety

22        standards that it also looks at when it is making a

23        vehicle?

24   A.   Well, every market that the vehicle is sold in has

25        different regulations and a similar study has to be

Public Version - Confidential Information Redacted

Page 55

```
 1           done whether it's the European countries or Australia
 2           or Japan or the GCC, which is the Arab countries.
 3           They all have targets to be able to sell the vehicle,
 4           that a similar study that I talked about has to be
 5           understood.
 6    Q.     Does Ford have standards other than complying with the
 7           safety standards of the various markets into which it
 8           puts its vehicles?  I mean does it have comfort --
 9           internal comfort standards that it has or quality
10           standards that have nothing to do with various market
11           relations?
12    A.     We do.
13    Q.     And what type of quality and comfort standards does
14           Ford have?
15    A.     Well, those are going to be customized to each vehicle
16           line and the component you're talking about.
17    Q.     Um-hum.
18    A.     And it's an understanding of how the customer is going
19           to use the vehicle.  You might have a durability
20           standard on a door closure, but you have to understand
21           how often that particular type of customer is going to
22           open and close his door.  We know your typical retail
23           customer who's going to use it for personal
24           transportation, you can expect a certain amount of
25           latch actuation, door open and closing, I'm just using
```

Page 56

1          that as an example, but then if you put a car into a

2          taxicab fleet, you're going to expect a lot more door

3          opening and closing.

4                    So you have to design for durability along --

5          understanding how the customer is going to use the

6          car.  The same is true for customer expectations in

7          terms of how the vehicle looks, the creature comforts

8          involved.  The Transit Connect interior looks a whole

9          lot different than a Lincoln interior because the

10         customers expect two different things.  So there's no

11         requirement across the board, but there's an

12         understanding of what the customer it's targeted to is

13         expecting.

14    Q.   With respect to the Transit Connect, were there

15         certain durability tests that were done on the various

16         iterations or, I guess, configurations of the Transit

17         Connect?

18    A.   It will meet our North American durability

19         requirements.  Eventually a taxi version was made,

20         which would have some unique durability requirements

21         that would have to be understood, but it -- as the

22         non-taxi vehicle, the regular vehicle would meet the

23         durability requirements of a North American vehicle.

24         We are designing to 150,000 miles of use that time

25         frame.

Page 57

1    Q.   Does Ford undertake consumer surveys and research to
2         figure out what type of durability would be needed for
3         the different markets, and when I say markets, I mean
4         whether it's just a regular person, whether it's a
5         fleet, whether it's a taxi, for the durability, for
6         the creature comforts and anything else that Ford is
7         taking into account?
8    A.   Understanding customer usage is an important part of
9         durability for areas of the vehicle, like I just
10        mentioned door opening, how often a door gets opened.
11        So, yes, there are studies along those lines to
12        understand how people are using the vehicles.
13   Q.   Do those studies occur --
14             Like, for instance, with the Transit Connect
15        you're bringing a new concept into the North American
16        market.  Do you do studies prior to bringing it into
17        the North American market or even prior to the program
18        approval milestone?
19   A.   Well, the Transit Connect, the way it came into the
20        North American market as an evolution of a fully
21        designed vehicle, much of that would have been done
22        for the European market.  Much of that is going to be
23        the same worldwide.  So a vehicle designed for Europe
24        or Japan or Australia is going to meet our worldwide
25        specifications so that they can be brought in.

Public Version - Confidential Information Redacted

Page 58

```
 1          Something as simple as shock absorber durability,

 2          there's not going to be much variation between Europe

 3          and the United States, so it's not something that's

 4          going to have to be dealt with to bring it into the

 5          United States.

 6    Q.    Were there any components or aspects of the Transit

 7          Connect for North America that required unique

 8          research for America versus, say, European or Asian

 9          markets?

10    A.    The major changes that had to be made to bring it into

11          North America were safety.  We have unique crash

12          requirements in North America both in terms of the

13          federal requirements and the Ford internal

14          requirements primarily driven by a, when you look at

15          the world, unique usage in North America.  Different

16          types of crashes happen here than in Europe, and

17          that's reflected both in the regulations and in Ford's

18          internal requirements.  There's content, safety

19          content that has to be added to the vehicle that are

20          unique to North America or the United States such as

21          the occupant classification sensors.  They have to be

22          able to determine what's in the front passenger seat

23          whether it's an occupant, a child seat, or groceries

24          in order to -- the airbag to make the correct

25          decisions.
```

Public Version - Confidential Information Redacted

Page 59

1    Q.   Is there anything else or major changes from the

2         European and Asian markets into the United States?

3    A.   There are customer expectation changes that have to be

4         made along the way.  A major one for the Transit

5         Connect was a diesel engine for Europe wasn't

6         acceptable for the United States customer.  Gasoline

7         engine had to be designed for it for the United

8         States.  The manual transmission only that was in

9         Europe was not acceptable.  An automatic had to be

10        developed for the United States.

11             On a less complex level, I guess, the way

12        that you adjust your front seats had to be changed.

13        The Europeans are accustomed to rotary type recliners

14        to adjust your seat back angle fore and aft where that

15        doesn't work in the United States.  No one knows how

16        to use it.  So you have to replace it with a lever

17        type where you lift the lever to change your seatback

18        like most people are used to in North America.

19             There are regulatory changes that have to be

20        made in terms of the labels on the seat belts.  As

21        simple as that is, it has to be changed and it has to

22        be a new part.  Headlights, really all the lights on

23        the vehicle you can't use common from Europe.  They

24        have different brightness standards and projection

25        pattern standards that one headlight can't meet the

1       other, so it requires new lights, even taillights.

2       The third stoplight has to be changed.  It's not

3       always -- because it meets European requirements

4       doesn't mean it's going to be able to meet the U.S.

5       requirements, and that's just because the regulation,

6       the details are written enough different that even

7       though their intent is the same, but ends up in

8       different parts.

9               Turn signal colors and brightness, things

10      like that have to be changed.  You need a speedometer

11      in miles per hour instead of kilometers.  You have to

12      add the whole shifter system for that automatic, it's

13      not there.  You have to have a brake pedal.  That

14      didn't exist before because the automatic brake pedal

15      is shaped differently than a brake pedal for a manual.

16      There are -- of course, all the labeling requirements

17      for North America are different than Europe in terms

18      like the Monroney label, for example, the FMVSS label,

19      all have to be unique, developed for North America.

20              That's -- those are the major points that I

21      recall, but there's a lot of little things.  You have

22      to go almost item by item to confirm that what you're

23      selling in Europe can be sold in North America.  The

24      regulations are just enough different that you have to

25      re-test everything to bring it into North America.

Page 61

1        Sometimes it'll require a part change, sometimes it

2        won't, but at a minimum it requires a new test so you

3        can confirm that.

4             We talked about the seat pull tests, for

5        example.  They have a very similar pull test in

6        Europe, but it's run just enough different that you

7        have to run a new test to confirm you're meeting the

8        federal requirements, U.S. federal requirements.  When

9        I say federal requirements, I'm talking about U.S.

10       government requirements.

11   Q.  That's fair.

12            In addition to doing the item by item

13       analysis from -- and we'll just use just to make it

14       easy from Europe to North America, did Ford also look

15       into comfort that Americans expect differently than

16       what maybe Europeans or others would expect?

17   A.  Well, we talked about the way you adjust your front

18       seats is different.  That's purely for comfort and

19       use.

20   Q.  Were there any other things that were changed for

21       comfort and use other than going from the rotary to

22       the lever for the front seat?

23   A.  I have not looked into a lot of the details.  Like I

24       don't know if cup holders might be different.  The

25       center console might be different because of the lack

Page 62

```
1          of floor shifter.  Those are things I'd have to go
2          back and confirm, I have not done that, but those
3          are...almost have to go item by item through the
4          vehicle to understand what may or may not be
5          different.
6                  There's -- the sun visors sometimes are
7          different in Europe just because of the usage patterns
8          and the way the customers expect them to be.  We have
9          to put labels up there for North America, so they have
10         to be different anyway.
11                 FORD EXHIBIT NUMBER 5
12                 WAS MARKED BY THE REPORTER
13                 FOR IDENTIFICATION
14     BY MS. FARRELL:
15     Q.  I'd like to show you a document that's previously been
16         marked as Ford Exhibit 5.
17     A.  Okay.
18                 MR. BELANGER:  Could I get clarification?  On
19         9365, that looks like a different document.
20                 MS. FARRELL:  Yes.  It's intended to be all
21         part of this exhibit.
22                 MR. BELANGER:  Okay.
23                 MS. FARRELL:  And we'll make a distinction
24         between the two things.
25                 MR. BELANGER:  All right.  But I also want to
```

Public Version - Confidential Information Redacted

Page 63

1      object again because this is market research, clearly

2      within Mr. Scott's bailiwick, topics 16 and 17.  So

3      Mr. Burnett will be happy to answer any questions

4      about this, but he will be answering them in his

5      individual capacity and not for Ford.

6              MS. FARRELL:  Okay.

7  BY MS. FARRELL:

8  Q.  Mr. Burnett, you see Exhibit 5?

9  A.  Yes.

10 Q.  And that is a Commercial Truck Showroom and it says

11     Ford Global Market Research.

12              Earlier you had stated that a lot of stuff

13     goes into effect prior to the PA level, which is the

14     program approval level.

15              This global market research, is that the type

16     of thing that you understood ███████ █████ █ █ ███

17     ██ ████?

18 A.  It can be, yes.  It can be also something that's done

19     as a vehicle already exists in understanding how to

20     improve it for the customer.

21 Q.  And the -- this document, the Commercial Truck

22     Showroom, it says Transit Connect Excepts.  I think it

23     was supposed to be excerpts, but we're all guilty of

24     typos in this world, myself mostly, but this is

25     research conducted November 10 to 16, 2005, and this

Public Version - Confidential Information Redacted

```
                                                      Page 64
 1        was prior to the time you recall when this would have
 2        been -- the program would have been at the point for
 3        the engineers to step in; is that correct?
 4   A.   That's right.
 5   Q.   At the end of this document is a document that's
 6        similar to Exhibit Number 4.  Do you see that at the
 7        end of Exhibit Number 5?
 8   A.   Yes, I do.
 9   Q.   And it is Transit Connect type Small Van for North
10        America Pre <PS> Product Planning Proposal document,
11        and it's dated March 31st, 2006.  Do you see that?
12   A.   Yes.
13   Q.   So is this -- as you had indicated earlier, they're
14        iterations that the process goes through prior to
15        getting to the PA or the program approval.  Would this
16        be typically something one would expect to see in
17        that?
18   A.   I've seen these type of proposals for other vehicles
19        in the past.
20                  FORD EXHIBIT NUMBER 6
21                  WAS MARKED BY THE REPORTER
22                  FOR IDENTIFICATION
23   BY MS. FARRELL:
24   Q.   I'd like to show you what's previously been marked as
25        Ford Exhibit 6.
```

Page 65

1    A.   Okay.

2    Q.   Do you recognize Exhibit 6?

3    A.   I don't think I've seen it.

4    Q.   Okay.  The title of Exhibit 6 is NA Transit Connect

5         Import Program Update.

6              NA it's fair to say is North America?

7    A.   Yes.

8    Q.   And it talks about a Management Review Work Plan.  Do

9         you see that?

10   A.   Yes.

11   Q.   The event is a van steering team.

12             Do you know who the van steering team was for

13        Transit Connect?

14   A.   I do not.

15   Q.   The ███████████████████████████████████████████

16        ████████ ████████████████

17             ████ ██ ██████

18   A.   ██ ██ ██████████ █████ ██████, but I don't know the

19        context why it would be here.

20   Q.   Is there anything in the document that is helping you

21        to --

22   A.   No.

23   Q.   No?

24   A.   I don't think there's going to be anything related to

25        that in here.

Page 66

1    Q.  There's a second --

2              And, again, Ford, like the government, is

3        filled with acronyms.

4    A.  Right.

5    Q.  There's a second acronym, ████.  What is that?

6    A.  I don't know.

7    Q.  And there's a parenthetical, S. Ross Review.

8              Do you know who S. Ross is?

9    A.  I do not.

10   Q.  Below that entry -- again, this is all within the

11       Management Review Work Plan -- there is the next

12       entry, which is ████ ████ ████ ████████.

13             What is ████?

14   A.  Don't know.

15   Q.  And who is E. Ford?

16   A.  I do not know.

17   Q.  And the ████ ████ ████ ████ ██ ████ ████ ████

18       What is that?

19   A.  I don't know that one either.

20   Q.  And then ████ ████ ████ ██ ████

21   A.  I'm not familiar with that.

22   Q.  And then ████ ████ ██ ████ ████████ ████ ████

23       ████ ██ ████    Do you know what that stands for?

24   A.  I do not.

25   Q.  Behind Art Gomez-Mesquita's name is PMP&S Platform

```
                                                    Page 67

 1            Manager.

 2                  What is PMP&S?

 3      A.    I don't know.

 4      Q.    Is this document, Management Review Work Plan,

 5            something that occurs within the process of bringing a

 6            new program like the Transit Connect through to the PA

 7            level, which is program approval?

 8      A.    It -- the Management Review Work Plan is a descriptor

 9            more than a title of a document or an event.  It is

10            fairly common to have work plans for whatever your

11            targets are in our management reviews that happen.  So

12            kind of answers your question.  So it would not be

13            uncommon to have a management review of a work plan.

14      Q.    So management -- when we're looking at management

15            review, we're talking about Ford management?

16      A.    Everybody has managers.  So it can go all the way down

17            to the lower level all the way up to the top.  It

18            could mean anything.

19      Q.    And here could it mean S. Ross and E. Ford are

20            managers who will be part of the Management Review

21            Work Plan?

22      A.    Apparently there's a couple of different reviews

23            planned for those people or their teams.  That's how I

24            would read this.

25      Q.    And what do you mean by that?  I'm not sure.
```

Public Version - Confidential Information Redacted

Page 68

1    A.   Well, there's different dates here.

2    Q.   Right.

3    A.   So it looks like they're planning different reviews

4         with different groups.

5    Q.   Is that normal?

6    A.   As a vehicle is going through the concept level, yes,

7         you have -- everyone involved has to understand what

8         the plans are to be able to contribute whether it's

9         crash -- you know, you can go gangbusters and have a

10        great idea and then when you consult your crash

11        engineers, they say, well, we can't do that, it won't

12        work.  So you have to consult everybody up front to

13        avoid those situations.  So I don't know what they're

14        doing here, but that's the type of thing that's done

15        before engineering starts.

16   Q.   When a program like this, a new product coming into a

17        new market occurs, is someone in upper management at

18        Ford tasked with kind of shepherding it along,

19        overseeing it and monitoring it?

20   A.   As a program moves forward, it gains momentum and it

21        gains staffing.  Different milestones, more staffing

22        is added.  Once you get to the -- where engineering

23        starts, a tremendous amount of staffing depending on

24        the workload or what's involved whether it's a new

25        vehicle from concept or an evolution of a current

Public Version - Confidential Information Redacted

1      vehicle.  Like bringing the European wagon over to

2      North America would have been an evolution and not a

3      complete new vehicle, they're not redesigning

4      everything.

5   Q.  But when a program like this, say, Transit Connect

6      program North America occurs, at some point in the

7      process is there an upper level manager at Ford that

8      becomes the person who's overseeing the entirety of

9      the process and making the approvals before it moves

10     into a next significant milestone?

11  A.  Yes.  Someone will be assigned as the program grows to

12     be the leader of the team.

13  Q.  When does that assignment typically occur?

14  A.  I don't know the planning milestones.  I -- my area of

15     expertise is really after -- once engineering gets

16     going.

17  Q.  And do you know who was assigned to be the leader of

18     the team?

19  A.  Eventually when a program gets to that approval

20     milestone and an engineering team or engineering teams

21     are put together, there will be a chief engineer and a

22     program manager assigned to just that program.

23  Q.  Is there someone higher up in Ford management over the

24     chief engineer that's assigned to a program?

25  A.  Not dedicated to the program.  The chief engineer

Public Version - Confidential Information Redacted

Page 70

```
1         would be the highest level who's dedicated to the

2         program --

3    Q.   Is there someone --

4    A.   -- in terms of engineering.  Then there's the program

5         management side, and the program manager for that

6         vehicle line will be the highest level that's

7         dedicated to that vehicle.

8    Q.   And when you say program management, highest level

9         dedicated to the vehicle, that's not an engineer,

10        that's someone else?

11   A.   They're typically engineers, but it's different than

12        the chief engineer.  The program manager has to deal

13        with more than just engineering.

14   Q.   And who was the program manager on the Transit Connect

15        North America?

16   A.   It may have eventually been Rob Stevens, but I'm not

17        certain of that.

18   Q.   Is there someone higher up in Ford that approves major

19        milestones even higher than Rob Stevens if he were the

20        program manager for Transit Connect?

21   A.   Well, higher than the program would be the -- Ford is

22        broken down into types of vehicles.  So he would be

23        reporting to the likely -- whoever the chief engineer

24        or the, sorry, the program manager for the Transit

25        Connect North America was, he would be having to
```

Page 71

1          report to somebody probably in the small front drive

2          group who oversees all front drive vehicles in North

3          America.

4     Q.   And do you know who that is?

5     A.   I don't know.

6     Q.   And would that small front drive person have to report

7          higher up the food chain to someone else?

8     A.   Yes.

9     Q.   And who would they report to?

10    A.   At that point I don't know.

11    Q.   If a program requires an investment of, say, 100

12         million dollars, is there someone at Ford who has the

13         authority to sign off on 100 million dollar

14         investment?

15    A.   With that kind of investment it's not an individual,

16         it's going to be an organization who's making and

17         planning for what new vehicles.

18              I assume you're talking about the investment

19         to bring a vehicle into the North American market.  It

20         goes beyond just deciding to do it.  It has to fit

21         into the overall Ford plan.  So more people get

22         involved before a decision like that is made.  There's

23         not an individual that can say, okay, 100 million

24         dollars, go.

25    Q.   Who would be within the organization or that group

Page 72

```
 1          that would be weighing in on a 100 million dollar
 2          investment?
 3     A.   Well, it takes a great deal of work to determine what
 4          the investment targets are, but who -- where that's
 5          ultimately approved is going to be fairly high up in
 6          the company.
 7               There's a North American chief who's under
 8          the -- I don't know how the details of the higher
 9          management at Ford works, but there's an area that
10          oversees North America as a group that would have to
11          be involved.  There's an area that sees the types of
12          vehicle lines as a group who would have to be
13          involved.  They'd have to work together to determine
14          that this is a viable product and it should have the
15          go-ahead.
16               Lots of things have to be balanced out.  Just
17          because you can doesn't mean you should, such as the
18          2-liter 4-cylinder engine.  Makes sense to put it in
19          the Transit Connect, but someone in manufacturing has
20          got to be involved and say, wait, we already have a
21          shortage of these, you can't use it, or, go ahead,
22          this is a good idea.  Every part of the vehicle has to
23          be considered along those lines.  So it can involve
24          powertrain, it can involve marketing, it can involve
25          the North American goals, it involves the worldwide
```

Page 73

1      goals.

2              When you're talking about bringing a vehicle

3      over from Turkey, other things have to be considered

4      like does that -- can that plant build more vehicles

5      that might already be strapped to build the demand in

6      which case it wouldn't make any sense to make a plan

7      to build more.  So the process of bringing a European

8      vehicle that's built in Turkey into the United States

9      is going to involve all aspects of Ford.

10  Q.  And who would the North America chief have been during

11      this time period?

12  A.  I should know his name, I eventually report to him,

13      but I do not.

14  Q.  And you said someone higher up at Ford.

15              Would the CFO of Ford weigh in on a 100

16      million dollar investment?

17  A.  Probably not as a line item at that level.  The CFO

18      himself is dealing with much broader issues.  There

19      may be someone in his office that deals with vehicle

20      programs and where the overall investments are just to

21      keep track of their dollars.  I don't know how the

22      finance world works at Ford.

23  Q.  Is there anyone else whose name you might recall was

24      part of the organization that would have weighed in on

25      a 100 million dollar investment?

Page 74

1    A.   It's all kind of vague to me how that -- other than

2         the groups, I don't know the individuals.

3    Q.   So it would be manufacturing, vehicle line, North

4         American chief.  Anyone else?

5    A.   Well, it's going to involve powertrain, it's going to

6         involve marketing, it'll involve -- because of the

7         unique -- we don't import a lot of vehicles into North

8         America, so it's going to involve some importation

9         experts, logistics people I should say.

10   Q.   Anyone else?

11   A.   And all the engineering groups.

12   Q.   When you talk about marketing, are you talking about

13        the marketing people who are doing research before

14        program approval or is marketing also involved if

15        there's an assumption that it will go forward, that

16        they would be the people who would market it to the

17        public?

18   A.   They're the same people and they follow it all the way

19        through.

20   Q.   So their role is both pre- and post-program approval?

21   A.   Right.  It's the same organization.  There may be

22        people who specialize in pre- and people that

23        specialize in getting it ready and there may be people

24        who specialize in vehicles that are in production.  I

25        don't know how their organization works.

Page 75

```
 1    Q.   You were talking about capacity earlier.
 2    A.   Right.
 3    Q.   You said, you know, sometimes, you know, you'll want
 4         to do it, but can you do it.
 5              If you could look in Exhibit 6 at Bates
 6         numbered page 60608.  The Bates stamps are the little
 7         numbers on the lower right-hand side.
 8    A.   Right.  Okay.
 9    Q.   It talks about Risks & Opportunities (to Business
10         Case).  The fifth bullet down, it says:  ████ ████
11    ███ ███ ███ ██ ███ ██ ███ █ ███ ████ ████
12    ███ ███ ███ ███
13              Do you see that?
14    A.   Correct.
15    Q.   Is that what you were referring to earlier about you
16         might want to do something, but you may not have
17         capacity to do it?
18    A.   It appears to be a bullet point along those lines,
19         trying to understand if they have open capacity.
20    Q.   And it says prior to the V408 and the V363 programs.
21         And I believe V408 you told me was the 2014 version of
22         the Transit Connect; is that fair?
23    A.   For North America.  Yes.
24    Q.   And the V363, what is that?
25    A.   I don't know what became of that.  It's nothing in the
```

Public Version - Confidential Information Redacted

```
                                                    Page 76
1            United States or North America.
2     Q.     You said the V408 is the North America Transit
3            Connect?
4     A.     Right.
5     Q.     And you said there was new styling.
6                   Did Europe also have a new styling for the
7            Transit Connect?
8     A.     Yes, the 408 one to Europe as well.
9     Q.     So similar --
10    A.     Or different versions of it, but the program did.
11    Q.     Okay.  So similar to the V227, when I see V408 in my
12           head, I can know that there's probably an N and an E
13           and maybe some other letter behind it?
14    A.     Right.  You may or may not see the extra letter --
15    Q.     Okay.
16    A.     -- depending on who's doing the discussion.  If it
17           needs a distinction, you may see a letter.
18    Q.     So the vehicle that has a Ford coded number to it will
19           be the same number, but only the tail end may change
20           based on location?
21                   MR. BELANGER:  Objection.
22    A.     Sometimes.  The bigger number without the letter
23           behind it, it means the whole program usually, but it
24           has to be in context, people use it differently within
25           Ford, but if someone needs to make a distinction that
```

Page 77

```
 1          this is only on the North American vehicle, for
 2          example, you may see the N behind it.
 3      BY MS. FARRELL:
 4      Q.  And when we see NA, it's the same thing as seeing the
 5          N; is that fair?
 6      A.  Right.
 7                  FORD EXHIBIT NUMBER 7
 8                  WAS MARKED BY THE REPORTER
 9                  FOR IDENTIFICATION
10      BY MS. FARRELL:
11      Q.  And I'd like to show you what's previously been marked
12          as Exhibit 7.
13      A.  Okay.
14      Q.  And do you recognize Exhibit 7?
15      A.  It's very similar to Exhibit 6, but other than that I
16          don't recall seeing it.
17      Q.  Okay.  And the title of this is NA Transit Connect NA
18          Import Strategy Review.
19                  Is that a typical event at Ford prior to PA
20          that there would be a strategy review?
21      A.  This appears to be just a different title for the same
22          type of status.
23                  I don't know if there's import strategy for
24          the Transit Connect.  This is probably something that
25          they have created just to understand the Transit
```

Page 78

1           Connect vehicle line.  So it would be part of the
2           process of determining whether it's a good idea or
3           not.
4    Q.   If I could direct your attention to the page that's
5           Bates numbered 60592.
6    A.   Okay.
7    Q.   The topics that are listed in that appendix, are those
8           the kind of things that Ford would be considering with
9           respect to strategy for a new product like the Transit
10          Connect into North America?
11   A.   Well, this is tailored to understanding just the
12          Transit Connect, but this similar discussion happens
13          for any vehicle line that's in the planning phases.
14                    FORD EXHIBIT NUMBER 8
15                    WAS MARKED BY THE REPORTER
16                    FOR IDENTIFICATION
17   BY MS. FARRELL:
18   Q.   I'd like to show you what's been previously marked as
19          Ford Exhibit 8.
20   A.   All right.
21   Q.   Do you recognize what's been marked as Exhibit 7?
22   A.   I don't recall seeing this before.
23                    MR. BELANGER:  8.
24   BY MS. FARRELL:
25   Q.   Or, excuse me, Exhibit 8.  Forgive me.  It was Exhibit

1      8.

2              This document is entitled a Cycle Plan

3      Provision.  Do you see that?

4  A.  Partially.  Yes.

5  Q.  It says Pre <PS> --

6  A.  Right.

7  Q.  -- Cycle Plan Provision.

8              You spoke earlier about Ford, when it's

9      considering a new product, has to consider not just

10     the new product itself, but needs to balance it out

11     with various other products that it was also

12     considering.

13             Is this document emblematic of what you were

14     telling me there?

15 A.  A lot of information in here, and there's some

16     discussion in here about seemingly unrelated programs,

17     but generally this is the type of discussion that's

18     done in the planning phases trying to understand

19     whether there is a customer, where is that customer

20     going to come from in terms of the product lineup.

21             Some things Ford or any car company wants to

22     avoid is competing with themselves.  You don't want to

23     introduce a new product just to realize that you're

24     just selling it to your own customer who'd be buying

25     something anyway.  So you want to understand you have

Page 80

```
1         a new customer base, you can bring new customers in
2         with a product or retain customers who might be
3         turning something in that you can't support anymore.
4         Like I talked about the minivan customer, once the
5         minivan line is terminated, you'll have customers who
6         are trading in minivans who don't have anything in the
7         Ford showroom that they want.
8               So those types of things have to be
9         considered, where is the customer coming from, who is
10        the customer, how much money does he want to spend.
11        All this type of stuff is discussed in here, but
12        generally this is the type of planning work I'd expect
13        to see.
14   Q.   Okay.  The last page of that document there's a
15        reference to a GLAD team.  Do you know what that is?
16   A.   I do not.
17               FORD EXHIBIT NUMBER 9
18               WAS MARKED BY THE REPORTER
19               FOR IDENTIFICATION
20   BY MS. FARRELL:
21   Q.   I'd like to show you what's previously been marked as
22        Exhibit 9.
23               Is Exhibit 9 similar to Exhibit 8?
24   A.   It is.
25   Q.   And it appears to be more specifically focused for the
```

Page 81

1          Ford Connect; is that fair?

2    A.   Just leafing through it, yes.

3    Q.   And, again, this would be one of these types of

4         planning documents that you had indicated?

5    A.   Right.

6    Q.   If I could turn your attention to page 12 of Exhibit

7         9.

8    A.   All right.

9    Q.   There's a heading, says V408 N.A. Connect

10        Manufacturing Alternatives.  Do you see that?

11   A.   Yes.

12   Q.   Would this also be manufacturing alternatives for the

13        V227?

14   A.   Well, they're different vehicles.

15   Q.   You mean the V408 and the V227?

16   A.   Right.

17   Q.   So do you believe this document is dedicated to the

18        V408?

19   A.   It would seem to be, or at least what the plan for the

20        408 was at that time.

21   Q.   If you look in the right column, it says Alt,

22        Alternative #2 -- ███████ █████ █████ ███████

23   A.   Right.

24   Q.   ████████ █████ ███ ████ ████ ███ ████ ████████

25        ██████ █████ █████ █████ █████

Public Version - Confidential Information Redacted

```
                                                        Page 82
 1                   What is BD?  What does that stand for?
 2      A.   I don't know.
 3      Q.   And do you know what JV stands for?
 4      A.   Joint venture.
 5      Q.   If I could turn your attention to page 14.
 6      A.   Okay.
 7      Q.   You had talked about earlier that Ford was looking at
 8           things from a global perspective making sure that, you
 9           know, you're not working on one program that might
10           have an adverse effect to another; is that fair?
11      A.   Right.
12      Q.   At the top of page 14 there's an indication it's --
13           the title of it is Global BC Van Strategy and then it
14           gets into timing.
15                   Global B/C van strategy, is that what you
16           were talking about earlier when you were talking about
17           B body type and C body type?  Is that what this is
18           referencing?
19      A.   Yes.
20      Q.   And the V227 North America, that was a C van body
21           type?
22      A.   That's right.
23      Q.   And did Ford ever come to a B size body type?
24      A.   Van?
25      Q.   Yes.
```

Public Version - Confidential Information Redacted

Page 83

1    A.   Well, remember the -- this is after -- these dates

2         tell me we're probably after the '03, but that's --

3         there was a B and a C, two separate vehicles in

4         Europe, that the Transit Connect replaced both of

5         them.  The Transit Connect is considered a C even in

6         its short and long wheelbase for Europe.

7    Q.   So was --

8    A.   Since that time there's an additional B, sort of a

9         smaller Transit Connect that is sold in Europe.

10   Q.   ████████████████████████████████████████████████

11        ████████████████████████████████████████████████

12        ████████████████████████████

13              ████████████████████████████████████████

14   A.   ██████████████

15   Q.   ████████

16              Is the B475 the additional B style van that

17        is in Europe now?

18   A.   I don't know.  It's not something that's sold in North

19        America, I know that.  I don't know if that's the code

20        for that, little van.

21   Q.   If you could turn to page 15 in this document, Exhibit

22        9.

23   A.   Okay.

24   Q.   It talks about -- top level there.  It says Timing.

25        It says North America Commercial Van Strategy Kicked

Public Version - Confidential Information Redacted

Page 84

1          off.

2                    What does it mean when the strategy is kicked

3          off?

4     A.   I don't know.  They've got some dates planned there

5          for this event.  I don't know what they're referring

6          to as the kick off.  It's more of a marketing planning

7          type of term.

8     Q.   Okay.

9                    THE WITNESS:  Can we take another break?

10                    MS. FARRELL:  Sure.

11                    (Recess taken.)

12                    FORD EXHIBIT NUMBER 10

13                    WAS MARKED BY THE REPORTER

14                    FOR IDENTIFICATION

15    BY MS. FARRELL:

16    Q.   Mr. Burnett, I'm showing you a document that's

17         previously been marked as Ford Exhibit 10.

18    A.   Okay.

19    Q.   Okay.  Do you recognize Exhibit 10?

20    A.   I don't think I've seen it before, but it's very

21         similar to 8 and 9.

22    Q.   And is it similar because it's one of these cycle plan

23         type of documents?

24    A.   It is -- appears to be a pre-program planning type of

25         document.

Page 85

1   Q.   This particular document is entitled Pre <PS> Cycle
2        Plan Approval.  What does that mean?
3   A.   I don't see where you're getting that.
4   Q.   Do I have the wrong --
5                Oh, I'm sorry.  Second page.  Forgive me.  At
6        the top of the second page.
7   A.   Right.
8   Q.   It has Pre <PS> Cycle Plan Approval.
9   A.   Right.
10  Q.   Do you know what that is?
11  A.   No, not specifically other than reading what it sounds
12       like it is.
13  Q.   What exactly is a cycle plan?
14  A.   The cycle plan is the cadence of vehicles replacing
15       one another, moving forward in the future.
16  Q.   So cadence, we hear that word a lot from Ford, it
17       seems to be kind of a word that most of the people
18       we've spoken with about this case have used.
19                What do you mean --
20                Cadence is like step, step, step; is that
21       fair?
22  A.   Well, a vehicle may have mid cycle refresh and then
23       the cycle replacement.
24                Say a vehicle like the Explorer that's been
25       in North America for, I don't know, 20 years now.  The

Public Version - Confidential Information Redacted

Page 86

```
 1          cadence is that the original Explorer was replaced
 2          four years later by an updated Explorer, which was
 3          replaced two years later by a refreshed Explorer,
 4          which was replaced two years later by a redesigned
 5          Explorer, which was replaced four years later by a
 6          complete different concept of an Explorer.
 7               In that type of -- there's a lot of
 8          engineering work that has to be done and that has to
 9          be balanced against your engineering resources.  You
10          don't want to get yourself in a situation where you're
11          trying to redesign all your vehicles at the same time,
12          you don't have the resources for it.  So when one
13          vehicle line is tapering up on its demand for
14          resources, another vehicle line is tapering down.
15               So you have to balance all that in terms of
16          resource management and it has to be balanced against
17          the marketing or what the customer wants and that's --
18          you have customer expectations that -- for a vehicle
19          like the Explorer that it has the latest and greatest
20          in everything.  Where you have a vehicle like the
21          F-350 the expectation is that it has a big powerful
22          engine and that it can pull and do a lot work less so
23          that a new hood is on it.
24     Q.   So if we're looking at a cycle plan approval with
25          respect to the Transit Connect in this connection with
```

Page 87

```
 1              Exhibit 10, is it fair to say that the people who are
 2              involved at this level in the program are trying to
 3              determine the appropriate timing for the Transit
 4              Connect to come to North America so that it doesn't
 5              interfere with other resources?
 6         A.   Yes, and they have to balance it against the timing
 7              because this is a vehicle that's going to be sold in
 8              other places in the world and the plant can only build
 9              one vehicle, so you have to balance it against the
10              world as well.
11         Q.   So when we're looking at a cycle plan approval, who
12              would be the person who would approve the cycle plan
13              or would it be multiple people?
14         A.   Ultimately it's the program management's job to
15              determine the upfront plan.
16         Q.   And, again, you're not sure who program management was
17              on the Transit Connect?
18         A.   It would have been in the --
19                   Well, the Transit Connect is sort of a
20              combination vehicle.  At the time frame it didn't fit
21              well into any niche at Ford.  It has a lot of
22              commercial customer appeal, but it is a small front
23              drive, which typically doesn't -- isn't sold
24              commercially.  So it's sort of a cross-pollination of
25              vehicle, so more people would be involved than usual.
```

Page 88

1    Q.   In connection with a program like this would there be

2         a document that reflects kind of a list of the people

3         who would be considered the program management for the

4         program?

5    A.   People tend to get listed on documents.  There's no

6         place where it's intentionally here's the program.

7         Once a program starts to gain momentum and gain

8         people, there'll be organization charts of who's who.

9    Q.   And at what point do you consider the momentum

10        sufficient that an organizational chart would be

11        developed?

12   A.   Maybe in the pre -- in the planning phases.  I don't

13        know.  That's not an area I'm very familiar with and

14        definitely in terms of once engineering work starts.

15   Q.   So -- and engineering work starts after program

16        approval?

17   A.   Right.

18   Q.   Earlier I had asked you who E. Ford was in an earlier

19        document, I don't recall which one.

20             If you could look at the chart in the middle

21        of page 2 of Exhibit 10.

22   A.   Um-hum.

23   Q.   There's a name, Elena Ford.

24   A.   Right.

25   Q.   Is that E. Ford?

Page 89

1    A.   I'd assume so.

2    Q.   And who's Elena Ford?

3    A.   I don't know her title exactly.

4    Q.   To the right of her name -- it says Elena Ford Review

5         and to the right of that it states Timing and it's

6         April 27, 2006, and then has a parenthetical with an A

7         behind it.  What does that mean?

8    A.   Don't know.  I would assume it had something to do

9         with the fact that date is in the past according to

10        the cover sheet.

11                   FORD EXHIBIT NUMBER 12

12                   WAS MARKED BY THE REPORTER

13                   FOR IDENTIFICATION

14   BY MS. FARRELL:

15   Q.   I'd like to show you a document that's previously been

16        marked as Ford 12.

17                   MR. BELANGER:  You're taking these out of

18        sequence?

19                   MS. FARRELL:  Yes.

20                   MR. BELANGER:  Okay.

21   A.   Okay.

22   BY MS. FARRELL:

23   Q.   And do you recognize Exhibit 12?

24   A.   It has some email traffic on the front of it, but the

25        content appears to be similar to the documents we've

Page 90

```
 1        been looking at, later date.
 2   Q.   And attached to this email that's the beginning
 3        portion of Exhibit 12, a few pages in is a -- is 20XX
 4        MY Transit Connect Small Commercial Van Strategy, PPPC
 5        Meeting, 5/23/2006.
 6   A.   Right.
 7   Q.   Is that right?
 8   A.   It is.
 9   Q.   And the 20XX MY, is that for a specific year model
10        year?
11   A.   That's the nomenclature that we use when it hasn't
12        been identified yet.
13   Q.   And by -- that hasn't been identified yet is the model
14        year that the vehicle will be?
15   A.   Correct.
16   Q.   If I could turn your attention to page 19 of that
17        PowerPoint that's attached to the email.
18   A.   Okay.
19   Q.   In here it talks about Proposal: ██████ █ ████████
20   ████████ █████ ████ ███ ████ ███████
21   A.   Right.
22   Q.   Do you see that?
23   A.   Yes, I do.
24   Q.   Are they talking about, ████ ███ ███ ████ ████████
25   ████ ████ ███ ████ ████ ███ ███████ ███
```

Page 91

1   A.   ████████████████████████████████████

2        ████████████████████████████████████

3        ████████████████████████.

4   Q.   At the bottom of this page, which is page 19 of the

5        PowerPoint, there's a ████████████████   What is

6        that?

7   A.   That would be ████████████████

8   Q.   And what do they mean by ████████?

9   A.   Well, that's pretty vague, but ████████████████

10       ████████████████████████████████████

11       ████████.

12  Q.   And then the next step states ████████████████

13       ████████████████.   What is that?

14  A.   ████████████████████████████████████

15  Q.   ████████████████████████████████████

16       ████████████████████████

17  A.   ████████████████████████████████████

18       ████████████████████████████████

19  Q.   ████████████████████████

20  A.   ████████████████████████████████████

21       ████████████

22  Q.   ████████████████████████████████████

23  A.   ████████   ████████████████

24  Q.   ████████████████████████████████

25       ████████████████

Public Version - Confidential Information Redacted

Page 92

1    A.   Right.

2    Q.   What is that?

3    A.   I don't know that one.

4    Q.   And then it talks about Capacity Availability.

5    A.   Right.

6    Q.   Is that something that you were talking about earlier?

7    A.   That would be -- it's kind of vague, but I assume

8         we're talking about along the lines of what can the

9         plant do.

10   Q.   And then the Business Case Analysis.

11   A.   Again, that's sort of vague, but that's the marketing

12        side of things, does it make sense to sell this

13        vehicle.

14   Q.   Is the business case analysis strictly a marketing

15        component or do other people weigh in on the business

16        case analysis?

17   A.   Well, in terms of pure business case, it'd be more

18        accurate to involve engineering and manufacturing, but

19        at a real basic level they can make decisions whether

20        it's a good idea for their overall strategy to have

21        this type of vehicle in the lineup even before they

22        get to the point of addressing is it possible.

23   Q.   So before you would go to the trouble to determine

24        whether or not you had capacity, the proper

25        engineering, you would see whether or not there was

```
                                                   Page 93
 1        even an interest in having the vehicle in the first
 2        place?
 3   A.   Well, both in terms of customer and company.  There's
 4        vehicles that could sell, but don't sell because
 5        they're not the right image for Ford Motor Company in
 6        a certain region.
 7               FORD EXHIBIT NUMBER 11
 8               WAS MARKED BY THE REPORTER
 9               FOR IDENTIFICATION
10   BY MS. FARRELL:
11   Q.   I'd like to show you what's been previously marked as
12        Exhibit 11.
13   A.   Okay.
14   Q.   Okay.  Do you recognize this document?
15   A.   Only because it appears to be the next installment of
16        the evolution of documents we've been looking at.
17   Q.   So this would be the next step in the pre-planning
18        before program approval?
19   A.   Well, these -- on page 2 that timing chart, we've been
20        progressing through it.  Now we're up to the June 22
21        meeting.
22   Q.   And it's -- the June 22 meeting is a PPPC #2 meeting?
23   A.   Right.
24   Q.   Is that --
25               I think you had indicated earlier that you
```

Public Version - Confidential Information Redacted

Page 94

```
 1              weren't sure what PPPC stood for.
 2     A.    Right.  I think it has to do with product planning,
 3           are two of the Ps, but I don't know the rest of it.
 4     Q.    Okay.  On page 3 there's an indication that there were
 5           questions.  It says Answer Management questions from
 6           the 5/23/2006 PPPC.  ██████ █████ ███ █ ████ █ ████ █ ███.
 7                 Do you see that?
 8     A.    Yes.
 9     Q.    Do you know whether or not -- what those questions
10           were?
11     A.    I do not.
12     Q.    And how does --
13                 When they talk about answering management
14           questions, who would management have been asking
15           questions at that point?
16     A.    Well, the 5/23 meeting would be the PPPC.  Looks like
17           they're having a second meeting with the same group.
18           So it's this -- I don't know what PPPC is, but it's a
19           product planning group of some sort.
20     Q.    If management has questions at various iterations of
21           the pre-approval planning cycle, are those questions
22           conveyed in writing?
23     A.    Maybe.  Maybe not.  Depends on the nature of the
24           question.
25     Q.    If it were something like Customs import tax and duty
```

Page 95

1          and CAFÉ implications, would those likely be in

2          writing?

3     A.   Well, the way I'd look at this is somebody -- this is

4          the outcome of this meeting.  So I'd expect to see

5          something reflecting these bullet points, these

6          presentation slides in here perhaps.

7     Q.   If you could look on page 6 of the PowerPoint, which

8          is Exhibit 11.

9     A.   Okay.

10    Q.   The title of the PowerPoint is Summary -- the

11         PowerPoint page is Summary of Product Actions

12         Required.  It says V227 For NA - High Impact Actions

13         to Federalize for the U.S. Market.

14              Do you see that?

15    A.   Yes.

16    Q.   Is that the homologation that you were talking about

17         earlier?

18    A.   It's better described as a -- because homologation

19         technically doesn't apply.  The term would work, but

20         it is taking that European vehicle and making it meet

21         the federal standards.

22    Q.   And does this look like it's listing the federal

23         standards that need to be met?

24    A.   Well, they all need to be met.  This is just listing

25         the ones that are going to need the most work to

Page 96

1        address.

2    Q.   And when they say high impact actions, what does that

3         phrase mean to you?

4    A.   It's just English.  It's -- these are the federal

5         standards they've identified that are going to

6         actually cause some work to have to be done.

7    Q.   If you could turn to page 8.

8    A.   Okay.

9    Q.   And there's an analysis in this slide with respect to

10        the Transit Connect business case.  Do you see that?

11   A.   Yes.

12   Q.   ████████████████████████████████████████████

13        ████████████████████████

14   A.   ██████

15   Q.   ████████████████████

16   A.   ████████████████████████

17   Q.   ████████████████████████████████████████████

18        ████████████████████████████████

19        ████████████████████████

20   A.   ██████

21   Q.   ████████████████████████████████████████████

22        ████████████

23   A.   ████████████

24   Q.   ████████████████████████████

25   A.   ████████████

Public Version - Confidential Information Redacted

Page 97

1    Q.  Turn your attention to pages 13 and 14.

2    A.  Okay.

3    Q.  Earlier the next steps -- PowerPoint page 13 says Next

4        Steps.

5    A.  Right.

6    Q.  And PowerPoint page 14 states ███ ███ ██ ██ ███

7        ████ ████ ████

8                ████ ████ █████ █ ████ ██ ███ ████ ████ █

9        ████ ████ ██

10                MR. BELANGER:  Objection.

11   A.  █ ██ ███ ██ █ ███ ███

12                FORD EXHIBIT NUMBER 13

13                WAS MARKED BY THE REPORTER

14                FOR IDENTIFICATION

15   BY MS. FARRELL:

16   Q.  Okay.  I'll show you what's been previously marked as

17       Ford Exhibit 13.

18   A.  Okay.

19   Q.  Do you recognize this document?

20   A.  I do not.

21   Q.  And the title of this document is Transit Connect for

22       North America Kick Off Meeting.

23                Do you understand what that means?

24   A.  I do not.

25   Q.  Have you ever heard the term kick off meeting before?

Page 98

1   A.   Well, only in English, that's used to mean the
2        initiation of something.
3   Q.   So kick off meeting is not a formal phrase used in
4        Ford's milestone process?
5   A.   It may be in the planning phases.  It's a little bit
6        out of my area.  It's not in -- in engineering it's
7        not used, not as a formal statement that I'm aware of.
8   Q.   If you could turn your attention to page 5 of this
9        document.
10  A.   All right.
11  Q.   And that's Exhibit 13.
12              Is there a discussion about progress being
13       made since the last meeting with respect to various
14       issues regarding the Transit Connect?
15  A.   This -- this --
16              I'm sorry.  Ask that again.
17  Q.   Yeah.  Has there been --
18              Is this reflecting the progress that's been
19       made since the last meeting on 5/23?
20  A.   Well, presumably.  It's titled Progress to-date and
21       has a number of bullet points, so I assume that
22       they're talking about the progress, and it's titled
23       since the 5/23 PPPC, which is about a month earlier
24       than this document's dated.
25  Q.   When they state that they've ███████████ █ █ ████████

Public Version - Confidential Information Redacted

Page 99



20  Q.  And at this stage of the process, which was 6/23/2006,
21      was there a prototype available?
22  A.  Probably not.  There may be.  Because it's at this
23      time the current production vehicle in Europe that
24      might be the next best thing, but there's no North
25      American prototype at this stage.

Page 100

1   Q.   And MP&L, what is that?

2   A.   Assuming we're talking about the 227 here and not the

3        408.  Doesn't really say.

4   Q.   Would that be different?

5   A.   Yes.  ████ ████ ██████ ████ ████ ████ ████

6   ████ ████ ████ ████ █ ████ ████ █ ████ ████ ████

7   ████ ████) ████ ████ ████ ████

8   ████ ████ ████ █ ████ ████ ████ ████

9   ████ ██ ████ ████ ████ ████ ██ ████.

10  Q.   Do you know whether or not there was a V408 prototype

11       developed by 2006?

12  A.   Probably not.

13  Q.   So would it be likely that ████ ████ ████

14  ████ ████ ████ ████ ████ ████ ████ ████

15  ████ ████ ████ ████ ████?

16  A.   That would be probably the most likely case.

17            FORD EXHIBIT NUMBER 14

18            WAS MARKED BY THE REPORTER

19            FOR IDENTIFICATION

20  BY MS. FARRELL:

21  Q.   I'll show you what's been previously marked as Ford

22       Exhibit 14.

23  A.   Okay.

24  Q.   Okay.  And do you recognize what this document is?

25  A.   I've not seen it before.  It looks to be another

Page 101

```
 1        planning type of document.
 2     Q. ████████ ██ ██ ████████ ████████ ████████ ██ ██ ████ ████████
 3        ████████ ██ ████ ████████ ████
 4           Do you know what that means?
 5     A. No, I don't.
 6     Q. In looking at the pages that comprise Exhibit 14, does
 7        that help you understand what PRM may be standing for?
 8              MS. BROUSSARD:  Did you say page 14?
 9              MS. FARRELL:  Exhibit 14.
10              MS. BROUSSARD:  Oh.  Sorry.
11              MS. FARRELL:  That's okay.
12     A. No.  I don't see anything that would help me decipher
13        it.  There's more references to it on the last page.
14  BY MS. FARRELL:
15     Q. So there's no kind of context clue that's helping you
16        figure out what the PRM stands for?
17     A. PRM?  I thought we were looking at the AmPCM.
18     Q. That too.  I'm just trying to figure out acronyms
19        here.  Unfortunately --
20     A. PRM is usually program review meeting.  It's sort of a
21        real broad type of descriptor, but I don't know what
22        AmPCM is and I don't see a clue in here.
23              FORD EXHIBIT NUMBER 19
24              WAS MARKED BY THE REPORTER
25              FOR IDENTIFICATION
```

Public Version - Confidential Information Redacted

1    BY MS. FARRELL:

2    Q.   I'd like to show you what's previously been marked as

3         Ford Exhibit 19.

4    A.   Okay.

5    Q.   And do you recognize what's been marked as Exhibit 19?

6    A.   I've either seen this or something very similar to it

7         before.

8    Q.   And what do you understand it to be?

9    A.   Well, it's a document associated with the program

10        approval, the PA milestone.

11   Q.   And would this document be the approval or is it a

12        document working toward an approval?

13   A.   It's not real clear.  They're still looking for

14        approval.

15   Q.   Is that from the first page of Exhibit 19 where it

16        states the desired outcome?

17   A.   Right.

18   Q.   At this stage who would be the people from whom

19        approval would be sought?

20   A.   I don't know.  This is reflecting a little bit what we

21        talked about earlier how more and more people get

22        involved as the approvals climb the ladder, but I

23        don't know where it is at this stage.  You can see

24        things are a lot more well-defined than in some of the

25        prior discussions.

Public Version - Confidential Information Redacted

Page 103

```
 1    Q.   With respect to generally, an approval for a new
 2         product into a new market or an old product into a new
 3         market, who at Ford would be among those people you
 4         would anticipate to be the ones who would approve such
 5         a program?
 6    A.   Well, normally there would be an existing product line
 7         manager.  Say a new Explorer was coming.  It's a --
 8         there is an old Explorer and there is someone in
 9         charge of the Explorer who's going to be involved.  So
10         it's a little unclear when you're introducing
11         something completely new where that falls, especially
12         something like the Transit Connect that doesn't really
13         fit the mold.
14    Q.   Would Ford have assigned someone to it to be a product
15         line manager?
16    A.   Well, we would definitely have the commercial truck
17         people involved.  They're the people who are going to
18         have to market it and sell it, at least the commercial
19         aspect of it, but it's also going to involve the
20         retail customer as well.  So the front drive group
21         would be involved as well.  So it's sort of
22         a...because it's not a normal doesn't-fit-the-mold
23         kind of vehicle, I'm -- it's not clear to me exactly
24         where it would go up the chain.
25    Q.   If there were a -- if this document were being
```

Page 104

```
 1         circulated to the people who would be approving it,
 2         would there be an email reflecting to whom it had been
 3         sent or would this be handed out at a meeting or
 4         something else?
 5    A.   It could be emailed ahead of time.  There are ways we
 6         transmit documents without emails.  There are sort of
 7         drop boxes.  I don't know exactly how -- in the
 8         electronics age it gets transmitted somehow, there's
 9         many different avenues.  So --
10    Q.   At this stage of the process would we expect to see an
11         organization chart of who the people are that are
12         involved in the Transit Connect program North America?
13    A.   There may be enough people involved at this point that
14         they are starting to create an organization.
15    Q.   If you turn to page 20, the title of this slide in
16         this PowerPoint is APCM Program Agreements Requested
17         and there's below a little chart, one side says
18         Approval of the <PA>  milestone as presented and then
19         two columns, Y, N, and then below that is the Approval
20         of financial objectives as presented.
21              Do you see that?
22    A.   Yes.
23    Q.   Who would be the person who would either say the Y,
24         yes, or the N, no, or are there multiple people?
25    A.   It's going to be a group of people that this is
```

Page 105

1           presented to.

2    Q.   And is it a different group of people for approval of

3         the PA milestone?  Would that be different than

4         approval of the financial objectives?

5    A.   I do not know.

6    Q.   If it were approved, would someone have to sign off or

7         we're going to see just a check in the Y box?  How

8         does the check get into the Y box if it gets approved?

9    A.   I don't think this is meant to be a form.  I think

10        this is just a presentation slide for discussion

11        purposes.  They're trying to get to the stage where

12        they're looking for approval.

13             The approval may come in the form of a

14        product direction letter and that starts -- for the PA

15        milestone, that starts the work to be done mostly by

16        engineering at that point, but it is a product

17        direction letter that eventually starts engineering,

18        and that product direction letter has an approval

19        component to it.

20   Q.   And what is the approval component of a product

21        direction letter?

22   A.   It'll identify who approved it is what I mean, and it

23        has to be approved before it's put into the system.

24   Q.   So if we're at the stage here of PA approval, is that

25        --

1           Would the product direction letter -- you
2       said that's for engineering only or is it for
3       everybody?
4    A.  No, it's for everybody, but that's where engineering
5       work usually starts.  That's where budgets start to
6       happen and work begins.
7    Q.  When you say that the product direction letter will
8       identify who has approved it, would there be one
9       single person who's approved or will there be multiple
10      people who have approved?
11          I think you'd indicated earlier that the
12      sign-off on a program like this would have been Bill
13      Ford.  Would we see his -- Bill Ford, Jr., excuse me.
14      Would we see his name on the approval letter?
15   A.  No.
16   Q.  So how would the approval be conveyed?
17   A.  It'll be approved by the group.
18          Let's say they're presenting this to the
19      group of people who have been assembled to be able to
20      make that decision.  That ultimately gets translated
21      into -- everything they've presented will be described
22      in the program direction letter and that's what the
23      formal approval is.
24          As a program proceeds, things change and
25      different aspects of it may be changed and have to be

Public Version - Confidential Information Redacted

Page 107

```
1        approved by only parts of that group or maybe even
2        individuals at that point, but whoever is approving it
3        is identified in the program direction letter at
4        various stages.  So there'll be an opening program
5        direction letter that will be the initial beginning of
6        the program after the PA milestone.
7    Q.  And here we see that there was a meeting in November
8        of 2007.
9            So would we anticipate that the PDL or
10       product direction letter would have come out after the
11       date of this meeting?
12   A.  They're still seeking approval as of this 11/19
13       meeting.  So we don't know based on this whether that
14       happened or not or if they needed more, go back and
15       provide more answers kind of situation.
16   Q.  So we would see a document similar to this that would
17       reflect the 11/19 APCM meeting had occurred and that
18       there'd been an approval?
19   A.  The fact that there's been an approval will be a
20       program direction letter.  So I -- to put this puzzle
21       together looking backwards, I'd go find that first
22       program direction letter and see when it originates.
23   Q.  And you said that that program direction letter would
24       contain everything that had been presented at the
25       approval phase?
```

Page 108

1    A.   When it comes time to put it all on paper, it often

2         includes much more detail.

3              MS. FARRELL:  You know, it's 12:52.  I think

4         we're going to need to stop.

5              MR. BELANGER:  Yeah.

6              MS. FARRELL:  And actually it's a good point

7         anyway because I'm getting ready to move to the other

8         binder.

9              (Recess taken.)

10             FORD EXHIBIT NUMBER 22

11             WAS MARKED BY THE REPORTER

12             FOR IDENTIFICATION

13   BY MS. FARRELL:

14   Q.   I'd like to show you a document that's previously been

15        marked as Ford Exhibit 22.

16   A.   Okay.

17   Q.   Okay.  Do you recognize Exhibit 22?

18   A.   I don't think I've seen it before.

19   Q.   Do you know what Exhibit 22 is discussing?

20   A.   Only the title of it.  Says U.S. Port Processing

21        Overview.

22   Q.   And do you know anything about the U.S. port

23        processing in connection with the Transit Connect of

24        North America?

25   A.   In terms of what is done or what was done for the

Public Version - Confidential Information Redacted

Page 109

```
 1          V227, yes.
 2     Q.   Yes.  And could you let me know what your
 3          understanding is and what was done for the V227?
 4     A.   I have a general understanding of the process that's
 5          done and it depends on the nature of the vehicle as
 6          it's -- after it arrives at the port where it's
 7          processed for shipping to dealerships.  For some of
 8          them that involves the conversion where the seats are
 9          removed and the windows are removed from some as well.
10     Q.   And you're talking about the seats being removed.
11               What are you referencing when you talk about
12          seats being removed?
13     A.   Some of the Transit Connects, after they arrive at the
14          port, they go to a port processing facility where they
15          are converted into a cargo van from a passenger
16          vehicle where the seats are removed, a filler panel is
17          put in place where the foot well would be.  The holes
18          are dealt with in the floor.  Covering is put over the
19          floor to make it a continuous cargo cover over the
20          whole rear of the van.
21               Some of them have their sliding door windows
22          removed and replaced with solid panels.  Other things
23          are done to all of the vehicles such as the -- some
24          final labeling.  They're switched out of -- the
25          vehicle's computer is in a transit mode and has to be
```

Public Version - Confidential Information Redacted

Page 110

```
 1              switched out of that, and that's one of the things
 2              they do at the port processing facility.  They do a
 3              few other inspections, check the batteries live and
 4              the like as well.
 5    Q.   Do they check tire pressure and things like that at
 6         the port?
 7    A.   I haven't seen that called out as a line item, but
 8         that would be typical.
 9    Q.   And does Ford provide information, for instance, like
10         with tire pressure?  Is that in the doorjamb that
11         tells the person to what level to inflate their tires?
12    A.   Well, there is a label in the doorjamb that gives the
13         recommended tire pressure.
14    Q.   What is that label called?
15    A.   It's commonly called the TREAD label because that's
16         what -- the TREAD Act is what required that label, but
17         it lists some basic vehicle information.  The number
18         of seats, the recommended tire pressure, and the
19         payload capacity is in there.
20    Q.   What's payload capacity?
21    A.   How much you can carry.
22    Q.   And when you say how much it can carry, do you mean by
23         cubic volume or by weight?
24    A.   By weight.
25    Q.   And how --
```

Page 111

1                The payload capacity that's on the TREAD
2           label, where does that information come from?
3      A.   Well, it's a calculation from the GVW, which is what
4           the vehicle is designed to be able to weigh, and the
5           weight of the vehicle as built gives you -- the
6           difference would be the payload.
7      Q.   So there's like a maximum number that the vehicle with
8           everything inside of it can weigh?
9      A.   Right.
10     Q.   And you subtract the vehicle's weight from that
11          number?
12     A.   Right.
13     Q.   And the number that results is the amount of weight
14          someone could add into the vehicle?
15     A.   That's right.
16     Q.   And that's -- is that -- the engineers from Ford
17          pre-determine that?  Is that how that happens?
18     A.   The GVW, what the vehicle's designed to be able to
19          carry, that's part of the design of the vehicle.  So
20          that is, I guess, accomplished by engineering.
21     Q.   I mean how would a person -- I mean, you know, if I
22          were to purchase a Transit Connect, how would I know I
23          wasn't putting too much stuff in the Transit Connect
24          making it too heavy?
25     A.   You could weigh it and compare it to the GVW, which is

Page 112

```
 1         on the -- not the TREAD label, but that's on the FMVSS
 2         label, the certification label.  Or you could weigh
 3         your contents and compare that to the payload capacity
 4         on the TREAD label.
 5    Q.   Is there a document or a label on the vehicle that
 6         tells you what the vehicle actually weighs, so if you
 7         were adding weight to it, you would know where you
 8         were starting from?
 9    A.   I don't think so.  Not on the -- no, not on any of the
10         labeling.  That's commonly called the curb weight.
11         That's a drivable empty vehicle.  But that's not on
12         the labeling.  That's part of the reason the TREAD
13         label clarifies the payload capacity because not
14         everyone would know what their empty vehicle weighs
15         unless they weighed it.
16    Q.   So you were saying the -- you call that payload
17         capacity; is that right?
18    A.   Right, the amount of weight you can add to the vehicle
19         and not exceed its max.
20    Q.   So without worrying about what the vehicle weighs
21         itself you intellectually would know how much you were
22         adding, so you'd just make sure you didn't go over the
23         payload capacity number?
24    A.   Right.  That's what's on the TREAD label.
25    Q.   Okay.  The port processing unit, you stated that they
```

1      take care of certain labeling.  Do you know what

2      labeling the port takes care of?

3   A.  There's some shipping labels that have to go on the

4      vehicle so it gets routed.  There are -- the Monroney

5      label goes on at that point.  The vehicles whose

6      seating capacity is changed get a new TREAD label.

7   Q.  When the labels are being changed, does the port make

8      the labels with the new information for the vehicles

9      that have the seating capacity change or do they

10     already have the labels?

11  A.  They have a packet for each vehicle that comes in from

12     a label supplier.

13  Q.  And the packet's not inside the -- is not inside the

14     car when it comes to the port?

15  A.  No.  It doesn't come from Turkey.  It comes from a

16     supplier inside the U.S.

17  Q.  Does the port get the label packet before it gets the

18     car or does it get the car after it gets the label

19     packet?

20          MR. BELANGER:  Objection.

21          MR. KENNER:  It's about the same alternative.

22          MR. BELANGER:  Right.  You said the same

23     thing.  You used a negative -- it's the same question.

24  BY MS. FARRELL:

25  Q.  Does the -- does it --

Public Version - Confidential Information Redacted

Page 114

```
 1              Let me break that down.
 2              Does the label packet come to the port before
 3         the vehicle does?
 4    A.   Yes.
 5    Q.   How far in advance generally do the labels come to the
 6         port?
 7    A.   My understanding is they come while the ship is in
 8         Transit.
 9    Q.   And do you know how long it takes for the ship to get
10         the vehicle --
11              All these vehicles are coming from Otosan,
12         Turkey; is that right?
13    A.   That's right.
14    Q.   Do you know how long it takes for the ship to get from
15         Otosan to the U.S. port that it's going to be unladen
16         at?
17    A.   I do not know.  That would depend on the port because
18         the same ship goes to all the different ports, but I
19         don't know the transit time.  No pun intended there.
20    Q.   Are there any other labels?  You spoke about the TREAD
21         label.  You spoke about the Monroney.  You spoke about
22         the shipping, the directional shipping labels --
23    A.   Right.
24    Q.   -- for where the vehicle is going to eventually end
25         up.  You talked about the VM --
```

1   A.   FMVSS.

2   Q.   FMVSS label.  What is that label again?  I'm sorry.

3   A.   It's commonly called the certification label.  That's

4        the tag on the doorjamb where the VIN and some vehicle

5        information is.

6   Q.   So the VMVS -- the FMVSS label has the VIN on it?

7   A.   Right.

8   Q.   How does a vehicle get a VIN number?

9   A.   When a vehicle --

10            Upstream during the manufacturing process

11       when an order for a vehicle becomes -- sort of when it

12       transitions into a real plan for building a vehicle,

13       that's when a VIN is assigned, then going forward

14       that's how the vehicle is managed.  That's the vehicle

15       identification from that point forward.

16  Q.   And a VIN number.  What information does a VIN number

17       reveal?

18  A.   The VIN itself can be -- there's a coding system.

19       Each area within the VIN can be decoded.  There is a

20       -- part of the federal requirements is that the

21       decoder for a particular vehicle line be provided to

22       NHTSA.

23  Q.   And NHTSA is another acronym.

24  A.   Right.  That's the National Highway Traffic Safety

25       Administration.  Sorry.

Public Version - Confidential Information Redacted

Page 116

1    Q.   That's okay.  I'm living with acronyms right now, I'm

2         crawling with them.

3    A.   That's a government one, not a Ford one, though.

4    Q.   And so Ford has a decoder for each of its vehicles, a

5         VIN number decoder?

6    A.   Yeah.  It's typically done by vehicle line.  There'll

7         be a VIN coding scheme.  Where the codes are kept is a

8         requirement of the FMVSS.  What the codes mean is

9         combination of the requirement and Ford being able to

10        just do anything, but informing the government of what

11        the code is.  Such as the engine type will be in the

12        code.  The position for engine type is prescribed.

13        What type A means is up to Ford.

14   Q.   Okay.  I'm looking for something.

15             Sorry for the delay.  I just -- we had a --

16        we received Monroneys for a couple of Transit Connects

17        and we have a VIN decoder, it's like a decoder ring,

18        and unfortunately I'm not sure we know how to use the

19        VIN decoder ring.  So I was hoping you might be able

20        to help us with that.

21   A.   Sure.

22             FORD EXHIBIT NUMBERS 40 - 42

23             WERE MARKED BY THE REPORTER

24             FOR IDENTIFICATION

25   BY MS. FARRELL:

1    Q.   I'm showing you three Monroney labels that have been

2         previously marked as Ford Exhibits 40, 41, 42 and a

3         VIN guide that is marked as Thompson Exhibit 8.

4              MR. BELANGER:  I think we've been provided

5         with Thompson Exhibit 8 before.  How about the 42, 43

6         and -- 40, 41, and 42?

7              MS. FARRELL:  Yes.  40, 41, and 42 are

8         Monroney labels that were provided to us yesterday

9         during the vehicle inspection that Ford provided to

10        us.

11             MR. BELANGER:  So this is the only copy you

12        have.

13             MS. FARRELL:  It's the only copy I have, but

14        I can get copies made before today is over so that you

15        can have them.

16             MR. BELANGER:  Okay.  Thank you.

17   A.   Okay.

18   BY MS. FARRELL:

19   Q.   Yeah.  I have a question.  In the Monroney labels the

20        first three letters are NMO.

21   A.   Correct.

22   Q.   Do you see that in Exhibits 40 to 42?

23   A.   I'm having trouble reading it, but --

24             Oh.  On here, yes.

25   Q.   On the Monroney.  Sorry.

1   A.   Yes.  All the Transit Connects start with NMO.

2   Q.   And why is that?

3   A.   That is the manufacturer code that's been assigned to

4        us by NHTSA, I believe, to identify vehicles built at

5        that plant, or vehicles coming from Turkey.

6   Q.   So NMO is the Otosan plant in Turkey?

7   A.   Ford vehicles from Turkey.

8   Q.   Okay.  And the next letter, two of the Monroneys have

9        the letter L and one of the Monroneys has the letter

10       K.  Do you know why that is?  And when I ask about the

11       letter, it's in the fourth spot.

12  A.   Right.  Position four is usually the -- this is

13       printed too small for my old eyes, but I thought that

14       position four is the brake -- the classification for

15       the braking class, which is, depending on vehicle

16       weight, the difference between K and L may be a weight

17       class.

18            THE WITNESS:  Can you see that?  I can't see

19       this chart.

20            MR. BELANGER:  No.  Can you?

21            THE WITNESS:  Do we have a magnifier or a

22       bigger copy or --

23            MS. BROUSSARD:  Which one did you want me to

24       read, Roger?

25            THE WITNESS:  The position four, K and L.

```
 1            MS. BROUSSARD:  Okay.  Position four.  K is
 2        MPV truck, hydraulic, Class C, 4,001 to 5,000 pounds.
 3        L is MPV truck, hydraulic, Class D, 5,000 to 8,000 --
 4        5,001 to 8,000 pounds.
 5   A.   Okay.  So one of those trucks must be heavier than the
 6        other two to bump it into the next class.
 7   BY MS. FARRELL:
 8   Q.   And you said it was a braking class?
 9   A.   Right.
10   Q.   Is that because of the weight of the vehicle, it
11        affects how your braking works?
12   A.   It's only identifying the weight class.  It does not
13        affect how the braking works.  The brakes are designed
14        for the maximum weight of these vehicles.
15   Q.   Do you know why that is identified?
16   A.   It's always been a way to break down overall weight
17        class vehicles.  It was originally identified for
18        purposes of identifying the brakes.  It makes more
19        sense when you're in the heavy truck classifications
20        than the down below the -- into the car weights below
21        8500.
22   Q.   Okay.
23   A.   When you're up in heavier classes, drivers have to be
24        qualified for different brakes.  So it's a way for an
25        enforcement officer to determine if a driver has the
```



Public Version - Confidential Information Redacted

Page 121



1
2
A.
4
5
6
7

Q.

10

11              What are the port processors?

12    A.   That would be the -- the --

13              Ultimately it ended up being the company that

14         does the port processing, the things we talked about,

15         that would be that company.

16    Q.   And --

17    A.   I don't know if it had been selected at this point in

18         time, but that's what --

19    Q.   And what company was that that became the company that

20         ended up doing the port processing?

21    A.   (No response.)

22    Q.   If you're not sure, I think we have a document later

23         that says their name.

24    A.   It's one of the things I've seen 100 times, but I

25         can't come up with it.

Public Version - Confidential Information Redacted

```
                                              Page 122
1    Q.   If I were to give you an acronym, WWL, would that
2         help?
3    A.   I think that's the parent company for the -- I don't
4         know if port processor is a subsidiary, but they have
5         some different name.
6    Q.   Okay.  If I could direct your attention to page 6 of
7         Exhibit 22.
8    A.   Right.
9    Q.   Do you recognize what's depicted on page 6?
10   A.   I've not seen it before.  I recognize it.  They're
11        trying to depict some sort of rendering of the
12        physical facility of the port processor at Baltimore.
13   Q.   And does this slide help you recall the name of the
14        port processor at Baltimore?
15   A.   That's the VSA, which is on the tip of my tongue, but
16        it's something, vehicle --
17             I can't come up with it right now.
18   Q.   That's okay.
19             On page 7 of this document, Exhibit 22.
20   A.   Yes.
21   Q.   There's a statement at the bottom of the depiction
22        that states construction of a new building may be
23        required in Baltimore to support installation
24        processes for V227N.
25   A.   Right.
```

Page 123

1    Q.   Do you know whether or not a new building was

2         constructed?

3    A.   I do not.

4    Q.   Do you know whether or not WWL has done work for Ford

5         in processing at the port other than with respect to

6         the Transit Connect?

7    A.   I don't know.

8                   FORD EXHIBIT NUMBER 23

9                   WAS MARKED BY THE REPORTER

10                   FOR IDENTIFICATION

11   BY MS. FARRELL:

12   Q.   I'd like to show you a document previously marked as

13        Ford Exhibit 23.

14   A.   Okay.  Are you waiting on me?  I'm sorry.

15   Q.   It's okay.

16                   Do you recognize Exhibit 23?

17   A.   I have seen many of these, but this is a program

18        direction letter.  I don't know if I've seen this one.

19   Q.   And you say this is the program direction letter.  Is

20        that euphemistically known as the PDL?

21   A.   Yes.

22   Q.   The PDL, the program direction letter, are they --

23        every time an engineering change occurs with respect

24        to a vehicle is a PDL issued?

25   A.   No.  Every time a content change, any time something

Page 124

1        that would change that would cause a description of a

2        vehicle to be different there would be a PDL.

3    Q.  And in PDL that's been marked as Exhibit 23, what is

4        the content change that's causing this to be issued?

5    A.  ███████ ██████ ██████ ██████ ███████ ██████ ██████

6        ███████ ██████ ██████ ██████ ███████ ██████ ████

7        ██████ ██████ ███████ ██████ ██████ ██████ ███████

8        ██████ ████ ██████ ██████ ██████ ██████ ████ ██████

9        ██████

10   Q.  And if you could look at the pages that follow.  The

11       first Bates number of Exhibit 23 is 6314, then there's

12       6315, which describes five attachments.  Do you see

13       that?

14   A.  Yes.

15   Q.  And then there is -- there are pages afterwards.

16       6316.

17             What is 6316?  Is that one of the attachments

18       that's being referenced?

19   A.  Yes.  I believe that would be Attachment 1.

20   Q.  And this attachment is only for the European V227; is

21       that correct?

22   A.  That would be correct.  Well, it may be beyond Europe,

23       but non-North American.

24   Q.  Okay.  And page 6317, is that also not North America?

25   A.  These are all diesel.  So this would not be North

Public Version - Confidential Information Redacted

Page 125

1    America.

2    Q.  On the last page do you know if they're referring to

3         the North America vehicles or are they still referring

4         to the European vehicles?

5    A.  I think these are European vehicles.

6    Q.  [REDACTED]

7    [REDACTED]

8    [REDACTED]

9    [REDACTED]

10   [REDACTED]

11   A.  Yes.  Yes.  I missed it on the second to last page.

12        The table at the bottom is North America double cab in

13        van.  Those are the North American vehicles.

14   Q.  Okay.  So just that portion of this document reflects

15       North America?

16   A.  That's all that I saw.  Yes.

17   Q.  [REDACTED]

18   [REDACTED]

19   [REDACTED]

20   [REDACTED]

21   [REDACTED]

22   A.  Yes.

23            FORD EXHIBIT NUMBER 24

24            WAS MARKED BY THE REPORTER

25            FOR IDENTIFICATION

Public Version - Confidential Information Redacted

Page 126

1    BY MS. FARRELL:

2    Q.   I'd like to show you a document that's been marked as

3         Exhibit 24.

4    A.   Okay.

5    Q.   Okay.  Do you recognize what's been marked as Exhibit

6         24?

7    A.   It's another PDL, program direction letter.

8    Q.   And it states that it introduces post J1 engineering

9         changes for North America markets only.

10            Is J1 the Job 1 reference that you were

11        talking about earlier?

12   A.   Yes.

13   Q.   And in this document it talks about WERS codes,

14        W-E-R-S.

15   A.   Right.

16   Q.   Do you know what that stands for, WERS?

17   A.   It's a worldwide engineering release system.

18   Q.   Is that a Ford proprietary concept or do all

19        automobile makers use WERS?

20   A.   No.  It's Ford proprietary.

21   Q.   If I could direct your attention to the page that's

22        been Bate stamped 554.

23   A.   Okay.

24   Q.   And Summary of Changes.

25   A.   Right.

Public Version - Confidential Information Redacted

1    Q.   And first change was floor mat will be deleted from

2         van, and then it states ABJBA, ABJBC, ABJBD units.

3              Do you know what those alphabetical

4         designations are referring to?

5    A.   Well, I recognize them as build codes, but I don't

6         know what they mean looking at them.

7    Q.   When you say build codes, what is that?

8    A.   The codes that identify what a vehicle is going to be.

9    Q.   Is there a document that reflects what these various

10        letters stand for?

11   A.   You may find these letters in the order guide.  That's

12        the guide for a dealership to be able to order

13        vehicles.  That sometimes helps translate things

14        because it's written in English because the dealer has

15        to be able to figure out what he's ordering, but then

16        it also includes codes so that it can be translated

17        into the system that actually builds vehicles.

18        Sometimes you can find these codes identified.

19   Q.   The first change is floor mat being deleted.  Do you

20        know what that refers to?

21   A.   Not exactly.  I assume it's talking about the floor

22        mat in the cargo area of the wagon.

23   Q.   And is there a way to know -- is there a document that

24        would let us know what floor mat will be deleted from

25        the van?

```
                                              Page 128
1    A.   If we go two pages further, it identifies some of
2         these codes.
3    Q.   Okay.
4    A.   BDIAF, which it has next to floor mat.  It has
5         identified as a load floor rubber mat-full.
6    Q.   Okay.  And if it were full, where would that be, in
7         what type of a vehicle?
8    A.   That's for the wagon.  So a full floor mat for the
9         wagon would be the cargo area behind that seat.
10   Q.   And can we, now looking at this next page that you've
11        pointed out to me, are we able to figure out what
12        ABJBA, ABJBC, and ABJBD are?
13   A.   Well, it does decode it, but the description isn't all
14        that descriptive.
15   Q.   And so when you say it's not that descriptive --
16   A.   Well, for example, the ABJBA is described as FUNC., I
17        guess functional, UPG. PACK, and then it lists that it
18        contains the B3HAF and the BDIAA.
19   Q.   Oh, I'm sorry.  I actually wanted to turn back a page
20        because you had -- I thought you were pointing out
21        that second page, Attachment 2.  It's Bates numbered 5
22        -- sideways, I'm sorry, 555.
23   A.   Right.  Now there's column headings for the ABJ --
24        which one were we on?  The first one would be ABJBA.
25             I think we're going to kill the court
```

```
                                              Page 129
 1           reporter here.
 2      Q.   So is it fair to say that the load floor rubber
 3           mat-full was not deleted from ABJBB?
 4      A.   That's right.
 5      Q.   The second part, number 2 in the change description,
 6           which is on page 554.
 7                I'll have you going back and forth, so
 8           forgive me.
 9      A.   Okay.
10      Q.   It states cost reduced 2 pass second row seats will be
11           installed on van.
12      A.   Right.
13      Q.   ABJBA, ABJBC, ABJBD.  Those are the same units we were
14           just talking about with respect to the floor mat?
15      A.   Correct.
16      Q.   What's a cost reduced 2 pass second row seat?
17      A.   Well, for the context of the Transit Connect that
18           would be second row seat with some features removed
19           from it.  It has -- I think there's a summary in here,
20           but it has head restraints removed, it has...the
21           tumble lock mechanism is removed, and a couple
22           brackets that would support the head restraint are
23           removed, and some related parts are removed.  Spring
24           assist for the seatback is removed.
25      Q.   If we could turn your attention to page 555, the
```

1          fourth line down in the Description column.

2      A.  Okay.

3      Q.  Do you see that?  It says second row dual seat and

4          then parenthesis normal.

5      A.  Right.

6      Q.  And is it true that that is standard only in the wagon

7          XL based on this chart?

8      A.  That's correct.

9      Q.  The change description number 3 on page 554 --

10     A.  Okay.

11     Q.  -- speaks of solar tinted glass will be used instead

12         of privacy glass for the vans ABJBC, ABJBD.

13     A.  Correct.

14     Q.  What is solar tinted glass?

15     A.  It's just a different side glass.  We're talking about

16         the door, the sliding door glass.  Different level of

17         tint.

18     Q.  What's privacy glass?

19     A.  That's what most cars in the U.S. have in the rear

20         windows.  That's a mirror-like tint so it's harder to

21         see into the car.

22     Q.  In the last column on page 555 it's talking about the

23         van that's been designated ABJBD and it says Only RCD

24         Glass.  What does that mean?

25     A.  Which one are you on now?  I'm sorry.

Public Version - Confidential Information Redacted

Page 131

1   Q.  Sorry.  No, no.  It's on page 555.

2   A.  Right.  Okay.  I was on the wrong page.

3   Q.  And it's the last column and it says Only RCD Glass.

4   A.  Okay.  I don't -- I don't know what the acronym RCD

5       is, but I'm assuming we're talking about the van

6       version that only has glass on the right sliding door.

7   Q.  Vans that only have glass on the right sliding door,

8       do you know why that is?

9   A.  That is a combination that has been popular in the van

10      market.  Many outfitters will outfit the van so that

11      that is the only place inside the interior that

12      doesn't have racks or storage places.  So it would be

13      the only place -- the only opportunity for light to

14      come into the cargo area.

15  Q.  Is that something that customers have requested to

16      have that glass in the right-hand side?

17  A.  It is a common feature for cargo vans.

18  Q.  And is it --

19          It could have been on the left-hand side;

20      correct?

21  A.  It's traditionally been on the curb side.  If you're

22      only going to use one door, that's the door that gets

23      used.

24  Q.  So is it possible that RCD means right curb door?

25  A.  It could.

Public Version - Confidential Information Redacted

Page 132

1    Q.   I mean, I guess it's duplicative; right?  Curb would

2         be the same thing; right?

3    A.   In the United States.

4    Q.   That's true.  UK is a little different.

5              I want to turn your attention to Attachment

6         (A), which is located at -- oh, gosh, mine got cut

7         off.  It ends in 123.  We're still in Exhibit 24.

8    A.   Okay.

9    Q.   There's a title -- title of this document within a

10        document is Change Details.  Do you see that?

11   A.   Yes, I do.

12   Q.   What is your understanding of what these change

13        details are?

14   A.   These seem to be some sketches just visually depicting

15        the changes to that two-passenger rear seat.

16   Q.   And that's the changes to what they call the reduced

17        cost seat?

18   A.   Right.

19                   FORD EXHIBIT NUMBER 39

20                   WAS MARKED BY THE REPORTER

21                   FOR IDENTIFICATION

22   BY MS. FARRELL:

23   Q.   I'd like to show you a document that's previously been

24        marked as Exhibit 39.  It comes in two pieces.

25   A.   Okay.

Public Version - Confidential Information Redacted

Page 133

1    Q.   Mr. Burnett, could I ask a favor of you?  Could you

2         put this exhibit tab on the legal size document?  It's

3         the same thing, it's Exhibit 39, part B, just so we

4         don't forget what we're dealing with.

5                   FORD EXHIBIT NUMBER 39-II

6                   WAS MARKED BY THE REPORTER

7                   FOR IDENTIFICATION

8    BY MS. FARRELL:

9    Q.   Do you recognize the two documents that form Exhibit

10        39 and its part B?

11   A.   I think I've seen it before.  I've seen the document

12        with these same little pictures on it before.  I don't

13        know if it's an identical document.  I'm familiar with

14        this discussion.  I don't know if I've seen the

15        document.

16   Q.   Would it be fair to say that Exhibit 39, part B is a

17        bill of materials of items that have been deleted from

18        the reduced cost seat?

19   A.   I don't think it's meant to be a bill of materials at

20        Ford Motor Company level.  I think these are supplier,

21        sub supplier parts.  These are not -- for example,

22        these are not Ford part numbers, but it's just a

23        summary sheet with some little pictures so people can

24        see what these descriptions are talking about.

25   Q.   And would it be fair to say that those are the parts

Public Version - Confidential Information Redacted

1          that have been removed from the seat to produce what

2          is called the reduced cost seat?

3     A.   I think that's what it's meant to depict.  I don't

4          know that it is all-inclusive, that every single thing

5          is shown here, but the major pieces are.

6     Q.   Are you aware of anything else in addition to the

7          major pieces that are depicted in 39-B, anything else

8          that was removed?

9     A.   No.  Like I said, these are the major pieces, the

10         piece I'm familiar with, but I don't know that it was

11         meant to be a record more than just a summary.

12    Q.   And if I could direct your attention to the last page

13         of Exhibit 39, not the B portion, just the first part.

14    A.   This page?

15    Q.   Yes.

16    A.   Yes.

17    Q.   What is that depicting that is in the last page of the

18         first part of Exhibit 39?

19    A.   It's a summary of a WERS concern, which is an entry

20         into the WERS system.  They're breaking it up into

21         part numbers, option mixes, which means take rates,

22         part numbers, and some piece cost information in here.

23    Q.   And overall what is that document depicting or

24         relating to?  What's the takeaway from that page?

25    A.   Well, I think it's just a summary of what the goal is

Public Version - Confidential Information Redacted

Page 135

1    of the cost reduced seat, and that is to lower the

2    cost of the seat.

3  Q.  And did it lower the cost of the seat?

4  A.  It did.

5  Q.  By how much?

6  A.  I don't think they absolutely know at this point in

7    time.

8  Q.  What did they estimate?

9  A.  ████ █ ████ █ ████ █ ████ █ ████ █ ████ █ ████ █ ████

10   ████ █ ████ █ █ ████ █ ████ █ ████ █ ████ █ ████.  So that

11   would be too high because that would make that

12   ████ █ ████ █ ████ █ ████ █ ████ █ ████ █ ████

13   ████.  So maybe we can take that on face value, but

14   traditionally in ██ █████████ ███, but maybe it's

15   not.  █████ █ ████ █ ████ █ ████.

16  Q.  And did this reduced cost seat go forward based on the

17    PDL we had seen earlier?

18  A.  The reduced cost seat did go forward.

19  Q.  And was that for model year 2010?

20  A.  It happened during the '10 model year.

21  Q.  So would that have been kind of a mid model year

22    change?

23  A.  Yes.

24  Q.  And was that also true then for model year 2011?

25  A.  The change applied to all following model years.

Public Version - Confidential Information Redacted

Page 136

1    Q.   Prospectively?

2    A.   Right.

3    Q.   And did that -- they didn't change back from the

4         reduced cost seat?

5    A.   No.

6    Q.   The Transit Connect program that we know as V227, it

7         concluded in year 2013; is that correct?

8    A.   2013 model year was the last model year.

9    Q.   And so when we talk about a model year, the 2013 model

10        year, when is that vehicle typically manufactured?

11   A.   The model year ends traditionally in the end of

12        September of that calendar year, but there's

13        exceptions.  Like the beginning of the V227 program

14        was early.

15   Q.   So what type of an exception would occur when the

16        program is early?

17   A.   The model year starts early, before September 30.

18   Q.   So from -- is it --

19             Model years run September 30 to September 30;

20        is that fair?

21   A.   Traditionally, yes, but more and more that's vehicle

22        specific, but --

23   Q.   And with respect to the V227 Transit Connect North

24        America, the model year 2010, do you know when it

25        first started and when it ended?

Public Version - Confidential Information Redacted

1    A.   It started, I think, a few months before like in July
2         time frame of '9 rather than the traditional start of
3         a model year would be September 30th of '9.
4    Q.   And do you know when model year 2010 ended?
5    A.   Well, the transition from '10 to '11 and '11 to '12
6         and '12 to '13 were at the traditional model year
7         breaks at the end of September.
8    Q.   So would it have been from --
9    A.   Now, because the shipping arrangement, there may have
10        been -- building may have started earlier than normal.
11   Q.   So what months would the model year for 2011 have
12        been?
13   A.   Normally that would be the end of September of '10 to
14        the end of September of '11.
15   Q.   And that's true also for '12 and '13?
16   A.   It is true for '12.  '13, because it's being replaced
17        by a new vehicle, that may not be true, I'd have to
18        look that one up.
19   Q.   And where would one look that up to determine?
20   A.   I can find the Job 1 dates within Ford's systems.  I
21        don't know where you could.  Maybe Wikipedia.
22   Q.   Okay.  There's a lot out there on Wikipedia.
23              FORD EXHIBIT NUMBER 25
24              WAS MARKED BY THE REPORTER
25              FOR IDENTIFICATION

Page 138

1    BY MS. FARRELL:

2    Q.   I'd like to show you a document that's previously been

3         marked as Exhibit 25.

4    A.   Okay.

5    Q.   If I could direct your attention to the last page of

6         Exhibit 25.

7    A.   Yes.

8    Q.   Have you seen this document before?

9    A.   Yes.

10   Q.   And when did you see it?

11   A.   The past few months.

12   Q.   ███████████████████████████████████████████

13        ███████████████████████████████████████████

14        ██████████████████████

15   A.   ████ █████████████████████████████████

16   Q.   ████████████████████████████████████████████

17        ████████████████████████████████████████████

18        █████████████████████

19   A.   ███████████████████████████████████████████

20        ███████████████████████████████████████████

21        ██████████████████████████████████████

22   Q.   ████████████████████████████████████████████

23        ███████████████  ██████████████████████

24   A.   ████████████████████████████████████████████

25        ████████████████████████████████████████████

Public Version - Confidential Information Redacted

Page 139

1   ██████ █████ ██████ ███ ██████████

2              FORD EXHIBIT NUMBER 26

3              WAS MARKED BY THE REPORTER

4              FOR IDENTIFICATION

5   BY MS. FARRELL:

6   Q.   I'd like to direct your attention to what's been

7        marked as Exhibit 26.

8   A.   Okay.

9   Q.   Do you recognize Exhibit 26?

10  A.   I do.

11  Q.   And what is it?

12  A.   This is the process sheets for modifications done to

13       various Transit Connects at the port.

14  Q.   And is this an instruction from Ford to the port

15       processor in how to go about modifying vehicles at the

16       port?

17  A.   I think it's more the other way.  This is the process

18       the port processor is planning on following.

19  Q.   And the process, was it designed by Ford for the port

20       processor?

21  A.   It was likely done in conjunction going back and forth

22       what we would like to do and what they can do to come

23       to a resolution to what is done.

24  Q.   With respect to the Modification Center's process, was

25       the Modification Center charged with removing the

Page 140

1      second row seat from certain of the vehicles?

2   A.  Yes.

3   Q.  And how did they know what vehicles to remove the seat

4      from?

5   A.  ███████████████████████████████████████████████████

6      ████████████████████████████████████████████████

7      ████████████████████████████████████████████████

8      ████████████.

9   Q.  ████████████████████████████████████████████████

10     █████

11  A.  ████████████████████████████████████████████████

12     ████████████████████████████████████████████████

13     ████████████████████████████████████████████████

14     █████████████████.

15  Q.  ████████████████████████████████████████████████

16     ███████████████

17  A.  No.  That doesn't tell enough.

18  Q.  What does it tell them?

19  A.  The VIN?

20  Q.  Yes.

21  A.  Not enough for them to do anything with.  It would

22     tell them which ones would be vans.  So it could tell

23     them which ones to remove seats from, but it doesn't

24     tell them enough info on the glass.

25  Q.  Would it tell them which ones to remove the glass and

Public Version - Confidential Information Redacted

Page 141

1           replace with the composite side panels?

2    A.    No.  You could identify the ones that don't have any

3           glass removal, but the ones that were leftover you

4           wouldn't know without the body code whether to remove

5           both or just one panel.

6    Q.    The ones with no glass removal, they could determine

7           that from the VIN number?

8    A.    Right.

9    Q.    And how would they know that?  What would tip them off

10          within the VIN number?

11   A.    You're familiar with the 6, 7, and 9 number

12          terminology a lot of people have been using in this

13          case?

14   Q.    Yes.  I mean we call it S6, S7, S9.

15   A.    Correct.

16   Q.    Okay.

17   A.    The 6s retain their glass.

18   Q.    And what happens with the 7s?

19   A.    The 7s might retain one panel or no panels.  You'd

20          have to go to the body code to figure out which one.

21   Q.    And the body code, you think it may have been included

22          with the vehicle, with the labeling packet that came

23          in, or is there some other way that they got that

24          information?

25   A.    That I don't know exactly how they identified it.

```
                                                   Page 142
 1    Q.   With respect to the S9, did any modifications or
 2         conversions occur?
 3    A.   Not in terms of seats and glass, but some things still
 4         have to be done at the port.
 5    Q.   What types of things?
 6    A.   It has to be put into -- taken out of transit mode.
 7         It has to have the Monroney label applied to it.  It
 8         goes through a series of inspections.
 9    Q.   Does it have to undergo a change in the TREAD Act
10         label?
11    A.   It does not.
12    Q.   Are there any other label differences between S6, S7,
13         and S9?
14    A.   Label --
15    Q.   You stated that you didn't have to change the TREAD
16         label for the S9.
17    A.   That's right.
18    Q.   Was there any other difference from S9 versus S6 and 7
19         with respect to labels?
20    A.   Well, they will have the 6, 7 or 9 on the VIN tag
21         already, but that's on the vehicle when it leaves
22         Turkey.  That's on all the VIN locations.  It's in the
23         VIN.
24    Q.   So there's the FMVSS label.  Is that on all the
25         vehicles automatically out of Turkey?
```

```
                                                 Page 143
 1     A.   Yes.
 2     Q.   And that doesn't change on any of the vehicles; is
 3          that correct?
 4     A.   Correct.
 5     Q.   And then there's the Monroney.  That is not on the
 6          vehicle.  It's put on the vehicle at the port whether
 7          it's 6, 7, or 9?
 8     A.   Correct.
 9     Q.   And then the TREAD label.  The S9 doesn't get a change
10          in the TREAD label?
11     A.   That's right.
12     Q.   But the S6 and the S7 do?
13     A.   Correct.
14     Q.   And is there any other labels I'm forgetting?
15     A.   There's shipping labels, but I don't know how
16          interesting that is to you.
17     Q.   Yeah.  I'm assuming it's just they send it to its
18          happy house where it's going to end up.
19     A.   Right.
20     Q.   And then are there any other labels?
21               I think there's a thing called -- there was a
22          thing called ramp labels?
23     A.   That's a shipping label.
24     Q.   Okay.  Okay.  Are there any -- are you aware of any
25          other labels for the vehicle?
```

Public Version - Confidential Information Redacted

Page 144

```
1    A.   There's inspection stickers and the like that are on

2         it, but that's more of a processing check than a

3         label.

4              There are many labels on the vehicle, but

5         they're not dealt with at all at the port that come on

6         the vehicle and they stay on the vehicle and they're

7         like all the labels.  If you open the hood, there's

8         labels everywhere, tell you where to put the oil.

9    Q.   Right.  Right.

10   A.   There's the emissions labels under the hood.  None of

11        that changes.

12   Q.   Okay.  I'm just interested in the labels that are

13        changing --

14   A.   Okay.

15   Q.   -- vis-à-vis 6, 7, and 9.

16   A.   No, I don't know of any others.

17   Q.   Okay.

18              FORD EXHIBIT NUMBER 27

19              WAS MARKED BY THE REPORTER

20              FOR IDENTIFICATION

21   BY MS. FARRELL:

22   Q.   Okay.  I'm showing you what's been previously marked

23        as Ford Exhibit 27.

24              MS. FARRELL:  While you're reviewing this

25        document I'm just going to step out of the room for a
```

Page 145

1          moment.  Is that okay?

2                   (Recess taken.)

3      BY MS. FARRELL:

4      Q.   Mr. Burnett, do you recognize what's been marked as

5           Exhibit 27?

6      A.   Yes, I do.

7      Q.   And what is it?

8      A.   It is the -- what we call a Statement of Work, which

9           is a contract, I suppose.  It basically identifies

10          what we expect a supplier to be doing, and then the

11          bulk of it is attachments.

12     Q.   Do you --

13                  If you look to page 2 of this document, which

14          is Bates stamped 56732, do you recognize Pacific

15          Vehicle Processors, LLC?  Is that one of the port

16          processors that you were discussing earlier?

17     A.   Yes.  I think one of the ports, it was a different

18          name.  I don't know if it was the same -- what the

19          business relationship was, but actually on the -- a

20          couple of pages in on Exhibit 1, page 1, Pacific

21          Vehicle Processors is identified as the California

22          port where Vehicle Services America is identified as

23          the East Coast ports.

24     Q.   And is it fair to say that Vehicle Services America is

25          probably the VSA?

Page 146

1    A.  It is.  That's the name I couldn't come up with.

2    Q.  ███████  ███ ████ ████ ███ ████ ███ ████ ███ ████

3        ████ ████ ████ ████ ███ ████ ████ ███ ████ ████

4        ███ █████ ████ █████ ████ █████ ████ ████ ████ ███████

5        ████ ████ █████ ████ ████ █████ █████ ████ ███

6        ████████

7    A.  ████ ████ ████ ████ ████ ████ █████ ████ ████

8        ████ ███ ████ ████ ████ ███

9    Q.  ███████

10   A.  So I'd have to assume that there was at least some

11       sort of continuation of it.

12   Q.  Why do you assume there was a continuation?

13   A.  Because the Transit Connects were built in the same

14       fashion after that date with the same port processors,

15       so the work continued.

16   Q.  The port processors that were hired by Ford in

17       connection with the Transit Connect import program,

18       they weren't fired from the project, were they?

19   A.  I don't think so.

20   Q.  And they would have -- they followed Ford's

21       instructions in connection with this contract?

22   A.  I believe so.

23                FORD EXHIBIT NUMBER 28

24                WAS MARKED BY THE REPORTER

25                FOR IDENTIFICATION

Public Version - Confidential Information Redacted

Page 147

1    BY MS. FARRELL:

2    Q.   I'd like to turn your attention to a document that's

3         previously been marked as Exhibit 28.

4    A.   Okay.

5    Q.   Do you recognize Exhibit 28?

6    A.   Yes.

7    Q.   And what is it?

8    A.   It is a process sheet for the Modification Centers,

9         what we've been calling the port processors, for the

10        '11 model year Transit Connect.

11   Q.   Do you know if there were changes between model year

12        '10 to model year '11 with respect to the Transit

13        Connect program for the port processors?

14   A.   Not for the areas that we've been talking about, but

15        the electronics, the available work solutions change

16        almost every model year, it's more -- as different

17        technologies became available, things were changing

18        quickly in this time frame.  Some of them you could

19        get a GPS in and a work solutions type unit where you

20        could communicate a fleet with each other and the

21        mother base.  Those type of things change year to year

22        and they were also one of the things the port

23        processor was installing.

24   Q.   With respect to -- you indicated the things that we've

25        been discussing, which I want to make sure we're all

Public Version - Confidential Information Redacted

Page 148

1        on the same page.

2                We've been discussing the removal of the

3        second row seat; is that correct?

4    A.  Right.

5    Q.  And when we talk about removal of the second row seat,

6        does that include also removing seat belts?

7    A.  It does.

8    Q.  The seat belts, are they adhered only to the second

9        row seat or are they adhered to the second row seat

10       and something else or am I completely wrong?

11   A.  The door side seating position, the belt is attached

12       to the body, so it has to be removed from the van.

13       The belt for the center is all attached to the seat,

14       so removing the seat also removes it.  Then it goes

15       on.  The holes in the floor have to be dealt with.

16       The belt -- I think the two-bolt -- or one of the

17       bolts that you removed has to be reinstalled just to

18       plug the hole in the floor.  So it's not as simply as

19       removing the seats.  There's other things involved in

20       that process.

21   Q.  And is it fair to say that the Modification Center

22       Process Sheet describes those types of things as well,

23       it doesn't just say remove the seat, it tells them

24       what they need to do?

25   A.  It has a list of things to do including ██████████

Page 149

1 ████████████████████████████████

2 ████████████████████████████████

3 ████████████████

4    Q.   And we talked about the seat and now we've talked

5         about the seat belts.

6              Is it also removal of glass from the sliding

7         doors and replacing it with SMC panels?  Is that also

8         part of what the port processors were doing?

9    A.   Yes.  For some vehicles, yes.

10   Q.   And we discussed earlier certain vehicles they would

11        have received some type of information about the body

12        -- the body coding you said?

13   A.   The body code.  Right.

14   Q.   And the body code would tell them whether it was two

15        windows, one window with respect to the sliding doors?

16   A.   Correct.

17   Q.   Did the body code also tell them whether or not the

18        windows would be tinted glass, solar glass or some

19        other type of glass?

20   A.   The only other for the North American program would be

21        the taxi glass, and it would be -- they would not have

22        to deal with that at the port because that would be on

23        one of the wagons that they're not dealing with the

24        glass.

25   Q.   The taxi, does that -- is that also under S9 or does

Public Version - Confidential Information Redacted

```
                                              Page 150
 1        it get its only special designation if it's a taxi?
 2   A.   It's under 9.
 3   Q.   With respect to the materials that the port processors
 4        have been asked to remove from the vehicle, what
 5        happens to those materials?
 6   A.   The seats go to a dismantler recycler who extracts --
 7        things have to be separated in order to recycle the
 8        seats, the steel from the foam from the fabric.  The
 9        glass just is disposed of, recycled.
10   Q.   And the seat belts, they're part of what goes on with
11        the seat; is that fair?
12   A.   I believe the seat belts go with the seat.  I know the
13        ones that are attached to it never get removed.  I
14        believe the extra belt also goes with the seat.
15   Q.   Would that be included in the Modification Center
16        Process Sheet explaining what happens to the materials
17        after they're removed from the vehicle?
18   A.   I think it just says disposed of, it doesn't specify
19        how.
20   Q.   Does Ford tell them how to dispose of?  In other
21        words, the port processors can't just throw it into a
22        dumpster and have waste disposal come and take it
23        away; is that fair?
24   A.   The glass just went to a glass recycler.  That was
25        fairly simple.  The seats went to another company for
```

Page 151

```
 1          dismantling and recycling.
 2     Q.   And what company did they go to?
 3     A.   I don't know the name of the company.  They were in
 4          Ohio.
 5     Q.   And was that company in Ohio used throughout the
 6          process of the Transit Connect program?
 7     A.   Yes.
 8     Q.   Was there ever an effort to try to reuse any of the
 9          materials kind of along the waste not, want not idea?
10     A.   That's why they go to a dismantler recycler.
11     Q.   Did Ford ever try to reuse any of these materials
12          themselves as a replacement glass for, say, another
13          Transit Connect?  Maybe that the window came in
14          broken.  Would they reuse one of the windows that was
15          removed?
16     A.   I think the adhesive removal process is too cumbersome
17          to be able to reuse the glass.
18     Q.   And when you say cumbersome, do you mean it causes
19          some type of a structural problem to the glass or
20          something else?
21     A.   You damage the --
22               The glass is painted on the back side to hide
23          the adhesive from the outside of the van.  So the
24          adhesive is underneath the black painted portion.
25          When you try to remove that adhesive to reuse the
```

Public Version - Confidential Information Redacted

Page 152

1     glass, you end up messing up that painted area, you'd

2     end up having to strip and repaint the glass.

3  Q.  So it gets scratched and it wouldn't be acceptable for

4     Ford to use something that was scratched up; is that

5     fair?

6  A.  It's difficult to do and it didn't justify doing.

7  Q.  Okay.

8              FORD EXHIBIT NUMBER 29

9              WAS MARKED BY THE REPORTER

10             FOR IDENTIFICATION

11  BY MS. FARRELL:

12  Q.  I'd like to show you a document that's previously been

13     marked as Exhibit 29.

14             MR. BELANGER:  While Mr. Burnett is looking

15     at this, we've been going an hour and a half since

16     lunch.  About how much time do you think you have left

17     with this witness?  Should we take a break or are we

18     almost done?

19             MS. FARRELL:  We should probably -- if you

20     need a break, I would take a break.

21             MR. BELANGER:  Okay.

22             MS. FARRELL:  And I'm trying to get through

23     it as quickly as I can.  I just have to get through

24     some documents, that's all.

25             MR. BELANGER:  Okay.

Public Version - Confidential Information Redacted

Page 153

```
 1              MS. FARRELL:  Mr. Burnett has the most
 2         knowledge base, so unfortunately he gets stuck with
 3         the most questions.
 4              MR. BELANGER:  Okay.  So we're on break?
 5              MS. FARRELL:  Sure.  Thank you.
 6              (Recess taken.)
 7    BY MS. FARRELL:
 8    Q.  You've had an opportunity to look at Exhibit 28; is
 9         that correct?
10    A.  Yes.  29.
11    Q.  Excuse me.  Pardon me.  Exhibit 29.
12              Do you know what Exhibit 29 is?
13    A.  This looks like a similar set of process sheets for
14         the Modification Center for the '12 model year Transit
15         Connect.
16    Q.  And is it fair to say that, from your understanding,
17         that with respect to the issues we've been discussing
18         earlier, the seat, the seat belts, the windows, that
19         the processing didn't change for the 2012 model year
20         either?
21    A.  That's correct.
22    Q.  Do you know whether or not there was a Modification
23         Center Process Sheet for the 2013 model year?
24    A.  I'd expect there would be.
25    Q.  And would the answer be the same that with respect to
```

Page 154

1        the issues we've been talking about today, which are

2        the seat belt -- the seat belts, the seat, and the

3        windows glass, that the process would be the same?

4    A.  For the '13 as the rest, yes.

5    Q.  With respect to the floor mat, there was that PDL that

6        deleted the floor mat.

7

8

9

10   A.

11

12

13

14

15

16

17

18

19

20   Q.  With respect to the PDL we talked about earlier, which

21       was the PDL to remove a floor mat, do you recall that,

22       that there was a PDL?

23   A.  They're deleting the rubber floor mat in the cargo

24       area of the wagons that were to be converted.

25   Q.  And that rubber floor mat, before it became a deleted

Public Version - Confidential Information Redacted

Page 155

1       PDL, a PDL that would delete it, so therefore it would

2       not even be in the vehicle; is that correct?

3   A.  Correct.

4   Q.  When it came into the port.

5   A.  Correct.

6   Q.  Prior to the enactment of that PDL, was it the port

7       processor's obligation to remove that mat?

8   A.  Yes.  They would have had to deal with that mat.

9   Q.  And do you recall what they would have done with that

10      mat?

11  A.  I don't know.

12  Q.  Do you expect that it would have been recycled like

13      the other materials?

14  A.  I'd expect so.  Yes.

15  Q.  ████ ███ ████ ████ ████ ████ ████ ████ ████ ████

16  ████ ████ ████ ███ ███ █████ ████████ ████

17  ████ ████ ████ ████ █████ ████ ████ ████

18  ████ ████ ████ ████

19  A.  ████ ████ ████ ████ ████ ███ ████ ████

20  ████ ████ ████ ████ ████ ████ ████ ████

21  ███ ████ ████ ████ ████ ████ ███████

22  Q.  ████ ████ ████ ████ ████ ████ ████ █████

23  ████ ████ ████ ████ ████ ████ ████ ████

24  ████ ████ ████ ████ ████ ████ ████ ████

25  ████

Public Version - Confidential Information Redacted

Page 156

```
 1    A. ███████████████████████████████████████████████
 2       █████████████████████████████████████████████
 3       ████████████████████████████████████████████████
 4       ███████████████████████████████████████████████
 5       ██████████████████████████████████████████████
 6       ████████████    ████████
 7    Q. ██████████████████████████████████████████████████
 8       ████████████████████████████████████
 9    A. ███████
```

10                FORD EXHIBIT NUMBER 30

11                WAS MARKED BY THE REPORTER

12                FOR IDENTIFICATION

13    BY MS. FARRELL:

14    Q.  I'd like to show you a document that's been marked as

15        Ford Exhibit 30.

16    A.  Okay.

17    Q.  Do you recognize Exhibit 30?

18    A.  Yes.

19    Q.  What is it?

20    A.  It's a 2010 model year Transit Connect order guide.

21    Q.  And when we have --

22             You were talking about order guides earlier.

23        Is this the document you were contemplating when you

24        were talking about those?

25    A.  Yes.

Public Version - Confidential Information Redacted

Page 157

1    Q.   And what is an order guide?

2    A.   It's a document prepared for dealerships to understand

3         a vehicle and be able to order them for their lot.

4    Q.   Is a dealership limited to whatever types of features

5         are built into the order guide?

6    A.   Yes.

7    Q.   So they can't kind of, you know, special order

8         something?

9    A.   They typically can't order off the menu.

10   Q.   Okay.  You say they typically can't.  Has -- are you

11        aware of any time with respect to the Transit Connect

12        program where somebody ordered, quote-unquote, off the

13        menu?

14   A.   There are always exceptions if you buy enough of

15        something.  If you want to buy 500 Transit Connects,

16        but you want them painted pink, we might find a way to

17        paint them pink.

18   Q.   Okay.  From your recollection with respect to

19        preparing for today's deposition and your own

20        experience with respect to the Transit Connect

21        program, are you aware of any off-the-menu events with

22        respect to the Transit Connect?

23   A.   Because of the lag time because of an importation it's

24        less likely.  I can't say that I've searched for the

25        possibility, but the vehicle was very customizable at

Page 158

```
1          the dealership level as it was.  Signage and the like
2          was available through ship-through companies the
3          dealer could use as well as the racks and bins and
4          slide-outs and various equipment you can install in
5          the back of the Transit Connect that a dealer could
6          order for you outside of Ford, but it would be
7          installed on the vehicle by the time it arrived.  It
8          made the vehicle pretty customizable for a customer
9          the way it was.  It's hard to change content, but we
10         do.  Based on my experience with the Econoline
11         programs, we will paint special colors and the like if
12         a customer buys enough of them.
13    Q.   So with respect to the customizable -- you said that
14         these Transit Connects are very customizable.  We've
15         heard in other depositions in this case about things
16         called upfitters.
17    A.   Right.
18    Q.   Is that who's customizing the Transit Connects?
19    A.   Yes.  That's the description for these aftermarket
20         type companies that build custom equipment to put in
21         vehicles, including the Transit Connect, from roof
22         racks to storage bins to refrigeration units.
23              FORD EXHIBIT NUMBER 31
24              WAS MARKED BY THE REPORTER
25              FOR IDENTIFICATION
```

Public Version - Confidential Information Redacted

1    BY MS. FARRELL:

2    Q.   Okay.  I'd like to show you a document previously

3         marked as Exhibit 31.

4    A.   Okay.

5    Q.   And do you recognize Exhibit 31?

6    A.   Yes.

7    Q.   And what is it?

8    A.   What we call a sourcebook for the 2010 Transit

9         Connect.

10   Q.   What's a sourcebook?

11   A.   A sourcebook is another document that's published for

12        the benefit of the dealerships that helps him

13        understand a vehicle to be able to sell it.  It gives

14        key selling points.  It gives him some information to

15        help answer questions that we anticipate customers

16        asking.

17   Q.   Are there any other types of documents that are

18        provided to the dealership to help them in selling

19        specifically the Transit Connect?

20   A.   Well, both to dealership and the customer there are

21        brochures available.

22   Q.   And what do the brochures look like?

23   A.   Well, in today's day and age they're electronic

24        versions of the old glossy showroom brochures from the

25        past.

Public Version - Confidential Information Redacted

```
                                                  Page 160

1    Q.   Okay.

2    A.   You can pick it up and it has pretty pictures of the

3         vehicle and shows different types of colors and wheels

4         and what you can order on it.

5    Q.   The order guide and this sourcebook, are these

6         typically made available to the dealership, excuse me,

7         the dealers in paper, electronically, or both?

8    A.   Electronically.

9    Q.   Is it fair to say that most of the ordering then is

10        just simply done electronically kind of through the

11        internet?

12   A.   I don't know if it's the --

13              Yes.  It's done electronically through

14        various systems.

15   Q.   Are they proprietary systems between dealers and Ford

16        or are they able to go onto the internet and just kind

17        of order up something out of a guide that's available

18        out there?

19   A.   No.  These are proprietary systems.  I don't know the

20        exact software that's used, but it's not something you

21        can go log into.  You have to be in the network.

22   Q.   So, I mean, if a person like myself wanted to purchase

23        a Transit Connect, I wouldn't be able to go onto the

24        internet and kind of select, you know, interior trim

25        and what I wanted and then order it and then have it
```

Public Version - Confidential Information Redacted

Page 161

```
 1          show up at a dealership, I'd have to go to the
 2          dealership and order it through the proprietary
 3          software?
 4     A.   Well, I think on the Ford website you can build it and
 5          send that to a dealership, but a dealership has to
 6          order it, not you.
 7                    FORD EXHIBIT NUMBER 32
 8                    WAS MARKED BY THE REPORTER
 9                    FOR IDENTIFICATION
10     BY MS. FARRELL:
11     Q.   Okay.  I'd like to show you what's been marked as Ford
12          Exhibit 32.
13     A.   Okay.
14     Q.   And do you recognize Exhibit 32?
15     A.   Yes.
16     Q.   And what is it?
17     A.   It's the order guide for the 2011 model year Transit
18          Connect.
19     Q.   And the questions I asked you about the 2010 year
20          model Connect, would those answers similarly be the
21          same with respect to the 2011 guide?
22     A.   Yes.
23     Q.   Okay.
24     A.   It's the same type of document, and I think we're on
25          the same page, but this is the United States, the U.S.
```

```
                                                   Page 162
 1          documents.
 2    Q.    Right.
 3    A.    Both the order guide and the sourcebook we looked at
 4          are for U.S. dealers.
 5    Q.    Right, and that's what I was asking.  I'm just asking
 6          at this point just about the 227N Transit Connects.
 7    A.    Well, even narrower than that it's U.S.
 8    Q.    Oh, okay.  So it's not even North America, it's just
 9          U.S.  So it's not Canada or Mexico.
10    A.    Correct.
11              FORD EXHIBIT NUMBER 33
12              WAS MARKED BY THE REPORTER
13              FOR IDENTIFICATION
14    BY MS. FARRELL:
15    Q.    Okay.  I'm showing you what's been previously marked
16          as Exhibit 33.
17    A.    Okay.
18    Q.    And do you recognize that?
19    A.    This is the sourcebook for the '11 model year Transit
20          Connect.
21    Q.    And if I were to ask the same questions about this
22          that I asked about the 2010, the answers would be the
23          same?
24    A.    Yes.
25    Q.    Okay.
```

1                    FORD EXHIBIT NUMBER 34

2                    WAS MARKED BY THE REPORTER

3                    FOR IDENTIFICATION

4                    MS. BROUSSARD:  What exhibit is this marked

5         as?

6                    MS. FARRELL:  Exhibit 34.

7    A.  Okay.

8    BY MS. FARRELL:

9    Q.  And do you recognize Exhibit 34?

10   A.  Yes.

11   Q.  And what is it?

12   A.  It's the sourcebook for the '12 model year Transit

13       Connect.

14   Q.  And the questions that I asked about the 2010 and

15       2011, would the answers be similar with respect to the

16       2012 sourcebook?

17   A.  Yes.

18                    FORD EXHIBIT NUMBER 35

19                    WAS MARKED BY THE REPORTER

20                    FOR IDENTIFICATION

21                    MS. BROUSSARD:  Are we still going

22        sequentially?

23                    MS. FARRELL:  Yes.  We are looking at Exhibit

24        35.

25   A.  Okay.

Page 164

1    BY MS. FARRELL:

2    Q.   With respect to 35, if I can point your attention to

3         the Bates number 58258.  Actually let me back it up

4         and hit 31377.

5    A.   Okay.

6    Q.   Bates number 31377 in Exhibit 35, is that -- what I'm

7         looking at Exhibit 35 from the first page to that

8         page, is this an order guide?

9    A.   Yes.  From the beginning until and including 31377 is

10        the 2012 Transit Connect order guide.

11   Q.   Okay.  And then behind that there is a document that

12        begins at 58258 and goes until 58272.  Do you see that

13        in the same Exhibit 35?

14   A.   Yes.  Yes.  That is the beginning of the sourcebook

15        for the 2012 where Exhibit 34 is the end.  So someone

16        had some difficulty with the photocopier, but --

17   Q.   That's typical in the government that we do struggle

18        with the photocopier.  They apparently have been

19        aligned against us.

20   A.   If you take the back 15 pages of Exhibit 35, that

21        should be the first 15 pages of Exhibit 34.

22   Q.   Okay.  Thank you.

23             And those -- the questions that I would ask

24        you about the order guide and the source guide, not

25        withstanding the fact that they've managed to spread

Page 165

1           themselves over two exhibits, your answers would be

2           the same if I were to ask you about the 2012 order

3           guide and sourcebook --

4      A.   Correct.

5      Q.   -- with respect to 2011 and 2010; is that correct?

6      A.   That's right.

7                  FORD EXHIBIT NUMBER 36

8                  WAS MARKED BY THE REPORTER

9                  FOR IDENTIFICATION

10     BY MS. FARRELL:

11     Q.   I'm showing you what's been previously marked as

12          Exhibit 36.

13     A.   Okay.

14     Q.   And do you recognize Exhibit 36?

15     A.   Yes.  This is the 2013 Transit Connect order guide.

16     Q.   And if I were to ask you questions about the 2013

17          Transit order guide, would your answers be the same as

18          the questions that were asked for 2012, 2011, and

19          2010?

20     A.   For the type of questions you asked, yes.

21                 FORD EXHIBIT NUMBER 37

22                 WAS MARKED BY THE REPORTER

23                 FOR IDENTIFICATION

24     BY MS. FARRELL:

25     Q.   And we're showing you what's been marked as Exhibit

```
                                        Page 166
1         37.
2    A.   Okay.  Okay.
3    Q.   And do you recognize this document?
4    A.   Yes.  This is the 2013 Transit Connect sourcebook.
5    Q.   And the questions that I asked about the other model
6         years from 2010 to 2012 with respect to the Transit
7         Connect sourcebook, would those questions be answered
8         similarly for the Transit Connect 2013 sourcebook?
9    A.   Yes.
10                  FORD EXHIBIT NUMBER 38
11                  WAS MARKED BY THE REPORTER
12                  FOR IDENTIFICATION
13   BY MS. FARRELL:
14   Q.   And we're showing you what's been marked as Exhibit
15        38.  Do you recognize this document?
16   A.   I do not.
17   Q.   If I could direct your attention to the top of the
18        page --
19   A.   Yes.
20   Q.   -- on -- which Bates stamps 800.  It says U.S. Safety
21        Certification Label.
22   A.   Correct.
23   Q.   Does this appear to be a blown-up version in a kind of
24        template type of version of the FMVSS label that goes
25        into the doorjamb of the various vehicles that are at
```

Page 167

```
 1          issue in this case?
 2     A.   It is sort of a generic FMVSS label.
 3     Q.   So it's almost like a -- kind of a key to walk a
 4          person through the various sections of one of these
 5          safety certification labels; is that fair?
 6     A.   Yes.
 7     Q.   Do you see anything in it where the numbers -- like,
 8          for instance, number 1 states it's the wheelbase code.
 9               Is there any reason to believe that this
10          document isn't doing that, trying to explain what each
11          portion of the label stands for?
12     A.   No.  It looks like it's sort of a tutorial on what the
13          contents are.
14     Q.   And it breaks into two sections.  There's a section A,
15          non-regulated items on the safety certification label,
16          and then a section B, which we see on page 802, which
17          is regulated items on safety certification label.
18     A.   Right.
19     Q.   From your understanding is that accurate what they're
20          describing in this document, Exhibit 38, as
21          non-regulated?  Is that your understanding that that
22          is true, that those are non-regulated items and that
23          the section B, in fact, are truly regulated items?
24     A.   Appears to be correct.
25     Q.   And is that throughout the lifetime of the Transit
```

Page 168

1          Connect program in North America, which would be from
2          its -- from its J1 in 2009 through its completion in
3          2013, model year 2013?
4     A.   The bar code, it has non-regulated.  I think that
5          eventually became -- slid over to the regulated
6          portion of it, but it wouldn't affect the content,
7          just where that topic would be listed.
8     Q.   Okay.
9     A.   I'm not sure when that happened.
10                    FORD EXHIBIT NUMBER 43
11                    WAS MARKED BY THE REPORTER
12                    FOR IDENTIFICATION
13    BY MS. FARRELL:
14    Q.   I'd like to show you what's been marked as Ford
15         Exhibit 43.  I need to staple them in a bit, but there
16         are four pages to Exhibit 43.
17    A.   Okay.
18    Q.   You recognize this document, Exhibit 43, as an
19         exchange of emails; is that fair?
20    A.   Looks like it.
21    Q.   And do you recognize the names on the email?
22    A.   Some of them.
23    Q.   And who do you recognize?
24    A.   Paul Vandevert, David Leitch.  Don't know the others.
25    Q.   Had you heard anything about the Wall Street Journal

Page 169

1          asking about the Ford Transit Connect?

2     A.   Not before it happened.  I saw the article.

3     Q.   When it was printed in the Wall Street Journal?

4     A.   I think so.

5     Q.   Do you know anything about the Wall Street Journal's

6          inquiry of Ford about whether or not they had run the

7          idea of the proper classification for the Transit

8          Connect by Customs?

9               MR. BELANGER:  Objection.  This is within the

10         range of topics for Christopher Eikey.

11              MS. FARRELL:  Okay.

12              MR. BELANGER:  And so Mr. Burnett can answer,

13         but he'll only be speaking in his individual capacity.

14              MS. FARRELL:  Okay.  Well, I'll hold off and

15         I'll wait for Mr. Eikey.  Thank you for that.

16              Would Mr. Eikey also be the person who'd be

17         the appropriate person to discuss the Paul Vandevert

18         memo with regards to classification; am I correct?

19              MR. BELANGER:  Yes.

20              MS. FARRELL:  Okay.  If you'll give me just a

21         moment.

22              (Off the record.)

23    BY MS. FARRELL:

24    Q.   Just two follow-ups.  One was earlier you had told me

25         that you prepared for today's deposition by speaking

```
                                                Page 170
 1        with people, you could remember a couple of names, but
 2        you had indicated you would make a list at lunch of
 3        the people.
 4   A.   Right.  I did not.
 5   Q.   But for Mr. Kenner reminding me I would not have asked
 6        you this question.  So when you get a moment, if we
 7        can get that, and if it's not today, we can supplement
 8        the record.  We can just make it an additional
 9        exhibit.
10             MS. FARRELL:  Is that fair?
11             MR. BELANGER:  Certainly.
12             MS. FARRELL:  Okay.
13   BY MS. FARRELL:
14   Q.   We'll make it an additional exhibit to the deposition
15        when you get a moment to do that because if we're done
16        asking you questions, I don't want to make you hang
17        around.  You've been here all day and I really do
18        appreciate your time.
19             One further question.  The reduced cost seat.
20        Do you know what the material was on the outer portion
21        of that reduced cost seat?
22   A.   The upholstery material?
23   Q.   Yes.
24   A.   I don't know the name for it, but it is a, along the
25        lines of the seat, a reduced cost upholstery.  It
```

Page 171

1            doesn't have the nice sewn in patterns that the

2            standard upholstery has.

3     Q.    And the standard upholstery, is that used in the front

4            seats of the vehicles?

5     A.    Front and rear in the wagons up until the change, and

6            then some of them have the front unchanged and the

7            rear the low cost.

8                 MS. FARRELL:  Mr. Burnett, thank you very

9            much for your time today, I definitely appreciate it.

10           It's been incredibly helpful to understanding a lot

11           more in this case, although I'm still in the dark

12           about many acronyms.

13                MR. BELANGER:  So are we.

14                MS. FARRELL:  Thank you.

15                (Signature having been reserved, the

16           deposition was concluded at 4:18 p.m.)

17                FORD EXHIBIT NUMBER 46

18                WAS MARKED BY THE REPORTER

19                FOR IDENTIFICATION

20

21

22

23

24

25

Page 172

1                              I have reviewed the above

2                 transcript and have listed corrections, if

3                 any, on the attached errata sheet,

4

5    this_____day of_____, 20_____.

6

7

8

9

10                   SIGNATURE OF ROGER BURNETT

11

12   SUBSCRIBED AND SWORN to before me this_____day of

13   _____, 20_____.

14

15

16

17                        NOTARY PUBLIC

18   My Commission expires:                    .

19

20

21

22

23

24

25

Public Version - Confidential Information Redacted

Page 173

1                    CERTIFICATE OF NOTARY

2    STATE OF MICHIGAN          )

3                               ) SS

4    COUNTY OF WAYNE            )

5         I, Anne H. Chilton, Certified Shorthand Reporter, a

6    Notary Public in and for the above county and state, do

7    hereby certify that the above deposition was taken before me

8    at the time and place hereinbefore set forth; that the

9    witness was by me first duly sworn to testify to the truth,

10   and nothing but the truth, that the foregoing questions

11   asked and answers made by the witness were duly recorded by

12   me stenographically and reduced to computer transcription;

13   that this is a true, full and correct transcript of my

14   stenographic notes so taken; and that I am not related to,

15   nor of counsel to either party, nor interested in the event

16   of this cause.

17

18

19                    _____

20                    Anne H. Chilton, CSR, RPR, RMR

21                    Notary Public,

22                    Wayne County, Michigan

23   My Commission expires:  August 09, 2019

24

25

Public Version - Confidential Information Redacted

Page 174

1                          ERRATA SHEET
2

      CASE NAME: Ford v. United  States
3     DATE OF DEPOSITION: 6/29/2015
      WITNESSES' NAME: Roger Burnett
4
5     PAGE    LINE (S)        CHANGE              REASON
      ____|_____|_____|_____
6
      ____|_____|_____|_____
7
      ____|_____|_____|_____
8
      ____|_____|_____|_____
9
      ____|_____|_____|_____
10
      ____|_____|_____|_____
11
      ____|_____|_____|_____
12
      ____|_____|_____|_____
13
      ____|_____|_____|_____
14
      ____|_____|_____|_____
15
      ____|_____|_____|_____
16
      ____|_____|_____|_____
17
18
                              _____
19                                  Roger Burnett
      SUBSCRIBED AND SWORN TO BEFORE ME
20    THIS ____ DAY OF _____, 20__.
21
22
23
24    _____        _____
25    (NOTARY PUBLIC)                 MY COMMISSION EXPIRES:

**[& - 35]**                                                                 Page 1

| & | |
|---|---|
| **&** | 75:9,11 91:24 |

**0**

**03** 83:2
**09** 173:23

**1**

**1** 1:11 3:9 7:8 8:13
10:11,16 45:13,15
45:17 46:5,12
124:19 126:10
137:20 145:20,20
167:8
**1,000** 32:1
**10** 3:9 4:11 8:13
34:22 63:25 84:12
84:17,19 87:1 88:21
135:20 137:5,13
147:12
**100** 5:3 71:11,13,23
72:1 73:15,25
121:24
**100as** 140:5
**101** 5:6
**10278** 2:18
**108** 5:8
**11** 4:15 8:15 93:7,12
95:8 137:5,5,14
147:10,12 162:19
**11/19** 107:12,17
**110as** 140:6
**116** 7:3
**12** 4:19 8:13 81:6
89:11,16,23 90:3
137:5,6,15,16
153:14 163:12
**123** 5:10 132:7
**125** 5:12
**12:52** 108:3
**13** 4:21 8:13 97:1,3
97:12,17 98:11
137:6,15,16 154:4
**13-00291** 1:6

**132** 6:22
**133** 6:24
**137** 5:14
**139** 5:17
**14** 5:3 8:15 22:17
82:5,12 97:1,6
100:17,22 101:6,8,9
**144** 5:19
**146** 5:21
**15** 8:13 83:21
164:20,21
**150,000** 56:24
**1501** 2:5
**152** 5:23
**156** 6:3
**158** 6:6
**16** 8:15 63:2,25
**161** 6:8
**162** 6:10
**163** 6:12,14
**165** 6:16,18
**166** 6:20
**168** 7:5
**17** 8:15 63:2
**171** 7:7
**173** 1:11
**18** 8:13 28:1
**19** 5:6 8:14 90:16
91:4 101:23 102:3,5
102:15
**1st** 146:5

**2**

**2** 3:11 38:25 39:5
40:1,3,11,13 41:10
72:18 81:22 88:21
93:19,22 128:21
129:5,10,16 140:6
145:13
**2.5** 91:12
**20** 8:14 52:24 85:25
96:21,24 104:15
172:5,13 174:20
**20005** 2:6

**2003** 23:16
**2004** 42:20
**2005** 42:20 63:25
**2006** 64:11 89:6
100:11
**2007** 36:7 107:8
**2008** 35:25
**2009** 35:17,25 46:7
75:11 168:2
**2009.75my** 5:9
**2010** 4:4,8,12 5:7
6:7 125:7 135:19
136:24 137:4 146:5
156:20 159:8
161:19 162:22
163:14 165:5,19
166:6
**2010my** 5:4 6:4
**2011** 6:9,11 135:24
137:11 161:17,21
163:15 165:5,18
**2012** 6:13,15 75:11
90:20,24 91:2,3
146:8 153:19
163:16 164:10,15
165:2,18 166:6
**2013** 6:17,19 136:7
136:8,9 153:23
165:15,16 166:4,8
168:3,3
**2014** 75:21
**2015** 1:19 7:8 8:2
**2019** 173:23
**202** 2:7
**207** 52:13,15,19
53:4
**207/210** 53:5
**20xx** 4:16 90:3,9
**21** 8:16
**210** 53:3
**212** 2:19
**22** 5:8 8:14 93:20,22
108:10,15,17,19
120:2 122:7,19

**227** 22:19 23:9,25
24:2 100:2,5
**227n** 23:9 162:6
**23** 5:10 8:14 123:8
123:13,16 124:3,11
**24** 5:12 8:16 125:23
126:3,6 132:7
**246** 2:17
**25** 5:14 8:16 91:13
137:23 138:3,6,14
**2596** 1:16
**26** 2:16 5:17 8:14
139:2,7,9
**264-0483/9230** 2:19
**27** 5:19 8:16 89:6
144:18,23 145:5
146:3
**28** 5:21 8:16 146:23
147:3,5 153:8
**29** 1:19 5:23 8:2,14
152:8,13 153:10,11
153:12

**3**

**3** 3:13 40:17,22,24
41:3,7,10,12 94:4
101:2 120:3 121:1
130:9
**30** 6:3 8:11,14 9:9
9:12 53:20 101:3
136:17,19,17
156:10,15,17
**30th** 137:3 146:8
**31** 6:6 8:14 158:23
159:3,5
**31377** 164:4,6,9
**31st** 64:11
**32** 6:8 8:16 161:7,12
161:14
**33** 6:10 162:11,16
**3300** 52:22 53:20
**34** 6:12 163:1,6,9
164:15,21
**35** 6:14 163:18,24
164:2,6,7,13,20

**[350 - aftermarket]**                                                                 Page 2

**350**  86:21
**36**  6:16 165:7,12,14
**3669**  1:20
**37**  6:18 165:21
166:1
**38**  3:11 6:20 166:10
166:15 167:20
**39**  6:22,24 132:19
132:24 133:3,5,10
133:16 134:7,13,18

**4**

**4**  3:16 41:19,24 42:1
42:16,18,18 44:8
49:23 64:6 72:18
**4,001**  119:2
**4/24/2006**  4:6
**4/27/2006**  4:10
**40**  3:13 7:3 116:22
117:2,6,7,22
**408**  22:19 23:9 76:8
81:20 100:3,7
**408n**  23:9
**41**  3:16 117:2,6,7
**42**  7:3 116:22 117:2
117:5,6,7,22
**43**  7:5 117:5 168:10
168:15,16,18
**46**  7:7 96:18 171:17
**4:18**  171:16

**5**

**5**  3:19 42:18 43:3
62:11,16 63:8 64:7
98:8 128:21
**5,000**  119:2,3
**5,001**  119:4
**5/17/2006**  4:14
**5/23**  94:16 98:19,23
**5/23/2006**  90:5 94:6
**500**  157:15
**55,000,000**  135:12
**55,328**  135:12
**554**  126:22 129:6
130:9

**555**  128:22 129:25
130:22 131:1
**56732**  145:14
**58258**  164:3,12
**58272**  164:12

**6**

**6**  3:22 8:11 9:9,12
64:20,25 65:2,4
75:5 77:15 95:7
122:6,9 141:11
142:20 143:7
144:15
**6/22/2006**  4:18
**6/23/2006**  4:23
99:20
**6/29/2015**  174:3
**60592**  78:5
**60608**  75:6
**62**  3:19
**6314**  124:11
**6315**  124:12
**6316**  124:16,17
**6317**  124:24
**64**  3:22
**6s**  141:17

**7**

**7**  3:24 36:2,9 77:7
77:12,14 78:21
122:19 141:11
142:18,20 143:7
144:15
**736-8161**  2:7
**77**  3:24 135:9
**78**  4:3
**7s**  141:18,19

**8**

**8**  3:5 4:3 36:2 78:14
78:19,23,25 79:1
80:23 84:21 96:7
117:3,5
**8,000**  119:3,4
**80**  4:7

**800**  166:20
**802**  167:16
**84**  4:11
**8500**  119:21
**89**  4:19

**9**

**9**  4:7 80:17,22,23
81:7 83:22 84:21
137:2,3 141:11
142:20 143:7
144:15 150:2
**93**  4:15
**9365**  62:19
**97**  4:21
**9:33**  1:18 8:3

**a**

**a.m.**  1:18 8:3
**abbreviated**  44:15
**abj**  128:23
**abjba**  127:2 128:12
128:16,24 129:13
**abjbb**  129:3
**abjbc**  127:2 128:12
129:13 130:12
**abjbd**  127:2 128:12
129:13 130:12,23
**able**  10:9 33:3 53:12
53:21 55:3 58:22
60:4 68:8 106:19
111:4,18 116:9,19
127:12,15 128:11
151:17 157:3
159:13 160:16,23
**absolutely**  53:24
135:6
**absorber**  58:1
**acceptable**  59:6,9
152:3
**accessing**  19:21
**accomplished**
111:20
**account**  53:21 57:7
**accumulated**  52:4

**accuracy**  41:4
**accurate**  9:3 41:6
92:18 167:19
**accustomed**  59:13
**achieve**  53:23 96:21
**achieving**  53:24
96:24 101:3
**acronym**  16:3 66:5
115:23 122:1 131:4
**acronyms**  66:3
101:18 116:1 120:9
171:12
**act**  110:16 142:9
**actions**  95:11,12
96:2
**actual**  11:21 40:6
48:14 99:2
**actuation**  55:25
**add**  53:20 60:12
111:14 112:18
**added**  58:19 68:22
**adding**  112:7,22
**addition**  61:12
134:6
**additional**  83:8,16
170:8,14
**address**  96:1
**addressed**  11:7,20
52:3
**addresses**  52:15
**addressing**  92:22
**adhered**  148:8,9
**adhesive**  151:16,23
151:24,25
**adjust**  59:12,14
61:17
**administration**
115:25
**advance**  114:5
**adverse**  82:10
**affect**  119:13 168:6
**afford**  33:8
**aft**  59:14
**aftermarket**  158:19

Public Version - Confidential Information Redacted

age  104:8 159:23
agreement  5:20
agreements  104:16
ahead  42:21 72:15
  72:21 104:5
airbag  48:5 58:24
airport  1:15
aligned  164:19
allowed  138:24
allows  96:18
alphabetical  127:3
alt  81:21
alternative  81:22
  113:21
alternatives  81:10
  81:12
america  3:17 4:22
  12:13,18 13:1,19
  20:15 23:3,5 24:22
  25:18 26:3,3,8,11
  27:19 29:6 32:21
  33:24 34:9,16 35:1
  35:12,25 36:6,14,15
  42:7,13 43:15 44:18
  46:6 50:19 58:7,8
  58:11,12,15,20
  59:18 60:17,19,23
  60:25 61:14 62:9
  64:10 65:6 69:2,6
  70:15,25 71:3 72:10
  73:10 74:8 75:23
  76:1,2 78:10 82:20
  83:19,25 85:25 87:4
  97:22 104:12
  108:24 124:24
  125:1,3,10,12,15
  126:9 136:24
  145:22,24 162:8
  168:1
american  22:17,20
  32:14,17 34:18
  56:18,23 57:15,17
  57:20 71:19 72:7,25
  74:4 77:1 99:25
  124:7,23 125:13

149:20
americans  61:15
amount  55:24 68:23
  111:13 112:18
ampcm  66:23 101:2
  101:17,22
analysis  45:1 50:9
  50:10,11,17 51:7,7
  61:13 92:10,14,16
  96:9
angle  59:14
angles  53:14
anne  1:20 173:5,20
answer  8:23,25 10:1
  63:3 94:5 153:25
  159:15 169:12
answered  166:7
answering  9:2 11:12
  63:4 94:13
answers  67:12
  107:15 161:20
  162:22 163:15
  165:1,17 173:11
anticipate  30:18
  103:4 107:9 159:15
anymore  80:3
anyway  13:22 62:10
  79:25 108:7
apcm  104:16 107:17
apparently  38:3
  67:22 164:18
appeal  87:22
appear  166:23
appearances  2:1
appearing  2:10,22
appears  10:18 75:18
  77:21 80:25 84:24
  89:25 93:15 167:24
appendix  78:7
applied  53:14
  135:25 142:7
apply  12:20,25
  13:19 16:13 95:19
appreciate  170:18
  171:9

appropriate  87:3
  169:17
approval  5:7 37:5
  37:10,14 38:8 39:8
  39:14,18,20,20
  44:22 46:14 49:17
  49:20 57:18 63:14
  64:15 67:7 69:19
  74:14,20 85:2,8
  86:24 87:11 88:16
  93:18 94:21 102:10
  102:11,12,14,19
  103:1 104:18,19
  105:2,4,12,13,18,20
  105:24 106:14,16
  106:23 107:12,18
  107:19,25
approvals  69:9
  102:22
approve  37:1 38:19
  87:12 103:4
approved  37:16,21
  37:23 38:5,17 72:5
  105:6,8,22,23 106:8
  106:9,10,17 107:1
approves  70:18
approving  38:12
  104:1 107:2
april  89:6 146:8
arab  55:2
architecture  25:12
area  16:17 28:3,11
  28:13 48:23 50:24
  51:2,4 69:14 72:9
  72:11 88:13 98:6
  115:19 127:22
  128:9 131:14 152:1
  154:24
areas  16:18 57:9
  147:14 154:10
arounds  99:15
arrangement  137:9
arrive  109:13
arrived  158:7

arrives  109:6
art  66:25
article  169:2
asian  58:8 59:2
asked  9:24 10:1
  15:25 24:15 51:11
  88:18 150:4 161:19
  162:22 163:14
  165:18,20 166:5
  170:5 173:11
asking  9:22 15:17
  41:17 51:6 94:14
  159:16 162:5,5
  169:1 170:16
aspect  103:19
aspects  58:6 73:9
  106:25
assembled  106:19
assembler  18:14,19
  20:20 21:3
assembling  20:21
assembly  18:13,20
  18:22,24 19:17,21
  19:24 20:10,24 21:6
  21:10 43:10,13
  45:19 47:21
assessment  99:5,11
assigned  69:11,17
  69:22,24 103:14
  115:13 118:3
assignment  44:23
  69:13
assignments  5:5
assist  9:2 129:24
assistance  15:17
  16:1 50:22 51:11
associated  102:9
assume  10:1 71:18
  83:14 89:1,8 91:14
  91:15 92:7 98:21
  127:21 146:10,12
assuming  10:18
  81:24 96:19 100:2
  131:5 143:17

Public Version - Confidential Information Redacted

**assumption**  41:5
    74:15
**assumptions**  83:11
**attached**  7:9 29:2
    30:6 52:25 53:3
    90:2,17 148:11,13
    150:13 172:3
**attachment**  4:20
    5:15 6:23 52:16
    124:19,20 128:21
    132:5
**attachments**  124:12
    124:17 125:8
    145:11
**attention**  78:4 81:6
    82:5 90:16 97:1
    98:8 120:2 122:6
    126:21 129:25
    132:5 134:12 138:5
    139:6 147:2 164:2
    166:17
**attorneys**  15:17,22
    15:25 41:14 51:3
**august**  173:23
**austin**  2:4
**australia**  55:1 57:24
**authority**  71:13
**auto**  34:11,13 36:2
**automated**  19:6,9
    19:11 20:11
**automatic**  36:20
    59:9 60:12,14
**automatically**
    142:25
**automobile**  126:19
**automotive**  12:10
**availability**  92:4
**available**  33:1,1
    91:2 99:21 147:15
    147:17 158:2
    159:21 160:6,17
**avenues**  104:9
**avoid**  68:13 79:22
**aware**  41:7 98:7
    134:6 143:24

157:11,21
**axle**  16:12
**axles**  47:2

**b**

**b**  8:11 9:9,12 25:6,9
    25:25 26:8 82:15,17
    82:23 83:3,8,16
    133:3,10,16 134:7
    134:13 167:16,23
**b3haf**  128:18
**b475**  83:15,16
**back**  11:20 15:5,14
    16:25 17:7,13 20:2
    23:6,23 27:1 31:20
    35:2 39:6 42:16
    47:4 52:21 59:14
    62:2 107:14 128:19
    129:7 136:3 139:21
    151:22 158:5 164:3
    164:20
**background**  11:3
    12:7 21:20 23:12
    26:17
**backwards**  50:13
    107:21
**bailed**  35:16
**bailing**  35:22
**bailiwick**  63:2
**balance**  79:10 86:15
    87:6,9
**balanced**  72:16 86:9
    86:16
**baltimore**  122:12,14
    122:23
**bang**  49:2
**bankrupt**  34:12
    35:13,15,16,23
**bar**  140:13 168:4
**barbara**  2:3
**barnett**  1:2
**base**  25:4,5,6,10,13
    25:21 52:22 80:1
    147:21 153:2

**based**  27:14 52:4
    76:20 83:12 107:13
    130:7 135:16
    158:10
**basic**  92:19 110:17
**basically**  145:9
**bate**  126:22
**bates**  75:5,6 78:5
    124:11 128:21
    145:14 164:3,6
    166:20
**batteries**  110:3
**bbroussard**  2:9
**bc**  82:13
**bd**  81:24 82:1
**bdiaa**  128:18
**bdiaf**  128:4
**becoming**  51:5
**began**  34:13 35:12
**beginning**  46:11
    90:2 107:5 136:13
    164:9,14
**begins**  106:6 164:12
**behalf**  2:10,22 9:15
    9:16
**belanger**  2:2 32:6
    62:18,22,25 76:21
    78:23 89:17,20
    97:10 108:5 113:20
    113:22 117:4,11,16
    118:20 152:14,21
    152:25 153:4 169:9
    169:12,19 170:11
    171:13
**believe**  40:4,10,13
    41:2 75:21 81:17
    83:13 91:20 118:4
    124:19 146:22
    150:12,14 167:9
**belt**  148:11,13,16
    150:14 154:2
**belts**  52:25 53:2,2,5
    59:20 148:6,8 149:5
    150:10,12 153:18
    154:2

**benefit**  159:12
**benefits**  99:4,8,10
**best**  48:3,9 99:24
**bet**  50:2
**better**  11:19 29:4
    34:13,14 95:18
**beverly**  2:12
**beverly.a.farrell**
    2:20
**beyond**  11:1 25:25
    53:9 71:20 124:22
**big**  33:2,11,15,18,20
    34:3 38:20 52:8
    86:21
**bigger**  26:13,15 34:1
    76:22 118:22
**bill**  15:1,18 16:2,5,7
    16:8,13,20,22,24
    17:2,5,7 37:22 38:3
    38:18,19 39:18
    106:12,13 133:17
    133:19
**bills**  16:9,10,11
**bind**  9:18
**binder**  108:8
**bins**  158:3,22
**bit**  12:17,19 17:16
    28:12 98:5 102:20
    168:15
**black**  19:4 151:24
**blown**  166:23
**blue**  19:4
**board**  37:18 38:16
    39:19,21 56:11
    156:1
**body**  16:11 23:22
    24:5,5,7,20,21,23
    25:3 50:24 65:18
    82:17,17,20,23
    140:5,6,9 141:4,20
    141:21 148:12
    149:11,12,13,14,17
**bof**  65:15,17,18
**bolt**  18:4,5 120:16
    148:16

Public Version - Confidential Information Redacted

**bolts** 20:4 148:17 149:1
**bom** 16:3 17:13
**book** 91:24
**border** 1:14
**born** 21:21
**borrowed** 27:13
**bottom** 42:4 83:10 91:4 122:21 125:12
**box** 105:7,8 120:7
**boxes** 104:7
**brackets** 129:22
**brake** 60:13,14,15 118:14
**brakes** 119:13,18,24
**braking** 118:15 119:8,11,13
**break** 11:25 16:17 28:16 49:25 84:9 114:1 119:16 152:17,20,20 153:4
**breaking** 134:20
**breaks** 137:7 167:14
**briefly** 33:18
**brightness** 59:24 60:9
**bring** 12:12,18 13:6 35:24 36:13 39:23 58:4,10 60:25 71:19 80:1
**bringing** 13:18 33:12 34:22 35:11 36:4 57:15,16 67:5 69:1 73:2,7
**broad** 101:21
**broader** 73:18
**brochure** 14:21
**brochures** 159:21 159:22,24
**broken** 48:22 70:22 151:14
**brought** 13:1 27:19 33:24 57:25
**broussard** 2:3 28:16 28:18 101:8,10

118:23 119:1 163:4 163:21
**budgets** 106:5
**build** 16:15 17:8 18:10,23 43:12 48:18,20 73:4,5,7 87:8 127:5,7 158:20 161:4
**building** 17:11,20 18:2 45:12 46:17 115:12 122:22 123:1 137:10
**builds** 127:17
**built** 17:22 20:15 23:17 24:3,4,19,20 45:18 47:20,23,24 48:15,21 73:8 111:5 118:4 120:15 146:13 157:5
**bulk** 145:11
**bullet** 75:10,18 95:5 98:21
**bullets** 96:17
**bump** 119:6
**burnett** 1:13 3:3 8:4 8:12,19,20 39:6 50:5 63:3,8 84:16 133:1 145:4 152:14 153:1 169:12 171:8 172:10 174:3,19
**bush** 35:21,21
**business** 75:9 92:10 92:14,15,17 96:10 96:12 145:19
**buy** 30:15,20 31:11 31:18 91:5,8 157:14 157:15
**buying** 31:2,3,17,24 79:24
**buys** 158:12

**c**

**c** 25:6,10,11,13,14 25:15,19 26:1 82:15 82:17,20 83:3,5,12

119:2
**c12240738** 6:23
**cab** 124:7,7 125:12
**cabs** 139:1
**cadence** 85:14,16,20 86:1
**café** 95:1
**calculation** 111:3
**calendar** 136:12
**california** 145:21
**call** 13:7 25:3,13 34:3 49:9 50:24 112:16 132:16 141:14 145:8 159:8
**called** 12:11 14:1 22:10 27:22 37:5 46:19 50:9 51:25 97:11 110:7,14,15 112:10 115:3 134:2 138:17 143:21,22 158:16
**calling** 147:9
**canada** 162:9
**capacity** 43:19 63:5 75:1,10,12,17,19 92:4,24 110:19,20 111:1 112:3,13,17 112:23 113:6,9 125:20 169:13
**capture** 17:24
**car** 19:4,5,19 20:5,7 23:23 26:6,9 50:25 56:1,6 79:21 113:14 113:18,18 119:20 130:21
**care** 113:1,2
**cargo** 28:3 33:4 109:15,19 127:22 128:9 131:14,17 140:8 154:23
**carpenter** 33:7
**carry** 110:21,22 111:19
**cars** 12:18 23:18,19 26:1,10,12 31:24

38:12 130:19
**case** 12:6 13:9 36:17 41:1 73:6 75:10 85:18 92:10,14,16 92:17 96:10,12 100:16 141:13 158:15 167:1 171:11 174:2
**cause** 96:6 124:1 156:5 173:16
**caused** 15:16
**causes** 151:18
**causing** 124:4
**center** 5:18,22,24 61:25 138:16 139:25 148:13,21 150:15 153:14,23 155:16,24
**center's** 139:24
**centers** 147:8
**certain** 45:10 55:24 56:15 70:17 93:6 113:1 138:24 140:1 149:10
**certainly** 170:11
**certificate** 173:1
**certification** 6:21 14:21,23 112:2 115:3 166:21 167:5 167:15,17
**certified** 173:5
**certify** 173:7
**cetera** 54:14
**cfo** 73:15,17
**chain** 38:20 71:7 103:24
**change** 59:17 61:1 76:19 106:24 113:9 123:23,25 124:1,4 127:1,19 129:5 130:9 132:10,12 135:22,25 136:3 142:9,15 143:2,9 147:15,21 153:19 155:22 156:1,2

158:9 171:5 174:5
**changed**  46:20
59:12,21 60:2,10
61:20 106:25 113:6
113:7
**changes**  15:24 31:21
58:10 59:1,3,19
126:9,24 132:15,16
144:11 147:11
**changing**  138:19
144:13 147:17
**charge**  103:9
**charged**  139:25
**chart**  88:10,20
93:19 104:11,17
118:19 130:7
**charts**  88:8
**chassis**  24:7,16 25:2
25:11 27:9
**check**  42:16 47:22
105:7,8 110:3,5
144:2
**checks**  21:10 53:17
**chicken**  91:14,16
**chief**  69:21,24,25
70:12,23 72:7 73:10
74:4
**child**  58:23
**chilton**  1:20 173:5
173:20
**choice**  19:7
**choose**  30:7
**chris**  12:5 14:4,25
15:1
**christopher**  169:10
**chrysler**  34:12
35:13
**circulated**  104:1
**cities**  23:25
**civil**  2:14
**clarification**  62:18
**clarifies**  112:13
**class**  118:15,17
119:2,3,6,8,12,17

**classes**  119:23
**classification**  58:21
118:14 169:7,18
**classifications**
119:19
**clean**  27:12
**clear**  102:13 103:23
138:22,25
**clearances**  120:18
**clearly**  63:1
**climb**  102:22
**close**  55:22
**closing**  55:25 56:3
**closure**  55:20
**clue**  101:15,22
**coast**  145:23
**code**  22:5,7,14 83:19
116:11,12 118:3
140:9,13 141:4,20
141:21 149:13,14
149:17 167:8 168:4
**coded**  16:16 76:18
**codes**  116:7,8
126:13 127:5,7,8,16
127:18 128:2 140:5
140:7
**coding**  16:19 115:18
116:7 149:12
**collapsed**  36:2
**color**  29:20
**colors**  60:9 158:11
160:3
**column**  81:21
128:23 130:1,22
131:3
**columns**  104:19
**combination**  87:20
116:9 131:9
**combinations**  29:11
30:12
**come**  10:6 16:8
23:13,13 25:21
27:10 29:7 32:20
45:11 79:20 82:23
87:4 105:13 107:10

111:2 113:15 114:2
114:5,7 121:25
122:17 131:14
139:22 144:5 146:1
150:22
**comes**  12:8 14:24
18:13,24 19:4,5
46:17 108:1 113:11
113:14,15 132:24
**comfort**  55:8,9,13
61:15,18,21
**comforts**  56:7 57:6
**comically**  26:4
**coming**  18:19 68:16
80:9 103:7 114:11
118:5
**command**  38:20
**commencing**  1:18
**commercial**  3:20 4:4
4:8,12,17 63:10,21
83:25 87:22 90:4
103:16,18
**commercially**  87:24
**commercials**  45:14
**commission**  172:18
173:23 174:25
**commodity**  47:13
49:3
**common**  59:23
67:10 131:17
**commonly**  110:15
112:10 115:3
**communicate**
147:20
**companies**  158:2,20
**company**  1:4 5:11
5:13 9:15,18 34:13
53:15 72:6 79:21
93:3,5 121:13,15,19
121:19 122:3
133:20 150:25
151:2,3,5
**compare**  111:25
112:3

**competing**  79:22
**complaint**  3:12 40:6
41:11
**complete**  24:5 47:17
69:3 86:6
**completed**  9:1
**completely**  22:16
103:11 148:10
**completion**  168:2
**complex**  15:21
33:21 59:11
**compliance**  13:16
**complicated**  32:19
54:10
**comply**  53:17
**complying**  55:6
**component**  51:15,18
51:22 55:16 92:15
105:19,20
**components**  58:6
**composite**  141:1
**comprise**  101:6
**computer**  20:3,5,11
20:24 109:25
173:12
**computerized**  21:16
**concept**  27:4 35:11
36:5,8,12,24 37:2
37:21,25 38:1 45:6
57:15 68:6,25 86:6
126:18
**concepts**  42:13
**conceptualized**
32:25 34:8
**concern**  134:19
**concluded**  136:7
171:16
**conducted**  63:25
99:14
**configuration**  47:25
**configurations**  21:4
29:7 56:16
**confirm**  20:3 38:11
60:22 61:3,7 62:2

congested   23:25
conjunction   139:21
connect   3:17,23,25
4:4,8,12,16,20,22
5:4,7,16,20 6:4,7,9
6:11,13,15,17,19
11:4 12:13,13,15,19
14:16 15:3,20,25
17:1 18:9,11 21:4
21:11,21 22:1,2,8
22:13,16 23:8,9,10
25:17 26:18 27:5,6
27:17,19 28:22 29:7
30:23 32:11,20,22
33:12,16 34:4,8,18
34:22,25 35:12,24
36:6,20 37:21 42:9
44:18 46:6 50:18
51:8,9 53:2 54:17
56:8,14,17 57:14,19
58:7 59:5 63:22
64:9 65:4,13 67:6
69:5 70:14,20,25
72:19 75:22 76:3,7
77:17,24 78:1,10,12
81:1,9 83:4,5,9
86:25 87:4,17,19
90:4,20 96:10,13
97:21 98:14 99:5
103:12 104:12
108:23 111:22,23
123:6 129:17 136:6
136:23 146:17
147:10,13 151:6,13
153:15 156:20
157:11,20,22 158:5
158:21 159:9,19
160:23 161:18,20
162:20 163:13
164:10 165:15
166:4,7,8 168:1
169:1,8
connect's   36:17
connection   10:22
11:16 31:21 86:25

88:1 100:14 108:23
146:17,21
connects   20:14,21
29:15 31:18 32:2
54:19 109:13
116:16 118:1
139:13 146:13
157:15 158:14,18
162:6
consider   20:17 26:8
79:9 88:9
considered   25:19
31:10 32:17,20
72:23 73:3 80:9
83:5 88:3
considering   37:3
78:8 79:9,12
consistent   53:14
console   61:25
constantly   44:13
constructed   123:2
construction   122:22
consult   68:10,12
consulted   41:10
consumer   57:1
contain   107:24
contains   128:18
contemplating
121:6 156:23
content   58:18,19
89:25 123:25 124:4
158:9 168:6
contents   3:1 112:3
167:13
context   37:12 65:19
76:24 91:23 101:15
129:17
continuation   146:11
146:12
continue   43:11
continued   4:1 5:1
6:1 7:1 146:15
continuity   43:5
continuous   109:19

contract   145:9
146:2,3,7,8,21
contribute   68:8
control   17:16
conversion   109:8
121:4,5,7,8
conversions   120:5
120:25 121:10
142:2
convert   33:4,9
converted   109:15
154:17,18,24
conveyed   18:18
94:22 106:16
coordinating   19:3
copies   117:14
copy   117:11,13
118:22
correct   9:17,19
20:15 22:6 25:22
35:20 40:16 58:24
64:3 75:14 90:15
117:21 124:21,22
129:15 130:8,13
131:20 136:7
141:15 143:3,4,8,13
148:3 149:16 153:9
153:21 155:2,3,5
162:10 165:4,5
166:22 167:24
169:18 173:13
correction   124:6
corrections   172:2
correctly   19:22
cost   129:10,16
132:17 133:18
134:2,22 135:1,2,3
135:9,13,16,18
136:4 170:19,21,25
171:7
counsel   8:9 10:5,7,8
12:1 173:15
countries   22:23 55:1
55:2

county   173:4,6,22
couple   67:22 116:16
129:21 145:20
170:1
course   60:16
court   1:1,6 8:23 9:3
128:25
cover   89:10 109:19
covering   8:10
109:18 154:16
crash   36:15 47:1,8
48:7 54:10,11,12,13
58:11 68:9,10
crashes   58:16
crawling   116:2
create   104:14
created   77:25
creature   56:7 57:6
critical   20:1
cross   87:24
crown   26:13,14
cs   26:10
csr   1:20 173:20
cubic   110:23
cumbersome   151:16
151:18
cup   61:24
curb   112:10 125:19
131:21,24 132:1
current   17:10 22:13
68:25 99:23
currently   17:11
custom   158:20
customer   31:3,11,14
31:16 33:6 34:21
35:10 36:18 55:18
55:21,23 56:5,6,12
57:8 59:3,6 63:20
79:19,19,24 80:1,4
80:9,10 86:17,18
87:22 93:3 103:20
158:8,12 159:20
customers   27:14
30:19 31:18 33:2
35:9 44:4,5 56:10

Public Version - Confidential Information Redacted

62:8 80:1,2,5
131:15 159:15
**customizable**
157:25 158:8,13,14
**customized**  55:15
**customizing**  158:18
**customs**  1:14 91:12
91:19 94:6,25 97:9
99:14 169:8
**cut**  132:6
**cycle**  4:5,9,13 79:2,7
83:11 84:22 85:1,8
85:13,14,22,23
86:24 87:11,12
94:21
**cylinder**  72:18

**d**

**d**  26:1,12 119:3
**damage**  151:21
**dark**  138:15 171:11
**date**  27:9 42:3 46:7
49:1,2 89:9 90:1
98:20 107:11 146:7
146:14 155:19,20
174:3
**dated**  64:11 98:24
**dates**  68:1 83:1 84:4
137:20
**dave**  12:9,23 13:5
14:4
**david**  168:24
**day**  159:23 170:17
172:5,12 174:20
**dc**  2:6
**dciv**  124:8
**deadline**  51:16
**deal**  11:7 12:6 51:23
54:12 70:12 72:3
149:22 155:8
**dealer**  29:18,18 31:8
31:22 32:3,4 127:14
158:3,5
**dealer's**  30:18

**dealers**  30:16,22
160:7,15 162:4
**dealership**  31:20
127:12 157:4 158:1
159:18,20 160:6
161:1,2,5,5
**dealerships**  31:25
109:7 157:2 159:12
**dealing**  73:18 133:4
149:23 154:8
**deals**  73:19
**dealt**  36:21 58:4
109:18 144:5
148:15
**dearborn**  120:6
**decided**  32:13
**deciding**  71:20
**decipher**  101:12
**decision**  19:12,13
26:20 35:24 39:23
71:22 91:11 106:20
**decisions**  58:25
92:19
**decode**  128:13
**decoded**  115:19
**decoder**  115:21
116:4,5,17,17,19
**dedicated**  69:25
70:1,7,9 81:17
**defendant**  1:9 2:22
3:14
**define**  53:12
**defined**  13:11 31:16
102:24
**defining**  49:21,22
**definitely**  88:14
103:16 171:9
**definition**  13:4,8,10
13:18
**delay**  116:15
**delete**  155:1
**deleted**  127:1,19,24
129:3 133:17 154:6
154:25

**deleting**  154:23
**delivery**  23:17,25
**demand**  73:5 86:13
**demands**  36:18
**demonstrate**  13:15
48:23 49:13
**dep**  12:2
**department**  2:14
50:9
**depend**  114:17
**depending**  19:25
47:12 48:4,10 68:23
76:16 118:15
**depends**  13:11
94:23 109:5
**depict**  122:11 134:3
**depicted**  122:9
134:7 138:13 139:1
**depicting**  132:14
134:17,23
**depiction**  122:21
138:16
**deposed**  8:20 12:5
**deposition**  1:13 3:10
8:9,11,22 9:9,12
10:18,22,23,25 11:2
11:5,10 15:6 41:19
44:12 157:19
169:25 170:14
171:16 173:7 174:3
**depositions**  158:15
**describe**  33:18
**described**  14:19
44:8 49:23 95:18
106:21 128:16
**describes**  17:12 26:1
124:12 148:22
**describing**  167:20
**description**  124:1
125:6 128:13 129:5
130:1,9 158:19
**descriptions**  133:24
**descriptive**  128:14
128:15

**descriptively**  46:21
47:11
**descriptor**  67:8
101:21
**design**  11:21 19:12
27:12,15 49:10 50:9
50:10,11,17 51:7,9
51:12 56:4 111:19
**designated**  9:11
130:23
**designating**  29:5
**designation**  17:4
25:24 150:1
**designations**  23:4
127:4
**designed**  23:15
33:13 44:14 57:21
57:23 59:7 111:4,18
119:13 139:19
**designing**  56:24
**desire**  43:6
**desired**  102:16
**detail**  39:22 40:12
40:15 41:8 108:2
156:1
**details**  60:6 61:23
72:8 132:10,13
**determine**  15:1,18
47:9 48:9 58:22
72:3,13 87:3,15
92:23 111:17
119:25 137:19
141:6
**determining**  48:3
78:2
**detroit**  1:15,17 8:1
**develop**  49:6
**developed**  34:21
59:10 60:19 88:11
98:25 100:11
138:21
**developing**  99:4,10
**development**  35:7
45:22

**diesel** 59:5 124:25
**difference** 18:20
   27:24 28:5 91:17
   111:6 118:16
   142:18
**differences** 15:2,19
   142:12
**different** 15:2,19
   18:14,21 23:19
   29:11 30:12 33:16
   33:22,23 34:4,6
   36:17 47:13 54:25
   56:9,10 57:3 58:15
   59:24 60:6,8,17,24
   61:6,18,24,25 62:5
   62:7,10,19 67:22
   68:1,3,4,21 70:11
   76:10 77:21 81:14
   86:6 100:4 104:9
   105:2,3 106:25
   114:18 119:24
   122:5 124:2 130:15
   130:16 132:4
   145:17 147:16
   160:3
**differently** 13:3
   60:15 61:15 76:24
**difficult** 152:6
**difficulty** 164:16
**direct** 78:4 120:2
   122:6 126:21
   134:12 138:5 139:6
   166:17
**direction** 5:11,13
   105:14,17,18,21
   106:1,7,22 107:3,5
   107:10,20,22,23
   123:18,19,22 126:7
**directional** 114:22
**directly** 31:6 32:3
**directors** 37:15,18
   39:19
**disappears** 43:3
**discontinued** 42:12
   42:15

**discovery** 34:17
**discuss** 10:8 48:20
   169:17
**discussed** 25:5
   80:11 149:10
**discussing** 108:19
   145:16 147:25
   148:2 153:17
**discussion** 4:14 32:9
   76:16 78:12 79:16
   79:17 98:12 105:10
   133:14 154:15
   155:15
**discussions** 102:25
**dismantler** 150:6
   151:10
**dismantling** 151:1
**display** 20:23
**disposal** 150:22
**dispose** 150:20
**disposed** 150:9,18
**dissolution** 81:24
**distinction** 62:23
   76:17,25
**distinctly** 34:3
**division** 2:14
**document** 3:18
   10:17 17:12,21 39:4
   40:8 41:23 44:9,17
   44:19 48:14,18,19
   49:23 62:15,19
   63:21 64:5,5,10
   65:20 67:4,9 79:2
   79:13 80:14 81:17
   83:21 84:16,25 85:1
   88:2,19 89:15 93:14
   97:19,21 98:9 99:2
   99:11 100:24 101:1
   102:9,11,12 103:25
   107:16 108:14
   112:5 120:9 121:22
   122:19 123:12
   125:14 126:2,13
   127:9,23 132:9,10
   132:23 133:2,11,13

133:15 134:23
138:2,8 144:25
145:13 147:2
152:12 156:14,23
157:2 159:2,11
161:24 164:11
166:3,15 167:10,20
168:18
**document's** 98:24
**documentation**
   20:19
**documents** 11:8,20
   14:1,20 18:17 22:3
   22:9 25:7 37:6 41:1
   41:15 48:13,24 49:9
   49:16 51:10 81:4
   84:23 88:5 89:25
   93:16 104:6 133:9
   152:24 159:17
   162:1
**doing** 17:17,18
   19:21 36:8,10 48:25
   61:12 68:14 74:13
   76:16 121:20
   145:10 149:8 152:6
   167:10
**dollar** 71:13 72:1
   73:16,25
**dollars** 71:12,24
   73:21 96:19
**door** 5:16 29:12,13
   30:9,10,10 44:2
   55:20,22,25 56:2
   57:10,10 109:21
   130:16,16 131:6,7
   131:22,22,24
   138:17,22 148:11
**door's** 28:12
**doorjamb** 110:10,12
   115:4 166:25
**doors** 19:1,14 28:8,9
   30:11 149:7,15
**double** 124:7,7
   125:12

**drafting** 41:11,15
**drivable** 112:11
**drive** 18:6 33:22,22
   34:1 46:1 71:1,2,6
   87:23 103:20
**driven** 20:7,11
   58:14 120:17
**driver** 119:25
**drivers** 119:23
**drivetrain** 24:7,16
   25:2,12
**drivetrains** 27:9
**drop** 104:7
**dual** 130:3
**duly** 8:5 173:9,11
**dummy** 54:11,14
**dumpster** 150:22
**duplicative** 132:1
**durability** 47:1
   55:19 56:4,15,18,20
   56:23 57:2,5,9 58:1
**duties** 91:18
**duty** 34:1 91:12,19
   94:6,25
**dvp&r** 49:10
**dynamic** 52:18

**e**

**e** 23:7 26:1,13 66:12
   66:15 67:19 76:12
   88:18,25 126:14
**earlier** 11:11 12:22
   15:10 21:19 28:21
   36:6 44:11 50:5
   51:12 63:12 64:13
   75:1,15 79:8 82:7
   82:16 88:18,18 92:6
   93:25 95:17 97:3
   98:23 102:21
   106:11 125:18
   126:11 135:17
   137:10 138:12
   145:16 149:10
   153:18 154:20
   156:22 169:24

Public Version - Confidential Information Redacted

**early**   15:18 44:21
  136:14,16,17
**easily**   12:8
**east**   145:23
**easy**   61:14
**econoline**   33:25
  34:2 158:10
**effect**   63:13 82:10
  146:4
**effort**   151:8
**eight**   44:1
**eikey**   8:15 12:5 14:4
  14:25 15:1 169:10
  169:15,16
**either**   19:11 25:18
  32:2 41:10,11 66:19
  102:6 104:23
  153:20 173:15
**electric**   120:17
**electronic**   159:23
**electronically**   160:7
  160:8,10,13
**electronics**   104:8
  147:15
**elena**   88:23 89:2,4
**else's**   49:5
**email**   89:24 90:2,17
  104:2 168:21
**emailed**   104:5
**emails**   4:20 5:15
  6:23 7:6 104:6
  168:19
**emblematic**   79:13
**emissions**   144:10
**empty**   112:11,14
**enactment**   155:6
**ended**   21:22 121:5
  121:13,20 136:25
  137:4
**ends**   60:7 132:7
  136:11
**enforcement**   119:25
**engine**   16:11 59:5,7
  72:18 86:22 116:11
  116:12

**engineer**   49:2,7,11
  69:21,24,25 70:9,12
  70:23
**engineering**   36:22
  37:3 38:10,14 46:15
  46:17 47:5,6 48:3
  48:23 49:7 50:11,24
  68:15,22 69:15,20
  69:20 70:4,13 74:11
  86:8,9 88:14,15
  92:18,25 98:6
  105:16,17 106:2,4
  111:20 123:23
  126:8,17
**engineers**   21:8
  38:13 51:14 64:3
  68:11 70:11 111:16
**english**   96:4,16 98:1
  99:7 127:14
**ensure**   54:15
**entered**   66:17
**entire**   16:8 21:8
  23:1
**entirely**   19:9 45:6
**entirety**   69:8 146:4
**entitled**   79:2 85:1
**entry**   66:10,12,22
  134:19
**equipment**   158:4,20
**errata**   172:3 174:1
**escobedo**   81:22
**escort**   23:17,21
  26:21 28:24 29:1
**especially**   103:11
**esq**   2:2,3,12,13
**essentially**   21:15
**establish**   53:21
  54:15
**estimate**   135:8
**et**   54:14
**euphemistically**
  123:20
**euro**   26:20
**europe**   12:18 14:17
  23:16,18,24 24:1

25:18 26:18 27:17
  27:18,21 28:15,22
  29:14 30:3,21 32:16
  32:23 33:2,21 36:21
  46:4 57:23 58:2,16
  59:5,9,23 60:17,23
  61:6,14 62:7 76:6,8
  83:4,6,9,17 91:7,10
  97:7 99:23 124:22
**european**   22:23
  23:4,14,18,21 27:7
  29:4,6 32:12 36:4
  36:14 55:1 57:22
  58:8 59:2 60:3 69:1
  73:7 95:20 100:6,15
  124:20 125:4,5
**europeans**   59:13
  61:16
**euros**   135:12,12
**event**   65:11 67:9
  77:19 84:5 173:15
**events**   65:15 157:21
**eventually**   24:20
  37:16 56:19 69:19
  70:16 73:12 105:17
  114:24 168:5
**everybody**   38:15,16
  67:16 68:12 106:3,4
**evolution**   57:20
  68:25 69:2 93:16
**evolved**   33:13
**exact**   15:2,19 46:7
  160:20
**exactly**   18:5 38:21
  38:23 47:23 52:19
  53:12 85:13 89:3
  103:23 104:7
  127:21 140:12
  141:25
**examination**   3:5
  8:17
**examined**   8:7 11:8
**example**   16:18 18:8
  19:14,25 47:10,14
  52:5 53:19 56:1

60:18 61:5 77:2
  120:16 128:16
  133:21 156:2
**examples**   36:18
**exceed**   112:19
**exception**   136:15
**exceptions**   136:13
  157:14
**excepts**   63:22
**excerpts**   63:23
**exchange**   168:19
**excuse**   8:11 78:25
  106:13 120:10
  153:11 160:6
**exhibit**   3:8,9,11,13
  3:16,19,22,24 4:2,3
  4:7,11,15,19,21 5:2
  5:3,6,8,10,12,14,17
  5:19,21,23 6:2,3,6,8
  6:10,12,14,16,18,20
  6:22,24 7:2,3,5,7
  10:11,16 38:25 39:5
  40:1,3,11,13,17,22
  40:24 41:3,7,10,10
  41:12,19,24 42:1
  44:8 49:23 62:11,16
  62:21 63:8 64:6,7
  64:20,25 65:2,4
  75:5 77:7,12,14,15
  78:14,19,21,25,25
  80:17,22,23,23 81:6
  83:21 84:12,17,19
  87:1 88:21 89:11,23
  90:3 93:7,12 95:8
  97:12,17 98:11
  100:17,22 101:6,9
  101:23 102:3,5,15
  108:10,15,17,19
  116:22 117:3,5
  120:2 122:7,19
  123:8,13,16 124:3
  124:11 125:23
  126:3,5 132:7,19,24
  133:2,3,5,9,16
  134:13,18 137:23

Public Version - Confidential Information Redacted

138:3,6,14 139:2,7
139:9 144:18,23
145:5,20 146:2,23
147:3,5 152:8,13
153:8,11,12 156:10
156:15,17 158:23
159:3,5 161:7,12,14
162:11,16 163:1,4,6
163:9,18,23 164:6,7
164:13,15,20,21
165:7,12,14,21,25
166:10,14 167:20
168:10,15,16,18
170:9,14 171:17
**exhibits**   3:7 4:1 5:1
6:1 7:1,9 117:2,22
165:1
**exist**   21:5,11,16
23:14 60:14
**existed**   27:17 32:16
**existence**   32:11
**existing**   103:6
**exists**   17:6 63:19
**expect**   36:19 40:16
53:13 55:24 56:2,10
61:15,16 62:8 64:16
80:12 95:4 104:10
145:10 153:24
155:12,14
**expectation**   59:3
86:21
**expectations**   56:6
86:18
**expecting**   56:13
**experience**   39:21
53:12,15 157:20
158:10
**expertise**   69:15
**experts**   74:9
**expires**   172:18
173:23 174:25
**explain**   167:10
**explaining**   21:2
150:16

**explanation**   32:15
**explorer**   85:24 86:1
86:2,3,5,6,19 103:7
103:8,9
**extra**   28:7,8,8 76:14
150:14
**extracts**   150:6
**extreme**   19:14
**eyes**   118:13

**f**

**f**   86:21
**fabric**   150:8
**face**   135:13
**facility**   31:19 109:14
110:2 122:12
**fact**   9:14 16:24 20:3
36:16 89:9 107:19
164:25 167:23
**fair**   9:4 10:3 19:22
20:12 21:23 23:10
24:25 30:16 32:5,14
37:25 43:4,8 51:16
61:11 65:6 75:22
77:5 81:1 82:10
85:21 87:1 129:2
133:16,25 136:20
145:24 148:21
150:11,23 152:5
153:16 160:9 167:5
168:19 170:10
**fairly**   67:10 72:5
150:25
**falls**   103:11
**familiar**   24:8 45:15
66:21 88:13 133:13
134:10 141:11
**family**   33:8
**far**   15:14 16:25
114:5
**farrell**   2:12 3:5 8:8
8:17 10:14 28:17,20
32:10 39:3 40:20
41:22 50:2,4 62:14
62:20,23 63:6,7

64:23 77:3,10 78:17
78:24 80:20 84:10
84:15 89:14,19,22
93:10 97:15 100:20
101:9,11,14 102:1
108:3,6,13 113:24
116:25 117:7,13,18
119:7 123:11 126:1
132:22 133:8 138:1
139:5 144:21,24
145:3 147:1 152:11
152:19,22 153:1,5,7
156:13 159:1
161:10 162:14
163:6,8,23 164:1
165:10,24 166:13
168:13 169:11,14
169:20,23 170:10
170:12,13 171:8,14
**fashion**   146:14
**favor**   133:1
**feature**   33:1 131:17
**features**   6:7,9,15,17
129:18 157:4
**fed**   53:9
**federal**   2:16 13:6
47:9 49:14 51:19,20
52:1,2,15,20 53:8
53:10,25 54:3,16,19
54:21 58:13 61:8,8
61:9 95:21,22 96:4
115:20
**federalize**   95:13
**feed**   20:2
**feedback**   20:6
**feels**   43:6
**field**   2:15 50:13
**fielded**   41:14
**fiesta**   23:18,22
26:22 28:24 29:2
**fiestas**   26:9
**fifth**   75:10
**figure**   15:22 49:3
57:2 101:16,18
127:15 128:11

141:20
**figured**   51:15
**fill**   14:9 35:6 42:14
**filled**   66:3
**filler**   109:16 149:2
**filter**   16:21
**final**   21:10 46:24
47:19,22,24 109:24
**finally**   10:5 38:16
120:9
**finance**   73:22
**financial**   104:20
105:4
**find**   38:22 107:21
127:11,18 137:20
155:15 157:16
**finish**   39:7
**fired**   146:18
**first**   3:15 8:5 15:23
25:15 35:1 42:3,24
43:1 46:21 51:10
93:1 102:15 107:21
117:20 124:11
127:1,19 128:24
134:13,18 136:25
164:7,21 173:9
**fit**   19:15 71:20
87:20 103:13,22
**five**   124:12
**flat**   18:22
**fleet**   31:3,7,9,10,11
31:14,18 32:1 56:2
57:5 147:20
**fleets**   31:23,24
**flex**   42:22,24 43:1
43:11,12,18,23
**flipping**   33:4
**floating**   10:19
**floor**   62:1 109:18,19
127:1,19,21,24
128:4,5,8 129:2,14
148:15,18 154:5,6,8
154:10,14,15,16,21
154:23,25

Public Version - Confidential Information Redacted

flow   14:24
flying   38:12
fmvss   14:21 52:13
  53:3,4 60:18 112:1
  115:1,2,6 116:8
  142:24 166:24
  167:2
fna   83:11
foam   150:8
focus   24:6,9,9,10,12
  24:13,17 25:14,14
  25:16,21 26:11
  27:15 51:2,3
focused   50:12,14
  80:25
foe   91:5
follow   18:16 74:18
  124:10 169:24
followed   146:20
following   135:25
  139:18
follows   8:7
food   71:7
foot   109:17
force   52:24
ford   1:4 3:9,11,13
  3:16,19,22,24 4:3,4
  4:7,8,11,12,15,19,21
  5:3,6,8,10,11,12,13
  5:14,17,19,21,23
  6:3,6,8,10,12,14,16
  6:18,20,22,24 7:3,5
  7:7 8:12 9:15 10:11
  14:24 16:5 22:5,14
  24:10,12,13,17
  25:14,25 26:20 27:3
  27:5 31:6,22 32:3
  35:5 36:24 37:7,13
  37:20,22 38:3,18,19
  38:25 39:5,18 40:17
  41:24 42:7,21 43:4
  43:15 44:12,24 45:5
  49:14 50:6,11,14,23
  50:23 51:19,20,24
  51:25 52:2,9,19

53:8,9 54:2,20,21
  55:6,14 57:1,6
  58:13 61:14 62:11
  62:16 63:5,11 64:20
  64:25 66:2,12,15
  67:15,19 68:18 69:7
  69:23 70:18,21
  71:12,21 72:9 73:9
  73:14,15,22 76:18
  76:25 77:7,19 78:8
  78:14,19 79:8,21
  80:7,17 81:1,24
  82:7,23 84:12,17
  85:16 87:21 88:18
  88:23,25 89:2,4,11
  89:16 91:7,10 93:5
  93:7 97:12,17
  100:17,21 101:23
  102:3 103:3,14
  106:13,13 108:10
  108:15 110:9
  111:16 116:3,4,9,13
  116:22 117:2,9
  118:7 120:6 123:4,8
  123:13 125:23
  126:18,20 132:19
  133:5,20,22 137:23
  139:2,14,19 144:18
  144:23 146:16,23
  150:20 151:11
  152:4,8 155:24
  156:10,15 158:6,23
  160:15 161:4,7,11
  162:11 163:1,18
  165:7,21 166:10
  168:10,14 169:1,6
  171:17 174:2
ford's   13:7 31:15
  58:17 98:4 137:20
  146:20
fords   31:17
fore   59:14
forecasting   35:8
foregoing   173:10

foreign   13:14
forget   133:4
forgetting   143:14
forgive   78:25 85:5
  129:8
form   105:9,13 133:9
formal   98:3,7
  106:23
format   20:21 21:17
  39:12
forth   8:10 11:10
  129:7 139:21 173:8
forward   33:5 52:23
  53:7 68:20 74:15
  85:15 115:13,15
  135:16,18
found   45:13
four   20:4,7 86:2,5
  118:12,14,25 119:1
  168:16
fourth   118:11 130:1
frame   36:1,3 43:3
  56:25 65:18 87:20
  137:2 147:18
freestar   42:11,15,19
  42:25 43:2,10,24
front   23:23 33:22
  48:7 58:22 59:12
  61:17,22 68:12 71:1
  71:2,6 87:22 89:24
  103:20 125:17
  171:3,5,6
fruition   23:13
full   33:20 47:2
  128:5,6,8 129:3
  154:18 173:13
fully   9:25 57:20
  75:12
func   128:16
function   46:25 49:8
functional   128:17
fundamentally
  21:17
further   48:22 128:1
  170:19

fusion   19:14 26:12
fusions   18:23
future   35:6,7,10
  44:13,13 50:14
  85:15 100:8

**g**

gain   88:7,7
gains   68:20,21
gangbusters   68:9
garage   99:18
gasoline   59:6
gcc   55:2
general   34:12 35:22
  45:25 109:4
generally   13:13
  79:17 80:12 103:1
  114:5
generic   167:2
genesis   41:13
geo   26:10
geographic   46:3
getting   64:15 74:23
  85:3 108:7
giant   16:21
give   122:1 169:20
given   17:1 44:23
gives   110:12 111:5
  159:13,14
glad   24:15 80:15
glass   5:16 130:11,12
  130:14,15,16,18,24
  131:3,6,7,16 138:12
  138:13,15,17,19,22
  138:25,25 140:24
  140:25 141:3,6,17
  142:3 149:6,18,18
  149:19,21,24 150:9
  150:24,24 151:12
  151:17,19,22 152:1
  152:2 154:3
global   3:21 63:11,15
  82:8,13,15
glossy   159:24

Public Version - Confidential Information Redacted

gm  35:12,15
go  16:25 17:13
19:17 26:20 31:20
32:2,3,6 37:25 39:6
39:10 42:16 43:8
46:13 47:4 48:3
53:9 60:22 62:1,3
67:16 68:9 71:24
72:15,21 74:15
92:23 103:24
107:14,21 109:14
112:22 113:3 128:1
135:16,18 138:25
139:15 141:20
150:6,12 151:2,10
160:16,21,23 161:1
goal  134:25
goals  72:25 73:1
goes  16:22 20:5
36:24 37:15,18 38:9
39:11,18 53:17,19
63:13 64:14 71:20
113:5 114:18 142:8
148:14 150:10,14
164:12 166:24
going  8:13 10:1
11:20,20,25 12:5,25
14:6 15:7 17:19
18:20 19:15 28:12
28:13 34:10 35:16
36:12 37:2 43:5
44:3,5,6 47:23
48:18,20,21 49:13
55:15,18,21,23 56:2
56:5 57:22,24 58:2
58:4 60:4 61:21
65:24 68:6 69:16
71:16 72:5 73:9
74:5,5,8 79:20 87:7
91:10 95:25 96:5
103:9,17,19 104:25
105:7 108:4 114:15
114:24 115:13
127:8 128:25 129:7
131:22 139:21

143:18 144:25
152:15 156:5
163:21
gomez  66:25
good  32:13 38:23
72:22 78:2 92:20
108:6
gosh  132:6
government  13:16
35:17 52:8 61:10
66:2 116:3,10
164:17
gps  147:19
gray  19:5
great  11:7,24 12:6
19:17 51:23 54:12
68:10 72:3
greatest  86:19
groceries  58:23
group  44:12 46:17
47:19 48:4,9,10
50:11,13,15,21 71:2
71:25 72:10,12
94:17,19 103:20
104:25 105:2
106:17,19 107:1
groups  68:4 74:2,11
grows  69:11
gtm  125:17
guess  38:22 56:16
59:11 111:20
128:17 132:1
140:11
guide  117:3 127:11
127:12 156:20
157:1,5 160:5,17
161:17,21 162:3
164:8,10,24,24
165:3,15,17
guides  14:21 156:22
guilty  63:23
guy  21:6 38:22
gvm  125:17
gvw  111:3,18,25

**h**

h  1:20 173:5,20
half  152:15
hand  47:20,24 75:7
131:16,19
handed  8:9 104:3
handle  8:13
handling  8:15,16
hang  170:16
happen  30:2 38:10
58:16 67:11 106:6
happened  107:14
135:20 168:9 169:2
happening  38:6
happens  14:13
78:12 111:17
141:18 150:5,16
happy  44:7 63:3
143:18
hard  158:9
harder  130:20
he'll  169:13
head  76:12 129:20
129:22 156:3,4
heading  81:9
headings  128:23
headlight  59:25
headlights  59:22
headrests  156:7
hear  85:16
heard  9:25 10:2
11:11,17 97:25
158:15 168:25
heavier  34:1 119:5
119:23
heaviest  48:7
heavy  111:24
119:19
heights  33:23
held  32:9
help  9:2 13:5 42:6
101:7,12 116:20
122:2,13 138:20
159:15,18

helpful  21:13
171:10
helping  15:21 65:20
101:15
helps  127:13 159:12
hereinbefore  173:8
hide  151:22
high  30:6 72:5 95:12
96:2 135:11,15
higher  69:23 70:18
70:19,21 71:7 72:8
73:14
highest  70:1,6,8
highway  115:24
hired  146:16
history  14:15
hit  164:4
hold  169:14
holders  61:24
hole  148:18
holes  109:17 148:15
149:2
homologation  12:11
12:22,24 13:2,8,10
14:1 95:16,18
hon  1:2
hood  86:23 144:7,10
hoping  116:19
hour  60:11 152:15
house  143:18
hum  31:4,13 54:8
55:17 88:22
hundreds  45:21
46:9
hydraulic  119:2,3

**i**

idea  32:13 35:1 37:1
68:10 72:22 78:2
92:20 151:9 169:7
ideal  81:25
identical  133:13
identification  10:13
39:2 40:19 41:21
62:13 64:22 77:9

Public Version - Confidential Information Redacted

78:16 80:19 84:14
89:13 93:9 97:14
100:19 101:25
108:12 115:15
116:24 123:10
125:25 132:21
133:7 137:25 139:4
144:20 146:25
152:10 156:12
158:25 161:9
162:13 163:3,20
165:9,23 166:12
168:12 171:19
**identified** 90:12,13
96:5 107:3 119:15
119:17 127:18
128:5 140:5,14
141:25 145:21,22
**identifies** 128:1
145:9
**identify** 105:22
106:8 118:4 127:8
140:7 141:2
**identifying** 119:12
119:18
**ii** 6:24 133:5
**illuminated** 54:6
**ilo** 83:12
**image** 93:5
**impact** 52:18 95:12
96:2
**implicate** 155:23
**implications** 95:1
**import** 3:23,25 5:4
5:20 32:17 65:5
74:7 77:18,23 90:19
94:6,25 146:17
**important** 8:24 57:8
**importation** 74:8
91:18 157:23
**imported** 12:21
21:22
**importing** 99:5,8
**improve** 63:20

**inaccuracies** 40:11
**inaccurate** 41:3
**inception** 42:6
**inch** 52:22 53:20
**inches** 28:1
**include** 148:6
**included** 141:21
150:15
**includes** 32:22
108:2 127:16
**including** 14:20
148:25 158:21
164:9
**inclusive** 134:4
**income** 99:1,2
**incorrect** 40:14 41:7
41:9
**incorrectly** 14:3
**incredibly** 171:10
**index** 6:7
**indicate** 11:9
**indicated** 39:7 64:13
81:4 93:25 106:11
147:24 170:2
**indicates** 96:12
**indication** 82:12
94:4
**indicator** 18:15
**individual** 35:3
48:16 63:5 71:15,23
169:13
**individuals** 7:8 74:2
107:2
**industry** 34:11 36:2
**inertia** 52:18
**inflate** 110:11
**info** 140:24
**information** 18:18
20:22 79:15 110:9
110:17 111:2 113:8
115:5,16 134:22
140:9 141:24
149:11 159:14
**informative** 38:5

**informed** 39:20,23
**informing** 116:10
**initial** 107:5
**initially** 34:24
**initiation** 98:2
**inquiry** 169:6
**inside** 50:22 111:8
113:13,13,16
131:11
**inspection** 117:9
144:1
**inspections** 110:3
142:8
**install** 19:1 154:13
158:4
**installation** 20:1
122:23
**installed** 129:11
158:7
**installing** 20:4
147:23
**installment** 93:15
**instance** 18:9 57:14
110:9 167:8
**instruction** 139:14
**instructions** 146:21
154:7
**intellectually** 112:21
**intended** 46:3 62:20
114:19
**intent** 60:7
**intentionally** 88:6
**interacts** 49:4
**interest** 93:1
**interested** 144:12
173:15
**interesting** 143:16
**interfere** 87:5
**interior** 50:25 56:8
56:9 131:11 160:24
**internal** 22:7,14
51:23 53:21 55:9
58:13,18
**international** 1:1
2:15

**internet** 160:11,16
160:24
**interpretation** 53:23
54:9
**interpretations**
53:11
**interrogatories** 3:15
**intertwined** 52:1
**interviewed** 15:6
**introduce** 79:23
**introduces** 125:6
126:8
**introducing** 103:10
**investment** 71:11,14
71:15,18 72:2,4
73:16,25 96:18
**investments** 73:20
**invited** 121:9
**involve** 72:23,24,24
73:9 74:5,6,6,8
92:18 103:19
**involved** 11:2 15:10
15:12,15,16 17:16
37:13 38:9,13,14,15
38:15 39:19 41:15
44:25 49:2 51:1,5
56:8 68:7,24 71:22
72:11,13,20 74:14
87:2,25 91:10
102:22 103:9,17,21
104:12,13 148:19
**involves** 72:25 109:8
**issue** 9:20 167:1
**issued** 123:24 124:4
**issues** 73:18 98:14
153:17 154:1
**it'd** 92:17
**it'll** 18:4 61:1 74:6
105:22 106:17
**item** 60:22,22 61:12
61:12 62:3,3 73:17
110:7
**items** 133:17 167:15
167:17,22,23

Public Version - Confidential Information Redacted

**iterations** 29:22
30:1 56:16 64:14
94:20

**j**

**j1** 126:8,10 168:2
**japan** 55:2 57:24
**jason** 2:13
**jason.kenner** 2:21
**job** 27:15 30:18 45:1
45:13,15,17 46:5,12
87:14 126:10
137:20
**joint** 82:4
**jointly** 97:7
**journal** 168:25
169:3
**journal's** 169:5
**jr** 37:22 38:3,18,19
106:13
**judge** 1:2
**july** 7:8 137:1
**jump** 14:5
**june** 1:19 8:2 93:20
93:22
**justice** 2:14
**justify** 152:6
**jv** 81:24 82:3

**k**

**k** 2:5 118:10,16,25
119:1
**keep** 43:4 73:21
**kenner** 2:13 113:21
170:5
**kept** 116:7
**key** 6:7 159:14
167:3
**kick** 4:23 84:6 97:22
97:25 98:3
**kicked** 83:25 84:2
**kill** 128:25
**kilometers** 60:11
**kind** 13:2 16:9
21:20,21 38:7 43:7
67:12 68:18 71:15

74:1 78:8 85:17
88:2 92:7 101:15
103:23 107:15
135:21 151:9 157:7
160:10,16,24
166:23 167:3
**kizyma** 12:9,23 13:5
14:4
**knew** 51:9
**know** 9:22,25 13:8
14:6,7 17:15 21:21
22:12 25:7 26:17
27:3 29:2,4,8 30:23
31:23 34:9,24 35:2
35:14 37:18 39:13
39:14,17,25 41:9
42:21 43:1 44:21,25
46:5,7 52:14 53:24
55:22 61:24 65:12
65:18 66:6,8,14,16
66:19,23 67:3 68:9
68:13 69:14,17 71:4
71:5,10 72:8 73:12
73:21 74:2,25 75:3
75:3,25 76:12 77:23
80:15 82:2,3,9
83:18,19,19 84:4,5
85:10,25 88:13 89:3
89:8 91:22 92:3
94:3,9,18 96:23,25
99:3,6,13,16 100:10
101:4,21 102:20,23
104:7 105:5 107:13
108:3,19,22 109:2
111:21,22 112:7,14
112:21 113:1 114:9
114:14,17,19
116:18 118:10
119:15 120:25
121:1,4,17 122:4
123:1,4,7,18 125:2
126:16 127:3,6,20
127:23,24 131:4,8
133:13,14 134:4,10
135:6 136:6,24

137:4,21 138:18,23
140:3,12,15 141:4,9
141:25 143:15
144:16 145:18
147:11 150:12
151:3 153:12,22
155:11 157:7
160:12,19,24
168:24 169:5
170:20,24
**knowing** 21:13
**knowledge** 52:4
153:2
**known** 22:2 29:1
53:5 123:20
**knows** 59:15
**koceli** 75:12

**l**

**l** 118:9,16,25 119:3
**label** 6:21 14:20,22
14:23 60:18,18
110:12,14,15,16
111:2 112:1,2,2,4,5
112:13,24 113:5,6
113:12,17,18 114:2
114:21 115:2,2,3,6
142:7,10,12,14,16
142:24 143:9,10,23
144:3 166:21,24
167:2,11,15,17
**labeling** 60:16
109:24 112:10,12
113:1,2 141:22
**labels** 7:4 59:20
62:9 113:3,7,8,10
114:5,20,22 117:1,8
117:19 142:19
143:14,15,20,22,25
144:4,7,8,10,12
167:5
**laboratories** 54:14
**laboratory** 53:22
**lack** 29:4 61:25

**ladder** 102:22
**lag** 157:23
**laid** 49:12
**language** 14:21,22
14:22
**larger** 27:16,20
**latch** 55:25
**latches** 52:18
**latest** 86:19
**lawsuit** 12:12 40:7
**lawyer** 99:14
**lay** 48:25
**layers** 38:7
**layout** 49:11
**lead** 47:17 83:11
**leader** 50:8 69:12,17
**leads** 91:20
**leafing** 81:2
**leap** 44:4
**learned** 47:4
**leaves** 142:21
**led** 25:14
**left** 131:19 138:15
152:16
**leftover** 141:3
**legal** 9:20 133:2
**legroom** 28:11
**leitch** 168:24
**length** 28:2,7,8,9
**lessons** 47:4
**letter** 5:11,13 8:9
22:24 23:6 76:13,14
76:17,22 105:14,17
105:18,21 106:1,7
106:14,22 107:3,5
107:10,20,22,23
118:8,9,9,11 123:18
123:19,22 126:7
**letters** 37:8 117:20
127:10,11
**level** 17:15 19:23
20:8 36:22 37:19,19
38:21,24 39:18,22
40:12,15 48:17,19
59:11 63:13,14,17

Public Version - Confidential Information Redacted

65:15 66:17,20 67:7
67:17 68:6 69:7
70:1,6,8 73:17
83:24 87:2 92:19
110:11 130:16
133:20 158:1
**levels**  38:2
**lever**  59:16,17 61:22
**licenses**  120:1
**lieu**  83:13
**lifetime**  167:25
**lift**  59:17
**light**  131:13
**lightest**  48:6
**lights**  59:22 60:1
**limitation**  43:11
**limited**  157:4
**lincoln**  56:9
**line**  18:13,20,24,24
19:4,5,21,24 20:7
20:10,24 21:6,10
22:7 33:21 37:15
42:22 43:14 45:19
47:21 50:21 51:11
55:16 70:6 73:17
74:3 78:1,13 80:5
86:13,14 103:6,15
110:7 115:21 116:6
130:1 174:5
**lines**  18:22 19:18
25:9 33:7 57:11
72:12,23 75:18 92:8
170:25
**lineup**  43:8 79:20
92:21
**list**  7:8 11:25 14:7
15:9 16:14,21 65:15
88:2 148:25 170:2
**listed**  11:17 78:7
88:5 120:10 168:7
172:2
**listing**  6:25 95:22,24
**lists**  110:17 128:17
**liter**  72:18

**literally**  45:21
**litigation**  11:2 13:4
15:7,11,13 51:1,5
**little**  12:17,19 17:16
26:1,10 28:12 60:21
75:6 83:20 98:5
102:20 103:10
104:17 132:4
133:12,23
**live**  110:3
**living**  116:1
**llc**  145:15
**llp**  2:4
**load**  52:7 53:14
128:5 129:2
**local**  31:7
**located**  132:6
**location**  76:20
**locations**  142:22
**lock**  129:21
**log**  160:21
**logic**  48:8
**logistics**  74:9
**long**  15:7 26:14
27:23,25 29:8,9,23
47:16 83:6 114:9,14
**longs**  30:5
**look**  42:3 46:23,24
58:14 61:14 75:5
81:21 83:10 88:20
95:3,7,22 98:25
99:19 100:7 124:10
137:18,19 138:16
145:13 153:8
155:19,20 159:22
**looked**  11:7 33:11
61:23 162:3
**looking**  11:21 17:7
17:13 20:20 34:13
34:15 36:3,13 42:9
43:16 44:13 47:13
49:24 50:15 67:14
82:7 86:24 87:11
90:1 91:2 93:16
99:7 101:6,17

102:13 105:12
107:21 116:14
127:6 128:10 140:6
152:14 163:23
164:7
**looks**  35:5 41:17
50:13 54:22 56:7,8
62:19 68:3 94:16
100:25 124:5
153:13 167:12
168:20
**loosely**  13:3,11
**looser**  13:24
**lot**  11:3 13:3 14:3
29:18 30:1,13,19,25
31:3 56:2,9 60:21
61:23 63:12 74:7
79:15 85:16 86:7,22
87:21 102:24
137:22 141:12
157:3 171:10
**lots**  72:16
**low**  30:5 171:7
**lower**  67:17 75:7
135:1,3
**lunch**  152:16 170:2
**lwb**  27:22

**m**

**magnifier**  118:21
**main**  5:20 31:1
**major**  6:9,15,17
15:5 16:17 46:11,14
46:16 47:1 58:10
59:1,4 60:20 70:18
134:5,7,9
**makers**  126:19
**making**  17:18 39:19
54:22 69:9 71:16
82:8 95:20 111:24
120:15
**managed**  115:14
164:25
**management**  37:1
65:8 66:11,22 67:4

67:8,11,13,14,14,15
67:20 68:17 69:23
70:5,8 72:9 86:16
87:16 88:3 94:5,13
94:14,20
**management's**
87:14
**manager**  67:1 69:7
69:22 70:5,12,14,20
70:24 103:7,15
**managers**  67:16,20
**manual**  19:20 21:2
59:8 60:15
**manufactured**  17:4
136:10
**manufacturer**  118:3
**manufacturing**
38:14 42:23 43:18
47:17 72:19 74:3
81:10,12 92:18
115:10 120:14,23
**march**  64:11
**marginal**  96:13,15
**mark**  1:2 44:8
**marked**  10:12,16
39:1,4 40:18,21
41:20,23 62:12,16
64:21,24 77:8,11
78:15,18,21 80:18
80:21 84:13,17
89:12,16 93:8,11
97:13,16 100:18,21
101:24 102:2,5
108:11,15 116:23
117:2,3 123:9,12
124:3 125:24 126:2
126:5 132:20,24
133:6 137:24 138:3
139:3,7 144:19,22
145:4 146:24 147:3
152:9,13 156:11,14
158:24 159:3 161:8
161:11 162:12,15
163:2,4,19 165:8,11
165:22,25 166:11

[marked - multiple]                                                                    Page 17

166:14 168:11,14
171:18
**market**  3:21 6:5
22:17 23:14 32:12
32:14 34:19 35:7
39:24 45:5 46:2,3,3
49:22 54:24 55:10
57:16,17,20,22 63:1
63:11,15 68:17
71:19 74:16 95:13
103:2,3,18 131:10
**marketing**  34:5
43:25 44:9 72:24
74:6,12,13,14 84:6
86:17 92:11,14
**marketplace**  15:21
**markets**  34:16
44:14 55:7 57:3,3
58:9 59:2 126:9
138:24
**mat**  127:1,19,22,24
128:4,5,8 129:3,14
154:5,6,9,21,23,25
155:7,8,10,16,17,21
**match**  17:19 35:10
**material**  15:1,18
16:9,10,11,13,22
41:9 170:20,22
**materials**  16:2,5,7,8
16:20,24 17:2,5,7
133:17,19 150:3,5
150:16 151:9,11
155:13
**matrix**  29:23
**mats**  154:10,14,15
**max**  112:19
**maximum**  111:7
119:14
**mean**  12:24 24:4
36:10 43:21 45:24
46:3 51:20 55:8
57:3 60:4 67:18,19
67:25 72:17 81:15
84:2 85:2,19 89:7
91:8,16 96:3,15

98:1 99:1,6,15
105:22 110:22
111:21,21 116:8
127:6 130:24 132:1
141:14 151:18
160:22
**means**  13:12 22:20
76:23 97:23 99:17
101:4 116:13
131:24 134:21
**meant**  33:5 40:16
41:5 47:7,23 105:9
133:19 134:3,11
**measure**  54:11
**measures**  19:17
**mechanical**  46:22
48:25
**mechanism**  129:21
**medium**  31:6
**meet**  13:6 27:11
54:16,19,20 56:18
56:22 57:24 59:25
60:4 95:20
**meeting**  4:6,10,14
4:18,23 13:13,14
48:24 51:25 52:2
61:7 90:5 93:21,22
93:22 94:16,17 95:4
97:22,25 98:3,13,19
101:20 104:3 107:7
107:11,13,17
**meets**  47:9 49:13
60:3
**memo**  169:18
**memorialized**  99:12
**memory**  42:6,17,17
**mentioned**  57:10
**menu**  157:9,13,21
**mesquita's**  66:25
**messing**  152:1
**met**  95:23,24
**metal**  21:9 25:1,3
50:25
**methods**  52:2

**metropolitan**  1:15
**metros**  26:10
**mexico**  81:22 162:9
**michigan**  1:17 8:1
120:6 173:2,22
**micro**  26:2
**mid**  85:22 135:21
**middle**  37:7 88:20
96:17
**mil**  96:18
**mile**  45:16
**miles**  56:24 60:11
**milestone**  5:5 44:22
45:13,16,17 46:5,14
48:14 49:18,20
51:16 57:18 69:10
69:20 98:4 102:10
104:18 105:3,15
107:6
**milestones**  45:3,7,9
45:10,21 46:9,11,16
46:19 48:12 49:13
68:21 69:14 70:19
**million**  71:12,13,23
72:1 73:16,25 96:19
**mind**  12:8 14:5
**mine**  132:6
**minimum**  31:9,12
61:2
**minivan**  42:12
43:12,13,14 44:2
80:4,5
**minivans**  80:6
**mirror**  130:20
**missed**  125:11
**mistake**  19:18
**mix**  6:5
**mixes**  134:21
**mode**  109:25 142:6
**model**  22:17 23:16
34:22 42:19 90:9,13
90:20,24,25 100:15
125:7,9 135:19,20
135:21,24,25 136:8
136:8,9,9,11,17,19

136:24 137:3,4,6,11
147:10,11,12,16
153:14,19,23
156:20 161:17,20
162:19 163:12
166:5 168:3
**modern**  20:13,17
**modification**  5:18
5:22,24 139:24,25
147:8 148:21
150:15 153:14,22
155:16,24
**modifications**
139:12 142:1
**modifying**  139:15
**mold**  103:13,22
**moment**  145:1
169:21 170:6,15
**momentum**  68:20
88:7,9
**monday**  1:19
**money**  80:10
**monitoring**  68:19
**monroney**  7:4 14:20
60:18 113:4 114:21
117:1,8,19,25 142:7
143:5
**monroneys**  116:16
118:8,9
**month**  98:23
**months**  137:1,11
138:11
**morning**  8:8
**mother**  147:21
**motor**  1:4 5:11,13
9:15 93:5 133:20
**motors**  34:12 35:22
**move**  108:7
**moves**  68:20 69:9
**moving**  27:4 85:15
**mp&l**  99:14 100:1
**mpv**  119:2,3
**multiple**  22:1 31:17
31:17 35:15 87:13
104:24 106:9

Public Version - Confidential Information Redacted

mustang  18:24
  19:15
mustangs  18:23

**n**

n  22:18,19,20 23:1,9
  76:12 77:2,5 104:19
  104:24
n.a.  81:9
n.w.  2:5
name  8:18,19 14:10
  26:5 29:3 34:5
  66:25 73:12,23
  88:23 89:4 106:14
  121:23 122:5,13
  145:18 146:1 151:3
  170:24 174:2,3
names  11:24 12:1
  14:9 22:2 28:25
  46:20 168:21 170:1
narrow  23:24 51:22
narrowed  52:9
narrower  162:7
national  115:24
nature  94:23 109:5
near  47:5
necessary  17:22
necessitated  43:13
need  21:1 37:4
  60:10 95:23,24,25
  108:4 120:20,21
  148:24 149:1
  152:20 168:15
needed  27:8 29:19
  57:2 107:14
needs  9:7 27:11 31:5
  33:10 35:7 50:22
  76:17,25 79:10
  120:16 149:2
negative  113:23
neglected  50:5
network  160:21
never  138:21 150:13
new  2:18,18 22:14
  23:15 24:1,6 27:10

33:1 39:23 45:5,5
57:15 59:22 60:1
61:2,7 67:6 68:16
68:17,24 69:3 71:17
76:5,6 78:9 79:9,10
79:23 80:1,1 86:23
103:1,2,2,7,11
113:6,8 122:22
123:1 125:6,8,9
137:17
nhtsa  115:22,23
  118:4
nice  171:1
niche  87:21
nmo  117:20 118:1,6
nomenclature  90:11
non  56:22 124:23
  167:15,21,22 168:4
normal  68:5 103:22
  130:4 137:10
normally  65:18
  103:6 137:13
north  3:17 4:22
  12:13,18 13:19
  20:15 22:16,20 23:3
  23:5 24:21 25:18
  26:2,3,8,11 27:19
  29:5 32:14,17,21
  33:24 34:9,16,18,25
  35:12,25 36:6,14,14
  42:7,12 43:15 44:18
  46:6 50:18 56:18,23
  57:15,17,20 58:7,11
  58:12,15,20 59:18
  60:17,19,23,25
  61:14 62:9 64:9
  65:6 69:2,6 70:15
  70:25 71:2,19 72:7
  72:10,25 73:10 74:3
  74:7 75:23 76:1,2
  77:1 78:10 82:20
  83:18,25 85:25 87:4
  97:22 99:24 104:12
  108:24 124:7,23,24
  124:25 125:3,9,12

125:13,15 126:9
136:23 149:20
162:8 168:1
notary  172:17 173:1
  173:6,21 174:25
notes  173:14
nothing's  27:12
notice  3:10 8:12
  10:18,22 11:10 15:6
noting  91:1
november  63:25
  107:7
number  10:11 11:6
  14:19 18:21 22:14
  22:22 29:10 31:9
  38:25 40:17 41:19
  42:13 47:22 52:13
  52:17 62:11 64:6,7
  64:20 76:18,19,22
  77:7 78:14 80:17
  84:12 89:11 93:7
  97:12 98:21 100:17
  101:23 108:10
  110:17 111:7,11,13
  112:23 115:8,16,16
  116:5 123:8 124:11
  125:23 129:5 130:9
  132:19 133:5
  137:23 139:2
  140:15 141:7,10,11
  144:18 146:23
  152:8 156:10
  158:23 161:7
  162:11 163:1,18
  164:3,6 165:7,21
  166:10 167:8
  168:10 171:17
numbered  75:6 78:5
  128:21
numbers  8:13 75:7
  116:22 125:21
  133:22 134:21,22
  167:7
nut  120:17

**o**

obama  35:17,20,23
object  10:7 63:1
objection  32:6 76:21
  97:10 113:20 169:9
objectives  104:20
  105:4
obligation  155:7
obtaining  97:8
obvious  18:22 19:2
  19:15
occupant  58:21,23
occur  36:6,25 46:10
  46:10 57:13 63:16
  69:13 136:15 142:2
occurred  26:19 34:9
  35:25 107:17
occurring  155:23
occurs  49:18,19
  67:5 68:17 69:6
  123:23
odd  30:15
office  2:15 12:10
  35:23 73:19
officer  119:25
offices  1:14
official  13:14
oh  11:19 24:13 25:9
  28:17 85:5 101:10
  117:24 128:19
  132:6 162:8
ohio  151:4,5
oil  31:21 144:8
okay  9:6,9,14,18,21
  10:5,9,10,22 11:23
  12:4,16 13:21,23
  14:4 15:4 19:20
  21:19,25 22:14
  23:12 25:2,23 26:17
  34:7 38:23 40:23
  62:17,22 63:6 65:1
  65:4 71:23 75:8
  76:11,15 77:13,17
  78:6 80:14 82:6

Public Version - Confidential Information Redacted

83:23 84:8,18,19
89:20,21 90:18
93:13,14 94:4 95:9
96:8 97:2,16,18
100:23,24 101:11
102:4 108:16,17
112:25 116:1,14
117:16,17 118:8
119:1,5,22 120:4
122:6,18 123:14,15
124:24 125:14,17
126:4,5,23 128:3,6
129:9 130:2,10
131:2,4 132:8,25
137:22 138:4 139:8
141:16 143:24,24
144:12,14,17,22
145:1 146:2 147:4
152:7,21,25 153:4
156:16 157:10,18
159:2,4 160:1
161:11,13,23 162:8
162:15,17,25 163:7
163:25 164:5,11,22
165:13 166:2,2
168:8,17 169:11,14
169:20 170:12
**old**  23:17,18 26:20
103:2,8 118:13
159:24
**older**  27:13,16
**once**  68:22 69:15
80:4 88:7,14 154:17
**ones**  23:5 95:25
103:4 140:22,23,25
141:2,3,6 150:13
154:12,17
**open**  55:22,25 75:10
75:19 144:7
**opened**  57:10
**opening**  56:3 57:10
107:4
**operator**  18:25
**opportunities**  75:9

**opportunity**  40:1
131:13 153:8
**opposed**  9:15
**option**  134:21
**options**  29:15
**orange**  91:24
**order**  14:20 17:18
29:20 30:16,23 31:5
32:1 45:11 51:24
58:24 115:11
127:11,12 150:7
156:20,22 157:1,3,5
157:7,9 158:6 160:4
160:5,17,25 161:2,6
161:17 162:3 164:8
164:10,24 165:2,15
165:17
**ordered**  29:18
157:12
**ordering**  31:7
127:15 160:9
**organization**  35:5
38:21 71:16,25
73:24 74:21,25 88:8
104:11,14
**organization's**  45:1
**organizational**
88:10
**organized**  50:20
**original**  86:1
**originally**  119:17
**originates**  107:22
**otosan**  20:14 114:11
114:15 118:6
**outcome**  95:4
102:16
**outer**  170:20
**outfit**  131:10
**outfitters**  131:10
**outlined**  149:3
**outs**  158:4
**outside**  50:23
151:23 158:6
**overage**  53:18

**overall**  28:3,12
51:15 71:21 73:20
92:20 119:16
134:23
**overseas**  22:23
**overseeing**  68:19
69:8
**oversees**  71:2 72:10
**overview**  5:9 108:21
**ownership**  81:25

**p**

**p.m.**  171:16
**pa**  5:7 37:9,10 49:17
63:13,17 64:15 67:6
77:19 102:10
104:18 105:3,14,24
107:6
**pacific**  145:14,20
**pack**  128:17
**packet**  113:11,17,19
114:2 141:22
**packet's**  113:13
**page**  1:11 3:2,8 4:2
5:2 6:2 7:2 42:3
75:6 78:4 80:14
81:6 82:5,12 83:10
83:21 85:5,6 88:21
90:16 91:4,4 93:19
94:4 95:7,11 96:7
97:3,6 98:8 101:2,8
101:13 102:15
104:15 120:2 121:1
122:6,9,19 124:24
125:2,11 126:21
128:10,19,21 129:6
129:25 130:9,22
131:1,2 134:12,14
134:17,24 138:5,14
140:6 145:13,20
148:1 161:25 164:7
164:8 166:18
167:16 174:5
**pages**  90:3 97:1
101:6 124:10,15

128:1 145:20
164:20,21 168:16
**paint**  157:17 158:11
**painted**  151:22,24
152:1 157:16
**panel**  28:9 29:12
109:16 121:5 141:5
141:19
**panels**  109:22 141:1
141:19 149:2,7
**paper**  4:20 20:20
21:6,17 27:12 108:1
160:7
**pardon**  153:11
**parent**  122:3
**parenthesis**  130:4
**parenthetical**  66:7
89:6
**part**  14:10 19:19
30:18 32:22 49:3,5
49:6,11 51:25 57:8
59:22 61:1 62:21
67:20 72:22 73:24
78:1 111:19 112:12
115:20 129:5 133:3
133:10,16,22
134:13,18,21,22
149:8 150:10
**partially**  79:4
**particular**  55:21
85:1 115:21
**parts**  6:25 14:13
16:15 17:12,17,18
17:21 19:10 34:20
54:1 60:8 107:1
120:21 129:23
133:21,25
**party**  13:17 173:15
**pass**  129:10,16
**passenger**  26:1
28:10 33:3,9 43:25
44:1 58:22 91:17
109:15 132:15
**pattern**  54:5 59:25

**patterns**  62:7 171:1
**paul**  168:24 169:17
**pause**  10:7
**payload**  110:19,20
   111:1,6 112:3,13,16
   112:23 125:20
**pdl**  107:9 123:20,22
   123:24 124:2,3
   125:6,8 126:7
   135:17 154:5,20,21
   154:22 155:1,1,6,22
**pedal**  60:13,14,15
**people**  11:6,9,18,22
   13:3,7,22,24 14:5
   14:12,14,18 15:6,8
   19:20 21:20 25:13
   25:15 30:19 36:19
   38:9 43:15 44:12
   45:14 51:6 57:12
   59:18 67:23 71:21
   74:9,13,16,18,22,22
   74:23 76:24 85:17
   87:1,13,25 88:2,5,8
   92:15 102:18,21
   103:3,17,17 104:1
   104:11,13,24,25
   105:2 106:10,19
   133:23 141:12
   170:1,3
**percent**  53:20 91:13
   91:13 96:21,24
   101:3
**performance**  50:12
**performed**  120:6
**period**  15:23 73:11
   155:17
**person**  30:8,9 32:1
   37:13 57:4 69:8
   71:6 87:12 104:23
   106:9 110:11
   111:21 160:22
   167:4 169:16,17
**personal**  55:23
**perspective**  31:15
   82:8

**phase**  107:25
**phases**  78:13 79:18
   88:12 98:5
**photocopier**  164:16
   164:18
**phrase**  96:3 98:3
**physical**  43:9 99:18
   122:12
**physically**  120:20
**pick**  160:2
**picture**  51:15
   138:22
**pictures**  133:12,23
   160:2
**piece**  21:6 49:12
   134:10,22
**pieces**  132:24 134:5
   134:7,9
**pink**  157:16,17
**place**  1:16 17:9 18:6
   88:6 93:2 109:17
   131:11,13 173:8
**places**  14:17 87:8
   131:12
**plaintiff**  1:5 2:10
**plaintiff's**  3:14
**plan**  4:5,9,13 37:24
   42:9 45:17 49:6,10
   51:12 65:8 66:11,23
   67:4,8,13,21 71:21
   73:6 79:2,7 81:19
   83:11 84:22 85:2,8
   85:13,14 86:24
   87:11,12,15 115:12
   121:3
**planned**  67:23 84:4
**planners**  38:12
**planning**  3:18 17:19
   35:3,4 38:10 44:9
   44:16,19 48:17,19
   48:24 49:21 64:10
   68:3 69:14 71:17
   78:13 79:18 80:12
   81:4 84:6,24 88:12
   93:17 94:2,19,21

98:5 101:1 139:18
**plans**  67:10 68:8
**plant**  17:9,15,23
   18:3,7,22 20:13,14
   20:17 21:8 43:19
   73:4 81:22,25 87:8
   92:9 118:5,6
**plants**  43:10
**platform**  25:16
   66:25
**play**  155:18
**plaza**  2:16
**please**  8:18 9:22,25
   50:7
**plug**  148:18
**plumber**  33:7
**pmp&s**  66:25 67:2
**point**  32:11,12,17
   34:7 42:8 43:14
   64:2 69:6 71:10
   75:18 88:9 92:22
   94:15 104:13
   105:16 107:2 108:6
   113:5 115:15 121:3
   121:6,17 135:6
   146:3 162:6 164:2
**pointed**  128:11
**pointing**  128:20
**points**  38:8 45:10
   60:20 95:5 98:21
   159:14
**pollination**  87:24
**popular**  26:11,14
   33:10 34:19,25
   131:9
**port**  1:15 5:9 13:25
   14:14 108:20,22
   109:6,14,14 110:2,6
   112:25 113:2,7,14
   113:17 114:2,6,15
   114:17 121:9,11,14
   121:20 122:4,12,14
   123:5 139:13,14,16
   139:18,19 142:4
   143:6 144:5 145:15

145:22 146:14,16
   147:9,13,22 149:8
   149:22 150:3,21
   155:4,6,23
**portion**  24:24 90:3
   125:14 134:13
   151:24 167:11
   168:6 170:20
**ports**  114:18 145:17
   145:23
**position**  20:9 50:6
   116:12 118:12,14
   118:25 119:1
   148:11
**possibility**  10:6 34:8
   157:25
**possible**  36:5 38:11
   40:16 48:6,8 92:22
   131:24
**possibly**  15:8
**post**  74:20 126:8
   155:21
**potential**  155:23
**pounds**  52:22 53:20
   119:2,4
**powerful**  86:21
**powerpoint**  90:17
   91:5 95:7,10,11
   97:3,6 104:16 120:3
**powertrain**  47:15
   72:24 74:5
**pppc**  4:18 66:17
   90:4 93:22 94:1,6
   94:16,18 98:23
**practical**  48:2
**pre**  3:18 4:5,9,13
   44:18 64:10 74:20
   74:22 79:5 84:24
   85:1,8 88:12 93:17
   94:21 111:17
   155:21
**predecessor**  28:21
**prepare**  10:25
**prepared**  10:23 99:1
   157:2 169:25

**preparing** 11:1,5
12:2 157:19
**prescribed** 116:12
**presentation** 95:6
105:10
**presented** 37:23
104:18,20 105:1
106:21 107:24
**presenting** 106:18
**president** 35:17,18
37:19,20
**pressure** 110:5,10
110:13,18
**presumably** 98:20
**pretty** 46:23 91:9
158:8 160:2
**previously** 10:15
39:4 40:21 41:23
62:15 64:24 77:11
78:18 80:21 84:17
89:15 93:11 97:16
100:21 102:2
108:14 117:2
123:12 132:23
138:2 144:22 147:3
152:12 159:2
162:15 165:11
**primarily** 58:14
**printed** 21:18
118:13 169:3
**prior** 17:4 49:19
57:16,17 63:13,16
64:1,14 75:11,20
77:19 90:20,24
102:25 155:6
**privacy** 130:12,18
138:12,13
**prm** 5:5 66:20 101:7
101:16,17,20
**probably** 11:24
17:24 20:22 37:22
71:1 73:17 76:12
77:24 83:2 99:22
100:12,16 145:25
152:19

**problem** 151:19
**procedures** 54:14
**proceed** 10:8,9
**proceeding** 101:2
**proceeds** 106:24
**process** 5:18,22,24
13:15 14:18 17:25
18:1,2,4,8,10,10,11
18:14,15 19:11 21:5
21:8,10,15 26:19
30:22 34:10,14,17
45:22 47:5,6 64:14
67:5 69:7,9 73:7
78:2 98:4 99:20
104:10 109:4
115:10 120:14,23
139:12,17,19,24
147:8 148:20,22
150:16 151:6,16
153:13,23 154:3,8
154:11,16,18
155:17,20,24 156:4
**processed** 109:7
**processes** 17:9 20:8
122:24
**processing** 5:9
108:20,23 109:14
110:2 112:25
121:14,20 123:5
144:2 153:19
**processor** 122:4,12
122:14 139:15,18
139:20 147:23
154:11
**processor's** 155:7
**processors** 121:9,11
145:15,16,21
146:14,16 147:9,13
149:8 150:3,21
**produce** 3:18 134:1
**produced** 37:6
**product** 6:9,15,17
44:9,15,19 64:10
68:16 72:14 78:9
79:9,10,20,23 80:2

94:2,19 95:11 103:2
103:2,6,14 105:14
105:16,18,20 106:1
106:7 107:10
**production** 45:12,18
45:24 47:7,20 74:24
99:23 100:8
**products** 79:11
**program** 3:23 5:4
5:11,13,20 14:15,15
22:15 23:1,10,13
25:17 27:7 28:22
34:8 35:3,4 37:5,10
37:14 38:5,12 39:7
42:7 44:22 46:14
49:17,19 50:18
57:17 63:14 64:2,15
65:5 67:6,7 68:16
68:20 69:5,6,11,19
69:22,22,24,25 70:2
70:4,5,8,12,14,20,21
70:24 71:11 74:14
74:20 76:10,23 82:9
84:24 87:2,14,16
88:1,3,4,6,7,15
93:18 96:21 101:20
102:9 103:5 104:12
104:16 106:12,22
106:24 107:3,4,6,20
107:22,23 123:17
123:19,22 126:7
136:6,13,16 146:6
146:17 147:13
149:20 151:6
157:12,21 168:1
**programs** 73:20
75:11,20 79:16
158:11
**progress** 98:12,18
98:20,22
**progressing** 93:20
**project** 146:18
**projection** 59:24
**proof** 19:18

**proper** 92:24 169:7
**proposal** 3:18 44:19
64:10 90:19
**proposals** 64:18
**proprietary** 126:18
126:20 160:15,19
161:2
**prospectively** 136:1
**protection** 1:15
**prototype** 46:18,22
46:22 47:24 48:15
48:20,21 99:21,25
100:9,10 120:13
**prototypes** 47:4,6,8
47:16,20 48:17,18
49:1
**prototypical** 48:12
**prototyping** 46:16
47:12 120:13,14
**provide** 50:21
107:15 110:9
**provided** 8:12 39:11
115:21 117:4,8,9
159:18
**provides** 81:25
**providing** 41:11
**provision** 4:5,9,13
79:3,7
**ps** 3:18 4:5,9,13 5:5
44:18,20,21 64:10
79:5 85:1,8 94:3
**psf** 65:16 66:5
**psrm** 4:6,10 66:12
66:13
**public** 46:1 74:17
172:17 173:6,21
174:25
**published** 159:11
**pull** 16:19,19,24
17:1,2 52:6,11
53:13,19,19 61:4,5
86:22 99:18
**pulled** 52:21,23
100:6

pulling  53:6,6
pun  114:19
purchase  29:14
  111:22 160:22
purchased  29:17
  31:10
pure  92:17
purely  61:18
purpose  24:2,4
purposes  52:20
  105:11 119:18
  120:17
put  19:8,19 21:3
  23:23 28:6 30:19,24
  48:8 56:1 62:9
  69:21 72:18 105:23
  107:20 108:1
  109:17,18 133:2
  142:6 143:6 144:8
  158:20
puts  51:24 54:2 55:8
putting  19:14
  111:23 149:1
  154:18
puzzle  107:20

**q**

qualified  119:24
quality  55:9,13
question  8:23,25 9:1
  9:21 10:1,9 67:12
  94:24 113:23
  117:19 170:6,19
questions  8:10 10:6
  11:13 41:14,17 51:3
  51:6 63:3 94:5,5,9
  94:14,15,20,21
  153:3 159:15
  161:19 162:21
  163:14 164:23
  165:16,18,20 166:5
  166:7 170:16
  173:10
quick  28:16 98:25

quickly  147:18
  152:23
quote  157:12

**r**

r  126:14
racks  131:12 158:3
  158:22
ramp  143:22
range  169:10
rates  53:14 134:21
rationale  91:1
rbelanger  2:8
rcd  130:23 131:3,4
  131:24
reach  32:2
read  11:11 67:24
  118:24
reading  85:11 99:7
  99:16 117:23
ready  43:8 49:4
  74:23 108:7
real  32:15 36:22
  92:19 101:21
  102:13 115:12
reality  36:12,24
  37:4 38:1
realization  32:25
realize  79:23
really  13:12 25:24
  28:7 36:13 38:11
  41:16 47:20 59:22
  69:15 100:3 103:12
  170:17
rear  19:1 24:5 28:10
  29:13 30:8,9,10,11
  30:14 33:22 34:1
  53:1,18,19 109:20
  125:17 130:19
  132:15 138:25
  171:5,7
rearward  52:21,23
reason  40:10 41:2
  112:12 124:9 167:9
  174:5

reasons  34:5
recall  14:8 35:13,15
  42:2 60:21 64:1
  73:23 77:16 78:22
  88:19 122:13
  154:21 155:9
received  116:16
  149:11
recess  28:19 50:3
  84:11 108:9 145:2
  153:6
recipe  18:2
recliners  59:13
recognize  10:16
  40:3,24,25 42:1
  65:2 77:14 78:21
  84:19 89:23 93:14
  97:19 100:24 102:5
  108:17 122:9,10
  123:16 126:5 127:5
  133:9 139:9 145:4
  145:14 147:5
  156:17 159:5
  161:14 162:18
  163:9 165:14 166:3
  166:15 168:18,21
  168:23
recollection  157:18
recommendations
  6:5
recommended
  110:13,18
record  8:18 9:3
  11:12 32:7,8 50:2
  134:11 169:22
  170:8
recorded  173:11
recycle  150:7
recycled  150:9
  155:12
recycler  150:6,24
  151:10
recycling  14:13
  151:1

redesign  23:22
  86:11
redesigned  22:16
  86:4
redesigning  36:16
  69:3
reduced  129:10,16
  132:16 133:18
  134:2 135:1,16,18
  136:4 170:19,21,25
  173:12
refer  25:15 33:20
  140:15
reference  35:20
  80:15 120:5 126:10
referenced  100:14
  121:1 124:18
references  101:13
referencing  82:18
  109:11 125:21
referring  25:7 44:11
  75:15 84:5 125:2,3
  127:4
refers  127:20
reflect  17:21 107:17
reflected  41:18
  48:13 58:17
reflecting  22:15
  95:5 98:18 102:20
  104:2
reflects  88:2 91:9
  99:2 125:14 127:9
refresh  42:6 85:22
refreshed  86:3
refrigeration  158:22
regarding  98:14
regards  169:18
region  93:6
regular  56:22 57:4
regulated  167:15,17
  167:21,22,23 168:4
  168:5
regulation  52:20
  60:5

Public Version - Confidential Information Redacted

**regulations** 53:9,10
  54:25 58:17 60:24
**regulatory** 59:19
**reinstalled** 148:17
  149:1
**reinstalling** 148:25
**related** 52:13 54:20
  65:24 129:23
  173:14
**relating** 134:24
**relations** 55:11
**relationship** 32:4
  145:19
**relayed** 20:22
**release** 126:17
**remember** 12:1,3,4
  83:1 170:1
**reminding** 170:5
**removable** 44:3
**removal** 138:21
  141:3,6 148:2,5
  149:6 151:16
  155:16,21
**remove** 140:3,23,25
  141:4 148:23 150:4
  151:25 154:21
  155:7 156:4,7
**removed** 14:13
  109:9,9,10,12,16,22
  129:18,20,21,23,23
  129:24 134:1,8
  148:12,17 150:13
  150:17 151:15
  154:13 156:3
**removes** 148:14
**removing** 139:25
  148:6,14,19
**rendering** 122:11
**renewed** 146:3
**reorganization**
  34:11
**repaint** 152:2
**rephrase** 9:23
**replace** 23:16 24:1
  27:15 34:2 42:25

59:16 141:1
**replaced** 26:15 27:8
  42:23 43:10,16,17
  43:18 83:4 86:1,3,4
  86:5 109:22 137:16
**replacement** 33:25
  43:23,25 44:7 85:23
  151:12
**replaces** 42:23
**replacing** 32:24
  85:14 149:7
**report** 71:1,6,9
  73:12
**reporter** 8:24 9:3
  10:12 39:1 40:18
  41:20 62:12 64:21
  77:8 78:15 80:18
  84:13 89:12 93:8
  97:13 100:18
  101:24 108:11
  116:23 123:9
  125:24 129:1
  132:20 133:6
  137:24 139:3
  144:19 146:24
  152:9 156:11
  158:24 161:8
  162:12 163:2,19
  165:8,22 166:11
  168:11 171:18
  173:5
**reporting** 70:23
**represent** 47:7,23
**representative** 48:4
**represents** 46:23,24
**requested** 104:16
  131:15
**require** 20:1,2 53:9
  53:11 61:1
**required** 52:21,23
  58:7 95:12 110:16
  122:23
**requirement** 52:3,3
  52:7,9,18 56:11
  116:8,9

**requirements** 36:15
  49:14,14,15 51:24
  52:1,3,17 56:19,20
  56:23 58:12,13,14
  58:18 60:3,5,16
  61:8,8,9,10 115:20
**requires** 13:17
  36:16 54:5,12 60:1
  61:2 71:11
**requiring** 52:19
**research** 3:21 57:1
  58:8 63:1,11,15,25
  74:13
**reserved** 171:15
**resolution** 139:23
**resolved** 51:19
**resource** 86:16
**resources** 86:9,12
  86:14 87:5
**respect** 16:7 44:8
  50:18 51:7,19 54:1
  56:14 78:9 86:25
  96:9 98:13 103:1
  123:5,23 129:14
  136:23 139:24
  142:1,19 147:12,24
  149:15 150:3
  153:17,25 154:5,8
  154:20 155:15
  157:11,18,20,22
  158:13 161:21
  163:15 164:2 165:5
  166:6
**response** 3:14 32:19
  121:21
**responses** 5:5 41:3
  41:12
**responsibilities**
  91:25
**rest** 94:3 154:4
**restraint** 129:22
**restraints** 43:9
  129:20 156:3,4
**restroom** 49:25

**results** 111:13
**retail** 55:22 103:20
**retain** 80:2 141:17
  141:19
**reuse** 151:8,11,14
  151:17,25
**reveal** 115:17
**reveals** 120:9
**review** 3:25 5:5 40:1
  65:8,16 66:7,11,12
  66:22 67:4,8,13,15
  67:20 77:18,20 89:4
  101:20
**reviewed** 40:12,15
  41:4,8 172:1
**reviewing** 144:24
**reviews** 67:11,22
  68:3
**revise** 83:11
**richard** 2:2
**right** 9:8 10:15
  11:14 16:4 19:8,24
  20:9,9,16 22:4,11
  23:11 24:14,18 26:7
  26:25 27:2,23 28:23
  31:1 35:21,23 39:9
  41:25 42:5,21,21
  43:20,22 45:4 46:2
  51:13,17 62:25 64:4
  66:4 68:2 74:21
  75:2,7,8 76:4,14
  77:6 78:20 79:6
  81:5,8,16,21,23
  82:11,22 83:13 85:7
  85:9 88:17,24 89:4
  89:5 90:6,7,21 92:1
  92:5 93:5,23 94:2
  96:14,20 97:5 98:10
  102:17 111:9,12,15
  112:17,18,24
  113:22 114:12,13
  114:23 115:7,24
  116:1 118:12 119:9
  120:1,11,24 122:8
  122:17,25 126:15

Public Version - Confidential Information Redacted

126:25 128:23
129:4,12 130:5
131:2,6,7,16,24
132:1,2,18 136:2
138:23 141:8
142:17 143:11,19
144:9,9 146:9 148:4
149:13 156:9
158:17 162:2,5
165:6 167:18 170:4
**ring**  116:17,19
**risks**  75:9 99:4,8,11
**rmr**  1:20 173:20
**rob**  70:16,19
**rock**  18:22
**roger**  1:13 3:3 8:4
8:19 118:24 172:10
174:3,19
**role**  74:20
**roles**  91:24
**roof**  30:5,6 33:23
158:21
**room**  2:17 30:4
144:25
**ross**  65:16 66:7,8
67:19
**rotary**  59:13 61:21
**routed**  113:4
**row**  29:10,24,25,25
30:3 44:1 129:10,16
129:18 130:3 140:1
148:3,5,9,9
**rpr**  1:20 173:20
**rubber**  128:5 129:2
154:23,25
**ruling**  91:12,19,22
97:9
**run**  34:13 52:8,9
61:6,7 136:19 169:6
**runner**  120:17
**running**  47:21

**s**

**s**  65:16 66:7,8 67:19
126:14 174:5

**s6**  18:9 141:14
142:12,18 143:12
**s7**  141:14 142:12
143:12
**s9**  141:14 142:1,13
142:16,18 143:9
149:25
**safety**  6:21 12:10,20
12:25 38:15 54:21
55:7 58:11,18
115:24 166:20
167:5,15,17
**saw**  125:16 169:2
**saying**  43:23 112:16
**says**  38:23 44:17
48:19 63:10,22
66:17 75:10,20 79:5
81:9,21 83:11,24,25
89:4 94:5 95:12
97:3 104:17 108:20
121:9,23 130:3,23
131:3 135:12
150:18 156:4,7
166:20
**scanned**  140:13
**scheme**  116:7
**scott**  8:14
**scott's**  63:2
**scrapage**  14:12
**scratched**  152:3,4
**screens**  20:24
**searched**  157:24
**seat**  19:8,8 20:4
28:14 29:25,25,25
30:8,9,14 44:1,3
52:5,5,6,12,15,21,22
52:24,25 53:1,3,5,6
58:22,23 59:14,20
61:4,22 128:9
129:16,18 130:3
132:15,17 133:18
134:1,2 135:1,2,3
135:16,18 136:4
140:1,3 148:3,5,6,8
148:9,9,13,14,23

149:4,5 150:10,11
150:12,12,14
153:18,18 154:2,2,2
170:19,21,25
**seatback**  53:19
59:17 129:24
**seating**  28:11 113:6
113:9 148:11
**seats**  19:4,6 29:10
33:4 51:23 53:13
59:12 61:18 109:8
109:10,12,16
110:18 129:10
140:23 142:3
148:19 150:6,8,25
154:12 156:3 171:4
**second**  10:8 29:24
29:25 33:8 39:6
66:1,5 85:5,6 94:17
125:11 128:21
129:5,10,16,18
130:3 140:1 148:3,5
148:8,9
**section**  167:14,16,23
**sections**  167:4,14
**sedans**  26:12,16
**see**  9:1 20:6 21:2
22:18,22 23:7 28:7
37:8,12 44:13 49:23
63:8 64:6,11,16
65:9 75:13 76:11,14
76:17 77:2,4 79:3
80:13 81:10 85:3
90:22 92:25 94:7
95:4,14 96:10 97:11
101:12,22 102:23
104:10,21 105:7
106:13,14 107:7,16
107:22 117:22
118:18,18 120:7
124:12 125:8 130:3
130:21 132:10
133:24 135:10
138:10,20 155:21
164:12 167:7,16

**seeing**  42:2 77:4,16
78:22 146:2
**seeking**  107:12
**seemingly**  79:16
**seen**  10:20 21:11
22:2,9 25:5 37:6
40:4,8,25 51:9
64:18 65:3 84:20
100:25 102:6
108:18 110:7
121:24 122:10
123:17,18 133:11
133:11,14 135:17
138:8
**sees**  72:11
**select**  29:15 160:24
**selected**  121:17
**sell**  36:19 55:3 92:12
93:4,4 103:18
159:13
**sellable**  46:2
**selling**  29:19 60:23
79:24 159:14,18
**send**  143:17 161:5
**sense**  9:23 14:2
27:10 72:18 73:6
92:12 119:19
**sensors**  48:5 58:21
**sent**  104:3
**separate**  26:23,24
29:3 83:3
**separated**  150:7
**september**  136:12
136:17,19,19 137:3
137:7,13,14
**sequence**  89:18
**sequentially**  163:22
**series**  142:8
**service**  31:19,22
**services**  145:22,24
**session**  8:23
**set**  3:15 11:10 18:10
18:11 47:6,24 48:9
153:13 173:8

Public Version - Confidential Information Redacted

setting 8:10
sewn 171:1
shape 30:24
shaped 60:15
share 25:11 34:5,14
sheet 5:18,22,24
   25:1,3 50:25 89:10
   133:23 147:8
   148:22 150:16
   153:23 154:19
   155:17,25 156:4
   172:3 174:1
sheets 17:25 18:1,2
   18:8,10,11 21:5,11
   21:16 139:12
   153:13 154:8
   155:20
shepherding 68:18
shift 36:19,20 54:5
shifter 60:12 62:1
ship 114:7,9,14,18
   158:2
shipping 109:7
   113:3 114:22,22
   137:9 143:15,23
shock 58:1
short 27:23,24 29:8
   29:9 30:4 83:6
shortage 72:21
shorthand 173:5
shorts 30:5
show 10:15 39:4
   40:21 41:23 62:15
   64:24 77:11 78:18
   80:21 89:15 93:11
   97:16 100:21 102:2
   108:14 123:12
   126:2 132:23 138:2
   152:12 156:14
   159:2 161:1,11
   168:14
showing 84:16
   117:1 144:22
   162:15 165:11,25
   166:14

shown 134:5
showroom 3:20
   63:10,22 80:7
   159:24
shows 160:3
side 70:5 75:7 92:12
   104:17 130:15
   131:16,19,21
   138:25 141:1
   148:11 151:22
sideways 37:7,8,9
   128:22
sidley 2:4
sidley.com 2:8,9
sign 13:17 71:13
   105:6 106:12
signage 158:1
signal 60:9
signature 171:15
   172:10
signed 49:1
significant 69:10
silhouette 24:24
similar 23:5 24:21
   29:17 30:21 43:6
   54:18,25 55:4 61:5
   64:6 76:9,11 77:15
   78:12 80:23 84:21
   84:22 89:25 102:6
   107:16 153:13
   163:15
similarly 41:4
   161:20 166:8
simple 32:15 58:1
   59:21 150:25
simply 148:18
   160:10
simultaneously 53:4
single 21:13 27:11
   49:6 106:9 134:4
situation 86:10
   107:15
situations 68:13
size 25:24 26:12,12
   28:3 33:20 82:23

133:2
sized 31:6
sizes 27:18,21
sketches 132:14
slid 168:5
slide 96:9,12,17
   104:15 105:10
   120:3 122:13
   138:13 158:4
sliders 30:11
slides 95:6
sliding 5:16 28:8,9
   29:12 44:2 109:21
   130:16 131:6,7
   138:17,22 149:6,15
small 3:17 4:17
   23:25 26:4,9 27:16
   42:10 44:18 64:9
   71:1,6 87:22 90:4
   118:13
smaller 28:13 31:23
   83:9
smart 26:6
smc 149:7
software 160:20
   161:3
solar 130:11,14
   149:18
sold 15:22 23:24
   24:21 31:1 34:15
   36:20 45:25 49:15
   54:24 60:23 83:9,18
   87:7,23 140:7
solid 109:22
solutions 147:15,19
somebody 71:1 95:3
   157:12
someone's 17:11
sorry 70:24 85:5
   98:16 101:10 115:2
   115:25 116:15
   117:25 123:14
   128:19,22 130:25
   131:1

sort 18:15 20:23
   23:22 34:11 44:15
   45:1 50:15 83:8
   87:19,24 91:20
   92:11 94:19 100:9
   101:20 103:21
   104:6 115:11
   120:13 121:3,7
   122:11 146:11
   167:2,12
sought 102:19
sounds 85:11
source 164:24
sourcebook 6:11,13
   6:19 159:8,10,11
   160:5 162:3,19
   163:12,16 164:14
   165:3 166:4,7,8
space 28:12
speak 11:23 31:9
speaking 9:15,16
   169:13,25
speaks 130:11
special 20:1 150:1
   157:7 158:11
specialize 74:22,23
   74:24
specific 11:6 16:13
   29:19,20 31:5 47:15
   52:2 90:9 136:22
specifically 12:4,19
   31:6 40:25 41:13
   80:25 85:11 159:19
specifications 57:25
specify 150:18
speedometer 60:10
spend 80:10
spent 11:1
spoke 11:9,17 12:1
   14:5 21:19 28:21
   45:3 79:8 114:20,21
   114:21
spoken 85:18
spot 118:11

Public Version - Confidential Information Redacted

spread  164:25
spring  129:23
ss  173:3
staffing  68:21,21,23
stage  48:13 99:20,25
  102:18,23 104:10
  105:11,24
stages  107:4
stamped  126:22
  145:14
stamping  21:9
stamps  75:6 166:20
stand  82:1 127:10
standard  52:15
  53:16,23 54:3,5
  55:20 130:6 171:2,3
standards  12:20,25
  13:6,7,13,14,16
  47:9 54:4,9,16,19
  54:20,21,22 55:6,7
  55:9,10,13 59:24,25
  95:21,23 96:5
standing  101:7
stands  44:21 66:23
  82:3 101:16 126:16
  167:11
staple  168:15
start  36:8,13 106:5
  118:1 137:2
started  136:25
  137:1,10
starting  27:14
  104:14 112:8
starts  40:6 46:15
  68:15,23 88:7,14,15
  105:14,15,17 106:5
  136:17
state  8:18 98:25
  173:2,6
stated  15:10 21:19
  49:17 63:12 112:25
  142:15
statement  36:11
  91:5 98:7 99:1,2,6
  121:8,9 122:21

145:8
states  1:1,8 3:15
  13:20 14:16 21:22
  23:20 30:22 36:19
  46:4 58:3,5,20 59:2
  59:6,8,10,15 73:8
  76:1 81:24 89:5
  91:12 96:17 97:6
  102:16 122:22
  126:8 127:2 129:10
  132:3 161:25 167:8
  174:2
static  52:7,17
station  18:16
status  77:22
stay  144:6
steel  150:8
steering  47:2 65:11
  65:12
stenographic  173:14
stenographically
  173:12
step  8:24,25 36:24
  39:8 64:3 85:20,20
  85:20 91:12 93:17
  144:25
steps  97:3,4,6 149:3
stevens  70:16,19
stick  36:19,20
stickers  144:1
stood  94:1
stop  20:7,25 108:4
  156:6
stoplight  60:2
storage  131:12
  158:22
strapped  73:5
strategy  3:25 4:14
  4:17 6:5 44:10
  77:18,20,23 78:9
  82:13,15 83:25 84:2
  90:4 92:20
street  2:5 168:25
  169:3,5

streets  23:24
strength  52:16,17
stretches  45:23
strictly  92:14
stringent  36:15
strip  152:2
strong  96:16
structural  151:19
structure  36:16 48:7
  52:6
struggle  164:17
stuck  153:2
studies  15:1,18
  57:11,13,16
study  54:25 55:4
stuff  30:19 63:12
  80:11 111:23
style  83:16
styles  30:17
styling  76:5,6
sub  16:17 133:21
subject  125:6
submitted  38:19
subscribe  75:12
subscribed  172:12
  174:19
subsets  16:9
subsidiary  122:4
subtract  111:10
sufficient  88:10
summary  95:10,11
  126:24 129:19
  133:23 134:11,19
  134:25
sun  62:6
supplement  170:7
supplier  113:12,16
  133:20,21 145:10
supply  17:19
support  49:12 80:3
  122:23 129:22
suppose  29:22 52:4
  145:9
supposed  63:23

sure  15:14 16:25
  17:18 19:18,21 20:8
  28:17 38:9,21,23
  67:25 82:8 84:10
  87:16 94:1 112:22
  116:18,21 120:15
  120:18,19 121:22
  147:25 153:5 168:9
surveys  57:1
swb  27:22
switched  109:24
  110:1
sworn  8:5 172:12
  173:9 174:19
system  16:19 19:6
  31:22 42:23 60:12
  105:23 115:18
  126:17 127:17
  134:20
systems  137:20
  160:14,15,19

**t**

tab  133:2
table  3:1 125:12
tag  115:4 142:20
tail  76:19
taillights  60:1
tailored  78:11
take  9:3 28:16 36:13
  49:25 84:9 113:1
  134:21 135:13
  150:22 152:17,20
  164:20
takeaway  134:24
taken  1:14 28:19
  50:3 84:11 108:9
  142:6 145:2 153:6
  173:7,14
takes  13:6 35:8 72:3
  113:2 114:9,14
talk  12:1 24:23 25:2
  25:6,8,17 53:8
  74:12 94:13 99:4,10
  109:11 136:9 148:5

Public Version - Confidential Information Redacted

**talked**   11:5,22 12:9
    12:10,17 13:5 14:9
    14:12,14,18 15:8
    16:2 33:15 51:12,14
    51:18 55:4 61:4,17
    80:4 82:7 102:21
    114:25 121:14
    149:4,4 154:20
**talking**   12:14,23
    13:12 22:22 23:2,8
    23:12 24:10,11,13
    24:23 25:9 37:11
    52:11 55:16 61:9
    67:15 71:18 73:2
    74:12 75:1 82:16,16
    90:24 91:20 92:6,8
    95:16 98:22 100:2
    109:10 125:18,19
    125:20 126:11
    127:21 129:14
    130:15,22 131:5
    133:24 138:12
    147:14 154:1
    156:22,24
**talks**   13:13 65:8
    75:9 83:24 90:19
    91:24 92:4 101:2
    125:17 126:13
**tapering**   86:13,14
**target**   45:12,16
    53:21,24,25
**targeted**   56:12
**targets**   47:12,14,15
    47:18 48:24 54:15
    55:3 67:11 72:4
**tarr**   96:21,24 101:3
**tasked**   68:18
**taurus**   26:15
**tax**   91:14,16 94:6,25
**taxes**   91:21
**taxi**   56:19,22 57:5
    138:22 139:1
    149:21,25 150:1
**taxicab**   56:2 138:24

**team**   65:11,12 69:12
    69:18,20 80:15
**teams**   67:23 69:20
**technical**   15:17 16:1
    41:17 50:8,21 51:11
**technically**   95:19
**technicians**   120:6
**technologies**   147:17
**tell**   8:5 14:9 18:5,25
    21:7 46:10 50:6
    83:2 140:17,18,22
    140:22,24,25 144:8
    149:14,17 150:20
**telling**   79:14
**tells**   53:15 110:11
    112:6 148:23
**template**   166:24
**temporary**   138:17
**ten**   155:20
**tend**   88:5
**term**   13:2,15 24:9
    25:5 45:15 84:7
    95:19 97:25
**terminated**   80:5
**terminology**   141:12
**terms**   28:11 46:25
    53:13 54:4,10 56:7
    58:12 59:20 60:17
    70:4 79:20 86:15
    88:14 92:17 93:3
    108:25 142:3
**test**   52:6,11 53:5,16
    54:11,12,13 60:25
    61:2,5,7
**tested**   47:3 52:25
    53:3,6,13
**testified**   8:7
**testify**   173:9
**testing**   46:18 47:1,1
    47:8 48:4,5,6,11
    52:20 54:10,14,18
**tests**   48:10 52:5
    56:15 61:4
**tfle**   96:21,22

**thank**   28:18 117:16
    153:5 164:22
    169:15 171:8,14
**that'd**   91:14
**thing**   63:16 68:14
    77:4 99:24 113:23
    132:2 133:3 134:4
    143:21,22 156:8
**things**   9:18 10:2
    19:22 30:2 34:14
    36:21 37:8 45:10,19
    46:13 47:22 56:10
    60:9,21 61:20 62:1
    62:24 72:16 73:3
    78:8 79:21 80:8
    82:8 92:12 102:24
    106:24 109:22
    110:1,5 121:14,24
    127:13 142:3,5
    147:17,21,22,24
    148:19,22,25 150:7
    154:11 158:15
**think**   12:11,14 13:3
    13:14,25 23:15 26:4
    26:21 29:1 40:9
    42:16 47:14 48:16
    63:22 65:3,24 84:20
    93:25 94:2 105:9,9
    106:11 108:3,18
    112:9 117:4 121:22
    122:3 125:5 128:25
    129:19 133:11,19
    133:20 134:3,25
    135:6 137:1 139:17
    141:21 143:21
    145:17 146:19
    148:16 150:18
    151:16 152:16
    161:4,24 168:4
    169:4
**thinks**   38:10
**third**   13:17 29:10,12
    29:25 30:3 60:2
**thompson**   117:3,5

**thought**   30:15 34:24
    42:18 101:17
    118:13 128:20
    138:19
**thousands**   135:10
    135:14
**three**   30:9 33:22,23
    44:1 117:1,20
**throw**   150:21
**tie**   16:14
**tied**   48:14,16
**tightening**   18:4
**till**   9:1
**time**   16:25 24:6
    26:14 35:12,18 36:1
    36:3 37:20,23 38:3
    38:4 42:8,21 43:3
    45:10 47:17 50:14
    51:10 53:7 56:24
    64:1 73:11 81:20
    83:8 86:11 87:20
    99:23 100:6,9 104:5
    108:1 114:19
    120:10 121:3,18
    123:23,25,25 135:7
    137:2 147:18
    152:16 155:17
    157:11,23 158:7
    170:18 171:9 173:8
**times**   20:7 35:15
    36:15 52:24 121:24
**timing**   37:12 45:12
    45:17 82:14 83:24
    87:3,6 89:5 93:19
**tint**   130:17,20
    138:15
**tinted**   130:11,14
    138:25 149:18
**tiny**   27:16
**tip**   122:15 141:9
**tipping**   38:7
**tire**   110:5,10,13,18
**tires**   16:20 110:11
**title**   44:17 50:8 65:4
    67:9 77:17,21 82:13

Public Version - Confidential Information Redacted

89:3 95:10 97:21
104:15 108:20
132:9,9
titled  98:20,22
today  9:9,21 23:8
50:5 117:14 154:1
170:7 171:9
today's  10:23,25
157:19 159:23
169:25
told  75:21 169:24
tongue  122:15
tool  17:7 18:5 19:25
20:6,9
tooling  120:10,12,19
135:9,12
tools  20:2,2 120:15
120:20,22
top  37:16,17 38:2,4
39:10,11,12,15
67:17 82:12 83:24
85:6 138:15 166:17
topic  168:7
topics  8:11,15 11:6
11:9,12,17,17,22
15:5 63:2 78:7
169:10
torque  18:5 20:4
52:22 53:20 120:17
torqued  20:3
touched  18:7
traced  35:2
track  73:21
trade  1:1 2:15 28:25
trading  80:6
traditional  137:2,6
traditionally  131:21
135:14 136:11,21
traffic  89:24 115:24
transcript  7:9 172:2
173:13
transcription
173:12
transit  3:17,23,25
4:16,20,22 5:4,7,15

5:20 6:4,7,9,11,13
6:15,17,19 11:4
12:7,12,13,14,15,19
14:16 15:3,25 17:1
18:9,11 20:14,21
21:4,20 22:1,2,8,13
23:8,9,10 25:17
26:17 27:5,6,17,18
28:22 29:6,15 30:23
31:17 32:2,11,20,22
33:12,15,16,18,20
34:3,4,7,17,22,25
35:11,24 36:5,17,20
37:21 42:8 44:17
46:6 50:18 51:8,9
53:1 54:17,19 56:8
56:14,16 57:14,19
58:6 59:4 63:22
64:9 65:4,13 67:6
69:5 70:14,20,24
72:19 75:22 76:2,7
77:17,24,25 78:9,12
83:4,5,9 86:25 87:3
87:17,19 90:4,19
96:10,13 97:21
98:14 103:12
104:12 108:23
109:13,25 111:22
111:23 114:8,19
116:16 118:1 123:6
129:17 136:6,23
139:13 142:6
146:13,17 147:10
147:12 151:6,13
153:14 156:20
157:11,15,20,22
158:5,14,18,21
159:8,19 160:23
161:17 162:6,19
163:12 164:10
165:15,17 166:4,6,8
167:25 169:1,7
transition  137:5
transitioned  35:21

transitions  115:12
transits  33:2,11
translate  127:13
translated  106:20
127:16
transmission  59:8
transmit  104:6
transmitted  104:8
140:12
transpired  27:3
transportation
55:24
tread  110:15,16
111:1 112:1,4,12,24
113:6 114:20 142:9
142:15 143:9,10
tremendous  68:23
trials  120:10,12
tries  43:4
trim  19:3 160:24
trouble  14:10 92:23
117:23
truck  3:20 63:10,21
81:22,25 91:18
103:16 119:2,3,19
trucks  119:5
true  19:9 54:1 56:6
130:6 132:4 135:24
137:15,16,17
167:22 173:13
truly  167:23
truth  8:6,6,7 173:9
173:10
try  9:23 151:8,11,25
trying  12:2 26:4
35:9 38:22 42:13
48:23 75:19 79:18
86:11 87:2 101:18
105:11 122:11
152:22 167:10
tryout  120:19
tt  120:5,9,9,25 121:8
tumble  129:21
turkey  73:3,8
113:15 114:12

118:5,6,7 142:22,25
turkish  21:12,14
turn  60:9 81:6 82:5
83:21 90:16 96:7
97:1 98:8 104:15
128:19 129:25
132:5 147:2
turning  80:3
tutorial  167:12
tv  45:14
two  10:2,2 23:16,18
24:2 26:19,23,24
27:4,6,8,18,21
28:21 30:8,10 46:16
47:11,18 56:10
62:24 83:3 86:3,4
94:3 104:19 118:8
119:6 128:1 132:15
132:24 133:9
148:16 149:14
165:1 167:14
169:24
type  3:17 18:17 24:1
29:7 38:6 41:1 43:6
44:3,18 47:25 48:18
48:20 49:16,22
55:13,21 57:2 59:13
59:17 63:15 64:9,18
68:14 77:22 79:17
80:11,12 82:17,17
82:21,23 84:7,23,24
86:7 92:21 99:11
101:1,21 116:11,12
116:13 128:7
136:15 147:19,21
149:11,19 151:19
158:20 161:24
165:20 166:24
types  47:18 58:16
70:22 72:11 80:8
81:3 99:9 142:5
148:22 157:4
159:17 160:3
typical  55:22 77:19
110:8 164:17

Public Version - Confidential Information Redacted

**typically**  64:16
  69:13 70:11 87:23
  99:17 116:6 136:10
  157:9,10 160:6
**typos**  63:24

**u**

**u.s.**  1:14 2:14 60:4
  61:8,9 95:13 108:20
  108:22 113:16
  114:15 130:19
  161:25 162:4,7,9
  166:20
**uk**  132:4
**ultimately**  45:11
  72:5 87:14 106:20
  121:4,5,13
**um**  31:4,13 54:8
  55:17 88:22
**unchanged**  171:6
**unclear**  103:10
**uncommon**  67:13
**undergo**  45:6 54:17
  142:9
**underneath**  151:24
**understand**  8:22 9:6
  9:14,19,22 13:10,11
  22:5 40:5,6 55:20
  57:12 62:4 68:7
  75:19 77:25 79:18
  79:25 97:23 101:7
  102:8 157:2 159:13
**understanding**
  15:24 35:9 41:16
  49:21 54:13 55:18
  56:5,12 57:8 63:19
  78:11 109:3,4 114:7
  132:12 153:16
  167:19,21 171:10
**understood**  10:3
  11:15 54:3 55:5
  56:21 63:16
**undertake**  57:1
**unfortunately**  21:12
  101:19 116:18

153:2
**unique**  34:18 56:20
  58:7,11,15,20 60:19
  74:7
**unit**  112:25 147:19
**united**  1:1,8 3:15
  13:20 14:16 21:22
  23:20 30:22 36:19
  46:4 58:3,5,20 59:2
  59:6,7,10,15 73:8
  76:1 132:3 161:25
  174:2
**units**  127:2 129:13
  158:22
**universal**  16:16
  25:25
**unladen**  114:15
**unquote**  157:12
**unrelated**  79:16
**unsure**  9:24
**update**  3:23 65:5
  155:24
**updated**  86:2
**updating**  124:5,8
**upfitters**  158:16
**upfront**  87:15 135:9
**upg**  128:17
**upholstery**  170:22
  170:25 171:2,3
**upper**  24:24 68:17
  69:7 138:23
**ups**  169:24
**upstream**  115:10
**usage**  34:2 57:8
  58:15 62:7
**usdoj.gov**  2:20,21
**use**  13:3,22,24 16:19
  18:5 33:3 46:1
  51:22 55:19,23 56:5
  56:24 59:16,23
  61:13,19,21 72:21
  76:24 90:11 116:16
  126:19 131:22
  152:4 158:3

**user**  18:14 19:7,12
**usual**  87:25
**usually**  20:23 31:16
  76:23 101:20 106:5
  118:12 135:10

**v**

**v**  1:6 37:8,9 174:2
**v&psr**  4:14
**v227**  22:3 23:6
  76:11 81:13,15
  82:20 90:20 95:12
  100:15 109:1,3
  124:20 136:6,13,23
  146:5
**v227n**  5:4,7,9
  122:24
**v363**  75:11,20,24
**v408**  4:4,8,12 22:10
  22:18 75:11,20,21
  76:2,11 81:9,15,18
  83:12 90:25 91:1
  100:10
**vague**  74:1 91:9
  92:7,11
**vagueness**  53:10
**valid**  53:16
**value**  135:13
**van**  3:17 4:5,9,13,17
  23:23 28:3,4 29:1,2
  29:24 33:20,25
  42:10 44:6,18 64:9
  65:11,12 82:13,15
  82:20,24 83:12,16
  83:20,25 90:4
  109:15,20 120:5,25
  121:3,8 124:7
  125:13 127:2,25
  129:11 130:23
  131:5,9,10 148:12
  151:23 154:17
**vandevert**  168:24
  169:17
**vans**  23:17,25 27:16
  29:9 32:24 34:2

130:12 131:7,17
  140:8,22
**variant**  22:21 23:2
**variation**  54:13 58:2
**variations**  29:11
  53:22,22
**variety**  30:17
**various**  21:3 29:15
  29:22 44:14 55:7,10
  56:15 79:11 94:20
  98:13 107:4 127:9
  139:13 158:4
  160:14 166:25
  167:4
**vehicle**  12:25 13:18
  14:19,23,23 15:20
  15:21 16:8,14,15,16
  16:18,22,23 17:3,5
  17:8,8,11,13,17,22
  18:2,3,6 19:3 22:7
  23:15 24:1,6,10,12
  24:13,17,24,25 25:9
  25:10,10,13,14,15
  25:25 27:10,11,15
  29:16,19,21 33:3,4
  33:6,8,9,10,16
  34:18,20,25 35:7,10
  36:6,14 37:15 39:24
  43:5,7 44:1,1,3 45:6
  45:12,22,24,24 46:2
  46:23,24,25 47:2,7
  47:17 48:1,6,8 49:4
  49:5,15,22 50:20
  51:2,11 52:16 54:2
  54:23,24 55:3,15,19
  56:7,22,22,23 57:9
  57:21,23 58:19
  59:23 62:4 63:19
  68:6,25 69:1,3 70:6
  70:7,9 71:19 72:12
  72:22 73:2,8,19
  74:3 76:18 77:1
  78:1,13 85:22,24
  86:13,14,18,20 87:7
  87:9,20,25 90:14

Public Version - Confidential Information Redacted

91:18 92:13,21 93:1
95:20 99:14,17,18
99:18,23 100:5,6,6
100:8,13 103:23
109:5,16 110:17
111:4,5,7,14,19
112:5,6,11,14,18,20
113:4,11 114:3,10
114:24 115:4,8,9,11
115:12,14,14,21
116:6 117:9 118:15
119:10 120:14
122:16 123:24
124:2 127:8 128:7
135:9 136:10,21
137:17 140:11,14
140:16 141:22
142:21 143:6,6,25
144:4,6,6 145:15,21
145:22,24 150:4,17
155:2 157:3,25
158:7,8 159:13
160:3
**vehicle's** 109:25
111:10,18
**vehicles** 11:8 12:21
17:3,19 23:16 24:2
25:6,11,19 26:2,13
26:19,23,24 27:4,6
27:8,13 28:21,25
31:1,10,19 32:24
33:21 34:6,15 35:6
36:4 44:14 45:5,18
46:18 47:21,24 48:9
48:12 50:12,14
54:16,17 55:8 57:12
64:18 70:22 71:2,17
73:4 74:7,24 81:14
83:3 85:14 86:11
93:4 109:23 113:5,8
114:11 116:4 118:4
118:5,7 119:14,17
125:3,4,5,13 127:13
127:17 139:15
140:1,3,7 142:25

143:2 149:9,10
158:21 166:25
171:4
**venture** 82:4
**verbal** 9:7 39:15
**verification** 49:10
51:12
**version** 10:19 14:17
23:4,21 26:21 28:10
29:6,20 30:14 56:19
75:21 124:6 125:7,9
131:6 166:23,24
**versions** 15:2,19
23:19 30:13 33:14
34:1 76:10 159:24
**versus** 14:16 58:8
142:18
**vetted** 38:1
**viable** 34:16 72:14
**vic** 26:13
**victoria** 26:14
**vin** 16:14 17:1,4
115:4,6,8,13,16,16
115:18,19 116:5,7
116:17,19 117:3
140:15,19 141:7,10
142:20,22,23
**vis** 144:15,15
**vision** 24:11 30:24
**visors** 62:6
**visually** 132:14
**vm** 114:25
**vmvs** 115:6
**void** 42:14
**volume** 110:23
**vs** 37:7
**vsa** 122:15 145:25

|  |
| --- |
| **w** |

**w** 126:14
**wagon** 29:9,24
32:23 33:13 44:6
69:1 124:5 125:7,9
127:22 128:8,9
130:6

**wagons** 29:9 149:23
154:24 171:5
**wait** 9:1 29:20 72:20
169:15
**waiting** 123:14
**walk** 99:15,17 100:5
100:13 167:3
**wall** 168:25 169:3,5
**want** 29:16 30:19
48:5,7 62:25 75:3
75:16 79:22,25 80:7
80:10 86:10 118:23
132:5 147:25 151:9
157:15,16 170:16
**wanted** 32:1 128:19
160:22,25
**wants** 79:21 86:17
**warranty** 31:20
**washington** 2:6
**waste** 150:22 151:9
**way** 9:23 13:22
20:25 21:9 25:8
31:1 33:5 45:13
47:14,16 50:16
57:19 59:4,11 61:17
62:8 67:16,17 74:18
95:3 119:16,24
120:19 127:23
135:15 139:17
141:23 157:16
158:9
**wayne** 173:4,22
**ways** 18:21 104:5
**we've** 22:2,9 25:5
37:6 53:12 85:18
89:25 93:16,19
117:4 147:9,14,24
148:2 149:4 152:15
153:17 154:1
158:14
**weather** 154:13
**website** 161:4
**weigh** 73:15 92:15
111:4,8,25 112:2

**weighed** 73:24
112:15
**weighing** 72:1
**weighs** 112:6,14,20
**weight** 52:24 110:23
110:24 111:5,10,13
112:7,10,18 118:16
118:16 119:10,12
119:14,16 124:6
125:7,19
**weights** 119:20
124:5,8 125:9,18
**went** 27:3 35:13,22
150:24,25
**wers** 126:13,16,19
134:19,20
**wheel** 47:2
**wheelbase** 27:23,23
27:24,25 29:8,9,23
30:7 83:6 167:8
**wheelbases** 33:23
**wheels** 16:20 160:3
**white** 19:5
**wikipedia** 137:21,22
**window** 29:11,12
30:9 52:8,10 149:15
151:13
**windows** 29:12,13
30:10,10,11,12,15
109:9,21 130:20
149:15,18 151:14
153:18 154:3
**withstand** 52:22,24
**withstanding**
164:25
**witness** 3:2 9:10,12
49:25 84:9 118:18
118:21,25 121:9
152:17 173:9,11
**witnesses'** 174:3
**word** 12:22 21:13
29:4 85:16,17
**words** 150:21
**work** 11:3 12:7
13:25 31:20 33:6

36:8,10,22 46:15
48:3 49:18,19,21,22
50:8,17,17 59:15
65:8 66:11,22 67:4
67:8,10,13,21 68:12
72:3,13 80:12 86:8
86:22 88:14,15
95:19,25 96:6
105:15 106:5,6
123:4 145:8 146:15
147:15,19 156:6
**worked**  12:6 14:25
120:21
**worker**  19:24
**working**  14:14
35:22 42:17 82:9
102:12
**workload**  68:24
**works**  12:9 13:20
16:12 72:9 73:22
74:25 119:11,13
**world**  14:17 23:1
34:20 58:15 63:24
73:22 87:8,10
**worldgateway**  1:16
**worldwide**  29:5
34:14 57:23,24
72:25 126:17
**worrying**  112:20
**writing**  39:15 94:22
95:2 99:12
**written**  39:12 60:6
127:14
**wrong**  19:13,16,19
19:19 85:4 131:2
148:10
**wwl**  122:1 123:4

| x |
|---|
**xl**  130:7

| y |
|---|
**y**  104:19,23 105:7,8
**yea**  156:8
**yeah**  28:17 98:17
108:5 116:6 117:19

143:17
**year**  15:14 22:17
23:16 34:23 35:13
42:19,24 43:1,2
90:9,10,14,20,24,25
125:7 135:19,20,21
135:24 136:7,8,8,9
136:10,11,12,17,24
137:3,4,6,11 147:10
147:11,12,16,21,21
153:14,19,23
156:20 161:17,19
162:19 163:12
168:3
**years**  15:23,24 35:8
45:23 46:10,20
53:11 85:25 86:2,3
86:4,5 135:25
136:19 166:6
**yellow**  120:7
**yesterday**  117:8
**york**  2:18,18

| z |
|---|
**zolna**  44:8,23

| à |
|---|
**à**  144:15

Public Version - Confidential Information Redacted

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# DEFENDANT'S EXHIBIT 29

Public Version - Confidential Information Redacted

Page 1

1    UNITED STATES COURT OF INTERNATIONAL TRADE

2    BEFORE:  HON. MARK A. BARNETT, JUDGE

3

4    FORD MOTOR COMPANY,

5                    Plaintiff,

6        v.                              Court No. 13-00291

7

8    UNITED STATES,

9                    Defendant.

10   _____ /

11   PAGE 1 TO 39

12

13        The Deposition of DOUGLAS W. SCOTT

14        Taken at the Offices of U.S. Customs and Border

15        Protection, Port of Detroit Metropolitan Airport

16        2596 WorldGateway Place

17        Detroit, Michigan

18        Commencing at 4:24 p.m.

19        Monday, June 29, 2015

20        Before Anne H. Chilton, RMR, RPR, CSR-3669

21

22

23

24

25

Public Version - Confidential Information Redacted

1   APPEARANCES:

2   MR. RICHARD BELANGER, ESQ.

3   MS. BARBARA BROUSSARD, ESQ.

4   Sidley Austin, LLP

5   1501 K Street, N.W.

6   Washington, DC  20005

7   (202) 736-8161

8   rbelanger@sidley.com

9   bbroussard@sidley.com

10        Appearing on behalf of the Plaintiff.

11

12   MS. BEVERLY A. FARRELL, ESQ.

13   MR. JASON A. KENNER, ESQ.

14   U.S. Department of Justice, Civil Division

15   International Trade Field Office

16   26 Federal Plaza

17   Room 246

18   New York, New York  10278

19   (212) 264-0483/9230

20   beverly.a.farrell@usdoj.gov

21   jason.kenner@usdoj.gov

22        Appearing on behalf of the Defendant

23

24

25

Public Version - Confidential Information Redacted

Page 3

1                    TABLE OF CONTENTS

2    Witness                                        Page

3    DOUGLAS W. SCOTT

4

5    EXAMINATION BY MS. FARRELL:                      4

6

7                        EXHIBITS

8    Exhibit                                        Page

9    FORD EXHIBIT 15                            6

10   Table 1 - Feature Take Rate At Own Budget

11   FORD EXHIBIT 16                           10

12   V227N Concept Suitability Research

13   FORD EXHIBIT 17                           13

14   Table 1 - Feature Take Rate At Own Budget

15   FORD EXHIBIT 18                           17

16   2010MY Ford V227N Simplified Order Guide

17   FORD EXHIBIT 20                           19

18   Ford V227N Chicago Auto Show Research

19   Final Report

20   FORD EXHIBIT 21                           22

21   V227N Chicago Auto Show Research

22            (Exhibits attached to transcript)

23

24

25

Public Version - Confidential Information Redacted

```
                                                     Page 4

 1     Detroit, Michigan

 2     June 29, 2015

 3     About 4:24 p.m.

 4                      DOUGLAS W. SCOTT,

 5          after having been first duly sworn to tell the

 6          truth, the whole truth, and nothing but the

 7          truth, was examined and testified as follows:

 8     EXAMINATION BY MS. FARRELL:

 9     Q.  Would you please state your name for the record.

10     A.  Sure.  Douglas W. Scott.

11     Q.  Mr. Scott, my name is Beverly Farrell.  I'm an

12          attorney for the United States Department of Justice

13          and we are taking depositions in this case.

14     A.  Uh-huh.

15     Q.  Do you understand that this case is litigation that

16          was brought by Ford Motor Company against the United

17          States?

18     A.  Yes, I do.

19     Q.  And do you understand that you're here today as what's

20          called a 30(b)(6) witness?

21     A.  Yes, ma'am, I do.

22     Q.  And have you ever been deposed before?

23     A.  Yes, ma'am, I have.

24     Q.  And have you been deposed as a 30(b)(6) witness

25          before?
```

Public Version - Confidential Information Redacted

Page 5

1   A.   Yes, ma'am, I have.

2   Q.   So you know you're speaking on behalf of the company;

3        right?

4   A.   Yes, I do.

5   Q.   Okay.  And because you've had depositions before, you

6        clearly understand that this is a Q and A session,

7        that we have a court reporter and that we need

8        everything to be verbal and we need to work together

9        so that you can finish your answer before I ask the

10       next question and before I -- you know, you'll wait to

11       answer when I'm asking the question; is that fair?

12  A.   Yes.

13  Q.   And is there any reason why you can't give a

14       deposition today, you're not well, you're on

15       medication?

16  A.   No.  No, ma'am.

17  Q.   Okay.  Very good.

18            And you're doing everything perfectly, which

19       is verbal, which, you know, you're a pro at this.

20  A.   Okay.  Well, we'll try to keep that going.

21  Q.   I understand that you've been offered as a witness on

22       behalf of this case as a 30(b)(6) witness with respect

23       to marketing; is that correct?

24  A.   That's correct.

25  Q.   And did you do anything to prepare for today's

Public Version - Confidential Information Redacted

Page 6

1          deposition?

2     A.   Just reviewed my, you know, my files, you know, the

3          order guides and brochures and things like that.

4     Q.   Okay.  And when you say your files, are these files

5          that you keep in your office or are they Ford files

6          that you happen to have access to?

7     A.   No, these are my files.

8     Q.   Your personal files.

9     A.   Yes.

10    Q.   What was your role in connection with the Transit

11         Connect program?

12    A.   I'm the truck group marketing manager and so -- for

13         the pickups and the commercial vehicles, so Transit

14         Connect falls into that category.

15    Q.   And were you in that role throughout the entirety of

16         the Transit Connect program in North America?

17    A.   Yes, ma'am.

18    Q.   And our understanding is that the Transit Connect

19         program, what we know as V227N, has come to an end; is

20         that fair?

21    A.   That's correct.  It was replaced by V408.

22    Q.   And are you handling the V408 program as well?

23    A.   Yes, I am.

24              FORD EXHIBIT NUMBER 15

25              WAS MARKED BY THE REPORTER

Public Version - Confidential Information Redacted

Page 7

1                        FOR IDENTIFICATION

2          BY MS. FARRELL:

3          Q.   Okay.  I'd like to show you a document previously

4               marked as Ford Exhibit 15.

5                        Do you recognize what's been marked as

6               Exhibit 15?

7          A.   Yes, I do.

8          Q.   And what is it?

9          A.   This is a summary of market offering research.

10         Q.   And what is market offering research?

11         A.   Market offering research is a research event designed

12              to best understand customer preference for the

13              packaging of the vehicle and features and options.

14         Q.   And how do you go about getting that information, what

15              customers would want?

16         A.   Well, again, it's a research study that we field and

17              we give customers a budget and we ask them to, you

18              know, make decisions on how they would spend that

19              budget in buying a Transit Connect.

20         Q.   And if you look at the bottom of this document, you'll

21              see that this -- it says the source is 2009 Model Year

22              Ford V227 PSC Market Offering Research, January 23rd,

23              2007.

24         A.   Yes.  That's correct.

25         Q.   Okay.  Is this the first marketing research that

Public Version - Confidential Information Redacted

Page 8

1      you're aware of with respect to the Transit Connect

2      program?

3   A.  No, it's not.

4   Q.  And what other marketing were you aware of?

5   A.  Believe there were -- well, there were actually some

6      clinics that related to other vehicles where a Transit

7      Connect was, you know, shown to consumers, and there

8      was concept research as there is with every program

9      with -- in connection with Transit Connect.

10  Q.  And if I could turn your attention to what's been

11     marked as Exhibit -- and this exhibit will be in front

12     of you because it's already been seen through others.

13     It'll be Exhibit 5.

14  A.  Okay.  Got it.

15  Q.  Do you recognize Exhibit 5?

16  A.  I do.

17  Q.  And what is that?

18  A.  This is showroom research.

19  Q.  You said that you -- there was concept research that

20     was done in connection with the Transit --

21  A.  Yes.  That's correct.

22  Q.  -- in connection with the Transit Connect vehicle.

23         Is this Commercial Truck Showroom document

24     something that you were thinking of when you said the

25     phrase concept research?

Public Version - Confidential Information Redacted

Page 9

1    A.   No, it was not.

2    Q.   And what exactly is concept research?

3    A.   Concept research is at the initial stages of a program

4         when we're looking at different designs.  So we'll

5         present to the consumer alternative designs, exterior

6         and interior designs to get their opinion of those

7         designs.

8    Q.   And you said at the initial stage.

9              Do you know when the initial stage of the

10        Transit Connect program for North America was, when

11        that occurred?

12   A.   Generally, I'm going to go from memory, I think in the

13        2006 or '7 time frame.

14   Q.   So the Commercial Truck Showroom document we see as

15        Exhibit 5, what would you consider this type of

16        research?

17   A.   This is a full lineup research.  So we had our entire

18        commercial vehicle lineup from Class 1 vehicles like

19        the Transit Connect up to Class 6/7 vehicles like our

20        medium truck in a research scenario where customers

21        could give us feedback on the full lineup of

22        commercial products.

23   Q.   Are you aware of any market research by Ford with

24        respect to the Transit Connect North America program

25        prior to the research conducted that's reflected in

Public Version - Confidential Information Redacted

```
                                                              Page 10
 1          Exhibit 5?
 2     A.   Again, other than -- not other than in the case of
 3          other programs.  I don't know that it would have been
 4          prior to 2005, but as I indicated a moment ago, there
 5          was other research events where Transit Connect was an
 6          adjunct property, wasn't the primary subject of that
 7          research.
 8     Q.   Do you recall those other events?
 9     A.   Some of them I do.
10     Q.   And what are they?
11     A.   E series final drive research.  There were a couple of
12          Transit -- full-size Transit research clinics where
13          the Transit Connect was shown as an adjunct property.
14     Q.   Do you know when those -- when the E series final
15          drive was done?
16     A.   I think the E series final drive research was done in
17          2006, and the Transit clinics roughly in the same time
18          frame, maybe a little bit later than that.
19               FORD EXHIBIT NUMBER 16
20               WAS MARKED BY THE REPORTER
21               FOR IDENTIFICATION
22     BY MS. FARRELL:
23     Q.   I'd like to show you what's been previously marked as
24          Ford Exhibit 16.  And do you recognize Exhibit 16?
25     A.   Yes, I do.
```

Public Version - Confidential Information Redacted

```
                                                   Page 11
 1      Q.   And what is it?
 2      A.   This is the V227 concept suitability research.
 3      Q.   And that's the concept research that you were talking
 4           about just a moment ago?
 5      A.   Yes, ma'am.
 6      Q.   Okay.  If I could direct your attention to the bottom
 7           of the first page of Exhibit 16.
 8      A.   Yes.
 9      Q.   It says the background, this research was requested by
10           E. Ford, Director of Product Marketing.
11                Do you know who E. Ford is?
12      A.   Yes.  That's Elena Ford.
13      Q.   Okay.  And at this time she was director of Product
14           Marketing?
15      A.   That's correct.
16      Q.   And if I could direct your attention to the third
17           page, which is a PowerPoint slide.
18      A.   Yes, ma'am.
19      Q.   Do you recognize the document that's reflected
20           starting at page 3?
21      A.   I do.
22      Q.   And what is it?
23      A.   Again, this is the detail.  The first two pages were
24           the summary, executive summary.  This is the detail
25           for the concept research.
```

Public Version - Confidential Information Redacted

```
                                           Page 12
 1    Q.   Is it typical with respect to research to have an
 2         executive summary and then have the actual PowerPoint
 3         that has a little more data in it?
 4    A.   Yes.  Generally that's the case.
 5    Q.   Okay.  And the final data review.  It indicates that
 6         the research was conducted January 27 to 30, 2007 in
 7         Philadelphia; is that fair?
 8    A.   That's correct.
 9    Q.   Do you recall any other concept research?  We have
10         Philadelphia.  Were there any other locales where --
11    A.   No.  Not to my knowledge.
12    Q.   Was there a reason why the concept research was done
13         in Philadelphia?
14    A.   I couldn't tell you.  I don't know offhand.
15    Q.   The research that you're gathering in this concept
16         research which we see is Exhibit 16, how is that
17         intended to be used by Ford?
18    A.   It's intended to be used as shown in the summary.  We
19         were confirming our target customer.  We were also
20         trying to better understand the likes and dislikes
21         with respect to the product and also how the customer
22         intended to use the product.
23    Q.   The information that's gathered as part of concept
24         research, is that then used in helping to devise the
25         program for a new vehicle that's coming into a market?
```

Public Version - Confidential Information Redacted

```
                                                       Page 13
 1    A.   Yes.
 2    Q.   And was this research used with respect to the Transit
 3         Connect program North America?
 4    A.   Yes, ma'am, it was.
 5                   FORD EXHIBIT NUMBER 17
 6                   WAS MARKED BY THE REPORTER
 7                   FOR IDENTIFICATION
 8    BY MS. FARRELL:
 9    Q.   I'd like to show you what's been previously marked as
10         Ford Exhibit 17.
11              Do you recognize Exhibit 17?
12    A.   Yes.  I believe it's the same as Exhibit 15 perhaps
13         other than the last two pages, which look like summary
14         pages, that are not on the back of Exhibit 15.
15    Q.   If I could direct your attention to the bottom of
16         Exhibit 15 and the bottom of Exhibit 17.
17    A.   Yes, ma'am.
18    Q.   There's a -- it's small to see.  It says Source and
19         after it in Exhibit 15 it says Source:  2009 --
20    A.   Um-hum.  Yes, ma'am.
21    Q.   -- model year.
22    A.   Um-hum.
23    Q.   And then in Exhibit 17 it says 2010 model year.
24    A.   Yes, ma'am.
25    Q.   Does that help refresh your memory as to the
```

Public Version - Confidential Information Redacted

Page 14

1      difference between Exhibits 15 and 17?

2   A.  Again, it could have been the same.  We could have

3       redone the market offering research, but I didn't

4       recall that we did that twice.  We normally do that

5       once.

6   Q.  Would you have done two model years in one research

7       event?

8   A.  No.  I don't -- that would not be -- that would not be

9       typical.  So, again, I'm not -- and the date on the

10      other thing that looks -- oh, I guess the date is not

11      exactly the same, but there's a lot of the data points

12      at least on the first page that look the same.  So I

13      don't -- I can't speak to why there's a 2009 and a

14      2010 version, no.

15  Q.  So you don't recall whether there were two

16      different --

17  A.  No, I don't recall.  We would normally do it just

18      once.

19  Q.  Because there are also different dates.  There's

20      January 23, 2007 and then the Exhibit -- that's for

21      Exhibit 15.

22  A.  Right.

23  Q.  Exhibit 17 has March 22, 2007?

24  A.  Um-hum.  Um-hum.

25  Q.  Does that help --

Public Version - Confidential Information Redacted

```
                                                    Page 15

 1    A.   No.

 2    Q.   -- refresh memory at all?

 3    A.   No, it does not.

 4    Q.   Okay.  There is an acronym at the bottom of the page,

 5         it says PSC.

 6    A.   Right.

 7    Q.   What does that stand for?

 8    A.   PCS stands for program strategy confirmation.

 9    Q.   And what does that mean?

10    A.   It's just one of the milestones in the product

11         development process.

12    Q.   And what -- when they say program strategy

13         confirmation, is it that they already have a program

14         strategy and they're doing research to confirm that

15         strategy?

16    A.   In part.  The first milestone in the product

17         development process is PS, program strategy, and then

18         this is a second milestone confirmation, which is

19         informed by research.  So in part that's correct.

20    Q.   Is there any milestone between PS and PSC?

21    A.   No, ma'am.

22    Q.   What's the next milestone that occurs after --

23    A.   PTC.

24    Q.   And what is that?

25    A.   I knew you were going to ask me that.
```

Public Version - Confidential Information Redacted

Page 16

1          It's program timing, I think, program timing

2     confirmation.

3  Q.  You're doing the best with these acronyms just so you

4     know.

5  A.  There's a lot of them.

6  Q.  There are a lot of them, and we've all been trying to

7     work our way through them.  So you're being incredibly

8     helpful.

9          When we have something that's called program

10    timing confirmation, is that research or that, excuse

11    me, milestone of the program to determine when the

12    best time would be to release a vehicle or is it --

13    there's some other meaning there?

14 A.  No.  It's mainly to do with internal production

15    deliverables with respect to manufacturing and

16    sourcing and confirmation of Job 1 dates and things of

17    that nature.

18 Q.  So this is simply just the timing of, if you're going

19    to go forward with a program, when you could actually

20    be able to do it vis-à-vis having the resources for

21    manufacturing, engineering, plant capacity; is that

22    fair?

23 A.  Correct.  Yes.

24 Q.  In both of Exhibit 15 and 17, these are entitled

25    Feature Take Rate At Own Budget.

Public Version - Confidential Information Redacted

```
                                                    Page 17
 1                  What's a take rate?
 2    A.   That's just, again, the customer's expression of their
 3         interest in a feature.  So if we asked, you know, ten
 4         customers and five of the ten pick that particular
 5         feature, then you have a 50 percent take rate, so
 6         that's the way it's used.
 7    Q.   And is that -- are these data points valuable to Ford
 8         in understanding the type of features that ought to be
 9         offered in a vehicle?
10    A.   Yes.
11                  FORD EXHIBIT NUMBER 18
12                  WAS MARKED BY THE REPORTER
13                  FOR IDENTIFICATION
14    BY MS. FARRELL:
15    Q.   I'd like to show you what's been previously marked as
16         Ford Exhibit 18.
17                  Do you recognize the document that's been
18         previously marked as Exhibit 18?
19    A.   Yes, I do.
20    Q.   And what is it?
21    A.   This is an outflow of the market offering research
22         where the feedback that we get from the market
23         offering research is compared to our -- our order
24         guide that we had created to look for efficiencies
25         based on the consumer input, if there's a simpler way
```

Public Version - Confidential Information Redacted

Page 18

```
 1           that reduces orderable combinations to offer the

 2           vehicle.

 3      Q.   So if consumers indicate to you that -- say one of the

 4           features is a cigarette lighter and everyone says we

 5           hate cigarette lighter.  Would you then as part of

 6           your Simplified Order Guide say, you know what, we

 7           just should remove that feature because everybody

 8           hates it?  Is that fair?

 9      A.   Yes, that's fair.

10      Q.   Does a document like Exhibit 19, the Simplified Order

11           Guide, does that go through iterations?

12                 MS. BROUSSARD:  Wait.  Can we clarify the

13           exhibit?

14      A.   Did you mean 18?  This says 18.

15      BY MS. FARRELL:

16      Q.   You have 18?

17      A.   Yes, 18.  Yeah.  Right.

18      Q.   I'm sorry.  Pardon me.

19                 So just, if we can correct the record, I'm

20           sorry, this last discussion, which was Simplified

21           Order Guide, dealt with Exhibit 18.

22                 Thank you for that clarification.  I

23           appreciate that very much.

24      A.   Uh-huh.

25      Q.   So Exhibit 18, the Simplified Order Guide, would that
```

Public Version - Confidential Information Redacted

Page 19

1        go through iterations or would generally you just have

2        one Simplified Order Guide and proceed from there?

3    A.  Just one, yes.

4    Q.  And is it fair to say -- when you look at the bottom

5        of this Exhibit 18 and we see May 2007, is it fair to

6        say that the data points that came from Exhibit 15 and

7        Exhibit 17, which were the two take rate documents, is

8        it fair to say that those are incorporated into

9        Exhibit 18?

10   A.  That's correct.

11                  FORD EXHIBIT NUMBER 20

12                  WAS MARKED BY THE REPORTER

13                  FOR IDENTIFICATION

14   BY MS. FARRELL:

15   Q.  I'd like to show you what's been previously marked as

16       Ford Exhibit 20.

17                  Exhibit 20, do you recognize that exhibit?

18   A.  Yes, I do.

19   Q.  Okay.  And what is it?

20   A.  This is research that was done on V227 at the Chicago

21       Auto Show.

22   Q.  And what Chicago Auto Show was that, what year?

23   A.  I believe it would have been February of 2008.

24   Q.  And what was done at the auto show in Chicago in 2008

25       that helped Ford gather information for its research?

Public Version - Confidential Information Redacted

Page 20

1    A.   We used the venue since we -- as an auto show we had
2         product on display, and this was a good opportunity
3         with proximity to customers to get customers to react
4         to Transit Connect, also to conduct some focus groups
5         with those customers with regards to their impressions
6         of the product.
7    Q.   And when you said that you did focus groups, were
8         those focus groups through questionnaires or some
9         other way?
10   A.   Well, focus groups would be once we have the customers
11        convened, we would have them in groups, in discussion
12        groups and usually eight to ten people, sometimes
13        smaller, in a group with a moderator.
14   Q.   And so that wouldn't be people answering a
15        questionnaire; is that fair?
16   A.   Well, and I'd have to look at this.  I don't recall
17        whether this had a quantitative component or not.
18        Sometimes our research events will have a quantitative
19        component where people will fill out a survey and then
20        we'll select a focus group from amongst the people
21        that completed the survey.
22   Q.   And is there also a qualitative component in the
23        research?
24   A.   That would be the focus group portion.
25   Q.   And when we're talking about qualitative, what are we

Public Version - Confidential Information Redacted

Page 21

1          talking about?

2     A.   Just reactions.  More detail, you know, than you would

3          get in a quantitative survey.  Tell me why, you know,

4          what specifically was the reason that you didn't like

5          that interior design or that exterior design or why

6          isn't this functional for your use.  You know, so for

7          elaboration.

8     Q.   And how would Ford maintain that information?  Would

9          they videotape it?  Would they have someone writing

10         down people's comments or something else?

11    A.   Both can be used.  Typically the videotaping is done

12         as part of a bigger clinic where we're able to, you

13         know, segregate customers and video them more easily.

14         And where that's not the case, then it'll just be, you

15         know, a recording of the comments.

16    Q.   Do you know whether or not at the 2008 Chicago Auto

17         Show that the focus groups were recorded by video or

18         were recorded by audio means?

19    A.   I believe that we had some -- I don't know that we had

20         the focus groups, but I believe we had individual --

21         some individual customers that were videotaped at the

22         auto show.

23    Q.   And for the ones who were part of the focus group that

24         weren't individually videotaped, did Ford gather their

25         information through audio?

Public Version - Confidential Information Redacted

```
                                              Page 22
 1     A.   I'm not sure.  I don't recall.  I'd have to go back
 2          and check that.
 3                    FORD EXHIBIT NUMBER 21
 4                    WAS MARKED BY THE REPORTER
 5                    FOR IDENTIFICATION
 6     BY MS. FARRELL:
 7     Q.   I'd like to show you what's been previously marked as
 8          Exhibit 21.
 9                    And do you recognize Exhibit 21?
10     A.   I do.
11     Q.   And what is it?
12     A.   It is the executive summary of the Chicago Auto Show
13          research.
14     Q.   So that's similar to the executive summary we saw
15          earlier?
16     A.   That's correct.
17     Q.   And I think that was the Philadelphia research, if I
18          recall?
19     A.   That's correct.
20     Q.   Other than the 2008 auto show and the Philadelphia
21          2007 market research, was there any other research
22          that was done on the Ford Transit vehicle for the
23          program?
24     A.   Not other than what I've previously described.
25     Q.   Is that typical, the amount of research that we're
```

Public Version - Confidential Information Redacted

Page 23

1        discussing now, is that typical?

2    A.  I would say so.  Yes.

3    Q.  If I could direct your attention back to Exhibit 5.

4    A.  Okay.

5    Q.  This document is titled Transit Connect Excepts, which

6        I believe is probably excerpts.

7    A.  I believe that's the case.

8    Q.  Were you involved at all in gathering information with

9        respect to the Commercial Truck Showroom?

10   A.  I guess I would ask you to clarify what you mean by

11       involved.  I went to the clinic, the report out of the

12       clinic, but I'm not sure what you mean by involved.

13   Q.  You attended the clinic.

14   A.  Yes.

15   Q.  And when you were there, did you simply observe or did

16       you do something else?

17   A.  Observed.

18   Q.  There was a fleet manager meeting at the Pomona

19       clinic, which is Exhibit 5; is that correct?

20   A.  That's correct.

21   Q.  And did you attend that?

22   A.  Boy, I don't recall.  It's been a long time ago.

23   Q.  Do you know whether or not Ford met with the U.S.

24       Postal Service concerning the Ford Transit?

25   A.  I don't recall whether we met with them specifically

Public Version - Confidential Information Redacted

Page 24

1       or not.

2    Q.  Would that have been part of market research if you

3        had?

4    A.  Meeting with them?  Not unless we had invited them to,

5        you know, the fleet manager meeting or this particular

6        event.  That would not be normal protocol.

7    Q.  If I could direct your attention to what's been marked

8        as Exhibit 9.

9    A.  Okay.

10   Q.  And if I could direct your attention to page 28 of

11       Exhibit 9.

12   A.  Okay.

13   Q.  And do you see there's a section here that is entitled

14       in bold-face type Other Transit Connect Research

15       support Showroom?

16   A.  I see that.

17   Q.  What does that mean?

18   A.  I think this is probably -- this is a planning

19       document, and I believe the reference here is just

20       inputs, other inputs that would have, you know, led to

21       the rating system that they're showing here for the

22       Connect long wheelbase and short wheelbase.

23   Q.  And so when we see the word fleets, do you know who

24       that's referencing?

25   A.  Again, I'm presuming that that is referring to the

Public Version - Confidential Information Redacted

Page 25

```
 1        fleet managers that came to the Pomona research
 2        amongst -- and probably other fleet account feedback
 3        that just would come as a general matter of course.
 4   Q.   Was an outside company used to help Ford conduct the
 5        research at the Commercial Truck Showroom?
 6   A.   Yes.  We always use an outside company.  Our global
 7        consumer insights coordinates and directs, but then we
 8        use an outside company, someone like ▮▮▮▮▮▮▮, and I'm
 9        not sure who specifically did the Pomona research,
10        but --
11   Q.   If I direct your attention to page 29 in Exhibit 9.
12   A.   Okay.  Yep.
13   Q.   Do you recall this research with regards to fleet
14        manager commercial truck showroom review?
15   A.   Again, I believe this is in reference to the Pomona
16        event.
17   Q.   There's also -- the next page, page 30, discusses
18        Findings from Canadian Transit Connect Market
19        Research.
20   A.   I see that.
21   Q.   And there's a statement at the top, it says Findings
22        and Insights, and it says Ford invited key fleet
23        managers to evaluate the Transit Connects with a walk
24        around followed by a discussion, 4 informal walk
25        around sessions were conducted, and then it says
```

Public Version - Confidential Information Redacted

```
                                                Page 26

 1          report dated 1/25/2006.

 2                  MS. BROUSSARD:  Objection.  The Canadian

 3          Transit Connect would be out of scope, so anything he

 4          answers would be his personal experience.

 5     BY MS. FARRELL:

 6     Q.   Do you recall the research that was done there?

 7     A.   I don't.  My recollection is that typically Canada

 8          will piggyback on what we're doing.  So they probably

 9          brought some of their customers into the Pomona

10          research and utilized that event to get feedback from

11          their customers.

12     Q.   And if I could direct your attention to page 31.

13     A.   I see that.

14     Q.   It says Findings from USPS.  Do you know that to be

15          the United States Postal Service?

16     A.   Yes.

17     Q.   Transit Connect Market Research.

18                  Do you recall this research?

19     A.   I do not recall this specific part of the clinic, no.

20     Q.   Would that have been part of the pre-strategy research

21          that would have occurred for Ford to determine what

22          would be the best configuration or the best way to

23          provide features for the Transit Connect?

24     A.   It would have been one of the considerations like all

25          the other research.
```

Public Version - Confidential Information Redacted

Page 27

1    Q.   Okay.  After Ford determined how it wanted to build

2         the Transit Connect program for North America, did

3         Ford advertise the program?

4    A.   We advertised the vehicle when we launched it, yes.

5    Q.   And when was the launch?

6    A.   The launch was in 2009.

7    Q.   And was there a specific place where the launch

8         occurred?

9    A.   Not sure what you mean by --

10             Launch is when we'll -- typically when we

11        start our advertising.  You know, we did a reveal in

12        February of 2008 of the Transit Connect product, that

13        was the first reveal, and then we launched it in 2009

14        as a 2010 model.

15   Q.   So the reveal, is it fair to say that that occurred at

16        the Chicago Auto Show?

17   A.   That's correct.

18   Q.   And did Ford come back to the Chicago Auto Show in

19        2009 to further advertise the vehicle?

20   A.   Yeah.  We were in the auto show circuit around the

21        country, not just Chicago, but other auto shows as

22        well.

23   Q.   And do you recall what other auto shows Ford attended

24        with respect to the Transit Connect program?

25   A.   Again, there's a whole -- there's about 40 auto shows

Public Version - Confidential Information Redacted

Page 28

1              around the country, so we probably had Transit Connect
2              at most of those auto shows.
3      Q.   Do any stick out in your memory?
4      A.   Detroit would have been one, you know, Cleveland, New
5              York.  So --
6      Q.   Would the marketing that occurred at the auto -- on
7              the auto show circuit, would it have been similar for
8              all of the auto shows for which the Transit Connect
9              had been shown?
10     A.   Yes.
11     Q.   And what would it have entailed?
12     A.   Well, we did -- in some cases we had just a product
13             display as you would normally at an auto show.  In May
14             through July of 2009 we had a 13-city tour.  In six
15             cities like Chicago we did a press event in addition
16             to a consumer drive, and in the other seven cities we
17             did just a consumer drive with Transit Connect as part
18             of the launch.
19     Q.   And when you say a consumer drive, what does that
20             mean?
21     A.   Bringing customers in to a high-traffic location and
22             giving them a chance to drive the vehicle.
23     Q.   Did you gather information from the customers as they
24             were driving the vehicle?
25     A.   Yeah, we do that.  Not necessarily formally, but just

Public Version - Confidential Information Redacted

Page 29

1    observation, you know, and, you know, through being at
2    those events.
3    Q.  And would that information that was gathered kind of
4        informally and through observation, would that have
5        been recorded at some point for future reference to
6        determine maybe changing some aspects of the Transit
7        Connect program?
8    A.  Not formally because at that point you're launching,
9        so you're taking it in as, you know, feedback as you
10       would, you know, once a vehicle is in market, and then
11       you have your -- the various brand managers and so
12       forth there to take in that feedback, and they'll be
13       informing future programs and future developments.
14       So --
15   Q.  So as the program proceeds, people's comments at the
16       various consumer drives and at the press events, those
17       comments would be taken into consideration for the
18       future model?
19   A.  That's correct.
20   Q.  Do you know whether or not future models changed at
21       all based on comments from people at these various
22       events?
23   A.  Yes, they did.
24   Q.  And how did it change?
25   A.  Well, the V408, the current Transit Connect

Public Version - Confidential Information Redacted

Page 30

1        incorporates a number of other features that the V227
2        did not incorporate.  The styling is somewhat
3        different on both the interior and exterior.  So,
4        again, that's normal course of business.
5    Q.  And were there any other changes now that we see in
6        the V408 as a result of what you learned from the
7        V227?
8            MS. BROUSSARD:  Objection.  The V408 would be
9        out of scope, so anything he answers would be his own
10       personal experience.
11   A.  Again, those are the -- I think those are the high
12       hard ones that I've identified.
13   BY MS. FARRELL:
14   Q.  And do you recall anything else other than those?
15   A.  No.  Those are the main points.
16   Q.  Was there any other advertising that was done with
17       respect other than -- with respect to the Transit
18       Connect program other than the auto show circuit,
19       press releases, consumer drives, anything else?
20   A.  Print.  Print advertising.  Digital media was also
21       used as part of the launch.
22   Q.  And when you say print advertising, where would that
23       have been?
24   A.  Magazines, you know, fleet magazines.  So both, you
25       know, customer facing as well as, you know, commercial

Public Version - Confidential Information Redacted

Page 31

```
 1              facing type of publications.
 2      Q.   And the digital media, what would that have been?
 3      A.   Again, on auto shopping websites, you know, Edmunds,
 4              you know, oh, gosh, Yahoo, you know, those types of
 5              sites where customers would be, you know, shopping.
 6      Q.   And what type of digital advertising was it?  Was it
 7              pop-ups, videos, something else?
 8      A.   Banner ads.
 9      Q.   And with the print media and the magazines was the
10              Transit Connect, other than the fleet type of
11              magazines, was it in, say, Car and Diver and magazines
12              of that nature?
13      A.   I don't recall --
14                   MS. BROUSSARD:  Objection.
15      A.   Don't recall the specific publications off the top of
16              my head.
17      BY MS. FARRELL:
18      Q.   Was there any other type of advertising?
19      A.   No.  That was it.
20      Q.   You spoke earlier about the guides and sourcebooks.
21              What are guides and sourcebooks?
22      A.   The order guide is what the dealers use to order the
23              product.  The sourcebook is a product information
24              source for sales consultants.
25      Q.   Do you consider the order guide and the sourcebook to
```

Public Version - Confidential Information Redacted

Page 32

```
 1           be considered advertising for --
 2    A.    No.  No.  They're internal, you know, again, for the
 3           dealers.  They're aids for the dealers to, as I said,
 4           order the product and inform their sales consultants
 5           so that they're able to present the product.
 6    Q.    Did Ford provide the dealers anything other than the
 7           order guide and the sourcebook in trying to aid them
 8           in selling the Transit Connect?
 9    A.    I think there may have been some promotional materials
10           like hero cards and four-color pieces that would, you
11           know, identify key product features and so forth.
12    Q.    You had discussed earlier as part of the marketing
13           approach to the Transit Connect program that there
14           were brochures.
15    A.    Yes, product brochures.  So for consumers, you know,
16           normal auto -- or a vehicle brochure that a consumer
17           would pick up in a dealership.
18    Q.    And did you review those brochures for today?
19    A.    Yes, I did.
20    Q.    Can you describe what they look like?
21    A.    They're, oh, 11 inches in length and probably, as I
22           recall, 7 -- 6, 7 inches in width.  They would be on
23           the order of 20, 25 pages in length, again, showing
24           the van and the wagon and the colors and the wheels
25           and specifications of the vehicle.
```

Public Version - Confidential Information Redacted

1    Q.  And do the product brochures exist for every model

2        year of the Transit Connect?

3    A.  Yes, they do.

4    Q.  In preparation for today did you look at any of the

5        hero cards or four-color pieces that had the key

6        features?

7    A.  Yes, I did.

8    Q.  And what does the hero card look like?

9    A.  A hero card is typically an 8 1/2 by 11, two-sided,

10       sometimes it can be two back-to-back pieces, so you

11       have four sides that, again, will -- generally one

12       side is a picture of the product and the other side

13       will be detail, more detail on the specific

14       specifications, product highlights, product

15       advantages, again, primarily to -- and generally for

16       dealers.  Sometimes we'll do a hero card for

17       distribution at auto shows as a take-away piece for

18       consumers before the product brochure is available.

19   Q.  And the four-color piece that you mentioned, what is

20       that?

21   A.  I'm using the terminology, you know, the hero card and

22       four-color piece, you know, in the same vein.  A hero

23       card generally is a, you know, four-color piece.  So

24       it's color photography, not black and white, again, a

25       little bit higher value in terms of presenting a

Public Version - Confidential Information Redacted

Page 34

```
 1        product.
 2   Q.   And these were available for all model years of the
 3        Transit Connect?
 4   A.   No.  My recollection is initially we did those hero
 5        cards, and that's fairly typical.
 6   Q.   Were there any other type of materials that were
 7        provided to either the dealer or potential consumers
 8        to describe or inform them about the Transit Connect?
 9   A.   Not that I'm aware of offhand.
10   Q.   Does Ford have a catalog that reflects the Transit
11        Connect?
12   A.   Catalog, I'm not --
13             Again, we have a brochure for each vehicle.
14        Sometimes there are full line catalogs.  I don't
15        remember that we -- we've gotten away from that.  I
16        can't remember if in that time frame we were doing a
17        full line catalog.  That's simply the same thing as a
18        product brochure, but showing a page basically for
19        each vehicle, so showing the entire Ford lineup.
20   Q.   The various banner ads and various online information
21        and print media in the various magazines that you were
22        talking about, does Ford maintain copies of those
23        types of advertising in kind of an archive?
24   A.   We do not that I'm aware of.  Team Detroit, who's our
25        ad agency, would house that.
```

Public Version - Confidential Information Redacted

Page 35

1   Q.   And Team Detroit, is that part of Ford or is it

2        another company or --

3   A.   No.  It's another company that's our advertising

4        agency.

5   Q.   And you said earlier that in preparing for today's

6        deposition you looked at various documents that you

7        personally had; is that fair?

8   A.   That's correct.

9   Q.   Did anyone ask you to provide copies of these

10       materials that you were using for preparation today in

11       the past when the government requested documents from

12       Ford?

13  A.   My documents were swept, you know, as a normal part of

14       the process.  That's correct.

15  Q.   And your documents, are they kept in hard copy or are

16       they digital, are they documents you keep online?

17  A.   They were electronic.

18  Q.   Do you have them in hard copy as well or only --

19  A.   I do not.  No.

20  Q.   Only electronic?

21  A.   Yes.

22  Q.   And you said that these were swept?

23  A.   Yes, they were.

24  Q.   Do you recall when they were swept?

25  A.   I don't recall.

Public Version - Confidential Information Redacted

                                                        Page 36

1     Q.   Would it have been within the past month?

2     A.   No.

3     Q.   Would it have been six months ago?

4     A.   At least.  Probably longer.

5               MS. FARRELL:  I would request that these

6          materials be provided to us, please.

7               MS. BROUSSARD:  They have been.

8               MS. FARRELL:  I don't believe we've seen

9          them.

10              MS. BROUSSARD:  Which ones specifically?

11         You'll need to go through and enumerate them and then

12         state the request that they go with because most of

13         them have been.

14              MS. FARRELL:  Okay.  Well, the request that

15         they go with is documents relating to the Transit

16         Connect program.

17              MS. BROUSSARD:  You have 170 something

18         requests.  So if you tell us what document and what

19         request, we will either tell you whether or not it's

20         been provided or provide it to you.

21              MS. FARRELL:  Mr. Scott, thank you very much

22         for your time today.  I appreciate your help.

23              THE WITNESS:  Thank you.

24              MS. FARRELL:  Thank you.

25              THE WITNESS:  Yep.

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAB   Document 69-3  SEALED   Filed 12/19/15   Page 38 of 49

Page 37

1              (Signature having been reserved, the

2         deposition was concluded at 5:12 p.m.)

Public Version - Confidential Information Redacted

Page 38

1          I have reviewed the above

2      transcript and have listed corrections, if any, on the

3      attached errata sheet,

4

5   this_____day of_____, 20_____.

6

7

8

9

10          SIGNATURE OF DOUGLAS W. SCOTT

11

12   SUBSCRIBED AND SWORN to before me this_____day of

13   _____, 20_____.

14

15

16

17              NOTARY PUBLIC

18   My Commission expires:                    .

19

20

21

22

23

24

25

Public Version - Confidential Information Redacted

Page 39

1                    CERTIFICATE OF NOTARY

2     STATE OF MICHIGAN         )

3                              ) SS

4     COUNTY OF WAYNE           )

5         I, Anne H. Chilton, Certified Shorthand Reporter, a

6     Notary Public in and for the above county and state, do

7     hereby certify that the above deposition was taken before me

8     at the time and place hereinbefore set forth; that the

9     witness was by me first duly sworn to testify to the truth,

10    and nothing but the truth, that the foregoing questions

11    asked and answers made by the witness were duly recorded by

12    me stenographically and reduced to computer transcription;

13    that this is a true, full and correct transcript of my

14    stenographic notes so taken; and that I am not related to,

15    nor of counsel to either party, nor interested in the event

16    of this cause.

17

18

19                     _____

20                     Anne H. Chilton, CSR, RPR, RMR

21                     Notary Public,

22                     Wayne County, Michigan

23    My Commission expires:  August 09, 2019

24

25

Public Version - Confidential Information Redacted

Page 40

ERRATA SHEET

CASE NAME: Ford v. United States
DATE OF DEPOSITION: 6/29/2015
WITNESSES' NAME: Douglas Scott

PAGE   LINE (S)        CHANGE                    REASON
____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

                            _____
                                    Douglas Scott
SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.



_____    _____
(NOTARY PUBLIC)           MY COMMISSION EXPIRES:

Public Version - Confidential Information Redacted

[09 - believe]                                                                                         Page 1

| **0** | **2015** 1:19 4:2 | **8** | **archive** 34:23 |
|---|---|---|---|

**0**

**09** 39:23

**1**

**1** 1:11 3:10,14 9:18
16:16
**1/2** 33:9
**1/25/2006** 26:1
**10** 3:11
**10278** 2:18
**11** 32:21 33:9
**13** 3:13 28:14
**13-00291** 1:6
**15** 3:9 6:24 7:4,6
13:12,14,16,19 14:1
14:21 16:24 19:6
**1501** 2:5
**16** 3:11 10:19,24,24
11:7 12:16
**17** 3:13,15 13:5,10
13:11,16,23 14:1,23
16:24 19:7
**170** 36:17
**18** 3:15 17:11,16,18
18:14,14,16,17,21
18:25 19:5,9
**19** 3:17 18:10

**2**

**20** 3:17 19:11,16,17
32:23 38:5,13 40:20
**20005** 2:6
**2005** 10:4
**2006** 9:13 10:17
**2007** 7:23 12:6
14:20,23 19:5 22:21
**2008** 19:23,24 21:16
22:20 27:12
**2009** 7:21 13:19
14:13 27:6,13,19
28:14
**2010** 13:23 14:14
27:14
**2010my** 3:16

**2015** 1:19 4:2
**2019** 39:23
**202** 2:7
**21** 3:20 22:3,8,9
**212** 2:19
**22** 3:20 14:23
**23** 14:20
**23rd** 7:22
**246** 2:17
**25** 32:23
**2596** 1:16
**26** 2:16
**264-0483/9230** 2:19
**27** 12:6
**28** 24:10
**29** 1:19 4:2 25:11

**3**

**3** 11:20
**30** 4:20,24 5:22 12:6
25:17
**31** 26:12
**3669** 1:20
**39** 1:11

**4**

**4** 3:5 25:24
**40** 27:25
**4:24** 1:18 4:3

**5**

**5** 8:13,15 9:15 10:1
23:3,19
**50** 17:5
**5:12** 37:7

**6**

**6** 3:9 4:20,24 5:22
32:22
**6/29/2015** 40:3
**6/7** 9:19

**7**

**7** 9:13 32:22,22
**736-8161** 2:7

**8**

**8** 33:9

**9**

**9** 24:8,11 25:11

**a**

**able** 16:20 21:12
32:5
**access** 6:6
**account** 25:2
**acronym** 15:4
**acronyms** 16:3
**actual** 12:2
**ad** 34:25
**addition** 28:15
**adjunct** 10:6,13
**ads** 31:8 34:20
**advantages** 33:15
**advertise** 27:3,19
**advertised** 27:4
**advertising** 27:11
30:16,20,22 31:6,18
32:1 34:23 35:3
**agency** 34:25 35:4
**ago** 10:4 11:4 23:22
36:3
**aid** 32:7
**aids** 32:3
**airport** 1:15
**alternative** 9:5
**america** 6:16 9:10
9:24 13:3 27:2
**amount** 22:25
**anne** 1:20 39:5,20
**answer** 5:9,11
**answering** 20:14
**answers** 26:4 30:9
39:11
**appearances** 2:1
**appearing** 2:10,22
**appreciate** 18:23
36:22
**approach** 32:13

**archive** 34:23
**asked** 17:3 39:11
**asking** 5:11
**aspects** 29:6
**attached** 3:22 38:3
**attend** 23:21
**attended** 23:13
27:23
**attention** 8:10 11:6
11:16 13:15 23:3
24:7,10 25:11 26:12
**attorney** 4:12
**audio** 21:18,25
**august** 39:23
**austin** 2:4
**auto** 3:18,21 19:21
19:22,24 20:1 21:16
21:22 22:12,20
27:16,18,20,21,23
27:25 28:2,6,7,8,13
30:18 31:3 32:16
33:17
**available** 33:18 34:2
**aware** 8:1,4 9:23
34:9,24

**b**

**b** 4:20,24 5:22
**back** 13:14 22:1
23:3 27:18 33:10,10
**background** 11:9
**banner** 31:8 34:20
**barbara** 2:3
**barnett** 1:2
**based** 17:25 29:21
**basically** 34:18
**bbroussard** 2:9
**behalf** 2:10,22 5:2
5:22
**belanger** 2:2
**believe** 8:5 13:12
19:23 21:19,20 23:6
23:7 24:19 25:15
36:8

Public Version - Confidential Information Redacted

**best** 7:12 16:3,12 26:22,22
**better** 12:20
**beverly** 2:12 4:11
**beverly.a.farrell** 2:20
**bigger** 21:12
**bit** 10:18 33:25
**black** 33:24
**bold** 24:14
**border** 1:14
**bottom** 7:20 11:6 13:15,16 15:4 19:4
**boy** 23:22
**brand** 29:11
**bringing** 28:21
**brochure** 32:16 33:18 34:13,18
**brochures** 6:3 32:14 32:15,18 33:1
**brought** 4:16 26:9
**broussard** 2:3 18:12 26:2 30:8 31:14 36:7,10,17
**budget** 3:10,14 7:17 7:19 16:25
**build** 27:1
**business** 30:4
**buying** 7:19

**c**

**called** 4:20 16:9
**canada** 26:7
**canadian** 25:18 26:2
**capacity** 16:21
**car** 31:11
**card** 33:8,9,16,21,23
**cards** 32:10 33:5 34:5
**case** 4:13,15 5:22 10:2 12:4 21:14 23:7 40:2
**cases** 28:12
**catalog** 34:10,12,17

**catalogs** 34:14
**category** 6:14
**cause** 39:16
**certificate** 39:1
**certified** 39:5
**certify** 39:7
**chance** 28:22
**change** 29:24 40:5
**changed** 29:20
**changes** 30:5
**changing** 29:6
**check** 22:2
**chicago** 3:18,21 19:20,22,24 21:16 22:12 27:16,18,21 28:15
**chilton** 1:20 39:5,20
**cigarette** 18:4,5
**circuit** 27:20 28:7 30:18
**cities** 28:15,16
**city** 28:14
**civil** 2:14
**clarification** 18:22
**clarify** 18:12 23:10
**class** 9:18,19
**clearly** 5:6
**cleveland** 28:4
**clinic** 21:12 23:11 23:12,13,19 26:19
**clinics** 8:6 10:12,17
**color** 32:10 33:5,19 33:22,23,24
**colors** 32:24
**combinations** 18:1
**come** 6:19 25:3 27:18
**coming** 12:25
**commencing** 1:18
**comments** 21:10,15 29:15,17,21
**commercial** 6:13 8:23 9:14,18,22 23:9 25:5,14 30:25

**commission** 38:18 39:23 40:25
**company** 1:4 4:16 5:2 25:4,6,8 35:2,3
**compared** 17:23
**completed** 20:21
**component** 20:17,19 20:22
**computer** 39:12
**concept** 3:12 8:8,19 8:25 9:2,3 11:2,3,25 12:9,12,15,23
**concerning** 23:24
**concluded** 37:2
**conduct** 20:4 25:4
**conducted** 9:25 12:6 25:25
**configuration** 26:22
**confirm** 15:14
**confirmation** 15:8 15:13,18 16:2,10,16
**confirming** 12:19
**connect** 6:11,14,16 6:18 7:19 8:1,7,9,22 9:10,19,24 10:5,13 13:3 20:4 23:5 24:14,22 25:18 26:3 26:17,23 27:2,12,24 28:1,8,17 29:7,25 30:18 31:10 32:8,13 33:2 34:3,8,11 36:16
**connection** 6:10 8:9 8:20,22
**connects** 25:23
**consider** 9:15 31:25
**consideration** 29:17
**considerations** 26:24
**considered** 32:1
**consultants** 31:24 32:4
**consumer** 9:5 17:25 25:7 28:16,17,19 29:16 30:19 32:16

**consumers** 8:7 18:3 32:15 33:18 34:7
**contents** 3:1
**convened** 20:11
**coordinates** 25:7
**copies** 34:22 35:9
**copy** 35:15,18
**correct** 5:23,24 6:21 7:24 8:21 11:15 12:8 15:19 16:23 18:19 19:10 22:16 22:19 23:19,20 27:17 29:19 35:8,14 39:13
**corrections** 38:2
**counsel** 39:15
**country** 27:21 28:1
**county** 39:4,6,22
**couple** 10:11
**course** 25:3 30:4
**court** 1:1,6 5:7
**created** 17:24
**csr** 1:20 39:20
**current** 29:25
**customer** 7:12 12:19 12:21 30:25
**customer's** 17:2
**customers** 7:15,17 9:20 17:4 20:3,3,5 20:10 21:13,21 26:9 26:11 28:21,23 31:5
**customs** 1:14

**d**

**data** 12:3,5 14:11 17:7 19:6
**date** 14:9,10 40:3
**dated** 26:1
**dates** 14:19 16:16
**day** 38:5,12 40:20
**dc** 2:6
**dealer** 34:7
**dealers** 31:22 32:3,3 32:6 33:16

Public Version - Confidential Information Redacted

**dealership** 32:17
**dealt** 18:21
**decisions** 7:18
**defendant** 1:9 2:22
**deliverables** 16:15
**department** 2:14
  4:12
**deposed** 4:22,24
**deposition** 1:13 5:14
  6:1 35:6 37:2 39:7
  40:3
**depositions** 4:13 5:5
**describe** 32:20 34:8
**described** 22:24
**design** 21:5,5
**designed** 7:11
**designs** 9:4,5,6,7
**detail** 11:23,24 21:2
  33:13,13
**determine** 16:11
  26:21 29:6
**determined** 27:1
**detroit** 1:15,17 4:1
  28:4 34:24 35:1
**development** 15:11
  15:17
**developments** 29:13
**devise** 12:24
**difference** 14:1
**different** 9:4 14:16
  14:19 30:3
**digital** 30:20 31:2,6
  35:16
**direct** 11:6,16 13:15
  23:3 24:7,10 25:11
  26:12
**director** 11:10,13
**directs** 25:7
**discussed** 32:12
**discusses** 25:17
**discussing** 23:1
**discussion** 18:20
  20:11 25:24
**dislikes** 12:20

**display** 20:2 28:13
**distribution** 33:17
**diver** 31:11
**division** 2:14
**document** 7:3,20
  8:23 9:14 11:19
  17:17 18:10 23:5
  24:19 36:18
**documents** 19:7
  35:6,11,13,15,16
  36:15
**doing** 5:18 15:14
  16:3 26:8 34:16
**douglas** 1:13 3:3 4:4
  4:10 38:10 40:3,19
**drive** 10:11,15,16
  28:16,17,19,22
**drives** 29:16 30:19
**driving** 28:24
**duly** 4:5 39:9,11

e

**e** 10:11,14,16 11:10
  11:11
**earlier** 22:15 31:20
  32:12 35:5
**easily** 21:13
**edmunds** 31:3
**efficiencies** 17:24
**eight** 20:12
**either** 34:7 36:19
  39:15
**elaboration** 21:7
**electronic** 35:17,20
**elena** 11:12
**engineering** 16:21
**entailed** 28:11
**entire** 9:17 34:19
**entirety** 6:15
**entitled** 16:24 24:13
**enumerate** 36:11
**errata** 38:3 40:1
**esq** 2:2,3,12,13
**evaluate** 25:23

**event** 7:11 14:7 24:6
  25:16 26:10 28:15
  39:15
**events** 10:5,8 20:18
  29:2,16,22
**everybody** 18:7
**exactly** 9:2 14:11
**examination** 3:5 4:8
**examined** 4:7
**excepts** 23:5
**excerpts** 23:6
**excuse** 16:10
**executive** 11:24 12:2
  22:12,14
**exhibit** 3:8,9,11,13
  3:15,17,20 6:24 7:4
  7:6 8:11,11,13,15
  9:15 10:1,19,24,24
  11:7 12:16 13:5,10
  13:11,12,14,16,16
  13:19,23 14:20,21
  14:23 16:24 17:11
  17:16,18 18:10,13
  18:21,25 19:5,6,7,9
  19:11,16,17,17 22:3
  22:8,9 23:3,19 24:8
  24:11 25:11
**exhibits** 3:7,22 14:1
**exist** 33:1
**experience** 26:4
  30:10
**expires** 38:18 39:23
  40:25
**expression** 17:2
**exterior** 9:5 21:5
  30:3

f

**face** 24:14
**facing** 30:25 31:1
**fair** 5:11 6:20 12:7
  16:22 18:8,9 19:4,5
  19:8 20:15 27:15
  35:7

**fairly** 34:5
**falls** 6:14
**farrell** 2:12 3:5 4:8
  4:11 7:2 10:22 13:8
  17:14 18:15 19:14
  22:6 26:5 30:13
  31:17 36:5,8,14,21
  36:24
**feature** 3:10,14
  16:25 17:3,5 18:7
**features** 7:13 17:8
  18:4 26:23 30:1
  32:11 33:6
**february** 19:23
  27:12
**federal** 2:16
**feedback** 9:21 17:22
  25:2 26:10 29:9,12
**field** 2:15 7:16
**files** 6:2,4,4,5,7,8
**fill** 20:19
**final** 3:19 10:11,14
  10:16 12:5
**findings** 25:18,21
  26:14
**finish** 5:9
**first** 4:5 7:25 11:7
  11:23 14:12 15:16
  27:13 39:9
**five** 17:4
**fleet** 23:18 24:5 25:1
  25:2,13,22 30:24
  31:10
**fleets** 24:23
**focus** 20:4,7,8,10,20
  20:24 21:17,20,23
**followed** 25:24
**follows** 4:7
**ford** 1:4 3:9,11,13
  3:15,16,17,18,20
  4:16 6:5,24 7:4,22
  9:23 10:19,24 11:10
  11:11,12 12:17 13:5
  13:10 17:7,11,16
  19:11,16,25 21:8,24

Public Version - Confidential Information Redacted

22:3,22 23:23,24
25:4,22 26:21 27:1
27:3,18,23 32:6
34:10,19,22 35:1,12
40:2
**foregoing** 39:10
**formally** 28:25 29:8
**forth** 29:12 32:11
39:8
**forward** 16:19
**four** 32:10 33:5,11
33:19,22,23
**frame** 9:13 10:18
34:16
**front** 8:11
**full** 9:17,21 10:12
34:14,17 39:13
**functional** 21:6
**further** 27:19
**future** 29:5,13,13,18
29:20

**g**

**gather** 19:25 21:24
28:23
**gathered** 12:23 29:3
**gathering** 12:15
23:8
**general** 25:3
**generally** 9:12 12:4
19:1 33:11,15,23
**getting** 7:14
**give** 5:13 7:17 9:21
**giving** 28:22
**global** 25:6
**go** 7:14 9:12 16:19
18:11 19:1 22:1
36:11,12,15
**going** 5:20 9:12
15:25 16:18
**good** 5:17 20:2
**gosh** 31:4
**gotten** 34:15
**government** 35:11

**group** 6:12 20:13,20
20:24 21:23
**groups** 20:4,7,8,10
20:11,12 21:17,20
**guess** 14:10 23:10
**guide** 3:16 17:24
18:6,11,21,25 19:2
31:22,25 32:7
**guides** 6:3 31:20,21

**h**

**h** 1:20 39:5,20
**handling** 6:22
**happen** 6:6
**hard** 30:12 35:15,18
**hate** 18:5
**hates** 18:8
**head** 31:16
**help** 13:25 14:25
25:4 36:22
**helped** 19:25
**helpful** 16:8
**helping** 12:24
**hereinbefore** 39:8
**hero** 32:10 33:5,8,9
33:16,21,22 34:4
**high** 24:21 30:11
**higher** 33:25
**highlights** 33:14
**hon** 1:2
**house** 34:25
**huh** 4:14 18:24
**hum** 13:20,22 14:24
14:24

**i**

**identification** 7:1
10:21 13:7 17:13
19:13 22:5
**identified** 30:12
**identify** 32:11
**impressions** 20:5
**inches** 32:21,22
**incorporate** 30:2
**incorporated** 19:8

**incorporates** 30:1
**incredibly** 16:7
**indicate** 18:3
**indicated** 10:4
**indicates** 12:5
**individual** 21:20,21
**individually** 21:24
**inform** 32:4 34:8
**informal** 25:24
**informally** 29:4
**information** 7:14
12:23 19:25 21:8,25
23:8 28:23 29:3
31:23 34:20
**informed** 15:19
**informing** 29:13
**initial** 9:3,8,9
**initially** 34:4
**input** 17:25
**inputs** 24:20,20
**insights** 25:7,22
**intended** 12:17,18
12:22
**interest** 17:3
**interested** 39:15
**interior** 9:6 21:5
30:3
**internal** 16:14 32:2
**international** 1:1
2:15
**invited** 24:4 25:22
**involved** 23:8,11,12
**it'll** 8:13 21:14
**iterations** 18:11
19:1

**j**

**january** 7:22 12:6
14:20
**jason** 2:13
**jason.kenner** 2:21
**job** 16:16
**judge** 1:2
**july** 28:14

**june** 1:19 4:2
**justice** 2:14 4:12

**k**

**k** 2:5
**keep** 5:20 6:5 35:16
**kenner** 2:13
**kept** 35:15
**key** 25:22 32:11
33:5
**kind** 29:3 34:23
**knew** 15:25
**know** 5:2,10,19 6:2
6:2,19 7:18 8:7 9:9
10:3,14 11:11 12:14
16:4 17:3 18:6 21:2
21:3,6,13,15,16,19
23:23 24:5,20,23
26:14 27:11 28:4
29:1,1,9,10,20
30:24,25,25 31:3,4
31:4,5 32:2,11,15
33:21,22,23 35:13
**knowledge** 12:11

**l**

**launch** 27:5,6,7,10
28:18 30:21
**launched** 27:4,13
**launching** 29:8
**learned** 30:6
**led** 24:20
**length** 32:21,23
**lighter** 18:4,5
**likes** 12:20
**line** 34:14,17 40:5
**lineup** 9:17,18,21
34:19
**listed** 38:2
**litigation** 4:15
**little** 10:18 12:3
33:25
**llp** 2:4
**locales** 12:10
**location** 28:21

Public Version - Confidential Information Redacted

**long** 23:22 24:22
**longer** 36:4
**look** 7:20 13:13
  14:12 17:24 19:4
  20:16 32:20 33:4,8
**looked** 35:6
**looking** 9:4
**looks** 14:10
**lot** 14:11 16:5,6

**m**

**ma'am** 4:21,23 5:1
  5:16 6:17 11:5,18
  13:4,17,20,24 15:21
**magazines** 30:24,24
  31:9,11,11 34:21
**main** 30:15
**maintain** 21:8 34:22
**manager** 6:12 23:18
  24:5 25:14
**managers** 25:1,23
  29:11
**manufacturing**
  16:15,21
**march** 14:23
**mark** 1:2
**marked** 6:25 7:4,5
  8:11 10:20,23 13:6
  13:9 17:12,15,18
  19:12,15 22:4,7
  24:7
**market** 7:9,10,11,22
  9:23 12:25 14:3
  17:21,22 22:21 24:2
  25:18 26:17 29:10
**marketing** 5:23 6:12
  7:25 8:4 11:10,14
  28:6 32:12
**materials** 32:9 34:6
  35:10 36:6
**matter** 25:3
**mean** 15:9 18:14
  23:10,12 24:17 27:9
  28:20

**meaning** 16:13
**means** 21:18
**media** 30:20 31:2,9
  34:21
**medication** 5:15
**medium** 9:20
**meeting** 23:18 24:4
  24:5
**memory** 9:12 13:25
  15:2 28:3
**mentioned** 33:19
**met** 23:23,25
**metropolitan** 1:15
**michigan** 1:17 4:1
  39:2,22
**milestone** 15:16,18
  15:20,22 16:11
**milestones** 15:10
**model** 7:21 13:21,23
  14:6 27:14 29:18
  33:1 34:2
**models** 29:20
**moderator** 20:13
**moment** 10:4 11:4
**monday** 1:19
**month** 36:1
**months** 36:3
**morpace** 25:8
**motor** 1:4 4:16

**n**

**n.w.** 2:5
**name** 4:9,11 40:2,3
**nature** 16:17 31:12
**necessarily** 28:25
**need** 5:7,8 36:11
**new** 2:18,18 12:25
  28:4
**normal** 24:6 30:4
  32:16 35:13
**normally** 14:4,17
  28:13
**north** 6:16 9:10,24
  13:3 27:2

**notary** 38:17 39:1,6
  39:21 40:25
**notes** 39:14
**number** 6:24 10:19
  13:5 17:11 19:11
  22:3 30:1

**o**

**objection** 26:2 30:8
  31:14
**observation** 29:1,4
**observe** 23:15
**observed** 23:17
**occurred** 9:11 26:21
  27:8,15 28:6
**occurs** 15:22
**offer** 18:1
**offered** 5:21 17:9
**offering** 7:9,10,11
  7:22 14:3 17:21,23
**offhand** 12:14 34:9
**office** 2:15 6:5
**offices** 1:14
**oh** 14:10 31:4 32:21
**okay** 5:5,17,20 6:4
  7:3,25 8:14 11:6,13
  12:5 15:4 19:19
  23:4 24:9,12 25:12
  27:1 36:14
**once** 14:5,18 20:10
  29:10
**ones** 21:23 30:12
  36:10
**online** 34:20 35:16
**opinion** 9:6
**opportunity** 20:2
**options** 7:13
**order** 3:16 6:3 17:23
  18:6,10,21,25 19:2
  31:22,22,25 32:4,7
  32:23
**orderable** 18:1
**ought** 17:8
**outflow** 17:21

**outside** 25:4,6,8

**p**

**p.m.** 1:18 4:3 37:2
**packaging** 7:13
**page** 1:11 3:2,8 11:7
  11:17,20 14:12 15:4
  24:10 25:11,17,17
  26:12 34:18 40:5
**pages** 11:23 13:13
  13:14 32:23
**pardon** 18:18
**part** 12:23 15:16,19
  18:5 21:12,23 24:2
  26:19,20 28:17
  30:21 32:12 35:1,13
**particular** 17:4 24:5
**party** 39:15
**pcs** 15:8
**people** 20:12,14,19
  20:20 29:21
**people's** 21:10 29:15
**percent** 17:5
**perfectly** 5:18
**personal** 6:8 26:4
  30:10
**personally** 35:7
**philadelphia** 12:7
  12:10,13 22:17,20
**photography** 33:24
**phrase** 8:25
**pick** 17:4 32:17
**pickups** 6:13
**picture** 33:12
**piece** 33:17,19,22,23
**pieces** 32:10 33:5,10
**piggyback** 26:8
**place** 1:16 27:7 39:8
**plaintiff** 1:5 2:10
**planning** 24:18
**plant** 16:21
**plaza** 2:16
**please** 4:9 36:6
**point** 29:5,8

Public Version - Confidential Information Redacted

**points** 14:11 17:7 19:6 30:15
**pomona** 23:18 25:1 25:9,15 26:9
**pop** 31:7
**port** 1:15
**portion** 20:24
**postal** 23:24 26:15
**potential** 34:7
**powerpoint** 11:17 12:2
**pre** 26:20
**preference** 7:12
**preparation** 33:4 35:10
**prepare** 5:25
**preparing** 35:5
**present** 9:5 32:5
**presenting** 33:25
**press** 28:15 29:16 30:19
**presuming** 24:25
**previously** 7:3 10:23 13:9 17:15,18 19:15 22:7,24
**primarily** 33:15
**primary** 10:6
**print** 30:20,20,22 31:9 34:21
**prior** 9:25 10:4
**pro** 5:19
**probably** 23:6 24:18 25:2 26:8 28:1 32:21 36:4
**proceed** 19:2
**proceeds** 29:15
**process** 15:11,17 35:14
**product** 11:10,13 12:21,22 15:10,16 20:2,6 27:12 28:12 31:23,23 32:4,5,11 32:15 33:1,12,14,14 33:18 34:1,18

**production** 16:14
**products** 9:22
**program** 6:11,16,19 6:22 8:2,8 9:3,10,24 12:25 13:3 15:8,12 15:13,17 16:1,1,9 16:11,19 22:23 27:2 27:3,24 29:7,15 30:18 32:13 36:16
**programs** 10:3 29:13
**promotional** 32:9
**property** 10:6,13
**protection** 1:15
**protocol** 24:6
**provide** 26:23 32:6 35:9 36:20
**provided** 34:7 36:6 36:20
**proximity** 20:3
**ps** 15:17,20
**psc** 7:22 15:5,20
**ptc** 15:23
**public** 38:17 39:6,21 40:25
**publications** 31:1,15

**q**
**qualitative** 20:22,25
**quantitative** 20:17 20:18 21:3
**question** 5:10,11
**questionnaire** 20:15
**questionnaires** 20:8
**questions** 39:10

**r**
**rate** 3:10,14 16:25 17:1,5 19:7
**rating** 24:21
**rbelanger** 2:8
**react** 20:3
**reactions** 21:2
**reason** 5:13 12:12 21:4 40:5

**recall** 10:8 12:9 14:4 14:15,17 20:16 22:1 22:18 23:22,25 25:13 26:6,18,19 27:23 30:14 31:13 31:15 32:22 35:24 35:25
**recognize** 7:5 8:15 10:24 11:19 13:11 17:17 19:17 22:9
**recollection** 26:7 34:4
**record** 4:9 18:19
**recorded** 21:17,18 29:5 39:11
**recording** 21:15
**redone** 14:3
**reduced** 39:12
**reduces** 18:1
**reference** 24:19 25:15 29:5
**referencing** 24:24
**referring** 24:25
**reflected** 9:25 11:19
**reflects** 34:10
**refresh** 13:25 15:2
**regards** 20:5 25:13
**related** 8:6 39:14
**relating** 36:15
**release** 16:12
**releases** 30:19
**remember** 34:15,16
**remove** 18:7
**replaced** 6:21
**report** 3:19 23:11 26:1
**reporter** 5:7 6:25 10:20 13:6 17:12 19:12 22:4 39:5
**request** 36:5,12,14 36:19
**requested** 11:9 35:11
**requests** 36:18

**research** 3:12,18,21 7:9,10,11,11,16,22 7:25 8:8,18,19,25 9:2,3,16,17,20,23,25 10:5,7,11,12,16 11:2,3,9,25 12:1,6,9 12:12,15,16,24 13:2 14:3,6 15:14,19 16:10 17:21,23 19:20,25 20:18,23 22:13,17,21,21,25 24:2,14 25:1,5,9,13 25:19 26:6,10,17,18 26:20,25
**reserved** 37:1
**resources** 16:20
**respect** 5:22 8:1 9:24 12:1,21 13:2 16:15 23:9 27:24 30:17,17
**result** 30:6
**reveal** 27:11,13,15
**review** 12:5 25:14 32:18
**reviewed** 6:2 38:1
**richard** 2:2
**right** 5:3 14:22 15:6 18:17
**rmr** 1:20 39:20
**role** 6:10,15
**room** 2:17
**roughly** 10:17
**rpr** 1:20 39:20

**s**
**s** 40:5
**sales** 31:24 32:4
**saw** 22:14
**says** 7:21 11:9 13:18 13:19,23 15:5 18:4 18:14 25:21,22,25 26:14
**scenario** 9:20
**scope** 26:3 30:9

Public Version - Confidential Information Redacted

[scott - two]                                                                          Page 7

| | | | |
|---|---|---|---|
| **scott** 1:13 3:3 4:4,10 | **similar** 22:14 28:7 | **stenographically** | **thing** 14:10 34:17 |
| 4:11 36:21 38:10 | **simpler** 17:25 | 39:12 | **things** 6:3 16:16 |
| 40:3,19 | **simplified** 3:16 18:6 | **stick** 28:3 | **think** 9:12 10:16 |
| **second** 15:18 | 18:10,20,25 19:2 | **strategy** 15:8,12,14 | 16:1 22:17 24:18 |
| **section** 24:13 | **simply** 16:18 23:15 | 15:15,17 26:20 | 30:11 32:9 |
| **see** 7:21 9:14 12:16 | 34:17 | **street** 2:5 | **thinking** 8:24 |
| 13:18 19:5 24:13,16 | **sites** 31:5 | **study** 7:16 | **third** 11:16 |
| 24:23 25:20 26:13 | **six** 28:14 36:3 | **styling** 30:2 | **time** 9:13 10:17 |
| 30:5 | **size** 10:12 | **subject** 10:6 | 11:13 16:12 23:22 |
| **seen** 8:12 36:8 | **slide** 11:17 | **subscribed** 38:12 | 34:16 36:22 39:8 |
| **segregate** 21:13 | **small** 13:18 | 40:19 | **timing** 16:1,1,10,18 |
| **select** 20:20 | **smaller** 20:13 | **suitability** 3:12 11:2 | **titled** 23:5 |
| **selling** 32:8 | **somewhat** 30:2 | **summary** 7:9 11:24 | **today** 4:19 5:14 |
| **series** 10:11,14,16 | **sorry** 18:18,20 | 11:24 12:2,18 13:13 | 32:18 33:4 35:10 |
| **service** 23:24 26:15 | **source** 7:21 13:18 | 22:12,14 | 36:22 |
| **session** 5:6 | 13:19 31:24 | **support** 24:15 | **today's** 5:25 35:5 |
| **sessions** 25:25 | **sourcebook** 31:23 | **sure** 4:10 22:1 23:12 | **top** 25:21 31:15 |
| **set** 39:8 | 31:25 32:7 | 25:9 27:9 | **tour** 28:14 |
| **seven** 28:16 | **sourcebooks** 31:20 | **survey** 20:19,21 | **trade** 1:1 2:15 |
| **sheet** 38:3 40:1 | 31:21 | 21:3 | **traffic** 28:21 |
| **shopping** 31:3,5 | **sourcing** 16:16 | **swept** 35:13,22,24 | **transcript** 3:22 38:2 |
| **short** 24:22 | **speak** 14:13 | **sworn** 4:5 38:12 | 39:13 |
| **shorthand** 39:5 | **speaking** 5:2 | 39:9 40:19 | **transcription** 39:12 |
| **show** 3:18,21 7:3 | **specific** 26:19 27:7 | **system** 24:21 | **transit** 6:10,13,16 |
| 10:23 13:9 17:15 | 31:15 33:13 | | 6:18 7:19 8:1,6,9,20 |
| 19:15,21,22,24 20:1 | **specifically** 21:4 | **t** | 8:22 9:10,19,24 |
| 21:17,22 22:7,12,20 | 23:25 25:9 36:10 | **table** 3:1,10,14 | 10:5,12,12,13,17 |
| 27:16,18,20 28:7,13 | **specifications** 32:25 | **take** 3:10,14 16:25 | 13:2 20:4 22:22 |
| 30:18 | 33:14 | 17:1,5 19:7 29:12 | 23:5,24 24:14 25:18 |
| **showing** 24:21 | **spend** 7:18 | 33:17 | 25:23 26:3,17,23 |
| 32:23 34:18,19 | **spoke** 31:20 | **taken** 1:14 29:17 | 27:2,12,24 28:1,8 |
| **shown** 8:7 10:13 | **ss** 39:3 | 39:7,14 | 28:17 29:6,25 30:17 |
| 12:18 28:9 | **stage** 9:8,9 | **talking** 11:3 20:25 | 31:10 32:8,13 33:2 |
| **showroom** 8:18,23 | **stages** 9:3 | 21:1 34:22 | 34:3,8,10 36:15 |
| 9:14 23:9 24:15 | **stand** 15:7 | **target** 12:19 | **truck** 6:12 8:23 9:14 |
| 25:5,14 | **stands** 15:8 | **team** 34:24 35:1 | 9:20 23:9 25:5,14 |
| **shows** 27:21,23,25 | **start** 27:11 | **tell** 4:5 12:14 21:3 | **true** 39:13 |
| 28:2,8 33:17 | **starting** 11:20 | 36:18,19 | **truth** 4:6,6,7 39:9,10 |
| **side** 33:12,12 | **state** 4:9 36:12 39:2 | **ten** 17:3,4 20:12 | **try** 5:20 |
| **sided** 33:9 | 39:6 | **terminology** 33:21 | **trying** 12:20 16:6 |
| **sides** 33:11 | **statement** 25:21 | **terms** 33:25 | 32:7 |
| **sidley** 2:4 | **states** 1:1,8 4:12,17 | **testified** 4:7 | **turn** 8:10 |
| **sidley.com** 2:8,9 | 26:15 40:2 | **testify** 39:9 | **twice** 14:4 |
| **signature** 37:1 | **stenographic** 39:14 | **thank** 18:22 36:21 | **two** 11:23 13:13 |
| 38:10 | | 36:23,24 | 14:6,15 19:7 33:9 |

Public Version - Confidential Information Redacted

**[two - à]** Page 8

33:10

**type** 9:15 17:8 24:14
  31:1,6,10,18 34:6
**types** 31:4 34:23
**typical** 12:1 14:9
  22:25 23:1 34:5
**typically** 21:11 26:7
  27:10 33:9

**u**

**u.s.** 1:14 2:14 23:23
**uh** 4:14 18:24
**um** 13:20,22 14:24
  14:24
**understand** 4:15,19
  5:6,21 7:12 12:20
**understanding** 6:18
  17:8
**united** 1:1,8 4:12,16
  26:15 40:2
**ups** 31:7
**usdoj.gov** 2:20,21
**use** 12:22 21:6 25:6
  25:8 31:22
**usps** 26:14
**usually** 20:12
**utilized** 26:10

**v**

**v** 1:6 40:2
**v227** 7:22 11:2
  19:20 30:1,7
**v227n** 3:12,16,18,21
  6:19
**v408** 6:21,22 29:25
  30:6,8
**valuable** 17:7
**value** 33:25
**van** 32:24
**various** 29:11,16,21
  34:20,20,21 35:6
**vehicle** 7:13 8:22
  9:18 12:25 16:12
  17:9 18:2 22:22
  27:4,19 28:22,24
  29:10 32:16,25

34:13,19
**vehicles** 6:13 8:6
  9:18,19
**vein** 33:22
**venue** 20:1
**verbal** 5:8,19
**version** 14:14
**video** 21:13,17
**videos** 31:7
**videotape** 21:9
**videotaped** 21:21,24
**videotaping** 21:11
**vis** 16:20,20

**w**

**w** 1:13 3:3 4:4,10
  38:10
**wagon** 32:24
**wait** 5:10 18:12
**walk** 25:23,24
**want** 7:15
**wanted** 27:1
**washington** 2:6
**way** 16:7 17:6,25
  20:9 26:22
**wayne** 39:4,22
**we've** 16:6 34:15
  36:8
**websites** 31:3
**went** 23:11
**wheelbase** 24:22,22
**wheels** 32:24
**white** 33:24
**width** 32:22
**witness** 3:2 4:20,24
  5:21,22 36:23,25
  39:9,11
**witnesses'** 40:3
**word** 24:23
**work** 5:8 16:7
**worldgateway** 1:16
**writing** 21:9

**y**

**yahoo** 31:4
**yeah** 18:17 27:20
  28:25
**year** 7:21 13:21,23
  19:22 33:2
**years** 14:6 34:2
**yep** 25:12 36:25
**york** 2:18,18 28:5

**à**

**à** 16:20

Public Version - Confidential Information Redacted

# DEFENDANT'S EXHIBIT 34

Page 1

1   UNITED STATES COURT OF INTERNATIONAL TRADE

2   BEFORE:  HON. MARK A. BARNETT, JUDGE

3

4   FORD MOTOR COMPANY,

5           Plaintiff,

6       -vs-                              No. 13-00291

7

8   UNITED STATES,

9           Defendant.

10  _____/

11

12  PAGE 1 TO 198

13

14      The Deposition of KEITH CARDUNER,

15      Taken at 2596 Worldgateway Place,

16      Romulus, Michigan,

17      Commencing at 11:35 a.m.,

18      Monday, June 22, 2015

19      Before Laura J. Steenbergh, CSR-3707, RPR, CRR, RMR

20

21

22

23

24

25

Public Version - Confidential Information Redacted

```
                                                    Page 2
 1   APPEARANCES:

 2

 3       MR. GORDON D. TODD, ESQ.

 4       MS. ERIKA L. MALEY, ESQ.

 5       Sidley Austin, LLP

 6       1501 K. Street, N.W.

 7       Washington, DC  20005

 8       (202) 736-8483

 9       gtodd@sidley.com

10       emaley@sidley.com

11       Appearing on behalf of the Plaintiff.

12

13       MS. BEVERLY A. FARRELL, ESQ.

14       MR. JASON M. KENNER, ESQ.

15       U.S. Department of Justice

16       Civil Division

17       26 Federal Plaza, Room 346

18       New York, New York  10278

19       (212) 264-9230

20       beverly.a.farrell@usdoj.gov

21       jason.kenner@usdoj.gov

22       Appearing on behalf of the Defendant.

23

24              *       *       *       *

25
```

Public Version - Confidential Information Redacted

                                                      Page 3

1                          TABLE OF CONTENTS

2

3    Witness                                               Page

4    KEITH CARDUNER

5    EXAMINATION BY MS. FARRELL:                              5

6

7

8                        INDEX TO EXHIBITS

9              (Exhibits attached to transcript)

10

11   Exhibit                                              Page

12     CARDUNER EXHIBIT 1 Notice of Deposition             6

13     CARDUNER EXHIBIT 2 January 2007 E-mail Chain        46

14     CARDUNER EXHIBIT 3 March 2007 E-mail Chain          49

15     CARDUNER EXHIBIT 4 March 2007 E-mail Chain          52

16     CARDUNER EXHIBIT 5 March 2007 E-mail Chain          58

17     CARDUNER EXHIBIT 6 April 2007 E-mail Chain          66

18     CARDUNER EXHIBIT 7 August 2007 E-mail Chain         72

19     CARDUNER EXHIBIT 8 August 2007 E-mail Chain         77

20     CARDUNER EXHIBIT 9 August 2007 E-mail Chain         85

21     CARDUNER EXHIBIT 11 February 2008 E-mail Chain      90

22     CARDUNER EXHIBIT 12 February 2008 E-mail Chain      91

23     CARDUNER EXHIBIT 13 February 2008 E-mail Chain      98

24     CARDUNER EXHIBIT 14 February 2008 E-mail Chain     101

25     CARDUNER EXHIBIT 15 February 2008 E-mail Chain     105

Public Version - Confidential Information Redacted

Page 4

| | | |
|---|---|---|
| 1 | CARDUNER EXHIBIT 16 March 2008 E-mail Chain | 106 |
| 2 | CARDUNER EXHIBIT 17 April 2008 E-mail Chain | 116 |
| 3 | CARDUNER EXHIBIT 18 April 2008 E-mail Chain | 123 |
| 4 | CARDUNER EXHIBIT 19 August 2008 E-mail Chain | 128 |
| 5 | CARDUNER EXHIBIT 20 August 2008 E-mail Chain | 132 |
| 6 | CARDUNER EXHIBIT 21 August 2009 E-mail Chain | 135 |
| 7 | CARDUNER EXHIBIT 22 August 2008 E-mail Chain | 139 |
| 8 | CARDUNER EXHIBIT 23 September 2008 E-mail Chain | 144 |
| 9 | CARDUNER EXHIBIT 24 October 2008 E-mail Chain | 149 |
| 10 | CARDUNER EXHIBIT 25 October 2008 E-mail Chain | 155 |
| 11 | CARDUNER EXHIBIT 26 October 2008 E-mail Chain | 162 |
| 12 | CARDUNER EXHIBIT 27 October 2008 E-mail Chain | 165 |
| 13 | CARDUNER EXHIBIT 28 October 2008 E-mail Chain | 171 |
| 14 | CARDUNER EXHIBIT 29 October 2008 E-mail Chain | 174 |
| 15 | CARDUNER EXHIBIT 30 February 2009 E-mail Chain | 176 |
| 16 | CARDUNER EXHIBIT 31 February 2009 E-mail Chain | 178 |
| 17 | CARDUNER EXHIBIT 32 August 2009 E-mail Chain | 186 |
| 18 | CARDUNER EXHIBIT 33 November 2009 E-mail Chain | 187 |
| 19 | CARDUNER EXHIBIT 34 December 2009 E-mail Chain | 190 |
| 20 | CARDUNER EXHIBIT 35 December 2009 E-mail Chain | 192 |
| 21 | CARDUNER EXHIBIT 36 February 2010 E-mail Chain | 194 |

22

23

24

25

Public Version - Confidential Information Redacted

Page 5

```
 1        Romulus, Michigan

 2        Monday, June 22, 2015

 3        About 11:35 a.m.

 4                        KEITH CARDUNER,

 5        having first been duly sworn, was examined and testified

 6        on his oath as follows:

 7   EXAMINATION BY MS. FARRELL:

 8   Q.   Would you state your name for the record?

 9   A.   Keith R. Carduner.

10   Q.   Needless to say, everyone in my office has been saying

11        Carduner, so --

12   A.   Oh, that's okay.  I have no --

13   Q.   I just want to make sure I get your name right?

14   A.   It makes sense with the U in there that you would say it

15        that way.  That's no problem.

16   Q.   If I misspeak, forgive me?

17   A.   No problem.

18   Q.   It's imprinted in my brain.  So I'll try to get it

19        right.

20   A.   No problem.

21   Q.   Could you please provide me with your work address as

22        well?

23   A.   Yes.  I'm at the Product Development Center, Ford Motor

24        Company, Dearborn, Michigan, 48128.

25   Q.   Mr. Carduner, my name is Beverly Farrell, I'm an
```

Public Version - Confidential Information Redacted

```
                                             Page 6
1          attorney with the United States Department of Justice.
2     A.   Um-hum (affirmatively).
3     Q.   And I'm here today to take your deposition.
4     A.   Okay.
5                    CARDUNER EXHIBIT 1
6                    Notice of Deposition
7                    WAS MARKED BY THE REPORTER
8                    FOR IDENTIFICATION
9     BY MS. FARRELL:
10    Q.   I want to show you a document that's previously been
11         marked as Carduner Exhibit Number 1.
12    A.   Okay.
13    Q.   And do you recognize Exhibit Number 1?
14    A.   I've never seen this document before, no.
15    Q.   Okay.  Do you understand that you're here today because
16         the United States government requested to take your
17         deposition as a fact witness in this litigation?
18    A.   Yes.
19    Q.   Okay.  That's really -- that's just a formality, that's
20         just a Notice that lets every one know that you're here
21         for that purpose.
22    A.   Okay.
23    Q.   And are you aware of this litigation?
24    A.   Yes.
25    Q.   And how did you become aware of this litigation?
```

Public Version - Confidential Information Redacted

Page 7

1    A.    By being contacted through my company.

2    Q.    And when was that?

3    A.    Maybe a month and a half ago or so.

4    Q.    Who contacted you?

5    A.    I was contacted by, I think, somebody from the office of

6          general counsel.

7    Q.    And what did they contact you about?

8    A.    At the time -- doing a deposition, I think, you know.

9    Q.    So they contacted you about kind of logistics and things

10         for a deposition?

11   A.    They didn't really give me any information when I was

12         initially contacted, so --

13   Q.    Okay.  Have you ever been deposed before?

14   A.    Yes.

15   Q.    And when were you deposed?

16   A.    About 10 years ago.

17   Q.    And what was that in connection with?

18   A.    There was a -- a product that a small company had

19         approached Ford about, to see if Ford was interested in

20         that particular product, and I was asked to just take a

21         look at the -- look at the product, and when looking at

22         it got some of the engineers involved and determined

23         that the product was not suitable for use in our

24         vehicles.  And then later on the people who owned this

25         product came back and said to us that we stole their

Public Version - Confidential Information Redacted

Page 8

```
 1          idea, so, you know, it was that kind of a thing.
 2     Q.   Understood.
 3     A.   Yes, yes.
 4     Q.   And have you ever been deposed other than that --
 5     A.   No.
 6     Q.   -- non-suitable product?
 7     A.   That was the only time, yes.
 8     Q.   So then you probably remember from 10 years ago that all
 9          this is is just a question and answer session.
10     A.   Um-hum (affirmatively).
11     Q.   And I'm just here to gather some information from you.
12          One very important thing is you'll notice we have a
13          court reporter here with us today.
14     A.   Yes.
15     Q.   I imagine you had one 10 years ago as well?
16     A.   You know, I can't quite remember.  It was a little bit
17          less formal it seemed like, so --
18     Q.   Okay.  Well, we are kind of formal here.
19     A.   Okay.
20     Q.   And because we have a court reporter it's really
21          important that we both put everything on the record
22          verbally.  And you are currently doing that just fine.
23          You're answering the questions verbally.  What happens
24          is sometimes people will shake their head or say um-hum
25          (affirmatively) or un-un (negatively), because sometimes
```

Public Version - Confidential Information Redacted

Page 9

1           it feels a little informal.

2    A.     Okay.

3    Q.     So I just ask only that all of your answers be verbal,

4           okay?

5    A.     Yes.

6    Q.     And if you're unsure of a question that I've asked or if

7           you didn't hear a question that I've asked, please ask

8           me to repeat it.

9    A.     Okay.

10   Q.     And if it's completely incoherent I will try and restate

11          that question so that it makes sense to you.

12   A.     Okay.

13   Q.     But if you do answer a question I'm going to assume that

14          you understand what I was asking, okay?

15   A.     Okay.

16   Q.     If you need a break, let me know.  The only thing I

17          would ask is if there's a question pending that you

18          answer the question and then we'll break.

19   A.     Okay.

20   Q.     There may be objections.  Counsel for Ford may object to

21          some of my questions.  If that happens, just take a

22          pause and we'll try to work out if there's anything else

23          that needs to be done, and if not then you can proceed

24          to answer the question, okay?

25   A.     Okay.

Public Version - Confidential Information Redacted

Page 10

```
 1   Q.   And you'll be given an opportunity at the end of this
 2        process, after a formal transcript is actually completed
 3        by our court reporter, to get a chance to read that and
 4        review it, and if there are any typos or any errors,
 5        anything you think needs to be changed, you'll have an
 6        opportunity.  But if during the deposition you answer a
 7        question and a little bit later on you realize, you
 8        know, I think I may have misspoken, it's okay to flag
 9        that for me right then and there, and we can just back
10        up, make sure we get the record correct.
11   A.   Okay.
12   Q.   And then we can proceed forward.  It happens, sometimes,
13        you know, I'll ask one question, you'll see a document
14        three documents later and it will trigger a memory.
15   A.   Okay.
16   Q.   So if you tip me off to that we can stop and correct the
17        record now as opposed to later, okay?
18   A.   Okay.  Yes.
19   Q.   Is there any reason why you can't give your testimony
20        today, you're ill, you're on medication?
21   A.   No.
22   Q.   Okay.  Have you met with anyone in connection with
23        preparing for today's deposition?
24   A.   Yes.
25   Q.   And who did you meet with?
```

Public Version - Confidential Information Redacted

```
                                                      Page 11

 1    A.    I met with counsel.

 2    Q.    And which counsel did you meet with?

 3    A.    I met with the counsels for Ford Motor Company.

 4    Q.    Okay.  Was that in-house counsel, or was it the counsel

 5          who are sitting today at the table with you?

 6    A.    It's with the folks that are here, yes.

 7    Q.    Okay.  And how many times did you meet with counsel?

 8    A.    Just once.

 9    Q.    And when was that?

10    A.    I think about three or four days ago.

11    Q.    Okay.  Did you speak with anyone else about today's

12          deposition?

13    A.    No.

14    Q.    Okay.  So you didn't speak with Paul Vandevert about

15          today's deposition?

16    A.    No.

17    Q.    And did you speak to any of the other people who have

18          been previously deposed in this case?

19    A.    No.

20    Q.    Okay.  So you've only spoken with counsel here at the

21          table?

22    A.    That is correct.

23    Q.    Okay.  Did you review any documents to prepare for

24          today's deposition?

25    A.    No.
```

Public Version - Confidential Information Redacted

Page 12

```
 1   Q.   And when you were preparing for today's deposition with
 2        counsel, did you bring any documents to that
 3        preparation?
 4   A.   No.
 5   Q.   About November or December of 2014, the United States
 6        government made a request for documents and information
 7        of Ford in connection with this litigation.  Did anyone
 8        contact you at any time from November 2014 till about
 9        April of 2015 seeking documents?
10   A.   I can't specifically remember if they -- if I was
11        contacted.
12   Q.   And do you keep documents about the Transit Connect
13        program?
14   A.   No.
15   Q.   Documents that you would generate in connection with,
16        say, the Transit Connect program, would you keep those,
17        or are they kept in a central file, or something else?
18   A.   I haven't kept any specific documents.
19   Q.   Okay.  Do you make notes when you're working on a
20        project?
21   A.   Usually, yes.
22   Q.   And what happens to the notes that you make when you're
23        working on a project?
24   A.   I keep them.
25   Q.   And where do you keep them?
```

Public Version - Confidential Information Redacted

```
                                              Page 13
 1   A.   Notes I would take would be in a notebook or something
 2        like that.
 3   Q.   In connection with the Transit Connect, do you recall
 4        having kept a notebook?
 5   A.   I don't believe so, no.
 6   Q.   So with the Transit Connect program you don't think you
 7        took any notes at all?
 8   A.   If I did I don't have any more, I don't have them
 9        anymore.  I don't recall that I have a specific -- any
10        books from that time, you know, any spiral notebooks
11        that I kept or anything like that, so --
12   Q.   Okay.  Are you currently employed?
13   A.   Yes.
14   Q.   Okay.
15   A.   Yes.
16   Q.   And where are you employed?
17   A.   With Ford Motor Company.
18   Q.   All right.  And what is your job title there?
19   A.   I'm called a program management supervisor.
20   Q.   And is that for a specific program?
21   A.   Usually for specific programs, yes.
22   Q.   So your title is program management supervisor?
23   A.   Um-hum (affirmatively).
24   Q.   Is that a generic title then?
25   A.   Yes, yes.
```

Public Version - Confidential Information Redacted

1   Q.   And so as programs come up do they get assigned to you?

2   A.   Yes.

3   Q.   So what type of programs get assigned to you?

4   A.   Could be a variety of different kinds, but always some

5        type of vehicle program.

6   Q.   And is it a specific type of vehicle program?  Is it,

7        for instance, would you be doing, say, a Ford Fiesta

8        program?

9   A.   I have done a car program.

10  Q.   Have you done more than one car program?

11  A.   Just one car program.

12  Q.   And what was that?

13  A.   I worked on the new Edge that just came out in 2015

14       model year.

15  Q.   And have you worked on other type of programs of

16       vehicles?

17  A.   Yes, I have.

18  Q.   And what are some of those?

19  A.   I worked on the F-150.  I worked on Econoline.  I worked

20       on the Transit Connect.

21  Q.   And when did you first begin working at Ford?

22  A.   This would have been February of 1986.

23  Q.   And have you worked continuously at Ford --

24  A.   Yes, yes.

25  Q.   -- to the present?

Public Version - Confidential Information Redacted

                                                      Page 15

1    A.    Yes.

2    Q.    And what was your role at Ford when you started?

3    A.    I started in the Ford Scientific Research Laboratories.

4    Q.    And in the scientific research laboratories, were you

5          given that role because you're an engineer?

6    A.    No.  Actually I have a PHD in physics, so I was in that

7          area because of that.

8    Q.    And are you also an engineer?

9    A.    No.

10   Q.    So your background is in physics?

11   A.    Yes.

12   Q.    And your undergraduate also in physics?

13   A.    It was in science, I think more chemistry when I was an

14         undergraduate.

15   Q.    And so you started with the Ford --

16   A.    Scientific labs --

17   Q.    -- scientific labs?

18   A.    Yes.

19   Q.    And how long were you with the scientific labs?

20   A.    About six years.

21   Q.    So that would be about 1992?

22   A.    Yes.

23   Q.    And then did you your role change at Ford?

24   A.    A little, yes, it did.

25   Q.    And what was the next role?

Public Version - Confidential Information Redacted

Page 16

1  A.   I then went to work at what's called the Allen Park Test

2       Labs.

3  Q.   And what do they do?

4  A.   They do emissions testing on vehicles for engineering

5       development purposes.

6  Q.   Anything else?

7  A.   You mean after that, or this --

8  Q.   At the Allen Park.  Do they do mostly emissions?

9  A.   Emissions, yes, emissions development.

10 Q.   And did your role at Ford change after that?

11 A.   So after the Allen Park test lab, yes, I did go on to a

12      different assignment.

13 Q.   Okay.  And what assignment was that?

14 A.   Then I went into what's called the -- I went into a

15      competitive analysis job.

16 Q.   And what year did you start the competitive analysis

17      job?

18 A.   That would have been maybe 1997 approximately.

19 Q.   And what did that entail?

20 A.   That was looking at the powertrain offerings of our

21      competition to help guide our own internal, you know,

22      powertrain products.

23 Q.   And did you move on from that role?

24 A.   Yes, I did.

25 Q.   And what was your next role at Ford?

Public Version - Confidential Information Redacted

1    A.    My next job was in the truck planning office.

2    Q.    And when did you get that role?

3    A.    I think that was in 199 -- might have been 1998 or maybe

4          early 1999.

5    Q.    And what was the truck planning position about?

6    A.    That was -- the planning office is responsible for

7          initiating new programs, new vehicle programs.

8    Q.    And when you say a new vehicle program, is that a

9          completely brand new vehicle, or a refresh?

10   A.    It can be a completely brand new vehicle, or it can be a

11         refresh.

12   Q.    And what do you understand me to mean when I say to you

13         refresh?

14   A.    I think of a vehicle that already exists, and maybe

15         we're doing something like changing the appearance, the

16         front end appearance, or something like that.  But

17         essentially keeping most of the vehicle the same.

18   Q.    And with the truck planning office, what trucks did you

19         work on?

20   A.    I worked on the F-150 at that time.

21   Q.    And was that -- that wasn't a new vehicle, was it?

22   A.    No, that's not a new vehicle.  It's been around a long

23         time.

24   Q.    So would it be fair to say that the F-150 work that you

25         did at the truck planning office was a refresh?

Public Version - Confidential Information Redacted

1    A.    Yeah.  Yes, yes.

2    Q.    And what do you remember the changes, the refreshing of

3          that vehicle to be?

4    A.    I think we changed the -- we changed the appearance,

5          both the front end and the rear end, put in new engines,

6          that kind -- that's what I remember about that.  We

7          probably redid the IP also, so --

8    Q.    And IP being the intellectual property?

9    A.    No.  The instrument panel.

10   Q.    Oh, okay.

11   A.    Yes.

12   Q.    What causes Ford to decide to do a refresh on a vehicle

13         like the F-150?

14   A.    Well, from the point of view that I see it, it could

15         come out of a -- something that would come out of

16         marketing.

17   Q.    So does truck planning receive suggestions from

18         marketing and then put them into effect?

19   A.    Yes, yes.

20   Q.    Would the truck planning office initiate either a new

21         vehicle or a refresh?

22   A.    I would say it's more the planning office would be in

23         response to something coming out of marketing.

24   Q.    And what time, what years did you work with the truck

25         planning office?

Public Version - Confidential Information Redacted

1    A.    I think I was with them for two years, so may be 1999

2          through -- I must have gotten there earlier.  I must

3          have gotten there in early 1998, because I was there two

4          years, because I think I left there in early 2000.

5    Q.    And did you have another role at Ford then?

6    A.    Yes.

7    Q.    And what role was that?

8    A.    Then I became the program management supervisor for the

9          2001 model year F-series.

10   Q.    And what's the F-series?

11   A.    That's the F-150 pickup truck.

12   Q.    And is the F-series limited just to the 150, or are

13         there other vehicles.

14   A.    The piece that I worked on was just the F-150.

15   Q.    And what was your role in working on the F-150?

16   A.    We had a program for 2001 model year launch, and I was

17         responsible for ensuring that the program passed through

18         the development process to achieve that model year.

19   Q.    And can you describe the development process generally

20         for a vehicle to go through a model year?

21   A.    Yes.  Very briefly, there's a well-defined process for

22         product engineering, and that -- because there are many

23         steps, and that process involves a series of reviews

24         with management, and at each one of those reviews a

25         certain percentage of the required work needs to be

Public Version - Confidential Information Redacted

Page 20

```
 1          done, and so a responsibility of program management is
 2          to prepare documentation showing that that level of
 3          engineering work has been completed.  And a big part of
 4          program management is to put that documentation
 5          together.
 6     Q.   And what type of documentation are you referring to?
 7     A.   Normally for upper management there will be a
 8          presentation and in the presentation it will describe
 9          using well-defined formats that the company has
10          demonstrating completion of certain levels of work.
11     Q.   So for upper management you're providing them with a
12          presentation?
13     A.   Yes.
14     Q.   And is that a written document?
15     A.   Yes, it is.
16     Q.   And is it typically a PowerPoint?
17     A.   Often, yes.
18     Q.   Could it be other types of documents?
19     A.   There are maybe Excel files that back up PowerPoint
20          slides.
21     Q.   You also indicated that you do presentations for upper
22          management.  Is there documentation that's done outside
23          of the presentation to upper management as well?
24     A.   Yes.
25     Q.   And what type of documentation is that?
```

Public Version - Confidential Information Redacted

Page 21

```
 1    A.    Could be Excel files that contain a record showing that
 2          certain engineering work had been completed.
 3    Q.    Are they primarily Excel files?
 4    A.    They could also be files in a computer database.
 5    Q.    And what type of files in a computer database?
 6    A.    Maybe a -- I guess I'm not quite sure I -- when you say
 7          what kind of file, I guess I don't quite -- I'm not sure
 8          if I quite understand.  Files.
 9    Q.    Right.  No.  I'm just following up with what you're
10          saying.
11    A.    Yeah.
12    Q.    You said there might be a PowerPoint presentation --
13    A.    Right.
14    Q.    -- to the management?
15    A.    Right.
16    Q.    But as part of the work that's done outside of the view
17          of the management --
18    A.    Okay.
19    Q.    -- you're keeping documents.  Could be Excel files,
20          could be Word documents, could be anything else?  That's
21          what I'm asking.
22    A.    I get it.  Probably I'm not keeping those documents.  I
23          wouldn't necessarily be keeping them, so there are
24          well-defined processes and ways of keeping records that
25          the company has that is where those documents would be
```

Public Version - Confidential Information Redacted

 1           located.

 2     Q.    Could you describe that process at Ford?  It appears

 3           that --

 4     A.    Okay.  For example, let's say a test report, you know,

 5           from a test that's done.  That test report is not

 6           retained by me.  It's not retained by an engineer.  It's

 7           retained in a system that the company has established to

 8           make sure that these test reports are available and not

 9           lost, so --

10     Q.    And what type of a system are you describing?

11     A.    That would be a computer system of some --

12           computer-based system of some kind.

13     Q.    And are you able, after you do, say, a -- you generate a

14           test.

15     A.    Um-hum (affirmatively).

16     Q.    And you get documentation from that and it goes into the

17           computer system, are you able to access that to refresh

18           your memory about that test?

19     A.    Yes.

20     Q.    And how do you do that?

21     A.    To tell you the truth, I specifically have never done

22           that.  That would be something the engineers would do.

23     Q.    Do you generate documents in connection with your role

24           in that product development?

25     A.    It would be those Excel -- those PowerPoint documents

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAB  Document 91-10  Filed 03/04/16  Page 280 of 488
Case 1:13-cv-00291-MAB  Document 69-5 SEALED  Filed 12/19/13  Page 24 of 232

Page 23

1          that we mentioned.

2     Q.   And you would design a PowerPoint document based on

3          information provided to you by engineers?

4     A.   Yes.  But I wouldn't design it.

5     Q.   In the sense of you wouldn't design the PowerPoint?

6     A.   Right, right.

7     Q.   What would your input be on the PowerPoint?

8     A.   The PowerPoint documents that have to be presented to

9          upper management have a precisely defined pro forma that

10         -- and my job is to make sure that the information that

11         goes into this precisely defined pro forma is correct

12         and up to date for the program I'm working on.

13    Q.   So is there a pro forma template?

14    A.   Yes.

15    Q.   And then you would open up the pro forma template?

16    A.   Yes.

17    Q.   And you would take the information you gathered from

18         engineers --

19    A.   Yes.

20    Q.   -- and place it into the template?

21    A.   Exactly.

22              MR. TODD:  Let her finish her question before

23         you start answering.

24              THE WITNESS:  Oh, I'm sorry.  I apologize.

25              MS. FARRELL:  That's okay.  What happens is we

Public Version - Confidential Information Redacted

Page 24

```
1        get into a flow --
2                THE WITNESS:  I get it.  Thank you for the
3        reminder.
4                MS. FARRELL:  -- it's like natural
5        conversation.
6                THE WITNESS:  Yes.
7                MS. FARRELL:  Thank you.  I'll try not to step
8        on you, if you try not to step on me.
9                THE WITNESS:  Okay.  I get it.  I get it.
10       Thank you.
11   BY MS. FARRELL:
12   Q.   So you have this pro forma template document into which
13        you placed information, correct?
14   A.   Yes.
15   Q.   And that information is gathered from the engineers?
16   A.   Yes.
17   Q.   Is it gathered from anyone else?
18   A.   Yes.
19   Q.   Who else?
20   A.   Finance.
21   Q.   Anyone else other than engineers and finance?
22   A.   Design studio.
23   Q.   What's design studio?
24   A.   The design studio is responsible for the, what I call
25        the creatives around the vehicle.
```

Public Version - Confidential Information Redacted

1   Q.   And when we say creatives, is that a visual concept?

2   A.   Yes, yes.  Design features.

3   Q.   And would that possibly be, say, CAD files, you know,

4       computer-assisted design files?

5   A.   Yes, yes.

6   Q.   So you would see schematics that were perhaps three

7       dimensional?

8   A.   Yes, yes.

9   Q.   And how do you convey that, a three-dimensional CAD file

10      of information into a PowerPoint for upper management?

11   A.   Normally those wouldn't go into a PowerPoint.

12   Q.   How would you convey the information you might gather

13      from that?

14   A.   If required, perhaps there's a -- the -- let's say for a

15      design, for a -- normally management might go into the

16      studio to look at a -- to look at a property, look at a

17      vehicle.

18   Q.   And so when they go into the design studio, are they

19      looking at only computer graphics, or is there something

20      else?

21   A.   If management goes into the design studio normally there

22      is a property that's been created.

23   Q.   And when you say there's a property, is that kind of

24      what we would know as a mockup?

25   A.   Yeah, yeah.

Public Version - Confidential Information Redacted

1    Q.   So it might be a three-dimensional --

2    A.   Yes.

3    Q.   -- item that you could hold in your hand?

4    A.   Yes.

5    Q.   So, for instance, I'll try to use this relation, it will

6         be like a little Matchbox car?

7    A.   That's greatly simplified.

8    Q.   Well, and that's good for me, because I am greatly

9         simplified.

10   A.   Okay, yes.

11   Q.   But I guess yours would be much more technical?

12   A.   A prototype might be a full-size vehicle made out of

13        clay, so yes.

14   Q.   And if they make a prototype out of clay, do they make

15        everything, even the motor, the wheels, the powertrain?

16   A.   No, no.

17   Q.   So it would just be the outer design, kind of the shell

18        of the vehicle, is that a fair --

19   A.   Sure, yes.

20   Q.   -- way to describe it?

21   A.   Yeah.

22   Q.   If the vehicle were being refreshed for purposes of the

23        powertrain, for example, would the mockup be of the

24        powertrain, would you ever see something like that?

25   A.   No.

Public Version - Confidential Information Redacted

1    Q.    So you were working with this group as project manager?

2    A.    A program management supervisor.

3    Q.    Program management supervisor.

4    A.    Yes.

5    Q.    And what were some of the programs that you supervised?

6    A.    Well, I mentioned the F-150.

7    Q.    Anything else?

8    A.    The Edge that I mentioned.

9    Q.    That was the 2015 Edge?

10   A.    Yes, yes.

11   Q.    And did you also do the Transit Connect?

12   A.    Yes.

13   Q.    And this role as program manager supervisor, have you

14         been in that role since you left the truck planning

15         office?

16   A.    Yes.

17   Q.    And that would have been, what, 2000, I guess, the

18         beginning of 2000?

19   A.    I think 1998.  No.  I said -- I'm having a little

20         trouble with this.  I think I started in --

21   Q.    It doesn't have to be perfect.

22   A.    I can't be.  Because now that I think about it, the

23         F-150 launched in late 2000, and I must have been

24         working on that for two years, so I'm little off on some

25         of the dates, but thereabouts.

Public Version - Confidential Information Redacted

Page 28

1    Q.   Is it fair to say that all of the 2000s --

2    A.   Yes.

3    Q.   -- you have been a program management supervisor?

4    A.   Yes.

5                    MR. TODD:  I'll tell you again --

6                    THE WITNESS:  I know.

7                    MR. TODD:  Let her finish her question, that

8         way you're answering the full question she intends to

9         ask you, okay, not just part of the question.

10                   THE WITNESS:  I knew you were going remind me,

11        yes.

12                   MR. TODD:  Count to five.

13                   THE WITNESS:  I'm gonna do that, I'm gonna do

14        that, yes.

15                   MS. FARRELL:  We always tell people, inhale,

16        exhale, and then usually the question's over.

17                   THE WITNESS:  Okay.

18                   MS. FARRELL:  It's okay.  It's not a worry.

19        Not a worry.

20                   THE WITNESS:  Okay.  I got it.

21   BY MS. FARRELL:

22   Q.   When did you first become involved with the Transit

23        Connect program?

24   A.   I think early January/February 2006.

25   Q.   And how did you become involved in that program?

Public Version - Confidential Information Redacted

Page 29

```
 1    A.    I was assigned to work on it.

 2    Q.    And who assigned you?

 3    A.    My manager.

 4    Q.    And who's your manager?

 5    A.    At that time I believe -- you know, I can't quite

 6          remember who the program manager was at that time

 7          actually.

 8    Q.    Is that typically how things occur, your management

 9          would give you the next assignment?

10    A.    Yes.

11    Q.    And when you receive the Transit Connect assignment --

12          when I say Transit Connect program, I'm kind of assuming

13          that you know what I'm talking about, so I want to make

14          sure that we're both on the same page.  When I say

15          Transit Connect program, what do you understand that to

16          be?

17    A.    Do you want me to tell you what -- what I worked on,

18          or --

19    Q.    Yes.  Because what I -- I want to make sure that every

20          time I say that phrase that you and I are talking about

21          the same thing.  So I just want to understand what you

22          know it to be and if it's different than what's in my

23          head, then I'm going to have to use different language.

24    A.    Okay.  I worked on the Transit Connect for North

25          America.
```

Public Version - Confidential Information Redacted

```
1    Q.   And the Transit Connect existed for something other than

2         North America?

3    A.   Yes.

4    Q.   And what was the Transit Connect other than North

5         America?

6    A.   It sold in other countries.

7    Q.   And what other countries?

8    A.   Countries in Europe.

9    Q.   And is it just Europe?

10   A.   No.  I believe it sold in other parts of the world, too.

11   Q.   And the Transit Connect that was sold in Europe and

12        other parts of the world, did that come into existence

13        prior to the Transit Connect that was for North America?

14   A.   I don't know a lot about the history prior to when I

15        started working on it, but yes, I believe that's the

16        case.

17   Q.   And when you started to work on the Transit Connect

18        program, I guess it would be fair to say that it's this

19        particular product, but for North America, is that fair

20        for us when we talk about the program?

21   A.   Yes.

22   Q.   Okay.  So when you began to work on the Transit Connect

23        program, what role did you play in 2006?

24   A.   I was the program management supervisor.

25   Q.   And what did you have to do with the program?
```

Public Version - Confidential Information Redacted

```
 1    A.   The same kind of thing that I've done for other

 2         programs, assess progress towards engineering goals, and

 3         -- or -- and do reports to -- reports to management at

 4         specific milestones.

 5    Q.   In 2006 was it understood that the Transit Connect in

 6         North America was a program that would come to fruition,

 7         or was it something that was being investigated as a

 8         possibility?

 9    A.   When I came on to the program it was already past that

10         point.  When I came on to the program.

11    Q.   And you talk about milestones.

12    A.   Um-hum (affirmatively).

13    Q.   What milestone would Ford have, that they call the

14         milestone where they know that a product they're going

15         to launch in North America, when they know they're going

16         to do it, what do they call that milestone?

17    A.   That's called the PS milestone.

18    Q.   And the PS milestone, what does that stand for?

19    A.   Honestly I can't quite remember.  I think it's called --

20         I think it means Program Strategy.  That's funny that I

21         can't think of that.  I know what it does, but I don't

22         know exactly --

23    Q.   All I can tell you is that the one thing that's true for

24         every single deponent in this case is that there are a

25         lot of acronyms.
```

Public Version - Confidential Information Redacted

```
                                                              Page 32

 1    A.    Yes.

 2    Q.    And we the questioners don't know what any of them stand

 3          for, so --

 4    A.    Okay.

 5    Q.    -- we're all suffering under the weight of acronyms.

 6    A.    Okay.

 7    Q.    Is there a milestone that comes before the PS milestone?

 8    A.    Yes.

 9    Q.    And what is that?

10    A.    It's called MR.

11    Q.    And what does MR stand for?

12    A.    I believe it stands for Management Review.

13    Q.    And is there a milestone prior to Management Review?

14    A.    Yes.

15    Q.    What's that milestone?

16    A.    Kickoff.

17    Q.    No acronym?

18    A.    No.  KO.

19    Q.    And is there something prior to kickoff?

20    A.    There could be, but I'm not sure.

21    Q.    So the first time you understand a new product coming

22          into being is you start with a kickoff?

23    A.    Yes.

24    Q.    You move to the Management Review?

25    A.    Yes.
```

Public Version - Confidential Information Redacted

```
                                                    Page 33
 1   Q.    And if you make it through that you work to the PS,

 2         probably Program Strategy milestone?

 3   A.    Yes, yes.

 4   Q.    Is there a milestone after the PS?

 5   A.    Yes.

 6   Q.    What's that one?

 7   A.    It's called PSC.

 8   Q.    And what does that stand for?

 9   A.    I believe it stands for Program Strategy Confirmation.

10   Q.    And is there another milestone that comes after that?

11   A.    Yes.

12   Q.    And what is that one?

13   A.    It's called PTC.

14   Q.    And what is that?

15   A.    I believe that stands for Program Target Confirmation.

16   Q.    Is there another milestone after that?

17   A.    Yes.

18   Q.    What's that?

19   A.    It's called PA, and it's --

20   Q.    Okay.  And that's --

21   A.    Program Approval.

22   Q.    And is there another milestone after that?

23   A.    Yes.  There's one after PA, there's one called VP.

24   Q.    What does that stand for?

25   A.    And that stands for Vehicle Prototype.
```

Public Version - Confidential Information Redacted

Page 34

1   Q.   And then is there another milestone?

2   A.   Yes.

3   Q.   What's that one?

4   A.   After that there's one called -- there's a few minor

5        ones, but the next major one is called FEC.

6   Q.   And what is that?

7   A.   That's Final Engineering Confirmation.

8   Q.   And is there another milestone after FEC?

9   A.   Yes.

10  Q.   What's that?

11  A.   Then there would be -- then we're into launch, and the

12       first launch is called TT, Thomas Thomas.

13  Q.   And what does that stand for?

14  A.   That stands for Tooling Tryout build.

15  Q.   And is there another part of the launch?

16  A.   Then there would be something called Paul Paul, PP,

17       after that.

18  Q.   And what is that?

19  A.   That's Production Proveout.

20  Q.   And is there another milestone?

21  A.   Yes.  There's something called MP1.

22  Q.   And what is MP1?

23  A.   MP1 used to be called Job 1.  I think MP stands for --

24       frankly I think it's Mass Production 1.

25  Q.   And is there another milestone after that?

Public Version - Confidential Information Redacted

```
                                                    Page 35
 1   A.   After that comes OKTB, Okay to Buy.

 2   Q.   And is there another milestone?

 3   A.   There's actually only one more after that, it's called

 4        FSR, and that's Final Status Review.

 5   Q.   As we work our way through all of the milestones --

 6   A.   Okay.

 7   Q.   -- does management weigh in at every level?

 8                  MR. TODD:  Objection.

 9   BY MS. FARRELL:

10   Q.   If you understand the question, you can answer it.

11   A.   When you say every level, I guess I don't quite

12        understand that.

13   Q.   Okay.  Does management have to make a decision at every

14        milestone marker?

15                  MR. TODD:  Objection.

16   BY MS. FARRELL:

17   Q.   At every milestone?

18   A.   Well, I guess -- do they have to make a -- they have to

19        make some kind of a decision to allow us to go through

20        the milestone.

21   Q.   That's what I'm trying to get at.

22   A.   Yes.

23   Q.   So at kickoff, someone at Ford management would have

24        said kickoff is okay?

25   A.   Yes.
```

Public Version - Confidential Information Redacted

Page 36

1    Q.    So who's the person who would say that kickoff is okay
2          for something like the Transit Connect program?
3    A.    I just don't remember who was -- and I wasn't involved
4          actually with that kickoff.
5    Q.    In general, with your experience at Ford, is a kickoff
6          decided by someone at program management supervisor
7          level, or higher?
8                  MR. TODD:  Objection.  Go ahead.
9                  THE WITNESS:  Somebody higher.
10   BY MS. FARRELL:
11   Q.    What type of title would the person have that would be
12         approving that?
13   A.    I can't really answer.  I'm not sure.  It could vary.
14   Q.    And what could it vary as?
15   A.    I mean, it depends upon the size of the program.
16   Q.    The size of the Transit Connect program, what size was
17         that?
18   A.    It's hard for me to gauge when you say size.
19   Q.    I'm using your term.  Because I'm not sure that I
20         understand.  You said it depends on the size of the
21         program?
22   A.    Yeah.
23   Q.    So I'm trying to understand then --
24   A.    No.  I understand.  I just wasn't involved with kickoff,
25         so I don't know what level of management it went to and

Public Version - Confidential Information Redacted

1       so --

2   Q.  With respect to size of program, what do you mean by

3       that phrase?

4   A.  I'm referring to the amount of money that has to be

5       spent on it.

6   Q.  So, for instance, the Edge program, what size of program

7       would you have called that?

8   A.  That was a big program.

9   Q.  So does Ford have distinct names for programs?  The Edge

10      you recall big.  Is there medium, small, you know,

11      what's the nomenclature?

12  A.  There's not really any nomenclature.

13  Q.  So how does one know if one's working on a program,

14      which management should be involved based on the size of

15      the program?

16  A.  It depends on the amount of investment that's required.

17  Q.  The amount of the investment, when is that determined?

18  A.  That piece of the process is prior to the time when I

19      usually get involved with programs, so it's hard for me

20      to -- I'd be basically speculating on that, so --

21  Q.  Who would know that information?

22  A.  I suppose a member of Ford management.

23  Q.  And who would Ford management be at the time of, say,

24      the Transit Connect?

25  A.  Do you mean who was running the company at that time,

Public Version - Confidential Information Redacted

1          or --

2    Q.    Well, I'm not sure who you mean by Ford management.

3          Because you're talking about prior to the time you

4          become involved in the program.

5    A.    Right, right.

6    Q.    You say Ford management is making decisions.

7    A.    Right, right.

8    Q.    So I'm trying to understand who it is.

9    A.    That would be at the vice-president level, so -- which I

10          don't really interact with.

11    Q.    And the vice-president of Ford, do you know who the

12          current vice-president of Ford is?

13    A.    I think there's a few vice-presidents.

14    Q.    The vice-president level, are they placed into different

15          units or divisions or areas of responsibility?

16    A.    You know, I don't really get that involved with that

17          level of the company, so it's hard for me to -- I would

18          just be guessing basically.

19    Q.    Do you know any names of Ford vice-presidents?

20    A.    I do.

21    Q.    And what names do you know?

22    A.    Raj Nair.

23    Q.    Anyone else?

24    A.    No.

25    Q.    How long has Raj Nair been a vice-president at Ford?

Public Version - Confidential Information Redacted

1    A.    I don't know.

2    Q.    When was the first time you knew Raj Nair?

3    A.    Maybe 15, 20 years ago.

4    Q.    And he wouldn't have been a vice-president at that time,

5          is that fair?

6    A.    I can't remember.

7    Q.    You indicated that with respect to the Ford Transit, you

8          became involved at the PS milestone, correct?

9    A.    I became involved after the PS milestone.

10   Q.    So the PS milestone had been signed off?

11   A.    Yes.

12   Q.    Do you know if who signed off on the PS milestone?

13   A.    You mean from management?

14   Q.    Yes.

15   A.    I can't remember actually.

16   Q.    Is there a document that would reflect who signed off on

17         the PS milestone?

18   A.    Yes.

19   Q.    And what is that document?

20   A.    There would have been meeting minutes from a meeting in

21         which the PowerPoint was reviewed.

22   Q.    Would that be true for each milestone in the development

23         of a vehicle?

24   A.    Yes.

25   Q.    So we should expect to see a signoff in meeting minutes?

Public Version - Confidential Information Redacted

1   A.   These meeting minutes exist, yes.

2   Q.   What do the meeting minutes look like?

3   A.   Generally there'll be a note from -- there'll be some

4        kind of a review of the PowerPoint, and then there'll be

5        some kind of minutes that come back saying approved.

6   Q.   And that minute that comes back, does it come back as a

7        Word document, an e-mail, something else?

8   A.   I've only seen them as e-mails.

9   Q.   And they use the word approved, is there a form within

10       the e-mail, with a click box, or is it something else?

11  A.   I've seen them just written as just a statement.

12  Q.   And what type of statement have you seen?

13  A.   Maybe something written with the word approved.

14  Q.   Anything else?

15  A.   Not that I can remember.

16  Q.   Would they have -- would they reference the milestone

17       name?  Like if it were the PSC, for instance, would they

18       say PSC approved?

19  A.   You know, I'm starting -- I'm sort of speculating a

20       little bit, because a lot of times I wouldn't

21       necessarily see the minutes.  My supervisor would have

22       indicated to me that approval was achieved, so --

23  Q.   And who was your supervisor on the Transit Connect?

24  A.   When I first started, this would have been the program

25       manager, I can't -- I was saying I can't quite remember

Public Version - Confidential Information Redacted

```
 1          who was the program manager at that time when it was --

 2          when the program first started.

 3    Q.    Who's the first supervisor you recall in the Transit

 4          Connect program?

 5    A.    That -- the person that I reported to?

 6    Q.    (Shaking head affirmatively).

 7    A.    I think I reported to a fellow named David Lehmkuhl, but

 8          I can't quite remember how to spell that last name.  He

 9          was the program manager.

10    Q.    So program manager is a title that's above program

11          manager supervisor?

12    A.    Yes, it is.  Yes.

13    Q.    Okay.  How does that organizational flow occur?  Is that

14          the highest person is the program manager, then the

15          program manager supervisor?

16    A.    That's correct.

17    Q.    And then who's below the program manager supervisor?

18    A.    Program management analyst.

19    Q.    On the Transit Connect, who's that?

20    A.    There was one program management analyst that reported

21          to me, and her name was Jeannie Gabor.

22    Q.    And what was her role in the program?

23    A.    She primarily worked on the process of getting

24          prototypes from the factory in Turkey over here for

25          engineering testing purposes.
```

1    Q.   And what type of prototypes was she bringing over here

2         for testing?

3    A.   These would be vehicle prototypes.

4    Q.   So the actual vehicles?

5    A.   Yes.

6    Q.   And would they be vehicles that were ready to be driven,

7         or --

8    A.   Not necessarily ready to be driven, no.

9    Q.   How many iterations of prototype vehicles did the

10        Transit Connect program go through?

11   A.   I recall two.

12   Q.   And did they have names for the prototypes?

13   A.   Yes.

14   Q.   And what were the names?

15   A.   The first one was called the M1 prototype.

16   Q.   And what was the second?

17   A.   The second was called the VP prototype.

18   Q.   With respect to the M1 prototype, would that have come

19        out at a certain point in the milestone?

20   A.   Yes.

21   Q.   What milestone would M1 come out at?

22   A.   M1 comes out prior to PTC.

23   Q.   And the second prototype, the VP, which milestone does

24        that come out at?

25   A.   That comes out after PA.

1   Q.   What's the difference between an M1 prototype and a VP

2        prototype?

3   A.   The M1 prototype is for the powertrain, and the VP

4        prototype is for the rest of the vehicle.

5   Q.   While you were working on the Transit Connect program --

6   A.   Yes.

7   Q.   -- you had indicated David Lehmkuhl was your supervisor

8        or manager.  Was he your manager from that point

9        forward, the entire time?

10  A.   No.

11  Q.   Was there someone else?

12  A.   Yes.

13  Q.   And who was that?

14  A.   The manager that came after that was John Jraiche.

15  Q.   And could you spell that last name?  Sorry.

16  A.   It's -- I can't -- J -- of course J --

17  Q.   Not necessarily.

18  A.   Yes.  I think it was J-U-R-I-E-C-H [sic], but I know

19       that that is not correct, so --

20  Q.   Okay.  Well, maybe we'll find him somewhere in an

21       e-mail, we'll spell him right later, but --

22  A.   Okay.

23  Q.   Was there anyone else that was your supervisor during

24       this program?

25  A.   No.  Just them.

Public Version - Confidential Information Redacted

1    Q.   Your involvement in the program, you started after the

2          PS milestone?

3    A.   Yes.

4    Q.   Did you take this program all the way through to FSR?

5    A.   Yes.

6    Q.   And your role in the program did not change?

7    A.   No.

8    Q.   You maintained your program manager supervisor, correct?

9    A.   Yes, yes.

10    Q.   Did your direct reports change during this process?

11    A.   No.

12    Q.   So it was always Jeannie Gabor?

13    A.   Yes.

14    Q.   Was there anyone else in addition to Jeannie Gabor?

15    A.   As a direct report to me, no.

16    Q.   Was there a direct report to Jeannie Gabor?

17    A.   No.

18    Q.   And did Jeannie Gabor stay in the program during the

19          exact same time period you did?

20    A.   Yes.

21    Q.   So she would have gone after the PS milestone all the

22          way to FSR?

23    A.   Yes.

24    Q.   Are you still involved with the Transit Connect program?

25    A.   No.

Public Version - Confidential Information Redacted

Page 45

1  Q.  When did your involvement end?

2  A.  February or March of 2010.

3  Q.  And why did your involvement end?

4  A.  The program had went through the final milestone, and I

5       was reassigned to work on a different vehicle.

6  Q.  And what did you go on to after --

7  A.  The Edge.

8  Q.  The Edge?

9  A.  Yes.

10 Q.  Is that typical that once the vehicle has made it

11      through its FSR process, that the people assigned with

12      it will move on to a new project?

13 A.  Yes.

14 Q.  If the Transit Connect were to be refreshed after the

15      initial launch, would you have been involved in that?

16 A.  Not necessarily.

17 Q.  You stated earlier that you've been involved in both new

18      vehicles and refreshes.

19 A.  Right, right.

20 Q.  With respect to the Transit Connect you were only

21      involved in the new introduction of it into North

22      America --

23 A.  That's correct.

24 Q.  Is that fair?

25 A.  Yes.

Public Version - Confidential Information Redacted

```
                                                          Page 46
 1                  CARDUNER EXHIBIT 2

 2                  January 2007 E-mail Chain

 3                  WAS MARKED BY THE REPORTER

 4                  FOR IDENTIFICATION

 5    BY MS. FARRELL:

 6    Q.   I'd like to show you a document that's been marked as

 7         Carduner Exhibit 2.

 8    A.   Okay.  Yes.

 9    Q.   And do you recognize what's been marked as Exhibit 2?

10    A.   I don't recall this document.

11    Q.   Do you recognize what it is?

12    A.   Having now read it, I can see what it is, yes.

13    Q.   And what is it?

14    A.   An e-mail exchange.

15    Q.   Okay.  In the e-mail exchange, the topic is V227 NA

16         vehicle class?

17    A.   Um-hum (affirmatively).

18    Q.   And what do you understand that to mean?

19    A.   The classification of the vehicle.

20    Q.   For what purpose?

21    A.   I can't tell from this exactly what the purpose -- what

22         specific purpose the original questioner had in mind.

23    Q.   So the original questioner was Sik Hikmet?

24    A.   Yes.

25    Q.   And who is that?
```

Public Version - Confidential Information Redacted

```
 1   A.   You know, I recall the name, but I can't remember
 2        exactly what his role in Turkey was.  He was an employee
 3        of Otosan in Turkey.
 4   Q.   There's a name on page 23406 in the e-mail that came
 5        from Sik Hikmet, there's a Scott Van Dorn.  Who is that?
 6   A.   Scott was an employee with Ford.
 7   Q.   And do you know what his role was?
 8   A.   I believe at the time he was called an assistant chief
 9        engineer.
10   Q.   And would he have been assistant chief engineer
11        specifically for the Transit Connect program?
12   A.   I believe that was the assignment, yes.
13   Q.   Okay.  When we look at the subject line and we see V227
14        NA, do those letters and numbers have meaning?
15   A.   Yes.
16   Q.   And could you tell me what their meaning is?
17   A.   The V227 is our internal name for the Transit Connect,
18        and NA stands for North America.
19   Q.   So if we were talking about the Transit Connect in
20        Europe, we would still use the V227?
21   A.   I hesitate because I think there may have been an
22        additional number for Europe.
23   Q.   Okay.  Who's Jeff Garber?
24   A.   Jeff is an employee with the -- with Ford Motor Company,
25        working in automotive safety office.
```

Public Version - Confidential Information Redacted

1    Q.   And what is the automotive safety office?

2    A.   It's the office inside of Ford that helps with

3         understanding safety regulations.

4    Q.   Do you know who Pervez Ahmed is?

5    A.   Yes.

6    Q.   And who is that?

7    A.   First of all, Pervez worked for me at one point.  This

8         was back in the early 2000s.

9    Q.   And in what context?

10   A.   He was a program management analyst.

11   Q.   Do you know what role he is playing with respect to the

12        Transit Connect?

13   A.   You know, I simply can't remember.  I'm a little

14        surprised that his name would come up in this context,

15        so -- because he was not working for me anymore at that

16        time.

17   Q.   Do you know who Paul Vandevert is?

18   A.   Yes.

19   Q.   And who's he?

20   A.   He's an employee of Ford Motor Company.

21   Q.   And what's his role?

22   A.   I believe he works in the office of general counsel.

23   Q.   While you were working on the Transit Connect, was Paul

24        Vandevert also working on the Transit Connect program?

25   A.   Yes.

Public Version - Confidential Information Redacted

Page 49

1  Q.  Does Paul Vandevert work on the Edge program, did he
2       work on that program with you?
3  A.  I never interacted with him on the Edge, no.
4  Q.  Did you ever interact with him on the F-150 project?
5  A.  Not that I can remember, no.
6                    CARDUNER EXHIBIT 3
7                    March 2007 E-mail Chain
8                    WAS MARKED BY THE REPORTER
9                    FOR IDENTIFICATION
10  BY MS. FARRELL:
11  Q.  I'd like to show you a document that's been marked as
12       Carduner Exhibit 3.
13  A.  Okay.
14  Q.  Do you recognize Exhibit 3?
15  A.  I really don't remember this.
16  Q.  Do you recognize what it is?
17  A.  Yes.  It's an e-mail note.
18  Q.  And is it an e-mail from you?
19  A.  It appears to be, yes.
20  Q.  And this e-mail is to a Steve Emmons, is that correct?
21  A.  That's who -- that appears to be the case, yes.
22  Q.  Who is Steve Emmons?
23  A.  I've got to tell you, I don't exactly remember Steve
24       Emmons' role.
25  Q.  Do you recognize the name?

Public Version - Confidential Information Redacted

```
                                                        Page 50

 1    A.    I recall the name, yes.

 2    Q.    And how do you recall the name?

 3    A.    Just, you know, from reading it here, I can now remember

 4          the -- or recall the name.

 5    Q.    He's an employee of Ford?

 6    A.    I assume -- yeah, I think so, definitely.

 7    Q.    And you're directing -- this chart, the e-mail states,

 8          please review the chart below.

 9    A.    Um-hum (affirmatively).

10    Q.    And the first person to whom you send it is Steve

11          Emmons, correct?

12    A.    Yes.

13    Q.    So why are you asking him to review the chart below?

14    A.    You know, I don't remember the exact -- I just don't

15          remember the exact context that would have involved

16          Steve Emmons.  I understand why I would be asking Jeff

17          Garber, but I don't quite remember Steve Emmons

18          actually.

19    Q.    Is Steve Emmons an attorney?

20    A.    I don't recall.

21    Q.    Do you recall whether there was a response to this

22          question, is this chart correct, are there other

23          categories that I should be including?

24    A.    You know, I don't remember.

25    Q.    Why did you make the chart?
```

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAB Document 91-10 Filed 03/04/16 Page 308 of 488
Case 1:13-cv-00291-WAB Document 69-5 SEALED Filed 12/19/13 Page 52 of 232

Page 51

```
 1   A.   I don't remember the exact issue that was coming up at

 2        the time that -- that required putting together this --

 3        that required putting together this chart.

 4   Q.   And do you know whether or not you discussed putting

 5        together this chart with Paul Vandevert?

 6   A.   I can't recall.

 7   Q.   Who's Carrie Gilmore?

 8   A.   I have to be honest with you, I cannot quite remember

 9        who Carrie -- I mean, I remember the name.  I can't

10        quite remember who Carrie Gilmore was.

11   Q.   Okay.  Is this something that you would normally do in

12        connection with your work as -- at this time you would

13        have been -- well, it says here, it says North America

14        Commercial Trucks Business Management.  But at this time

15        you were the program manager supervisor, correct?

16   A.   Yes, that's exactly right.

17   Q.   Okay.

18   A.   Yes.

19   Q.   Is there a reason why it's not in your title here?  You

20        just didn't put it in your e-mail, or something else?

21   A.   You know, I can't quite remember.  It seems like a

22        rather pretentious title, doesn't it?  It seems to me

23        like it is, and certainly much more than -- I think at

24        this time I was starting to work with the people in

25        Turkey, and I think I wanted to make sure that they
```

Public Version - Confidential Information Redacted

```
1        recognized my role or involvement in this product, so it
2        strikes me as a bit of a pretentious title, so --
3    Q.  I didn't know whether it was a title or something else.
4    A.  No.  I probably should have written down program
5        management supervisor, so --
6    Q.  Of North America commercial trucks business management?
7    A.  Yeah, or something like that.
8    Q.  When we talk about North America trucks business
9        management, is that a unit, or a group, or something
10       else?
11   A.  I don't think there was ever an official group called
12       exactly that, so --
13   Q.  Where did this come from?
14   A.  I think it was more an expression of the work I was
15       doing.
16   Q.  So it's not an official title?
17   A.  No, no.
18   Q.  You're just trying to confuse me, aren't you?
19   A.  Maybe I was trying to confuse the people in Turkey for
20       some reason, so --
21   Q.  Okay.
22                   CARDUNER EXHIBIT 4
23                   March 2007 E-mail Chain
24                   WAS MARKED BY THE REPORTER
25                   FOR IDENTIFICATION
```

Page 53

```
 1    BY MS. FARRELL:

 2    Q.    Okay.  I'm showing you what was previously marked as

 3          Carduner Exhibit 4.

 4                    MR. TODD:  And while he's looking at that, for

 5          housekeeping, can we shoot for a lunch break around

 6          1:00?

 7                    MS. FARRELL:  Sure.

 8                    MR. TODD:  Thank you.

 9                    THE WITNESS:  Okay.

10    BY MS. FARRELL:

11    Q.    Okay.  If you could turn to the last page in this

12          document.  It's not numbered.

13    A.    Yeah, I know what you mean, this one.

14    Q.    The title of it is V227 Regulatory Vehicle

15          Classifications.

16    A.    Um-hum (affirmatively).

17    Q.    Do you recognize this document?

18    A.    I don't recall the document.

19    Q.    Do you recognize it from the e-mail?

20    A.    As something being referred to in the e-mail, yes.

21    Q.    Okay.  And was this a document that was prepared by you,

22          or someone else?

23    A.    On the basis of the way this e-mail is structured it

24          appears to me it was -- would have been put together by

25          Jeff Garber.
```

Public Version - Confidential Information Redacted

Page 54

```
 1    Q.    And did he ask for your input with respect to that
 2          particular file?
 3                    MR. TODD:  Objection.
 4                    THE WITNESS:  The note down at the bottom
 5          appears to be he's asking me to review it.
 6    BY MS. FARRELL:
 7    Q.    And do you know whether or not you reviewed it?
 8    A.    I can only assume that I did, yes.
 9    Q.    And what makes you believe that you did?
10    A.    Because I'm a conscientious employee.
11    Q.    In the middle of the page marked Bates number 23600.
12          And by Bates number I mean the little number at the
13          lower right?
14    A.    Yeah, I recognize this number down here.
15    Q.    There's an e-mail from you to Jeff Garber and Scott
16          Van Dorn, do you see that?
17    A.    Yes.
18    Q.    And what does it state?  Does it state -- in the
19          PowerPoint slide, did you mean transportation of more
20          than 10 person?
21    A.    Yes.
22    Q.    And in that e-mail to Jeff Garber and Scott Van Dorn,
23          are you referring back to the V227 Regulatory Vehicle
24          Classifications chart?
25                    MR. TODD:  Objection.
```

Public Version - Confidential Information Redacted

Page 55

```
 1                    THE WITNESS:  It appears like I am, yes.
 2     BY MS. FARRELL:
 3     Q.    When we look at that chart, for lack of a better word,
 4           the V227 Regulatory Vehicle Classifications, is that a
 5           PowerPoint slide?
 6     A.    It's hard to tell from here, but it could have been a
 7           PowerPoint slide, yes.
 8     Q.    Okay.  If you look in the bottom of the Exhibit 4, the
 9           23600, it talks about two files.
10     A.    Um-hum (affirmatively).
11     Q.    Do you know which, either number one, the regulation
12           application file, or number two, the vehicle
13           classification file -- the V227 regulatory vehicle
14           classifications chart is being referenced?  Do you know
15           which of those two?
16     A.    On the basis of the way this is written here, it's hard
17           for me to tell, this chart -- which chart was meant to
18           go with -- which of these attachments is -- I mean, I
19           guess I'm just assuming that this was in the e-mail,
20           that this was referenced as one of these two here.  So
21           it's hard to tell which one it is.
22     Q.    Okay.  And if you look at the second number in the
23           bottom e-mail.
24     A.    Um-hum (affirmatively).
25     Q.    From Jeff Garber to Scott Van Dorn and to you.
```

Public Version - Confidential Information Redacted

                                                                    Page 56

 1    A.    Um-hum (affirmatively).

 2    Q.    It states, Keith -- it's in parenthesis at the end, it

 3          says, (Keith, you should verify with VEE/Cert/CAPE that

 4          they agree with these classifications).

 5                    Do you see that?

 6    A.    Yes.

 7    Q.    What is VEE?

 8    A.    VEE, I think stood for Vehicle Environmental

 9          Engineering.

10    Q.    And what is cert?

11    A.    Cert would have been the group that was responsible for

12          emissions certification.

13    Q.    And what is CAPE?

14    A.    CAPE was, that was a powertrain group, powertrain

15          engineering group.

16    Q.    If you look above in the number 1, there's a bracket

17          that says, V227 as a pass car versus an LT.

18                    Do you know what that is referencing?

19                    MR. TODD:  Objection.

20                    THE WITNESS:  Are you asking me what LT stands

21          for, or --

22    BY MS. FARRELL:

23    Q.    The entire parenthetical, if you can tell me what that's

24          referencing.

25    A.    It's hard to tell from the context here.

Public Version - Confidential Information Redacted

1   Q.   When you see pass car, what do you understand that to

2       mean?

3   A.   The term stands for passenger car.

4   Q.   And when you see LT, what do you understand that to

5       mean?

6   A.   Well, the term LT stands for Light Truck.

7   Q.   And did you comment on the PowerPoint slide that was

8       attached?

9   A.   Just in my note here apparently, up above there.

10   Q.   And do you recall what your comment -- in response to

11       your comment, Jeff Garber states, Keith, thanks for the

12       comment.  I updated the slide to be cleaner.  See if it

13       looks okay.

14            Do you know what he did to change the slide

15       based on your comment?

16   A.   I'm afraid I don't remember.  I assume he was referring

17       to this slide, but I don't remember how the slide or how

18       this chart appeared prior to this update.  I just don't

19       remember what -- apparently there was some change that I

20       thought he needed to make to make it clear, but I don't

21       recall how it looked beforehand.

22   Q.   Okay.  When you were working on the Edge, did you have

23       to work on responding to questions about regulatory

24       classifications?

25   A.   I can't specifically -- can't specifically remember, no,

Public Version - Confidential Information Redacted

Page 58

```
1          I can't specifically remember if I had to do anything
2          like that, of this nature there.
3     Q.   Okay.
4                    CARDUNER EXHIBIT 5
5                    March 2007 E-mail Chain
6                    WAS MARKED BY THE REPORTER
7                    FOR IDENTIFICATION
8     BY MS. FARRELL:
9     Q.   I'd like to show you what's previously been marked as
10         Carduner Exhibit 5.
11    A.   Okay.
12    Q.   Okay.  If I could direct your attention to a page that's
13         Bates stamped 23421 in Exhibit 5.
14    A.   Um-hum (affirmatively).
15    Q.   And there is an e-mail on that page from Brian Mansfield
16         to Berard Somerville, Keith Carduner, Anne Swendsen and
17         Alison Hardwick.
18    A.   Um-hum (affirmatively).
19    Q.   Do you know who Brian Mansfield is?
20    A.   Yes.
21    Q.   And who is he?
22    A.   Brian Mansfield is a Ford employee who was in Turkey at
23         this time.
24    Q.   And what was his role?
25    A.   He was called the assistant chief engineer.
```

Public Version - Confidential Information Redacted

Page 59

1   Q.   And he sends this e-mail to Berard Somerville.  Do you
2        know who he is?
3   A.   Yes.
4   Q.   And who is he?
5   A.   Berard Somerville, I never met him directly, he is
6        someone who's in vehicle planning based in Europe.
7   Q.   And Anne Swendsen, who is she?
8   A.   She was a Ford employee.
9   Q.   And she's no longer employed?
10  A.   No, no.
11  Q.   And what was her role?
12  A.   Finance.
13  Q.   And with respect to the Transit Connect?
14  A.   Yes.
15  Q.   What specifically was she doing in connection with
16       finance?
17  A.   There's always a finance supervisor for any given
18       program, and she was the finance supervisor.
19  Q.   And what do finance supervisors do?
20  A.   They have to maintain a picture of the financial status
21       of the vehicle, of the vehicle program.
22  Q.   Who is Alison Hardwick?
23  A.   I believe Alison was in marketing.
24  Q.   The statement in the e-mail from Brian Mansfield states
25       that the NA program will be double-cab-in-van model

Public Version - Confidential Information Redacted

Page 60

```
 1        only.
 2              Do you understand what that means?
 3   A.   You know, there was a rather complex terminology on
 4        these vehicles that came from the vehicles in Europe,
 5        and I cannot quite exactly remember that -- I think I
 6        knew it well at that time, but I don't quite remember
 7        the -- how that all went together.
 8   Q.   The next statement that's made is, There will not be any
 9        kombis.
10              What does that mean?
11   A.   You know, again, I can't quite remember the term.  This
12        is another European term for the style, the type of
13        vehicle, and I just -- I can't quite remember what they
14        referred to by kombi.
15   Q.   And he states, Only vans are subject to the chicken tax.
16        Do you know what that means?
17   A.   At the time I understood it well, but --
18   Q.   Do you understand it now?
19   A.   I don't remember all the details of that tax and how
20        that worked.
21   Q.   Generally what is your understanding?
22              MR. TODD:  Objection.
23              THE WITNESS:  I seem to recall it had
24        something to do with the importation of chickens or
25        something like that, so --
```

Page 61

1    BY MS. FARRELL:

2    Q.    And when you see the words chicken tax --

3    A.    Yes.

4    Q.    -- how do you understand that phrase to affect the

5          Transit Connect program?

6    A.    I know that it impacts the Transit Connect because I

7          recall that it had to do with the way the vehicle was

8          configured for importation.

9    Q.    And what do you recall about the configuration for

10         importation?

11   A.    Well, when you say what do I recall, I don't quite

12         understand the question.

13   Q.    I'm just following up on your statement.  You said it

14         was something about the configuration for how it was

15         configured for importation?

16   A.    Yeah.  I'm just trying to -- just my general

17         understanding of that term chicken tax, so --

18   Q.    And what do you mean when you say to me configure for

19         importation, what does that mean to you?  That's what

20         I'm trying to get at.

21   A.    I think, you know, the -- just how the -- just the, you

22         know, just the style of the vehicle basically.

23   Q.    And what style do you recall it was configured as?

24   A.    The vehicle when it was imported?

25   Q.    Yes.

Public Version - Confidential Information Redacted

1   A.   I guess -- I mean, is there a way you can ask me the

2          question more precisely?  I don't quite --

3   Q.   Just what do you recall about the configuration of the

4          vehicle as imported?  If you recall nothing, then you

5          recall nothing.

6                MR. TODD:  Objection.

7                THE WITNESS:  Well, I just think we should --

8          I just wish you had asked me the question just more

9          precisely basically, that's all.

10  BY MS. FARRELL:

11  Q.   What configuration did the vehicle come in as imported?

12               MR. TODD:  Objection.

13               THE WITNESS:  Well, the vehicle had two doors.

14  BY MS. FARRELL:

15  Q.   Just two doors?

16  A.   Well, it had two doors.  It had -- let me see, sometimes

17         we had a sliding -- we would have a sliding or, you know

18         -- let's see, what did we have in the back?  There would

19         be a sliding door, and then the back doors were barn

20         doors.

21  Q.   And when you say barn doors, what do you mean by that?

22  A.   It means they open like this (indicating).

23  Q.   And you just made a -- you're showing with your hands?

24  A.   Yes.

25  Q.   So could you describe --

Public Version - Confidential Information Redacted

1    A.    They open like the doors of a barn.

2    Q.    And you started with your hands in the middle of your

3          chest and you moved them both out.

4    A.    Yes.

5    Q.    At the same time outwardly.

6    A.    Yes.  Because you could grab the handle and you would

7          pull the door open like that (indicating).

8    Q.    So you're grabbing one door, the left door, and you're

9          pulling it open with your left hand?

10    A.    Yes.

11    Q.    So you're pulling it away from the vehicle to open it?

12    A.    Exactly.

13    Q.    And you also could have a right door --

14    A.    Yes.

15    Q.    -- that you would pull with your right hand away from

16          the vehicle?

17    A.    Yes.

18    Q.    And would they open out straight from the vehicle, at

19          like a straight line, or would they be at a 90-degree

20          angle?

21    A.    They would be at a 90-degree angle.

22    Q.    Okay.  If you could focus your attention on Exhibit 5 at

23          Bates number 23421.

24    A.    Yes.

25    Q.    There is, in the middle of the e-mail from Brian

Public Version - Confidential Information Redacted

1       Mansfield, a request to Anne and Keith.  And that Keith

2       is you, correct?

3   A.  Yes, it appears to be the case.

4   Q.  Is there any reason why it wouldn't be you?

5   A.  No.  Because I mean -- because the note is addressed to

6       me.

7   Q.  Okay.  So when we see Keith Carduner as the addressee

8       to, and Mr. Mansfield's asking Anne and Keith --

9   A.  Yes.

10  Q.  He's referring to you?

11  A.  Yes.

12  Q.  It says, Will you please help to answer the questions

13      below, if know, or advise who can answer these

14      questions.  What is U.S. import duty for vans from

15      Turkey.  Behind that there's a statement for the NA

16      V227 - import tax will be 2.5 percent because the import

17      will have a second row seat and second row glass,

18      otherwise cargo vehicles carry the chicken tax 25

19      percent.

20              Do you see that statement?

21  A.  I do.

22  Q.  Do you know who wrote that statement?

23  A.  I do not.

24  Q.  It was not you?

25  A.  I can't recall if I answered this statement, or if Anne

Public Version - Confidential Information Redacted

1      answered it, or if somebody else did.

2   Q.  If you can look at the e-mail that runs from Bates page

3      23420 over to 23421.  That's an e-mail from you, is that

4      correct?

5   A.  Yes.  No.  Yes, it is.

6   Q.  And it's an e-mail from you to Brian Mansfield, Berard

7      Somerville, Anne Swendsen, Alison Hardwick, is that

8      correct?

9   A.  Yes, yes.

10  Q.  Does this help refresh your memory, I am not sure if you

11      know the answer to those questions, does that suggest

12      that you're not sure of the answers?

13  A.  It's -- yes, that appears to be the case.

14  Q.  You follow up with, Is this something I should forward

15      to Paul Vandevert for help?

16  A.  Yes.

17  Q.  And did you forward it to Paul Vandevert for help?

18  A.  You know, I don't remember.  But I can understand why I

19      would have forwarded it to him, so --

20  Q.  And why is that?

21  A.  Because these are not the kinds of questions that I

22      would have known how to answer, so --

23  Q.  It's not typical in your work as a program manager

24      supervisor?

25  A.  What's more typical in my work is knowing who to go to,

Public Version - Confidential Information Redacted

Page 66

1          who's the expert in the company that I need to go to for

2          something.

3     Q.   Okay.  And the expert in the company with respect to the

4          chicken tax issues, would that be Paul Vandevert?

5     A.   That's who I would have recognized as the expert, yes.

6                     CARDUNER EXHIBIT 6

7                     April 2007 E-mail Chain

8                     WAS MARKED BY THE REPORTER

9                     FOR IDENTIFICATION

10    BY MS. FARRELL:

11    Q.   I'd like to show you a document that's been marked as

12         Carduner Exhibit 6.

13    A.   Okay.  Got it.

14    Q.   Okay.  Who is Cristi Brown?

15    A.   I'm sorry, where is that?

16    Q.   There's an e-mail on the first page of Exhibit 6, Bates

17         23690, and there's an e-mail from you, it's the second

18         one down, from you to Craig Hall, and Cristi Brown?

19                     MR. TODD:  I'm not sure we're looking at the

20         same document.

21                     MS. FARRELL:  You're right.  Excuse me.

22         Pardon me.

23                     THE WITNESS:  I guess that one will come up

24         next.

25                     MR. TODD:  That's the deposition's way of

Public Version - Confidential Information Redacted

Page 67

1              saying it's time for a lunch break.

2                      MS. FARRELL:  Okay.  Sorry about that.

3      BY MS. FARRELL:

4      Q.   There's an e-mail on the second page, 23606.

5      A.   Um-hum (affirmatively).

6      Q.   From Tekin Sayan, or Sayan Tekin, I'm not sure, because

7           there's no comma.

8      A.   Yeah.

9      Q.   Talking about truck or car.  And he says, Keith, We are

10          reviewing label requirements, we have some questions.

11                  Do you know what labels are required for a

12          vehicle?

13                  MR. TODD:  Objection.

14                  THE WITNESS:  I'm not an expert on it, but

15          I've learned over time different labels that are on the

16          vehicles.

17     BY MS. FARRELL:

18     Q.   And Mr. Sayan asks you, 1, Are we (legally) planning to

19          sell V227 as car or truck?

20     A.   Um-hum (affirmatively).

21     Q.   See PowerPoint slide.

22     A.   Okay.

23     Q.   It would be different from each group of regulations.

24          Is the see PowerPoint slide, will be different for each

25          group of regulations, is that something from you, is

Public Version - Confidential Information Redacted

1          that a response from you?

2                    MR. TODD:  Objection.

3                    THE WITNESS:  The way this note looks is it

4          appears to be a response from me, yes.

5     BY MS. FARRELL:

6     Q.   Okay.  If we could turn back to page 23605.  There's an

7          e-mail from you --

8     A.   Yes.

9     Q.   -- to Tekin Sayan --

10    A.   Yes.

11    Q.   -- that states, See my comments below, and the

12         PowerPoint file attached, is that correct?

13    A.   Yes.

14    Q.   And so when we say see my comments below, is it fair to

15         say that the comments that are included in the first

16         e-mail at the bottom of page 23606, are your comments?

17    A.   That is how this appears, yes.

18    Q.   Okay.  And question number two states, are we going to

19         offer two-row as standard.  And it says, this is

20         important for illustrations on the labels.  And your

21         answer was yes, second row is standard, is that correct?

22    A.   Yes.

23    Q.   And do you understand the importance of that for the

24         labels?

25    A.   You know, I'm not quite sure exactly what label he was

Public Version - Confidential Information Redacted

1          referring to, but I can see that it would be important,

2          yes.

3     Q.   He talks about this is important for illustrations on

4          the labels.

5               Do you know what labels have illustrations?

6     A.   I think -- I do not think that there's any regulatory

7          labels that have illustrations.  I can only speculate,

8          but he may have been referring to a label that showed,

9          you know, some label -- it's hard for me to say what

10         label he was talking about actually.

11    Q.   And then he asks, Are there any plans to sell V227 as

12         incomplete vehicle?

13    A.   Yes.

14    Q.   And your response is, What do you mean by incomplete,

15         please clarify, is that correct?

16    A.   Yes.

17    Q.   Did that get clarified, what it meant by incomplete

18         vehicle?

19    A.   I think -- I'm not sure if he actually ever wrote back

20         to me on that.  There was some confusion about that term

21         incomplete, so -- I don't see any completion of that

22         discussion here.

23    Q.   Okay.  If you turn back to page 23605 in Exhibit 6.

24    A.   Yes.

25    Q.   At the top.

Public Version - Confidential Information Redacted

Page 70

1    A.    Um-hum (affirmatively).

2    Q.    There's an e-mail from you --

3    A.    Yes.

4    Q.    -- to Tekin Sayan --

5    A.    Um-hum (affirmatively).

6    Q.    -- that states, Okay, incomplete vehicle usually means

7          something like we do with E-series where we sell some

8          units as a cutaway.  This is a vehicle with only a cab

9          that then goes into an aftermarket upfitter who adds a

10         cargo box.

11               Does that help clarify the meaning of

12         incomplete?

13   A.    Oh, that is definitely the meaning of the term

14         incomplete, yes.

15   Q.    Okay.  If you look down to the next e-mail, again, from

16         Tekin Sayan to you and some other folks?

17   A.    Um-hum (affirmatively).

18   Q.    The first thing he states to you is, I understand that

19         this vehicle will be sold as truck.

20   A.    Um-hum (affirmatively).

21   Q.    The only area where a passenger vehicle is stated is

22         customs import.

23   A.    Um-hum (affirmatively).

24   Q.    Is that correct?

25   A.    Yes, that's what it says.

Public Version - Confidential Information Redacted

1   Q.   And did you respond to his understanding and his

2        statement in the e-mail above?

3   A.   I don't appear to have, no.

4   Q.   Since there's no high voltage powerpoint in current or

5        planned V227, what is a high voltage powerpoint?

6   A.   That would have been, the way it's termed is something

7        that would have been offering 110 volts, compared to the

8        usually 12-volt powerpoints in vehicles.

9   Q.   And number four, it says 110 or 220 volt plug is not an

10       available option, so I take it as a no.

11            What do you understand that to mean?

12  A.   I take that to mean that apparently in the European

13       vehicles there was no option to offer those voltages, so

14       we wouldn't have it in the North America version.

15  Q.   And is that what came to pass, is that neither 110 or

16       220 was available?

17  A.   That's correct.

18  Q.   Is it typical to have a 110 or a 220 in a vehicle?

19  A.   It's become actually more common.

20  Q.   I mean, does the Edge have some type of a powerpoint

21       like that?

22  A.   You know, I cannot recall actually.  I left the Edge

23       program a couple of years ago and I just don't remember

24       what the eventual outcome of that was.

25  Q.   Okay.

Public Version - Confidential Information Redacted

```
                                                    Page 72
 1    A.    With vehicles, a lot of people using computers now in

 2          vehicles, there's actually more of that kind of thing,

 3          so --

 4                    MS. FARRELL:  So I think it's probably a good

 5          time for our break.  A little over, past 1:00, but it's

 6          close to 1:00.

 7                    (A lunch recess was taken)

 8                    CARDUNER EXHIBIT 7

 9                    August 2007 E-mail Chain

10                    WAS MARKED BY THE REPORTER

11                    FOR IDENTIFICATION

12    BY MS. FARRELL:

13    Q.    I'm showing you a document that has previously been

14          marked as Carduner Exhibit 7.

15    A.    Okay.

16    Q.    Okay.  Do you recognize what's been marked as Carduner

17          Exhibit 7?

18    A.    I don't remember it, but I obviously was involved with

19          this.

20    Q.    Okay.  And when you say you were involved with this,

21          does this refresh your memory that there was a meeting

22          on Thursday, August 30th, 2007, concerning the V227N

23          features modification strategy?

24                    MR. TODD:  Objection.

25                    THE WITNESS:  No, I don't specifically
```

Public Version - Confidential Information Redacted

```
 1          remember that meeting.  Just from seeing here I can see

 2          that it appears to have taken place.

 3    BY MS. FARRELL:

 4    Q.    Is there any reason to believe that it didn't take

 5          place?

 6    A.    No, none at all, no.  I'm sure it did.

 7    Q.    And on this e-mail above, from Craig Hall to you, it's

 8          on the first page, 23690.

 9    A.    Yes.

10    Q.    And it's the bottom portion of the page, there's an

11          e-mail from Craig Hall to you and Cristi Brown.

12                Who is Cristi Brown?

13    A.    I believe Cristi Brown was in marketing.

14    Q.    Do you know what her role was in marketing?

15    A.    I can't remember actually.

16    Q.    When we look at that e-mail from Craig Hall, the subject

17          line is V227N Feature/Modification Strategy Recap?

18    A.    Right.

19    Q.    Feature/Modification strategy.  What do you understand

20          that to be?

21    A.    So feature would refer to the options available on the

22          vehicle, and modification would refer to something that

23          occurred -- something that occurred after the vehicle

24          was built.

25    Q.    Do you remember what the modification with respect to
```

Public Version - Confidential Information Redacted

Page 74

1          the Transit Connect was?

2     A.   Based upon what's being described here?

3     Q.   Yes.

4     A.   Yeah.  In reading through this, what they're talking

5          about is features that would be made available in the

6          vehicle by what are called upfitters.

7     Q.   And what's an upfitter?

8     A.   An upfitter would be somebody who was -- wouldn't be the

9          final customer, someone who has purchased the vehicle so

10         that it's no longer -- it's been purchased from Ford,

11         it's no longer in Ford's control, and what they're

12         talking about here is adding systems of racks and bins

13         in the back of the vehicle for holding parts and, you

14         know, parts and tools and all kinds of -- all kinds of

15         things like that.

16    Q.   Is there any other type of modification that they're

17         talking about here, or just the upfitter modification?

18    A.   Not that I can see.  It just looks like an upfitter

19         modification.

20    Q.   When you see -- where it talks about potential solution

21         on the second page, 23691, there's a header called

22         Potential Solution?

23    A.   Um-hum (affirmatively).

24    Q.   At the fourth bullet down -- actually third bullet down,

25         it states, Units will be shipped as passenger -- PSSGE,

Public Version - Confidential Information Redacted

1       is that passenger?

2    A.   Yes.

3    Q.   Wagon configuration only to Baltimore port and through

4         customs, correct?

5    A.   Yes.

6    Q.   And then the next bullet states, Requested units can

7         then be tagged with ship through for upfitter

8         modification.

9             Do you see that?

10   A.   Yes.

11   Q.   And then in parenthesis there is (i.e. cargo conversion

12        package, racks and bins, ladder rack, and then, no mod

13        center).

14            What do you understand cargo conversion

15        package to be?

16   A.   A cargo conversion package, as I'm understanding it

17        here, would be a situation where the second row seat has

18        been removed in order to create more space for putting

19        in those racks and bins.

20   Q.   And then there's a ladder rack.  Is that on the outside

21        of the vehicle?

22   A.   Yes, yes.

23   Q.   And then it says no mod center.  What does that mean?

24   A.   You know what, I cannot remember what that means.  I'm

25        not quite sure actually.

Public Version - Confidential Information Redacted

```
 1    Q.   And above that section there's a section called Other

 2         Issues?

 3    A.   Um-hum (affirmatively).

 4    Q.   And the second bullet states, Consumer marketing to

 5         study pricing strategy.

 6    A.   Yes.

 7    Q.   Is that something that Cristi Brown was assigned to?

 8    A.   I'm beginning to think that Cristi Brown actually worked

 9         for Craig Hall, I think that's who that person was, but

10         I don't think that she was a pricer.

11    Q.   And Craig Hall, what was his job?

12    A.   He was a marketing supervisor.

13    Q.   And we were looking at that second bullet under Other

14         Issues.

15    A.   Um-hum (affirmatively).

16    Q.   It says, to study pricing strategy (i.e., price cargo

17         vans less than PSSGR) -- passenger wagon?

18    A.   Um-hum (affirmatively).

19    Q.   Do you know whether or not they priced cargo vans less

20         than passenger wagons?

21    A.   In the end, I don't recall how that worked out in the

22         end, how the pricing strategy went.

23    Q.   And then the last part of that bullet states, and to

24         study cargo van label process from upfitter.

25    A.   Um-hum (affirmatively).
```

Public Version - Confidential Information Redacted

Page 77

1    Q.   Do you know what that is referring to?

2    A.   Not exactly.  But I do know that when an upfitter does

3         put in racks and bins or put in other kinds of

4         equipment, they sometimes have to change the labels that

5         are on the vehicles, depending upon the -- depending

6         upon the situation.

7    Q.   Do you know what labels an upfitter might have to

8         change?

9    A.   Yes.  The upfitter may have to change the TREAD Act

10        label sometimes.

11   Q.   And why is that?

12   A.   Because the TREAD Act label reflects the weight of the

13        vehicle and the upfitter could change the weight of the

14        vehicle.

15   Q.   So the weight of the racks --

16   A.   Yes.

17   Q.   -- and bins that are being placed?

18   A.   Yes, yes.

19                  CARDUNER EXHIBIT 8

20                  August 2007 E-mail Chain

21                  WAS MARKED BY THE REPORTER

22                  FOR IDENTIFICATION

23   BY MS. FARRELL:

24   Q.   I'd like to show you a document that's previously been

25        marked as Carduner Exhibit 8.

Public Version - Confidential Information Redacted

Page 78

1    A.    Okay.

2    Q.    You see that there's an e-mail at the bottom portion of

3          Exhibit 8 from Craig Hall?

4    A.    Yes.

5    Q.    In that e-mail he talks about an action request, optimal

6          shipping port of entry plan.

7                 Do you know what that was, what that process

8          was?

9    A.    This would refer to -- this would refer to a situation

10         of finding which ports around the country -- ports

11         around the country balanced against where they expected

12         their major markets to be, and then so choosing the

13         correct port to come into that have the shortest

14         shipping distance to where they expected major markets

15         to be.

16   Q.    And do you know what ports they finally determined?

17   A.    Yes.  The Port of Baltimore and the Port of Hueneme in

18         California.

19   Q.    And why did they pick Baltimore?

20   A.    I think it had to do with a market, a market analysis of

21         where they expected the Transit Connect to be sold.

22         There may also have been a question about the size of

23         the -- you know, the size of the ship that was being

24         used and -- that kind of thing.

25   Q.    Do you remember anything else on why Baltimore was

Public Version - Confidential Information Redacted

1       selected?

2   A.  No, I don't actually.

3   Q.  You stated that there was a marketing analysis about

4       where the Transit would be used?

5   A.  Yes.

6   Q.  And do you remember what type of analysis that was?  Was

7       it a PowerPoint, was it an Excel file?

8   A.  When I say analysis, I mean somebody actually doing the

9       math essentially, you know.

10  Q.  And would that have been memorialized in writing?

11  A.  Most likely.  I wasn't really involved with that kind of

12      stuff.  That's all marketing that takes care of that

13      kind of thing.

14  Q.  Below the action request, third bullet down, it says

15      confirm with team by 10-1-07 that VP will develop and

16      provide features to V227N program identified and order

17      guide under VP provide section.

18              What is VP?

19  A.  VP, I believe here stands for Vehicle Personalization.

20  Q.  And it's referencing an order guide.

21  A.  Um-hum (affirmatively).

22  Q.  Do you know what that is?

23  A.  Yeah.

24  Q.  What is it?

25  A.  That would have been the publicly available description

Public Version - Confidential Information Redacted

```
 1        of what the features and options are on the vehicle that
 2        the dealer would use or the customer would use to order
 3        the vehicle.
 4   Q.   And is that -- would that be a document that might be
 5        available to a customer online?
 6   A.   Yes.
 7   Q.   And how does that guide work if it were online?  Would
 8        you click boxes and select features, or something else?
 9   A.   Yeah.  You can see them now in the Ford website.  Maybe
10        back in 2000 -- at this time, maybe it wasn't quite as
11        developed as it is now, but the customer could look at
12        the vehicle or -- it could be on web or it could also be
13        on paper, or the dealer could use it when talking with a
14        customer to choose the vehicle that they want to buy.
15        There's an owner guide for every vehicle, every vehicle
16        line.
17   Q.   If you look at the Key Points section of this document,
18        which is on 23692.
19   A.   Yes.
20   Q.   There's a bold face that's fourth bullet down.
21   A.   Um-hum (affirmatively).
22   Q.   It says, Window Sticker: Should state 2010 model year
23        Transit Connect only with little description of vehicle
24        physicals - assist in wagon-to-bus conversion.
25             Do you know what that means?
```

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAB   Document 91-10   Filed 03/04/16   Page 338 of 488
Case 1:13-cv-00291-MAB   Document 69-5 SEALED   Filed 12/19/19   Page 82 of 232

Page 81

| 1 | A. | You know what, I don't remember anymore exactly.  The |
| 2 | | wording there is confusing.  Because I'm not sure what |
| 3 | | window sticker they're referring to. |
| 4 | Q. | What window stickers exist for vehicles? |
| 5 | A. | There's something called the Monroney label, and there |
| 6 | | could be another sticker that they were referring to. |
| 7 | Q. | You're not sure whether this was the -- |
| 8 | A. | It's not clear here, no. |
| 9 | Q. | But do you know of a specific name for another window |
| 10 | | sticker? |
| 11 | A. | Not right off.  I'm wondering if there could be -- there |
| 12 | | could have been an informal sticker of some kind, but I |
| 13 | | can't -- |
| 14 | Q. | Well, with respect to formal labels or stickers, you |
| 15 | | know there's a Monroney, correct? |
| 16 | A. | Yes. |
| 17 | Q. | And are you aware of any other window label, formal |
| 18 | | window label? |
| 19 | A. | Yes.  Sometimes there's a label put on that represents a |
| 20 | | -- that the plant will put on having to do with the |
| 21 | | plant where it was manufactured. |
| 22 | Q. | Do you know if Kocaeli put plant labels on? |
| 23 | A. | I can't remember, but I've seen them from other Ford |
| 24 | | plants. |
| 25 | Q. | And what do those labels look like? |

Public Version - Confidential Information Redacted

1   A.   It could be a small label that talks about this is the
2        plant it came from and maybe represents, says something
3        about the Ford and the union, that kind of a thing,
4        so --
5   Q.   You've held your fingers out, and it looks like maybe an
6        inch and a half in length?
7   A.   Yes.  It would be a small sticker, yes.
8   Q.   And would it be a translucent sticker, or something
9        else?
10  A.   You know, I'm just thinking about the ones I've seen.  I
11       don't recall a Transit Connect one, so --
12  Q.   And the ones that you did see, where did you see them
13       placed on the vehicle?
14  A.   Maybe on the front glass, on the -- on the front light.
15  Q.   On the front glass?
16  A.   Yeah, on the windshield.
17  Q.   On the windshield?
18  A.   Yes.
19  Q.   And where on the windshield?
20  A.   Maybe the lower right-hand corner.
21  Q.   So it wouldn't have been an obstruction to a driver?
22  A.   No, definitely not, yes.
23  Q.   Okay.  Do you know who Ken Merony is?
24  A.   Yes.
25  Q.   Who is he?

```
1    A.   Ken Merony is the Ford employee who works for Ford
2         customer service division.
3    Q.   And do you know what his role was in the Transit
4         Connect?
5    A.   Yes.
6    Q.   And what was it?
7    A.   He was responsible for making sure the owner's manual
8         was written.
9    Q.   Would he have drafted it?
10   A.   No, no.
11   Q.   Do you know who would have drafted the owner's manual?
12   A.   Yes.  Ford uses an outside company to draft owner's
13        manuals.
14   Q.   And who's the outside company?
15   A.   Their name is Tweddle.
16   Q.   T-W-I --
17   A.   I think it's T-W-E-D-D-L-E.  Something like that.  Or
18        D-E-L or something.
19   Q.   Okay.  Do you know who Richard Anderson is?
20   A.   Yes.
21   Q.   And he is?
22   A.   He's a Ford employee, he may be retired now.
23   Q.   And his role in the Transit Connect?
24   A.   I recall he worked for vehicle personalization.
25   Q.   Would he have been charged with working on the order
```

Public Version - Confidential Information Redacted

1           guide with respect to vehicle personalization?

2    A.    I don't think so, no.

3    Q.    Do you know who Andrew Georgescu is?

4    A.    I remember the name, but I tell you, I cannot remember

5           exactly what his role was.

6    Q.    And who is Art Gomez-Mesquita?

7    A.    Art was Craig Hall's boss.

8    Q.    Do you know who Jim Michon is?

9    A.    Yes.  Jim Michon may be retired now.  He was in

10          marketing.

11   Q.    And Douglas Scott?

12   A.    Douglas Scott is in marketing.

13   Q.    At the top of this page, Bates number 23692 in

14          Exhibit 8, there's an e-mail from you to Craig Hall --

15   A.    Yes.

16   Q.    -- and Brian Mansfield.  You discussed the summary and

17          you discussed reviewing a draft order guide included.

18                  Was that typical for you to review order

19          guides?

20   A.    Yes.

21   Q.    And did you have comments on the order guide?

22   A.    It appears that I did, yes.

23   Q.    The first comment, there's a number one, it says, under

24          Key Interior Features, dual sliding doors have privacy

25          glass.

Public Version - Confidential Information Redacted

```
 1                  What is privacy glass?

 2   A.   Privacy glass would have been a glass that was slightly

 3        darkened.

 4   Q.   And how is it slightly darkened?

 5   A.   I'm not sure of the manufacturing process, so --

 6   Q.   When you say slightly darkened, would it have been the

 7        type of glass that one could see into the vehicle?

 8   A.   Yes.  It's actually illegal to have glass that's

 9        completely -- for the manufacturer to put glass on

10        that's completely -- you know, such -- somebody can do

11        that after they get the vehicle, but privacy glass just

12        means it's been darkened a bit, but you can certainly

13        still see into the vehicle.

14   Q.   Why do they call it privacy glass if you can still see

15        into the vehicle?

16   A.   You know, I'm not quite sure of the reason why, but it's

17        not -- you know, I think if you step back away, maybe

18        it's a little bit harder to see, but it's just slightly

19        darker compared to a normal kind of glass.  For example,

20        you can't use privacy glass on the windshield, so --

21                  CARDUNER EXHIBIT 9

22                  August 2007 E-mail Chain

23                  WAS MARKED BY THE REPORTER

24                  FOR IDENTIFICATION

25
```

Public Version - Confidential Information Redacted

Page 86

1   BY MS. FARRELL:

2   Q.   I'd like to show you a document that's previously been

3        marked as Carduner Exhibit 9.

4   A.   Okay.

5   Q.   And in this e-mail, it's a follow-up to the earlier

6        e-mail, do you see that?

7   A.   Yes.

8   Q.   And there's a Transit Connect revised guide, is that

9        correct?

10  A.   Yes.

11  Q.   Do you know whether the guide underwent additional

12       changes?

13  A.   I think that this is the order guide here, and I believe

14       that -- I recall that we went back and forth on it a

15       number of times.  I was trying to help them get it

16       correct.

17  Q.   If you could turn to the back of the document, there's

18       no Bates number on it, do you recognize, it looks like a

19       grid work and it's in color.

20            Do you recognize it?

21  A.   Yes, I recognize this.

22  Q.   And what is it?

23  A.   This is the order guide.

24  Q.   And if we look up at the top?

25  A.   Yes.

Public Version - Confidential Information Redacted

1    Q.    There's like a blue band up there?

2    A.    Yes.

3    Q.    There's a statement that says US XL?

4    A.    Yes.

5    Q.    Do you see that?

6    A.    Um-hum (affirmatively).

7    Q.    And the body style.  Were all the body styles LWB?

8    A.    Yes.

9    Q.    And what is LWB?

10   A.    Long wheelbase.

11   Q.    If you look across the blue, in the middle of the boxes,

12         there's a column, it's a large column, it's got four

13         pieces to it, it says approved, 7-12, PTC milestone?

14   A.    Yes.

15   Q.    Is this one of the milestones that you were talking

16         about earlier?

17   A.    Yes.

18   Q.    Now, it says approved.  Is this how you would have found

19         out that a milestone had been approved, through

20         something like this, or would there have been a

21         different type of document to advise you of approval?

22   A.    This would not have been an official approval document.

23         This would not have been how I found out that a

24         milestone was approved.

25   Q.    Why would they include this in the guide, that it had

Public Version - Confidential Information Redacted

Page 88

```
1        been approved?
2   A.   Okay.  This isn't the order guide as it would appear
3        going to a customer.  This is a version of the order
4        guide that we would use internally.
5   Q.   If you can look in the Key Interior Features, which is
6        one, two --
7   A.   Yeah, I see it.
8   Q.   -- the fifth one down.
9   A.   Um-hum (affirmatively).
10  Q.   There's an entry there that states, second row two
11       passenger forward folding seats?
12  A.   Yes.
13  Q.   And then a 60 after it?
14  A.   Um-hum (affirmatively).
15  Q.   What does that mean?
16  A.   What that means is that the seat, when it folded, the
17       seat would have three different positions for somebody
18       to sit, but when it's folded two of those positions
19       would fold independent from the other one folding.  It's
20       referred to as a 60/40 seat, so that you could fold one
21       piece or you could fold the smaller piece.  Many
22       vehicles have that kind of situation.
23  Q.   If you look down, there is another -- there's a gray
24       area.
25  A.   Yes.
```

Public Version - Confidential Information Redacted

1    Q.    One step away.

2    A.    Yes.

3    Q.    You see three passenger second row seating, 60/40.  Is

4         that the same thing as second row two-passenger?

5    A.    You know, now that you point this out to me, what I just

6         described is the three-passenger -- three-passenger

7         second row seating.  No.  It seems to be different.

8         Because the three passenger second-row seating is an

9         option, and the standard was second-row two passenger

10        forward folding seats.  I can't quite remember -- I

11        can't quite remember now why both of those are written

12        there.

13   Q.    But you see that the two-passenger says 60 and the three

14        passenger says 60/40, correct?

15   A.    Yes.

16   Q.    And that 60/40, does that sound like what you were

17        describing just --

18   A.    That's what I was describing, yes.  Now I'm not sure

19        what the first one is now.  Yeah.

20   Q.    With respect to the order guide, when we look at this

21        version it indicates that the two-passenger forward

22        folding seats are standard, and that the three-passenger

23        60/40 is optional?

24   A.    Yes.

25   Q.    Is there any ability to purchase without a second row of

Public Version - Confidential Information Redacted

```
                                                    Page 90
 1        seats?
 2   A.   Yes.  But I don't see that here though.  I don't see
 3        that opportunity -- I don't see that option here.
 4                   CARDUNER EXHIBIT 11
 5                   February 2008 E-mail Chain
 6                   WAS MARKED BY THE REPORTER
 7                   FOR IDENTIFICATION
 8   BY MS. FARRELL:
 9   Q.   I'd like to show you a document that's previously been
10        marked as Carduner Exhibit Number 11.
11   A.   Okay.
12   Q.   Do you recognize Exhibit 11?
13   A.   I don't recall it directly, but I recognize my name on
14        it.
15   Q.   In the middle of the exhibit there's an e-mail from you
16        to Brian Mansfield.
17   A.   Um-hum (affirmatively).
18   Q.   Do you see that?
19   A.   Yes.
20   Q.   And you had indicated, the subject line is V227N Labels
21        to Be Printed in Plant and Manufacturing Requirements?
22   A.   Right.
23   Q.   And the e-mail states, Some thoughts.  For labels that
24        might change due to cargo van conversion (like the TREAD
25        Act) perhaps we should put on the correct label in
```

Public Version - Confidential Information Redacted

```
 1          Kocaeli corresponding to how the vehicle is configured
 2          as it leaves the plant.  Then a new label can be pasted
 3          over the original one at the point of conversion.  This
 4          way, in case the vehicle ends up not being converted for
 5          some reason it still has the correct labels.  And then
 6          you ask, Thoughts?
 7                    You talk about the TREAD Act.  Can you tell me
 8          what that label refers to?
 9    A.    Yes.  The TREAD Act label specifies the amount, among
10          other things, specifies the amount of available cargo,
11          or weight of additional cargo or people or what-have-you
12          that can be put into the vehicle.
13    Q.    And does the TREAD Act label do anything else?  Does it
14          provide any other information?
15    A.    I think it provides tire pressure requirements.
16    Q.    Are there any other labels that you're aware of that
17          would change as a result of the conversion process other
18          than the TREAD?
19    A.    No.
20    Q.    You're not aware of any that would change?
21    A.    I'm not aware of any.
22                    CARDUNER EXHIBIT 12
23                    February 2008 E-mail Chain
24                    WAS MARKED BY THE REPORTER
25                    FOR IDENTIFICATION
```

Public Version - Confidential Information Redacted

```
                                                           Page 92
 1    BY MS. FARRELL:

 2    Q.   I'd like to show you what's been marked as Carduner

 3         Exhibit Number 12.

 4    A.   Okay.

 5    Q.   If you could turn to the second page of this exhibit.

 6    A.   956?

 7    Q.   I'm sorry, third page.  Excuse me.  The Bates number is

 8         23957.

 9    A.   Yes.

10    Q.   There's an e-mail from Craig Hall to a number of people,

11         including you, correct?

12    A.   Yes.

13    Q.   And there's a Steven Betz there.  Do you know who Steven

14         Betz is?

15    A.   No.

16    Q.   And Linda Jakubowski?

17    A.   Yes.

18    Q.   Who's Linda Jakubowski?

19    A.   Linda was -- or may still be involved with the details

20         of how the Ford ordering logistic system worked.

21    Q.   If you look at the e-mail from Craig Hall on that page,

22         23957, there are five points he has there.

23    A.   Yes.

24    Q.   Do you see that?

25    A.   Yes.
```

Public Version - Confidential Information Redacted

1    Q.    And point number four states, Monroney label now applied

2          at Kocaeli (indicates dealer DP and cargo van conversion

3          items to be added at MOD center).

4    A.    Um-hum (affirmatively).

5    Q.    Were you talking about a Monroney label earlier?

6    A.    Yes.

7    Q.    Is this the Monroney label you were discussing?

8    A.    Yes.  Except the statement here is not correct.

9    Q.    Why is it not correct?

10   A.    Because the Monroney label is installed at the port.

11   Q.    At this time, February 4th, 2008, was it applied at the

12         plant?

13   A.    Well, the vehicles were not in production as of this

14         time.

15   Q.    And was the plan to have the Monroney label at that time

16         placed on the vehicle at the Kocaeli plant?

17   A.    That's how it appears here, but that's not what happened

18         in the end though.

19   Q.    Okay.  If I could turn your attention to exhibit page

20         23956.  You see that there are -- it's blanked out, but

21         there are subjects concerning the distribution process

22         update, is that fair?

23   A.    Yes.

24   Q.    Do you know what the distribution process update was?

25   A.    I can't really tell from -- I mean, that could mean

Public Version - Confidential Information Redacted

1    anything basically.

2    Q.  And if you could turn to the first page of Exhibit 12,

3        it's Bates number 23955.

4    A.  Yes.

5    Q.  There is discussion from you to Craig Hall, Linda

6        Jakubowski, Lawrence McCombs and Donald Carpenter.

7                    Who is Lawrence McCombs?

8    A.  I'm sorry, I cannot remember who Lawrence was.

9    Q.  And how about Donald Carpenter?

10   A.  I believe Donald was also working on the port, import

11       logistics.

12   Q.  And you state in this e-mail, which is dated

13       February 11th, 2008, at 10:05 a.m.

14   A.  Um-hum (affirmatively).

15   Q.  Let's keep the Monroney label at the port, is that

16       correct?

17   A.  Yes.

18   Q.  And so that's the change you were talking about from

19       Craig Hall's earlier e-mail?

20   A.  Yes, yes.

21   Q.  At the top of the first page of Exhibit 12, Bates number

22       23955, there's an e-mail from you to Donald Carpenter,

23       Craig Hall, Linda Jakubowski, Brian Mansfield, John

24       Vukovich.

25                    Who's John Vukovich?

Public Version - Confidential Information Redacted

Page 95

1    A.    I'm sorry, I can't quite remember.  It could have been

2          somebody, again, involved with the port.  I don't recall

3          working with John very long, so that means he was

4          involved with some very specific thing, so --

5    Q.    On this e-mail it states, there's a discussion, and the

6          e-mail prior is from Donald Carpenter, we can handle

7          label installation at the port.

8    A.    Yes.

9    Q.    Then you respond, Agreed.  Then you continue, Please see

10         the note from Brian Mansfield explaining why port

11         installation of Monroney makes sense.

12               Do you know what that note was?

13   A.    I cannot remember.

14   Q.    Was that note an e-mail or a note like a note as in a

15         Word document or an attachment?

16   A.    I simply can't remember that one.

17   Q.    In this particular document, Exhibit 12, do you see any

18         note from Brian Mansfield in this document that you're

19         referring to when you say please see the note from Brian

20         Mansfield?

21   A.    In reading through the two notes in here from Brian, it

22         doesn't specifically provide an explanation, at least

23         that I can see, of why the Monroney should be put on at

24         the port.

25   Q.    And you don't have an independent recollection of that?

Public Version - Confidential Information Redacted

Page 96

1   A.   The only thing I can do is speculate basically.

2   Q.   I don't want to you do that.

3   A.   Okay.

4   Q.   But if you put in an e-mail please see the note, there

5        would have been a note from Brian Mansfield?

6   A.   Yes.  But it could have been in a different e-mail.

7   Q.   How would people who you were sending this e-mail to

8        know what note you were talking about?

9   A.   You know, sometimes the note gets written the day

10       before, we would have all been working together or

11       something, closely on a particular issue, it would have

12       been a quick reference to that, you know.

13  Q.   And it says, I will arrange a meeting on port

14       installation of labels, there will be four total?

15  A.   Yes.

16  Q.   Do you know what four labels?

17  A.   And I already mentioned one to you, apparently another

18       one then would be the Monroney label.

19  Q.   So the Monroney would be in the port?

20  A.   Yes.

21  Q.   And so there would be three more labels?

22  A.   Yes.

23  Q.   And which three would those be?

24  A.   We mentioned the TREAD Act label.  I can't remember the

25       other two.

Public Version - Confidential Information Redacted

1    Q.    Is there anything that would refresh your memory as to

2          the other two?

3    A.    I guess a document that listed all of them.

4    Q.    If you turn back to page 39 -- excuse me, 23958?

5    A.    Yes.

6    Q.    There's an e-mail from Brian Mansfield.

7    A.    Yes.

8    Q.    Could the safety certification label be one of these?

9    A.    And it does appear to be another one of them.  I can't

10         quite remember though what's on the safety cert label.

11   Q.    And the smog label, could that have been one of the

12         four?

13   A.    It could have been.  But somehow I think the smog label

14         is part of the Monroney label, but -- yeah.

15   Q.    And then there's a -- it says tire pressure labels?

16   A.    Yes.

17   Q.    Is there more than one label for tire pressure?

18   A.    You know, I said previously that the tire pressure was

19         on the TREAD Act.  I could be wrong about that.  The

20         TREAD Act -- I knew this stuff so well at one time, but

21         the TREAD Act definitely has the allowable people/cargo.

22         The tire pressure could have been a separate -- could be

23         a separate label that --

24   Q.    And you believe these may have been the ones that were

25         at the port?

Public Version - Confidential Information Redacted

1    A.    Yes.  Yes.  Well, based -- now based upon what you're

2          pointing out here, if you had said there's four labels

3          at the port, mention them, I couldn't have listed them

4          without going through reading this.

5    Q.    Okay.  But you believe that when you're referring to

6          four labels, that that's what you're talking about?

7    A.    Just based upon our discussion here, so --

8    Q.    So Monroney, TREAD Act?

9    A.    Well, it looks like safety cert.

10   Q.    Safety cert?

11   A.    And I'm only assuming tire pressure is a different

12         label, so --

13   Q.    Okay.

14                  CARDUNER EXHIBIT 13

15                  February 2008 E-mail Chain

16                  WAS MARKED BY THE REPORTER

17                  FOR IDENTIFICATION

18   BY MS. FARRELL:

19   Q.    I'd like to show you a document marked as Carduner

20         Exhibit 13.

21   A.    I'm sorry, I simply cannot -- you don't happen to have

22         this one -- okay.  Because even with my glasses on I

23         actually cannot read this.

24   Q.    There are two attachments to this e-mail, is that

25         correct?

Public Version - Confidential Information Redacted

Page 99

1    A.   I see that.  Hang on.  I just want to read this in the

2         front here.

3    Q.   Okay.

4    A.   Okay.

5    Q.   According to the attachments --

6    A.   Yeah.

7    Q.   One is a Transit Connect Distribution Flowchart, and it

8         says 020408.xls.

9              Would that be a February 4th, 2008 Excel file?

10   A.   This is a standard way of referencing Excel files, yes.

11   Q.   And then there's a Transit Connect order guide?

12   A.   Yes.

13   Q.   And we had talked about that one earlier?

14   A.   Yes, I recognized that one here.

15   Q.   Do you know whether or not there were changes on that?

16   A.   Compared to the one you showed me previously?

17   Q.   Yes.

18   A.   I'd have to put them side-by-side.  I'd have to put them

19        side-by-side to confirm that.  Because the headings are

20        totally different.  There's not as many columns here.

21        The previous one you showed me had a lot more columns,

22        this one has less.

23   Q.   So there's been a change at least to that extent?

24   A.   It appears.  The appearance of this is more like what I

25        believe the final would have looked like, that the

Public Version - Confidential Information Redacted

```
                                                    Page 100
 1           dealer and/or customer would actually use.
 2    Q.    Okay.  And the other document that we see here, that's a
 3           flowchart?
 4    A.    Yes.
 5    Q.    Do you recognize that document?  I know it's tiny.
 6    A.    I do not.  I can read the headings, I can't read the
 7           smaller print, but I can read the headings.  I do not
 8           recognize this document.
 9    Q.    Okay.  But you did receive it based on the e-mail?
10    A.    Based upon the e-mail, it appears --
11                 MR. TODD:  Objection.  I'm sorry.  You can't
12           possibly question him about a document he can't read.
13    BY MS. FARRELL:
14    Q.    You did receive two attachments based on this e-mail,
15           correct?
16    A.    It does appear to be the case, yes.
17    Q.    Okay.  And the second of the two documents that's in
18           this e-mail, that's attached to this e-mail as part of
19           Exhibit 13, the second is the Transit Connect order
20           guide, correct?
21    A.    It appears to be -- whether this is the final actual
22           order guide that went out to the customer and the
23           dealers, I can't be sure, but this is in the format of
24           the typical Ford ordering guide for many of our
25           vehicles.
```

Public Version - Confidential Information Redacted

Page 101

1    Q.   Would you have been involved in the Transit Connect

2         distribution flow?

3    A.   No.  If I'm understanding what they mean by distribution

4         flow, they mean sales, you know, distribution, sales

5         distribution, logistics of moving vehicles.  No, I would

6         not have been involved with that.

7    Q.   Would that have been Craig Hall then?

8    A.   Yes.

9                     CARDUNER EXHIBIT 14

10                    February 2008 E-mail Chain

11                    WAS MARKED BY THE REPORTER

12                    FOR IDENTIFICATION

13   BY MS. FARRELL:

14   Q.   I'm showing you a document previously marked as Carduner

15        Exhibit 14.

16   A.   Okay.

17   Q.   And there's an e-mail from you to Donald Carpenter, Al

18        Dunn.  Do you know who Al Dunn is?

19   A.   Yes.

20   Q.   Who is Al Dunn?

21   A.   Al Dunn worked in the import/export, Ford employee, may

22        still be a Ford employee working on import and export,

23        the part of the company involved with import and export

24        of vehicles.

25   Q.   And in this message there is -- there are attachments

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAR  Document 91-10  Filed 03/04/16  Page 359 of 488
Case 1:13-cv-00291-MAR  Document 69-5 *SEALED*  Filed 12/19/13  Page 103 of 232

Page 102

```
 1          that state, Transit Connect Distribution Flowchart,
 2          Transit Connect Order Guide, and then there's a
 3          statement, Per our discussion of a few minutes ago.
 4                   Do you recall what that discussion of a few
 5          minutes ago was?
 6   A.     No, I don't directly.
 7   Q.     Do the documents help refresh your memory about what
 8          that discussion may have been?
 9   A.     These documents appear to be similar to the ones that --
10          in fact they might be exactly the same -- the ones you
11          just showed me in that previous -- and I could only
12          speculate that I was on a phone conversation with
13          everybody, and then someone asked can you please send me
14          these documents, because we were maybe looking at them
15          through WebEx.  So I just forwarded them out.
16   Q.     If you turn to the second, the second document.
17   A.     Yes.
18   Q.     Can you read this one better than the other one?
19   A.     You're talking about the order guide or the --
20   Q.     Not the order guide.
21   A.     This one here?  Yes, I can.
22   Q.     Okay.  And do you recognize this as a flow chart?
23   A.     I recognize it as a flowchart, but I do not recall
24          seeing it at that time, although it appears like I
25          forwarded it out, so -- I don't know who created this
```

Public Version - Confidential Information Redacted

Page 103

1      document.

2    Q.    Okay.  There's a section in the middle of the flow

3          chart.

4    A.    Yes.

5    Q.    It's like almost smack dab in the middle.

6    A.    Um-hum (affirmatively).

7    Q.    And it says U.S. Customs.  Do you see that?

8    A.    Yes.

9    Q.    And in that section it states, some U.S. units modified

10         to cargo van, Monroney label applied at Kocaeli showing

11         cargo van conversion package.

12   A.    I see that.

13   Q.    But that didn't occur, is that correct?

14   A.    That isn't a correct statement.

15   Q.    And if you look down, issues at process flow locations,

16         do you see that?

17   A.    Wait.  Hang on a second.

18               Yes, down at the bottom?

19   Q.    Down at the bottom.

20   A.    Um-hum (affirmatively).

21   Q.    If you look down at number five?

22   A.    Yes.

23   Q.    If Monroney label applied at Kocaeli with cargo

24         conversion package stated on label, customs issue?

25   A.    Um-hum (affirmatively).

Public Version - Confidential Information Redacted

                                                    Page 104

1    Q.   What does that mean?

2    A.   I don't know.

3                   MR. TODD:  Objection.

4                   THE WITNESS:  I didn't create this document.

5         I don't know what this person -- because it doesn't have

6         a -- the document is not correct in at least that one

7         area we talked about.

8    BY MS. FARRELL:

9    Q.   Do you believe Craig Hall created this document?

10                  MR. TODD:  Objection.

11                  THE WITNESS:  I guess I'm not -- I don't know.

12   BY MS. FARRELL:

13   Q.   If you turn back to the first page of Exhibit 14, Bates

14        number 16692.  Do you see the e-mail from Craig Hall?

15   A.   Yes.

16   Q.   And are there two attachments --

17   A.   Yes.

18   Q.   -- in that e-mail.

19   A.   Um-hum (affirmatively).

20   Q.   Does that help you remember whether or not Craig Hall

21        prepared the guide and the flowchart?

22                  MR. TODD:  Objection.

23                  THE WITNESS:  I can say for a fact that Craig

24        Hall prepared the order guide, because that was his

25        specific job.  His specific job would not have been to

Public Version - Confidential Information Redacted

Page 105

1          create that flow chart.

2     BY MS. FARRELL:

3     Q.   Do you know whose specific job would have been to create

4          the flowchart?

5     A.   It would have been somebody in the port processing area,

6          because this would have to do with handling the port,

7          you know, handling the motion of vehicles between

8          Kocaeli and the United States.

9     Q.   And who at Ford would have been involved in that

10         process?

11    A.   Well, we already mentioned one person, Al Dunn.

12    Q.   And do you know of anyone else?

13    A.   We mentioned a couple of people already.  Al Dunn.

14         There was a couple of other names we talked about,

15         people I'm pretty sure were in port -- I think Donald

16         Carpenter.  I would have expected one of those people to

17         create this document, so --

18    Q.   Okay.

19                   CARDUNER EXHIBIT 15

20                   February 2008 E-mail Chain

21                   WAS MARKED BY THE REPORTER

22                   FOR IDENTIFICATION

23    BY MS. FARRELL:

24    Q.   I'm showing you a document previously marked as Carduner

25         Exhibit 15.

Public Version - Confidential Information Redacted

```
                                                    Page 106
 1   A.   Okay.

 2   Q.   And do you recognize this document?

 3   A.   This is the -- this is the -- very similar to the one we

 4        just looked at a couple of documents back.

 5   Q.   Talking about the distribution process?

 6   A.   Yeah.  It's the same one, yes.  Yes.

 7   Q.   Okay.  Is there anything in this document that refreshes

 8        your memory as to the Brian Mansfield note?

 9   A.   Well, the only note I see in here from Brian is the one

10        at the top.

11   Q.   Right.

12   A.   Where he says info.

13                      CARDUNER EXHIBIT 16

14                      March 2008 E-mail Chain

15                      WAS MARKED BY THE REPORTER

16                      FOR IDENTIFICATION

17   BY MS. FARRELL:

18   Q.   I'd like to show you a document previously marked as

19        Carduner 16.

20   A.   Okay.

21   Q.   Okay.  If you could turn to the last page of Exhibit 16,

22        which is Bates number 24007.

23   A.   Yes.

24   Q.   Do you see that?

25   A.   Yes.
```

Public Version - Confidential Information Redacted

Page 107

1   Q.   In your signature block it states, NA V227/NA 363

2        Business Manager.

3   A.   Yes.

4   Q.   What is NA 363?

5   A.   That was the Transit, as opposed to the Transit Connect.

6   Q.   And what's the difference between a Transit and a

7        Transit Connect?

8   A.   The Transit is a much larger vehicle that actually only

9        -- Ford has only started importing in the last year or

10       so.  Actually we don't import that.  I think we actually

11       manufacture that in the United States now, if I

12       remember.  But I have not worked on that program, so --

13       but I was working on it for a little while in the middle

14       of the decade because there was some discussion at that

15       time of importing it, so I was involved then.

16  Q.   To your recollection was the Transit ever imported?

17  A.   Not at that time.  It is now -- oh, was it ever

18       imported?  I don't know.  I don't think so.  Despite my

19       pretentious title there, I actually only worked on the

20       363 for a while.  I was helping a lot with defining some

21       of the product for the United States, so --

22  Q.   If we can look at the e-mail --

23  A.   Yes.

24  Q.   -- at the top.  It's from you to Shelly Smith?

25  A.   Yes.

Public Version - Confidential Information Redacted

Page 108

1    Q.    Kathleen LaPointe?

2    A.    Um-hum (affirmatively).

3    Q.    Oktay Ozbay?

4    A.    Yes.

5    Q.    Feyza Ergen?

6    A.    Yes.

7    Q.    Brian Mansfield, Uy -- oh boy.

8    A.    Yes.

9    Q.    Odabasi is the last name, I'm assuming.  Yourself.

10   A.    Right.

11   Q.    And John Jraiche?

12   A.    This is the John Jraiche.  This is the correct spelling,

13         yes.

14   Q.    So that's J-R-A-I-C-H-E?

15   A.    Yes, that's correct.

16   Q.    Thank you.  And the subject is, Follow-Up From Review of

17         2010 Model Year North America Transit Connect Interior

18         and Exterior Appearance With Steve Ross and Kevin

19         Koswick?

20   A.    Yes.

21   Q.    Who is Steve Ross?

22   A.    Steve Ross, I believe is a marketing manager.  Actually

23         I'm going to correct that one.  I believe Steve Ross was

24         a European engineering director.

25   Q.    And Kevin Koswick?

Public Version - Confidential Information Redacted

Page 109

1    A.    He's a North America marketing manager.  He may have

2          retired since then.

3    Q.    And do you know what level Mr. Koswick was as a

4          marketing manager, was he like at the top of the

5          marketing managerial --

6    A.    I don't think so, no.

7    Q.    Was Shelly Smith in marketing?

8    A.    Yes.

9    Q.    And would Kevin Koswick have been Shelly Smith's boss?

10   A.    That's possible.

11   Q.    And Kathleen LaPointe, who is that?

12   A.    She worked for Shelly Smith.

13   Q.    It says as a background that the objective of the

14         meeting was to review using pictures the appearance of

15         the vehicle for 2010 model year and gather any thoughts

16         from upper management.

17   A.    Yes.

18   Q.    Who are the upper management from whom thoughts would

19         have been gathered?

20   A.    Based upon this note, it appears it could have been

21         Steve Ross and Kevin Koswick.

22   Q.    So they're considered upper management?

23   A.    Yeah, but when you say upper management, you know,

24         compare that to, for example, senior management, where

25         you would be referring to someone at the top of the

Public Version - Confidential Information Redacted

1      company, you know.

2  Q.  So if we're talking about upper management, earlier in

3      the deposition you had laid out all the various

4      iterations of milestones.

5  A.  Yes.

6  Q.  And that things would have to be approved.

7  A.  Yes.

8  Q.  Would Steve Ross and Kevin Koswick be people who would

9      be approvers?

10 A.  No.

11 Q.  So when we talk about upper management, we're not

12     talking about approvers?

13 A.  If there was some concerns with appearance, then

14     reviewing it with engineering and marketing management

15     would have been the appropriate first step.

16 Q.  But for purposes of approval, this upper management

17     level would not be from whom one would receive approval?

18 A.  For a milestone, no.  But for an appearance issue, this

19     -- there appears to have been an appearance issue of

20     some kind that, you know, that we were concerned about.

21     It could have been something the studio wanted.  I see

22     later on there's a discussion of a feature that was

23     going to be on the console, so we could have been

24     discussing that.

25 Q.  Now, in the follow-up assignments there is a reference,

Public Version - Confidential Information Redacted

```
 1          At this time order guide is written with rear glass
 2          standard and optional rear glass delete?
 3     A.   Yes.
 4     Q.   What does that mean?
 5     A.   This is referring to the glass that's in the rear doors,
 6          those barn doors that I mentioned.  And the question
 7          was, how that should be shown in the order guide, which
 8          should be standard and which should be optional.
 9     Q.   And do you recall how that turned out?
10     A.   I do not actually.
11     Q.   There is another bullet below Follow-up Assignments,
12          Steve and Kevin asked that we include the color squeeze
13          in the NA color pallet.
14               What is a color squeeze?
15     A.   I hate to have to say this again, I do not recognize
16          that term, even though I obviously wrote this, I do not
17          remember what I could have possibly meant by color
18          squeeze.  That just doesn't make any -- it's not a term,
19          so -- it was a term we were using, but I just don't
20          recall, so --
21     Q.   Then there's a -- next bullet states, Steve wants to
22          introduce the 2010 model year North America vehicle at
23          the Chicago Auto Show next year.
24     A.   Yes.
25     Q.   Do you see that?
```

Public Version - Confidential Information Redacted

```
 1   A.   Yes.
 2   Q.   And Steve Ross was, you said the European engineering
 3        director?
 4   A.   Yes.
 5   Q.   Do you know why he wanted to introduce it at the Chicago
 6        Auto Show?
 7   A.   When I read this statement it makes me realize that I
 8        must have been wrong about who Steve Ross is, because
 9        the European engineering director would not have been
10        concerned about introducing something at the Chicago
11        Auto Show, so that makes me feel that my original
12        assessment that Steve was in marketing makes sense.
13   Q.   The next sentence is, this is before the Birmingham --
14   A.   Right.
15   Q.   -- intro plan by FoE?
16   A.   Yes.
17   Q.   Birmingham intro.  What is that?
18   A.   That would have been in Birmingham, England.  The issue
19        here, I remember this issue now, was the front end of
20        the vehicle was newly designed, the grill, some of the
21        headlamps, and there was a concern that if it went to
22        Chicago first it would take the wow factor away from the
23        European team who wanted to show that front end grill
24        for the first time at the Birmingham show.  That was the
25        issue.
```

Public Version - Confidential Information Redacted

1    Q.    And so the FoE stands for?

2    A.    Ford of Europe.

3    Q.    Did that get resolved?

4    A.    You know, I can't -- it must have been somehow resolved.

5          I seem to remember that I think we didn't do the Chicago

6          Auto Show for that reason.  I think we waited until the

7          -- we may have waited until a later show, maybe the New

8          York Auto Show, in order to give the people -- give

9          them -- the Birmingham show the first priority to show

10         the new grill and headlamps.

11   Q.    Do you know whether or not the Transit Connect was shown

12         at the Chicago Auto Show in 2009?

13   A.    I don't know.  I didn't go to that show.

14   Q.    If we can turn to the second page, which is Bates number

15         24006.

16   A.    Yes.

17   Q.    And in the center there's an e-mail from Shelly Smith to

18         you, Kathleen LaPointe, and Craig Hall, correct?

19   A.    Yes.

20   Q.    And in it it says, Keith, responses in bold.

21              The responses in bold, are those responses

22         from Shelly Smith to you?

23   A.    That's how the note is written, yes.

24   Q.    And in it does she state, it is my understanding that

25         all NA vehicles are imported as passenger wagons due to

Public Version - Confidential Information Redacted

1      the 26 percent chicken tax?

2              MR. TODD:  Objection on the grounds of

3      relevance.

4  BY MS. FARRELL:

5  Q.   Do you see that?

6              MR. TODD:  I object on the grounds of

7      relevance.  It's a different chicken tax.

8              THE WITNESS:  Yeah, I do see that, yes.

9  BY MS. FARRELL:

10 Q.   And in order to bring the units in as passenger wagons

11     they must be built as such in FoE, thus the second row

12     seats and glass and slider doors, as well as rear

13     doors --

14 A.   Um-hum (affirmatively).

15 Q.   -- correct?

16 A.   I see that that's what she wrote.

17 Q.   And did you respond to that?

18 A.   You know, Shelly was in marketing, and if I did respond

19     to it, maybe this is my response written above here, but

20     -- yeah, I mean, it looks like I did respond to that.

21     But I think Shelly had a very limited understanding of,

22     you know, of the vehicle, and even though she was in

23     marketing, she -- you know, she actually left the

24     company shortly after this and went straight to Nissan.

25     So, you know --

Public Version - Confidential Information Redacted

Page 115

1    Q.   In your response to Shelly --

2    A.   Yes.

3    Q.   -- did you state, Only glass in the side door is

4         required to achieve customs classification as a

5         passenger wagon, not in the rear doors?

6    A.   Yes, I wrote that.

7    Q.   And where did you get that information?

8              MR. TODD:  Object to the question, and

9         instruct the witness to answer the question only to the

10        extent that it would not reveal an attorney-client

11        communication.

12             THE WITNESS:  I can't really answer that then.

13   BY MS. FARRELL:

14   Q.   Is that because that information was provided to you by

15        an attorney?

16   A.   Yes.

17   Q.   Do you know what attorney provided that information to

18        you?

19   A.   I would just have to assume it was Paul.

20   Q.   And Paul being?

21   A.   Paul Vandevert.

22   Q.   If you could turn to the first page of Exhibit 16.

23   A.   Yes.

24   Q.   That's Bates number 24550?

25   A.   Yes.

Public Version - Confidential Information Redacted

Page 116

1   Q.   There's a statement in the middle from Craig Hall to

2        Shelly Smith, you, Kathleen LaPointe.

3   A.   Um-hum (affirmatively).

4   Q.   Do you see that?

5   A.   Um-hum (affirmatively).  Yes.

6   Q.   Paragraph two states, Since originally we were going to

7        order these units as spec units.

8             What does that mean?

9   A.   I am not sure or I don't quite remember the term spec

10       units, so I can't -- I'm not sure on that.  Yeah.

11            CARDUNER EXHIBIT 17

12            April 2008 E-mail Chain

13            WAS MARKED BY THE REPORTER

14            FOR IDENTIFICATION

15  BY MS. FARRELL:

16  Q.   I'd like to show you a document that's previously been

17       marked as Carduner Exhibit 17.

18  A.   Okay.

19  Q.   If you could turn to the last page, which is 24190.

20  A.   Yes.

21  Q.   There's a statement from Craig Hall to several people,

22       including you in an e-mail, is that correct?

23  A.   Yes.

24  Q.   And in it he states, Mark just gave us a debrief of his

25       research activities this week on Transit Connect.  The

Public Version - Confidential Information Redacted

1          ThyssenKrupp guys, TC did not have the second row rear

2          seat and was being used as a cargo van.

3                    Do you know what ThyssenKrupp guys, TC means?

4     A.   Transit Connect.

5     Q.   And who is ThyssenKrupp?

6     A.   They are a major customer of Ford's.

7     Q.   Was ThyssenKrupp provided with Transit Connects in 2008?

8     A.   Yes.  They were given the vehicle -- they were given a

9          couple of vehicles to drive around to just understand

10         their -- whether they liked the vehicle.

11    Q.   The vehicles that they were provided, were they the

12         European version, or were they a prototype of the North

13         American version of the Transit Connect?

14    A.   They would have gotten a North America vehicle, a

15         prototype vehicle because we wanted -- would have wanted

16         to make sure they had the U.S. engines in them, so --

17    Q.   So there's a difference in the North American Transit

18         Connect's engine from the European?

19    A.   Definitely, yes.

20    Q.   And what's the difference?

21    A.   The United States version had the gasoline engine, and

22         in the European vehicles they had the diesel engines.

23    Q.   So by April of 2008 the Transit Connect for North

24         America would have been sufficiently far along to

25         actually be a vehicle that could be driven safely?

Public Version - Confidential Information Redacted

1   A.   Yes.  Because we would have -- we were already into the

2        M1 -- we would have been into the M1 prototypes by then,

3        so yes, they could have had a vehicle.

4   Q.   Do you recall where in this stage --

5   A.   And they may not have been driven on the street in order

6        to do their evaluation.  I can't quite remember, but

7        they may have just driven them on the -- they may have

8        been just driven them on a test track or something like

9        that.  The evaluation may have not necessarily have been

10       on the street.  I don't know if the vehicles would have

11       been legal for the street by that point actually, so --

12  Q.   But you believe in April of 2008 that the vehicles were

13       at the MP1 stage?

14  A.   Not MP1, no.

15  Q.   Excuse me?

16  A.   MP1 is Job 1.  M1.  The M1 prototype, where there were

17       prototypes available with an engine already installed in

18       them.

19  Q.   And there was a recommendation from Craig Hall?

20  A.   Um-hum (affirmatively).

21  Q.   And do you know whether or not that recommendation ever

22       came to pass?

23  A.   I do not believe it did.

24  Q.   If you could turn to Bates number 24189 in Exhibit 17.

25  A.   Yes.

Public Version - Confidential Information Redacted

1   Q.   There's an e-mail at the bottom of the page from you,
2        and you state, A change request like this needs to come
3        into the CNE forum?
4   A.   Um-hum (affirmatively).
5   Q.   What is the CNE forum?
6   A.   The CNE -- Chief Nameplate Engineer.
7   Q.   And what is the Chief Nameplate Engineer forum?
8   A.   That would be the decision forum where changes could be
9        made to the program assumptions that would have
10       financial impact.
11  Q.   And if you look up the next e-mail, there's an e-mail
12       from Mark Zolna?
13  A.   Yes.
14  Q.   To you?
15  A.   Um-hum (affirmatively).
16  Q.   Do you know who Mark Zolna is?
17  A.   I do, yes.
18  Q.   And who is he?
19  A.   Mark Zolna is a Ford employee.
20  Q.   And --
21  A.   What --
22  Q.   I asked if you knew who he was.  He's a Ford employee?
23  A.   Yes, yes.
24  Q.   And what was his connection to the Transit Connect?
25  A.   Mark was the person that worked on the program prior to

Public Version - Confidential Information Redacted

Page 120

1          me to bring it to the PS milestone.

2    Q.   In it he states, I also agree with Keith that

3          significant content changes need to go to the CNE

4          decision forum --

5    A.   Yes.

6    Q.   -- with full business case and two-pager filled out.

7               What is a two-pager?

8    A.   A two-pager is a summary of the request being made for

9          the change.  It's a form that outlines, here's the

10         request we want to make, the financial implications --

11         here's the changes we want to make, the financial

12         implications, and then lays out the case for the Chief

13         Nameplate Engineer to make a decision.

14   Q.   Is the CNE decision forum in place throughout the entire

15         milestone events?

16   A.   Yes.

17   Q.   So from kickoff till end?

18   A.   Usually it starts after PS.

19   Q.   So to the extent anyone wanted to make a change to an

20         assumption after the PS milestone --

21   A.   Yes.

22   Q.   -- we should be seeing a two-page document filled out?

23   A.   That is correct.

24   Q.   And what does that two-page document look like?

25   A.   It has a -- it will have a description of the requested

1          to change.  Statement, maybe justifying it, and then
2          some financial details of what it would mean to make
3          this change, so revenue and cost.
4     Q.   At any time in this process when you were working on the
5          Transit Connect program, did you ever submit one of
6          these two-page documents?
7     A.   Usually they're -- not me personally, they would be
8          submitted by maybe marketing.  They often come from
9          engineering.
10    Q.   Would you have seen them before they were submitted?
11    A.   Yes.
12    Q.   And would you have weighed in on ideas in them?
13    A.   Yes.
14    Q.   And what type of information or weighing in would you
15         have done on those?
16    A.   I would make a recommendation about whether the form was
17         filled out correctly, whether the financial analysis was
18         correct.  I'm not a decisionmaker, so I wouldn't have
19         indicated whether it was accepted or not, but I would
20         have helped the process of getting the form filled out
21         properly so that it was ready for the decisionmaker to
22         review.
23    Q.   And throughout this process do you recall having seen
24         some of these submitted to you to take a look at before
25         they went?

Public Version - Confidential Information Redacted

1   A.   Yes, yes.

2   Q.   And about how many of these do you recall seeing?

3   A.   I really can't guess on that.  Most programs have an

4        awful lot of them, so there would have been some that I

5        had seen, and -- most are quite insignificant in detail

6        that relate to some minor thing, you know, so --

7   Q.   And you say a significant amount.  What do you define

8        that as?

9   A.   I really can't put a number on that actually.

10  Q.   Would it be more than five?

11  A.   Yes, most programs would have more than five, yes.

12  Q.   Would it be more than 20?

13  A.   Most likely, yes, yes.

14  Q.   So it would be north of 20 of these two-pagers?

15  A.   Yes, yes.

16  Q.   In the top e-mail on page 24189 of Exhibit 17.

17  A.   Yes.

18  Q.   You come back with an e-mail to Mark Zolna, Craig Hall

19       and others, and you state that the plan right now is one

20       conversion package in which the second-row windows are

21       removed, along with the second-row seats and seatbelts.

22  A.   Right.

23  Q.   The holes in the floor are plugged and the windows

24       replaced with steel panels.

25  A.   Yes.

Public Version - Confidential Information Redacted

1    Q.    The request, as I understand it, it to make a cargo

2          conversion package more complex by offering a conversion

3          package with and without removal of the windows?

4    A.    Um-hum (affirmatively).

5    Q.    Do you know whether or not that complex conversion

6          package ever occurred?

7    A.    I don't believe it did, but I'd have to look at the

8          order guide, the final order guide to check.

9    Q.    Is it possible that after the Transit Connect was first

10         launched, so that would have been the 2010 model year?

11   A.    Yes.

12   Q.    That a subsequent order guide for say model year 2011

13         might reflect a change in packages?

14   A.    It certainly is possible, but I was not involved

15         anymore.

16   Q.    Is there an order guide for each year?

17   A.    Yes.

18   Q.    Of -- each model year of a vehicle?

19   A.    Yes.  Yes, there is.

20                     CARDUNER EXHIBIT 18

21                     April 2008 E-mail Chain

22                     WAS MARKED BY THE REPORTER

23                     FOR IDENTIFICATION

24   BY MS. FARRELL:

25   Q.    I'd like to show you what's been marked as Carduner

Public Version - Confidential Information Redacted

1          Exhibit 18.

2     A.   Okay.

3     Q.   Okay.  Do you recognize the document that's been marked

4          as Exhibit 18.

5     A.   It looks like it's an extension of one that we looked at

6          previously.

7     Q.   If I could direct your attention to page 24547.

8     A.   Yes.

9     Q.   In the center of the page is an e-mail from Shelly

10         Smith.

11    A.   Um-hum (affirmatively).  Yes.

12    Q.   And it states, Brian, sorry for the confusion, my

13         understanding is all vehicles must come in with side

14         windows due to tax implications for cargo vans.

15                   Do you see that?

16    A.   Yes, I do.

17    Q.   Was that your understanding as well?

18    A.   Well, everything that I -- that is my -- that was my

19         understanding based upon -- yes, that is my

20         understanding.

21    Q.   The next thing that Shelly states is, Depending on how

22         the customer orders the unit, the cargo van will/will

23         not have windows.  In the U.S. we cannot build OEM a

24         cargo partition due to stringent FMVSS standards for

25         safety.  The partition would need to be like eight

Public Version - Confidential Information Redacted

Page 125

1          inches thick to meet crash test standards.

2                    Do you understand what Shelly Smith is talking

3          about there?

4    A.    I have no idea what Shelly Smith is talking about.

5          Shelly is a marketing person.  She's in no position to

6          talk about FMVSS standards for safety.  She had no

7          knowledge at all.

8    Q.    And when she says we cannot build OEM, what is that?

9    A.    Original equipment manufacturer.

10   Q.    Is it true that in the United States a cargo partition

11         would have to be eight inches thick?

12   A.    I don't think that's true at all, no.

13   Q.    Okay.  If you look at the top of the e-mail on that

14         page, it's from you, if you turn back to Bates number

15         234546 to 47.

16   A.    Yes, I see it.

17   Q.    There was a discussion about meeting to discuss and make

18         sure that everyone is on the same page.  Do you see

19         that?

20   A.    I do.

21   Q.    And it says, John Vukovich is presently developing a

22         cargo van conversion package that removes both side

23         windows and replaces with metal?

24   A.    Yes.

25   Q.    And is that your understanding of what happened in this

Public Version - Confidential Information Redacted

1      process?

2  A.   They were not replaced with metal.

3  Q.   What were they replaced with?

4  A.   A plastic material.

5  Q.   And do you know what kind of plastic material it was?

6  A.   I don't know the exact chemical composition, but it was

7      hard automotive plastic material.

8  Q.   That would be different than the material used to make

9      the shell or the skin of the vehicle?

10  A.   The shell -- the shell of a vehicle is made out of

11      metal.

12  Q.   So these panels --

13  A.   Yes.

14  Q.   -- that are being discussed.  They were not made out of

15      metal --

16  A.   No.

17  Q.   -- same as the vehicle itself?

18  A.   No.

19  Q.   And it's talking about there was never a plan to add a

20      bulkhead in Turkey?

21  A.   A bulkhead refers to a cargo divider.

22  Q.   And does that relate back to what Shelly Smith was

23      talking about with cargo partition?

24  A.   You know, Shelley's statement is so confused and so

25      inaccurate, that whether it relates back to -- it

Public Version - Confidential Information Redacted

Page 127

1    appears like I'm responding to her statement, but this

2    whole idea of something having to be eight-inch thick

3    just doesn't make any sense at all.

4  Q.  If you could turn to the first page of Exhibit 18.

5  A.  Um-hum (affirmatively).

6  Q.  Which is 24545.  If you look at the e-mail from John

7    Vukovich at the top of the page?

8  A.  Yes.

9  Q.  And you're a recipient of that e-mail, is that correct?

10  A.  Yes.  I am, yes.

11  Q.  It says, By not taking glass out, we would only have the

12    seats and restraints removal and the floor cover

13    replacement.  ███████ ████ ████ █████ ████ █████

14  ████ ███ ███ ████ █████ ████ █████    ████ ████ █████

15  ███ ██ ███ ████

16        Do you know whether or not that ever occurred

17    that they did not take the glass out?

18  A.  My recollection is that the package always included the

19    glass.

20  Q.  The next paragraph there is a phrase ESOW.  What is

21    that?

22  A.  Engineering statement of work.

23  Q.  And what is an engineering statement of work?

24  A.  That would be something sent to a supplier requesting

25    them to do some engineering work, and the statement of

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAR-M Document 69-5 *SEALED* Filed 12/19/18 Page 128 of 232
Case 1:13-cv-00291-MAR Document 91-10 Filed 03/04/16 Page 385 of 488

Page 128

```
 1          work would specify what engineering work was being
 2          requested.
 3    Q.    And is that a specialized form at Ford?
 4    A.    Yes.
 5    Q.    And does that form have an name?
 6    A.    It's called that, an ESOW.
 7    Q.    And in connection with the Transit Connect program, were
 8          there several ESOWs?
 9    A.    I'm sure there was, because every time we work with a
10          supplier in general we're having a supplier do some
11          engineering work and engineering is responsible for
12          creating an ESOW, so there probably was a number of
13          them.
14    Q.    What does an ESOW look like?
15    A.    It's a -- it has sort of a contract look to it.  It's
16          handled by the purchasing -- purchasing activity's
17          responsible for getting them to the supplier.
18          Engineering works them out, but it's a form, and
19          engineering fills out certain parts of the form that are
20          specific to the program under discussion basically.
21    Q.    And would engineering statement of work be a title, a
22          banner title across the top?
23    A.    Yes.
24                    CARDUNER EXHIBIT 19
25                    August 2008 E-mail Chain
```

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAB Document 91-10 Filed 03/04/16 Page 386 of 488
Case 1:13-cv-00291-MAB Document 65-5 SEALED Filed 12/19/13 Page 130 of 232

Page 129

1          WAS MARKED BY THE REPORTER

2          FOR IDENTIFICATION

3  BY MS. FARRELL:

4  Q.    I'd like to show you what's been marked as Carduner

5        Exhibit 19.

6  A.    Okay.

7  Q.    Do you recognize Exhibit 19?

8  A.    I don't recall it, but in reading it I remember this.

9  Q.    And what do you remember about this Exhibit 19?

10 A.    Just now, having read it, it's, you know, a note from

11       Paul Vandevert explaining Transit Connect.

12 Q.    And the memo from -- would you describe this as a memo

13       from Paul Vandevert, is that fair?

14 A.    Yes, I guess.

15 Q.    And if you turn to Bates page 16748.

16 A.    Yes.

17 Q.    The document is dated August 19, right?

18 A.    Um-hum (affirmatively), yes.

19 Q.    And the title of it is Tariff Classification in the

20       United States of Imported Transit Connect V227 and V408

21       from Turkey?

22 A.    Yes.

23 Q.    What do you know about V408?

24 A.    V408 is a program I never worked on.

25 Q.    Do you know anything about V408?

Public Version - Confidential Information Redacted

Page 130

| | | |
|---|---|---|
| 1 | A. | Other than the fact that it was the replacement for |
| 2 | | V227, I really don't know.  My wife drives one.  So -- |
| 3 | Q. | How did you know it was a replacement for V227? |
| 4 | A. | Just from being around the company, you know. |
| 5 | Q. | Was it the same size as the V227, or something else? |
| 6 | A. | Well, actually we don't have to speak in terms of was, |
| 7 | | because the vehicle exists now, and it's -- it appears |
| 8 | | to be slightly larger than the 227. |
| 9 | Q. | Is it also called a Transit Connect? |
| 10 | A. | Yes, it is.  Yes. |
| 11 | Q. | And is it imported into the United States? |
| 12 | A. | You know, I don't know how that all works actually. |
| 13 | | Because I've never worked on 408. |
| 14 | Q. | But the 408's not a Transit.  Not the big Transit? |
| 15 | A. | No, no. |
| 16 | Q. | It's an actual Transit Connect? |
| 17 | A. | It's called Transit Connect, yes. |
| 18 | Q. | And when you say it looks like it's bigger than the |
| 19 | | V227, how do you mean by that? |
| 20 | A. | I'm just looking at the appearance of it.  Frankly, |
| 21 | | since I didn't really work on it, I don't know actually |
| 22 | | in terms of hard numbers, you know, interior space, or |
| 23 | | passenger seats, package or anything like that.  I just |
| 24 | | -- I have to have the numbers right in front of me. |
| 25 | | That's just based upon my looking at the vehicle. |

Public Version - Confidential Information Redacted

1   Q.   When you say it looks bigger, do you mean taller, or

2        longer, or both?

3   A.   You know, again, I'm just going on my personal look of

4        the vehicle, you know, without actually having the

5        numbers in front of me, I'm just making a judgment based

6        upon a quality -- you know, sort of a qualitative view

7        of the vehicle, so --

8   Q.   If you turn to the first page of Exhibit 19.

9   A.   Yes.

10  Q.   16746.  There's an e-mail from Paul Vandevert to you,

11       Tracy Parks and others.  Do you see that?

12  A.   Yes.

13  Q.   And the subject is tariff classification of imported

14       Transit Connect --

15  A.   Yes.

16  Q.   And parenthetical (V227N and V408).

17  A.   Um-hum (affirmatively).

18  Q.   And then below that is a statement, Attached is my legal

19       memo regarding the correct tariff classification of the

20       Transit Connects (V227N and V408) to be and being from

21       Ford Otosan in Turkey.

22            Were any Transit Connects at that point being

23       imported from Ford Otosan in Turkey?

24  A.   Not in 2008, no.

25  Q.   In this e-mail he states that, I intend to send this to

Public Version - Confidential Information Redacted

Page 132

1          the relevant team or group leads.  Please distribute
2          this memo within your groups or teams as you see fit.
3                    Did you circulate this memo to the members of
4          your team?
5    A.   I probably did, yes.
6    Q.   Prior to receiving this memo from Paul Vandevert, had he
7          spoken to you at all about tariff classification of the
8          Transit Connect?
9    A.   You know, I can't remember actually.
10   Q.   After the Transit Connect was launched for model year
11        2010, did you discuss this memo with Paul Vandevert?
12   A.   No.
13   Q.   Did you discuss this memo with Paul Vandevert shortly
14        after having received it?
15   A.   It's most likely that after getting this memo I may have
16        talked with him about it, just to make sure I fully
17        understood it.
18                    CARDUNER EXHIBIT 20
19                    August 2008 E-mail Chain
20                    WAS MARKED BY THE REPORTER
21                    FOR IDENTIFICATION
22   BY MS. FARRELL:
23   Q.   I'd like to show you what's been previously marked as
24        Carduner Exhibit 20.
25                    THE WITNESS:  After this exhibit can we take

Public Version - Confidential Information Redacted

1      just a quick five-minute --

2            MS. FARRELL:  I can let you take it now if

3      you'd like it now.

4            THE WITNESS:  Yeah, if I could just take a

5      two-minute comfort break.

6            (A short recess was taken)

7  BY MS. FARRELL:

8  Q.   I just wanted to back up to Exhibit 19, if I might.

9      Sorry.

10  A.   Yes.

11  Q.   At the top of the exhibit there's an e-mail from Tracy

12      Parks?

13  A.   Yes.

14  Q.   And there's an attachment and it says classification

15      advice, and then there's parenthetical, PKV.  Do you

16      know what that is, PKV?

17  A.   I can only assume it means Paul Vandevert.

18  Q.   Because I was wondering what the K was, because I

19      thought his middle initial was P.

20  A.   Then I don't know.  I'm just -- yeah.

21  Q.   I don't know if it had some special meaning like another

22      one of the Ford acronyms.  That's what I'm asking for.

23  A.   No, I don't know then.

24  Q.   And if you could turn your attention to Exhibit 20,

25      please.

Public Version - Confidential Information Redacted

Page 134

1    A.    Yes.  Yeah, I read it.

2    Q.    Oh, okay.  And did you circulate the memo from Paul

3          Vandevert to Brian Mansfield?

4    A.    I'm sure I did.

5    Q.    And if you look on page 24595, there's an e-mail from

6          you to Brian Mansfield that says, Take a look at this.

7                    Do you see that?

8    A.    Yes, I do.

9    Q.    And it says, One requirement for passenger vehicle

10         classification is that the seatbelt anchors are welded

11         in.  And you state, I believe V227 are bolted in.  Do I

12         have this right?

13                   And if you can turn to the first page of

14         Exhibit 20.

15   A.    Yes.

16   Q.    There's an e-mail from you to Oktay Ozbay, is that

17         correct?

18   A.    Yes.

19   Q.    And the subject is Tariff Classification of Imported

20         Transit Connect?

21   A.    Yes.

22   Q.    And you state, Just as an update, I spoke to the lawyer

23         who wrote the note.  Weld is not critical.  He is going

24         to update his note and remove the word weld.

25                   Is that correct?

Public Version - Confidential Information Redacted

Page 135

1    A.    Yes.

2    Q.    When you -- did you review his memo when it was sent to

3          you?

4    A.    The original version here?

5    Q.    Yes.  Which would be Exhibit 19.

6    A.    Yes, I did.

7    Q.    And did you see any errors in it?

8    A.    I didn't specifically see any errors, but apparently

9          this was pointed out that it said weld in there, and it

10         turned out that it wasn't welded, and so we wanted to

11         just get the memo to make sure that it was correct from

12         an engineering point of view.

13   Q.    Okay.

14                   CARDUNER EXHIBIT 21

15                   August 2009 E-mail Chain

16                   WAS MARKED BY THE REPORTER

17                   FOR IDENTIFICATION

18   BY MS. FARRELL:

19   Q.    I'd like to show you a document that's been marked as

20         Carduner Exhibit 21.

21   A.    Okay.

22   Q.    And do you recognize Exhibit 21?

23   A.    I don't recall it, but I recognize it.  I was part of

24         the discussion going on here.

25   Q.    And if you could turn to page 26626 of Exhibit 21.

Public Version - Confidential Information Redacted

Page 136

1    A.    Yes.

2    Q.    Who is Altug Guney?

3    A.    I don't remember directly, but one of the people in

4          Turkey.

5    Q.    And he sent an e-mail to you and Brian Mansfield, is

6          that correct.

7    A.    Yes.

8    Q.    With a proposal for side glass?

9    A.    Yes.

10   Q.    And it states, Are we able to get custom clearance for

11         V227 vehicles with glass are taped?  Briefly, I propose

12         to put very limited section of PU on glass/body to

13         secure the glass (only three times 30 MM on four each

14         side.  But not at corners) --

15   A.    Okay.

16   Q.    -- and manage the water leak by putting a waterproof

17         tape from outside.  But the tape will be visible.  Can

18         we?  Team here is working for easy-remove glass, but

19         above proposal can be applied within days.

20               Do you see that?

21   A.    I do.

22   Q.    And did you take that proposal and consider it?

23   A.    It appears that I was trying to understand what the

24         implications were, so -- by writing to some other

25         people.

Public Version - Confidential Information Redacted

1    Q.    And on the first page of Exhibit 21 you respond -- or

2          you send an e-mail, excuse me, to Paul Vandevert, Jim

3          Rouen, Todd Mears?

4    A.    Yes.

5    Q.    Altug Guney, Brian Mansfield.  Who is Jim Rouen?

6    A.    Jim Rouen worked in the import/export -- he worked -- a

7          Ford employee, he's subsequently retired, and working in

8          engineering.

9    Q.    Import/export, or engineering?

10   A.    He worked in engineering relating to import and export.

11   Q.    And who is Todd Mears?

12   A.    Todd worked for Jim.

13   Q.    And in your e-mail you send an e-mail to Paul Vandevert,

14         correct?

15   A.    It appears that -- it looks like it, yes.

16   Q.    And you also send an e-mail to Jim and Todd?

17   A.    Yes.

18   Q.    Asking what do you think of this idea to make removal of

19         glass easier?

20   A.    Yes.

21   Q.    And what was their response?

22   A.    I don't recall what their specific response -- well,

23         looks like his response is up here, from Jim.

24   Q.    Okay.  And did they find this to be a good idea?

25   A.    I guess I can't remember if they did or not, but this

Public Version - Confidential Information Redacted

```
                                                    Page 138
 1          was never implemented.
 2   Q.     The e-mail that came back to you from Jim Rouen, which
 3          is in -- or Rouen, which is in the center of the
 4          document?
 5   A.     Yes.
 6   Q.     He states, That would be great.  Cutting the urethane in
 7          the corners is where we spend the most time --
 8   A.     Yes.
 9   Q.     -- and have a greater frequency of scratches?
10   A.     Yes.
11   Q.     If customs won't accept the tape, another option might
12          help the removal -- another option which might help the
13          removal is to have a clear glass with no blackout.
14                    What is blackout?
15   A.     Here he's referring to a thin strip of black color that
16          would be around the outside of the glass that would be
17          put on, and this is put on everywhere, but put on to
18          hide whatever is the mechanism that attaches the glass
19          to the frame of the vehicle.  Normally it's an adhesive.
20   Q.     And that would help the outside person of the cutout
21          team see the urethane bead/knife interaction and guide
22          the cutter who is inside.
23                    Do you understand what he's talking about
24          there?
25   A.     Yes, I do.
```

Public Version - Confidential Information Redacted

Page 139

1    Q.   What is he talking about?

2    A.   He's talking about the process of being able to remove

3         the glass, to take it out and replace it with the

4         plastic panel that I mentioned before.

5    Q.   And it says, Currently both team members are operating

6         without being able to see the bead location.

7    A.   Yes.

8    Q.   Is that because the glass that was coming in in 2009 had

9         that black border that you're talking about?

10   A.   All glass had that black border.  Might be the reason

11        why they were having trouble seeing it, yes.

12   Q.   You stated that this never came to fruition?

13   A.   Right.

14   Q.   And would that be the tape application?

15   A.   Um-hum (affirmatively).

16   Q.   Do you know whether or not complete clear glass did come

17        to pass?

18   A.   No.  There was never any glass that was sent over that

19        didn't have the black border on it.

20                   CARDUNER EXHIBIT 22

21                   August 2008 E-mail Chain

22                   WAS MARKED BY THE REPORTER

23                   FOR IDENTIFICATION

24   BY MS. FARRELL:

25   Q.   I'd like to show you a document that's been marked as

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAB   Document 91-10   Filed 03/04/16   Page 397 of 488
Case 1:13-cv-00291-MAB   Document 69-5   SEALED   Filed 12/19/18   Page 141 of 232

Page 140

1           Carduner Exhibit 22.

2     A.    Okay.

3     Q.    Okay.  Do you recognize Exhibit 22?

4     A.    From reading it now, I -- I don't recall it, but I

5           understand what's being discussed here from reading it.

6     Q.    If you could look at page 21409.

7     A.    Yes.

8     Q.    In the center of the document, of that page, excuse me,

9           you see an e-mail from Paul Vandevert to you?

10    A.    Yes.

11    Q.    Do you see that?

12    A.    Yes.

13    Q.    And other folks as well.  And it says, please see

14          revised memo on the correct tariff classification for

15          the Transit Connect imported from Turkey?

16    A.    Um-hum (affirmatively).

17    Q.    Based on comments received I have changed two facts.

18          This will be window glass all the around and the

19          second-row seats will be bolted to the frame.

20                 That second comment, second row seats bolt

21          today the frame, was that the issue that you talked

22          about earlier in correcting information that was in the

23          memo?

24    A.    It could be.  I thought the earlier thing had to do with

25          how the seatbelts were done.  But this would now, I'm

Public Version - Confidential Information Redacted

Page 141

1      not sure -- I don't recall how he wrote it originally,

2      but the seats are bolted.  He may have written something

3      else about how the seats were attached.

4  Q.  Okay.

5  A.  So this -- and so we would have corrected to make sure

6      that the way he wrote it was an exact description of

7      exactly what is the case.

8  Q.  And if I could turn your attention to the first page,

9      214408 in Exhibit 22.

10 A.  Yes.

11 Q.  There's an e-mail in the middle of the page from Rob

12     Stevens, to you and other people, do you see that?

13 A.  Yes, I do.

14 Q.  Who is Rob Stevens?

15 A.  Rob Stevens was the chief program engineer.

16 Q.  And would he have been the person during the CNE

17     decision forums?

18 A.  Yes.

19 Q.  Would he be the person who would make the final

20     decision?

21 A.  On things that came into the CNE forum, yes, yes.

22 Q.  And in it does he express that there's an error in Paul

23     Vandevert's memo?

24 A.  It appears like he is saying that, yes.

25 Q.  And he says, That needs to be correct, we do not have

Public Version - Confidential Information Redacted

1      windows all around, is that right?

2  A.   Yes.

3  Q.   And then he asks Keith, Please set up a review with Paul

4      around a product.

5          Do you know whether that occurred?

6  A.   I'm pretty sure that if he asked me to do it, I did it,

7      yeah.

8  Q.   And do you remember the assumptions about how the

9      vehicle will be delivered to the port?

10  A.   Yes, I do.  I think the concern here had to do with

11      windows in the rear doors, that question that was coming

12      up a few -- a few exhibits back, having to do with

13      whether the barn doors had glass in them or not.

14  Q.   And you respond to Rob Stevens in an e-mail at the top

15      of Exhibit 22, page 21408, is that correct?

16  A.   Yes.

17  Q.   And in it you state, I will fix this.  I had him change

18      it once with respect to how the seatbelts are attached.

19      He had indicated welded.  I believe get him to fix this

20      with the glass.

21  A.   Yes.

22  Q.   He understands that there is no third-row glass.

23          Does that help refresh your memory what he

24      meant by windows all around?

25  A.   Yeah.

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAR  Document 95-10  Filed 03/04/16  Page 400 of 488
Case 1:13-cv-00291-MAR  Document 69-3 *SEALED*  Filed 12/19/13  Page 144 of 232

Page 143

```
 1              MR. TODD:  Objection.

 2              THE WITNESS:  I think that he's -- I think

 3        that what Rob was concerned about was whether or not

 4        there was glass completely around the -- completely

 5        around the vehicle, so --

 6   BY MS. FARRELL:

 7   Q.   When -- there's a statement there, he understands that

 8        there is no third-row glass.  What would third-row glass

 9        be if there were third-row glass?

10   A.   I believe that would mean that there was a third row of

11        glass on the side.

12   Q.   And so if we're looking at the side of a Transit

13        Connect --

14   A.   Yes.

15   Q.   -- would you consider the first row of glass to be the

16        glass that's in the driver's door?

17   A.   Yes.

18   Q.   And the second row of glass would be glass that was

19        behind the driver's door on the sliding door?

20   A.   Yes.

21   Q.   And where would the third row of glass be?

22   A.   There's a spot -- you know, sort of an empty spot there,

23        the third row would constitute having glass in that,

24        just further back than the sliding door.

25   Q.   So it would be not on the sliding door, but on the back
```

Public Version - Confidential Information Redacted

1        portion, backside portion?

2    A.   That's how I'm interpreting what this means, yes.

3    Q.   And it says, He also knows that rear door glass is

4        optional.  I think he simply misstated this, is that

5        correct?

6    A.   That seems to be what I was referring to, yes.  I'd have

7        to go back and look at Paul's memo again to compare it

8        specifically to this.

9    Q.   Are you aware of any other errors he made in that memo?

10   A.   Not that I can remember.

11                    CARDUNER EXHIBIT 23

12                    September 2008 E-mail Chain

13                    WAS MARKED BY THE REPORTER

14                    FOR IDENTIFICATION

15   BY MS. FARRELL:

16   Q.   I'm showing you what's been previously marked as

17        Carduner Exhibit 23.

18   A.   Okay.

19   Q.   In Exhibit 23.

20   A.   Yes.

21   Q.   If you could devote your attention to page 21570.

22   A.   Yes.

23   Q.   And at the top of that page, 21570, do you see an e-mail

24        from Rob Stevens?

25   A.   Yes.

Public Version - Confidential Information Redacted

1  Q.   And were you cc'd on that e-mail?

2  A.   Yes.

3  Q.   And in that e-mail Rob Stevens states, We just completed

4       agreements with the MOD center at the port and our

5       upfitters.

6  A.   Um-hum (affirmatively).

7  Q.   Now next step is to determine what to do with the seats.

8       There are many opportunities, but have not agreed on

9       one.  If we do anything it will be positive to the

10      business plan as right now we are just paying for them

11      in the base price of the vehicle.

12 A.   Yes.

13 Q.   Do you know what he's referring to there with respect to

14      seats?

15 A.   I believe he's referring to what happens to the seats

16      after they're removed from the vehicle, yes.

17 Q.   And if we could turn to the last page in this document,

18      which is Bates number 21572.

19 A.   Yes.

20 Q.   There's an e-mail from Paul Kent that states, Julie,

21      Recently some senior management (Bob Shanks, et cetera)

22      were asking about what was the plan for the parts taken

23      out of the Transit Connects when they were converted.

24      Are the seats/windows/other being scrapped?  Shipped

25      back to Turkey?  Other?  Please advise or forward to

Public Version - Confidential Information Redacted

1          team contact that is in charge of the plan.

2                   Do you see that e-mail?

3     A.   I do.

4     Q.   It talks about some senior management, Bob Shanks.  Do

5          you know who that is?

6     A.   I believe Bob Shanks was in finance.

7     Q.   Do you know any other senior management that was

8          inquiring about the items that are removed from the

9          Transit Connect?

10    A.   Nothing that I can remember.

11    Q.   At the time that this e-mail was sent, which was August

12         of 2008 into September of 2008, there's a sequence of

13         e-mails, do you know what the plan was to do with the

14         glass that was being removed and the seat that was being

15         removed?

16    A.   I believe the original plan was to just scrap them.

17    Q.   And what would have happened with just an original plan

18         of scrapping?

19    A.   When you say what would have happened --

20    Q.   What do you mean by scrapping is what I'm asking.

21    A.   Just -- scrapping would have been disposing of them in

22         some way, trying to recycle some of the parts basically.

23    Q.   In that e-mail on page 21572 --

24    A.   Yes.

25    Q.   There's a statement, Are the seats/windows/other being

Public Version - Confidential Information Redacted

1        scrapped.

2                Do you know what the reference to other is?

3    A.   Probably meant -- this person was probably not sure

4         about what the whole content, so that's what they were

5         referring -- they just put the word other there.

6    Q.   So the seats -- the seat, the second-row seat was

7         scrapped, and the window glass that came out was

8         scrapped, correct?

9    A.   Yes.

10   Q.   What happened to the seatbelts?

11   A.   They would have been the same thing.

12   Q.   Would the seatbelts have been part of the seat, or

13        something separate from the seat?

14   A.   The seatbelts were mounted separately from the seat, are

15        mounted separately from the seat in that vehicle.

16   Q.   So that could possibly be the other that was being

17        referred to?

18   A.   Possibly, yes.

19   Q.   If I could turn your attention to the first page of

20        Exhibit 23.

21   A.   Yes.

22   Q.   Paul Kent sends you an e-mail that says, Keith, can you

23        update the customs and inventory team on the plans for

24        the seats in the Transit Connect program?

25   A.   Yes.

Public Version - Confidential Information Redacted

1   Q.   Do you know what the plans were for the seats?

2   A.   As I recall the plans, they were to scrap them, and I

3        think eventually we were able to get recycling done on

4        some of the metal that the seats were made out of.

5   Q.   There's a reference to a comment from Rob Stevens, from

6        you, on the first page.  It says, here, a comment from

7        Rob Stevens on the same subject, and there's an icon?

8   A.   Yes.

9   Q.   If I could draw your attention to page 21570 in

10       Exhibit 23.  Was that the comment you were referencing

11       here?

12  A.   I couldn't say.

13  Q.   If you could turn your attention to page 21568.

14  A.   Yes.

15  Q.   Who is Gary Spaun?

16  A.   I don't remember the name right off, except I can read

17       what his title is here.

18  Q.   His title is listed on page 21568.

19  A.   Right.

20  Q.   As customs international export MP&L QOS, is that right?

21  A.   Yes, yes.

22  Q.   MP&L, do you know what that stands for?

23  A.   Material, planning and logistics.

24  Q.   And QOS?

25  A.   Quality Operating System.

Public Version - Confidential Information Redacted

1    Q.    At the bottom of his signature block it states JP Morgan

2          Chase Vastera Help Desk (826) 827-8643.

3                    Do you see that?

4    A.    I do, yes.

5    Q.    Do you know what that is and why it's in his signature

6          block?

7    A.    That I do not know, no.

8                    CARDUNER EXHIBIT 24

9                    October 2008 E-mail Chain

10                   WAS MARKED BY THE REPORTER

11                   FOR IDENTIFICATION

12   BY MS. FARRELL:

13   Q.    I'd like to show you what's been marked as Carduner

14         Exhibit 24.

15   A.    Okay.

16   Q.    And do you recognize a document that's been marked as

17         Exhibit 24?

18   A.    Like all of these things, I don't recall the document,

19         but I recognize now that I've read through it, I

20         understand what's going on with it.

21   Q.    Okay.  Could I direct your attention to the page that's

22         Bates stamped 16771 in Exhibit 24?

23   A.    Yes.

24   Q.    The last e-mail on that page is from Tracy Parks --

25   A.    Yes.

Public Version - Confidential Information Redacted

1    Q.    -- to Keith Carduner, which is you?

2    A.    Right.

3    Q.    Who is Tracy Parks?

4    A.    He worked for Al Dunn in the import/export port

5          operations activity of Ford.  He's a Ford employee.

6    Q.    In the e-mail to you, he states, Keith, We're still

7          looking for a recycler for the V227N seating materials

8          and the major issue seems to be getting the seats

9          dismantled?

10   A.    Yes.

11   Q.    Can you help us get a copy of drawings and

12         specifications for the second row seats?  One question

13         that has come up is whether the seating fabric is mold

14         behind or cut & sew.  Cut & sew is much easier to

15         disassemble.  We also need to figure out what to do with

16         the headrests if there are any.

17               I wanted to ask, do you know whether the

18         seating fabric was mold behind or cut & sew?

19   A.    You know, I can't remember, and I may not have known at

20         the time, and that's probably why I asked him to get

21         with Burak Firlar.

22   Q.    And it says, getting a copy of the drawings and

23         specifications in second row seats.

24   A.    Um-hum (affirmatively).

25   Q.    There's a document behind this e-mail.

Public Version - Confidential Information Redacted

```
                                                          Page 151

 1    A.   Yes, I see that.

 2    Q.   And do you recognize that document?

 3    A.   I don't recall this document.

 4    Q.   Do you see the, it says MCA Base & Kombi Plus Second Row

 5         Seat?

 6    A.   Yes.

 7    Q.   What is MCA base?

 8    A.   MCA usually means Mid-Cycle Action.

 9    Q.   And what would you expect mid-cycle action to mean in

10         this context?

11    A.   A mid-cycle action is just a vehicle program that would

12         occur in between two major programs, like a refreshment.

13    Q.   And --

14    A.   I've never seen this document before, or I don't

15         remember it, or -- when it was sent to Tracey it didn't

16         flow back through me, so --

17    Q.   If I could turn your attention to the first page of

18         Exhibit 24.

19    A.   Yes.

20    Q.   There's an e-mail from Selcuk Ozeken.

21    A.   Yes.

22    Q.   And it's to Tracy Parks, and you are cc'd on it?

23    A.   Um-hum (affirmatively).

24    Q.   And it states, Tracey, the TIF file, TIF file is showing

25         our FMVSS drawing of V227NA second row seat.
```

Public Version - Confidential Information Redacted

```
                                              Page 152
 1    A.    Yes.

 2    Q.    But the DOC file is the homologation drawing that shows

 3          the materialization of V227/MCA second row seat.

 4    A.    Right.

 5    Q.    V227NA's materials are the same as V227/MCA's.  You can

 6          use the DOC file for the materials of V227NA second row

 7          seat.

 8    A.    Yes.

 9    Q.    Do you see that?

10    A.    I do.

11    Q.    So if we look back at that document that was sent --

12    A.    Yes.

13    Q.    -- by Selcuk Ozeken.

14    A.    Yes.

15    Q.    This isn't the specifications for the second row seat in

16          the V227, correct?

17                   MR. TODD:  Objection.

18                   THE WITNESS:  I guess I don't quite understand

19          the question.  This -- I mean, this drawing's for the

20          MCA, so I don't --

21    BY MS. FARRELL:

22    Q.    Is this for the European version of the vehicle, is my

23          question.

24    A.    The MCA meant the European version, yes.

25    Q.    Okay.  Because it also talks kombi, which is also the
```

Public Version - Confidential Information Redacted

```
                                                        Page 153

 1        European version?

 2   A.   European, right.

 3   Q.   So he's providing you with the European version document

 4        for the seats for purposes based on what he's saying in

 5        here to do advise that the materials are the same?

 6   A.   Right.

 7               MR. TODD:  Objection.

 8               THE WITNESS:  That seems to be what he's

 9        doing, yes.

10   BY MS. FARRELL:

11   Q.   Okay.  Do you know whether or not the materials were

12        different than the European seats materials?

13   A.   The only thing I would know is just based upon his

14        statement here that they're the same, so --

15   Q.   So if I look at in the document, the MCA base and kombi

16        plus document?

17   A.   Yes, yes.

18   Q.   There are remarks that talk about MCA changed the part?

19   A.   Okay.

20   Q.   It's kind of a gray -- if you look at the second page of

21        the document --

22   A.   Yes.

23   Q.   There are gray areas in the remarks cap column?

24   A.   Yes.

25   Q.   Is that something you talked about earlier, refreshing?
```

Public Version - Confidential Information Redacted

1    Would this be indicative of a refresh when there's a
2    change to something?
3  A.   I don't know the driver behind the changes here.  This
4    was for the European program, and I don't know how big a
5    change there was compared to what was there before --
6    there appears to be a small amount of change only
7    compared to what existed previously.  But I don't know
8    the reason for making the -- making these changes.
9    There may have been a change in some European regulation
10   that made them have to change the seat frame for some
11   reason.  I don't know.
12 Q.   If I could turn your attention to page 16770 in
13   Exhibit 24.
14 A.   1677 -- yes.
15 Q.   And you're cc'd on an e-mail between Selcuk and Burak,
16   do you see that, at the top of the page?
17 A.   Yes.
18 Q.   And it says, We can use MCA homologation drawings as
19   from the material --
20 A.   I must be on the wrong page.
21 Q.   I'm sorry, it's Bates --
22 A.   I see it.  I've got it.  Okay.  Yes.
23 Q.   So when we talks in his e-mail and states, We can use
24   MCA homologation drawings as from the material point of
25   view, the material point of view, what is your

Public Version - Confidential Information Redacted

Page 155

1           understanding of what he means by that?

2                   MR. TODD:  Objection.

3                   THE WITNESS:  Based upon what I've read here,

4           it appears that they didn't have a specific file like

5           this for North America, but the file they had was for

6           the MCA, and since it was exactly the same material and

7           the same method of attaching the seat, he thought this

8           would be good enough to answer Tracy Park's question.

9           That's what I'm interpreting is going on here.

10  BY MS. FARRELL:

11  Q.   Is there any way to tell from the MCA document whether

12       or not it was a cut-and-sew or a molded back?

13  A.   That I cannot say.  Okay.  I can't tell from this.

14       Because I'm not a seat engineer, and if I had to ask

15       that question I probably would have set up a discussion

16       with Burak, but apparently instead of keeping myself in

17       the middle of this whole discussion I asked Tracey to

18       work with Burak directly, and when I didn't hear of any

19       further issues on it I think I just would have assumed

20       that Tracey's questions were answered.

21                   CARDUNER EXHIBIT 25

22                   October 2008 E-mail Chain

23                   WAS MARKED BY THE REPORTER

24                   FOR IDENTIFICATION

25

Public Version - Confidential Information Redacted

Page 156

BY MS. FARRELL:

Q.   I'd like to show you a document that's previously marked

     as Carduner Exhibit 25.

A.   Okay.

Q.   Do you recognize the document that's been marked as

     Exhibit 25?

A.   Now that I've read it, yes.

Q.   And what is it?

A.   An e-mail document.

Q.   And what's the topic of the document?

A.   Proposal, returning second row seats to Otosan after

     removal of the MOD center in U.S. for reuse in a

     subsequent van vehicle.

Q.   If you look at Bates number 24690 into 24692.

A.   Yes.

Q.   Do you see that?

A.   Yes.

Q.   It says, we have done a rough business case on this, and

     it actually makes sense to do this, at least based on

     the information we have.

A.   Yes.

Q.   And then you say consider the information on the next

     page, which is Bates number 24692.  ████ ████ ████ ████

     ████ ████ ████ ████

A.   Um-hum (affirmatively), yes.

Public Version - Confidential Information Redacted

Page 157

1    Q.    Two pass, does that mean two passenger?

2    A.    Yes, it does.

3    Q.    ████ ██ ██ ██████ ███ ███ ██ ███

4          ██████ is that fair?

5    A.    That's what it says, yes.

6    Q.    And the cost to package and ship back.  And ship back

7          you mean to the Otosan plant?

8    A.    That seems to be what's being said here, yes.

9    Q.    And then states, assume each seat is used a total of

10         three times before scrapping?

11   A.    Yes.

12   Q.    ███ █ ███ ██████ ███ ██ ██ ██ ███ ██ ████

13         ████ ██ ██ ██ ██ ██████ ████ ████ ██ ███

14         ████ ██ ████ █████

15   A.    █████

16   Q.    ██ ██ ██ █ ██ ██ ██ ██ ██ ██ ██ █████

17         ██████ ██ ████ ██ ████ █████

18   A.    █████

19   Q.    And was this proposal moved along, the possibility of

20         reusing the seats?

21   A.    No.

22   Q.    Was it discussed at Ford after you went through this --

23   A.    We may have had some discussion on it, but it was not --

24         it didn't go any further.

25   Q.    If you can look on Bates page 24691, in the middle of

Public Version - Confidential Information Redacted

Page 158

1      the page.

2  A.   Yes.

3  Q.   There's an e-mail from Rob Stevens to you and some other

4       people, is that correct?

5  A.   Yes.

6  Q.   And in it he asks, How do we assure that we never use a

7       recycled seat on a wagon.

8            Do you understand what he is asking there?

9  A.   I do.

10 Q.   What is he asking?

11 A.   What he's saying is if a seat gets sent back -- see,

12      what happens is, seats when they're installed have to be

13      bolted in in a way that ensures that there's the

14      correct, what's called clamp load between the seat and

15      the floor.  Okay.  It's a highly critical connection

16      that has to be made.  And this whole idea actually could

17      never go anywhere because after the seat has been bolted

18      it and removed, the plant can't take that seat and

19      re-bolt it in and get the correct clamp load.  Because

20      the metal has been deformed.  So you can never, on a

21      critical feature like this, reuse that part.  So it was

22      an idea that was being kicked around, but never went

23      anywhere.

24            So -- and that's what Rob is getting at, that

25      a recycle, as he's calling it, recycled seat or reused

Public Version - Confidential Information Redacted

Page 159

1    seat that has this metal deformation can no longer be

2    installed and meet the requirements for the installation

3    of a seat, as it has to come out of the plant.

4    Generally speaking, Ford would never reuse a part like

5    this because the traceability from the part manufacturer

6    to the plant has been lost.  So there's no way to ensure

7    that the part coming in has quality anymore.  So this

8    idea never went anywhere.

9  Q.  After Rob Stevens sends that e-mail to you about

10    assuring never using a recycled seat on a wagon --

11  A.  Yes.

12  Q.  You responded with an e-mail that says, Rob, assuming we

13    can do this, we will need to release a third seat with

14    some kind of mark on it that indicates it to be a van

15    seat only.  We have not worked out this detail yet.

16  A.  Yes.

17  Q.  Do you see that?

18  A.  None of this idea could go anywhere.  Yes, I do see

19    that, yes.

20  Q.  And if you could turn to the first page of Exhibit 25.

21  A.  Yes, yes.

22  Q.  Which is Bates number 24690.

23  A.  Yes.

24  Q.  There's an e-mail from Cahit Senyucel?

25  A.  Yes.

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAR  Document 91-10  Filed 03/04/16  Page 417 of 488
Case 1:13-cv-00291-MAR  Document 69-5 *SEALED*  Filed 12/19/13  Page 161 of 232

Page 160

1    Q.   And it says, Keith, I thought we have already given the

2         decision not to apply the recycling.  If we will

3         reassess the case then all below questions in your

4         e-mail must be studied in detail.

5    A.   Yes.

6    Q.   It says, number one, My real worry is using a recycled

7         seat in a kombi accidentally.

8    A.   Yes.

9    Q.   We cannot handle the material flow and storing in the

10        plant.  The recycled seats must be returned back to the

11        supplier anyway, not directly to the plant, since they

12        are shipped in sequence VIN by VIN.  If the recycled

13        seat is packed properly with a clear mark on the box,

14        which should also have a mark on a visual area on the

15        seat frame, they can be shipped from supplier to plant

16        based on sequence flow.  This will help to prevent the

17        misuse, but still may not ensure.  We have to get buy in

18        from plant as well.

19             Do you see that?

20   A.   I do.  But this doesn't even really get to the heart of

21        what turned out to be.  He was -- he was concerned with

22        using a seat that had already been deformed, okay, and

23        putting it accidentally into what he calls a kombi

24        vehicle.  In going into this further, we could never use

25        the seat after it's been deformed because it could never

Public Version - Confidential Information Redacted

1    be bolted in and be certified again as properly

2    attached.  So the issue, the issue went even deeper than

3    what he was getting at here.  And it's interesting he

4    would write back I thought we had already given the

5    decision on this.  My mode of operation always was, if

6    something was decided, I always went back at it a second

7    time to see it they really, really felt that way, so --

8  Q.  Well, in number two, doesn't he say --

9  A.  Yes.

10 Q.  -- we have been previously informed --

11 A.  Yes.

12 Q.  -- by MP&L that there will be a level of tax in Turkish

13    customs for the recycled seats?

14 A.  And that was another issue, because there was an

15    additional fact that wasn't factored into that rough

16    business case that I put together.

17 Q.  When you put this rough business case together, did you

18    know that there would be a deformity by removing the

19    seat?

20 A.  No, I did not at that time.  As we went --

21          MR. TODD:  Let her finish the question.

22          THE WITNESS:  Oh, I apologize.  Yes.

23 BY MS. FARRELL:

24 Q.  Did you know that there would be a deformity that you're

25    talking about now in the seat?

Public Version - Confidential Information Redacted

Page 162

1    A.    At the time I put that business case together I do not
2          believe I could not have known it, because that, what
3          I've just described made this whole thing impossible to
4          do.
5    Q.    Where in Exhibit 25 do you see anyone discussing the
6          possibility of a deformity?
7    A.    I don't see that here.
8    Q.    So there's nothing in this about a deformity, correct?
9    A.    Right.  There's nothing in it about a deformity, right.
10   Q.    And in fact, Rob Stevens' only concern, if you look at
11         page 24961, is how do we assure that we never use a
12         recycled seat on a wagon?
13   A.    Right.
14                   MR. TODD:  Objection.
15   BY MS. FARRELL:
16   Q.    Correct?
17   A.    Yes, that's what he says.
18                   CARDUNER EXHIBIT 26
19                   October 2008 E-mail Chain
20                   WAS MARKED BY THE REPORTER
21                   FOR IDENTIFICATION
22   BY MS. FARRELL:
23   Q.    I'd like to show you what's been previously marked as
24         Exhibit 26.
25   A.    Okay.

Public Version - Confidential Information Redacted

1    Q.    If you turn on Exhibit 26, if you could direct your

2          attention to Bates 16865.

3    A.    Yes.

4    Q.    And there is an e-mail from Koray Kavalci --

5    A.    Yes.

6    Q.    -- to you and Rob Stevens and others, correct?

7    A.    Yes.

8    Q.    And in it Koray Kavalci states the following, As you may

9          remember, there was an idea to reuse the second row

10         seats of van vehicles.  To do this, FNA will reassemble

11         the seats when they receive the vehicles at NA customs

12         and send it back to FOT, and we will use this seat in

13         the new built van vehicles.  We mentioned that it is not

14         possible due to our customs regulations, but detailed

15         info is required about this issue.  Can you please let

16         FNA team know our custom regulations that will not allow

17         to do this.

18              Do you see that?

19   A.    Yes, I do.

20   Q.    If you could turn to the first page of Exhibit 26,

21         please.

22   A.    Um-hum (affirmatively).

23   Q.    And there is an e-mail in the middle of the page from

24         Bahar Gurses.

25   A.    Yes.

Public Version - Confidential Information Redacted

Page 164

```
1    Q.   To Koray Kavalci and also to you and others, is that
2         correct?
3    A.   Yes.
4    Q.   And in it it says, Dear All, There is a strict
5         regulation regarding the importation of used materials.
6         Import permission is only given for a short list of
7         materials.  Seat is not on that list.
8              Do you see that?
9    A.   Yes.
10   Q.   And at the top of Exhibit 26 on page Bates numbered
11        16864.
12   A.   Yes.
13   Q.   There's an e-mail from you, correct?
14   A.   Yes.
15   Q.   And that goes to Tracy Parks and Al Dunn.
16   A.   Yes.
17   Q.   And it says, We are not going to be able to reuse the
18        seat, so you will need to work out the scrap process.
19        We are going to try and release a lease expensive seat.
20        Will of course meet all FMVSS requirements.  Perhaps we
21        will remove the flip-forward mechanism, for example.
22              Do you see that?
23   A.   Yes, I do.
24   Q.   And so you say, we're going to try and release a lease
25        expensive seat.
```

Public Version - Confidential Information Redacted

Page 165

1                Do you mean there a less expensive seat?

2   A.   It seems like I meant there less, yes.

3   Q.   Because no one's leasing these seats?

4   A.   No.

5   Q.   You state that, Perhaps we will remove the flip-forward

6        mechanism.

7                What is that?

8   A.   It appears to relate to the fact that there's a dump

9        mechanism on these seats that allow the back of the seat

10       to flip forward onto the seat cushion so that the back

11       of the seat is now can be -- act as a load floor.

12  Q.   And so when you say perhaps we will remove the

13       flip-forward mechanism --

14  A.   Yes.

15  Q.   -- what is the flip-forward mechanism itself?

16  A.   I'm not a seat engineer, but whatever was that mechanism

17       inside that allows that event to occur, you know.  I

18       don't know what that mechanism actually looks like.

19                CARDUNER EXHIBIT 27

20                October 2008 E-mail Chain

21                WAS MARKED BY THE REPORTER

22                FOR IDENTIFICATION

23  BY MS. FARRELL:

24  Q.   I'd like to show you what's been previously marked as

25       Carduner Exhibit 27.

Case 4:13-cv-00291-MAB Document 69-5 SEALED Filed 12/19/18 Page 167 of 232
Case 1:13-cv-00291-MAB Document 91-10 Filed 03/04/16 Page 423 of 488

Page 166

1  A.  Okay.

2  Q.  In Exhibit 27 at Bates page 24696, there's an e-mail

3      toward the middle part of the page from Rob Stevens to

4      you, is that correct?

5  A.  Yes.

6  Q.  And the subject is, the proposal returning second row

7      seats to Otosan after removal at the MOD center in the

8      U.S. for reuse in a subsequent van vehicle.

9  A.  Yes.

10 Q.  And Rob Stevens states, Please keep going on this idea,

11     but we should also look at a real cost-reduced seat.

12     Maybe no tip-forward, no hydraulic cylinder to keep it

13     upright, et cetera.

14 A.  Um-hum (affirmatively).

15 Q.  You respond in an e-mail to Burak and Brian Mansfield.

16 A.  Yes.

17 Q.  And Oktay Ozbay.  It says, Here is a very interesting

18     thought from Rob.  I wish I had thought of it.  For

19     vans, release a cost-reduced seat that removes features

20     like tip-forward and hydraulic cylinder and perhaps

21     other easily removed items.  Can this be investigated?

22     This seat would not be reused.

23          Do you see that?

24 A.  Yes.

25 Q.  Do you know whether or not they investigated a

Public Version - Confidential Information Redacted

1         cost-reduced seat?

2    A.   Yes, they did.

3    Q.   And that removes features like tip-forward?

4    A.   I can't quite remember the features that were

5         specifically removed, but there was an investigation

6         into a cost-reduced seat, yes.

7    Q.   For a cost-reduced seat for these type of features to be

8         removed, would one of these engineering documents that

9         you had talked about earlier, an ESOW, have been

10        something that would have been required to reflect the

11        changes?

12   A.   I'm not quite sure if they did an ESOW, this was done by

13        the engineers in Turkey, and it's possible that the

14        seats in Turkey were internally designed.  I just don't

15        recall whether they were using a supplier for design or

16        they were doing it inside, inside Ford.

17   Q.   To produce a cost-reduced seat --

18   A.   Yes.

19   Q.   -- would there have to have been some type of

20        documentation for that?

21   A.   Yes, there would have been eventually some kind of an

22        approval of the design.

23   Q.   And who would have been the person that would approve

24        that type of a design?

25   A.   That would have been in Turkey.

Public Version - Confidential Information Redacted

1    Q.   And would that be the CNE?

2    A.   I think eventually the CNE would have done the cost

3         approval, but the specific design work would have been

4         handled by engineering management in Turkey.

5    Q.   Would someone have to approve stepping forward in trying

6         to figure this process out?  Would this require an

7         approval before it moved forward.

8    A.   No, not to do an investigation.  No.

9    Q.   Would it be memorialized if it became an actuality?

10   A.   I believe so, yes.

11   Q.   And what type of a document would one expect to see that

12        memorialized as?

13   A.   There would have been some kind of a test document, I

14        believe, yes.

15   Q.   And when you say a test document, what is that?

16   A.   Well, because it's -- anything, even -- anything that

17        was done to the seat, the seat still has to meet FMVSS

18        requirements, all U.S. requirements on seats, and there

19        would have had to have been some kind of testing to

20        demonstrate that.

21   Q.   And the testing for that, how is that recorded?  Is it

22        like a video test with like crash test dummies, or

23        something else?

24   A.   You know, that I'm -- for a seat, I'm not quite sure,

25        so --

Public Version - Confidential Information Redacted

1   Q.   Would you expect it to be in writing?

2   A.   I would expect there to be a test report, yes, some kind

3        of a written test report, yes.

4   Q.   Hydraulic cylinder on Exhibit 27, 24696, what is that?

5   A.   You know, I'm not quite sure what part of the seat that

6        that hydraulic cylinder refers to.

7   Q.   What is a hydraulic cylinder?

8   A.   It would be a cylinder that's filled with gas or a

9        liquid, and it's meant to prevent something from moving

10       too quickly.  Something that has to swing and to prevent

11       it from swinging very quickly with the force of gravity

12       the cylinder's in there to slow that down.

13  Q.   Is that like the cylinder that's on a screen door?

14  A.   Yes, that is a hydraulic cylinder, yes.

15  Q.   Okay.

16  A.   That's fine, that was a good example.

17  Q.   I don't know.  I'm just trying to figure it out.

18  A.   That's a good example.

19  Q.   Now I know what you're talking about.

20  A.   Yes, yes.

21  Q.   If you could turn to page 24699 in Exhibit 27.

22  A.   Okay.

23  Q.   And in it there's an e-mail from Senyucel Cahit -- or

24       Cahit Senyucel, excuse me.

25  A.   Yes.

Public Version - Confidential Information Redacted

1   Q.   And it's to you and some others.  And it states, Keith,

2         This proposal (a cheaper engineered seat) has already

3         been raised in our meeting a month ago, and Brian was

4         going to investigate it with PD.  But also it was

5         mentioned that the cheap version must comply with

6         safety, crash requirements anyway.  Even in this regard,

7         a special seat can still be designed with cheaper

8         cushion, fabric, or some features removed as stated

9         below.  This just needs some work from PD, but I don't

10        think we have enough time left.

11                Who is PD?

12   A.   Product Development.

13   Q.   And who was in Product Development at this time?

14   A.   The people in Turkey.  Me.

15   Q.   So when you say the people in Turkey, who do you recall

16         specifically in Turkey that was involved with product

17         development?

18   A.   For example, Oktay Ozbay, there's a number of people

19         mentioned on here that are in body engineering, seats

20         engineering.

21   Q.   So that's all considered product development?

22   A.   Yes.

23   Q.   So even though they're engineers, they're still

24         considered product development?

25   A.   Definitely, yes.  Yes.

Public Version - Confidential Information Redacted

1   Q.   Okay.  I didn't know if they designate things

2        differently, that's why I'm asking.

3   A.   No.  I understand.  Product development means

4        engineering.

5   Q.   Okay.  Do you know whether or not the seat was designed

6        with cheaper cushion and fabric at some point?

7   A.   You know, I can't recall directly, because I don't think

8        that that had occurred at the time that I was -- before

9        I left the program.

10                    CARDUNER EXHIBIT 28

11                    October 2008 E-mail Chain

12                    WAS MARKED BY THE REPORTER

13                    FOR IDENTIFICATION

14  BY MS. FARRELL:

15  Q.   I'd like to show you what's been previously marked as

16       Carduner 28.

17  A.   Okay.

18  Q.   And is this a continuation on the same idea?

19  A.   It does appear to be, yes.

20  Q.   And by that, when I ask the same idea, I'm referring

21       back to Exhibit 27?

22  A.   Yes, yes.

23  Q.   In Exhibit 28, there's an additional e-mail from you to

24       Cahit Senyucel and others?

25  A.   Yes.

Public Version - Confidential Information Redacted

1    Q.   And it states, Cheaper seat still needs to meet all
2         crash requirements.
3    A.   Yes.
4    Q.   Thought is that, for example, it does not fold or tumble
5         forward.  Don't touch cushion or fabric.  Either way, we
6         need to run out both ideas of, one, seat reuse and, two,
7         cheaper seat.  If customs issues prevent seat reuse,
8         then cheaper seat needs to be pursued.  Perhaps that
9         comes in Job #1 plus 90 or 120, for example.
10              So at this point the idea of reusing the seat
11        was still being vetted, is that correct?
12   A.   That's how it appears here, yes.
13   Q.   And at the last -- the last sentence says, Perhaps that
14        comes in Job #1 plus 90 or 120.
15              What does that mean?
16   A.   That means 90 days after Job 1 or 120 days of Job 1.
17   Q.   And can you remind me, because you told me earlier what
18        Job 1 is?
19   A.   That's the -- effectively the point that the product is
20        launched.
21   Q.   And so that would be actually producing the vehicle that
22        could be used?
23   A.   Yes, yes.  For selling to customers, yes.
24   Q.   So at that point in the initial launch the seat issue
25        would not have been resolved?

Public Version - Confidential Information Redacted

```
 1   A.   This is saying that at the time that we were -- that at
 2        Job 1, there was nothing done to -- the seat was not
 3        changed in any way from the way it was originally
 4        designed.  And I actually left the program almost
 5        exactly at this time.
 6   Q.   In October of 2008?
 7   A.   Thereabouts, or I think -- I think I stopped October 2
 8        -- I think I stopped in January -- no, no, no.  This
 9        memo was October 2008.  This is referring to Job 1 plus
10        90 or 100, the Job 1 was much later than October of
11        2000 -- this memo comes from that time.  But Job -- I'm
12        saying I left the program right at -- shortly after
13        Job 1.  So I wasn't at the program at Job 1 plus 90 or
14        120.
15   Q.   So you left the program at Job 1?
16   A.   Shortly after Job 1, that's right.  But not back in
17        2008.  Because this memo is written a number of months
18        before actually Job 1 occurring, so --
19   Q.   Do you remember when Job 1 did occur on the Transit
20        Connect program?
21   A.   I guess I can't remember the exact date.  I think it was
22        -- it was in the first quarter of 2009, I believe.
23   Q.   Do you know whether or not -- here you state perhaps
24        that comes in Job 1?
25   A.   Yes.
```

Public Version - Confidential Information Redacted

1    Q.   Did the seat resolution, either reuse or a cheaper seat,

2         do you know whether that had ever come to its final

3         conclusion prior to Job 1?

4    A.   I do know this, that the idea of seat reuse was

5         definitely killed before Job 1.  That was, even though

6         this is mentioned in here, that was never pursued.

7    Q.   So the cheaper seat then would have been the only thing

8         left to pursue at Job 1?

9    A.   If it did happen, that's correct, yes.  But post Job 1.

10        Because what this memo is saying is that we're too late

11        to do the design work, the testing work in order to

12        implement this less expensive seat by Job 1.

13                       CARDUNER EXHIBIT 29

14                       October 2008 E-mail Chain

15                       WAS MARKED BY THE REPORTER

16                       FOR IDENTIFICATION

17   BY MS. FARRELL:

18   Q.   I'd like to show you what's been marked as Carduner

19        Exhibit 29.

20                       And do you see the first page of Exhibit 29,

21        which is Bates 24717?

22   A.   Yes.

23   Q.   In the middle of the page there's an e-mail from Rob

24        Stevens to you.

25                       Do you see that?

Public Version - Confidential Information Redacted

Page 175

1   A.   Yes.

2   Q.   And the subject is, Proposal Returning second row seats

3        to Otosan after removal at the MOD center in the U.S.

4        for reuse in a subsequent van vehicle?

5   A.   Yes.

6   Q.   And Rob Stevens states, Okay, Can we create a fixed

7        low-cost alt, pull shocks at Job 1, fixed Job 2?

8   A.   Yes.

9   Q.   When he says create a fixed low-cost alt, does he mean

10       alternative?

11  A.   He does.

12  Q.   And that would be an alternative seat?

13  A.   Yes.

14  Q.   And then the second part says, pull shocks at Job 1,

15       fixed Job 2.

16            What does that mean?

17  A.   I can't quite remember what that means actually.

18  Q.   What are shocks?

19  A.   I would have thought shock absorbers, but that has

20       nothing to do with seats at all, so --

21  Q.   And at Job 1?

22  A.   Right.

23  Q.   And then fixed Job 2?

24  A.   I think what he was trying to do here was suggest ways

25       to do the less expensive seat in a way that would allow

Public Version - Confidential Information Redacted

1       us to capture some of the cost at Job 1, but then all of

2       the possible cost savings at a later event.  That's

3       what's going on here.

4   Q.  Do you know if there's anything in a seat that's called

5       a shock?

6   A.  He may have been referring to that hydraulic tube.

7   Q.  And then there's an e-mail at the top of page 24717 of

8       Exhibit 29, an e-mail from you to Rob Stevens and Brian

9       Mansfield.  It states, Per your suggestion the other

10      day, we have already asked body to start looking into

11      this?

12  A.  Yes.

13  Q.  What is body?

14  A.  Body engineering.

15  Q.  Would body engineering handle seats?

16  A.  Yes.

17  Q.  So what's the role of body engineering?

18  A.  Well, there's different engineering groups for different

19      parts of the car, and body engineering typically

20      handles, among all the parts, they do seats, so that's

21      -- they are the engineering group that handles that.

22  Q.  What else does body do?

23  A.  They will do sheet metal, IP, trim, seatbelts, consoles,

24      you know, exterior lamps.  All that kind of stuff.

25              CARDUNER EXHIBIT 30

Public Version - Confidential Information Redacted

```
1                    February 2009 E-mail Chain

2                    WAS MARKED BY THE REPORTER

3                    FOR IDENTIFICATION

4      BY MS. FARRELL:

5      Q.    I'd like to show you a document marked Carduner 30.

6      A.    Okay.

7      Q.    And do you recognize this document?

8      A.    I don't recognize this specific document, but I know

9            what this is.

10     Q.    And what is it?

11     A.    It's the installation guide for doing what's called

12           FordWork Solutions.

13     Q.    And what is FordWork Solutions?

14     A.    It was a set of options that we offered to use on the

15           Transit Connect.

16     Q.    And was this available for all Transit Connects?

17     A.    I can't remember the exact availability, but I believe

18           so.

19     Q.    So it could have been available for Transit wagon, as

20           well as Transit van?

21     A.    I can't quite remember.  Most likely it would have been

22           for Transit van, for the Transit, you know, with the

23           seat removed.  When you say Transit, do you mean Transit

24           Connect or --

25     Q.    Yes.
```

Public Version - Confidential Information Redacted

Page 178

1    A.    Yes.

2    Q.    I'm sorry, I'm going shorthand and I shouldn't.  It's

3          Transit Connect.

4    A.    That's fine.

5                     CARDUNER EXHIBIT 31

6                     February 2009 E-mail Chain

7                     WAS MARKED BY THE REPORTER

8                     FOR IDENTIFICATION

9    BY MS. FARRELL:

10   Q.    And I'd like to show you what's been previously marked

11         as Carduner Exhibit 31.

12   A.    Okay.

13   Q.    And this e-mail that is Exhibit 31 and starts with Bates

14         number 17579.

15   A.    Yes.

16   Q.    That's an e-mail from Tracy Parks to several people,

17         including you, is that correct?

18   A.    Yes.

19   Q.    What is your understanding about what the documents that

20         are attached to this e-mail is for?

21   A.    Based upon who it's sent to, it's sent to the people at

22         the 2W Global.  This is directions on how to do

23         operations that needed to be done at the import -- at

24         the point of importation.

25   Q.    So on the first page of this document, which is Bates

Public Version - Confidential Information Redacted

1          17579.

2   A.    Yeah.

3   Q.    In the middle of the e-mail from Tracy Parks, it states,

4         In addition, several practice bucks will be shipped to

5         Baltimore and -- can you pronounce that?

6   A.    Hueneme.

7   Q.    Hueneme?

8   A.    Yes.

9   Q.    -- the week of March 2nd to use for window replacement

10        training.

11  A.    Yes.

12  Q.    Also, members of the Ford EPE team will be on site in

13        Baltimore the week of March 16th to provide further

14        training and direction.

15              Do you see that?

16  A.    Yes.

17  Q.    What are several practice bucks.  What is that?

18  A.    That just means a body.  It probably is a vehicle

19        without wheels or an engine, just the body of the

20        vehicle with the interior trim and seats and all those

21        parts installed.

22  Q.    And why would they be shipping something like that?

23  A.    So that the port could practice doing the operations

24        that are described in this -- in all of these documents

25        here.

Public Version - Confidential Information Redacted

1    Q.   It says, also members of the Ford EPE team will be

2         on-site.

3                   What is the Ford EPE team?

4    A.   That would have been the team of Jim Rouen, Eva Hsueh,

5         there was a few other people we've mentioned along the

6         way, that developed some of the processes outlined in

7         the documents here.

8    Q.   And the EPE, what does that stand for?

9    A.   I think that was -- I think that was export engineering

10        I think they were called.

11   Q.   Did you play any role in the design --

12   A.   I did not actually, no.

13   Q.   I just want to -- let me --

14   A.   I'm sorry.  I did that again, didn't I?

15   Q.   That's okay.  That's okay.  That's been a long day, so I

16        appreciate your attention, believe me.

17                  Did you play any role in the drafting or the

18        design of the documents that are attached to Exhibit --

19        the I'm in Exhibit 31?

20   A.   Okay.  Now that you've asked me the full question, the

21        answer is yes, to the extent that I helped to set the --

22        thank you -- that I set to help the -- I helped to set

23        the expectations, but I didn't do any of the engineering

24        work, so --

25   Q.   Okay.  So there are documents here that are drafts --

Public Version - Confidential Information Redacted

*Page 181*

1   A.   Yes.

2   Q.   -- and we have copies.  They follow the e-mail.  And if

3        I could direct your attention to the page that's Bates

4        stamped 17589.

5   A.   Yes.

6   Q.   There's a section 6.0, and it's called the Homologation

7        Procedures?

8   A.   Yes.

9   Q.   What is homologation, what does that mean?

10  A.   Homologation usually means making something appropriate

11       for a specific country in which a vehicle or -- is being

12       imported to meet whatever the requirements are in that

13       market.  Usually they're regulatory requirements.

14  Q.   And 6.1 states, Cargo Van Conversion Process.

15  A.   Yes.

16  Q.   Did you help to draft this flow in this section?

17  A.   No, no, I did not.  For one thing, the use of the word

18       homologation is not correct here.  Because the process

19       that's described here is not something that has to be

20       done to meet a regulation, so -- but -- no, I did not

21       have to be involved in writing this, but only in setting

22       the objective of what we wanted to achieve.

23  Q.   Do you know who would have drafted these documents?  In

24       particular the pages that we're looking now, if we turn

25       back to the first page of it, it's called the 2010 Model

Public Version - Confidential Information Redacted

1       Year Transit Connect Program Port Processing Statement

2       of Work?

3   A.  I believe this document was written by Tracy Parks.  It

4       would have been within his job function to write this.

5   Q.  If I could direct your attention to Bates page 17591.

6       There's a section here that's entitled 6.4 Vehicle

7       Labels.

8   A.  Yes.

9   Q.  Do you see that section?

10  A.  Yes.

11  Q.  And in it there are a couple little bullet points?

12  A.  Yes.

13  Q.  It says, the PP is to install the labels listed below on

14      all Transit Connects imported to North America.

15  A.  Um-hum (affirmatively).

16  Q.  The first one is the Monroney stickers?

17  A.  Yes.

18  Q.  That one is plural.  Are there more than one Monroney

19      sticker for a vehicle, or they just made it plural?

20  A.  I'm not sure.  I'm only aware of one, so --

21  Q.  Do you know who would be the person at Ford that would

22      have the most knowledge about what labels are required?

23  A.  I can't remember the person's name, but there is a group

24      called Label Engineering, and it's their job to make

25      sure that -- and they handled this globally, all labels

Public Version - Confidential Information Redacted

Page 183

1      that are required anywhere on the vehicle in any market,

2      so --

3  Q.  And the Label Engineering, I guess, is that a team?

4  A.  Yes, yes.

5  Q.  Are they located in the United States, or elsewhere?

6  A.  They're in the United States, yes.

7  Q.  The next bullet has a thing called ramp labels.  What is

8      that?

9  A.  I used to know.  I cannot remember what the ramp label

10     is.  I knew at one time.

11 Q.  And then there's another section, another bullet.  It

12     says parts content, smog index labels?

13 A.  Yes.

14 Q.  Parts content, what is that?

15 A.  I believe, if I remember correctly, there was a label on

16     there that indicated the percentage of parts that were

17     U.S. manufactured.

18 Q.  And then the smog index labels?

19 A.  Yes.

20 Q.  That's just California, or --

21 A.  I can't remember now.  But there was some changes in

22     federal regulations around this time.  We had to start

23     showing additional labels on there, and -- I just can't

24     remember all the details on it, so --

25 Q.  And then 6.4.1 is TREAD Act labels?

Public Version - Confidential Information Redacted

Page 184

1    A.   Yes.

2    Q.   And you had talked about those earlier, right?

3    A.   Yes.

4    Q.   If you could direct your attention to 17594.  There is a

5         -- a little bit down the page, not very far, it says,

6         Advance Shipping Notice (from COPAC).

7              Do you know what that is?

8    A.   I don't remember what COPAC was or is.

9    Q.   And what's an advanced shipping notice?

10   A.   I guess I just can't quite remember.  I think I knew all

11        this stuff at one time, but I can't quite remember.

12        There was a thing where we wanted to make sure as

13        vehicles were leaving, you know, first they went from

14        Turkey to South Hampton, and then there was a process to

15        make sure the port knew which vehicles were coming in

16        next, and that seems to be what this is referring to.  I

17        can't quite remember all the details on it though.

18   Q.   Would an advanced shipping notice reflect all of the

19        vehicles that were coming?

20   A.   Again, I'm not sure.  I'm -- this kind of stuff, while I

21        was interested in it and learned about it, was all being

22        handled by the import/export people.

23   Q.   So would you expect that the advanced shipping notice

24        would be sent to the port?

25   A.   I can only speculate on that.

Public Version - Confidential Information Redacted

Page 185

1   Q.   If you could turn your attention to 17595.  There's a

2        statement in the Section 10.0, it's italicized, it says,

3        Note:  Transit Connects from Puerto Rico are considered

4        an E&G sales program and not associated with FNA.

5   A.   Yes.

6   Q.   What does that mean?

7   A.   E&G is export and growth.

8   Q.   And what is export and growth?

9   A.   It's another part of the company that was dealing with

10       smaller markets, and so apparently Puerto Rico was

11       considered part of that, so -- I think this is just

12       referring to how bookkeeping was done inside the

13       company, so --

14  Q.   Okay.

15  A.   Yeah.

16  Q.   I mean, was it a different kind of Transit Connect for

17       Puerto Rico?

18  A.   No, no.  Not at all.  It was just who took credit for

19       the sale basically, so --

20  Q.   Okay.  If I could direct your attention to Bates page

21       17599.  Do you recognize this document?

22  A.   I recognize what's being discussed here.

23  Q.   And what's being discussed?

24  A.   The installation of what's called a load floor, a flat

25       floor into the vehicle, so that it -- there's a foot

Public Version - Confidential Information Redacted

1        well in Figure 1 you can see that that's a foot well.

2        You probably can't, but there's a metal plate that's

3        been put over the foot well.

4    Q.   That's a light color in Figure 1?

5    A.   Yes.  That metal plate, there's a foot well there, so

6        for people sitting in the second row seat to be able to

7        put their foot down into the foot well.  So to make it

8        into a flat load floor, we put in this light-colored

9        metal piece, and then a bed, a covering was put over it

10       to create a nice flat load floor.

11   Q.   So that would go from that new insert, that light

12       colored piece --

13   A.   Yes.

14   Q.   -- all the way to the barn doors?

15   A.   Yes, yes, yes.

16   Q.   Okay.

17                    CARDUNER EXHIBIT 32

18                    August 2009 E-mail Chain

19                    WAS MARKED BY THE REPORTER

20                    FOR IDENTIFICATION

21   BY MS. FARRELL:

22   Q.   And if I can show you what's been previously marked as

23       Carduner Exhibit 32.

24   A.   Okay.

25   Q.   In Exhibit 32, do you recognize what this document is?

Public Version - Confidential Information Redacted

Page 187

1    A.    I had no memory of this until you showed me this now,

2          so --

3    Q.    And what do you now know looking at Exhibit 32?

4    A.    It appears to be another attempt to try to figure out a

5          way to recycle seats.

6    Q.    And this time it was a Turkish company, Assan Hanil, is

7          that right?

8    A.    Yes.

9    Q.    And they were actually the supplier for the second row

10         seat?

11   A.    That is correct, yes.

12   Q.    And do you know whether or not this ever came to

13         fruition that this company was able to take the seats

14         back to Turkey?

15   A.    My memory is that this did not work out, but I don't

16         know the reason why this didn't work out.

17                    CARDUNER EXHIBIT 33

18                    November 2009 E-mail Chain

19                    WAS MARKED BY THE REPORTER

20                    FOR IDENTIFICATION

21   BY MS. FARRELL:

22   Q.    I'd like to show you what's been marked as Carduner

23         Exhibit 33.

24   A.    Okay.

25   Q.    If I could direct your attention to Bates page 18308 --

Public Version - Confidential Information Redacted

Page 188

1    A.    Yes.

2    Q.    -- for Exhibit 33.

3    A.    Um-hum (affirmatively).

4    Q.    There's an e-mail in the middle of the page from Dan

5          Adsit --

6    A.    Yes.

7    Q.    -- to you, regarding Ford Transit seats.

8    A.    Yes.

9    Q.    And it says, Keith, Last week we had a discussion on

10         this issue with Ron, Anne Marie and Jeannie.  We agreed

11         that Rich (my boss) and I would sit down with the

12         Ecology Center and explain Ford's decisionmaking process

13         to them, explain the environmental benefit overall of

14         bringing over the Transit Connect, and ask them if they

15         have any suggestions.

16              Who is the Ecology Center?

17   A.    I guess I'm not quite sure who the Ecology Center is.

18   Q.    And then below that it states, To support our

19         conversation, could you send me some (existing)

20         information on the following:

21              Q and A regarding the seats

22              Split between the wagon and the van and

23         volumes.

24              Percentage of seat weight we are recycling.

25              Fuel economy benefit of the Transit Connect

Public Version - Confidential Information Redacted

1           over the option (Econoline), and 50,000 feet overview of

2           the general business case.

3                   We need to make this work financially.

4                   Do you understand what he was looking for

5           there?

6      A.   I believe so.  I don't quite know what Q and A regarding

7           the seats means though, and -- otherwise I pretty much

8           do.

9      Q.   And what was he looking for in that e-mail?

10     A.   I believe the concern here was whether -- because of our

11          approach to -- because how were we handling the seats

12          that were being removed from the vehicles, you know,

13          from an environmental point of view.  So I think that

14          was the concern here.

15     Q.   Did something trigger this inquiry?

16     A.   There appears to be the article from -- the WJS article

17          that was written at the time that this is starting out,

18          and I believe that's what did.

19     Q.   And that's the Wall Street Journal article?

20     A.   Yes.

21     Q.   When that Wall Street Journal article came out, did

22          anyone ask you to assist in drafting responses?

23     A.   No.

24     Q.   And did you have any other involvement with respect to

25          the Wall Street Journal article?

Public Version - Confidential Information Redacted

Page 190

1    A.    Nope.  No.

2    Q.    So your response is at the top of Bates 18308

3          discussing --

4    A.    I was responding to Dan Adsit, yes.

5    Q.    Who is Dan Adsit?

6    A.    He's a -- he might still -- probably still with -- he's

7          a Ford employee, working in materials, and

8          sustainability kind of area.

9    Q.    So this document that we're seeing, which is Exhibit 33,

10         is simply a discussion about environmental concerns with

11         respect to recycling the seats?

12   A.    I believe so, yes.

13                     CARDUNER EXHIBIT 34

14                     December 2009 E-mail Chain

15                     WAS MARKED BY THE REPORTER

16                     FOR IDENTIFICATION

17   BY MS. FARRELL:

18   Q.    And I'd like to show you what's been previously marked

19         as Carduner Exhibit 34.

20   A.    Thank you.

21                Okay.

22   Q.    Do you recognize Exhibit 34?

23   A.    I do not at all.  I cannot get my arms around what's the

24         additional issues that are being brought up in here.

25   Q.    Do you see that there's an e-mail from Robert Stevens to

Public Version - Confidential Information Redacted

1        you?

2    A.   Yeah.

3    Q.   Jeannie Gabor and Brian --

4    A.   At the top of the --

5    Q.   Yes?

6    A.   On 436.

7    Q.   If he top of the string?

8    A.   Yes.

9    Q.   On 22436.

10   A.   Okay.

11   Q.   And it says, This is getting out of hand.  We will have

12        lots of help.  They seem to forget this is a double

13        seat.  But we need to come up with a low key plan that

14        could use some of the these seats.  Think of some ideas

15        and let's go through this next week.

16             Do you know what Rob Stevens is talking about

17        there?

18   A.   I do not.  I would have to really go back and recollect

19        all my thoughts on this.

20   Q.   If you look at the rest of e-mail --

21   A.   Okay.

22   Q.   Do you see that it's talking about landfill?

23   A.   Yes.  I believe there was just -- trying to -- there was

24        a concern about -- there was a concern about -- there

25        was some idea that had developed that we were taking

Public Version - Confidential Information Redacted

Page 192

```
 1          seats out of the vehicle and just simply throwing the
 2          entire seat into a landfill, but that's not what
 3          eventually happened.  The seats were disassembled, the
 4          metal was recycled, so that the only material that ended
 5          up being -- and actually it ended up being used as a
 6          landfill cover, was the soft part of the seat.  So I
 7          think there was, as often happens, when a lot of people
 8          get involved that don't know the facts and
 9          what-have-you, they start developing these ideas of
10          things being not what they really are, so I think that's
11          what Rob was getting a little frustrated with, so --
12    Q.    Was it that he was concerned that there was a
13          misunderstanding of the Transit Connect program?
14    A.    I think so, yes.  I think there was a misunderstanding
15          of what exactly was being done with the seats after they
16          were being taken out, so -- I mean, there were some
17          crazy ideas about putting them, you know, trying to sell
18          them to theaters to be used in theaters, but that was --
19          it was just -- it was just nonsense basically, so --
20                    MS. FARRELL:  Off the record.
21                    (An off-the-record discussion was held)
22                    CARDUNER EXHIBIT 35
23                    December 2009 E-mail Chain
24                    WAS MARKED BY THE REPORTER
25                    FOR IDENTIFICATION
```

Public Version - Confidential Information Redacted

Page 193

1              MS. FARRELL:  Back on the record.

2    BY MS. FARRELL:

3    Q.   I'm showing you what's been marked as Carduner

4         Exhibit 35.

5    A.   Thank you.

6                   Okay.

7    Q.   Okay.  Do you recognize what's been previously marked as

8         Exhibit 35?

9    A.   Now that I'm reading it, I recall this, yes.

10   Q.   And what's this e-mail string about?

11   A.   It appears to be another attempt to try and figure out a

12        way to send seats back to Turkey so that we don't have

13        to recycle them.  And because it involves the Turkish

14        seat supplier, Assan Hanil, it would allow the seats to

15        flow back into the manufacturing process as if coming

16        from the -- not as if, coming from the original supplier

17        of the seats.  They would address any issues with that

18        clamp load that I was referring to before, and they

19        would have complete control over the seats going back

20        into the plant.  Now, why they would do this, I never

21        understood then, so --

22   Q.   At the top of Exhibit 35 there's handwriting.

23   A.   Yes.

24   Q.   And it states, SVO with a question mark.

25   A.   Yeah.  That's not my handwriting.

Public Version - Confidential Information Redacted

Page 194

1   Q.   Do you know whose handwriting it is?

2   A.   I'm not sure, no.

3   Q.   And do you know what SVO stands for?

4   A.   I do not actually.  I don't see where it would be in

5        this context.

6   Q.   Okay.

7                      CARDUNER EXHIBIT 36

8                      February 2010 E-mail Chain

9                      WAS MARKED BY THE REPORTER

10                     FOR IDENTIFICATION

11  BY MS. FARRELL:

12  Q.   And I'd like to show you the last document today,

13       document that's been marked as Exhibit 36.

14  A.   Okay.

15  Q.   And do you recognize the document that's been previously

16       marked as Exhibit 36?

17  A.   This one, I do not.  I know I've been cc'd on it, but

18       this person here Hoang Truong.

19  Q.   Yes.

20  A.   This was my replacement after leaving the Transit

21       Connect program.  And this would have been an issue that

22       they were addressing after I was no longer directly

23       working on it.  So I'm not quite -- I don't recognize

24       exactly what this pins issue is actually.

25  Q.   It states -- so you're not sure in if number two --

Public Version - Confidential Information Redacted

Page 195

1   A.   I don't -- even they though cc'd me on it, I think it

2        was just done out of some courtesy, but I don't -- I

3        don't recall getting involved with this issue actually.

4        But go right ahead.

5   Q.   I want to the focus on part two, which was, for U.S.

6        bound van locating pins are used to put in temporary

7        seats.

8             Do you know what locating pins are?

9   A.   No.  I'm not quite -- oh.  I remember this.  In the flat

10       -- there were these metal pins that came up that were

11       used for locating, and they were a problem in putting

12       down the mat to make the floor flat.  So there had to be

13       an issue with trying to get the pins either removed --

14       I'm having a little trouble just remembering all of

15       this.  But I believe that was the issue.

16  Q.   You were talking about making the floor flat?

17  A.   Yes.

18  Q.   There was a document that we reviewed earlier?

19  A.   Yes, yes.

20  Q.   And you were talking -- there was a lighter color

21       insert?

22  A.   Yes, yes.

23  Q.   Is that what we're talking about with respect to the

24       pins?

25  A.   I don't think so, no.  I believe that there was a

Public Version - Confidential Information Redacted

Page 196

```
 1          locating pin that was used for placement of the seat

 2          when it was installed, and that the pin was still there

 3          when the seat was removed, and they were trying to

 4          figure out how to deal with that.

 5     Q.   Do you know if they ever figure out how to deal with

 6          that?

 7     A.   I don't know.  I don't know.

 8                    MS. FARRELL:  Okay.  Well, I thank you for

 9          your time today.

10                    THE WITNESS:  Sure.

11                    MS. FARRELL:  It was a very long day, I

12          appreciate your attention the entire time.  Sorry to put

13          you through that.  We just had a lot of documents.

14                    THE WITNESS:  That's no problem.  I've learned

15          my lesson about writing e-mail.

16                    MR. TODD:  No cross, and we'll read and sign.

17          Thank you.

18                    (The deposition was concluded at 5:45 p.m.)

19

20

21

22

23

24

25
```

Public Version - Confidential Information Redacted

Page 197

          I have reviewed the above transcript and have

     listed corrections, if any, on the attached errata

     sheet, this_____day of_____, 20____.




          _____

          SIGNATURE OF THE WITNESS


          SUBSCRIBED AND SWORN to before me this _____ day of

     _____, 20_____.



                              _____

                              NOTARY PUBLIC

          My Commission expires: _____.

Public Version - Confidential Information Redacted

Page 198

1                    CERTIFICATE OF NOTARY

2

3      STATE OF MICHIGAN          )

4                                 ) SS

5      COUNTY OF MACOMB           )

6

7           I, LAURA J. STEENBERGH, Certified Shorthand

8      Reporter, a Notary Public in and for the above county

9      and state, do hereby certify that the above deposition

10     was taken before me at the time and place hereinbefore

11     set forth; that the witness was by me first duly sworn

12     to testify to the truth, and nothing but the truth, that

13     the foregoing questions asked and answers made by the

14     witness were duly recorded by me stenographically and

15     reduced to computer transcription; that this is a true,

16     full and correct transcript of my stenographic notes so

17     taken; and that I am not related to, nor of counsel to

18     either party nor interested in the event of this cause.

19

20

21     _____

22                      LAURA J. STEENBERGH

23                      CSR 3707 Notary Public,

24                      Macomb County, Michigan

25     My Commission expires:  2/14/21

Page 199

1                               ERRATA SHEET
2

       CASE NAME: Ford v. United States
3      DATE OF DEPOSITION: 6/22/2015
       WITNESSES' NAME: Keith Carduner

4
5      PAGE   LINE (S)        CHANGE                    REASON
       ____|_____|_____|_____
6
       ____|_____|_____|_____
7
       ____|_____|_____|_____
8
       ____|_____|_____|_____
9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
18                                   _____
                                          Keith Carduner
19     SUBSCRIBED AND SWORN TO BEFORE ME
20     THIS ____ DAY OF _____, 20__.
21
22
23
24     _____      _____
25     (NOTARY PUBLIC)               MY COMMISSION EXPIRES:

[& - 234546]

**&**

**&** 150:14,14,18
151:4

**0**

**020408.xls.** 99:8

**1**

**1** 1:12 3:12 6:5,11
6:13 34:23,24 56:16
67:18 118:16 172:9
172:14,16,16,18
173:2,9,10,13,13,15
173:16,18,19,24
174:3,5,8,9,12
175:7,14,21 176:1
186:1,4
**10** 7:16 8:8,15 54:20
**10-1-07** 79:15
**10.0** 185:2
**100** 127:15 173:10
**101** 3:24
**10278** 2:18
**105** 3:25
**106** 4:1
**10:05** 94:13
**11** 3:21 90:4,10,12
**110** 71:7,9,15,18
**116** 4:2
**11:35** 1:17 5:3
**11th** 94:13
**12** 3:22 71:8 91:22
92:3 94:2,21 95:17
**120** 172:9,14,16
173:14
**123** 4:3
**128** 4:4
**13** 3:23 98:14,20
100:19
**13-00291** 1:6
**132** 4:5
**135** 4:6
**139** 4:7
**14** 3:24 101:9,15
104:13

**144** 4:8
**149** 4:9
**15** 3:25 39:3 105:19
105:25
**150** 14:19 17:20,24
18:13 19:11,12,14
19:15 27:6,23 49:4
157:16
**1501** 2:6
**155** 4:10
**16** 4:1 106:13,19,21
115:22
**162** 4:11
**165** 4:12
**16692** 104:14
**16746** 131:10
**16748** 129:15
**1677** 154:14
**16770** 154:12
**16771** 149:22
**16864** 164:11
**16865** 163:2
**16th** 179:13
**17** 4:2 116:11,17
118:24 122:16
**171** 4:13
**174** 4:14
**175** 156:24 157:3
**17579** 178:14 179:1
**17589** 181:4
**17591** 182:5
**17594** 184:4
**17595** 185:1
**17599** 185:21
**176** 4:15
**178** 4:16
**18** 4:3 123:20 124:1
124:4 127:4
**18308** 187:25 190:2
**186** 4:17
**187** 4:18
**19** 4:4 128:24 129:5
129:7,9,17 131:8
133:8 135:5

**190** 4:19
**192** 4:20
**194** 4:21
**198** 1:12
**1986** 14:22
**199** 17:3
**1992** 15:21
**1997** 16:18
**1998** 17:3 19:3
27:19
**1999** 17:4 19:1
**1:00** 53:6 72:5,6

**2**

**2** 3:13 46:1,7,9
173:7 175:7,15,23
**2.5** 64:16
**2/14/21** 198:25
**20** 4:5 39:3 122:12
122:14 132:18,24
133:24 134:14
197:12,20 199:20
**2000** 19:4 27:17,18
27:23 80:10 173:11
**20005** 2:7
**2000s** 28:1 48:8
**2001** 19:9,16
**2006** 28:24 30:23
31:5
**2007** 3:13,14,15,16
3:17,18,19,20 46:2
49:7 52:23 58:5
66:7 72:9,22 77:20
85:22
**2008** 3:21,22,23,24
3:25 4:1,2,3,4,5,7,8
4:9,10,11,12,13,14
90:5 91:23 93:11
94:13 98:15 99:9
101:10 105:20
106:14 116:12
117:7,23 118:12
123:21 128:25
131:24 132:19
139:21 144:12

146:12,12 149:9
155:22 162:19
165:20 171:11
173:6,9,17 174:14
**2009** 4:6,15,16,17,18
4:19,20 113:12
135:15 139:8
173:22 177:1 178:6
186:18 187:18
190:14 192:23
**2010** 4:21 45:2
80:22 108:17
109:15 111:22
123:10 132:11
181:25 194:8
**2011** 123:12
**2014** 12:5,8
**2015** 1:18 5:2 12:9
14:13 27:9
**202** 2:8
**21** 4:6 135:14,20,22
135:25 137:1
**212** 2:19
**21408** 142:15
**21409** 140:6
**214408** 141:9
**21568** 148:13,18
**21570** 144:21,23
148:9
**21572** 145:18
146:23
**22** 1:18 4:7 5:2
139:20 140:1,3
141:9 142:15
**220** 71:9,16,18
**22436** 191:9
**227** 130:8
**23** 4:8 144:11,17,19
147:20 148:10
**23406** 47:4
**23420** 65:3
**23421** 58:13 63:23
65:3
**234546** 125:15

Public Version - Confidential Information Redacted

| | | | |
|---|---|---|---|
| **23600** 54:11 55:9 | **29** 4:14 174:13,19 | **525** 157:12 | **absorbers** 175:19 |
| **23605** 68:6 69:23 | 174:20 176:8 | **58** 3:16 | **accept** 138:11 |
| **23606** 67:4 68:16 | **2nd** 179:9 | **5:45** 196:18 | **accepted** 121:19 |
| **23690** 66:17 73:8 | **2w** 178:22 | **6** | **access** 22:17 |
| **23691** 74:21 | **3** | **6** 3:12,17 66:6,12,16 | **accidentally** 160:7 |
| **23692** 80:18 84:13 | **3** 3:14 49:6,12,14 | 69:23 | 160:23 |
| **23955** 94:3,22 | **30** 4:15 136:13 | **6.0** 181:6 | **achieve** 19:18 115:4 |
| **23956** 93:20 | 176:25 177:5 | **6.1** 181:14 | 181:22 |
| **23957** 92:8,22 | **30th** 72:22 | **6.4** 182:6 | **achieved** 40:22 |
| **23958** 97:4 | **31** 4:16 178:5,11,13 | **6.4.1** 183:25 | **acronym** 32:17 |
| **24** 4:9 149:8,14,17 | 180:19 | **6/22/2015** 199:3 | **acronyms** 31:25 |
| 149:22 151:18 | **32** 4:17 186:17,23 | **60** 88:13 89:13 | 32:5 133:22 |
| 154:13 | 186:25 187:3 | **60/40** 88:20 89:3,14 | **act** 77:9,12 90:25 |
| **24006** 113:15 | **33** 4:18 187:17,23 | 89:16,23 | 91:7,9,13 96:24 |
| **24007** 106:22 | 188:2 190:9 | **66** 3:17 | 97:19,20,21 98:8 |
| **24189** 118:24 | **34** 4:19 190:13,19 | **7** | 165:11 183:25 |
| 122:16 | 190:22 | **7** 3:18 72:8,14,17 | **action** 78:5 79:14 |
| **24190** 116:19 | **346** 2:17 | **7-12** 87:13 | 151:8,9,11 |
| **24545** 127:6 | **35** 4:20 192:22 | **72** 3:18 | **activities** 116:25 |
| **24547** 124:7 | 193:4,8,22 | **736-8483** 2:8 | **activity** 150:5 |
| **24550** 115:24 | **36** 4:21 194:7,13,16 | **77** 3:19 | **activity's** 128:16 |
| **24595** 134:5 | **363** 107:1,4,20 | **8** | **actual** 42:4 100:21 |
| **24690** 156:14 | **3707** 1:19 198:23 | **8** 3:19 77:19,25 78:3 | 130:16 |
| 159:22 | **375** 157:14 | 84:14 | **actuality** 168:9 |
| **24691** 157:25 | **39** 97:4 | **826** 149:2 | **add** 126:19 |
| **24692** 156:14,23 | **4** | **827-8643** 149:2 | **added** 93:3 |
| **24696** 166:2 169:4 | **4** 3:15 52:22 53:3 | **85** 3:20 | **adding** 74:12 |
| **24699** 169:21 | 55:8 | **9** | **addition** 44:14 |
| **24717** 174:21 176:7 | **408** 130:13 | **9** 3:20 85:21 86:3 | 179:4 |
| **24961** 162:11 | **408's** 130:14 | **90** 3:21 63:19,21 | **additional** 47:22 |
| **25** 4:10 64:18 | **436** 191:6 | 172:9,14,16 173:10 | 86:11 91:11 161:15 |
| 155:21 156:3,6 | **46** 3:13 | 173:13 | 171:23 183:23 |
| 159:20 162:5 | **47** 125:15 | **91** 3:22 | 190:24 |
| **2596** 1:15 | **48128** 5:24 | **956** 92:6 | **address** 5:21 193:17 |
| **26** 2:17 4:11 114:1 | **49** 3:14 | **98** 3:23 | **addressed** 64:5 |
| 162:18,24 163:1,20 | **4th** 93:11 99:9 | **a** | **addressee** 64:7 |
| 164:10 | **5** | **a.m.** 1:17 5:3 94:13 | **addressing** 194:22 |
| **264-9230** 2:19 | **5** 3:5,16 58:4,10,13 | **ability** 89:25 | **adds** 70:9 |
| **26626** 135:25 | 63:22 | **able** 22:13,17 | **adhesive** 138:19 |
| **27** 4:12 165:19,25 | **50** 157:16 | 136:10 139:2,6 | **adsit** 188:5 190:4,5 |
| 166:2 169:4,21 | **50,000** 189:1 | 148:3 164:17 186:6 | **advance** 184:6 |
| 171:21 | **52** 3:15 | 187:13 | **advanced** 184:9,18 |
| **28** 4:13 171:10,16 | | | 184:23 |
| 171:23 | | | **advice** 133:15 |

Public Version - Confidential Information Redacted

**advise** 64:13 87:21
  145:25 153:5
**affect** 61:4
**affirmatively** 6:2
  8:10,25 13:23 22:15
  31:12 41:6 46:17
  50:9 53:16 55:10,24
  56:1 58:14,18 67:5
  67:20 70:1,5,17,20
  70:23 74:23 76:3,15
  76:18,25 79:21
  80:21 87:6 88:9,14
  90:17 93:4 94:14
  103:6,20,25 104:19
  108:2 114:14 116:3
  116:5 118:20 119:4
  119:15 123:4
  124:11 127:5
  129:18 131:17
  139:15 140:16
  145:6 150:24
  151:23 156:25
  163:22 166:14
  182:15 188:3
**afraid** 57:16
**aftermarket** 70:9
**ago** 7:3,16 8:8,15
  11:10 39:3 71:23
  102:3,5 170:3
**agree** 56:4 120:2
**agreed** 95:9 145:8
  188:10
**agreements** 145:4
**ahead** 36:8 195:4
**ahmed** 48:4
**al** 101:17,18,20,21
  105:11,13 150:4
  164:15
**alison** 58:17 59:22
  59:23 65:7
**allen** 16:1,8,11
**allow** 35:19 163:16
  165:9 175:25
  193:14

**allowable** 97:21
**allows** 165:17
**alt** 175:7,9
**alternative** 175:10
  175:12
**altug** 136:2 137:5
**america** 29:25 30:2
  30:5,13,19 31:6,15
  45:22 47:18 51:13
  52:6,8 71:14 108:17
  109:1 111:22
  117:14,24 155:5
  182:14
**american** 117:13,17
**amount** 37:4,16,17
  91:9,10 122:7 154:6
**analysis** 16:15,16
  78:20 79:3,6,8
  121:17
**analyst** 41:18,20
  48:10
**anchors** 134:10
**anderson** 83:19
**andrew** 84:3
**angle** 63:20,21
**anne** 58:16 59:7
  64:1,8,25 65:7
  188:10
**answer** 8:9 9:13,18
  9:24 10:6 35:10
  36:13 64:12,13
  65:11,22 68:21
  115:9,12 155:8
  180:21
**answered** 64:25
  65:1 155:20
**answering** 8:23
  23:23 28:8
**answers** 9:3 65:12
  198:13
**anymore** 13:9 48:15
  81:1 123:15 159:7
**anyway** 160:11
  170:6

**apologize** 23:24
  161:22
**apparently** 57:9,19
  71:12 96:17 135:8
  155:16 185:10
**appear** 71:3 88:2
  97:9 100:16 102:9
  171:19
**appearance** 17:15
  17:16 18:4 99:24
  108:18 109:14
  110:13,18,19
  130:20
**appearances** 2:1
**appeared** 57:18
**appearing** 2:11,22
**appears** 22:2 49:19
  49:21 53:24 54:5
  55:1 64:3 65:13
  68:4,17 73:2 84:22
  93:17 99:24 100:10
  100:21 102:24
  109:20 110:19
  127:1 130:7 136:23
  137:15 141:24
  154:6 155:4 165:8
  172:12 187:4
  189:16 193:11
**application** 55:12
  139:14
**applied** 93:1,11
  103:10,23 136:19
**apply** 160:2
**appreciate** 180:16
  196:12
**approach** 189:11
**approached** 7:19
**appropriate** 110:15
  181:10
**approval** 33:21
  40:22 87:21,22
  110:16,17 167:22
  168:3,7
**approve** 167:23
  168:5

**approved** 40:5,9,13
  40:18 87:13,18,19
  87:24 88:1 110:6
**approvers** 110:9,12
**approving** 36:12
**approximately**
  16:18
**april** 3:17 4:2,3 12:9
  66:7 116:12 117:23
  118:12 123:21
**area** 15:7 70:21
  88:24 104:7 105:5
  160:14 190:8
**areas** 38:15 153:23
**arms** 190:23
**arrange** 96:13
**art** 84:6,7
**article** 189:16,16,19
  189:21,25
**asked** 7:20 9:6,7
  62:8 102:13 111:12
  119:22 142:6
  150:20 155:17
  176:10 180:20
  198:13
**asking** 9:14 21:21
  50:13,16 54:5 56:20
  64:8 133:22 137:18
  145:22 146:20
  158:8,10 171:2
**asks** 67:18 69:11
  142:3 158:6
**assan** 187:6 193:14
**assess** 31:2
**assessment** 112:12
**assigned** 14:1,3 29:1
  29:2 45:11 76:7
**assignment** 16:12
  16:13 29:9,11 47:12
**assignments** 110:25
  111:11
**assist** 80:24 189:22
**assistant** 47:8,10
  58:25

Public Version - Confidential Information Redacted

**assisted** 25:4
**associated** 185:4
**assume** 9:13 50:6
54:8 57:16 115:19
133:17 157:9
**assumed** 155:19
**assuming** 29:12
55:19 98:11 108:9
159:12
**assumption** 120:20
**assumptions** 119:9
142:8
**assure** 158:6 162:11
**assuring** 159:10
**attached** 3:9 57:8
68:12 100:18
131:18 141:3
142:18 161:2
178:20 180:18
197:11
**attaches** 138:18
**attaching** 155:7
**attachment** 95:15
133:14
**attachments** 55:18
98:24 99:5 100:14
101:25 104:16
**attempt** 187:4
193:11
**attention** 58:12
63:22 93:19 124:7
133:24 141:8
144:21 147:19
148:9,13 149:21
151:17 154:12
163:2 180:16 181:3
182:5 184:4 185:1
185:20 187:25
196:12
**attorney** 6:1 50:19
115:10,15,17
**august** 3:18,19,20
4:4,5,6,7,17 72:9,22
77:20 85:22 128:25
129:17 132:19

135:15 139:21
146:11 186:18
**austin** 2:5
**auto** 111:23 112:6
112:11 113:6,8,12
**automotive** 47:25
48:1 126:7
**availability** 177:17
**available** 22:8 71:10
71:16 73:21 74:5
79:25 80:5 91:10
118:17 177:16,19
**aware** 6:23,25 81:17
91:16,20,21 144:9
182:20
**awful** 122:4

**b**

**back** 7:25 10:9
20:19 40:5,6,6 48:8
54:23 62:18,19 68:6
69:19,23 74:13
80:10 85:17 86:14
86:17 97:4 104:13
106:4 122:18
125:14 126:22,25
133:8 138:2 142:12
143:24,25 144:7
145:25 151:16
152:11 155:12
157:6,6 158:11
160:10 161:4,6
163:12 165:9,10
171:21 173:16
181:25 187:14
191:18 193:1,12,15
193:19
**background** 15:10
109:13
**backside** 144:1
**bahar** 163:24
**balanced** 78:11
**baltimore** 75:3
78:17,19,25 179:5
179:13

**band** 87:1
**banner** 128:22
**barn** 62:19,21 63:1
111:6 142:13
186:14
**barnett** 1:2
**base** 145:11 151:4,7
153:15
**based** 22:12 23:2
37:14 57:15 59:6
74:2 98:1,1,7 100:9
100:10,14 109:20
124:19 130:25
131:5 140:17 153:4
153:13 155:3
156:19 160:16
178:21
**basically** 37:20
38:18 61:22 62:9
94:1 96:1 128:20
146:22 185:19
192:19
**basis** 53:23 55:16
**bates** 54:11,12 58:13
63:23 65:2 66:16
84:13 86:18 92:7
94:3,21 104:13
106:22 113:14
115:24 118:24
125:14 129:15
145:18 149:22
154:21 156:14,23
157:25 159:22
163:2 164:10 166:2
174:21 178:13,25
181:3 182:5 185:20
187:25 190:2
**bead** 138:21 139:6
**bed** 186:9
**began** 30:22
**beginning** 27:18
76:8
**behalf** 2:11,22
**believe** 13:5 29:5
30:10,15 32:12 33:9

33:15 47:8,12 48:22
54:9 59:23 73:4,13
79:19 86:13 94:10
97:24 98:5 99:25
104:9 108:22,23
118:12,23 123:7
134:11 142:19
143:10 145:15
146:6,16 162:2
168:10,14 173:22
177:17 180:16
182:3 183:15 189:6
189:10,18 190:12
191:23 195:15,25
**benefit** 188:13,25
**berard** 58:16 59:1,5
65:6
**better** 55:3 102:18
**betz** 92:13,14
**beverly** 2:13 5:25
**beverly.a.farrell**
2:20
**big** 20:3 37:8,10
130:14 154:4
**bigger** 130:18 131:1
**bins** 74:12 75:12,19
77:3,17
**birmingham** 112:13
112:17,18,24 113:9
**bit** 8:16 10:7 40:20
52:2 85:12,18 184:5
**black** 138:15 139:9
139:10,19
**blackout** 138:13,14
**blanked** 93:20
**block** 107:1 149:1,6
**blue** 87:1,11
**bob** 145:21 146:4,6
**body** 87:7,7 136:12
170:19 176:10,13
176:14,15,17,19,22
179:18,19
**bold** 80:20 113:20
113:21

Public Version - Confidential Information Redacted

**bolt** 140:20 158:19
**bolted** 134:11
 140:19 141:2
 158:13,17 161:1
**bookkeeping** 185:12
**books** 13:10
**border** 139:9,10,19
**boss** 84:7 109:9
 188:11
**bottom** 54:4 55:8,23
 68:16 73:10 78:2
 103:18,19 119:1
 149:1
**bound** 195:6
**box** 40:10 70:10
 160:13
**boxes** 80:8 87:11
**boy** 108:7
**bracket** 56:16
**brain** 5:18
**brand** 17:9,10
**break** 9:16,18 53:5
 67:1 72:5 133:5
**brian** 58:15,19,22
 59:24 63:25 65:6
 84:16 90:16 94:23
 95:10,18,19,21 96:5
 97:6 106:8,9 108:7
 124:12 134:3,6
 136:5 137:5 166:15
 170:3 176:8 191:3
**briefly** 19:21 136:11
**bring** 12:2 114:10
 120:1
**bringing** 42:1
 188:14
**brought** 190:24
**brown** 66:14,18
 73:11,12,13 76:7,8
**bucks** 179:4,17
**build** 34:14 124:23
 125:8
**built** 73:24 114:11
 163:13

**bulkhead** 126:20,21
**bullet** 74:24,24 75:6
 76:4,13,23 79:14
 80:20 111:11,21
 182:11 183:7,11
**burak** 150:21
 154:15 155:16,18
 166:15
**bus** 80:24
**business** 51:14 52:6
 52:8 107:2 120:6
 145:10 156:18
 161:16,17 162:1
 189:2
**buy** 35:1 80:14
 160:17

---

**c**

**c** 43:18 108:14
**cab** 59:25 70:8
**cad** 25:3,9
**cahit** 159:24 169:23
 169:24 171:24
**california** 78:18
 183:20
**call** 24:24 31:13,16
 85:14
**called** 13:19 16:1,14
 31:17,19 32:10 33:7
 33:13,19,23 34:4,5
 34:12,16,21,23 35:3
 37:7 42:15,17 47:8
 52:11 58:25 74:6,21
 76:1 81:5 128:6
 130:9,17 158:14
 176:4 177:11
 180:10 181:6,25
 182:24 183:7
 185:24
**calling** 158:25
**calls** 160:23
**cap** 153:23
**cape** 56:3,13,14
**capture** 176:1

**car** 14:9,10,11 26:6
 56:17 57:1,3 67:9
 67:19 176:19
**carduner** 1:14 3:4
 3:12,13,14,15,16,17
 3:18,19,20,21,22,23
 3:24,25 4:1,2,3,4,5
 4:6,7,8,9,10,11,12
 4:13,14,15,16,17,18
 4:19,20,21 5:4,9,11
 5:25 6:5,11 46:1,7
 49:6,12 52:22 53:3
 58:4,10,16 64:7
 66:6,12 72:8,14,16
 77:19,25 85:21 86:3
 90:4,10 91:22 92:2
 98:14,19 101:9,14
 105:19,24 106:13
 106:19 116:11,17
 123:20,25 128:24
 129:4 132:18,24
 135:14,20 139:20
 140:1 144:11,17
 149:8,13 150:1
 155:21 156:3
 162:18 165:19,25
 171:10,16 174:13
 174:18 176:25
 177:5 178:5,11
 186:17,23 187:17
 187:22 190:13,19
 192:22 193:3 194:7
 199:3,18
**care** 79:12
**cargo** 64:18 70:10
 75:11,14,16 76:16
 76:19,24 90:24
 91:10,11 93:2 97:21
 103:10,11,23 117:2
 123:1 124:14,22,24
 125:10,22 126:21
 126:23 181:14
**carpenter** 94:6,9,22
 95:6 101:17 105:16

**carrie** 51:7,9,10
**carry** 64:18
**case** 11:18 30:16
 31:24 49:21 64:3
 65:13 91:4 100:16
 120:6,12 141:7
 156:18 160:3
 161:16,17 162:1
 189:2 199:2
**categories** 50:23
**cause** 198:18
**causes** 18:12
**cc'd** 145:1 151:22
 154:15 194:17
 195:1
**center** 5:23 75:13,23
 93:3 113:17 124:9
 138:3 140:8 145:4
 156:12 166:7 175:3
 188:12,16,17
**central** 12:17
**cert** 56:3,10,11
 97:10 98:9,10
**certain** 19:25 20:10
 21:2 42:19 128:19
**certainly** 51:23
 85:12 123:14
**certificate** 198:1
**certification** 56:12
 97:8
**certified** 161:1
 198:7
**certify** 198:9
**cetera** 145:21
 166:13
**chain** 3:13,14,15,16
 3:17,18,19,20,21,22
 3:23,24,25 4:1,2,3,4
 4:5,6,7,8,9,10,11,12
 4:13,14,15,16,17,18
 4:19,20,21 46:2
 49:7 52:23 58:5
 66:7 72:9 77:20
 85:22 90:5 91:23
 98:15 101:10

Public Version - Confidential Information Redacted

[chain - confirmation]                                                      Page 6

105:20 106:14
116:12 123:21
128:25 132:19
135:15 139:21
144:12 149:9
155:22 162:19
165:20 171:11
174:14 177:1 178:6
186:18 187:18
190:14 192:23
194:8
**chance** 10:3
**change** 15:23 16:10
44:6,10 57:14,19
77:4,8,9,13 90:24
91:17,20 94:18
99:23 119:2 120:9
120:19 121:1,3
123:13 142:17
154:2,5,6,9,10
199:5
**changed** 10:5 18:4,4
140:17 153:18
173:3
**changes** 18:2 86:12
99:15 119:8 120:3
120:11 154:3,8
167:11 183:21
**changing** 17:15
**charge** 146:1
**charged** 83:25
**chart** 50:7,8,13,22
50:25 51:3,5 54:24
55:3,14,17,17 57:18
102:22 103:3 105:1
**chase** 149:2
**cheap** 170:5
**cheaper** 170:2,7
171:6 172:1,7,8
174:1,7
**check** 123:8
**chemical** 126:6
**chemistry** 15:13
**chest** 63:3

**chicago** 111:23
112:5,10,22 113:5
113:12
**chicken** 60:15 61:2
61:17 64:18 66:4
114:1,7
**chickens** 60:24
**chief** 47:8,10 58:25
119:6,7 120:12
141:15
**choose** 80:14
**choosing** 78:12
**circulate** 132:3
134:2
**civil** 2:16
**clamp** 158:14,19
193:18
**clarified** 69:17
**clarify** 69:15 70:11
**class** 46:16
**classification** 46:19
55:13 115:4 129:19
131:13,19 132:7
133:14 134:10,19
140:14
**classifications** 53:15
54:24 55:4,14 56:4
57:24
**clay** 26:13,14
**cleaner** 57:12
**clear** 57:20 81:8
138:13 139:16
160:13
**clearance** 136:10
**click** 40:10 80:8
**client** 115:10
**close** 72:6
**closely** 96:11
**cne** 119:3,5,6 120:3
120:14 141:16,21
168:1,2
**color** 86:19 111:12
111:13,14,17
138:15 186:4
195:20

**colored** 186:8,12
**column** 87:12,12
153:23
**columns** 99:20,21
**come** 14:1 18:15,15
30:12 31:6 40:5,6
42:18,21,24 48:14
52:13 62:11 66:23
78:13 119:2 121:8
122:18 124:13
139:16 150:13
159:3 174:2 191:13
**comes** 32:7 33:10
35:1 40:6 42:22,25
172:9,14 173:11,24
**comfort** 133:5
**coming** 18:23 32:21
51:1 139:8 142:11
159:7 184:15,19
193:15,16
**comma** 67:7
**commencing** 1:17
**comment** 57:7,10,11
57:12,15 84:23
140:20 148:5,6,10
**comments** 68:11,14
68:15,16 84:21
140:17
**commercial** 51:14
52:6
**commission** 197:25
198:25 199:25
**common** 71:19
**communication**
115:11
**company** 1:4 5:24
7:1,18 11:3 13:17
20:9 21:25 22:7
37:25 38:17 47:24
48:20 66:1,3 83:12
83:14 101:23 110:1
114:24 130:4 185:9
185:13 187:6,13
**compare** 109:24
147:4

**compared** 71:7
85:19 99:16 154:5,7
**competition** 16:21
**competitive** 16:15
16:16
**complete** 139:16
193:19
**completed** 10:2 20:3
21:2 145:3
**completely** 9:10
17:9,10 85:9,10
143:4,4
**completion** 20:10
69:21
**complex** 60:3 123:2
123:5
**comply** 170:5
**composition** 126:6
**computer** 21:4,5
22:11,12,17 25:4,19
198:15
**computers** 72:1
**concept** 25:1
**concern** 112:21
142:10 162:10
189:10,14 191:24
191:24
**concerned** 110:20
112:10 143:3
160:21 192:12
**concerning** 72:22
93:21
**concerns** 110:13
190:10
**concluded** 196:18
**conclusion** 174:3
**configuration** 61:9
61:14 62:3,11 75:3
**configure** 61:18
**configured** 61:8,15
61:23 91:1
**confirm** 79:15 99:19
**confirmation** 33:9
33:15 34:7

Public Version - Confidential Information Redacted

[confuse - customer]                                                          Page 7

| | | | |
|---|---|---|---|
| **confuse**  52:18,19 | **considered**  109:22 | 65:4,8 68:12,21 | 182:11 |
| **confused**  126:24 | 170:21,24 185:3,11 | 69:15 70:24 71:17 | **course**  43:16 164:20 |
| **confusing**  81:2 | **console**  110:23 | 75:4 78:13 81:15 | 10:3 |
| **confusion**  69:20 | **consoles**  176:23 | 86:9,16 89:14 90:25 | **courtesy**  195:2 |
| 124:12 | **constitute**  143:23 | 91:5 92:11 93:8,9 | **cover**  127:12,14 |
| **connect**  12:12,16 | **consumer**  76:4 | 94:16 98:25 100:15 | 192:6 |
| 13:3,6 14:20 27:11 | **contact**  7:7 12:8 | 100:20 103:13,14 | **covering**  186:9 |
| 28:23 29:11,12,15 | 146:1 | 104:6 108:12,15,23 | **craig**  66:18 73:7,11 |
| 29:24 30:1,4,11,13 | **contacted**  7:1,4,5,9 | 113:18 114:15 | 73:16 76:9,11 78:3 |
| 30:17,22 31:5 36:2 | 7:12 12:11 | 116:22 120:23 | 84:7,14 92:10,21 |
| 36:16 37:24 40:23 | **contain**  21:1 | 121:18 127:9 | 94:5,19,23 101:7 |
| 41:4,19 42:10 43:5 | **content**  120:3 147:4 | 131:19 134:17,25 | 104:9,14,20,23 |
| 44:24 45:14,20 | 183:12,14 | 135:11 136:6 | 113:18 116:1,21 |
| 47:11,17,19 48:12 | **contents**  3:1 | 137:14 140:14 | 118:19 122:18 |
| 48:23,24 59:13 61:5 | **context**  48:9,14 | 141:25 142:15 | **crash**  125:1 168:22 |
| 61:6 74:1 78:21 | 50:15 56:25 151:10 | 144:5 147:8 152:16 | 170:6 172:2 |
| 80:23 82:11 83:4,23 | 194:5 | 157:17 158:4,14,19 | **crazy**  192:17 |
| 86:8 99:7,11 100:19 | **continuation**  171:18 | 162:8,16 163:6 | **create**  75:18 104:4 |
| 101:1 102:1,2 107:5 | **continue**  95:9 | 164:2,13 166:4 | 105:1,3,17 175:6,9 |
| 107:7 108:17 | **continuously**  14:23 | 172:11 174:9 | 186:10 |
| 113:11 116:25 | **contract**  128:15 | 178:17 181:18 | **created**  25:22 |
| 117:4,13,23 119:24 | **control**  74:11 | 187:11 198:16 | 102:25 104:9 |
| 121:5 123:9 128:7 | 193:19 | **corrected**  141:5 | **creating**  128:12 |
| 129:11,20 130:9,16 | **conversation**  24:5 | **correcting**  140:22 | **creatives**  24:25 25:1 |
| 130:17 131:14 | 102:12 188:19 | **corrections**  197:11 | **credit**  185:18 |
| 132:8,10 134:20 | **conversion**  75:11,14 | **correctly**  121:17 | **cristi**  66:14,18 73:11 |
| 140:15 143:13 | 75:16 80:24 90:24 | 183:15 | 73:12,13 76:7,8 |
| 146:9 147:24 | 91:3,17 93:2 103:11 | **corresponding**  91:1 | **critical**  134:23 |
| 173:20 177:15,24 | 103:24 122:20 | **cost**  121:3 127:14 | 158:15,21 |
| 178:3 182:1 185:16 | 123:2,2,5 125:22 | 156:24 157:6,12,12 | **cross**  196:16 |
| 188:14,25 192:13 | 181:14 | 166:11,19 167:1,6,7 | **crr**  1:19 |
| 194:21 | **converted**  91:4 | 167:17 168:2 175:7 | **csr**  1:19 198:23 |
| **connect's**  117:18 | 145:23 | 175:9 176:1,2 | **current**  38:12 71:4 |
| **connection**  7:17 | **convey**  25:9,12 | **costs**  127:14 157:3 | **currently**  8:22 |
| 10:22 12:7,15 13:3 | **copac**  184:6,8 | **counsel**  7:6 9:20 | 13:12 139:5 |
| 22:23 51:12 59:15 | **copies**  181:2 | 11:1,2,4,4,7,20 12:2 | **cushion**  165:10 |
| 119:24 128:7 | **copy**  150:11,22 | 48:22 198:17 | 170:8 171:6 172:5 |
| 158:15 | **corner**  82:20 | **counsels**  11:3 | **custom**  136:10 |
| **connects**  117:7 | **corners**  136:14 | **count**  28:12 | 163:16 |
| 131:20,22 145:23 | 138:7 | **countries**  30:6,7,8 | **customer**  74:9 80:2 |
| 177:16 182:14 | **correct**  10:10,16 | **country**  78:10,11 | 80:5,11,14 83:2 |
| 185:3 | 11:22 23:11 24:13 | 181:11 | 88:3 100:1,22 117:6 |
| **conscientious**  54:10 | 39:8 41:16 43:19 | **county**  198:5,8,24 | 124:22 |
| **consider**  136:22 | 44:8 45:23 49:20 | **couple**  71:23 105:13 | |
| 143:15 156:22 | 50:11,22 51:15 64:2 | 105:14 106:4 117:9 | |

Public Version - Confidential Information Redacted

**customers** 172:23
**customs** 70:22 75:4
  103:7,24 115:4
  138:11 147:23
  148:20 161:13
  163:11,14 172:7
**cut** 150:14,14,18
  155:12
**cutaway** 70:8
**cutout** 138:20
**cutter** 138:22
**cutting** 138:6
**cycle** 151:8,9,11
**cylinder** 166:12,20
  169:4,6,7,8,13,14
**cylinder's** 169:12

**d**

**d** 2:3 83:17,17,18
**dab** 103:5
**dan** 188:4 190:4,5
**darkened** 85:3,4,6
  85:12
**darker** 85:19
**database** 21:4,5
**date** 23:12 173:21
  199:3
**dated** 94:12 129:17
**dates** 27:25
**david** 41:7 43:7
**day** 96:9 176:10
  180:15 196:11
  197:12,19 199:20
**days** 11:10 136:19
  172:16,16
**dc** 2:7
**deal** 196:4,5
**dealer** 80:2,13 93:2
  100:1
**dealers** 100:23
**dealing** 185:9
**dear** 164:4
**dearborn** 5:24
**debrief** 116:24

**decade** 107:14
**december** 4:19,20
  12:5 190:14 192:23
**decide** 18:12
**decided** 36:6 161:6
**decision** 35:13,19
  119:8 120:4,13,14
  141:17,20 160:2
  161:5
**decisionmaker**
  121:18,21
**decisionmaking**
  188:12
**decisions** 38:6
**deeper** 161:2
**defendant** 1:9 2:22
**define** 122:7
**defined** 19:21 20:9
  21:24 23:9,11
**defining** 107:20
**definitely** 50:6
  70:13 82:22 97:21
  117:19 170:25
  174:5
**deformation** 159:1
**deformed** 158:20
  160:22,25
**deformity** 161:18,24
  162:6,8,9
**degree** 63:19,21
**delete** 111:2
**delivered** 142:9
**demonstrate** 168:20
**demonstrating**
  20:10
**department** 2:15
  6:1
**depending** 77:5,5
  124:21
**depends** 36:15,20
  37:16
**deponent** 31:24
**deposed** 7:13,15 8:4
  11:18

**deposition** 1:14 3:12
  6:3,6,17 7:8,10 10:6
  10:23 11:12,15,24
  12:1 110:3 196:18
  198:9 199:3
**deposition's** 66:25
**describe** 19:19 20:8
  22:2 26:20 62:25
  129:12
**described** 74:2 89:6
  162:3 179:24
  181:19
**describing** 22:10
  89:17,18
**description** 79:25
  80:23 120:25 141:6
**design** 23:2,4,5
  24:22,23,24 25:2,4
  25:15,18,21 26:17
  167:15,22,24 168:3
  174:11 180:11,18
**designate** 171:1
**designed** 112:20
  167:14 170:7 171:5
  173:4
**desk** 149:2
**despite** 107:18
**detail** 122:5 159:15
  160:4
**detailed** 163:14
**details** 60:19 92:19
  121:2 183:24
  184:17
**determine** 145:7
**determined** 7:22
  37:17 78:16
**develop** 79:15
**developed** 80:11
  180:6 191:25
**developing** 125:21
  192:9
**development** 5:23
  16:5,9 19:18,19
  22:24 39:22 170:12
  170:13,17,21,24

**deposition** (continued)
**decade** (right col)
**dimensional** 25:7,9
**171:3**
**devote** 144:21
**diesel** 117:22
**difference** 43:1
  107:6 117:17,20
**different** 14:4 16:12
  29:22,23 38:14 45:5
  67:15,23,24 87:21
  88:17 89:7 96:6
  98:11 99:20 114:7
  126:8 153:12
  176:18,18 185:16
**differently** 171:2
**dimensional** 25:7,9
  26:1
**direct** 44:10,15,16
  58:12 124:7 149:21
  163:1 181:3 182:5
  184:4 185:20
  187:25
**directing** 50:7
**direction** 179:14
**directions** 178:22
**directly** 59:5 90:13
  102:6 136:3 155:18
  160:11 171:7
  194:22
**director** 108:24
  112:3,9
**disassemble** 150:15
**disassembled** 192:3
**discuss** 125:17
  132:11,13
**discussed** 51:4
  84:16,17 126:14
  140:5 157:22
  185:22,23
**discussing** 93:7
  110:24 162:5 190:3
**discussion** 69:22
  94:5 95:5 98:7
  102:3,4,8 107:14
  110:22 125:17
  128:20 135:24
  155:15,17 157:23

Public Version - Confidential Information Redacted

188:9 190:10
192:21
**dismantled** 150:9
**disposing** 146:21
**distance** 78:14
**distinct** 37:9
**distribute** 132:1
**distribution** 93:21
93:24 99:7 101:2,3
101:4,5 102:1 106:5
**divider** 126:21
**division** 2:16 83:2
**divisions** 38:15
**doc** 152:2,6
**document** 6:10,14
10:13 20:14 23:2
24:12 39:16,19 40:7
46:6,10 49:11 53:12
53:17,18,21 66:11
66:20 72:13 77:24
80:4,17 86:2,17
87:21,22 90:9 95:15
95:17,18 97:3 98:19
100:2,5,8,12 101:14
102:16 103:1 104:4
104:6,9 105:17,24
106:2,7,18 116:16
120:22,24 124:3
129:17 135:19
138:4 139:25 140:8
145:17 149:16,18
150:25 151:2,3,14
152:11 153:3,15,16
153:21 155:11
156:2,5,9,10 168:11
168:13,15 177:5,7,8
178:25 182:3
185:21 186:25
190:9 194:12,13,15
195:18
**documentation** 20:2
20:4,6,22,25 22:16
167:20
**documents** 10:14
11:23 12:2,6,9,12

12:15,18 20:18
21:19,20,22,25
22:23,25 23:8
100:17 102:7,9,14
106:4 121:6 167:8
178:19 179:24
180:7,18,25 181:23
196:13
**doing** 7:8 8:22 14:7
17:15 52:15 59:15
79:8 153:9 167:16
177:11 179:23
**dollars** 157:4,12,14
157:16,17
**donald** 94:6,9,10,22
95:6 101:17 105:15
**door** 62:19 63:7,8
63:13 115:3 143:16
143:19,19,24,25
144:3 169:13
**doors** 62:13,15,16
62:19,20,21 63:1
84:24 111:5,6
114:12,13 115:5
142:11,13 186:14
**dorn** 47:5 54:16,22
55:25
**double** 59:25 191:12
**douglas** 84:11,12
**dp** 93:2
**draft** 83:12 84:17
181:16
**drafted** 83:9,11
181:23
**drafting** 180:17
189:22
**drafts** 180:25
**draw** 148:9
**drawing** 151:25
152:2
**drawing's** 152:19
**drawings** 150:11,22
154:18,24
**drive** 117:9

**driven** 42:6,8
117:25 118:5,7,8
**driver** 82:21 154:3
**driver's** 143:16,19
**drives** 130:2
**dual** 84:24
**due** 90:24 113:25
124:14,24 163:14
**duly** 5:5 198:11,14
**dummies** 168:22
**dump** 165:8
**dunn** 101:18,18,20
101:21 105:11,13
150:4 164:15
**duty** 64:14

**e**

**e** 3:13,14,15,16,17
3:18,19,20,21,22,23
3:24,25 4:1,2,3,4,5
4:6,7,8,9,10,11,12
4:13,14,15,16,17,18
4:19,20,21 40:7,8
40:10 43:18,21 46:2
46:14,15 47:4 49:7
49:17,18,20 50:7
51:20 52:23 53:19
53:20,23 54:15,22
55:19,23 58:5,15
59:1,24 63:25 65:2
65:3,6 66:7,16,17
67:4 68:7,16 70:2,7
70:15 71:2 72:9
73:7,11,16 77:20
78:2,5 83:17,17,18
84:14 85:22 86:5,6
90:5,15,23 91:23
92:10,21 94:12,19
94:22 95:5,6,14
96:4,6,7 97:6 98:15
98:24 100:9,10,14
100:18,18 101:10
101:17 104:14,18
105:20 106:14
107:22 108:14

113:17 116:12,22
119:1,11,11 122:16
122:18 123:21
124:9 125:13 127:6
127:9 128:25
131:10,25 132:19
133:11 134:5,16
135:15 136:5 137:2
137:13,13,16 138:2
139:21 140:9
141:11 142:14
144:12,23 145:1,3
145:20 146:2,11,13
146:23 147:22
149:9,24 150:6,25
151:20 154:15,23
155:22 156:9 158:3
159:9,12,24 160:4
162:19 163:4,23
164:13 165:20
166:2,15 169:23
171:11,23 174:14
174:23 176:7,8
177:1 178:6,13,16
178:20 179:3 181:2
186:18 187:18
188:4 189:9 190:14
190:25 191:20
192:23 193:10
194:8 196:15
**e&g** 185:4,7
**earlier** 19:2 45:17
86:5 87:16 93:5
94:19 99:13 110:2
140:22,24 153:25
167:9 172:17 184:2
195:18
**early** 17:4 19:3,4
28:24 48:8
**easier** 137:19
150:14
**easily** 166:21
**easy** 136:18
**ecology** 188:12,16
188:17

Public Version - Confidential Information Redacted

[econoline - exhibits]                                                        Page 10

econoline  14:19
  189:1
economy  188:25
edge  14:13 27:8,9
  37:6,9 45:7,8 49:1,3
  57:22 71:20,22
effect  18:18
effectively  172:19
eight  124:25 125:11
  127:2
either  18:20 55:11
  172:5 174:1 195:13
  198:18
emaley  2:10
emissions  16:4,8,9,9
  56:12
emmons  49:20,22
  49:24 50:11,16,17
  50:19
employed  13:12,16
  59:9
employee  47:2,6,24
  48:20 50:5 54:10
  58:22 59:8 83:1,22
  101:21,22 119:19
  119:22 137:7 150:5
  190:7
empty  143:22
ended  192:4,5
ends  91:4
engine  117:18,21
  118:17 179:19
engineer  15:5,8 22:6
  47:9,10 58:25 119:6
  119:7 120:13
  141:15 155:14
  165:16
engineered  170:2
engineering  16:4
  19:22 20:3 21:2
  31:2 34:7 41:25
  56:9,15 108:24
  110:14 112:2,9
  121:9 127:22,23,25
  128:1,11,11,18,19

128:21 135:12
  137:8,9,10 167:8
  168:4 170:19,20
  171:4 176:14,15,17
  176:18,19,21 180:9
  180:23 182:24
  183:3
engineers  7:22
  22:22 23:3,18 24:15
  24:21 167:13
  170:23
engines  18:5 117:16
  117:22
england  112:18
ensure  159:6 160:17
ensures  158:13
ensuring  19:17
entail  16:19
entire  43:9 56:23
  120:14 192:2
  196:12
entitled  182:6
entry  78:6 88:10
environmental  56:8
  188:13 189:13
  190:10
epe  179:12 180:1,3,8
equipment  77:4
  125:9
ergen  108:5
erika  2:4
errata  197:11 199:1
error  141:22
errors  10:4 135:7,8
  144:9
esow  127:20 128:6
  128:12,14 167:9,12
esows  128:8
esq  2:3,4,13,14
essentially  17:17
  79:9
established  22:7
et  145:21 166:13
europe  30:8,9,11
  47:20,22 59:6 60:4

113:2
european  60:12
  71:12 108:24 112:2
  112:9,23 117:12,18
  117:22 152:22,24
  153:1,2,3,12 154:4
  154:9
eva  180:4
evaluation  118:6,9
event  165:17 176:2
  198:18
events  120:15
eventual  71:24
eventually  148:3
  167:21 168:2 192:3
everybody  102:13
exact  44:19 50:14,15
  51:1 126:6 141:6
  173:21 177:17
exactly  23:21 31:22
  46:21 47:2 49:23
  51:16 52:12 60:5
  63:12 68:25 77:2
  81:1 84:5 102:10
  141:7 155:6 173:5
  192:15 194:24
examination  3:5 5:7
examined  5:5
example  22:4 26:23
  85:19 109:24
  164:21 169:16,18
  170:18 172:4,9
excel  20:19 21:1,3
  21:19 22:25 79:7
  99:9,10
exchange  46:14,15
excuse  66:21 92:7
  97:4 118:15 137:2
  140:8 169:24
exhale  28:16
exhibit  3:11,12,13
  3:14,15,16,17,18,19
  3:20,21,22,23,24,25
  4:1,2,3,4,5,6,7,8,9
  4:10,11,12,13,14,15

4:16,17,18,19,20,21
  6:5,11,13 46:1,7,9
  49:6,12,14 52:22
  53:3 55:8 58:4,10
  58:13 63:22 66:6,12
  66:16 69:23 72:8,14
  72:17 77:19,25 78:3
  84:14 85:21 86:3
  90:4,10,12,15 91:22
  92:3,5 93:19 94:2
  94:21 95:17 98:14
  98:20 100:19 101:9
  101:15 104:13
  105:19,25 106:13
  106:21 115:22
  116:11,17 118:24
  122:16 123:20
  124:1,4 127:4
  128:24 129:5,7,9
  131:8 132:18,24,25
  133:8,11,24 134:14
  135:5,14,20,22,25
  137:1 139:20 140:1
  140:3 141:9 142:15
  144:11,17,19
  147:20 148:10
  149:8,14,17,22
  151:18 154:13
  155:21 156:3,6
  159:20 162:5,18,24
  163:1,20 164:10
  165:19,25 166:2
  169:4,21 171:10,21
  171:23 174:13,19
  174:20 176:8,25
  178:5,11,13 180:18
  180:19 186:17,23
  186:25 187:3,17,23
  188:2 190:9,13,19
  190:22 192:22
  193:4,8,22 194:7,13
  194:16
exhibits  3:8,9
  142:12

Public Version - Confidential Information Redacted

**exist** 40:1 81:4
**existed** 30:1 154:7
**existence** 30:12
**existing** 188:19
**exists** 17:14 130:7
**expect** 39:25 151:9
 168:11 169:1,2
 184:23
**expectations** 180:23
**expected** 78:11,14
 78:21 105:16
**expensive** 164:19,25
 165:1 174:12
 175:25
**experience** 36:5
**expert** 66:1,3,5
 67:14
**expires** 197:25
 198:25 199:25
**explain** 188:12,13
**explaining** 95:10
 129:11
**explanation** 95:22
**export** 101:21,22,23
 137:6,9,10 148:20
 150:4 180:9 184:22
 185:7,8
**express** 141:22
**expression** 52:14
**extension** 124:5
**extent** 99:23 115:10
 120:19 180:21
**exterior** 108:18
 176:24

**f**

**f** 14:19 17:20,24
 18:13 19:9,10,11,12
 19:14,15 27:6,23
 49:4
**fabric** 150:13,18
 170:8 171:6 172:5
**face** 80:20
**fact** 6:17 102:10
 104:23 130:1

161:15 162:10
 165:8
**factor** 112:22
**factored** 161:15
**factory** 41:24
**facts** 140:17 192:8
**fair** 17:24 26:18
 28:1 30:18,19 39:5
 45:24 68:14 93:22
 129:13 157:4
**far** 117:24 184:5
**farrell** 2:13 3:5 5:7
 5:25 6:9 23:25 24:4
 24:7,11 28:15,18,21
 35:9,16 36:10 46:5
 49:10 53:1,7,10
 54:6 55:2 56:22
 58:8 61:1 62:10,14
 66:10,21 67:2,3,17
 68:5 72:4,12 73:3
 77:23 86:1 90:8
 92:1 98:18 100:13
 101:13 104:8,12
 105:2,23 106:17
 114:4,9 115:13
 116:15 123:24
 129:3 132:22 133:2
 133:7 135:18
 139:24 143:6
 144:15 149:12
 152:21 153:10
 155:10 156:1
 161:23 162:15,22
 165:23 171:14
 174:17 177:4 178:9
 186:21 187:21
 190:17 192:20
 193:1,2 194:11
 196:8,11
**feature** 73:17,19,21
 110:22 158:21
**features** 25:2 72:23
 74:5 79:16 80:1,8
 84:24 88:5 166:19
 167:3,4,7 170:8

**february** 3:21,22,23
 3:24,25 4:15,16,21
 14:22 28:24 45:2
 90:5 91:23 93:11
 94:13 98:15 99:9
 101:10 105:20
 177:1 178:6 194:8
**fec** 34:5,8
**federal** 2:17 183:22
**feel** 112:11
**feels** 9:1
**feet** 189:1
**fellow** 41:7
**felt** 161:7
**feyza** 108:5
**fiesta** 14:7
**fifth** 88:8
**figure** 150:15 168:6
 169:17 186:1,4
 187:4 193:11 196:4
 196:5
**file** 12:17 21:7 25:9
 54:2 55:12,13 68:12
 79:7 99:9 151:24,24
 152:2,6 155:4,5
**files** 20:19 21:1,3,4
 21:5,8,19 25:3,4
 55:9 99:10
**filled** 120:6,22
 121:17,20 169:8
**fills** 128:19
**final** 34:7 35:4 45:4
 74:9 99:25 100:21
 123:8 141:19 174:2
**finally** 78:16
**finance** 24:20,21
 59:12,16,17,18,19
 146:6
**financial** 59:20
 119:10 120:10,11
 121:2,17
**financially** 189:3
**find** 43:20 137:24
 157:16

**finding** 78:10
**fine** 8:22 169:16
 178:4
**fingers** 82:5
**finish** 23:22 28:7
 161:21
**firlar** 150:21
**first** 5:5 14:21 28:22
 32:21 34:12 39:2
 40:24 41:2,3 42:15
 48:7 50:10 66:16
 68:15 70:18 73:8
 84:23 89:19 94:2,21
 104:13 110:15
 112:22,24 113:9
 115:22 123:9 127:4
 131:8 134:13 137:1
 141:8 143:15
 147:19 148:6
 151:17 159:20
 163:20 173:22
 174:20 178:25
 181:25 182:16
 184:13 198:11
**fit** 132:2
**five** 28:12 92:22
 103:21 122:10,11
 133:1
**fix** 142:17,19
**fixed** 175:6,7,9,15
 175:23
**flag** 10:8
**flat** 185:24 186:8,10
 195:9,12,16
**flip** 164:21 165:5,10
 165:13,15
**floor** 122:23 127:12
 127:14 158:15
 165:11 185:24,25
 186:8,10 195:12,16
**flow** 24:1 41:13
 101:2,4 102:22
 103:2,15 105:1
 151:16 160:9,16
 181:16 193:15

Public Version - Confidential Information Redacted

**flowchart** 99:7
100:3 102:1,23
104:21 105:4
**fmvss** 124:24 125:6
151:25 164:20
168:17
**fna** 163:10,16 185:4
**focus** 63:22 195:5
**foe** 112:15 113:1
114:11
**fold** 88:19,20,21
172:4
**folded** 88:16,18
**folding** 88:11,19
89:10,22
**folks** 11:6 70:16
140:13
**follow** 65:14 86:5
108:16 110:25
111:11 181:2
**following** 21:9 61:13
163:8 188:20
**follows** 5:6
**foot** 185:25 186:1,3
186:5,7,7
**force** 169:11
**ford** 1:4 5:23 7:19
7:19 9:20 11:3 12:7
13:17 14:7,21,23
15:2,3,15,23 16:10
16:25 18:12 19:5
22:2 31:13 35:23
36:5 37:9,22,23
38:2,6,11,12,19,25
39:7 47:6,24 48:2
48:20 50:5 58:22
59:8 74:10 80:9
81:23 82:3 83:1,1
83:12,22 92:20
100:24 101:21,22
105:9 107:9 113:2
119:19,22 128:3
131:21,23 133:22
137:7 150:5,5
157:22 159:4

167:16 179:12
180:1,3 182:21
188:7 190:7 199:2
**ford's** 74:11 117:6
188:12
**fordwork** 177:12,13
**foregoing** 198:13
**forget** 191:12
**forgive** 5:16
**form** 40:9 120:9
121:16,20 128:3,5
128:18,19
**forma** 23:9,11,13,15
24:12
**formal** 8:17,18 10:2
81:14,17
**formality** 6:19
**format** 100:23
**formats** 20:9
**forth** 86:14 198:11
**forum** 119:3,5,7,8
120:4,14 141:21
**forums** 141:17
**forward** 10:12 43:9
65:14,17 88:11
89:10,21 145:25
164:21 165:5,10,13
165:15 166:12,20
167:3 168:5,7 172:5
**forwarded** 65:19
102:15,25
**fot** 163:12
**found** 87:18,23
**four** 11:10 71:9
87:12 93:1 96:14,16
97:12 98:2,6 136:13
**fourth** 74:24 80:20
**frame** 138:19
140:19,21 154:10
160:15
**frankly** 34:24
130:20
**frequency** 138:9
**front** 17:16 18:5
82:14,14,15 99:2

112:19,23 130:24
131:5
**fruition** 31:6 139:12
187:13
**frustrated** 192:11
**fsr** 35:4 44:4,22
45:11
**fuel** 188:25
**full** 26:12 28:8
120:6 180:20
198:16
**fully** 132:16
**function** 182:4
**funny** 31:20
**further** 143:24
155:19 157:24
160:24 179:13

**g**

**gabor** 41:21 44:12
44:14,16,18 191:3
**garber** 47:23 50:17
53:25 54:15,22
55:25 57:11
**gary** 148:15
**gas** 169:8
**gasoline** 117:21
**gather** 8:11 25:12
109:15
**gathered** 23:17
24:15,17 109:19
**gauge** 36:18
**general** 7:6 36:5
48:22 61:16 128:10
189:2
**generally** 19:19 40:3
60:21 159:4
**generate** 12:15
22:13,23
**generic** 13:24
**georgescu** 84:3
**getting** 41:23 121:20
128:17 132:15
150:8,22 158:24
161:3 191:11

192:11 195:3
**gilmore** 51:7,10
**give** 7:11 10:19 29:9
113:8,8
**given** 10:1 15:5
59:17 117:8,8 160:1
161:4 164:6
**glass** 64:17 82:14,15
84:25 85:1,2,2,7,8,9
85:11,14,19,20
111:1,2,5 114:12
115:3 127:11,17,19
136:8,11,12,13,18
137:19 138:13,16
138:18 139:3,8,10
139:16,18 140:18
142:13,20,22 143:4
143:8,8,9,11,15,16
143:18,18,21,23
144:3 146:14 147:7
**glasses** 98:22
**global** 178:22
**globally** 182:25
**go** 16:11 19:20
25:11,15,18 35:19
36:8 42:10 45:6
55:18 65:25 66:1
113:13 120:3 144:7
157:24 158:17
159:18 186:11
191:15,18 195:4
**goals** 31:2
**goes** 22:16 23:11
25:21 70:9 164:15
**going** 9:13 28:10
29:23 31:14,15
68:18 88:3 98:4
108:23 110:23
116:6 131:3 134:23
135:24 149:20
155:9 160:24
164:17,19,24
166:10 170:4 176:3
178:2 193:19

Public Version - Confidential Information Redacted

**gomez** 84:6
**gonna** 28:13,13
**good** 26:8 72:4
  137:24 155:8
  169:16,18
**gordon** 2:3
**gotten** 19:2,3 117:14
**government** 6:16
  12:6
**grab** 63:6
**grabbing** 63:8
**graphics** 25:19
**gravity** 169:11
**gray** 88:23 153:20
  153:23
**great** 138:6
**greater** 138:9
**greatly** 26:7,8
**grid** 86:19
**grill** 112:20,23
  113:10
**grounds** 114:2,6
**group** 27:1 52:9,11
  56:11,14,15 67:23
  67:25 132:1 176:21
  182:23
**groups** 132:2 176:18
**growth** 185:7,8
**gtodd** 2:9
**guess** 21:6,7 26:11
  27:17 30:18 35:11
  35:18 55:19 62:1
  66:23 97:3 104:11
  122:3 129:14
  137:25 152:18
  173:21 183:3
  184:10 188:17
**guessing** 38:18
**guide** 16:21 79:17
  79:20 80:7,15 84:1
  84:17,21 86:8,11,13
  86:23 87:25 88:2,4
  89:20 99:11 100:20
  100:22,24 102:2,19
  102:20 104:21,24

  111:1,7 123:8,8,12
  123:16 138:21
  177:11
**guides** 84:19
**guney** 136:2 137:5
**gurses** 163:24
**guys** 117:1,3

**h**

**h** 43:18 108:14
**half** 7:3 82:6
**hall** 66:18 73:7,11
  73:16 76:9,11 78:3
  84:14 92:10,21 94:5
  94:23 101:7 104:9
  104:14,20,24
  113:18 116:1,21
  118:19 122:18
**hall's** 84:7 94:19
**hampton** 184:14
**hand** 26:3 63:9,15
  82:20 191:11
**handle** 63:6 95:6
  160:9 176:15
**handled** 128:16
  168:4 182:25
  184:22
**handles** 176:20,21
**handling** 105:6,7
  189:11
**hands** 62:23 63:2
**handwriting** 193:22
  193:25 194:1
**hang** 99:1 103:17
**hanil** 187:6 193:14
**happen** 98:21 174:9
**happened** 93:17
  125:25 146:17,19
  147:10 192:3
**happens** 8:23 9:21
  10:12 12:22 23:25
  145:15 158:12
  192:7
**hard** 36:18 37:19
  38:17 55:6,16,21

  56:25 69:9 126:7
  130:22
**harder** 85:18
**hardwick** 58:17
  59:22 65:7
**hate** 111:15
**head** 8:24 29:23
  41:6
**header** 74:21
**headings** 99:19
  100:6,7
**headlamps** 112:21
  113:10
**headrests** 150:16
**hear** 9:7 155:18
**heart** 160:20
**held** 82:5 192:21
**help** 16:21 64:12
  65:10,15,17 70:11
  86:15 102:7 104:20
  138:12,12,20
  142:23 149:2
  150:11 160:16
  180:22 181:16
  191:12
**helped** 121:20
  180:21,22
**helping** 107:20
**helps** 48:2
**hereinbefore** 198:10
**hesitate** 47:21
**hide** 138:31
**high** 71:4,5
**higher** 36:7,9
**highest** 41:14
**highly** 158:15
**hikmet** 46:23 47:5
**history** 30:14
**hoang** 194:18
**hold** 26:3
**holding** 74:13
**holes** 122:23
**homologation** 152:2
  154:18,24 181:6,9
  181:10,18

**hon** 1:2
**honest** 51:8
**honestly** 31:19
**hour** 127:13
**house** 11:4
**housekeeping** 53:5
**hsueh** 180:4
**hueneme** 78:17
  179:6,7
**hum** 6:2 8:10,24
  13:23 22:15 31:12
  46:17 50:9 53:16
  55:10,24 56:1 58:14
  58:18 67:5,20 70:1
  70:5,17,20,23 74:23
  76:3,15,18,25 79:21
  80:21 87:6 88:9,14
  90:17 93:4 94:14
  103:6,20,25 104:19
  108:2 114:14 116:3
  116:5 118:20 119:4
  119:15 123:4
  124:11 127:5
  129:18 131:17
  139:15 140:16
  145:6 150:24
  151:23 156:25
  163:22 166:14
  182:15 188:3
**hydraulic** 166:12,20
  169:4,6,7,14 176:6

**i**

**i.e.** 75:11 76:16
**icon** 148:7
**idea** 8:1 125:4 127:2
  137:18,24 158:16
  158:22 159:8,18
  163:9 166:10
  171:18,20 172:10
  174:4 191:25
**ideas** 121:12 172:6
  191:14 192:9,17
**identification** 6:8
  46:4 49:9 52:25

Public Version - Confidential Information Redacted

58:7 66:9 72:11
77:22 85:24 90:7
91:25 98:17 101:12
105:22 106:16
116:14 123:23
129:2 132:21
135:17 139:23
144:14 149:11
155:24 162:21
165:22 171:13
174:16 177:3 178:8
186:20 187:20
190:16 192:25
194:10
**identified** 79:16
**illegal** 85:8
**illustrations** 68:20
69:3,5,7
**imagine** 8:15
**impact** 119:10
**impacts** 61:6
**implement** 174:12
**implemented** 138:1
**implications** 120:10
120:12 124:14
136:24
**import** 64:14,16,16
70:22 94:10 101:21
101:22,23 107:10
137:6,9,10 150:4
164:6 178:23
184:22
**importance** 68:23
**important** 8:12,21
68:20 69:1,3
**importation** 60:24
61:8,10,15,19 164:5
178:24
**imported** 61:24 62:4
62:11 107:16,18
113:25 129:20
130:11 131:13,23
134:19 140:15
181:12 182:14

**importing** 107:9,15
**impossible** 162:3
**imprinted** 5:18
**inaccurate** 126:25
**inch** 82:6 127:2
**inches** 125:1,11
**include** 87:25
111:12
**included** 68:15
84:17 127:18
**including** 50:23
92:11 116:22
178:17
**incoherent** 9:10
**incomplete** 69:12,14
69:17,21 70:6,12,14
**independent** 88:19
95:25
**index** 3:8 183:12,18
**indicated** 20:21 39:7
40:22 43:7 90:20
121:19 142:19
183:16
**indicates** 89:21 93:2
159:14
**indicating** 62:22
63:7
**indicative** 154:1
**info** 106:12 163:15
**informal** 9:1 81:12
**information** 7:11
8:11 12:6 23:3,10
23:17 24:13,15
25:10,12 37:21
91:14 115:7,14,17
121:14 140:22
156:20,22 188:20
**informed** 161:10
**inhale** 28:15
**initial** 45:15 133:19
172:24
**initially** 7:12
**initiate** 18:20
**initiating** 17:7

**input** 23:7 54:1
**inquiring** 146:8
**inquiry** 189:15
**insert** 186:11 195:21
**inside** 48:2 138:22
165:17 167:16,16
185:12
**insignificant** 122:5
**install** 182:13
**installation** 95:7,11
96:14 159:2 177:11
185:24
**installed** 93:10
118:17 158:12
159:2 179:21 196:2
**instance** 14:7 26:5
37:6 40:17
**instruct** 115:9
**instrument** 18:9
**intellectual** 18:8
**intend** 131:25
**intends** 28:8
**interact** 38:10 49:4
**interacted** 49:3
**interaction** 138:21
**interested** 7:19
184:21 198:18
**interesting** 161:3
166:17
**interior** 84:24 88:5
108:17 130:22
179:20
**internal** 16:21 47:17
**internally** 88:4
167:14
**international** 1:1
148:20
**interpreting** 144:2
155:9
**intro** 112:15,17
**introduce** 111:22
112:5
**introducing** 112:10
**introduction** 45:21

**inventory** 147:23
**investigate** 170:4
**investigated** 31:7
166:21,25
**investigation** 167:5
168:8
**investment** 37:16,17
**involved** 7:22 28:22
28:25 36:3,24 37:14
37:19 38:4,16 39:8
39:9 44:24 45:15,17
45:21 50:15 72:18
72:20 79:11 92:19
95:2,4 101:1,6,23
105:9 107:15
123:14 170:16
181:21 192:8 195:3
**involvement** 44:1
45:1,3 52:1 189:24
**involves** 19:23
193:13
**ip** 18:7,8 176:23
**issue** 51:1 96:11
103:24 110:18,19
112:18,19,25
140:21 150:8 161:2
161:2,14 163:15
172:24 188:10
194:21,24 195:3,13
195:15
**issues** 66:4 76:2,14
103:15 155:19
172:7 190:24
193:17
**italicized** 185:2
**item** 26:3
**items** 93:3 146:8
166:21
**iterations** 42:9
110:4

**j**

**j** 1:19 43:16,16,18
108:14 198:7,22

Public Version - Confidential Information Redacted

| | | | |
|---|---|---|---|
| **jakubowski** 92:16 92:18 94:6,23 | **kavalci** 163:4,8 164:1 | **knife** 138:21 | 146:5,7,13 147:2 148:1,22 149:5,7 |
| **january** 3:13 28:24 46:2 173:8 | **keep** 12:12,16,24,25 94:15 166:10,12 | **know** 6:20 7:8 8:1 8:16 9:16 10:8,13 13:10 16:21 22:4 | 150:17,19 153:11 153:13 154:3,4,7,11 |
| **jason** 2:14 | **keeping** 17:17 21:19 21:22,23,24 155:16 | 25:3,24 28:6 29:5 29:13,22 30:14 | 161:18,24 163:16 165:17,18 166:25 |
| **jason.kenner** 2:21 | **keith** 1:14 3:4 5:4,9 | 31:14,15,21,22 32:2 36:25 37:10,13,21 | 168:24 169:5,17,19 171:1,5,7 173:23 |
| **jeannie** 41:21 44:12 44:14,16,18 188:10 191:3 | 56:2,3 57:11 58:16 64:1,1,7,8 67:9 113:20 120:2 142:3 | 38:11,16,19,21 39:1 39:12 40:19 43:18 47:1,7 48:4,11,13 | 174:2,4 176:4,24 177:8,22 181:23 182:21 183:9 184:7 |
| **jeff** 47:23,24 50:16 53:25 54:15,22 55:25 57:11 | 147:22 150:1,6 160:1 170:1 188:9 199:3,18 | 48:17 50:3,14,24 51:4,21 52:3 53:13 54:7 55:11,14 56:18 | 184:13 187:3,12,16 189:6,12 191:16 192:8,17 194:1,3,17 |
| **jim** 84:8,9 137:2,5,6 137:12,16,23 138:2 180:4 | **ken** 82:23 83:1 **kenner** 2:14 **kent** 145:20 147:22 | 57:14 58:19 59:2 60:3,11,16 61:6,21 61:22 62:17 64:13 | 195:8 196:5,7,7 **knowing** 65:25 **knowledge** 125:7 182:22 |
| **job** 13:18 16:15,17 17:1 23:10 34:23 76:11 104:25,25 | **kept** 12:17,18 13:4 13:11 **kevin** 108:18,25 | 64:22 65:11,18 67:11 68:25 69:5,9 71:22 73:14 74:14 | **known** 65:22 150:19 162:2 **knows** 144:3 |
| 105:3 118:16 172:9 172:14,16,16,18 173:2,9,10,11,13,13 | 109:9,21 110:8 111:12 **key** 80:17 84:24 | 75:24 76:19 77:1,2 77:7 78:7,16,23 79:9,22 80:25 81:1 | **ko** 32:18 **kocaeli** 81:22 91:1 93:2,16 103:10,23 105:8 |
| 173:15,16,18,19,24 174:3,5,8,9,12 175:7,7,14,15,21,23 | 88:5 191:13 **kicked** 158:22 **kickoff** 32:16,19,22 | 81:9,15,22 82:10,23 83:3,11,19 84:3,8 85:10,16,17 86:11 | **kombi** 60:14 151:4 152:25 153:15 160:7,23 |
| 176:1 182:4,24 **john** 43:14 94:23,25 95:3 108:11,12 | 35:23,24 36:1,4,5 36:24 120:17 **killed** 174:5 | 89:5 92:13 93:24 95:12 96:8,9,12,16 97:18 99:15 100:5 | **kombis** 60:9 **koray** 163:4,8 164:1 **koswick** 108:19,25 |
| 125:21 127:6 **journal** 189:19,21 189:25 | **kind** 7:9 8:1,18 18:6 21:7 22:12 25:23 | 101:4,18 102:25 104:2,5,11 105:3,7 105:12 107:18 | 109:3,9,21 110:8 |
| **jp** 149:1 **jraiche** 43:14 108:11,12 | 26:17 29:12 31:1 35:19 40:4,5 72:2 78:24 79:11,13 | 109:3,23 110:1,20 112:5 113:4,11,13 114:18,22,23,25 | **l** |
| **judge** 1:2 **judgment** 131:5 | 81:12 82:3 85:19 88:22 110:20 126:5 | 115:17 117:3 118:10,21 119:16 | **l** 2:4 83:17,18 **lab** 16:11 |
| **julie** 145:20 **june** 1:18 5:2 | 153:20 159:14 167:21 168:13,19 | 122:6 123:5 126:5,6 126:24 127:16 | **label** 67:10 68:25 69:8,9,10 76:24 |
| **justice** 2:15 6:1 **justifying** 121:1 | 169:2 176:24 184:20 185:16 190:8 | 129:10,23,25 130:2 130:3,4,12,12,21,22 | 77:10,12 81:5,17,18 81:19 82:1 90:25 |
| **k** | **kinds** 14:4 65:21 74:14,14 77:3 | 131:3,4,6 132:9 133:16,20,21,23 | 91:2,8,9,13 93:1,5,7 93:10,15 94:15 95:7 |
| **k** 2:6 133:18 **kathleen** 108:1 109:11 113:18 116:2 | **knew** 28:10 39:2 60:6 97:20 119:22 183:10 184:10,15 | 139:16 142:5 143:22 145:13 | 96:18,24 97:8,10,11 97:13,14,17,23 98:12 103:10,23,24 |

Public Version - Confidential Information Redacted

182:24 183:3,9,15
**labels** 67:11,15
68:20,24 69:4,5,7
77:4,7 81:14,22,25
90:20,23 91:5,16
96:14,16,21 97:15
98:2,6 182:7,13,22
182:25 183:7,12,18
183:23,25
**laboratories** 15:3,4
**labs** 15:16,17,19
16:2
**lack** 55:3
**ladder** 75:12,20
**laid** 110:3
**lamps** 176:24
**landfill** 191:22
192:2,6
**language** 29:23
**lapointe** 108:1
109:11 113:18
116:2
**large** 87:12
**larger** 107:8 130:8
**late** 27:23 174:10
**launch** 19:16 31:15
34:11,12,15 45:15
172:24
**launched** 27:23
123:10 132:10
172:20
**laura** 1:19 198:7,22
**lawrence** 94:6,7,8
**lawyer** 134:22
**lays** 120:12
**leads** 132:1
**leak** 136:16
**learned** 67:15
184:21 196:14
**lease** 164:19,24
**leasing** 165:3
**leaves** 91:2
**leaving** 184:13
194:20

**left** 19:4 27:14 63:8
63:9 71:22 114:23
170:10 171:9 173:4
173:12,15 174:8
**legal** 118:11 131:18
**legally** 67:18
**lehmkuhl** 41:7 43:7
**length** 82:6
**lesson** 196:15
**letters** 47:14
**level** 20:2 35:7,11
36:7,25 38:9,14,17
109:3 110:17
161:12
**levels** 20:10
**light** 57:6 82:14
186:4,8,11
**lighter** 195:20
**liked** 117:10
**limited** 19:12
114:21 136:12
**linda** 92:16,18,19
94:5,23
**line** 47:13 63:19
73:17 80:16 90:20
199:5
**liquid** 169:9
**list** 164:6,7
**listed** 97:3 98:3
148:18 182:13
197:11
**litigation** 6:17,23,25
12:7
**little** 8:16 9:1 10:7
15:24 26:6 27:19,24
40:20 48:13 54:12
72:5 80:23 85:18
107:13 182:11
184:5 192:11
195:14
**llp** 2:5
**load** 158:14,19
165:11 185:24
186:8,10 193:18

**located** 22:1 183:5
**locating** 195:6,8,11
196:1
**location** 139:6
**locations** 103:15
**logistic** 92:20
**logistics** 7:9 94:11
101:5 148:23
**long** 15:19 17:22
38:25 87:10 95:3
180:15 196:11
**longer** 59:9 74:10,11
131:2 159:1 194:22
**look** 7:21,21 25:16
25:16,16 40:2 47:13
55:3,8,22 56:16
65:2 70:15 73:16
80:11,17 81:25
86:24 87:11 88:5,23
89:20 92:21 103:15
103:21 107:22
119:11 120:24
121:24 123:7
125:13 127:6
128:14,15 131:3
134:5,6 140:6 144:7
152:11 153:15,20
156:14 157:25
162:10 166:11
191:20
**looked** 57:21 99:25
106:4 124:5
**looking** 7:21 16:20
25:19 53:4 66:19
76:13 102:14
130:20,25 143:12
150:7 176:10
181:24 187:3 189:4
189:9
**looks** 57:13 68:3
74:18 82:5 86:18
98:9 114:20 124:5
130:18 131:1
137:15,23 165:18

**lost** 22:9 159:6
**lot** 30:14 31:25
40:20 72:1 99:21
107:20 122:4 192:7
196:13
**lots** 191:12
**low** 175:7,9 191:13
**lower** 54:13 82:20
**lt** 56:17,20 57:4,6
**lunch** 53:5 67:1 72:7
**lwb** 87:7,9

---

**m**

**m** 2:14
**m1** 42:15,18,21,22
43:1,3 118:2,2,16
118:16
**macomb** 198:5,24
**mail** 3:13,14,15,16
3:17,18,19,20,21,22
3:23,24,25 4:1,2,3,4
4:5,6,7,8,9,10,11,12
4:13,14,15,16,17,18
4:19,20,21 40:7,10
43:21 46:2,14,15
47:4 49:7,17,18,20
50:7 51:20 52:23
53:19,20,23 54:15
54:22 55:19,23 58:5
58:15 59:1,24 63:25
65:2,3,6 66:7,16,17
67:4 68:7,16 70:2
70:15 71:2 72:9
73:7,11,16 77:20
78:2,5 84:14 85:22
86:5,6 90:5,15,23
91:23 92:10,21
94:12,19,22 95:5,6
95:14 96:4,6,7 97:6
98:15,24 100:9,10
100:14,18,18
101:10,17 104:14
104:18 105:20
106:14 107:22
113:17 116:12,22

Public Version - Confidential Information Redacted

119:1,11,11 122:16
122:18 123:21
124:9 125:13 127:6
127:9 128:25
131:10,25 132:19
133:11 134:5,16
135:15 136:5 137:2
137:13,13,16 138:2
139:21 140:9
141:11 142:14
144:12,23 145:1,3
145:20 146:2,11,23
147:22 149:9,24
150:6,25 151:20
154:15,23 155:22
156:9 158:3 159:9
159:12,24 160:4
162:19 163:4,23
164:13 165:20
166:2,15 169:23
171:11,23 174:14
174:23 176:7,8
177:1 178:6,13,16
178:20 179:3 181:2
186:18 187:18
188:4 189:9 190:14
190:25 191:20
192:23 193:10
194:8 196:15
**mails** 40:8 146:13
**maintain** 59:20
**maintained** 44:8
**major** 34:5 78:12,14
117:6 150:8 151:12
**making** 38:6 83:7
131:5 154:8,8
181:10 195:16
**maley** 2:4
**man** 127:13
**manage** 136:16
**management** 13:19
13:22 19:8,24 20:1
20:4,7,11,22,23
21:14,17 23:9 25:10
25:15,21 27:2,3

28:3 29:8 30:24
31:3 32:12,13,24
35:7,13,23 36:6,25
37:14,22,23 38:2,6
39:13 41:18,20
48:10 51:14 52:5,6
52:9 109:16,18,22
109:23,24 110:2,11
110:14,16 145:21
146:4,7 168:4
**manager** 27:1,13
29:3,4,6 40:25 41:1
41:9,10,11,14,15,17
43:8,8,14 44:8
51:15 65:23 107:2
108:22 109:1,4
**managerial** 109:5
**mansfield** 58:15,19
58:22 59:24 64:1
65:6 84:16 90:16
94:23 95:10,18,20
96:5 97:6 106:8
108:7 134:3,6 136:5
137:5 166:15 176:9
**mansfield's** 64:8
**manual** 83:7,11
**manuals** 83:13
**manufacture** 107:11
**manufactured**
81:21 183:17
**manufacturer** 85:9
125:9 159:5
**manufacturing** 85:5
90:21 193:15
**march** 3:14,15,16
4:1 45:2 49:7 52:23
58:5 106:14 179:9
179:13
**marie** 188:10
**mark** 1:2 116:24
119:12,16,19,25
122:18 159:14
160:13,14 193:24
**marked** 6:7,11 46:3
46:6,9 49:8,11

52:24 53:2 54:11
58:6,9 66:8,11
72:10,14,16 77:21
77:25 85:23 86:3
90:6,10 91:24 92:2
98:16,19 101:11,14
105:21,24 106:15
106:18 116:13,17
123:22,25 124:3
129:1,4 132:20,23
135:16,19 139:22
139:25 144:13,16
149:10,13,16
155:23 156:2,5
162:20,23 165:21
165:24 171:12,15
174:15,18 177:2,5
178:7,10 186:19,22
187:19,22 190:15
190:18 192:24
193:3,7 194:9,13,16
**marker** 35:14
**market** 78:20,20
181:13 183:1
**marketing** 18:16,18
18:23 59:23 73:13
73:14 76:4,12 79:3
79:12 84:10,12
108:22 109:1,4,5,7
110:14 112:12
114:18,23 121:8
125:5
**markets** 78:12,14
185:10
**mass** 34:24
**mat** 195:12
**matchbox** 26:6
**material** 126:4,5,7,8
148:23 154:19,24
154:25 155:6 160:9
192:4
**materialization**
152:3
**materials** 150:7
152:5,6 153:5,11,12

164:5,7 190:7
**math** 79:9
**mca** 151:4,7,8 152:3
152:20,24 153:15
153:18 154:18,24
155:6,11
**mca's** 152:5
**mccombs** 94:6,7
**mean** 16:7 17:12
36:15 37:2,25 38:2
39:13 46:18 51:9
53:13 54:12,19
55:18 57:2,5 60:10
61:18,19 62:1,21
64:5 69:14 71:11,12
71:20 75:23 79:8
88:15 93:25,25
101:3,4 104:1 111:4
114:20 116:8 121:2
130:19 131:1
143:10 146:20
151:9 152:19 157:1
157:7 165:1 172:15
175:9,16 177:23
181:9 185:6,16
192:16
**meaning** 47:14,16
70:11,13 133:21
**means** 31:20 60:2,16
62:22 70:6 75:24
80:25 85:12 88:16
95:3 117:3 133:17
144:2 151:8 155:1
171:3 172:16
175:17 179:18
181:10 189:7
**meant** 55:17 69:17
111:17 142:24
147:3 152:24 165:2
169:9
**mears** 137:3,11
**mechanism** 138:18
164:21 165:6,9,13
165:15,16,18

Public Version - Confidential Information Redacted

**medication** 10:20
**medium** 37:10
**meet** 10:25 11:2,7
  125:1 159:2 164:20
  168:17 172:1
  181:12,20
**meeting** 39:20,20,25
  40:1,2 72:21 73:1
  96:13 109:14
  125:17 170:3
**member** 37:22
**members** 132:3
  139:5 179:12 180:1
**memo** 129:12,12
  131:19 132:2,3,6,11
  132:13,15 134:2
  135:2,11 140:14,23
  141:23 144:7,9
  173:9,11,17 174:10
**memorialized** 79:10
  168:9,12
**memory** 10:14
  22:18 65:10 72:21
  97:1 102:7 106:8
  142:23 187:1,15
**mention** 98:3
**mentioned** 23:1
  27:6,8 96:17,24
  105:11,13 111:6
  139:4 163:13 170:5
  170:19 174:6 180:5
**merony** 82:23 83:1
**mesquita** 84:6
**message** 101:25
**met** 10:22 11:1,3
  59:5
**metal** 125:23 126:2
  126:11,15 148:4
  158:20 159:1
  176:23 186:2,5,9
  192:4 195:10
**method** 155:7
**michigan** 1:16 5:1
  5:24 198:3,24

**michon** 84:8,9
**mid** 151:8,9,11
**middle** 54:11 63:2
  63:25 87:11 90:15
  103:2,5 107:13
  116:1 133:19
  141:11 155:17
  157:25 163:23
  166:3 174:23 179:3
  188:4
**milestone** 31:13,14
  31:16,17,18 32:7,7
  32:13,15 33:2,4,10
  33:16,22 34:1,8,20
  34:25 35:2,14,17,20
  39:8,9,10,12,17,22
  40:16 42:19,21,23
  44:2,21 45:4 87:13
  87:19,24 110:18
  120:1,15,20
**milestones** 31:4,11
  35:5 87:15 110:4
**mind** 46:22
**minor** 34:4 122:6
**minute** 40:6 133:1,5
**minutes** 39:20,25
  40:1,2,5,21 102:3,5
**misspeak** 5:16
**misspoken** 111:6
**misstated** 144:4
**misunderstanding**
  192:13,14
**misuse** 160:17
**mm** 136:13
**mockup** 25:24 26:23
**mod** 75:12,23 93:3
  145:4 156:12 166:7
  175:3
**mode** 161:5
**model** 14:14 19:9,16
  19:18,20 59:25
  80:22 108:17
  109:15 111:22
  123:10,12,18
  132:10 181:25

**modification** 72:23
  73:17,19,22,25
  74:16,17,19 75:8
**modified** 103:9
**mold** 150:13,18
**molded** 155:12
**monday** 1:18 5:2
**money** 37:4
**monroney** 81:5,15
  93:1,5,7,10,15
  94:15 95:11,23
  96:18,19 97:14 98:8
  103:10,23 182:16
  182:18
**month** 7:3 170:3
**months** 173:17
**morgan** 149:1
**motion** 105:7
**motor** 1:4 5:23 11:3
  13:17 26:15 47:24
  48:20
**mounted** 147:14,15
**move** 16:23 32:24
  45:12
**moved** 63:3 157:19
  168:7
**moving** 101:5 169:9
**mp** 34:23
**mp&l** 148:20,22
  161:12
**mp1** 34:21,22,23
  118:13,14,16

**n**

**n.w.** 2:6
**nair** 38:22,25 39:2
**name** 5:8,13,25
  40:17 41:8,21 43:15
  47:1,4,17 48:14
  49:25 50:1,2,4 51:9
  81:9 83:15 84:4
  90:13 108:9 128:5
  148:16 182:23
  199:2,3

**named** 41:7
**nameplate** 119:6,7
  120:13
**names** 37:9 38:19,21
  42:12,14 105:14
**natural** 24:4
**nature** 58:2
**necessarily** 21:23
  40:21 42:8 43:17
  45:16 118:9
**need** 9:16 66:1
  120:3 124:25
  150:15 159:13
  164:18 172:6 189:3
  191:13
**needed** 57:20
  178:23
**needless** 5:10
**needs** 9:23 10:5
  19:25 119:2 141:25
  170:9 172:1,8
**negatively** 8:25
**neither** 71:15
**never** 6:14 22:21
  49:3 59:5 126:19
  129:24 130:13
  138:1 139:12,18
  151:14 158:6,17,20
  158:22 159:4,8,10
  160:24,25 162:11
  174:6 193:20
**new** 2:18,18 14:13
  17:7,7,8,9,10,21,22
  18:5,20 32:21 45:12
  45:17,21 91:2 113:7
  113:10 127:14
  157:12,13 163:13
  186:11
**newly** 112:20
**nice** 186:10
**nissan** 114:24
**nomenclature** 37:11
  37:12
**non** 8:6

Public Version - Confidential Information Redacted

nonsense 192:19
nope 190:1
normal 85:19
normally 20:7 25:11
  25:15,21 51:11
  138:19
north 29:24 30:2,4
  30:13,19 31:6,15
  45:21 47:18 51:13
  52:6,8 71:14 108:17
  109:1 111:22
  117:12,14,17,23
  122:14 155:5
  182:14
notary 197:24 198:1
  198:8,23 199:25
note 40:3 49:17 54:4
  57:9 64:5 68:3
  95:10,12,14,14,14
  95:18,19 96:4,5,8,9
  106:8,9 109:20
  113:23 129:10
  134:23,24 185:3
notebook 13:1,4
notebooks 13:10
notes 12:19,22 13:1
  13:7 95:21 198:16
notice 3:12 6:6,20
  8:12 184:6,9,18,23
november 4:18 12:5
  12:8 187:18
number 6:11,13
  47:22 54:11,12,12
  54:14 55:11,12,22
  56:16 63:23 68:18
  71:9 84:13,23 86:15
  86:18 90:10 92:3,7
  92:10 93:1 94:3,21
  103:21 104:14
  106:22 113:14
  115:24 118:24
  122:9 125:14
  128:12 145:18
  156:14,23 159:22
  160:6 161:8 170:18

173:17 178:14
  194:25
numbered 53:12
  164:10
numbers 47:14
  130:22,24 131:5

o
oath 5:6
object 9:20 114:6
  115:8
objection 35:8,15
  36:8 54:3,25 56:19
  60:22 62:6,12 67:13
  68:2 72:24 100:11
  104:3,10,22 114:2
  143:1 152:17 153:7
  155:2 162:14
objections 9:20
objective 109:13
  181:22
obstruction 82:21
obviously 72:18
  111:16
occur 29:8 41:13
  103:13 151:12
  165:17 173:19
occurred 73:23,23
  123:6 127:16 142:5
  171:8
occurring 173:18
october 4:9,10,11,12
  4:13,14 149:9
  155:22 162:19
  165:20 171:11
  173:6,7,9,10 174:14
odabasi 108:9
oem 124:23 125:8
offer 68:19 71:13
offered 177:14
offering 71:7 123:2
offerings 16:20
office 5:10 7:5 17:1
  17:6,18,25 18:20,22
  18:25 27:15 47:25

48:1,2,22
official 52:11,16
  87:22
oh 5:12 18:10 23:24
  70:13 107:17 108:7
  134:2 161:22 195:9
okay 5:12 6:4,12,15
  6:19,22 7:13 8:18
  8:19 9:2,4,9,12,14
  9:15,19,24,25 10:8
  10:11,15,17,18,22
  11:4,7,11,14,20,23
  12:19 13:12,14
  16:13 18:10 21:18
  22:4 23:25 24:9
  26:10 28:9,17,18,20
  29:24 30:22 32:4,6
  33:20 35:1,6,13,24
  36:1 41:13 43:20,22
  46:8,15 47:13,23
  49:13 51:11,17
  52:21 53:2,9,11,21
  55:8,22 57:13,22
  58:3,11,12 63:22
  64:7 66:3,13,14
  67:2,22 68:6,18
  69:23 70:6,15 71:25
  72:15,16,20 78:1
  82:23 83:19 86:4
  88:2 90:11 92:4
  93:19 96:3 98:5,13
  98:22 99:3,4 100:2
  100:9,17 101:16
  102:22 103:2
  105:18 106:1,7,20
  106:21 116:18
  124:2,3 125:13
  129:6 134:2 135:13
  135:21 136:15
  137:24 140:2,3
  141:4 144:18
  149:15,21 152:25
  153:11,19 154:22
  155:13 156:4
  158:15 160:22

162:25 166:1
  169:15,22 171:1,5
  171:17 175:6 177:6
  178:12 180:15,15
  180:20,25 185:14
  185:20 186:16,24
  187:24 190:21
  191:10,21 193:6,7
  194:6,14 196:8
oktay 108:3 134:16
  166:17 170:18
oktb 35:1
once 11:8 45:10
  142:18
one's 37:13 165:3
ones 34:5 82:10,12
  97:24 102:9,10
online 80:5,7
open 23:15 62:22
  63:1,7,9,11,18
operating 139:5
  148:25
operation 161:5
operations 150:5
  178:23 179:23
opportunities 145:8
opportunity 10:1,6
  90:3
opposed 10:17
  107:5
optimal 78:5
option 71:10,13
  89:9 90:3 138:11,12
  189:1
optional 89:23
  111:2,8 144:4
options 73:21 80:1
  177:14
order 75:18 79:16
  79:20 80:2 83:25
  84:17,18,21 86:13
  86:23 88:2,3 89:20
  99:11 100:19,22
  102:2,19,20 104:24
  111:1,7 113:8

Public Version - Confidential Information Redacted

| | | | |
|---|---|---|---|
| 114:10 116:7 118:5 | packages 123:13 | parenthesis 56:2 | 65:15,17 66:4 |
| 123:8,8,12,16 | packed 160:13 | 75:11 | 115:19,20,21 |
| 174:11 | page 1:12 3:3,11 | parenthetical 56:23 | 129:11,13 131:10 |
| ordering 92:20 | 29:14 47:4 53:11 | 133:16 133:15 | 132:6,11,13 133:17 |
| 100:24 | 54:11 58:12,15 65:2 | park 16:1,8,11 | 134:2 137:2,13 |
| orders 124:22 | 66:16 67:4 68:6,16 | park's 155:8 | 140:9 141:22 142:3 |
| organizational | 69:23 73:8,10 74:21 | parks 131:11 133:12 | 145:20 147:22 |
| 41:13 | 84:13 92:5,7,21 | 149:24 150:3 | paul's 144:7 |
| original 46:22,23 | 93:19 94:2,21 97:4 | 151:22 164:15 | pause 9:22 |
| 91:3 112:11 125:9 | 104:13 106:21 | 178:16 179:3 182:3 | paying 145:10 |
| 135:4 146:16,17 | 113:14 115:22 | part 20:3 21:16 28:9 | pd 170:4,9,11 |
| 193:16 | 116:19 119:1 | 34:15 76:23 97:14 | pending 9:17 |
| originally 116:6 | 120:22,24 121:6 | 100:18 101:23 | people 7:24 8:24 |
| 141:1 173:3 | 122:16 124:7,9 | 135:23 147:12 | 11:17 28:15 45:11 |
| otosan 47:3 131:21 | 125:14,18 127:4,7 | 153:18 158:21 | 51:24 52:19 72:1 |
| 131:23 156:11 | 129:15 131:8 134:5 | 159:4,5,7 166:3 | 91:11 92:10 96:7 |
| 157:7 166:7 175:3 | 134:13 135:25 | 169:5 175:14 185:9 | 97:21 105:13,15,16 |
| outcome 71:24 | 137:1 140:6,8 141:8 | 185:11 192:6 195:5 | 110:8 113:8 116:21 |
| outer 26:17 | 141:11 142:15 | particular 7:20 | 136:3,25 141:12 |
| outlined 180:6 | 144:21,23 145:17 | 30:19 54:2 95:17 | 158:4 170:14,15,18 |
| outlines 120:9 | 146:23 147:19 | 96:11 181:24 | 178:16,21 180:5 |
| outside 20:22 21:16 | 148:6,9,13,18 | partition 124:24,25 | 184:22 186:6 192:7 |
| 75:20 83:12,14 | 149:21,24 151:17 | 125:10 126:23 | percent 64:16,19 |
| 136:17 138:16,20 | 153:20 154:12,16 | parts 30:10,12 74:13 | 114:1 |
| outwardly 63:5 | 154:20 156:23 | 74:14 128:19 | percentage 19:25 |
| overall 188:13 | 157:25 158:1 | 145:22 146:22 | 183:16 188:24 |
| overview 189:1 | 159:20 162:11 | 176:19,20 179:21 | perfect 27:21 |
| owned 7:24 | 163:20,23 164:10 | 183:12,14,16 | period 44:19 |
| owner 80:15 | 166:2,3 169:21 | party 198:18 | permission 164:6 |
| owner's 83:7,11,12 | 174:20,23 176:7 | pass 56:17 57:1 | person 36:1,11 41:5 |
| ozbay 108:3 134:16 | 178:25 181:3,25 | 71:15 118:22 | 41:14 50:10 54:20 |
| 166:17 170:18 | 182:5 184:5 185:20 | 139:17 156:23 | 76:9 104:5 105:11 |
| ozeken 151:20 | 187:25 188:4 199:5 | 157:1 | 119:25 125:5 |
| 152:13 | pager 120:6,7,8 | passed 19:17 | 138:20 141:16,19 |
| | pagers 122:14 | passenger 57:3 | 147:3 167:23 |
| **p** | pages 181:24 | 70:21 74:25 75:1 | 182:21 194:18 |
| p 133:19 | pallet 111:13 | 76:17,20 88:11 89:3 | person's 182:23 |
| p.m. 196:18 | panel 18:9 139:4 | 89:4,6,6,8,9,13,14 | personal 131:3 |
| pa 33:19,23 42:25 | panels 122:24 | 89:21,22 113:25 | personalization |
| package 75:12,15,16 | 126:12 | 114:10 115:5 | 79:19 83:24 84:1 |
| 103:11,24 122:20 | paper 80:13 | 130:23 134:9 157:1 | personally 121:7 |
| 123:2,3,6 125:22 | paragraph 116:6 | 157:3 | pervez 48:4,7 |
| 127:18 130:23 | 127:20 | pasted 91:2 | phd 15:6 |
| 157:6 | pardon 66:22 | paul 11:14 34:16,16 | phone 102:12 |
| | | 48:17,23 49:1 51:5 | |

Public Version - Confidential Information Redacted

**phrase** 29:20 37:3 61:4 127:20
**physicals** 80:24
**physics** 15:6,10,12
**pick** 78:19
**pickup** 19:11
**picture** 59:20
**pictures** 109:14
**piece** 19:14 37:18 88:21,21 186:9,12
**pieces** 87:13
**pin** 196:1,2
**pins** 194:24 195:6,8 195:10,13,24
**pkv** 133:15,16
**place** 1:15 23:20 73:2,5 120:14 198:10
**placed** 24:13 38:14 77:17 82:13 93:16
**placement** 196:1
**plaintiff** 1:5 2:11
**plan** 78:6 93:15 112:15 122:19 126:19 145:10,22 146:1,13,16,17 191:13
**planned** 71:5
**planning** 17:1,5,6 17:18,25 18:17,20 18:22,25 27:14 59:6 67:18 148:23
**plans** 69:11 147:23 148:1,2
**plant** 81:20,21,22 82:2 90:21 91:2 93:12,16 157:7 158:18 159:3,6 160:10,11,15,18 193:20
**plants** 81:24
**plastic** 126:4,5,7 139:4
**plate** 186:2,5

**play** 30:23 180:11 180:17
**playing** 48:11
**plaza** 2:17
**please** 5:21 9:7 50:8 64:12 69:15 95:9,19 96:4 102:13 132:1 133:25 140:13 142:3 145:25 163:15,21 166:10
**plug** 71:9
**plugged** 122:23
**plural** 182:18,19
**plus** 115:4 154:16 172:9,14 173:9,13
**point** 18:14 31:10 42:19 43:8 48:7 89:5 91:3 93:1 118:11 131:22 135:12 154:24,25 171:6 172:10,19,24 178:24 189:13
**pointed** 135:9
**pointing** 98:2
**points** 80:17 92:22 182:11
**port** 75:3 78:6,13,17 78:17 93:10 94:10 94:15 95:2,7,10,24 96:13,19 97:25 98:3 105:5,6,15 142:9 145:4 150:4 179:23 182:1 184:15,24
**portion** 73:10 78:2 144:1,1
**ports** 78:10,10,16
**position** 17:5 125:5
**positions** 88:17,18
**positive** 145:9
**possibility** 31:8 157:19 162:6
**possible** 109:10 123:9,14 163:14 167:13 176:2

**possibly** 25:3 100:12 111:17 147:16,18
**post** 174:9
**potential** 74:20,22
**powerpoint** 20:16 20:19 21:12 22:25 23:2,5,7,8 25:10,11 39:21 40:4 54:19 55:5,7 57:7 67:21 67:24 68:12 71:4,5 71:20 79:7
**powerpoints** 71:8
**powertrain** 16:20 16:22 26:15,23,24 43:3 56:14,14
**pp** 34:16 182:13
**practice** 179:4,17,23
**precisely** 23:9,11 62:2,9
**preparation** 12:3
**prepare** 11:23 20:2
**prepared** 53:21 104:21,24
**preparing** 10:23 12:1
**present** 14:25
**presentation** 20:8,8 20:12,23 21:12
**presentations** 20:21
**presented** 23:8
**presently** 125:21
**president** 38:9,11,12 38:14,25 39:4
**presidents** 38:13,19
**pressure** 91:15 97:15,17,18,22 98:11
**pretentious** 51:22 52:2 107:19
**pretty** 105:15 142:6 189:7
**prevent** 160:16 169:9,10 172:7
**previous** 99:21 102:11

**previously** 6:10 11:18 53:2 58:9 72:13 77:24 86:2 90:9 97:18 99:16 101:14 105:24 106:18 116:16 124:6 132:23 144:16 154:7 156:2 161:10 162:23 165:24 171:15 178:10 186:22 190:18 193:7 194:15
**price** 76:16 145:11
**priced** 76:19
**pricer** 76:10
**pricing** 76:5,16,22
**primarily** 21:3 41:23
**print** 100:7
**printed** 90:21
**prior** 30:13,14 32:13 32:19 37:18 38:3 42:22 57:18 95:6 119:25 132:6 174:3
**priority** 113:9
**privacy** 84:24 85:1,2 85:11,14,20
**pro** 23:9,11,13,15 24:12
**probably** 8:8 18:7 21:22 33:2 52:4 72:4 128:12 132:5 147:3,3 150:20 155:15 179:18 186:2 190:6
**problem** 5:15,17,20 195:11 196:14
**procedures** 181:7
**proceed** 9:23 10:12
**process** 10:2 19:18 19:19,21,23 22:2 37:18 41:23 44:10 45:11 76:24 78:7 85:5 91:17 93:21,24

Public Version - Confidential Information Redacted

[process - read]                                                    Page 22

103:15 105:10
106:5 121:4,20,23
126:1 139:2 164:18
168:6 181:14,18
184:14 188:12
193:15
**processes** 21:24
180:6
**processing** 105:5
182:1
**produce** 167:17
**producing** 172:21
**product** 5:23 7:18
7:20,21,23,25 8:6
19:22 22:24 30:19
31:14 32:21 52:1
107:21 142:4
170:12,13,16,21,24
171:3 172:19
**production** 34:19,24
93:13
**products** 16:22
**program** 12:13,16
13:6,19,20,22 14:5
14:6,8,9,10,11 17:8
19:8,16,17 20:1,4
23:12 27:2,3,13
28:3,23,25 29:6,12
29:15 30:18,20,23
30:24,25 31:6,9,10
31:20 33:2,9,15,21
36:2,6,15,16,21
37:2,6,6,8,13,15
38:4 40:24 41:1,2,4
41:9,10,10,14,15,17
41:18,20,22 42:10
43:5,24 44:1,4,6,8
44:18,24 45:4 47:11
48:10,24 49:1,2
51:15 52:4 59:18,21
59:25 61:5 65:23
71:23 79:16 107:12
119:9,25 121:5
128:7,20 129:24
141:15 147:24

151:11 154:4 171:9
173:4,12,13,15,20
182:1 185:4 192:13
194:21
**programs** 13:21
14:1,3,15 17:7,7
27:5 31:2 37:9,19
122:3,11 151:12
**progress** 31:2
**project** 12:20,23
27:1 45:12 49:4
**pronounce** 179:5
**properly** 121:21
160:13 161:1
**property** 18:8 25:16
25:22,23
**proposal** 136:8,19
136:22 156:11
157:19 166:6 170:2
175:2
**propose** 136:11
**prototype** 26:12,14
33:25 42:9,15,17,18
42:23 43:1,2,3,4
117:12,15 118:16
**prototypes** 41:24
42:1,3,12 118:2,17
**proveout** 34:19
**provide** 5:21 79:16
79:17 91:14 95:22
179:13
**provided** 23:3
115:14,17 117:7,11
**provides** 91:15
**providing** 20:11
153:3
**ps** 31:17,18 32:7
33:1,4 39:8,9,10,12
39:17 44:2,21 120:1
120:18,20
**psc** 33:7 40:17,18
**pssge** 74:25
**pssgr** 76:17
**ptc** 33:13 42:22
87:13

**pu** 136:12
**public** 197:24 198:8
198:23 199:25
**publicly** 79:25
**puerto** 185:3,10,17
**pull** 63:7,15 175:7
175:14
**pulling** 63:9,11
**purchase** 89:25
**purchased** 74:9,10
**purchasing** 128:16
128:16
**purpose** 6:21 46:20
46:21,22
**purposes** 16:5 26:22
41:25 110:16 153:4
**pursue** 174:8
**pursued** 172:8
174:6
**put** 8:21 18:5,18
20:4 51:20 53:24
77:3,3 81:19,20,22
85:9 90:25 91:12
95:23 96:4 99:18,18
122:9 136:12
138:17,17,17 147:5
161:16,17 162:1
186:3,7,8,9 195:6
196:12
**putting** 51:2,3,4
75:18 136:16
160:23 192:17
195:11

| q |
|---|

**qos** 148:20,24
**qualitative** 131:6
**quality** 131:6
148:25 159:7
**quarter** 173:22
**question** 8:9 9:6,7
9:11,13,17,18,24
10:7,13 23:22 28:7
28:8,9 35:10 50:22
61:12 62:2,8 68:18

78:22 100:12 111:6
115:8,9 142:11
150:12 152:19,23
155:8,15 161:21
180:20 193:24
**question's** 28:16
**questioner** 46:22,23
**questioners** 32:2
**questions** 8:23 9:21
57:23 64:12,14
65:11,21 67:10
155:20 160:3
198:13
**quick** 96:12 133:1
**quickly** 169:10,11
**quite** 8:16 21:6,7,8
29:5 31:19 35:11
40:25 41:8 50:17
51:8,10,21 60:5,6
60:11,13 61:11 62:2
68:25 75:25 80:10
85:16 89:10,11 95:1
97:10 116:9 118:6
122:5 152:18 167:4
167:12 168:24
169:5 175:17
177:21 184:10,11
184:17 188:17
189:6 194:23 195:9

| r |
|---|

**r** 5:9 43:18 108:14
**rack** 75:12,20
**racks** 74:12 75:12
75:19 77:3,15
**raised** 170:3
**raj** 38:22,25 39:2
**ramp** 183:7,9
**read** 10:3 46:12
98:23 99:1 100:6,6
100:7,12 102:18
112:7 129:10 134:1
148:16 149:19
155:3 156:7 196:16

Public Version - Confidential Information Redacted

**reading** 50:3 74:4 95:21 98:4 129:8 140:4,5 193:9
**ready** 42:6,8 121:21
**real** 160:6 166:11
**realize** 10:7 112:7
**really** 6:19 7:11 8:20 36:13 37:12 38:10 38:16 49:15 79:11 93:25 115:12 122:3 122:9 130:2,21 160:20 161:7,7 191:18 192:10
**rear** 18:5 111:1,2,5 114:12 115:5 117:1 142:11 144:3
**reason** 10:19 51:19 52:20 64:4 73:4 85:16 91:5 113:6 139:10 154:8,11 187:16 199:5
**reassemble** 163:10
**reassess** 160:3
**reassigned** 45:5
**recall** 13:3,9 37:10 41:3 42:11 46:10 47:1 50:1,2,4,20,21 51:6 53:18 57:10,21 60:23 61:7,9,11,23 62:3,4,5 64:25 71:22 76:21 82:11 83:24 86:14 90:13 95:2 102:4,23 111:9 111:20 118:4 121:23 122:2 129:8 135:23 137:22 140:4 141:1 148:2 149:18 151:3 167:15 170:15 171:7 193:9 195:3
**recap** 73:17
**receive** 18:17 29:11 100:9,14 110:17 163:11

**received** 132:14 140:17
**receiving** 132:6
**recess** 72:7 133:6
**recipient** 127:9
**recognize** 6:13 46:9 46:11 49:14,16,25 53:17,19 54:14 72:16 86:18,20,21 90:12,13 100:5,8 102:22,23 106:2 111:15 124:3 129:7 135:22,23 140:3 149:16,19 151:2 156:5 177:7,8 185:21,22 186:25 190:22 193:7 194:15,23
**recognized** 52:1 66:5 99:14
**recollect** 191:18
**recollection** 95:25 107:16 127:18
**recommendation** 118:19,21 121:16
**record** 5:8 8:21 10:10,17 21:1 192:20,21 193:1
**recorded** 168:21 198:14
**records** 21:24
**recycle** 146:22 158:25 187:5 193:13
**recycled** 158:7,25 159:10 160:6,10,12 161:13 162:12 192:4
**recycler** 150:7
**recycling** 148:3 160:2 188:24 190:11
**redid** 18:7
**reduced** 166:11,19 167:1,6,7,17 198:15

**refer** 73:21,22 78:9 78:9
**reference** 40:16 96:12 110:25 147:2 148:5
**referenced** 55:14,20
**referencing** 56:18 56:24 79:20 99:10 148:10
**referred** 53:20 60:14 88:20 147:17
**referring** 20:6 37:4 54:23 57:16 64:10 69:1,8 77:1 81:3,6 95:19 98:5 109:25 111:5 138:15 144:6 145:13,15 147:5 171:20 173:9 176:6 184:16 185:12 193:18
**refers** 91:8 126:21 169:6
**reflect** 39:16 123:13 167:10 184:18
**reflects** 77:12
**refresh** 17:9,11,13 17:25 18:12,21 22:17 65:10 72:21 97:1 102:7 142:23 154:1
**refreshed** 26:22 45:14
**refreshes** 45:18 106:7
**refreshing** 18:2 153:25
**refreshment** 151:12
**regard** 170:6
**regarding** 131:19 164:5 188:7,21 189:6
**regulation** 55:11 154:9 164:5 181:20
**regulations** 48:3 67:23,25 163:14,16

183:22
**regulatory** 53:14 54:23 55:4,13 57:23 69:6 181:13
**relate** 122:6 126:22 165:8
**related** 198:17
**relates** 126:25
**relating** 137:10
**relation** 26:5
**release** 159:13 164:19,24 166:19
**relevance** 114:3,7
**relevant** 132:1
**remarks** 153:18,23
**remember** 8:8,16 12:10 18:2,6 29:6 31:19 36:3 39:6,15 40:15,25 41:8 47:1 48:13 49:5,15,23 50:3,14,15,17,24 51:1,8,9,10,21 57:16,17,19,25 58:1 60:5,6,11,13,19 65:18 71:23 72:18 73:1,15,25 75:24 78:25 79:6 81:1,23 84:4,4 89:10,11 94:8 95:1,13,16 96:24 97:10 104:20 107:12 111:17 112:19 113:5 116:9 118:6 129:8,9 132:9 136:3 137:25 142:8 144:10 146:10 148:16 150:19 151:15 163:9 167:4 173:19,21 175:17 177:17,21 182:23 183:9,15,21,24 184:8,10,11,17 195:9
**remembering** 195:14

Public Version - Confidential Information Redacted

**remind** 28:10
172:17
**reminder** 24:3
**removal** 123:3
127:12 137:18
138:12,13 156:12
166:7 175:3
**remove** 134:24
136:18 139:2
164:21 165:5,12
**removed** 75:18
122:21 145:16
146:8,14,15 158:18
166:21 167:5,8
170:8 177:23
189:12 195:13
196:3
**removes** 125:22
166:19 167:3
**removing** 161:18
**repeat** 9:8
**replace** 139:3
**replaced** 122:24
126:2,3
**replacement** 127:13
130:1,3 179:9
194:20
**replaces** 125:23
**report** 22:4,5 44:15
44:16 169:2,3
**reported** 41:5,7,20
**reporter** 6:7 8:13,20
10:3 46:3 49:8
52:24 58:6 66:8
72:10 77:21 85:23
90:6 91:24 98:16
101:11 105:21
106:15 116:13
123:22 129:1
132:20 135:16
139:22 144:13
149:10 155:23
162:20 165:21
171:12 174:15
177:2 178:7 186:19

187:19 190:15
192:24 194:9 198:8
**reports** 22:8 31:3,3
44:10
**represents** 81:19
82:2
**request** 12:6 64:1
78:5 79:14 119:2
120:8,10 123:1
**requested** 6:16 75:6
120:25 128:2
**requesting** 127:24
**require** 168:6
**required** 19:25
25:14 37:16 51:2,3
67:11 115:4 163:15
167:10 182:22
183:1
**requirement** 134:9
**requirements** 67:10
90:21 91:15 159:2
164:20 168:18,18
170:6 172:2 181:12
181:13
**research** 15:3,4
116:25
**resolution** 174:1
**resolved** 113:3,4
172:25
**respect** 37:2 39:7
42:18 45:20 48:11
54:1 59:13 66:3
73:25 81:14 84:1
89:20 142:18
145:13 189:24
190:11 195:23
**respond** 71:1 95:9
114:17,18,20 137:1
142:14 166:15
**responded** 159:12
**responding** 57:23
127:1 190:4
**response** 18:23
50:21 57:10 68:1,4
69:14 114:19 115:1

137:21,22,23 190:2
**responses** 113:20,21
113:21 189:22
**responsibility** 20:1
38:15
**responsible** 17:6
19:17 24:24 56:11
83:7 128:11,17
**rest** 43:4 191:20
**restate** 9:10
**restraints** 127:12
**result** 91:17
**retained** 22:6,6,7
**retired** 83:22 84:9
109:2 137:7
**return** 157:13
**returned** 160:10
**returning** 156:11
166:6 175:2
**reuse** 156:12 157:16
158:21 159:4 163:9
164:17 166:8 172:6
172:7 174:1,4 175:4
**reused** 158:25
166:22
**reusing** 157:20
172:10
**reveal** 115:10
**revenue** 121:3
**review** 10:4 11:23
32:12,13,24 35:4
40:4 50:8,13 54:5
84:18 108:16
109:14 121:22
135:2 142:3
**reviewed** 39:21 54:7
195:18 197:10
**reviewing** 67:10
84:17 110:14
**reviews** 19:23,24
**revised** 86:8 140:14
**rich** 188:11
**richard** 83:19
**rico** 185:3,10,17

**right** 5:13,19 10:9
13:18 21:9,13,15
23:6,6 38:5,5,7,7
43:21 45:19,19
51:16 54:13 63:13
63:15 66:21 73:18
81:11 82:20 90:22
106:11 108:10
112:14 122:19,22
129:17 130:24
134:12 139:13
142:1 145:10
148:16,19,20 150:2
152:4 153:2,6 162:9
162:9,13 173:12,16
175:22 184:2 187:7
195:4
**rmr** 1:19
**rob** 141:11,14,15
142:14 143:3
144:24 145:3 148:5
148:7 158:3,24
159:9,12 162:10
163:6 166:3,10,18
174:23 175:6 176:8
191:16 192:11
**robert** 190:25
**role** 15:2,5,23,25
16:10,23,25 17:2
19:5,7,15 22:23
27:13,14 30:23
41:22 44:6 47:2,7
48:11,21 49:24 52:1
58:24 59:11 73:14
83:3,23 84:5 176:17
180:11,17
**romulus** 1:16 5:1
**ron** 188:10
**room** 2:17
**ross** 108:18,21,22,23
109:21 110:8 112:2
112:8
**rouen** 137:3,5,6
138:2,3 180:4

Public Version - Confidential Information Redacted

**rough** 156:18
  161:15,17
**row** 64:17,17 68:19
  68:21 75:17 88:10
  89:3,4,7,8,9,25
  114:11 117:1
  122:20,21 140:19
  140:20 142:22
  143:8,8,9,10,15,18
  143:21,23 147:6
  150:12,23 151:4,25
  152:3,6,15 156:11
  156:24 157:3 163:9
  166:6 175:2 186:6
  187:9
**rpr** 1:19
**run** 172:6
**running** 37:25
**runs** 65:2

### s

**s** 199:5
**safely** 117:25
**safety** 47:25 48:1,3
  97:8,10 98:9,10
  124:25 125:6 170:6
**sale** 185:19
**sales** 101:4,4 185:4
**savings** 157:16
  176:2
**sayan** 67:6,6,18 68:9
  70:4,16
**saying** 5:10 21:10
  40:5,25 67:1 141:24
  153:4 158:11 173:1
  173:12 174:10
**says** 51:13,13 56:3
  56:17 64:12 67:9
  68:19 70:25 71:9
  75:23 76:16 79:14
  80:22 82:2 84:23
  87:3,13,18 89:13,14
  96:13 97:15 99:8
  103:7 106:12
  109:13 113:20

125:8,21 127:11
133:14 134:6,9
139:5 140:13
141:25 144:3
147:22 148:6
150:22 151:4
154:18 156:18,23
157:5 159:12 160:1
160:6 162:17 164:4
164:17 166:17
172:13 175:9,14
180:1 182:13
183:12 184:5 185:2
188:9 191:11
**schematics** 25:6
**science** 15:13
**scientific** 15:3,4,16
  15:17,19
**scott** 47:5,6 54:15
  54:22 55:25 84:11
  84:12
**scrap** 146:16 148:2
  164:18
**scrapped** 145:24
  147:1,7,8
**scrapping** 146:18,20
  146:21 157:10
**scratches** 138:9
**screen** 169:13
**seat** 64:17 75:17
  88:16,17,20 117:2
  146:14 147:6,6,12
  147:13,14,15 151:5
  151:25 152:3,7,15
  154:10 155:7,14
  156:24 157:3,9,13
  158:7,11,14,17,18
  158:25 159:1,3,10
  159:13,15 160:7,13
  160:15,22,25
  161:19,25 162:12
  163:12 164:7,18,19
  164:25 165:1,9,10
  165:11,16 166:11
  166:19,22 167:1,6,7

167:17 168:17,17
168:24 169:5 170:2
170:7 171:5 172:1,6
172:7,7,8,10,24
173:2 174:1,1,4,7
174:12 175:12,25
176:4 177:23 186:6
187:10 188:24
191:13 192:2,6
193:14 196:1,3
**seatbelt** 134:10
**seatbelts** 122:21
  140:25 142:18
  147:10,12,14
  176:23
**seating** 89:3,7,8
  150:7,13,18
**seats** 88:11 89:10,22
  90:1 114:12 122:21
  127:12 130:23
  140:19,20 141:2,3
  145:7,14,15,24
  146:25 147:6,24
  148:1,4 150:8,12,23
  153:4,12 156:11
  157:12,20 158:12
  160:10 161:13
  163:10,11 165:3,9
  166:7 167:14
  168:18 170:19
  175:2,20 176:15,20
  179:20 187:5,13
  188:7,21 189:7,11
  190:11 191:14
  192:1,3,15 193:12
  193:14,17,19 195:7
**second** 42:16,17,23
  55:22 64:17,17
  66:17 67:4 68:21
  74:21 75:17 76:4,13
  88:10 89:3,4,7,8,9
  89:25 92:5 100:17
  100:19 102:16,16
  103:17 113:14
  114:11 117:1

122:20,21 140:19
140:20,20 143:18
147:6 150:12,23
151:4,25 152:3,6,15
153:20 156:11,24
157:3 161:6 163:9
166:6 175:2,14
186:6 187:9
**section** 76:1,1 79:17
  80:17 103:2,9
  136:12 181:6,16
  182:6,9 183:11
  185:2
**secure** 136:13
**see** 7:19 10:13 18:14
  25:6 26:24 39:25
  40:21 46:12 47:13
  54:16 56:5 57:1,4
  57:12 61:2 62:16,18
  64:7,20 67:21,24
  68:11,14 69:1,21
  73:1 74:18,20 75:9
  78:2 80:9 82:12,12
  85:7,13,14,18 86:6
  87:5 88:7 89:3,13
  90:2,2,3,18 92:24
  93:20 95:9,17,19,23
  96:4 99:1 100:2
  103:7,12,16 104:14
  106:9,24 110:21
  111:25 114:5,8,16
  116:4 124:15
  125:16,18 131:11
  132:2 134:7 135:7,8
  136:20 138:21
  139:6 140:9,11,13
  141:12 144:23
  146:2 149:3 151:1,4
  152:9 154:16,22
  156:16 158:11
  159:17,18 160:19
  161:7 162:5,7
  163:18 164:8,22
  166:23 168:11
  174:20,25 179:15

Public Version - Confidential Information Redacted

Case 1:13-cv-00291-MAR Document 91-10 Filed 03/04/16 Page 482 of 488

182:9 186:1 190:25
191:22 194:4
**seeing** 73:1 102:24
120:22 122:2
139:11 190:9
**seeking** 12:9
**seen** 6:14 40:8,11,12
81:23 82:10 121:10
121:23 122:5
151:14
**selcuk** 151:20
152:13 154:15
**select** 80:8
**selected** 79:1
**sell** 67:19 69:11 70:7
192:17
**selling** 172:23
**send** 50:10 102:13
131:25 137:2,13,16
163:12 188:19
193:12
**sending** 96:7
**sends** 59:1 147:22
159:9
**senior** 109:24
145:21 146:4,7
**sense** 5:14 9:11 23:5
95:11 112:12 127:3
156:19
**sent** 127:24 135:2
136:5 139:18
146:11 151:15
152:11 158:11
178:21,21 184:24
**sentence** 112:13
172:13
**senyucel** 159:24
169:23,24 171:24
**separate** 97:22,23
147:13
**separately** 147:14
147:15
**september** 4:8
144:12 146:12

**sequence** 146:12
160:12,16
**series** 19:9,10,12,23
70:7
**service** 83:2
**session** 8:9
**set** 142:3 155:15
177:14 180:21,22
180:22 198:11
**setting** 181:21
**sew** 150:14,14,18
155:12
**shake** 8:24
**shaking** 41:6
**shanks** 145:21 146:4
146:6
**sheet** 176:23 197:12
199:1
**shell** 26:17 126:9,10
126:10
**shelley's** 126:24
**shelly** 107:24 109:7
109:9,12 113:17,22
114:18,21 115:1
116:2 124:9,21
125:2,4,5 126:22
**ship** 75:7 78:23
157:6,6
**shipments** 157:13
**shipped** 74:25
145:24 160:12,15
179:4
**shipping** 78:6,14
179:22 184:6,9,18
184:23
**shock** 175:19 176:5
**shocks** 175:7,14,18
**shoot** 53:5
**short** 133:6 164:6
**shortest** 78:13
**shorthand** 178:2
198:7
**shortly** 114:24
132:13 173:12,16

**show** 6:10 46:6
49:11 58:9 66:11
77:24 86:2 90:9
92:2 98:19 106:18
111:23 112:6,11,23
112:24 113:6,7,8,9
113:9,12,13 116:16
123:25 129:4
132:23 135:19
139:25 149:13
156:2 162:23
165:24 171:15
174:18 177:5
178:10 186:22
187:22 190:18
194:12
**showed** 69:8 99:16
99:21 102:11 187:1
**showing** 20:2 21:1
53:2 62:23 72:13
101:14 103:10
105:24 144:16
151:24 183:23
193:3
**shown** 111:7 113:11
**shows** 152:2
**sic** 43:18
**side** 99:18,18,19,19
115:3 124:13
125:22 136:8,14
143:11,12
**sidley** 2:5
**sidley.com** 2:9,10
**sign** 196:16
**signature** 107:1
149:1,5 197:17
**signed** 39:10,12,16
**significant** 120:3
122:7
**signoff** 39:25
**sik** 46:23 47:5
**similar** 102:9 106:3
**simplified** 26:7,9
**simply** 48:13 95:16
98:21 144:4 190:10

192:1
**single** 31:24
**sit** 88:18 188:11
**site** 179:12 180:2
**sitting** 11:5 186:6
**situation** 75:17 77:6
78:9 88:22
**six** 15:20
**size** 26:12 36:15,16
36:16,18,20 37:2,6
37:14 78:22,23
130:5
**skin** 126:9
**slide** 54:19 55:5,7
57:7,12,14,17,17
67:21,24
**slider** 114:12
**slides** 20:20
**sliding** 62:17,17,19
84:24 143:19,24,25
**slightly** 85:2,4,6,18
130:8
**slow** 169:12
**smack** 103:5
**small** 7:18 37:10
82:1,7 154:6
**smaller** 88:21 100:7
185:10
**smith** 107:24 109:7
109:12 113:17,22
116:2 124:10 125:2
125:4 126:22
**smith's** 109:9
**smog** 97:11,13
183:12,18
**soft** 192:6
**sold** 30:6,10,11
70:19 78:21
**solution** 74:20,22
**solutions** 177:12,13
**somebody** 7:5 36:9
65:1 74:8 79:8
85:10 88:17 95:2
105:5

Public Version - Confidential Information Redacted

**somerville** 58:16
  59:1,5 65:7
**sorry** 23:24 43:15
  66:15 67:2 92:7
  94:8 95:1 98:21
  100:11 124:12
  133:9 154:21 178:2
  180:14 196:12
**sort** 40:19 128:15
  131:6 143:22
**sound** 89:16
**south** 184:14
**space** 75:18 130:22
**spaun** 148:15
**speak** 11:11,14,17
  130:6
**speaking** 159:4
**spec** 116:7,9
**special** 133:21 170:7
**specialized** 128:3
**specific** 12:18 13:9
  13:20,21 14:6 31:4
  46:22 81:9 95:4
  104:25,25 105:3
  128:20 137:22
  155:4 168:3 177:8
  181:11
**specifically** 12:10
  22:21 47:11 57:25
  57:25 58:1 59:15
  72:25 95:22 135:8
  144:8 167:5 170:16
**specifications**
  150:12,23 152:15
**specifies** 91:9,10
**specify** 128:1
**speculate** 69:7 96:1
  102:12 184:25
**speculating** 37:20
  40:19
**spell** 41:8 43:15,21
**spelling** 108:12
**spend** 138:7
**spent** 37:5

**spiral** 13:10
**split** 188:22
**spoke** 134:22
**spoken** 11:20 132:7
**spot** 143:22,22
**squeeze** 111:12,14
  111:18
**ss** 198:4
**stage** 118:4,13
**stamped** 58:13
  149:22 181:4
**stand** 31:18 32:2,11
  33:8,24 34:13 180:8
**standard** 68:19,21
  89:9,22 99:10 111:2
  111:8
**standards** 124:24
  125:1,6
**stands** 32:12 33:9
  33:15,25 34:14,23
  47:18 56:20 57:3,6
  79:19 113:1 148:22
  194:3
**start** 16:16 23:23
  32:22 176:10
  183:22 192:9
**started** 15:2,3,15
  27:20 30:15,17
  40:24 41:2 44:1
  63:2 107:9
**starting** 40:19 51:24
  189:17
**starts** 120:18 178:13
**state** 5:8 54:18,18
  80:22 94:12 102:1
  113:24 115:3 119:2
  122:19 134:11,22
  142:17 165:5
  173:23 198:3,9
**stated** 45:17 70:21
  79:3 103:24 139:12
  170:8
**statement** 40:11,12
  59:24 60:8 61:13
  64:15,20,22,25 71:2

87:3 93:8 102:3
  103:14 112:7 116:1
  116:21 121:1
  126:24 127:1,22,23
  127:25 128:21
  131:18 143:7
  146:25 153:14
  182:1 185:2
**states** 1:1,8 6:1,16
  12:5 50:7 56:2
  57:11 59:24 60:15
  68:11,18 70:6,18
  74:25 75:6 76:4,23
  88:10 90:23 93:1
  95:5 103:9 105:8
  107:1,11,21 111:21
  116:6,24 117:21
  120:2 124:12,21
  125:10 129:20
  130:11 131:25
  136:10 138:6 145:3
  145:20 149:1 150:6
  151:24 154:23
  157:9 163:8 166:10
  170:1 172:1 175:6
  176:9 179:3 181:14
  183:5,6 188:18
  193:24 194:25
  199:2
**status** 35:4 59:20
**stay** 44:18
**steel** 122:24
**steenbergh** 1:19
  198:7,22
**stenographic** 198:16
**stenographically**
  198:14
**step** 24:7,8 85:17
  89:1 110:15 145:7
**stepping** 168:5
**steps** 19:23
**steve** 49:20,22,23
  50:10,16,17,19
  108:18,21,22,23
  109:21 110:8

111:12,21 112:2,8
  112:12
**steven** 92:13,13
**stevens** 141:12,14
  141:15 142:14
  144:24 145:3 148:5
  148:7 158:3 159:9
  162:10 163:6 166:3
  166:10 174:24
  175:6 176:8 190:25
  191:16
**sticker** 80:22 81:3,6
  81:10,12 82:7,8
  182:19
**stickers** 81:4,14
  182:16
**stole** 7:25
**stood** 56:8
**stop** 10:16
**stopped** 173:7,8
**storing** 160:9
**straight** 63:18,19
  114:24
**strategy** 31:20 33:2
  33:9 72:23 73:17,19
  76:5,16,22
**street** 2:6 118:5,10
  118:11 189:19,21
  189:25
**strict** 164:4
**strikes** 52:2
**string** 191:7 193:10
**stringent** 124:24
**strip** 138:15
**structured** 53:23
**studied** 160:4
**studio** 24:22,23,24
  25:16,18,21 110:21
**study** 76:5,16,24
**stuff** 79:12 97:20
  176:24 184:11,20
**style** 60:12 61:22,23
  87:7
**styles** 87:7

Public Version - Confidential Information Redacted

| | | | |
|---|---|---|---|
| subject 47:13 60:15 73:16 90:20 108:16 131:13 134:19 148:7 166:6 175:2 | 81:2,7 83:7 85:5,16 89:18 100:23 105:15 116:9,10 117:16 125:18 128:9 132:16 134:4 135:11 141:1,5 142:6 147:3 167:12 168:24 169:5 182:20,25 184:12 184:15,20 188:17 194:2,25 196:10 | talked 99:13 104:7 105:14 132:16 140:21 153:25 167:9 184:2 | 55:21 56:23,25 84:4 91:7 93:25 155:11 155:13 |
| subjects 93:21 | | talking 29:13,20 38:3 47:19 67:9 69:10 74:4,12,17 80:13 87:15 93:5 94:18 96:8 98:6 102:19 106:5 110:2 110:12 125:2,4 126:19,23 138:23 139:1,2,9 161:25 169:19 191:16,22 195:16,20,23 | template 23:13,15 23:20 24:12 |
| submit 121:5 | | | temporary 195:6 |
| submitted 121:8,10 121:24 | | | term 36:19 57:3,6 60:11,12 61:17 69:20 70:13 111:16 111:18,19 116:9 |
| subscribed 197:19 199:19 | | | termed 71:6 |
| subsequent 123:12 156:13 166:8 175:4 | surprised 48:14 | | terminology 60:3 |
| subsequently 137:7 | sustainability 190:8 | | terms 130:6,22 |
| suffering 32:5 | svo 193:24 194:3 | talks 55:9 69:3 74:20 78:5 82:1 146:4 152:25 154:23 | test 16:1,11 22:4,5,5 22:8,14,18 118:8 125:1 168:13,15,22 168:22 169:2,3 |
| sufficiently 117:24 | swendsen 58:16 59:7 65:7 | | |
| suggest 65:11 175:24 | swing 169:10 | | |
| suggestion 176:9 | swinging 169:11 | taller 131:1 | testified 5:5 |
| suggestions 18:17 188:15 | sworn 5:5 197:19 198:11 199:19 | tape 136:17,17 138:11 139:14 | testify 198:12 |
| suitable 7:23 8:6 | system 22:7,10,11 22:12,17 92:20 148:25 | taped 136:11 | testimony 10:19 |
| summary 84:16 120:8 | | target 33:15 | testing 16:4 41:25 42:2 168:19,21 174:11 |
| supervised 27:5 | systems 74:12 | tariff 129:19 131:13 131:19 132:7 134:19 140:14 | |
| supervisor 13:19,22 19:8 27:2,3,13 28:3 30:24 36:6 40:21,23 41:3,11,15,17 43:7 43:23 44:8 51:15 52:5 59:17,18 65:24 76:12 | t | | thank 24:2,7,10 53:8 108:16 180:22 190:20 193:5 196:8 196:17 |
| | t 83:16,17 | tax 60:15,19 61:2,17 64:16,18 66:4 114:1 114:7 124:14 161:12 | |
| | table 3:1 11:5,21 | | thanks 57:11 |
| | tagged 75:7 | | theaters 192:18,18 |
| | take 6:3,16 7:20 9:21 13:1 23:17 44:4 71:10,12 73:4 112:22 121:24 127:13,17 132:25 133:2,4 134:6 136:22 139:3 158:18 187:13 | tc 117:1,3 | thereabouts 27:25 173:7 |
| supervisors 59:19 | | team 79:15 112:23 132:1,4 136:18 138:21 139:5 146:1 147:23 163:16 179:12 180:1,3,4 183:3 | thick 125:1,11 127:2 |
| supplier 127:24 128:10,10,17 160:11,15 167:15 187:9 193:14,16 | | | thin 138:15 |
| | | | thing 8:1,12 9:16 29:21 31:1,23 70:18 72:2 78:24 79:13 82:3 89:4 95:4 96:1 122:6 124:21 140:24 147:11 153:13 162:3 174:7 181:17 183:7 184:12 |
| support 188:18 | taken 1:15 72:7 73:2 133:6 145:22 192:16 198:10,17 | teams 132:2 | |
| suppose 37:22 | | technical 26:11 | |
| sure 5:13 10:10 21:6 21:7 22:8 23:10 26:19 29:14,19 32:20 36:13,19 38:2 51:25 53:7 65:10,12 66:19 67:6 68:25 69:19 73:6 75:25 | takes 79:12 | tekin 67:6,6 68:9 70:4,16 | |
| | talk 30:20 31:11 52:8 91:7 110:11 125:6 153:18 | tell 22:21 28:5,15 29:17 31:23 46:21 47:16 49:23 55:6,17 | things 7:9 29:8 74:15 91:10 110:6 141:21 149:18 |

Public Version - Confidential Information Redacted

171:1 192:10
**think** 7:5,8 10:5,8
11:10 13:6 15:13
17:3,14 18:4 19:1,4
27:19,20,22 28:24
31:19,20,21 34:23
34:24 38:13 41:7
43:18 47:21 50:6
51:23,25 52:11,14
56:8 60:5 61:21
62:7 69:6,6,19 72:4
76:8,9,10 78:20
83:17 84:2 85:17
86:13 91:15 97:13
105:15 107:10,18
109:6 113:5,6
114:21 125:12
137:18 142:10
143:2,2 144:4 148:3
155:19 168:2
170:10 171:7 173:7
173:7,8,21 175:24
180:9,9,10 184:10
185:11 189:13
191:14 192:7,10,14
192:14 195:1,25
**thinking** 82:10
**third** 74:24 79:14
92:7 142:22 143:8,8
143:9,10,21,23
159:13
**thomas** 34:12,12
**thought** 57:20
133:19 140:24
155:7 160:1 161:4
166:18,18 172:4
175:19
**thoughts** 90:23 91:6
109:15,18 191:19
**three** 10:14 11:10
25:6,9 26:1 88:17
89:3,6,6,8,13,22
96:21,23 136:13
157:10,12

**throwing** 192:1
**thursday** 72:22
**thyssenkrupp** 117:1
117:3,5,7
**tif** 151:24,24
**till** 12:8 120:17
**time** 7:8 8:7 12:8
13:10 17:20,23
18:24 29:5,6,20
32:21 37:18,23,25
38:3 39:2,4 41:1
43:9 44:19 47:8
48:16 51:2,12,14,24
58:23 60:6,17 63:5
67:1,15 72:5 80:10
93:11,14,15 97:20
102:24 107:15,17
111:1 112:24 121:4
128:9 138:7 146:11
150:20 161:7,20
162:1 170:10,13
171:8 173:1,5,11
183:10,22 184:11
187:6 189:17 196:9
196:12 198:10
**times** 11:7 40:20
86:15 136:13
157:10
**tiny** 100:5
**tip** 10:16 166:12,20
167:3
**tire** 91:15 97:15,17
97:18,22 98:11
**title** 13:18,22,24
36:11 41:10 51:19
51:22 52:2,3,16
53:14 107:19
128:21,22 129:19
148:17,18
**today** 6:3,15 8:13
10:20 11:5 140:21
194:12 196:9
**today's** 10:23 11:11
11:15,24 12:1

**todd** 2:3 23:22 28:5
28:7,12 35:8,15
36:8 53:4,8 54:3,25
56:19 60:22 62:6,12
66:19,25 67:13 68:2
72:24 100:11 104:3
104:10,22 114:2,6
115:8 137:3,11,12
137:16 143:1
152:17 153:7 155:2
161:21 162:14
196:16
**told** 172:17
**tooling** 34:14
**tools** 74:14
**top** 69:25 84:13
86:24 94:21 106:10
107:24 109:4,25
122:16 125:13
127:7 128:22
133:11 142:14
144:23 154:16
164:10 176:7 190:2
191:4,7 193:22
**topic** 46:15 156:10
**total** 96:14 127:14
157:9
**totally** 99:20
**touch** 172:5
**traceability** 159:5
**tracey** 151:15,24
155:17
**tracey's** 155:20
**track** 118:8
**tracy** 131:11 133:11
149:24 150:3
151:22 155:8
164:15 178:16
179:3 182:3
**trade** 1:1
**training** 179:10,14
**transcript** 3:9 10:2
197:10 198:16
**transcription**
198:15

**transit** 12:12,16
13:3,6 14:20 27:11
28:22 29:11,12,15
29:24 30:1,4,11,13
30:17,22 31:5 36:2
36:16 37:24 39:7
40:23 41:3,19 42:10
43:5 44:24 45:14,20
47:11,17,19 48:12
48:23,24 59:13 61:5
61:6 74:1 78:21
79:4 80:23 82:11
83:3,23 86:8 99:7
99:11 100:19 101:1
102:1,2 107:5,5,6,7
107:8,16 108:17
113:11 116:25
117:4,7,13,17,23
119:24 121:5 123:9
128:7 129:11,20
130:9,14,14,16,17
131:14,20,22 132:8
132:10 134:20
140:15 143:12
145:23 146:9
147:24 173:19
177:15,16,19,20,22
177:22,23,23 178:3
182:1,14 185:3,16
188:7,14,25 192:13
194:20
**translucent** 82:8
**transportation**
54:19
**tread** 77:9,12 90:24
91:7,9,13,18 96:24
97:19,20,21 98:8
183:25
**trigger** 10:14 189:15
**trim** 176:23 179:20
**trouble** 27:20
139:11 195:14
**truck** 17:1,5,18,25
18:17,20,24 19:11
27:14 57:6 67:9,19

Public Version - Confidential Information Redacted

70:19
**trucks** 17:18 51:14
  52:6,8
**true** 31:23 39:22
  125:10,12 198:15
**truong** 194:18
**truth** 22:21 198:12
  198:12
**try** 5:18 9:10,22
  24:7,8 26:5 164:19
  164:24 187:4
  193:11
**trying** 35:21 36:23
  38:8 52:18,19 61:16
  61:20 86:15 136:23
  146:22 168:5
  169:17 175:24
  191:23 192:17
  195:13 196:3
**tryout** 34:14
**tt** 34:12
**tube** 176:6
**tumble** 172:4
**turkey** 41:24 47:2,3
  51:25 52:19 58:22
  64:15 126:20
  129:21 131:21,23
  136:4 140:15
  145:25 167:13,14
  167:25 168:4
  170:14,15,16
  184:14 187:14
  193:12
**turkish** 161:12
  187:6 193:13
**turn** 53:11 68:6
  69:23 86:17 92:5
  93:19 94:2 97:4
  102:16 104:13
  106:21 113:14
  115:22 116:19
  118:24 125:14
  127:4 129:15 131:8
  133:24 134:13
  135:25 141:8

145:17 147:19
148:13 151:17
154:12 159:20
163:1,20 169:21
181:24 185:1
**turned** 111:9 135:10
  160:21
**tweddle** 83:15
**two** 19:1,3 27:24
  42:11 55:9,12,15,20
  62:13,15,16 68:18
  68:19 88:6,10,18
  89:4,9,13,21 95:21
  96:25 97:2 98:24
  100:14,17 104:16
  116:6 120:6,7,8,22
  120:24 121:6
  122:14 133:5
  140:17 151:12
  156:23 157:1,1,3,13
  161:8 172:6 194:25
  195:5
**type** 14:3,5,6,15
  20:6,25 21:5 22:10
  36:11 40:12 42:1
  60:12 71:20 74:16
  79:6 85:7 87:21
  121:14 167:7,19,24
  168:11
**types** 20:18
**typical** 45:10 65:23
  65:25 71:18 84:18
  100:24
**typically** 20:16 29:8
  176:19
**typos** 10:4

| u |
|---|

**u** 5:14 43:18
**u.s.** 2:15 64:14
  103:7,9 117:16
  124:23 156:12
  166:8 168:18 175:3
  183:17 195:5

**um** 6:2 8:10,24
  13:23 22:15 31:12
  46:17 50:9 53:16
  55:10,24 56:1 58:14
  58:18 67:5,20 70:1
  70:5,17,20,23 74:23
  76:3,15,18,25 79:21
  80:21 87:6 88:9,14
  90:17 93:4 94:14
  103:6,20,25 104:19
  108:2 114:14 116:3
  116:5 118:20 119:4
  119:15 123:4
  124:11 127:5
  129:18 131:17
  139:15 140:16
  145:6 150:24
  151:23 156:25
  163:22 166:14
  182:15 188:3
**un** 8:25,25
**undergraduate**
  15:12,14
**understand** 6:15
  9:14 17:12 21:8
  29:15,21 32:21
  35:10,12 36:20,23
  36:24 38:8 46:18
  50:16 57:1,4 60:2
  60:18 61:4,12 65:18
  68:23 70:18 71:11
  73:19 75:14 117:9
  123:1 125:2 136:23
  138:23 140:5
  149:20 152:18
  158:8 171:3 189:4
**understanding** 48:3
  60:21 61:17 71:1
  75:16 101:3 113:24
  114:21 124:13,17
  124:19,20 125:25
  155:1 178:19
**understands** 142:22
  143:7

**understood** 8:2 31:5
  60:17 132:17
  193:21
**underwent** 86:11
**union** 82:3
**unit** 52:9 124:22
**united** 1:1,8 6:1,16
  12:5 105:8 107:11
  107:21 117:21
  125:10 129:20
  130:11 183:5,6
  199:2
**units** 38:15 70:8
  74:25 75:6 103:9
  114:10 116:7,7,10
**unsure** 9:6
**update** 57:18 93:22
  93:24 134:22,24
  147:23
**updated** 57:12
**upfitter** 70:9 74:7,8
  74:17,18 75:7 76:24
  77:2,7,9,13
**upfitters** 74:6 145:5
**upper** 20:7,11,21,23
  23:9 25:10 109:16
  109:18,22,23 110:2
  110:11,16
**upright** 166:13
**urethane** 138:6,21
**usdoj.gov** 2:20,21
**use** 7:23 26:5 29:23
  40:9 47:20 80:2,2
  80:13 85:20 88:4
  100:1 152:6 154:18
  154:23 158:6
  160:24 162:11
  163:12 177:14
  179:9 181:17
  191:14
**uses** 83:12
**usually** 12:21 13:21
  28:16 37:19 70:6
  71:8 120:18 121:7
  151:8 181:10,13

Public Version - Confidential Information Redacted

**uy** 108:7

**v**

**v** 199:2
**v227** 46:15 47:13,17
47:20 53:14 54:23
55:4,13 56:17 64:16
67:19 69:11 71:5
107:1 129:20 130:2
130:3,5,19 134:11
136:11 152:3,5,16
**v227n** 72:22 73:17
79:16 90:20 131:16
131:20 150:7
**v227na** 151:25
152:6
**v227na's** 152:5
**v408** 129:20,23,24
129:25 131:16,20
**van** 47:5 54:16,22
55:25 59:25 76:24
90:24 93:2 103:10
103:11 117:2
124:22 125:22
156:13 159:14
163:10,13 166:8
175:4 177:20,22
181:14 188:22
195:6
**vandevert** 11:14
48:17,24 49:1 51:5
65:15,17 66:4
115:21 129:11,13
131:10 132:6,11,13
133:17 134:3 137:2
137:13 140:9
**vandevert's** 141:23
**vans** 60:15 64:14
76:17,19 124:14
166:19
**variety** 14:4
**various** 110:3
**vary** 36:13,14
**vastera** 149:2

**vee** 56:3,7,8
**vehicle** 14:5,6 17:7,8
17:9,10,14,17,21,22
18:3,12,21 19:20
24:25 25:17 26:12
26:18,22 33:25
39:23 42:3 43:4
45:5,10 46:16,19
53:14 54:23 55:4,12
55:13 56:8 59:6,21
59:21 60:13 61:7,22
61:24 62:4,11,13
63:11,16,18 67:12
69:12,18 70:6,8,19
70:21 71:18 73:22
73:23 74:6,9,13
75:21 77:13,14
79:19 80:1,3,12,14
80:15,15,23 82:13
83:24 84:1 85:7,11
85:13,15 91:1,4,12
93:16 107:8 109:15
111:22 112:20
114:22 117:8,10,14
117:15,25 118:3
123:18 126:9,10,17
130:7,25 131:4,7
134:9 138:19 142:9
143:5 145:11,16
147:15 151:11
152:22 156:13
157:17 160:24
166:8 172:21 175:4
179:18,20 181:11
182:6,19 183:1
185:25 192:1
**vehicles** 7:24 14:16
16:4 19:13 42:4,6,9
45:18 60:4,4 64:18
67:16 71:8,13 72:1
72:2 77:5 81:4
88:22 93:13 100:25
101:5,24 105:7
113:25 117:9,11,22
118:10,12 124:13

136:11 163:10,11
163:13 184:13,15
184:19 189:12
**verbal** 9:3
**verbally** 8:22,23
**verify** 56:3
**version** 71:14 88:3
89:21 117:12,13,21
135:4 152:22,24
153:1,3 170:5
**versus** 56:17
**vetted** 172:11
**vice** 38:9,11,12,13
38:14,19,25 39:4
**video** 168:22
**view** 18:14 21:16
131:6 135:12
154:25,25 189:13
**vin** 160:12,12
**visible** 136:17
**visual** 25:1 160:14
**volt** 71:8,9
**voltage** 71:4,5
**voltages** 71:13
**volts** 71:7
**volumes** 188:23
**vp** 33:23 42:17,23
43:1,3 79:15,17,18
79:19
**vs** 1:6
**vukovich** 94:24,25
125:21 127:7

**w**

**w** 83:16,17
**wagon** 75:3 76:17
80:24 115:5 158:7
159:10 162:12
177:19 188:22
**wagons** 76:20
113:25 114:10
**wait** 103:17
**waited** 113:6,7
**wall** 189:19,21,25

**want** 5:13 6:10
29:13,17,19,21
80:14 96:2 99:1
120:10,11 180:13
195:5
**wanted** 51:25
110:21 112:5,23
117:15,15 120:19
133:8 135:10
150:17 181:22
184:12
**wants** 111:21
**washington** 2:7
**water** 136:16
**waterproof** 136:16
**way** 5:15 26:20 28:8
35:5 44:4,22 53:23
55:16 61:7 62:1
66:25 68:3 71:6
91:4 99:10 141:6
146:22 155:11
158:13 159:6 161:7
172:5 173:3,3
175:25 180:6
186:14 187:5
193:12
**ways** 21:24 175:24
**we've** 180:5
**web** 80:12
**webex** 102:15
**website** 80:9
**week** 116:25 179:9
179:13 188:9
191:15
**weigh** 35:7
**weighed** 121:12
**weighing** 121:14
**weight** 32:5 77:12
77:13,15 91:11
188:24
**weld** 134:23,24
135:9
**welded** 134:10
135:10 142:19

Public Version - Confidential Information Redacted

**went** 16:1,14,14
36:25 45:4 60:7
76:22 86:14 100:22
112:21 114:24
121:25 157:22
158:22 159:8 161:2
161:6,20 184:13
**wheelbase** 87:10
**wheels** 26:15 179:19
**wife** 130:2
**window** 80:22 81:3
81:4,9,17,18 140:18
147:7 179:9
**windows** 122:20,23
123:3 124:14,23
125:23 142:1,11,24
145:24 146:25
**windshield** 82:16,17
82:19 85:20
**wish** 62:8 166:18
**witness** 3:3 6:17
23:24 24:2,6,9 28:6
28:10,13,17,20 36:9
53:9 54:4 55:1
56:20 60:23 62:7,13
66:23 67:14 68:3
72:25 104:4,11,23
114:8 115:9,12
132:25 133:4 143:2
152:18 153:8 155:3
161:22 196:10,14
197:17 198:11,14
**witnesses'** 199:3
**wjs** 189:16
**wondering** 81:11
133:18
**word** 21:20 40:7,9
40:13 55:3 95:15
134:24 147:5
181:17
**wording** 81:2
**words** 61:2
**work** 5:21 9:22 16:1
17:19,24 18:24
19:25 20:3,10 21:2

21:16 29:1 30:17,22
33:1 35:5 45:5 49:1
49:2 51:12,24 52:14
57:23 65:23,25 80:7
86:19 127:22,23,25
128:1,1,9,11,21
130:21 155:18
164:18 168:3 170:9
174:11,11 180:24
182:2 187:15,16
189:3
**worked** 14:13,15,19
14:19,19,23 17:20
19:14 29:17,24
41:23 48:7 60:20
76:8,21 83:24 92:20
101:21 107:12,19
109:12 119:25
129:24 130:13
137:6,6,10,12 150:4
157:13 159:15
**working** 12:19,23
14:21 19:15 23:12
27:1,24 30:15 37:13
43:5 47:25 48:15,23
48:24 57:22 83:25
94:10 95:3 96:10
101:22 107:13
121:4 136:18 137:7
190:7 194:23
**works** 48:22 83:1
128:18 130:12
**world** 30:10,12
**worldgateway** 1:15
**worry** 28:18,19
160:6
**wow** 112:22
**write** 161:4 182:4
**writing** 79:10
136:24 169:1
181:21 196:15
**written** 20:14 40:11
40:13 52:4 55:16
83:8 89:11 96:9
111:1 113:23

114:19 141:2 169:3
173:17 182:3
189:17
**wrong** 97:19 112:8
154:20
**wrote** 64:22 69:19
111:16 114:16
115:6 134:23 141:1
141:6

**x**

**xl** 87:3

**y**

**yeah** 18:1 21:11
25:25,25 26:21
36:22 50:6 52:7
53:13 54:14 61:16
67:8 74:4 79:23
80:9 82:16 88:7
89:19 97:14 99:6
106:6 109:23 114:8
114:20 116:10
133:4,20 134:1
142:7,25 179:2
185:15 191:2
193:25
**year** 14:14 16:16
19:9,16,18,20 80:22
107:9 108:17
109:15 111:22,23
123:10,12,16,18
132:10 182:1
**years** 7:16 8:8,15
15:20 18:24 19:1,4
27:24 39:3 71:23
**york** 2:18,18 113:8

**z**

**zolna** 119:12,16,19
122:18

Public Version - Confidential Information Redacted