**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
-----------------------------------------------------------x
                                                           :
FORD MOTOR COMPANY,                                        :
                                                           :
                                                           :
                Plaintiff,                                 :    Case No.  1:13-cv-291
                                                           :    Before Mark A. Barnett, Judge
                        v.                                 :
                                                           :
UNITED STATES,                                             :
                                                           :
                Defendant.                                 :
                                                           :
-----------------------------------------------------------x
```

## SUPPLEMENTAL INDEX OF EXHIBITS

| Exhibit 1  | IMG_0567.jpg |
|---|---|
| Exhibit 2  | IMG_0427.jpg |
| Exhibit 3  | Bill of Materials: NM0LS6AN9CT087143 (CONFIDENTIAL) |
| Exhibit 4  | Bill of Materials: NM0LS7AN5CT087162 (CONFIDENTIAL) |
| Exhibit 5  | Screenshot of GSDB code for seat vendor (CONFIDENTIAL) |
| Exhibit 6  | IMG_0503.jpg |
| Exhibit 7  | Email dated June 10, 2009, Subject Line: RE: C12240738 PR RELEASE OF COST REDUCED 2-PASS 2ND ROW SEAT FOR VAN CONVERSION PACK.  DELETION OF TUMBLE LOCK MECHANISM AND HEAD RESTRAINTS AND GUIDES, attachments |
| Exhibit 8  | Chevrolet Express Passenger Van Pictures, http://www.chevrolet.com/express/passenger.html (last visited Oct. 20, 2016) |
| Exhibit 9  | 2012MY Transit Connect Owner's Manual |
| Exhibit 10 | Bill of Materials: NM0KS9BN3CT087229 (CONFIDENTIAL) |
| Exhibit 11 | Transit Connect Shop Manual: Safety Belt System (CONFIDENTIAL) |
| Exhibit 12 | Deposition of Supervisory CBP Officer Weiford's Deposition |
| Exhibit 13 | Deposition of CBP Officer Syzmanski's Deposition |
| Exhibit 14 | Email dated October 16, 2008, Subject Line: Re: Proposal: Returning second row seats to Otosan after removal at the mod center in the US for reuse in a subsequent van vehicle |
| Exhibit 15 | Email dated October 17, 2008, Subject Line: FW: Email dated October 16, 2008, Subject Line: Re: Proposal: Returning second row seats to Otosan after removal at the mod center in the US for reuse in a subsequent van vehicle |
| Exhibit 16 | Email dated October 20, 2008, Subject Line: Low cost 2nd row seat for vans |
| Exhibit 17 | July 7, 2010: NHTSA Campaign Number 10V316000 |
| Exhibit 18 | August 2, 2012: NHTSA Campaign Number 12V374000 |
| Exhibit 19 | Second Ford Rule 30(b)(6) Deposition (Roger Burnett) |
| Exhibit 20 | Plaintiff's Response to Defendant's Second Interrogatories (CONFIDENTIAL, in part) |

| | |
|---|---|
| Exhibit 21 | Email dated January 25, 2010, Subject Line: FW V227 NA 2nd row seat cost reduction items, attachments |
| Exhibit 22 | Email dated April 20, 2010, Subject Line: C12334242_V227NA 2nd row chicken tax seat cost reduction items presentation and H-point measurements, attachments |
| Exhibit 23 | H-Point Measurement Test Report, ASHA-10-0603 (Attachment to Exhibit 22)[1] (CONFIDENTIAL) |
| Exhibit 24 | H-Point Measurement Test Report, ASHA-10-0604 (Attachment to Exhibit 22) (CONFIDENTIAL) |
| Exhibit 25 | Defendant's Response to Plaintiff's Second Set of Interrogatories (Original Pl. Ex. 1) (CONFIDENTIAL, in part) |
| Exhibit 26 | Email dated March 24, 2010, Subject Line: RE: Gray Woven cover for V227 chicken tax seats |
| Exhibit 27 | Second Deposition of Brian Mansfield |
| Exhibit 28 | Deposition of Huang Truong |
| Exhibit 29 | United States' Responses to Ford's First Request for Admission filed on August 4, 2015 (Original Pl. Ex. 3) |
| Exhibit 30 | June 12, 2009 memorandum from Ford Otosan Body Engineering titled "2010 Transit Connect F/CMVSS 202, F/CMVSS 207, F/CMVSS 210, FMVSS 225/CMVSS 210.1 & 210.2 Compliance Documentation – Amendment / Supplement" (Original Pl. Ex. 22) |
| Exhibit 31 | 2012MY Order Guide (Original Pl. Ex. 79) |
| Exhibit 32 | Model Year 2010 Certification Package for FMVSS 207 (Original Pl. Ex. 113) (CONFIDENTIAL) |
| Exhibit 33 | Model Year 2010 Certification Package for FMVSS 210 (Original Pl. Ex. 114) (CONFIDENTIAL) |
| Exhibit 34 | Deposition of Thomas Heffernan (Original Pl. Ex. D) |
| Exhibit 35 | Government Rule 30(b)(6) Deposition (Ieva O'Rourke) (Original Pl. Ex. J) |
| Exhibit 36 | Government Rule 30(b)(6) Deposition (Susan Thomas) (Original Pl. Ex. P) |
| Exhibit 37 | 2012 Transit Connect Sourcebook (Pages 16-26) (Original Def. Ex. 12) |
| Exhibit 38 | 2012 Transit Connect Sourcebook (Pages 1-15) (Original Def. Ex. 13) |
| Exhibit 39 | Photographs of 2013MY Transit Connect 6/7 Vehicle, as it appeared at the time of importation (Original Def. Ex. 21) |
| Exhibit 40 | Photographs of 2013MY Transit Connect 9 (Original Def. Ex. 22) |
| Exhibit 41 | First Ford Rule 30(b)(6) Deposition (Roger Burnett) (Original Def. Ex. 28) (CONFIDENTIAL, in part) |
| Exhibit 42 | Deposition of Craig Hall (Original Def. Ex. 33) |
| Exhibit 43 | Ford Contract with Port Processors (Original Def. Ex. 38) (CONFIDENTIAL) |
| Exhibit 44 | Modification Center Process Sheet (Original Def. Ex. 57) (CONFIDENTIAL) |

---

[1] Exhibits 23 and 24 are also included as attachments to Exhibit 22, which is how they were originally produced in this litigation.  However, as they were produced natively and without Bates numbers, we are also including them as separate exhibits for ease of identification.

| Exhibit B | Declaration of Roger Burnett |
|---|---|
| B-1 | CAD Drawings: 2010MY 6/7 Rear Seat - Seat Back Frame (CONFIDENTIAL) |
| B-2 | CAD Drawing: 2010MY 6/7 Rear Seat - Seat Back Latch Mechanism (CONFIDENTIAL) |
| B-3 | CAD Drawing: 2010MY 6/7 Rear Seat - Seat Back Pivot Area (CONFIDENTIAL) |
| B-4 | CAD Drawings: 2010MY 6/7 Rear Seat - Seat Cushion Frame (CONFIDENTIAL) |
| B-5 | CAD Drawing: 2010MY 6/7 Rear Seat - Floor Pivots (CONFIDENTIAL) |
| B-6 | CAD Drawings: 2010MY 6/7 Rear Seat - Seat Foam (CONFIDENTIAL) |
| B-7 | CAD Drawings: 2010MY 6/7 Rear Seat - Underbody Bracing (CONFIDENTIAL) |
| B-8 | CAD Drawings: Removed Components (CONFIDENTIAL) |
| B-9 | CAD Drawings: Headrest Assembly (CONFIDENTIAL) |
| B-10 | CAD Drawings: Seat Back Pad (CONFIDENTIAL) |
| B-11 | CAD Drawings: Tumble Lock Mechanism (CONFIDENTIAL) |
| B-12 | CAD Drawings: Indicator and Rubber Foot Pad (CONFIDENTIAL) |
| B-13 | CAD Drawings: Foot Cover (CONFIDENTIAL) |
| B-14 | CAD Drawings: Torsion Bar Assembly and Mount (CONFIDENTIAL) |
| B-15 | CAD Drawing: Removed Comfort Wires (CONFIDENTIAL) |
| B-16 | CAD Drawings: 2012MY 6/7 Rear Seat - Seat Back Frame (CONFIDENTIAL) |
| B-17 | CAD Drawing: 2012MY 6/7 Rear Seat - Seat Back Latch Mechanism (CONFIDENTIAL) |
| B-18 | CAD Drawing: 2012MY 6/7 Rear Seat - Seat Back Pivot Area (CONFIDENTIAL) |
| B-19 | CAD Drawings: 2012MY 6/7 Rear Seat - Seat Cushion Frame (CONFIDENTIAL) |
| B-20 | CAD Drawing: 2012MY 6/7 Rear Seat - Floor Pivots (CONFIDENTIAL) |
| B-21 | CAD Drawings: 2012MY 6/7 Rear Seat - Seat Foam (CONFIDENTIAL) |
| B-22 | CAD Drawings: 2012MY 6/7 Rear Seat - Underbody Bracing (CONFIDENTIAL) |